ACCEPTED
15-25-00124-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/2/2025 1:22 PM
CHRISTOPHER A. PRINE
CLERK

Division of Student Affairs
Student Conduct Office

**Investigation Statement Form**



Student Name: ▮▮▮▮▮▮     UIN: ▮▮▮▮▮▮     ▮▮▮▮▮▮

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/3/2025 8:29:45 AM
CHRISTOPHER A. PRINE
Clerk

**Investigator Notes**                                        For Student Corrections

1.    How would you describe the culture in Sq-17? Tough but making him get better as a person. No one is left behind.

2.    Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? No never been told that and told to read the standard.

3.    Can you tell us about freshmen getting injured during PT? Shin splints from running and nothing else.

a.    Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? No answer.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4.    Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? Yes they were told to whip out but not to fight or wrestle.

5.    Can you tell us about freshmen being told to keep shower and toilet doors open? Freshman were not told to do it, but it just happened.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮

Investigator Signature: _____

App'x 1141


Student Name: ▮▮▮▮▮        UIN: ▮▮▮▮▮        ▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |

8.  Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? Copper wire the example was given ▮▮▮ ▮▮▮

a.  What type of wire were the freshmen told to obtain? copper

b.  How far were the freshmen told to go for this wire? Just obtain it no distance given.

c.  Who gave the freshmen these directions? ▮▮▮▮▮▮

d.  What time of day/night did this occur? The wed. before.

e.  Which freshmen went to get the wire? ▮▮▮▮▮

f.  How was the wire paid for? A buddy bought it.

9.  Can you tell us about corps games that you've experienced? Duncan, quad, fish dress in the dorms. Some off the quad things to.

10.  Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? Wal-Mart trip all together to buy cleaning supplies, close pins etc a total 15 different items.

a.  What items were the freshmen directed to purchase?

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮

Investigator Signature: _____


Student Name: ████████     UIN: ████████     ████████████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

b.      How long were the freshmen given to obtain these items? About an hour and half.

c.      Which upperclassmen directed the freshmen to do this? ████████████

11.     Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? Yes but Walmart ran out so they had to buy new stuff to be unified.

12.     Can you tell us about ██████████ or other upperclassmen holding freshmen from class? Plenty of time usually no issues.

13.     Can you tell us about freshmen having to stand on line during the academic day? No only if they want to go to Duncan for lunch.

14.     Can you tell us about not being allowed to lay down or sleep during the academic day? Freshman are told to be productive during the day and not to sleep.

a.      Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? Yes, they kick the doors to try and wake the freshman up so they don't sleep.

b.      Can you tell us about freshmen being smoked because their buddy was "sacking out"? yes during training times if your buddy cant do the pushups you have to do them for them.

15.     Can you tell us about cadets being afraid to go back to the dorms after class? A form of anxiety like getting up for morning training time.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████████

Investigator Signature: _____  _____

**APP'X 1143**



## Investigation Statement Form

Student Name ████████          UIN: ████████          ████████████

| Investigator Notes | For Student Corrections |
|---|---|
| 16.    Can you tell us about upperclassmen denying freshmen to go to the library to study during EST?  No<br><br>a.    Can you tell us about upperclassmen disrupting EST? Occasionally talk during est but not much.<br><br>17.    Can you tell us about your experience being kept up late at night? Buddy meetings.  Upperclassmen don't bother the freshman after lights out.<br><br>a.    Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? During FOW was about the extent of it.  Has not happen since.<br><br>18.    Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? Upper classmen rip into the freshman class as a whole.  No specific time given.<br><br>19.    Can you tell us about "fish dress" within the dorm/hallway? Always have tall white socks shirt tucked in, no hats, belt.<br><br>20.    Can you tell us about not being allowed to go to church during the week? No they are allowed to go.<br><br>21.    Can you tell us about not being allowed to go to certain places on campus to eat? Encouraged to go to Duncan.<br><br>22.    Can you tell us about freshmen not being allowed to eat a full meal? No never happen. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████

Investigator Signature: _____

**APP'X 1144**



**Investigation Statement Form**

Student Name: ▮▮▮▮     UIN: ▮▮▮▮     ▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|
| a.     Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? It was during the first week. <br><br> ▮▮▮▮▮▮▮▮▮▮ <br><br> 23.     Can you tell us about freshmen getting smoked by upperclassmen? Usually during training time if they are not doing the exercise right. They have to do bear crawls. <br><br> 24.     Can you tell us about freshmen having to post against the wall? During fow and each time they all fall out and go somewhere as a unit. <br><br> a.     What does this position look like? Attention <br><br> 25.     Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Corps terminology. <br><br> 26.     Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No <br><br> 27.     Is there anything we haven't asked you about that you would like to share? No. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮

Investigator Signature: _____

**App'x 1145**



**Investigation Statement Form**

Student Name: ▮▮▮▮▮▮▮▮         UIN: ▮▮▮▮▮▮▮         ▮▮▮▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 1.　　How would you describe the culture in Sq-17? It tough but its like making me better as a person. They want you to get better. "They" are the upperclassmen. Noone really left behind there, they really look out for everyone. | |
| 2.　　Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? No. I haven't really been told that. We are told to read to read our standards. I was told to read my standards. | |
| 3.　　Can you tell us about freshmen getting injured during PT? The one I do know is ▮▮▮▮ from running for one of my buddies but there hasn't been anything else. buddies | |
| a.　　Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? I haven't seen that. | |
| b.　　Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? I think like at the very beginning like one or two passed out but then they told them they are actually hydrating before. They weren't in the swing of actually knowing how to exercise with the heat. They took into account like the whole medical thing. | |
| 4.　　Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? We had to whip out in the dorm room and were told don't try to fight them. You could hurt yourselves. It was in a dark dorm room. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature:

Investigator Signature: _____

**APP'X 1146**



## Investigation Statement Form

**Student Name** ▮▮▮▮▮▮▮▮     **UIN:** ▮▮▮▮▮▮     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 5.      Can you tell us about freshmen being told to keep shower and toilet doors open? It just like happens in the moment. Weren't told to do it. Noone really bats an eye at it. <br><br> ██████████████████████████ <br><br> ██████████████████████████ <br><br> 8.      Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? We had to even years always have the same fish spurs. We had silver ones but we had to have copper ones. We had an example form our first sergeant and that one was copper. We weren't paying attention and made them all silver when they should have been copper. <br><br> a.      What type of wire were the freshmen told to obtain? Copper wire <br><br> b.      How far were the freshmen told to go for this wire? Just told to obtain it but not told to go anywhere. | |

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Investigator Signature:** _‎Cleary P‎_____

**APP'X 1147**


## Investigation Statement Form

Student Name: Colton Cox          UIN: 334007256          Interview Date: 10/10/2024

| Investigator Notes | For Student Corrections |
|---|---|
| c. Who gave the freshmen these directions? ████████ <br><br> d. What time of day/night did this occur? We were told like the day before. <br><br> e. Which freshmen went to get the wire? ████████ <br><br> ████████ <br><br> f. How was the wire paid for? One of my buddies bought it and we all Venmo'd him. <br><br> 9. Can you tell us about corps games that you've experienced? To greet on the Quad and then Duncan. Off the Quad corps games are off. Have to fish dress in the dorms. Don't look the upperclassmen in the eyes, no smiling, and make sure we are during this off the quad just to be safe. <br><br> 10. Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? We had to take a Walmart trip in a small amount of time, it's a tradition every year. We are like running around Walmart. We have a big group so they ran out of stuff. <br><br> a. What items were the freshmen directed to purchase? Maybe 15 items on the list, mostly just cleaning supplies, suck strap. <br><br> b. How long were the freshmen given to obtain these items? About an hour and a half <br><br> c. Which upperclassmen directed the freshmen to do this? ████████ <br><br> ████████ | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature ████████

Investigator Signature: _Cruz pl_

**App'x 1148**


Student Name: ▮▮▮▮▮▮   UIN: ▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮   **App'x 1149**

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 11.  Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? Yes.  From the Walmart trip they ran out, so later we had to buy new stuff so that's it was all unified | |
| 12.  Can you tell us about ▮▮▮▮ or other upperclassmen holding freshmen from class? Usually they give us like 20 minutes to get dressed and get to class. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ | |
| 13.  Can you tell us about freshmen having to stand on line during the academic day? Its usually like a couple of things.  If some freshman wants to come online.  They are never online for more than like a minute or so. They usually ask if you are busy or working on something. | |
| 14.  Can you tell us about not being allowed to lay down or sleep during the academic day?  They tell us to be productive throughout the entire day.  They don't allow us to like sleep during the day. | |
| a.  Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? Yes. They don't allow us to sleep, so if they know where you are they will come wake you up. | |
| b.  Can you tell us about freshmen being smoked because their buddy was "sacking out"? Yes. Its usually like during PT or something like if one guy in not doing something then one of your buddies will have to like do push ups for you. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮▮▮▮

Investigator Signature: ▮▮▮▮▮▮▮


## Investigation Statement Form

**Student Name:** ███████        **UIN:** ███████        ███████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 15.     Can you tell us about cadets being afraid to go back to the dorms after class? Kind of like anxiety (a little bit). Like not wanting to wake up in the morning for PT. <br><br> 16.     Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? No they haven't done that. They say its good to study. <br><br> a.     Can you tell us about upperclassmen disrupting EST? Occasionally they kind of talk, but they aren't doing it during all EST. <br><br> 17.     Can you tell us about your experience being kept up late at night? Usually from Buddy meetings after lights out. The upperclassmen don't bother us anymore after lights out. <br><br> a.     Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? Yes they banged on the doors a little bit to wake you up but that only worked the first couple of night cause soon we slept through it. The upperclassmen had chains. <br><br> 18.     Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? Yes. There are certain upperclassmen who kind of rip into us as a whole a little bit. I couldn't tell you a specific time. There aren't certain people they rip into more than others. | |

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ███████████████_____

**Investigator Signature:** *[signature]* _____

**APP'X 1150**



**Student Name** ███████ **UIN:** ███████ ███████

**Investigator Notes** | **For Student Corrections**

19.    Can you tell us about "fish dress" within the dorm/hallway? Tall white socks pulled all the way up, shirts have to be tucked in, buttons must be buttoned all the way up, only closed toe shoes, if have loops but as belts, no hats.  Only happens in our hallway when we do that and we take it off when we leave the hallway.

20.    Can you tell us about not being allowed to go to church during the week? Every time I have asked they have let me go.  They encourage it.  We have bible studies.

21.    Can you tell us about not being allowed to go to certain places on campus to eat?  Not that we aren't allowed to, but we are encouraged to eat at Duncan more.

22.    Can you tell us about freshmen not being allowed to eat a full meal? No. I east a full meal every time.

a.    Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? When we first started during FOW, we had to make a statement to start to eat and sit down and then once we got use to it then its not a big deal.  You have ample time to eat.  We still make the statements but get it done in like two seconds because its like second nature now.

███████████████████████

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature** ████████████

**Investigator Signature:** _Cruz T_____

**APP'X 1151**


Student Name: ███████        UIN: ███████        ████████████████

**Investigator Notes**                                      **For Student Corrections**

███████████████████████████████████

23.     Can you tell us about freshmen getting smoked by upperclassmen?

Usually like for things that we do.  Its usually during training time if we aren't

doing the workout like we are supposed to do then they will pull us to the side

and make us do bear crawls or some other type of workout.

24.     Can you tell us about freshmen having to post against the wall? It was

only like an FOW thing in the morning when we go out and greet all the

upperclassman in the hallway.  Now its just every time we leave the dorm as a

group, we get on the wall and greet the upperclassman.  On the wall groups of

five in a position of attention. Every time we fall out and go somewhere as a unit,

a.      What does this position look like? Position of attention

25.     Can you tell us about words that freshmen aren't allowed to know or say,

and what freshmen are told to call those items instead?  Like your head is your

grape, your room is your hole, roommate is your old lady, other terms are corps

terms (rack-bed, think-feel-say-like)

26.     Do you have any documentation that you can submit for the

investigation (screenshots, pictures, videos, etc.)?

27.     Is there anything we haven't asked you about that you would like to

share? No

The notes included above accurately summarize the information provided to the investigators.

Participant Signature ████████████████

Investigator Signature: _Cuz ᖴᒪ_____        **APP'x 1152**



## Student Conduct Investigation
## Acknowledgement

| Name: ███████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| UIN: ███████ | |

**Classification:** ■Freshman ☐Sophomore ☐Junior ☐Senior ☐Grad/Professional

**Address:** (if you live on campus, please include residence hall name AND P.O. Box if applicable)

| | |
|---|---|
| ███████ | |
| | |
| Email: ███████ | Telephone #: ███████ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. (*Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules*)

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1153**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

-------------------------------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

▮ acknowledge my responsibility to be truthful.

▮ I understand that I have the option not to answer questions or make any statement at all.

▮ I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

▮ I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ▮_____

▮ understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

▮ I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

▮ I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

-------------------------------------------------------------------------------------------------

**Initial that which applies:**

▮ agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

-------------------------------------------------------------------------------------------------

**Participant signature:** ▮_____ **Date:** ▮_____


## Investigation Statement Form

**Student Name:** ▉▉▉▉   **UIN:** ▉▉▉▉   **Interview Date:** ▉▉▉▉

| **Investigator Notes** | **For Student Corrections** |
|---|---|

1.     How would you describe the culture in Sq-17?

It is really good I like the presence of god and the values of brotherhood and a more social organization outside of the Corps.

2.     Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17?

I think I heard them say that once a couple of weeks ago and they were referring to how the rooms were set up but I don't recall who specifically said this. They were saying that had higher standards then the Corps Standards. This is sent by word of mouth.

2.     Can you tell us about freshmen getting injured during PT?

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉

a.     Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises?

▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉

b.     Can you tell us about cadets passing out or getting injured during PT and being told not to say anything?

▉▉▉▉▉▉▉▉▉▉▉▉
however I've never heard not to tell. ▉▉▉▉▉▉

3.     Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled?

Yes, that happened right after On boarding, ▉▉▉▉▉▉▉
▉▉▉▉▉▉▉. I don't remember the room being dark.

4.     Can you tell us about freshmen being told to keep shower and toilet doors open?

Yes, that is a joke that we have, it's good bull, it is not forced and you don't have to comply. ▉▉▉▉▉
▉▉▉▉

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ▉▉▉▉▉▉

**Investigator Signature:** _Anl Cwy_

**APP'X 1155**


## Investigation Statement Form

**Student Name:** ████████    **UIN:** ████████    **Interview Date:** ████████

**Investigator Notes** | **For Student Corrections**

6.

████████████████████████

████████████████████████

8.      Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs.

Yes we were told it was a tradition to use copper not galvanized steel, and we had to redo them. ████████████
████████

a.      What type of wire were the freshmen told to obtain?

Copper.

b.      How far were the freshmen told to go for this wire?

Merely told to get it done.

c.      Who gave the freshmen these directions?

████████████

d.      What time of day/night did this occur?

It occurred Sunday night 22 Sept 2024 prior to the Monday we would have to wear them

e.      Which freshmen went to get the wire?

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** _____████████_____

**Investigator Signature:** _____[signature]_____

**APP'x 1156**


**Investigation Statement Form**

Student Name: █████    UIN: █████    Interview Date: █████

| Investigator Notes | For Student Corrections |
|---|---|
| ████████████████ | ███████ |

f. How was the wire paid for?

All of the fish paid for it by splitting the cost through VENMO

9. Can you tell us about corps games that you've experienced?

fish Speak, Range walking in the hallway (fast walking), walking along only one side of the hallway. All fish must be in the fallout hole (designated fish dorm room for all to assemble) prior to 0535hrs. Must brace against the wall with head touching the wall.

10. Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span?

Yes during on boarding we were given a specific list of cleaning supplies for our rooms to obtain and were giving 45 mins to 1 hour to get them.

a. What items were the freshmen directed to purchase?

Cleaning supplies, brooms, mops, trash cans, school supplies, cleansers, polish.

b. How long were the freshmen given to obtain these items?

45 mins to 1 hour.

c. Which upperclassmen directed the freshmen to do this?

████████████

11. Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class?

Yes, we were told to do that. ████████████
████████████████████████

12. Can you tell us about sophomores or other upperclassmen holding freshmen from class?

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____████████████_____

Investigator Signature: _____*[signature]*_____

**APP'x 1157**


## Investigation Statement Form

Student Name: ▮▮▮▮▮    UIN: ▮▮▮▮▮    Interview Date: ▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|
| Yes, that happened more often earlier in the semester due to improper door cards and uniform discrepancies, during the academic day. It has not happened lately. ▮▮▮▮▮<br><br>13.    Can you tell us about freshmen having to stand on line during the academic day?<br><br>Only for inspections in the hallway during the academic day.<br><br>14.    Can you tell us about not being allowed to lay down or sleep during the academic day?<br><br>Yes, during the first few weeks of the Semester you were not allowed and if caught you were awoken. ▮▮▮▮▮ They used profanity and insults.<br><br>a.    Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap?<br><br>Yes, they typically open the doors by kicking it in.<br><br>b.    Can you tell us about freshmen being smoked because their buddy was "sacking out"?<br><br>Yes, that has occurred and the typical result is getting yelled at but not Smoked.<br><br>15.    Can you tell us about cadets being afraid to go back to the dorms after class?<br><br>I would not say afraid but many don't want to go back to get yelled at or not being able to sleep and it isn't a good environment to study in.<br><br>16.    Can you tell us about upperclassmen denying freshmen to go to the library to study during EST?<br><br>I don't believe they are denied but it is discouraged and it isn't a good environment with good bull and bad bull occurring that interferes with focused studying.<br><br>a.    Can you tell us about upperclassmen disrupting EST? | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮

Investigator Signature: _Hunt Calvert_

**App'x 1158**


## Investigation Statement Form

**Student Name:** ▮▮▮▮▮▮   **UIN:** ▮▮▮▮▮▮   **Interview Date:** ▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|

There is good bull with them having fun in the hallway.

17.     Can you tell us about your experience being kept up late at night?

Yes, in the beginning you were not allowed to sleep prior to EST ending and then there are also meetings called by ▮▮▮▮▮▮▮▮▮▮▮▮
a.     Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week?

Yes, that occurred during on boarding to keep us awake.

18.     Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"?

Yes, that happened. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19.     Can you tell us about "fish dress" within the dorm/hallway?

Yes, It is what I am currently wearing with shirts tucked, socks pulled up, must be white tube tall socks in Non-Regs. ▮▮▮▮▮▮▮▮▮▮

20.     Can you tell us about not being allowed to go to church during the week?

I've never been told this. We been prevented from going to do other events.

21.     Can you tell us about not being allowed to go to certain places on campus to eat?

I've been told this.

22.     Can you tell us about freshmen not being allowed to eat a full meal?

The only time this may have occurred was during on boarding because of time.

a.     Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food?

     We have to ask for permission to sit and eat and if the uppers talk to you then you have to stop and answer and that may take up some of your time to eat.

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ▮▮▮▮▮▮▮▮▮▮

**Investigator Signature:** *[signature]*

**APP'X 1159**


## Investigation Statement Form

Student Name: ▋▋▋▋▋  UIN: ▋▋▋▋▋  Interview Date: ▋▋▋▋▋

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

c.     Can you tell us about freshmen having to eat so much food that they throw up?

I am not aware of that.

23.     Can you tell us about freshmen getting smoked by upperclassmen?

Typically, the PT session is very tough and challenging.

24.     Can you tell us about freshmen having to post against the wall?

Already answered

    a.     What does this position look like?

    Already answered.

25.     Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead?

Yes, cannot say Heads, Butts, Zips, or their pullouts (nickname) referred to them only as Sophomores, Junior, Senior, or Mr. Elephant is off limits, no abbreviations like "quad" must say quadrangle.

26.     Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)?

No.

27.     Is there anything we haven't asked you about that you would like to share?

No.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▋▋▋▋▋

Investigator Signature: _____

**APP'X 1160**


**Investigation Statement Form**

Student Name: ▮▮▮▮  UIN: ▮▮▮▮  Interview Date: ▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|

1. How would you describe the culture in Sq-17?

AN: Really good, Like the fish, the spend the nights, the values and a brotherhood and being able to keep that after the Corps. A more social outfit, really like it, like having a life outside of the Corps of Cadets.

2. Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17?

AN: I heard that, said it like once a few weeks ago. It had something do with how we keep the hole's (rooms). ▮▮▮▮▮▮▮▮

▮▮▮▮ SQ17 has extra expectations then what is in the Standard. Therefore, they have added on to the standard and what the fish have to do. Not written down, word of mouth.

3. Can you tell us about freshmen getting injured during PT?

▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮

a. Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises?

AN: ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

b. Can you tell us about cadets passing out or getting injured during PT and being told not to say anything?

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮

Investigator Signature: *[signature]*

**APP'X 1161**


## Investigation Statement Form

**Student Name:** ███████  **UIN:** ███████  **Interview Date:** ███████

| **Investigator Notes** | **For Student Corrections** |
| --- | --- |

AN: ████████████████████████
████████████████████████
████████████

4. Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled?

AN: It happened the week after FOW (onboarding) ████████████ ████████ Thinks all of them got pushed over, almost like wrestling. ████ ████████████████ Does not believe the room was dark, it was 8 weeks ago, not sure.

5. Can you tell us about freshmen being told to keep shower and toilet doors open?

AN: Yes, it's a joke we have. It's good bull if you leave the door open. Its not something we have to do. ████████████████████ ████████████████

6.

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** _____████████_____

**Investigator Signature:** *Jason A. Lill*

**APP'X 1162**


**Investigation Statement Form**

Student Name: ▮▮▮▮▮▮▮     UIN: ▮▮▮▮▮▮▮     Interview Date: ▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8.  Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs?

AN: Yes, they were told it is a tradition to use copperwire, instead of using steel wire, they were told they messed it up and had to redo it and use copper wire.

▮▮▮▮▮▮▮▮▮▮▮▮▮

a.  What type of wire were the freshmen told to obtain?

AN: Copper

b.  How far were the freshmen told to go for this wire?

AN: Get it done. You do not want to be the only class to ruin a tradition.

c.  Who gave the freshmen these directions?

▮▮▮▮▮

IF they had not used copper wire what would have happened? AN: We would have probably gotten smoked for it. All the time we have gotten smoked for

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature: *Jason Kuble*

**APP'X 1163**



**Student Name:** ███████  **UIN:** ███████  **Interview Date:** ███████

| Investigator Notes | For Student Corrections |
|---|---|
| other things. This is like bad bulling – doing a lot of PT (pushups, burpees etc, yelling in your face). | |

    d.      What time of day/night did this occur?

AN: Sunday night, before the 22 September 2024, had to have them to wear on Monday the 23 September the beginning of the week before the Arkansas Game.

    e.      Which freshmen went to get the wire?

███████████████████████

    f.      How was the wire paid for?

AN: One fish person paid for it, and the fish in SQ17 reimbursed through Venmo

    9.      Can you tell us about corps games that you've experienced?

AN: Same as everyone else, then said probably not. Have not read the Cadence or standard to know. They have to ranger walk (fast walking) in the hallway, not a normal speed. West side of the hallway, the CDT's room back window is facing toward centennial park. When the come out of their room, they do not have to stop and greet but in passing. At 0535 someone gets told to blow call, everyone is in the fallout hole before 0535. Everyone gets on the wall, stand at attention and have to put their head on the wall (stand there for no more then 5min). Probably has more information, but would have to be specifically asked, the CDT keeps referring to things as if they done by everyone in the Corps of Cadets, so is unsure of specific things that are not done across the corps of Cadets.

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ███████████████

**Investigator Signature:** *Jason Kible*

**APP'X 1164**


## Investigation Statement Form

Student Name: ▮▮▮▮▮    UIN: ▮▮▮▮▮    Interview Date: ▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 10.  Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span?<br><br>AN: During FOW (Onboarding), they were given a list during this time to purchase cleaning supplies and give a time frame to make the purchases and return to campus. Think 45min to a hour at most to get it done.<br><br>a.  What items were the freshmen directed to purchase?<br><br>AN: Cleaning supplies, broom, mop, pledge, windex, rags, school supplies (notebook, thumbtacks etc).<br><br>b.  How long were the freshmen given to obtain these items?<br><br>AN: 45min to a hour<br><br>c.  Which upperclassmen directed the freshmen to do this?<br><br>AN: ▮▮▮▮▮<br><br>11.  Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class?<br><br>AN: Yes, they told us to do it. ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮<br><br>12.  Can you tell us about sophomores or other upperclassmen holding freshmen from class? | ▮▮▮▮▮ |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮

Investigator Signature: _Jason Liebl_

**APP'x 1165**


Student Name: ▮▮▮▮▮▮▮    UIN: ▮▮▮▮▮▮▮    Interview Date: ▮▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|
| AN: Yes, it happened more in the beginning. Door cards were not correct and uniforms were the two primary things that kept people from getting to class. During the Academic day, they would hold them up. A couple of people were late maybe 10min to class. However, it doesn't happen anymore. ▮▮▮▮ ▮▮▮▮▮▮▮ They would raise their voice in a angry tone and hold them up for corrections.<br><br>13. Can you tell us about freshmen having to stand on line during the academic day?<br><br>AN: After 0730, they would still make them get on the line and check over the uniform and they would have to wait till complete. Or they would have to conduct Good Bull while on the line.<br><br>14. Can you tell us about not being allowed to lay down or sleep during the academic day?<br><br>AN: Yes, during the first few weeks, if they caught you, they would yell at them when they were sleeping in their hole (room). ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ Some would cuss at you, call anything you can think of, there are some who do not use profanity.<br><br>a. Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap?<br><br>AN: Yes, whenever they open a door they kick it in, it is how they do it. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮

Investigator Signature: *Jason Leible*

**APP'X 1166**


**Investigation Statement Form**

Student Name: ▮▮▮▮▮▮    UIN: ▮▮▮▮▮▮    Interview Date: ▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

b.  Can you tell us about freshmen being smoked because their buddy was "sacking out"?

AN: Yes, it happens sometimes. They would yell at whoever is there in formation or doing an outfit activity. The person who is not here would not get yelled at.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15.  Can you tell us about cadets being afraid to go back to the dorms after class?

AN: Would not say afraid, people don't want to go back to get yelled at, you cannot sleep, and was not a good environment to study in so no one goes back.

16.  Can you tell us about upperclassmen denying freshmen to go to the library to study during EST?

AN: Don't think they deny. They discourage it and want everyone to stay in the dorm and study. However, it is not a good environment to study in because there is a lot of good and bad bull going on.

a.  Can you tell us about upperclassmen disrupting EST?

AN: I would say it is disrupting in a good bull way. All of the upperclassmen have done it.

17.  Can you tell us about your experience being kept up late at night?

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮

Investigator Signature: *Lauren Little*

**APP'X 1167**



## Investigation Statement Form

**Student Name:** ███████  **UIN:** ███████  **Interview Date:** ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

AN: Yes, in the beginning, they could not go to sleep before EST ended. Now we can. ████████████████████

████████████

   a.    Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week?

AN: Yes, it happened. The first night it was loud, however, as the week went on, he slept through it.

   18.    Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"?

AN: Yes, it happens. Don't know who, but said it happens. ████████

████████████████████

   19.    Can you tell us about "fish dress" within the dorm/hallway?

AN: Yes, Tshirt tucked in, shorts, socks pulled up. White tube sock have to be worn all the time.

Who told you? AN: ████████████

   20.    Can you tell us about not being allowed to go to church during the week?

AN: They have not stopped us. Not for religious stuff. They stop them for other things Organization stuff, library

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ████████████

**Investigator Signature:** *Jason Leible*



**Investigation Statement Form**

Student Name: ▮▮▮▮    UIN: ▮▮▮▮    Interview Date: ▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 21.    Can you tell us about not being allowed to go to certain places on campus to eat?<br><br>AN: Don't think so, haven't been told they cannot go somewhere.<br><br>22.    Can you tell us about freshmen not being allowed to eat a full meal?<br><br>AN: The only reason is do to time when they were doing onboarding. They had a time crunch and were not able to. Some have been told to eat more, because they are doing more here then before.<br><br>a.    Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food?<br><br>AN: They have to ask for permission to sit down and to eat, if they are talking to you have to stop and answer their questions. They would normally have to wait 5min from the time they arrived at their table till they could eat.<br><br>b.    Can you tell us about freshmen having to eat so much food that they throw up?<br><br>AN: Don't know if that happened.<br><br>23.    Can you tell us about freshmen getting smoked by upperclassmen?<br><br>AN: The worst is during PT. The PT is meant to be tough and doesn't think about it.<br><br>24.    Can you tell us about freshmen having to post against the wall?<br><br>AN: Answered earlier.<br><br>a.    What does this position look like? | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮

**APP'X 1169**

Investigator Signature: *Jason Leible*


## Investigation Statement Form

Student Name: ████████        UIN: ████████        Interview Date: ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| AN: Position of attention with head back to touch the wall<br><br>25.   Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead?<br><br>AN: Head, zips and butts, not allowed to use. They call them Sophomores, Juniors and Seniors. Elephant – not suppose to use. No abbreviations, Cannot call it the Quad – Quadrangle<br><br>To leave the Quad in uniform – only through the arches – in the Standard<br><br>26.   Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)?<br><br>AN: No, nothing that would be helpful<br><br>27.   Is there anything we haven't asked you about that you would like to share?<br><br>AN: NO | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████

Investigator Signature: _Juan Little_

**APP'X 1170**



## Student Conduct Investigation
## Acknowledgement

| Name | ▆▆▆▆▆ | Pronouns (*Optional* i.e., ze, she, he, they): |
|------|------|------|
| UIN: | ▆▆▆▆ | |

**Classification:** ■Freshman  ☐Sophomore  ☐Junior  ☐Senior  ☐Grad/Professional

**Address:** (if you live on campus, please include residence hall name AND P.O. Box if applicable)

| | ▆▆▆▆ | |
|---|---|---|
| | | |
| Email: ▆▆▆▆ | Telephone #: ▆▆▆▆ | |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

--------------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than _____

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

--------------------------------------------------------------------------------

**Initial that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

--------------------------------------------------------------------------------

**Participant signature:**_____ **Date:** _____

**APP'X 1172**



**Investigation Statement Form**

Student Name: ███████    UIN: ███████    Interview Date: ███████

| Investigator Notes | For Student Corrections |
|---|---|
| 1.    How would you describe the culture in Sq-17? I think it's a brotherhood, you can see that they care about getting you close to your buddies but how they do it... to some people it can seem not right and they way I see it, its not very ethical and not the best way to do it, but thats my opinion. But they try to get you to form a brotherhood to get close to your buddies.<br><br>2.    Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? Yeah, that happens. They just say that. To me it feels like they made their own set of rules to achieve their goals and make us close, but I think the standard is there for a reason but they just keep going and I again don't believe it's the right way but that's how it is.<br><br>3.    Can you tell us about freshmen getting injured during PT? That happens a lot, PT is very intense. At the beginning of the semester, a lot of kids got hurt because they aren't acclimated. ███████<br>███████<br>███████<br><br>a.    Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? So they usually pass out in afternoon training, its very intense and in the sun. ███████<br>███████<br>███████ I don't think the upperclassmen tell them not to say anything. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____███████_____

Investigator Signature: *Cathryn Mitzi*

APP'X 1173


Student Name: ▓▓▓▓▓    UIN: ▓▓▓▓▓    Interview Date: ▓▓▓▓▓

| **Investigator Notes** | **For Student Corrections** |
|---|---|

4.      Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? We do bear crawls and planks on the concrete ▓▓▓▓▓▓▓▓▓▓▓▓▓ we did change it after a while to do it in the grass and we still do them.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5.      Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? Yeah, That happened. It happened during FOW, ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ We were in the hall way and practicing the whip out, but our room was messed up, racks on the floor and drawers pulled out. There was a guy that pushed you after you whipped out, and for me the guy

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▓▓▓▓▓▓▓▓▓_____

Investigator Signature: _____

**APP'X 1174**



| Student Name: ████ | UIN: ████ | Interview Date: ████ |
|---|---|---|

| **Investigator Notes** | **For Student Corrections** |
|---|---|

was really strong, it was dark and kind of like an obstacle course. I jumped over and hit my head on the doorframe and the guy pushed me onto the rack, I may have lost my footing. It was one at a time in four different rooms and we practiced in the hall. All of the fish did it.

6.      Can you tell us about freshmen being told to keep shower and toilet doors open? That happens, they said its hard. We aren't forced to do it but if we do it its hard. But we aren't forced. Just a regular shower, no privacy. Its all people you generally trust.

7.

████████████

████████████

████████

8.

████████████

9.      Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? So they gave us a model and told us to do it exactly like it, and we did, except we used steel wire instead of copper and they told us this was wrong and that we wouldn't be the first class to mess this up. It

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████

Investigator Signature: _____


Student Name: ███████  UIN: ███████  Interview Date: ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

was really late and the copper wire was really expensive, but we did it. It was like more than a dollar per foot of wire

a.  What type of wire were the freshmen told to obtain? Copper, but we didn't know that at first, we were more focused on the exact design than the exact materials.

b.  How far were the freshmen told to go for this wire? Not specified, just to get the wire, from my understanding.

c.  Who gave the freshmen these directions? ███████ ███████

d.  What time of day/night did this occur? Don't know the exact time, We were told to make them Wednesday and we had to have them done by the following Monday, but I'm not a hundred percent sure on that.

e.  Which freshmen went to get the wire? No, it was a couple of them.

f.  How was the wire paid for? They paid for it and then we split it in Venmo.

10. Can you tell us about corps games that you've experienced? I mean the greeting and people being mad at you, but you think Corp games are only in the quad, but in service and off the campus we have to stand at attention and make statements, if they ask why you say no excuse. That happens to every other outfit inside the quad but for us it happens outside of the quad as well. I also don't know if this is a corp game, but we also aren't allowed to lock your doors, and

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████

Investigator Signature: _____



**APP'x 1176**



## Investigation Statement Form

Student Name ▮▮▮▮▮  UIN: ▮▮▮▮▮  Interview Date: ▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |

someone in our outfit just told us not to. Other outfits can lock doors and I don't

think its in the standard, but I don't know. ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11.     Can you tell us about upperclassmen directing freshmen to purchase

items on a list within a short time span? That happened during FOW, called the

shopping trip, and we gotta get a bunch of supplies and we have between an

hour and two hours. It wasn't that much time and there were a bunch of other

outfits doing the same thing so it was hard to find all of the things.

a.      What items were the freshmen directed to purchase? Broom, mop,

notebook, sockstrap, ammonia, Sharpies and red pens, notecards, super glue,

tape, fabuloso, paper towels. Stuff you would need

b.      How long were the freshmen given to obtain these items? One to two

hours, not exactly sure though. We were also instructed to have a buddy lunch

before that in the time given to us, so we had to do both.

c.      Which upperclassmen directed the freshmen to do this? ▮▮▮▮▮

▮▮▮▮▮

The notes included above accurat▮▮▮▮▮▮ded to the investigators.

Participant Signature: _____

Investigator Signature: _____

**APP'X 1177**



## Investigation Statement Form

**Student Name:** ▮▮▮▮▮▮▮▮    **UIN:** ▮▮▮▮▮▮▮▮    **Interview Date** ▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|
| **12.** Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ Everything has to be unified. | |
| **13.** Can you tell us about ▮▮▮▮ or other upperclassmen holding freshmen from class? ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| **14.** Can you tell us about freshmen having to stand on line during the academic day? Yeah, that happens. Not on line, like posted in your door, but more they go in your room and have you lock up in your room and they look in through the door. ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ I feel like its wrong because they act like its wrong, they don't do it in the hallway anymore, there were typically two or more involved one would look out or look through the peephole to see if advisors are | |

The notes included above accura▮▮▮▮▮▮▮▮▮▮▮▮ provided to the investigators.

**Participant Signature:** _____

**Investigator Signature:** _____

**APP'X 1178**


Student Name: ███████     UIN: ███████     Interview Date: ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| coming or something. ███████████████ | |

15. Can you tell us about not being allowed to lay down or sleep during the academic day? Yeah, you aren't allowed to sleep during the academic day or during evening study time, and if they see you, at least in the beginning, they would wake you up. We also don't get academic relay, so if you have a test form 8-11am, you can skip morning training to get more rest, but we aren't allowed to.

a. Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? They don't let us sleep, they will like open your door and slam it open. They only kick it in during blow call, before morning or evening formation. During that time they will like yell at us but that's pretty normal. But during the academic day, they don't kick it open but slam it with their hands.

b. Can you tell us about freshmen being smoked because their buddy was "sacking out"? We do get smoked, If your buddy is sacking out, they will tell him to go to the back and we all will wagon wheel to the back. But we typically get smoked in the afternoon and its just more exercises. Like say you for get a name, they will smoke you.

16. Can you tell us about cadets being afraid to go back to the dorms after class? That happens, you don't wanna go back. I don't want to go back because

The notes included above accura████████████rovided to the investigators.

Participant Signature: _____████████████_____

Investigator Signature: _____

**APP'X 1179**


Student Name: ██████████   UIN: ████████   Interview Date: ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

I'm afraid of missing my classes and getting held up for some reason. Some of my buddies are generally scared, but that is dying down and people are going back to the dorms more.

17.     Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? Yeah, ████████████████

████████████████████████

████████████████████████

████████████

a.     Can you tell us about upperclassmen disrupting EST? that happens a lot, while you are studying. At the beginning it would be whenever and tell you to post on line, but now if they see you study they leave you alone.

18.     Can you tell us about your experience being kept up late at night? Yeah so that happens a lot, you are only allowed to sleep after evening study time but sometimes they have us go into a room to tell us something. ████████

████████████████████████

████████████████████████

████████████████████████

████████████████████████

████████

a.     Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-

The notes included above accurately s██████████████ ovided to the investigators.

Participant Signature: ____██████████████____

Investigator Signature: ____[signature]____

**App'x 1180**


**Investigation Statement Form**

Student Name: ██████████     UIN: ██████████     Interview Date: ██████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

1am) during fish week? Yeah, 100%, it sounded like a chain, I tried to look at it but they covered the peep hole so you couldn't look at it. But that was only during FOW though.

19.    Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? ███████████████████████

████████████████████████████████████

████████████████████████████████████ I've been there when that's happened to others, a lot of us have.

20.    Can you tell us about "fish dress" within the dorm/hallway? Pretty much tall whites, laces tucked in, no laceless shoes, shirt tucked in, buttons done all the way, no watches and if you have belt loops you have to wear a belt. ████████

████████████████████████████

████████████████████ Upper classmen in SQ 17 told us to do it because its motivating.

21.    Can you tell us about not being allowed to go to church during the week? That's never happened to me

22.    Can you tell us about not being allowed to go to certain places on campus to eat? I don't know about that, you can go wherever. But you can't get like desserts in Duncan, and I think its just people in our outfit that can't have cooking or ice cream at Duncan.

The notes included above accurately ███████████████████ vided to the investigators.

Participant Signature: _____

Investigator Signature: _____

**APP'X 1181**


**Investigation Statement Form**

Student Name: ███████  UIN: ██████  Interview Date: ██████

| Investigator Notes | For Student Corrections |
|---|---|
| 23.    Can you tell us about freshmen not being allowed to eat a full meal? That hasn't happened? Some times we are busy, but we've never been told we can't eat. <br><br> a.    Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? Yeah, so every time you are chowing and its not free flow, while you are eating they ask questions and you have to answer and then ask if you can eat again. Sometimes if they are mad at you they can hold you up for a really long time but It can impact the time to eat. ██████████ ████ <br><br> b.    Can you tell us about freshmen having to eat so much food that they throw up? I don't know about that. <br><br> 24.    Can you tell us about freshmen getting smoked by upperclassmen? Happens all the time. Its extra exercise, usually during afternoon training times. Any mistake they deem fit for a smoke session, they can do it. ████ ████████ ████ ████ ██████ They will start with you but the upper classmen don't do everything that you do. <br><br> 25.    Can you tell us about freshmen having to post against the wall? Yeah, that happens during Blow calls | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ___██████████_____

Investigator Signature: _~~~~~~~~~~~~_____

**App'x 1182**




## Investigation Statement Form

Student Name: ⬛⬛⬛⬛⬛  UIN: ⬛⬛⬛⬛⬛  Interview Date: ⬛⬛⬛⬛⬛

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| a.  What does this position look like? At attention, heels to the wall, head to the wall, they tell us to sink into the wall. You can't look around, but I think that's pretty basic.<br><br>26.  Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Like, want, need, or think. If you want your require, need is care for, no word for like, and think is cogitate. You have to earn all of this stuff, like the ability to think and your first name<br><br>27.  Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)?<br><br>28.  Is there anything we haven't asked you about that you would like to share? ⬛⬛⬛⬛⬛<br>⬛⬛⬛⬛⬛ | |

The notes included above accurately s⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛ the investigators.

Participant Signature: _____

Investigator Signature: _____

App'x 1183



**Investigation Statement Form**

Student Name: ███████      UIN: ███████      Interview Date: ███████

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

1.　　How would you describe the culture in Sq-17?

It is a brotherhood, certainly – They care for making you close with your

buddies, the way they do it for some it might seem right and for others, I see,

my opinion that at times it is not ethical – they try to make you into a

brotherhood and get close with your buddies.

2.　　Can you tell us about upperclassmen telling the freshmen that the

　　　Standard doesn't apply to Sq-17?

Yes, that happens, not much too it, they pretty much say that. When they say

that, it is like they are achieving their own rules to make us become closer,

there is a right way and wrong way to do it, I don't' think it is the right way,

the Standard is there for a reason.

3.　　Can you tell us about freshmen getting injured during PT?

That happens a lot – PT is very intense, especially at the beginning of the

semester ███████

███████

███████

███████

a.　　Can you tell us about cadets passing out or getting injured during PT

　　　and being told not to say anything?

Usually the passing out is in afternoon training, very intense and in the sun,

███████

The notes included above accura███████vided to the investigators.

Participant Signature: _____

Investigator Signature: ___Luke Altendorf___

**APP'x 1184**

**Investigation Statement Form**



Student Name: ███████        UIN: ███████        Interview Date: ███████

| Investigator Notes | For Student Corrections |
|---|---|

███████ Have not heard that of not being told not to talk about it.

4.   Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises?

Yah, we bear craw and planks on concrete during pt ███████ and they now do it in the grass. Not sure how long they did it on the concrete. Still do the PT but now in the grass.

The notes included above accura███████led to the investigators.

Participant Signature: _____

Investigator Signature: ___Luke Altendorf___ ✗✗✗


## Investigation Statement Form

Student Name: ████████████    UIN: ████████████    Interview Date: ████████

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

5.  Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled?

Happened during FOW ████████████████████████

████████████████████ In the hall and have to go into the room,

the room was all messed up and drawers were out etc. ████████████

████████████████████████████████████████████

████████████████████   ████████████████████ There

were 4 rooms and it was one at a time and each buddy had a different

experience. Everyone waited their term.

████████████████████

6.  Can you tell us about freshmen being told to keep shower and toilet

doors open?

That happens – the reason is that it is hard.  Not forced to do it.

7.

████████████████████████████████

████████████████████████

8.


**Student Name:** ███████  **UIN:** ███████  **Interview Date:** ███████

| Investigator Notes | For Student Corrections |
|---|---|
| ████████████████████ | |

9.  Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs?

Gave us a model and told us to do it exactly like this, did steel wire instead of coper wire, when they checked it out, they were told to fix it. Super late and coper wire was expensive and was really late, did it about 2:00 in the morning. — It was more than $1 per foot.

a.  What type of wire were the freshmen told to obtain?

Copper. Did still first and didn't do it exactly like this and it was kind of our fault.

b.  How far were the freshmen told to go for this wire?

It wasn't specified, just told to get the wire. — Happened late at night and fixed later that night.

c.  Who gave the freshmen these directions?

████████████████████████

d.  What time of day/night did this occur?

Don't know the exact time. — were told on Wednesday and were told to make them by Monday.


Student Name: ▮▮▮▮▮▮    UIN: ▮▮▮▮▮▮    Interview Date: ▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|

e.     Which freshmen went to get the wire?

No was a couple of them.

f.     How was the wire paid for?

They paid for it and we split it in Venmo

10.    Can you tell us about corps games that you've experienced?

The greeting and the people being mad at you.  You think is this only while

we are in the quad or didn't expect it on service trips  and get locked up –

have to stand at attention and have to answer questions. Always have make

statement. – Happen to other outfits but inside of the Quad and ours

happens outside Quad – Not allowed to lock room doors. – Just told not to

do it.  Other outfits allowed to lock doors. ▮▮▮▮▮▮

▮▮▮▮▮▮

▮▮▮▮▮▮

▮▮▮▮▮▮ In the standard, not allowed to open foot locker, whisky

cabinet and drawers.  They take it out and put it back in.

11.    Can you tell us about upperclassmen directing freshmen to purchase

items on a list within a short time span?

It happened during FOW- called the shopping trip – purchase items you are

required, mop, broom, ammonia, safety pins etc.  and were only given a

limited time to do this and other outfits were doing the same thing and can't

find that stuff.

The notes included above accurate▮▮▮▮▮▮▮e investigators.

Participant Signature: ▮▮▮▮▮▮_____

Investigator Signature: ___Luke Altendorf___ _LAlt_

**APP'X 1188**


## Investigation Statement Form

Student Name: ████████    UIN: ████████    Interview Date: ████████

| **Investigator Notes** | **For Student Corrections** |

a.    What items were the freshmen directed to purchase?

Notebook, Suck Strap, Broom, Mop, Sharpy, Red Pen, Note Cards, Super

Glue, paper towels etc.

b.    How long were the freshmen given to obtain these items?

Not exactly sure – maybe 1-2 hours, were also instructed during the

timeframe to do this and have a buddy lunch and purchact stuff in the

timeframe.

c.    Which upperclassmen directed the freshmen to do this?

████████████████████

12.    Can you tell us about freshmen having to purchase new brooms or

mops in order to be unified and have the same exact supplies as the

rest of the buddy class?

████████████████████████████ Happens with most everything being

unified.

13.    Can you tell us about ████████ or other upperclassmen holding

freshmen from class?

████████████████████████████

The notes included above accurately s█████████████████d to the investigators.

Participant Signature: _____

Investigator Signature: ___ Luke Altendorf _____

App'x 1189



## Investigation Statement Form

Student Name: ▮▮▮▮▮▮   UIN: ▮▮▮▮▮▮   Interview Date: ▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

▮▮▮▮▮▮▮▮▮▮ Not sure about other.

14. Can you tell us about freshmen having to stand on line during the academic day?

Yes, it happens, not on line means you have to post on your door, they go into your room and lock you up in your room and they are looking in the peep hole at the door to see if someone is going buy. ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ They don't do it in the hallway – usually 2 or more and if someone is coming, they leave. When they are inside they close door and look through peep hole. It happens often with one or many student in the room.

15. Can you tell us about not being allowed to lay down or sleep during the academic day?

Happens, you are not allowed to during academic day or study time. Not what the standard says. IF it happens now, they get one of your budies to wake you up. Academic Bagg in. – if you have a test between 8-11 can sleep in or study and miss formation. SQ17 not allowed to.

a. Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap?

The notes included above accurate ▮▮▮▮▮▮ d to the investigators.

Participant Signature: _____

Investigator Signature: ___ Luke Altendorf _____

APP'X 1190


| Investigator Notes | For Student Corrections |
|---|---|
| They don't let us sleep, they open door, don't kick it in. Just open and slam it it in. They do kick in it in Blow Call – Training Time have in two rooms and during academic day can't sleep but they just slam it open with hands. | |

b.    Can you tell us about freshmen being smoked because their buddy was "sacking out"?

We do get smoked – If you buddy is getting sacked out – go to the back, and we have to wagon wheele and all have to go to the back. Usually happens during afternoon training. They smoke you and have you do all sorts of exercise.

16.    Can you tell us about cadets being afraid to go back to the dorms after class?

It happens, I'm afraid to go back so I not late for my classes. I may be held back and could miss a class. Some buddies are genuinely scared so they stay away, that is slowly dying down and they are going back moare.

17.    Can you tell us about upperclassmen denying freshmen to go to the library to study during EST?

It happened ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

a.    Can you tell us about upperclassmen disrupting EST?

The notes included above accurately ▮▮▮▮▮▮▮▮▮▮ to the investigators.

Participant Signature: _____

Investigator Signature: ___Luke Altendorf_____

APP'X 1191


## Investigation Statement Form

Student Name: ███████        UIN: ███████        Interview Date: ███████

| Investigator Notes | For Student Corrections |
|---|---|

It happens , if they see you studding, they leave you alone, if you are finished and on your phone they go in and disrupt you.

18.    Can you tell us about your experience being kept up late at night?

Happnes a lot, only allowed to go to sleep after evening study time. ███████

██████████████████████████████████
██████████████████████████████████
██████████████████████████████████
██████████████████████████████████

a.    Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week?

Yes it happened, sounded like a chain, but never saw it.  They would cover the peep hole so you couldn't see what was going on – it was only during FOW?

19.    Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"?

Happens, ████████████████████████
███████████████████████ Happens all the time –

They love the retard work. ██████████████████

███████ – I have been there when it happens, a lot of us have been there.

The notes included above accuratel ███████ ed to the investigators.

Participant Signature: _____

Investigator Signature: ___Luke Altendorf___ _LA_ _____

**App'x 1192**



**Investigation Statement Form**

Student Name: █████████   UIN: ██████████   Interview Date: ██████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

20.   Can you tell us about "fish dress" within the dorm/hallway?

Tall whites, laces tucked in , shirt has to be tuckened, if you have buttons they have to be buttoned all the way, shirts tucked in, no watches.  No laceless showed.  If you have beltloops, have to wear a belt. ████████

████████████████████████████████

21.   Can you tell us about not being allowed to go to church during the week?

Never happened to me, I don't know about that.

22.   Can you tell us about not being allowed to go to certain places on campus to eat?

I don't know about that , you can go wherever you want but not allowed to get certain things, Ice Cream, Cookies etc, not allowed to have Duncan Ice Cream or Cookies. – They said, no SQ 17 fish are allowed to have ice cream or cookies.

23.   Can you tell us about freshmen not being allowed to eat a full meal?

That hasn't happened, never been told they can't eat.

a.   Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food?

Yeh, every time when you are chowing and it is not free flow, and have to answer questions and then allowed to eat again.  At times if they are mad at

The notes included above accurately s██████████████████ed to the investigators.

Participant Signature: ████████████_____

Investigator Signature: ___Luke Altendorf___ ✍_____


Student Name: ███████    UIN ███████    Interview Date: ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

you , they hold you up for a long time before allowed to eat food. ███

███████████████ May for people who are slower it can be difficult for the.

b.    Can you tell us about freshmen having to eat so much food that they

throw up?

I don't know what that meant.

24.    Can you tell us about freshmen getting smoked by upperclassmen?

Happens all the time. – Smoked means doing extra exercise, usually happens

during afternoon training time. – sometimes morning PT.  Any mistake, like

saying your first name could be a time to be pulled aside to be smoked. –

████████████████████████████

They do a little bit of the PT with you and they top and then you keep going.

Not doing everying you keep doing.

25.    Can you tell us about freshmen having to post against the wall?

Post on the wall, happens every time

a.    What does this position look like?

Heals, head and rear to the wall and can't look around.

26.    Can you tell us about words that freshmen aren't allowed to know or

say, and what freshmen are told to call those items instead?

Like, want, need or think – Want – require, need you care for, cant like- care

for, think – is cogitate.  Have to earn everything.  It is a corps wide thing.

The notes included above accurately su████████ded to the investigators.

Participant Signature: _____

Investigator Signature: _____ Luke Altendorf _____

Division of Student Affairs
Student Conduct Office



**Investigation Statement Form**

Student Name: ████████     UIN: ████████     Interview Date: ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 27.   Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? <br><br>Has video and screen shots – asked if upperclassman will be able to see this.<br><br>28.   Is there anything we haven't asked you about that you would like to share? ████████████████ ████████ | |

The notes included above accura███████████on provided to the investigators.

Participant Signature: _____

Investigator Signature: _____ Luke Altendorf _____

App'x 1195



## Student Conduct Investigation
## Acknowledgement

| Name: ███████████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| UIN ███████████ | |
| Classification: ■Freshman ☐Sophomore ☐Junior ☐Senior ☐Grad/Professional | |
| Address: (if you live on campus, please include residence hall name AND P.O. Box if applicable) ████████ | |
| | |
| Email: ██████████ | Telephone #: ██████████ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. (*Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules*)

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1196**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

------------------------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ▇▇▇▇▇▇▇▇▇▇

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

------------------------------------------------------------------------------------------

**Initial that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

------------------------------------------------------------------------------------------

**Participant signature:** ▇▇▇▇▇▇▇▇▇▇ _____     **Date:** ▇▇▇▇▇▇▇ _____

**APP'X 1197**

**Investigation Statement Form**



Student Name: ███████  UIN: ███████  Interview Date: ███████

**Investigator Notes**                                    **For Student Corrections**

1.      How would you describe the culture in Sq-17? Really close knit with

buddies, actively push us together intentionally, faith based continue and

encourage to practice their faith as much as possible.

2.      Can you tell us about upperclassmen telling the freshmen that the

Standard doesn't apply to Sq-17? I heard we still follow the standard, but also we

might do them a little differently. Can't recall one specifically they do differently,

but couldn't say what couldn't be exactly to the standard but understand that

they are still in line with it (the standard).  Could not answer as an example, but

indicated they have a copy in their room.

3.      Can you tell us about freshmen getting injured during PT? We don't get

injured due to the activities, more so incidentals, like when we do push ups and

sometimes get bit by ants but then they move, but otherwise no injuries for PT

really.

a.      Can you tell us about freshmen having gashes/abrasions on their forearms

from seal crawls or any other exercises? Prefer not to answer

b.      Can you tell us about cadets passing out or getting injured during PT and

being told not to say anything? I haven't heard of not being told not to say

anything, but upperclassman take care of us, and if we feel we will pass out given

a small break, told to hydrate by upper classman.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████

Investigator Signature: Susan Fox-Forrester ████████

**APP'X 1198**


Student Name: ▮▮▮▮▮    UIN: ▮▮▮▮▮    Interview Date: ▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 4. Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? Prefer not to answer. | |
| 5. Can you tell us about freshmen being told to keep shower and toilet doors open? We were never instructed to do that formally or have to, never told to do such a thing. Also not common practice, but freshmen prefer to do it because its easier to get out of the stalls. Doors don't stay fully open, but if not locked will be ajar slightly so they leave them that way. | |
| 6. Prefer not to answer | |
| 7. No knowledge of that. | |
| 8. Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? Told to go purchase wire from hardware store, no other specific instructions. | |
| a. What type of wire were the freshmen told to obtain? Copper wire | |
| b. How far were the freshmen told to go for this wire? Did not set specific location – just local hardware store | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature ▮▮▮▮▮

Investigator Signature: ▮▮▮▮▮


Student Name: ███████    UIN: ███████    Interview Date ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

c.    Who gave the freshmen these directions? ███████

███████

███████

d.    What time of day/night did this occur? Afternoon, during a meeting when fish were in the dorms.

e.    Which freshmen went to get the wire? ███████

███████

f.    How was the wire paid for? Paid for by all the buddies; pitched in to pay for it as all were using it.

9.    Can you tell us about corps games that you've experienced? Fish speak, all the normal games like ranger walking through hallway, speaking to upperclassman in "sir" statements.

10.    Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? Prefer not to answer

a.    What items were the freshmen directed to purchase? Not answered

b.    How long were the freshmen given to obtain these items? Not answered

c.    Which upperclassmen directed the freshmen to do this? Not answered

11.    Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? Told to unify in our purchase of the supplies, not need to repurchase the

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████



Investigator Signature: _____

**App'x 1200**


Student Name: ▮▮▮▮▮     UIN: ▮▮▮▮▮     Interview Date: ▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|

supplies. The initial trip purchased brooms and mops, but not asked to repurchase brooms and mops and not aware of others who were instructed to do so.

12.    Can you tell us about ▮▮▮▮▮ or other upperclassmen holding freshmen from class? I never heard of an incident of that happening, they inform the upperclassmen of need to go to class and they release them accordingly.

13.    Can you tell us about freshmen having to stand on line during the academic day? No don't stand online during the academic day.

14.    Can you tell us about not being allowed to lay down or sleep during the academic day? Prefer not to answer

a.    Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? I have no knowledge of that occurring.

b.    Can you tell us about freshmen being smoked because their buddy was "sacking out"? prefer not to answer

15.    Can you tell us about cadets being afraid to go back to the dorms after class? ▮▮▮▮▮

▮▮▮▮ Also doesn't know of anyone else who is afraid to go back.

16.    Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? To my knowledge no, in fact they encourage us to go study there (library) if we have need to get focused.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮

Investigator Signature: _____

**App'x 1201**


Student Name: ████████  UIN: ████████  Interview Date: ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| a.  Can you tell us about upperclassmen disrupting EST? There's no disruption, time to time an upperclassmen needs to ask a question, but doesn't disrupt EST.  They really give us time to study and focus on our academics.<br><br>17.  Can you tell us about your experience being kept up late at night? Never been kept up late at night, all the informational meetings happen earlier during the day or end of EST so we aren't kept from getting a good nights rest.<br><br>a.  Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? Prefer not to answer.<br><br>18.  Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? Prefer not to answer<br><br>19.  Can you tell us about "fish dress" within the dorm/hallway? Told at beginning of the year not mandatory, but tradition to continue that or not participate. Means a tucked in shirt, tall white socks pulled up all the way.  Its our choice to continue with that tradition or not continue with that.<br><br>20.  Can you tell us about not being allowed to go to church during the week? We have never been denied going to church, actually encouraged to go to church as we encourage practice of the faith.<br><br>21.  Can you tell us about not being allowed to go to certain places on campus to eat? Never denied to go to places on campus to eat, but encouraged to go to | ███████████████ |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature ████████████████

Investigator Signature: ~~~signature~~~

**App'x 1202**


Student Name: ▮▮▮▮▮▮▮▮▮  UIN: ▮▮▮▮▮▮▮  Interview Date: ▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| Duncan as a buddy class to encourage bonding and developing relationship with one another. | |

22.  Can you tell us about freshmen not being allowed to eat a full meal? Never not been allowed to eat a full meal, whether on our own time or with the outfit always been allowed a full meal no limitations.

a.  Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? Do make statements but doesn't limit us in our time to eat food, but we make statements to request time for more water or the bathroom but usually doesn't interfere with our eating food.

b.  Can you tell us about freshmen having to eat so much food that they throw up? To my knowledge never happened, although he is aware of fish eating food on their own accord, but never forced to eat food to cause them to throw up.

23.  Can you tell us about freshmen getting smoked by upperclassmen? Other than just normal training times, no other outside times getting smoked.

24.  Can you tell us about freshmen having to post against the wall? All the freshman in line against wall, to fall out evening/morning formations or on game days on the quad to fall in for formation then.

a.  What does this position look like? Flat against wall, head up against the wall and heels against the wall.  Not forced to squat against the wall.

The notes included above ac~~█████~~rovided to the investigators.

Participant Signature ▮▮▮▮▮▮▮▮▮▮▮▮

Investigator Signature: ~~signature~~

**App'x 1203**



**Investigation Statement Form**

Student Name: ▮▮▮▮▮▮       UIN: ▮▮▮▮▮▮       Interview Date: ▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 25.   Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Normal upperclassman first names so we refer to them as Mister then their last name. Not allow to want, but care to, not need, require, like is care for, feel but instead physically cogitate.<br><br>26.   Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? no<br><br>27.   Is there anything we haven't asked you about that you would like to share? no | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature ▮▮▮▮▮▮

Investigator Signature: ▮▮▮▮▮▮

**APP'X 1204**

Division of Student Affairs
Student Conduct Office



## Investigation Statement Form

Student Name: ███████████  UIN: ████████  Interview Date: ████████

**Investigator Notes**                                    **For Student Corrections**

1.  How would you describe the culture in Sq-17?

    Really close knit. Actively push us to build relationships.  Faith based.

2.  Can you tell us about upperclassmen telling the freshmen that the

    Standard doesn't apply to Sq-17?

    We still follow the standard but we might do some things a little

    differently.  I can't recall details.  Some things we do are not exactly

    to standard but we are in line with it.

3.  Can you tell us about freshmen getting injured during PT?

    We don't get injured due to activities, more so to incidentals... for

    example being bitten by ants.

a.  Can you tell us about freshmen having gashes/abrasions on their

    forearms from seal crawls or any other exercises?

    Prefer not to answer this question.

b.  Can you tell us about cadets passing out or getting injured during PT

    and being told not to say anything?

    No.

4.  Can you tell us about freshmen being told to whip out to

    upperclassmen in dark dorm rooms and then being shoved over and

    wrestled?

    I prefer not to answer this question.

The notes included above accu~~rately summarize the information provided to the~~ investigators.

Participant Signature: ██████████████████

Investigator Signature: _____ _C͟p͟L͟ ͟M͟ ͟I͟l͟e͟g͟a͟r͟o͟n͟____

App'x 1205


Student Name: ████████        UIN: ████████        Interview Date: ████████

**Investigator Notes**                                    **For Student Corrections**

5.  Can you tell us about freshmen being told to keep shower and toilet
    doors open?

    We were never instructed or told to do such a thing. It's not

    common practice. It's a matter of personal preference.

6.

    I prefer not to answer this question.

7.

    I have no knowledge of that.

8.  Can you tell us what the Sq-17 freshmen were told to do regarding

    obtaining the wire to make fish spurs?

    We were told to purchase wire from the hardware store. No specific

    instructions. We were told to get copper wire. We were told to just

    go to a local hardware store.

a.  What type of wire were the freshmen told to obtain?

    Copper wire

b.  How far were the freshmen told to go for this wire?

    Just a local hardware store.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████

Investigator Signature:

**APP'X 1206**



Student Name: [REDACTED]          UIN: [REDACTED]          Interview Date: [REDACTED]

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

c.  Who gave the freshmen these directions?

[REDACTED]

d.  What time of day/night did this occur?

We were given the instructions in the afternoon.

e.  Which freshmen went to get the wire?

We had to make a couple of runs to get wire because we needed

more. [REDACTED]

f.  How was the wire paid for?

All of the Fish buddies pitched In to pay for it.

9.  Can you tell us about corps games that you've experienced?

Other than having to use "Fish Speak" just normal games.  Ranger

walking in the hallways, talking to upperclassmen with fish

statements.

10.  Can you tell us about upperclassmen directing freshmen to purchase

items on a list within a short time span?

I prefer not to answer this question.

a.  What items were the freshmen directed to purchase?

I prefer not to answer.

b.  How long were the freshmen given to obtain these items?

I prefer not to answer.

c.  Which upperclassmen directed the freshmen to do this?

The notes included above accurately summarize the information provided to the investigators.

Participant Signature [REDACTED]

Investigator Signature: _[signature]_

**App'x 1207**


Student Name: ████████    UIN: ████████    Interview Date: ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

I prefer not to answer.

11. Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class?

We were told to unify our purchase our supplies together on our initial trip. I was not instructed to repurchase brooms or mops and not aware of anyone else instructed to do so.

12. Can you tell us about ████████ or other upperclassmen holding freshmen from class?

I have not heard of that happening. We inform upperclassmen when we have class and they allow us to leave.

13. Can you tell us about freshmen having to stand on line during the academic day?

We don't stand on line during the academic day.

14. Can you tell us about not being allowed to lay down or sleep during the academic day?

I prefer not to answer this question.

a. Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap?

I have no knowledge of this occurring.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████

Investigator Signature: _John M. Ryan III_

App'x 1208


## Investigation Statement Form

Student Name: ▮▮▮▮▮▮▮         UIN: ▮▮▮▮▮▮         Interview Date: ▮▮▮▮▮▮

**Investigator Notes**                                          **For Student Corrections**

b.      Can you tell us about freshmen being smoked because their buddy

was "sacking out"?

I prefer not to answer this question.

15.     Can you tell us about cadets being afraid to go back to the dorms

after class?

I have not been afraid to go back to the dorms. I don't know of

anyone in my class that is afraid of returning to the dorms.

16.     Can you tell us about upperclassmen denying freshmen to go to the

library to study during EST?

To my knowledge we have never been denied. We are encouraged

to go to the library or a more quiet place.

a.      Can you tell us about upperclassmen disrupting EST?

From time to time, upperclassmen come in and ask us questions.

They give us the time we need to study and focus on our academics.

17.     Can you tell us about your experience being kept up late at night?

We have never been kept up late at night. All information is passed

prior to the end of EST.

a.      Can you tell us about upperclassmen hitting a chain or other object

against the doors and shaking door handles late at night

(approximately 11pm-1am) during fish week?

Prefer not to answer this question.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮▮▮

Investigator Signature: *[signature]*

**App'x 1209**


## Investigation Statement Form

Student Name: ████████          UIN: ████████          Interview Date: ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

18.    Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"?

I prefer not to answer.

19.    Can you tell us about "fish dress" within the dorm/hallway?

We were told that fish dress was not mandatory but we were told its tradition so we were given a choice wether or not to wear fish dress.

20.    Can you tell us about not being allowed to go to church during the week?

We never have been denied to go to church.

21.    Can you tell us about not being allowed to go to certain places on campus to eat?

We are never denied to go. They do encourage us to go to Duncan as a buddy class.

22.    Can you tell us about freshmen not being allowed to eat a full meal?

We have never not been allowed to eat a full meal.

a.    Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food?

We do make statements, we are allowed to eat.

b.    Can you tell us about freshmen having to eat so much food that they throw up?

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████

Investigator Signature: _John M Ryan_

**APP'x 1210**


**Investigation Statement Form**

Student Name: ▮▮▮▮▮▮▮▮   UIN: ▮▮▮▮▮▮▮   Interview Date: ▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| To my knowledge that has never happened. We have never been forced to down food in order to make us throw up. | |
| 23. Can you tell us about freshmen getting smoked by upperclassmen? Other than just normal training times, there are no smoke sessions outside of training times | |
| 24. Can you tell us about freshmen having to post against the wall? | |
| a. What does this position look like? All of the freshmen are lined up against the wall at the position of attention. | |
| 25. Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? We are not allowed to say upperclassmen first names. Can't say like, think, need, feel and want. We say I care for, I cogitate, require, physical cogitate, care to. | |
| 26. Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No | |
| 27. Is there anything we haven't asked you about that you would like to share? No. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮

Investigator Signature: *John M Regan*

**APP'X 1211**

Division of Student Affairs
Student Conduct Office



## Investigation Statement Form

Student Name: ████████    UIN: ████████    Interview Date: ████████    **APP'X 1212**

The notes included above accurately summarize the information provided to the investigators.

Participant Signature ████████

Investigator Signature: _____

**APP'X 1212**

EXHIBIT
21

**From:** Bell Jr, Douglas
**Sent:** Tuesday, October 8, 2024 4:12 PM
**To:** Crawford, Dr. Tia
**Subject:** RE: Interview Assistance

Thank you.  I will confirm times tomorrow morning.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>
**Sent:** Tuesday, October 8, 2024 4:10 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE: Interview Assistance

Dr. Bell,

I can assist. I do have an All Staff meeting that I coordinate for our department from 8:30am to 10:00am and a meeting from 1:00pm to 2:00pm. Otherwise, I am happy to support.

**Tia Crawford, Ph.D.** | Assistant Director
Department of Student Activities| Division of Student Affairs
1236 TAMU | College Station, TX 77843-1236

ph: 979.862.2514| dr.tia@tamu.edu| stuact.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Tuesday, October 8, 2024 3:57 PM
**To:** McMillen, Drew M <dmcmillen@rec.tamu.edu>; Kurten, Jason H <jkurten@tamu.edu>; Burns, Doug <d-burns@dsa.tamu.edu>; Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>; Fleming, John D <jfleming@vpsa.tamu.edu>; Driver, Tonya <tonyadriver@tamu.edu>
**Cc:** Jeffery, Justin S <jjeffery@tamu.edu>; Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: Interview Assistance

Howdy,
I am attempting to conduct a large-scale interview process, and I am seeking to have volunteer investigators assist with interviewing members of the Corps.  We are currently looking to conduct interviews with members of the Corps on Thursday Morning starting at 6:00 am.  We are hoping to conclude the interviews by 1:00pm. Are there any individuals who could assist with this large-scale investigation during this time period?  Thank you in advance for your consideration.

**Douglas Bell, Ph.D.** | Director of Student Community Standards

1

Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Bell Jr, Douglas
**Sent:** Monday, October 7, 2024 12:17 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@studentlife.tamu.edu>; McMillen, Drew M <dmcmillen@rec.tamu.edu>; Kurten, Jason H <jkurten@tamu.edu>; Burns, Doug <d-burns@dsa.tamu.edu>; Winkler, Angela M <AngelaW@studentlife.tamu.edu>; McKoin Owens, Melanie E <MelanieM@studentlife.tamu.edu>; Daggers, Libby <libbyd@studentlife.tamu.edu>; Dorsett, Lauren R <LaurenD@studentlife.tamu.edu>; Cox, Kelly <kcox@sls.tamu.edu>; Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>; Hearst, Shante <shearst@stuact.tamu.edu>; King, Laurell D. <lking@stuact.tamu.edu>; Brown, Lauren M <lbrown@stuact.tamu.edu>; Fox-Forrester, Susan J <sforrester@tamu.edu>
**Cc:** Baker, Stefanie A <stefanieb@studentlife.tamu.edu>; HUSKEY, JEFFREY RAY <jrhuskey@rec.tamu.edu>; Roberts, Darby M <darby@tamu.edu>; Brown, Josh <jhbrown@stuact.tamu.edu>; Jeffery, Justin S <jjeffery@tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** Interview Assistance

Howdy,
I am attempting to conduct a large-scale interview process, and I am seeking to have volunteer investigators assist with interviewing members of the Corps. We are currently looking to conduct interviews with members of the Corps on Thursday Morning starting at 6:00 am. Are there any individuals who could assist with this large scale investigation? Thank you in advance for your consideration.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.



**Investigation Statement Form**

Student Name:                          UIN:                          Interview Date:

**Investigator Notes**                                      **For Student Corrections**

1.        How would you describe the culture in Sq-17?

2.        Can you tell us about upperclassmen telling the freshmen that the

Standard doesn't apply to Sq-17?

3.        Can you tell us about freshmen getting injured during PT?

a.        Can you tell us about freshmen having gashes/abrasions on their

forearms from seal crawls or any other exercises?

b.        Can you tell us about cadets passing out or getting injured during PT and

being told not to say anything?

4.        Can you tell us about freshmen being told to whip out to upperclassmen

in dark dorm rooms and then being shoved over and wrestled?

5.        Can you tell us about freshmen being told to keep shower and toilet

doors open?

6.



7.



8.        Can you tell us what the Sq-17 freshmen were told to do regarding

obtaining the wire to make fish spurs?

a.        What type of wire were the freshmen told to obtain?

b.        How far were the freshmen told to go for this wire?

c.        Who gave the freshmen these directions?

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature**: _____

**Investigator Signature**: _____

**App'x 1215**

**Investigation Statement Form**



Student Name: _____  UIN: _____  Interview Date: _____

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| d.  What time of day/night did this occur? <br><br> e.  Which freshmen went to get the wire? <br><br> f.  How was the wire paid for? <br><br> 9.  Can you tell us about corps games that you've experienced? <br><br> 10.  Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? <br><br> a.  What items were the freshmen directed to purchase? <br><br> b.  How long were the freshmen given to obtain these items? <br><br> c.  Which upperclassmen directed the freshmen to do this? <br><br> 11.  Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? <br><br> 12.  Can you tell us about _____ or other upperclassmen holding freshmen from class? <br><br> 13.  Can you tell us about freshmen having to stand on line during the academic day? <br><br> 14.  Can you tell us about not being allowed to lay down or sleep during the academic day? <br><br> a.  Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature: _____

**App'x 1216**



## Investigation Statement Form

Student Name:        UIN:        Interview Date:

| Investigator Notes | For Student Corrections |
|---|---|
| b.      Can you tell us about freshmen being smoked because their buddy was "sacking out"?<br><br>15.      Can you tell us about cadets being afraid to go back to the dorms after class?<br><br>16.      Can you tell us about upperclassmen denying freshmen to go to the library to study during EST?<br><br>a.      Can you tell us about upperclassmen disrupting EST?<br><br>17.      Can you tell us about your experience being kept up late at night?<br><br>a.      Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week?<br><br>18.      Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"?<br><br>19.<br><br>20.      Can you tell us about not being allowed to go to church during the week?<br><br>21.      Can you tell us about not being allowed to go to certain places on campus to eat?<br><br>22.      Can you tell us about freshmen not being allowed to eat a full meal?<br><br>a.      Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature: _____

Aᴘᴘ'x 1217



**Investigation Statement Form**

Student Name: _____ UIN: _____ Interview Date: _____

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| b.　　Can you tell us about freshmen having to eat so much food that they throw up?<br><br>23.　　Can you tell us about freshmen getting smoked by upperclassmen?<br><br>24.　　Can you tell us about freshmen having to post against the wall?<br><br>a.　　What does this position look like?<br><br>25.　　Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead?<br><br>26.　　Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)?<br><br>27.　　Is there anything we haven't asked you about that you would like to share? | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature: _____

App'x 1218



This section will be filled out already! Just have them review it and correct as needed.

## Student Conduct Investigation
## Acknowledgement

| **Name**: | **Pronouns (*Optional* i.e., ze, she, he, they):** |
|---|---|
| **UIN:** | |
| **Classification:** ☐Freshman ☐Sophomore ☐Junior ☐Senior ☐Grad/Professional | |
| **Address**: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| | |
| | |
| **Email:** | **Telephone #:** |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules**.** Therefore, you should know that you may choose to not answer questions or make any statement at all.

 If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1219**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (**Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules**)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (**Section 24.4.23. Abuse of process, Texas A&M University Student Rules**)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Acknowledge each statement by placing your initials in the space provided:**

_____ I acknowledge my responsibility to be truthful.       <span style="color:red">Have the students write their initials by each of these statements!</span>

_____ I understand that I have the option not to answer questions or make any statement at all.

_____ I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

_____ I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than _____

_____ I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

_____ I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

_____ I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Initial that which applies:**       <span style="color:red">Students will only initial ONE of these:</span>

_____ I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Participant signature:**_____ **Date:** _____

<span style="color:red">Regardless of whether they agree to participate, make sure they sign and date!</span>

**APP'X 1220**



# Investigation Statement Form

Student Name: EXAMPLE          UIN: EXAMPLE          Interview Date: 10/10/2024

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 1. This is the example first question? Please type the student's response to the question here (not in red, no need to change the font color – this is just to show you where to type!).<br><br>2. This is the example second question? Please type the student's response to the question here. | |

Scroll down to see signature instructions!

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Write your name here ON FIRST PAGE ONLY!

**Investigator Signature**: Draw your signature on this line on EVERY PAGE!

App'x 1221

**From:** Winking, Audrey J
**To:** Fleming, John D; Driver, Tonya; Dawson, Mark; Altendorf, Luke J; Crawford, Dr. Tia; Hearst, Shante; Gros, Steven L.; Fox-Forrester, Susan J; Dorsett, Lauren R
**Cc:** Bell Jr, Douglas
**Subject:** Thursday Investigation Information
**Date:** Wednesday, October 9, 2024 8:38:34 AM
**Attachments:** Volunteer Info.docx
Volunteer Availability.xlsx
map to ash 2.png
template - form.pdf
template - notes.pdf

Howdy,

Thank you so much for your willingness to assist us with this large-scale investigation. We truly could not do this without you and are so appreciative of your help! Below you will find an overview of our plan for the interviews and instructions related to your role (also attached as a word document if that is easier/more accessible for you). Please double check the Volunteer Availability spreadsheet and make sure that we have you marked down accurately!

Overview:
We will be interviewing                    from one outfit in the Corps. In order to limit conversations between interviews, we will be monitoring all of the students in the Ash 2 Classroom until their interviews are completed (which is why we are needing multiple volunteers to conduct the interviews). Student Community Standards staff will check all of the students in when they arrive and the students will remain in the Ash 2 Classroom until they are called for their interview. Audrey will be going over the procedural information in the Acknowledgement Form with the students as a group, but the students will sign those forms individually when they are called for their interviews.

Location:
Please report to the Ash 2 classroom (on the third floor) when you arrive. Attached is a map with some reference points to help you navigate to Ash 2. Ash 2 is circled in red; the arches on the corps quad are circled in blue; Rudder and the MSC are circled in pink; the Student Services Building is circled in purple.
We have separate smaller rooms reserved on the third floor of Ash 2 for the interviews themselves.
We will be utilizing a lounge on the third floor of Ash 2 for the students to review their interview notes after their interview is complete.

Investigator Role/Process:
You (along with SCS staff and other volunteers) will be interviewing the                 cadets individually, along with a co-investigator from the Corps. A SCS staff member in the Ash 2 Classroom will provide you with a pre-filled acknowledgement form for the individual student you will interview. Please call that student and take them to your designated interview room.

Once at your interview room, hand the student their acknowledgment form and have them

**App'x 1222**

check the demographic information on the front page. If anything is incorrect, please have them correct it. On the back page, the student needs to initial all the statements in the middle section of the page. On the bottom section, they will initial one or the other, indicating whether they are wanting to participate in the interview or not. Regardless of their decision to participate or not, have them sign and date the form and give it back to you. <u>Attached is an example of this form with the areas that they need to review and fill out.</u>

If the student chose not to participate, you will walk them to the lounge and have them sign out with the staff member there. You can hand their signed acknowledgement form to that staff member.

If the student chose to participate, you will then begin going through their interview questions. Please type their responses directly after the question itself (please don't add extra lines/rows into the document) and try to type what they say as verbatim as possible. <u>Attached is an example of this the notes pages which shows you where/how to type their responses to the interview questions.</u> *If you need to prompt the student to elaborate on any of their responses, please do so* (for example, asking for names of people involved/present, when something occurred, how often this occurred, which upperclassmen directed/enforced certain behaviors, etc.).

Once you have gotten through all the questions with the student, you will walk them to the lounge. Have them wait in there while you get their notes pages printed. We will be using a printer in the Corps Operation's Office on the first floor – a staff member will be in the hallway outside of the interview rooms to be the "runner" who will go get the notes pages printed and bring them back to you to sign.

Once their notes pages have been printed, please legibly write your name on the bottom of the **first** page, then draw your signature on the bottom of **every** page where it says "investigator signature". <u>Attached is an example of this the notes pages which also shows where to write your name and where you should sign each page.</u>

Once you have signed each page, provide those notes pages to the student to review and sign in the lounge. You may then leave the student in the lounge and then you will go back to the Ash 2 Classroom to get your next student.

**Note: We will have some laptops/USB drives available if needed, but if you have a laptop and/or USB that you are able to bring to utilize during the interviews, that would be super helpful!**

Again, we sincerely thank you for helping us conduct this investigation. If you have any questions, please reach out to Audrey or Dr. Bell.

Best,


**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu



This section will be filled out already! Just have them review it and correct as needed.

## Student Conduct Investigation
## Acknowledgement

| | |
|---|---|
| **Name**: | **Pronouns (*Optional* i.e., ze, she, he, they):** |
| **UIN:** | |
| **Classification:** ☐Freshman   ☐Sophomore   ☐Junior   ☐Senior   ☐Grad/Professional | |
| **Address**: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| | |
| | |
| **Email:** | **Telephone #:** |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules**.** Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1225**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (***Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules***)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (***Section 24.4.23. Abuse of process, Texas A&M University Student Rules***)

---

**Acknowledge each statement by placing your initials in the space provided:**

_____I acknowledge my responsibility to be truthful.      <span style="color:red">Have the students write their initials by each of these statements!</span>

_____I understand that I have the option not to answer questions or make any statement at all.

_____I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

_____ I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than__ _____

_____I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

_____I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

_____I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

---

**Initial that which applies:**      <span style="color:red">Students will only initial ONE of these:</span>

_____I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

---

**Participant signature:**_____ **Date:** _____

<span style="color:red">Regardless of whether they agree to participate, make sure they sign and date!</span>

**APP'X 1226**



**Investigation Statement Form**

Student Name: EXAMPLE          UIN: EXAMPLE          Interview Date: 10/10/2024

**Investigator Notes**                                        **For Student Corrections**

| | |
|---|---|
| 1.  This is the example first question? <span style="color:red">Please type the student's response to the question here (not in red, no need to change the font color – this is just to show you where to type!).</span><br><br>2.  This is the example second question? <span style="color:red">Please type the student's response to the question here.</span> | |

<mark>Scroll down to see signature instructions!</mark>

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature**: _____

Write your name here ON FIRST PAGE ONLY!

**Investigator Signature**: <span style="color:red">Draw your signature on this line on EVERY PAGE!</span>

**App'x 1227**

| Interviewers | 6:00-6:30 | 6:30-7:00 | 7:00-7:30 | 7:30-8:00 | 8:00-8:30 | 8:30-9:00 | 9:00-9:30 | 9:30-10:00 |
|---|---|---|---|---|---|---|---|---|
| John Fleming | | | | | | | | |
| Dr. Driver | | | | | | | | |
| Mark Dawson | | | | | | | | |
| Luke Altendorf | | | | | | | | |
| Tia Crawford | | | | | | | | |
| Shante Hearst | | | | | | | | |
| Steven Gros | | | | | | | | |
| Susan Fox-Forrester | | | | | | | | |
| Lauren Dorsett | | | | | | | | |

Note: We are hoping to be done by 12 or 1pm, but it will depend on how many students choose to a

| 10:00-10:30 | 10:30-11:00 | 11:00-11:30 | 11:30-12:00 | 12:00-12:30 | 12:30-1:00 | 1:00-1:30 | 1:30-2:00 |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

answer questions, how much information they share, how long their interviews, go, etc.

**Volunteer Investigator Email:**

Howdy,

Thank you so much for your willingness to assist us with this large-scale investigation. We truly could not do this without you and are so appreciative of your help! Below you will find an overview of our plan for the interviews and instructions related to your role. If you have any questions, please reach out to Audrey or Dr. Bell.

Overview:

We will be interviewing                   from one outfit in the Corps. In order to limit conversations between interviews, we will be monitoring all of the students in the Ash 2 Classroom until their interviews are completed (which is why we are needing multiple volunteers to conduct the interviews). Student Community Standards staff will check all of the students in when they arrive and the students will remain in the Ash 2 Classroom until they are called for their interview. Audrey will be going over the procedural information in the Acknowledgement Form with the students as a group, but the students will sign those forms individually when they are called for their interviews.

Location:

Please report to the Ash 2 classroom (on the third floor) when you arrive. Attached is a map with some reference points to help you navigate to Ash 2. Ash 2 is circled in red; the arches on the corps quad are circled in blue; Rudder and the MSC are circled in pink; the Student Services Building is circled in purple.

We have separate smaller rooms reserved on the third floor of Ash 2 for the interviews themselves.

We will be utilizing a lounge on the third floor of Ash 2 for the students to review their interview notes.

Investigator Role/Process:

You (along with SCS staff and other volunteers) will be interviewing the               cadets individually, along with a co-investigator from the Corps. A SCS staff member in the Ash 2 Classroom will provide you with a pre-filled acknowledgement form for the individual student you will interview. Please call that student and take them to your designated interview room.

Once at your interview room, hand the student their acknowledgment form and have them check the demographic information on the front page. If anything is incorrect, please have them correct it. On the back page, the student needs to initial all the statements in the middle section of the page. On the bottom section, they will initial one or the other, indicating whether they are wanting to participate in the interview or not. Regardless of their decision to participate or not, have them sign and date the form and give it back to you. Attached is an example of this form with the areas that they need to review and fill out.

**Volunteer Investigator Email:**

If the student chose not to participate, you will walk them to the lounge and have them sign out with the staff member there. You can hand their signed acknowledgement form to that staff member.

If the student chose to participate, you will then begin going through their interview questions. Please type their responses directly after the question itself (please don't add extra lines/rows into the document) and try to type what they say as verbatim as possible. Attached is an example of this the notes pages which shows you where/how to type their responses to the interview questions. *If you need to prompt the student to elaborate on any of their responses, please do so* (for example, asking for names of people involved/present, when something occurred, how often this occurred, which upperclassmen directed/enforced certain behaviors, etc.).

Once you have gotten through all the questions with the student, you will walk them to the lounge. Have them wait in there while you get their notes pages printed. We will be using a printer in the Corps Operation's Office on the first floor – a staff member will be in the hallway outside of the interview rooms to be the "runner" who will go get the notes pages printed and bring them back to you to sign.

Once their notes pages have been printed, please legibly write your name on the bottom of the **first** page, and draw your signature on the bottom of **every** page where it says "investigator signature". Attached is an example of this the notes pages which also shows where to write your name and where you should sign each page.

Once you have signed each page, provide those notes pages to the student to review and sign in the lounge. You may then leave the student in the lounge and then you will go back to the Ash 2 Classroom to get your next student.

<mark>Note: We will have some laptops/USB drives available if needed, but if you have a laptop and/or USB that you are able to bring to utilize during the interviews, that would be super helpful!</mark>

Again, we sincerely thank you for helping us conduct this investigation. If you have any questions, please reach out to Audrey or Dr. Bell.

Best,



## Student Conduct Investigation
## Acknowledgement

| Name: ████████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| **UIN:** ██████ | |
| **Classification:** ■Freshman  □Sophomore  □Junior  □Senior  □Grad/Professional | |
| **Address**: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| ██████████ | |
| | |
| **Email:** ████████ | **Telephone #:** ████████ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

DIVISION OF STUDENT AFFAIRS
DEPARTMENT OF STUDENT COMMUNITY STANDARDS



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (***Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules***)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (***Section 24.4.23. Abuse of process, Texas A&M University Student Rules***)

------------------------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

acknowledge my responsibility to be truthful.

understand that I have the option not to answer questions or make any statement at all.

understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than_____

understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

acknowledge that I have the option to make a report with the appropriate law enforcement agency.

understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

------------------------------------------------------------------------------------------

**that which applies:**

agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

---------------------                                      ------------------------------------

**Participant signature**                                              **Date:**

**APP'X 1233**

**Investigation Statement Form**



Student Name: ███████████     UIN: ███████████     Interview Date: ███████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 1.     How would you describe the culture in Sq-17? Like a Brotherhood. Wouldn't have the relationships with his brothers if they were not as hard on us. It has taught us to face and overcome adversity. Teach us how to be fathers and<br><br>2.     Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? They haven't said the standard doesn't apply to us but they said that SQ 17 holds them to a higher standard.<br><br>3.     Can you tell us about freshmen getting injured during PT? ███████ ██████████████████████████████████████████ ███████████████████<br><br>a.     Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? The only time we got cut was during FOW when we did planks on the quad. After that they saw the marks on our arms and we were instructed to not do them on concrete anymore<br><br>b.     Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? I haven't known anyone not being told not to say anything ███████████████████████████████████ ██████████████████████████<br><br>4.     Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? During FOW they had us in the hall waiting. ███████████ One in each room. There were |  ██████████████████████████ |

The notes included above acc███████████████████████ investigators.

**Participant Signature** ████████████████████

**Investigator Signature:** _~~signature~~_

**App'x 1234**


## Investigation Statement Form

**Student Name:** ▓▓▓▓▓▓▓     **UIN:** ▓▓▓▓▓▓     **Interview Date:** ▓▓▓▓▓▓

**Investigator Notes**     **For Student Corrections**

dressers set up as obstacles that we had to climb over in order to get them and then whip out.

5.  Can you tell us about freshmen being told to keep shower and toilet doors open? They didn't say we had to. They said if we wanted to we can leave them open and that they use to do it with their buddies to mess with them.

6.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

7.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , ▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

8.  Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? Its been a tradition in SQ 17 to use copper wire as a tradition that's been in SQ 17 for years. Me and my buddies had to go purchase the copper wire and it cost us about $5 to $6 for them.

a.  What type of wire were the freshmen told to obtain?

b.  How far were the freshmen told to go for this wire? We weren't told were or how far to go. Some of them were ordered online and some of our buddies went to a store to get them.

c.  Who gave the freshmen these directions? ▓▓▓▓▓▓▓

The notes included above accur▓▓▓▓▓▓▓▓▓▓▓▓▓

**Participant Signature:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Investigator Signature:**

**App'x 1235**



**Investigation Statement Form**

Student Name: ███████████    UIN: ███████    Interview Date: ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| d.  What time of day/night did this occur? We got the wire over the weekend in the afternoon.<br><br>e.  Which freshmen went to get the wire? ████████████ ████████████<br><br>f.  How was the wire paid for? We paid for them.<br><br>9.  Can you tell us about corps games that you've experienced? We have to request to make statements. We cant scope out our upperclassmen.<br><br>10.  Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? Yeah that was during FOW. The fish had to make a Walmart trip. They gave us like two hours to go to Walmart. They gave us a list of items that we would need for each day.  It was one of my favorite memories sprinting through Walmart with my buddies.<br><br>a.  What items were the freshmen directed to purchase? Cleaning supplies for our room. Amonia and brasso<br><br>b.  How long were the freshmen given to obtain these items? answered above<br><br>c.  Which upperclassmen directed the freshmen to do this? ████ ████<br><br>11.  Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? ████████████████████ |  |



The notes included above accu███████████████████████gators.

**Participant Signature:** ███████████████

**Investigator Signature:** _____


Student Name: ▋▋▋▋▋▋  UIN: ▋▋▋▋▋  Interview Date: ▋▋▋▋

**Investigator Notes**                                    **For Student Corrections**

▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋

▋▋

12.    Can you tell us about _____ or other upperclassmen holding freshmen from class? They haven't held us from going to class. You just make a statement and tell them I have class and then they would move out of the way and let you go.

13.    Can you tell us about freshmen having to stand on line during the academic day? Yes if the upperclassmen have a question for you then you have to post online to answer their question. Once you answer their question then you get offline. This was for them to avoid having to go open each door.

14.    Can you tell us about not being allowed to lay down or sleep during the academic day? Yes that was just them holding us to a higher standard. Not sleeping during the academic day prevents us from sleeping during class and or sleeping when we should be doing homework during the academic day. We as a buddy class hold ourselves to this standard as well.

a.    Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? Uhhh. That don't happen because we don't nap. They try to ensure there is a good environment during academic day.

b.    Can you tell us about freshmen being smoked because their buddy was "sacking out"? Yes that's just being a fish. Since we are all the same. As a buddy

The notes included above acc▋▋▋▋▋▋▋

**Participant Signature:** ▋▋▋▋▋▋▋

**Investigator Signature:** _____

**APP'X 1237**


## Investigation Statement Form

Student Name: ███████        UIN: ███████        Interview Date: ███████

**Investigator Notes**                                    **For Student Corrections**

███

class the standard is t be perfect. If one person puts his knee down during PT then we all start over because we have to be unified. They also ask us who wants to take the smoke for their buddy. Its part of putting out for your buddy.

15.     Can you tell us about cadets being afraid to go back to the dorms after class? I never really feared the dorms. Most buddies that were scared was because they didn't want to come back because of the lack of care to "Put out". For example having to fix a door card instead of doing other things that they need to do.

16.     Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? No none of my buddies have been told they cant go to a specific place to study. We've always been able to go anywhere to get our school work done.

a.     Can you tell us about upperclassmen disrupting EST? No if an upperclassmen wants to talk they ask if you have things to do in order to come good bull with you. If you are studying they leave you alone because they want a good environment to study.

17.     Can you tell us about your experience being kept up late at night? I've never been kept up late at night unless its of my own fruition.

a.     Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-

The notes included above ac███████

**Participant Signature** ███████

**Investigator Signature:** _____

APP'X 1238

**Investigation Statement Form**



Student Name: ██████████    UIN: ████████    Interview Date: ██████████

**Investigator Notes**                                    **For Student Corrections**

1am) during fish week? Yes during fish week they would come by and slap our door handles.

18.     Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? Yelling is part of it. Iv'e personally never been cursed at. When you yell every now an then a coupe of words might slip here or there but I've never been cursed at malicsously

19.     Can you tell us about "fish dress" within the dorm/hallway? That's a choice we've decided to make because our upperclassman its good bull because it's a good idea to unify and be on the same level as a buddy class.

20.     Can you tell us about not being allowed to go to church during the week? No that's never happen. If we have something religious they will excuse us from whatvever activity we have.

21.     Can you tell us about not being allowed to go to certain places on campus to eat? We can go anywhwere but the only place we cant go is northgate. Its highly encouraged to go to Duncan to buil the relationships with our buddies.

22.     Can you tell us about freshmen not being allowed to eat a full meal? No we are encouraged to eat more. We are told we should be putting weight. We need to get back the nutrients that we have lost during the day.

a.      Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? The only time we have to make

The notes included above accu████████████████

**Participant Signature:** ████████████████

**Investigator Signature:** _____

**APP'X 1239**



**Investigation Statement Form**

Student Name: ███████    UIN: ███████    Interview Date: ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| statements is when we request permission to make a statement. They tell us to eat normal as much as you can in order to finish up. <br><br> b.    Can you tell us about freshmen having to eat so much food that they throw up? ███████ ███████ We weren't force to eat anything. <br><br> 23.    Can you tell us about freshmen getting smoked by upperclassmen? Yes that's just a concequence. Smoke is just a representation of a consequence when you mess up. <br><br> 24.    Can you tell us about freshmen having to post against the wall? Yes whenever we are in the morning before formation we are standing on the wall at attention. This is when greeting the upperclassmen. <br><br> a.    What does this position look like? Standing at attention on the wall with your hells and head on the wall. <br><br> 25.    Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Words that we cant use are Butt piss Head . We cant say like think want or need. We are not allowed to refer to RV's or Parson mounted calvery. Zip is called a enter digitator. Heads are a grape. <br><br> 26.    Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? Nothing pertaining to this. | |

The notes included above accu███████ ███████ estigators.

**Participant Signature:** ███████

**Investigator Signature:** _____

**APP'X 1240**

Division of Student Affairs
Student Conduct Office



## Investigation Statement Form

Student Name: ████████     UIN: ████████     Interview Date: ████████

**Investigator Notes**                                    **For Student Corrections**

| | |
|---|---|
| 27.      Is there anything we haven't asked you about that you would like to share?   No | |

I feel everything that we have done as fish are good things. I don't feel hazed or anything.

The notes included above acc████████

**Participant Signature** ████████

**Investigator Signature:** _____

Division of Student Affairs
Student Conduct Office



**Investigation Statement Form**

Student Name: ███████████     UIN ████████     Interview Date: ███████████

| Investigator Notes | For Student Corrections |
|---|---|
| 1. How would you describe the culture in Sq-17? Culture is more like a brotherhood than an outfit, grow close with all of my buddies and members. Instilling discipled and integrity to be great fathers and husbands eventually<br><br>- Before I said a brotherhood and would do anything with my buddies. Wouldn't be as far as I am now without them being hard on us when facing adversity. Really brings the best out of us.<br><br>2. Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? They haven't said that the standard doesn't apply to them, but have said they hold us to a higher standard than the standard they set.<br><br>3. Can you tell us about freshmen getting injured during PT? ████████ ███████████████████████████████████ ████████████████<br><br>a. Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? Yeah, the only time we've gotten cuts on our elbows was during FOW (Freshman Onboarding Week) we were doing planks on the concrete. Once they saw the cuts we were told not to do them anymore<br><br>b. Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? I haven't been told not to say anything. ████ |  |

The notes included above acc████████████████████████rs.

**Participant Signature** ███████████████████

**Investigator Signature:** _____

**App'x 1242**



## Investigation Statement Form

Student Name: ▮▮▮▮▮▮     UIN: ▮▮▮▮▮     Interview Date: ▮▮▮▮▮

**Investigator Notes**            **For Student Corrections**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? I mean during FOW we were in the hallway waiting ▮▮▮▮▮▮▮▮▮ There was no shoving, just obstacles in the way we have to go over. Once you get through the obstacles you'd whip out

5. Can you tell us about freshmen being told to keep shower and toilet doors open? I mean, they don't make us do anything they just say if they care to they can. Most of the shower doors and toilet doors don't stay open anyways. They said if you wanted to you can but don't need to.

6. ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮

7. ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮

8. Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? Been a tradition to use copper wire since

The notes included above acc▮▮▮▮▮▮▮▮▮▮▮▮tors.

Participant Signature: ▮▮▮▮▮▮▮

Investigator Signature: ▮▮▮▮▮▮▮

**APP'X 1243**



## Investigation Statement Form

Student Name ██████████  UIN: ████████  Interview Date: ████████

**Investigator Notes**                                          **For Student Corrections**

coat hangers break really easily. It's tradition and the standard that was set that

me and a bunch of our buddies would go out and get copper wire. Ended up

costing each of us like $5 or $6 dollars each.



a.      What type of wire were the freshmen told to obtain? Answered above

b.      How far were the freshmen told to go for this wire? Weren't given a

distance. Was told to just get it however you can. Some of our buddies ordered it

online. Some went and got them at a store. One of our buddies get some for us.

c.      Who gave the freshmen these directions? ████████

d.      What time of day/night did this occur? Got the wire over the weekend,

think it was in the afternoon. I was back hammering bottlecaps and spraying

bottlecaps

e.      Which freshmen went to get the wire? ████████████████

███████████████████

f.      How was the wire paid for? We paid for it.

9.      Can you tell us about corps games that you've experienced? Fish Tok,

word that we can't know, request to make statements, don't scope our

upperclassman out, the biggest corps game is requesting to make statements like

that.

10.     Can you tell us about upperclassmen directing freshmen to purchase

items on a list within a short time span? During FOW, fish tradition to make a

Walmart shopping trip. Just get things that you'll be using every day. Gave us like

The notes included above accu████████████████vestigators.

**Participant Signature:** ████████████

**Investigator Signature:** _____

**App'x 1244**



# Investigation Statement Form

Student Name: ███████████  UIN: ██████████  Interview Date: ███████████

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

two hours to go to Walmart and get back. Thinks mike ammonia, brass, things you'd use every day. Honestly was one of my favorite moments during FOW was sprinting through Walmart with your buddies

a.　What items were the freshmen directed to purchase? There was a long list of like cleaning supply that we would need. Broom, mop, cleaning supplies, stuff like that to make sure our uniform held up to the standard. (Answered question partially above)

b.　How long were the freshmen given to obtain these items? Answered above

c.　Which upperclassmen directed the freshmen to do this? ███████████

11.　Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? ████████████████████████████████████
███████████████████████████████ Part of being a fish is being unified. ████████████████████████████████
██████████████████████████████

12.　Can you tell us about ▭▭▭▭▭▭▭ or other upperclassmen holding freshmen from class? They haven't held us from going to class. If you have class, ask permission to make a statement and say you have class. After that they'll let you go.

The notes included above ac██████████████████████████

Participant Signature██████████████

Investigator Signature: _____

**PP'X 1245**


**Investigation Statement Form**

Student Name: ███████████     UIN: ████████     Interview Date: ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

13.     Can you tell us about freshmen having to stand on line during the academic day? If upperclassman have a question for you and instead of opening up every single door, they'll call your name and get you to get on line. Once you answer their question or the information they're looking for you can get off line or ask permission to get off line.

14.     Can you tell us about not being allowed to lay down or sleep during the academic day? That's just them holding us to a higher standard. They want to hold us to a higher standard, so they have lights out for us but during the day napping may make you miss class. Not sleeping during the academic day helps you get caught up on studying or homework

a.     Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? No we haven't – no that doesn't happen because we don't nap. There is no sounding off or standing up we try to keep a quiet environment to study during the academic day

b.     Can you tell us about freshmen being smoked because their buddy was "sacking out"? That's just being a fish. That's unity. If one of our guys put their knee down we restart pushups. We're a unit, we have to be unified and that's just a part of it. Most of the time it's voluntary. Like they'll say "who wants to take the smoke for your buddy?". We'll just take a pause and get back to it. Part of it is taking anything for your buddy.



The notes included above accu███████████████████

**Participant Signature:** ███████████████

**Investigator Signature:** _____

**App'x 1246**


## Investigation Statement Form

Student Name: ▮▮▮▮▮▮   UIN: ▮▮▮▮▮▮   Interview Date: ▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|

15.     Can you tell us about cadets being afraid to go back to the dorms after class? I've never ever really feared the dorms. I feel like most of the buddies that are scared to go out for the dorms. Some of the guys that are scared is from the care put out. Like if they don't have their card to get in, but I've never heard of a fear to go back to the dorms

16.     Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? No none of my buddies have been told they can't go to specifically study. We've always been able to go wherever we need to, to get our studies and grades done.

a.     Can you tell us about upperclassmen disrupting EST? If an upperclassman wants to disturb you during EST, they'll ask you if you're doing anything. If you don't they may come in to chit chat or good bull with you since not everyone gets a chance to meet each other, but it's never loud and keeps a good study environment

17.     Can you tell us about your experience being kept up late at night? No I've never been kept up late at night unless on my own malicious. Maybe from studying or keeping my uniform up but I've never been kept up late at night

a.     Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? Yeah during fish week right as soon as we got let out

The notes included above ac▮▮▮▮▮▮

Participant Signature ▮▮▮▮▮▮

Investigator Signature: _____

AFF x 1247


Student Name: ▮▮▮▮▮▮▮▮▮    UIN ▮▮▮▮▮▮    Interview Date: ▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| they'd slap our door handles and rattle some things but not until 1 in the morning or something like that. | |

18.     Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? I mean, yelling is part of it but I've personally never been cussed out or being called something like that. I mean when you get fired up a cuss word may slip out from time to time, but never to put you down. You may get ampt up and things slip but never just to put someone down

19.     Can you tell us about "fish dress" within the dorm/hallway? That's a choice we decided to make. The upperclassman told us it's good bull and unify with our buddies, and we think it's goofy enough with our bald heads so we just pulled up our socks and look goofy. That's a part of being a fish and unified and getting close with our buddies

20.     Can you tell us about not being allowed to go to church during the week? No that's never happened. If we have anything religious we're excused from any outfit activity we may have

21.     Can you tell us about not being allowed to go to certain places on campus to eat? We can go anywhere on campus to eat, the only place we can't go is northgate be that's because they don't want us to drink. We're encouraged to go to dunkin to build relationships with our buddies and eat but we can eat wherever we'd want

The notes included above accu▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮gators.

**Participant Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**App'x 1248**

**Investigator Signature:** _____


## Investigation Statement Form

Student Name: ███████████     UIN: ███████     Interview Date: ███████

| Investigator Notes | For Student Corrections |
|---|---|
| 22.  Can you tell us about freshmen not being allowed to eat a full meal? No we're encouraged to eat more – we've never been told to eat a fully meal. We're told to eat more and put on weight. We're told we may not be used to eating so much but we need to put back in the nutrients we lose throughout the say<br><br>a.  Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? The only time we're having to stop is to ask permission to chow down and standard fish speak. If we're running out of time we're told to chow down which is eat regularly but fast to finish up<br><br>b.  Can you tell us about freshmen having to eat so much food that they throw up? ██████████████████ ████████████████████ ███████████<br><br>23.  Can you tell us about freshmen getting smoked by upperclassmen? I mean year that's just working out. If you mess up in life you have consequences. Smoke is just a representation of a consequence like in real life, you mess up and you get smoke but this is by pushups or a workout<br><br>24.  Can you tell us about freshmen having to post against the wall? Yeah when we're – in the morning before workouts we'll post against the wall for greeting and fall out. If they need to tell us something to hear any new updates and then fall out | ████████████████ ████ ██ |



## Investigation Statement Form

**Student Name:** ███████     **UIN:** ███████     **Interview Date:** ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

a.      What does this position look like? Just standing at attention. Heals and head against the fall. Facing out

25.      Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Words that we don't even have replacements for – (cant say) butt, piss, like, think, want, feel need, ross volunteers, partsers mounting calvery (RV / PMC)

(Change words) zip = interdigitator | head = grape

26.      Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No, nothing pertaining this – most of this is corps stuff so we're not on our phones

27.      Is there anything we haven't asked you about that you would like to share?   No

Additional questions:

Does it feel like you have been forced to do anything or hazed?

- No, I feel like everything I've done has had a purpose and a reason and going through the process of being a fish

The notes included above acc█████████

**Participant Signature** █████████



**Investigator Signature:** _____

**App'x 1250**



## Student Conduct Investigation
## Acknowledgement

| Name: ███████████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| UIN: ██████████ | |
| Classification: ■Freshman　　□Sophomore　　□Junior　　□Senior　　□Grad/Professional | |
| Address: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| ████████████ | |
| | |
| Email: ████████████ | Telephone #: ███████████ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1251**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

------------------------------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

acknowledge my responsibility to be truthful.

understand that I have the option not to answer questions or make any statement at all.

understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ▮▮▮▮▮▮▮▮▮▮▮▮

understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

acknowledge that I have the option to make a report with the appropriate law enforcement agency.

understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

------------------------------------------------------------------------------------------------

**Initial that which applies:**

▮▮▮ agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

------------------------------------------------------------------------------------------------

**Participant signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮ **Date:** ▮▮▮▮▮▮▮

**App'x 1252**



# Investigation Statement Form

**Student Name:** ███████████     **UIN:** ████████     **Interview Date:** ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 1.     How would you describe the culture in Sq-17? I like it a lot. I chose 17 when I chose to go into the corps, I wasn't going to go into the corps if I didn't get into 17. They're focused a lot on developing us as men of character. I'm sure yall know the ████████ their job is to smoke us, they're angry at us all the time, but when they do it they're not just screaming at us, they're trying to develop us and teach us things. They tell us what we did wrong and why it's wrong and how we can improve next time. Developing men of character is really important. We have bible studies with our upperclassmen, it's super cool, we also do one on one bible studies with upperclassmen. Our ████████ encourage us to go to breakaway and bible studies with them.<br><br>2.     Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? No, the standard does apply to 17.<br><br>3.     Can you tell us about freshmen not being allowed to lay down or sleep during the academic day? We're allowed to but we're encouraged to focus on academics. Grades are important to sq-17. As a freshmen we're encouraged to put out for grades, like give it your all. Encouraged to stay productive.<br><br>a.     Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? No, they don't kick in the doors. They'll open the doors and see what we're doing but they don't talk to us. They just open the door and walk away ████████████████ ████████████████████████████████ It's not often. | |

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ___████████████_____

Andrev Winking     **Investigator Signature:** ___/s/_____

**APP'X 1253**





## Investigation Statement Form

**Student Name:** ███████████  **UIN:** ████████  **Interview Date:** ███████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| What would they do if they came in and you were asleep? I don't know, that's never happened to me. I doubt anything. | |

**b.** Can you tell us about freshmen being smoked because their buddy was "sacking out"? It's like your buddies or your old lady, you're encouraged to make sure they're doing their part and not being a sack. But that really only happens in PT. Like "oh half of you haven't done a single pushups and we're at 10 reps" then they'll restart at 1. That's just during PT though.

**c.** Have you been "smoked" or chewed out because a buddy was "sacking out"? No, I haven't.

████████████████████████████████
████████████████████████████████
████████████████████████████████

Can you define "sacking out"? Sacking out is like when you actively choose to quit or not do what you know you should. So instead of focusing on academics or shining your shoes or helping your buddy with something, if instead of that you're on your phone or playing video games, that's sacking out like you could be helping.

**4.** Can you tell us about upperclassmen disrupting EST? Usually the buddies will go into 2-3 holes if we're working on something, ████████████
████████████████████████████████
████████████████████████████████

There may be a few ███████████ walking through the halls, but the limit is

The notes included above accurately ███████ ████ the information ████████ ██ ███ investigators.

**Participant Signature:** _____████████████████_____

**Investigator Signature:** _____ ✒️ _____

**App'x 1254**



## Investigation Statement Form

**Student Name:** ███████████  **UIN:** ████████  **Interview Date:** ███████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

What if one freshman wants to go to Evans? They would either go to Evans, maybe grab a buddy if someone else has a desire to go. They can go.

It's not an issue with upperclassmen or the buddy class? No.

5.  Can you tell us about freshmen getting injured during PT? No one's ever gotten injured during PT. ███████████████████████████ ███████████████████████████████████ ████████████████████████████████████ ████████████

a.  Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? No. No one's had cuts or anything.

Can you describe seal crawls and when/where you do those? I don't think we do those, I don't know what those are.

What about bear crawls? We do those occasionally. No injuries.

b.  Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? No. That has not happened.

Have you been to all the PT? I've been to all of it. During times where it's more likely like during our Monday and Friday afternoon times, they let us get water if they see we're huffing and puffing.

6.  Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? No, that doesn't

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** _____████████████████████_____

**Investigator Signature:** _____  _____

**APP'X 1255**



## Investigation Statement Form

Student Name: ███████████     UIN: ██████████     Interview Date: ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

happen. We're asked to whip out on the quad. We're encouraged to to meet other people, it's good bull to meet other people. No dark rooms.

7.      Can you tell us about freshmen being told to keep shower and toilet doors open? No, I mean some guys do but it's not a problem.

Were you told it's a tradition? No ma'am.

Have you heard anything about the doors? ███████████████████ ████████████████████████

8.

██████████████████

████████████████████████████████████████

████████████████████████████████████████

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████

Investigator Signature:

**APP'X 1256**

## Investigation Statement Form



**Student Name:** ███████     **UIN:** ███████     **Interview Date:** ███████

| Investigator Notes | For Student Corrections |
|---|---|

9.

████████████████

████████████████████████████████████

10. Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? Yeah, we have the best fish spurs in the entire quad. It was just copper wire, they've been doing it forever. ████

████████████████████████████

████████████████████

a. What type of wire were the freshmen told to obtain? Copper wire. ████

████████████████████ I don't remember who said it, that's just the instructions we were given.

b. How far were the freshmen told to go for this wire? We weren't told to go a certain distance for the wire. We got it right here in town. I think they just got it from Home Depot ████████████ we didn't have to go far.

c. Who gave the freshmen these directions? I don't know. ████████ I just got the information from our other buddies.

d. What time of day/night did this occur? I think we got home from the game and then worked on all the bottle caps and spray painted stuff after the

The notes included above accurately ~~summarize the information provided to the~~ investigators.

**Participant Signature:** ████████████████

**Investigator Signature:** _____

**APP'X 1257**


**Student Name:** ▮▮▮▮▮▮▮     **UIN:** ▮▮▮▮▮     **Interview Date:** ▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

game. Got dinner together, went to bed. Went to church. Then that afternoon we worked on spray painting and waiting for them to dry. I think we got the wire the Thursday before. We tried to get it early because all the fish were looking for wire. I don't remember the specific day. ▮▮▮▮▮▮▮▮

e.    Which freshmen went to get the wire? ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

f.    How was the wire paid for? We just pooled our money. With 25 of us it was pretty cheap, maybe $10 per person. That covered the wire and spray paint. And we bought bottle caps off amazon.

Did you all make your fish spurs and then have to remake them with the copper wire? No, we made one or two of them wrong because we weren't paying attention. ▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮

Did upperclassmen give you feedback or did the freshmen figure out you made them wrong? ▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮ we didn't want to be different from the classes above us. We didn't have to redo them, the few we had already done, but we chose to so we'd all have the same ones.

11.    Can you tell us about corps games that you've experienced? I don't know.  Nothing is coming to the top of my head.

The notes included above accurat▮▮▮▮▮▮▮▮▮▮▮he investigators.

**Participant Signature:** _▮▮▮▮▮▮▮▮_____

**Investigator Signature:** _✗⟋⟍⟍_____

**APP'X 1258**


## Investigation Statement Form

Student Name ████████     UIN: ██████     Interview Date ████████

| Investigator Notes | For Student Corrections |
|---|---|
| 12. Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? We were asked, they had their sq-17 merch and we were asked to buy some. We weren't told we had to buy this many shirts or jackets or whatever. They gave us a list of stuff we would need from a store like puma to shine, a broom to sweep, things like that that we didn't bring with us so we all needed those things to be in line with the standard for our room being clean and our uniforms.<br><br>a. What items were the freshmen directed to purchase? Puma, a broom, a mop, wet wipes, standard cleaning stuff.<br><br>b. How long were the freshmen given to obtain these items? They gave us time to go get a buddy dinner before. They said "hey go have a buddy dinner and grab these items while you're out", it was like two hours or something. I think it was during FOW.<br><br>c. Which upperclassmen directed the freshmen to do this? I have no idea, that was a long time ago.<br><br>13. Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? No we never had to purchase any new ones I don't think. We all bought the same ones when we went. They taught us and it's important to us to be unified in the things we do. We like to be unified in things. Sometimes it's not | |

The notes included above accurately ~~~~~~ the inf~~~~~~~ ~~~~~ to the investigators.

Participant Signature: ████████

Investigator Signature: _____

**App'x 1259**



# Investigation Statement Form

Student Name ███████████  UIN: ████████  Interview Date: ███████

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

possible because at the beginning there was 31 guys and they didn't have 31 brooms at Walmart.

Was it an issue that there wasn't 31 brooms? No, we just waited for them to restock a few days later.

14.    Can you tell us about ███████ or other upperclassmen holding freshmen from class? No, no. If they're talking to you or anything, the ████████ will ask if we have class or any academic things going on that we're being held from. ██████████ are more angry and locked on at us so they check our doors to see if we have class and they make sure we get to class on time. If we have tutoring or anything else academic we just let them know and they send us off.

15.    Can you tell us about freshmen having to stand on line during the academic day? We don't stand on line during the academic day. ██████████

██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████

Nothing where you're standing there for periods of time? No.

16.    Can you tell us about cadets being afraid to go back to the dorms after class? No, a lot of us stay in the dorms if we're not at class. Helping our buddies clean their holes, work on homework, stuff like that.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ___████████████___

Investigator Signature: ___*(signature)*___

**APP'X 1260**



## Investigation Statement Form

Student Name: ████████████     UIN: ██████████     Interview Date: ████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

17. Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? No, usually we're allowed to go. It's not often that someone really wants to go to the library. I haven't seen that in a little bit, but we are allowed to. If you want to sign out to go to the library you could. ██████

████████████████████████████

18. Can you tell us about your experience being kept up late at night? ██

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

a. Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? No, they let us sleep.

19. Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? I mean, we get yelled at. That's part of being a fish in the corps. But not the rest of what you're saying. Especially ██████████ they'll yell at you but they care to develop you through it. It's yelling but they're training us. Its not always yelling, just talking mean.

Has anyone in your buddy class been singled out more than others? No, I mean if you do something really dumb you'll get focused on for the day more but otherwise not if you don't do anything.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ██████████████████

Investigator Signature: _____

**APP'X 1261**


## Investigation Statement Form

**Student Name:** ▮▮▮▮▮▮ **UIN:** ▮▮▮▮▮ **Interview Date:** ▮▮▮▮▮

**Investigator Notes**                                    **For Student Corrections**

You mentioned earlier there were 31 fish in your outfit and now there's 25, why

is that? ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20.    Can you tell us about "fish dress" within the dorm/hallway? Yeah, they

told us week one or two or whatever. They said we don't have to do it, but we

chose to as a buddy class because we want to motivate our upperclassmen and

they did it when they were fish so it's kind of a tradition. The only thing involved

in fish dress is tucking in your shirt and pulling up your socks. Once you're out of

the hallway you can be normal and untuck your shirt and push down your socks.

21.    Can you tell us about not being allowed to go to church during the week?

No, I said this earlier but we're heavily encouraged to go to ministries like

Breakaway. We try to go to church on Sunday evenings too. ▮▮▮▮▮▮

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ▮▮▮▮▮▮▮▮▮▮

**Investigator Signature:** ▮▮▮▮▮

**APP'X 1262**



# Investigation Statement Form

Student Name: ███████████   UIN: ████████   Interview Date: ███████████

| **Investigator Notes** | **For Student Corrections** |
| --- | --- |

███████████████████████████████

██████

22.     Can you tell us about not being allowed to go to certain places on campus to eat? We don't go to Northgate. I don't know if we're not allowed to or if we just don't have a reason to, well we do have a date party there this Friday so maybe I'm wrong about that. Nowhere on campus I'm not allowed to go though. Usually on weekends we're too tired to go places.

23.     Can you tell us about freshmen not being allowed to eat a full meal? No, it's the opposite. We're encouraged to eat as much food as possible to stay healthy and get bigger.

a.     Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? We just make statements that every outfit makes, the ones to sit down and eat. Then we just eat. It depends if you get a more talkative upperclassman or not. They'll just talk to you and see if you have any news facts or funny jokes. It doesn't inhibit your eating though.

b.     Can you tell us about freshmen having to eat so much food that they throw up? I said earlier we're encouraged to eat as many plates as we want but not to the point of throwing up. You're not forced to go get another plate. I like getting two plates but a lot of guys only get one and that's fine.
Any time where upperclassmen challenged two freshmen to eat more plates than the other? No, not at any table I've ever been at.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████████

Investigator Signature: _____

**APP'X 1263**



## Investigation Statement Form

**Student Name:** ███████████  **UIN:** ███████████  **Interview Date:** ███████████

| Investigator Notes | For Student Corrections |
|---|---|
| 24. Can you tell us about freshmen getting smoked by upperclassmen? Just like the regular corps smoke I guess that comes with being a freshman in the corps. What does that mean? I don't even know. I guess if we're getting smoked it will be a group of us during like the morning times. They might come into our hole after we're awake but before formation. They'll check if we know campos and if we don't they'll be upset, that's ███████ because that's their job to make sure we know those things. I want to correct something, they don't come in our holes, they stay in the hallway. If you don't know the campo or whatever, they'll just be mad and then tell you to go away. 25. Can you tell us about freshmen having to post against the wall? The only time we post on the wall is in the morning and at night when we're all there. We're in two holes across from each other in the morning before formation. Then we line up against the wall. They say step out and we turn and go out to formation. It's just to make a line, we don't stay on the wall. a. What does this position look like? We just post at attention. Stand at attention with your back to the wall. Then turn and walk. 26. Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? We don't say the class years of our upperclassmen so 25, 26, and 27. That's only fish year, you can say them once you're a sophomore. So we say "28-1" or "28-2" instead. We also | |

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ███████████████████

**Investigator Signature:**  _____

**App'x 1264**



**Investigation Statement Form**

Student Name: ███  UIN: ███  Interview Date: ███

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| don't say what they are, so your seniors are your zips, juniors are butts, sophomores are pissheads, but we don't say those words so we just call them sophomores, juniors, and seniors. I don't find myself having to say like zip a lot so it's not really an inconvenience.<br><br>27.　Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No.<br><br>28.　Is there anything we haven't asked you about that you would like to share? Nope. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███

Investigator Signature:

**APP'X 1265**


## Investigation Statement Form

Student Name: ███████  UIN: ███████  Interview Date: ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 1.  How would you describe the culture in Sq-17? I like it a lot. I wasn't going to go into the Corps if I didn't get 17. ███████ are angry at us all the time. They are trying to teach us and develop us as men of character. We have bible study with our upperclassmen which I like a lot. 2.  Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? The standard does apply to SQ 17 3.  Can you tell us about freshmen not being allowed to lay down or sleep during the academic day? We are allowed to, but we are encouraged to focus on academics. As a freshman class putting out means giving it your all, so we put out for our grades. a.  Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? No, they don't kick in the door. They will open the doors to see what we are doing and ask questions like "do you have a pen I can borrow" I doubt anything would happen if I were sleep and they came in. b.  Can you tell us about freshmen being smoked because their buddy was "sacking out"? I mean like its like your old lady is encouraged to do their part. It really only happens during PT when we are at 10 reps, and they feel half of us weren't doing all the reps they would make us start over. ███████████████ | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████████

Investigator Signature: _____

Napary Anderson

**APP'X 1266**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24032093
nicole.myette@oag.texas.gov
Envelope ID: 97068040
Filing Code Description: EXHIBIT LIST
Filing Description: D's PTJ Exhibit 1-23 rdcd_Part2
Status as of 2/6/2025 2:42 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Patti Artavia | | patti@vbattorneys.com | 2/6/2025 1:08:27 PM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 2/6/2025 1:08:27 PM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 2/6/2025 1:08:27 PM | SENT |
| Michael  Granado | | michael@vbattorneys.com | 2/6/2025 1:08:27 PM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 2/6/2025 1:08:27 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 2/6/2025 1:08:27 PM | SENT |

Division of Student Affairs
Student Conduct Office

24-003177-CV-85

**Investigation Statement Form**

A&M | TEXAS A&M
UNIVERSITY

Student Name █████████  UIN: ██████  Interview Date: ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

d. Sacking out is when you choose not to do what you should be doing or helping buddies out. Instead you are on your phone or watching TikTok instead of helping.

Received & Filed 2/6/2025 1:15 PM
Gabriel Garcia, District Clerk
Brazos County, Texas
Erika Garcia
Envelope# - 97068582

4.     Can you tell us about upperclassmen disrupting EST? usually the buddies would go into two or three holes. ████████████████████ ███████████████████     There would be ████ walking through the hall. They will open the door and check on us or joke with us. There aren't any major interruptions during est. The doors are propped open with a boot.

a.     Which upperclassmen have messed with you during EST, and how so? None of them haven't bothered us during EST

b.     Which upperclassmen had you sound off and greet them during EST?

Weve never had to sound off or greet during EST.

████████████████████████

d. You can leave if you want but its our preference to do HW together as a freshman class.

5.     Can you tell us about freshmen getting injured during PT? No one has ever gotten injured during PT. ████████████████████ ██████

a.     Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? No one had ever had any cuts or anything.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ___████████████████___

Investigator Signature: ______

**APP'X 1268**



## Investigation Statement Form

Student Name: ███████  UIN: ██████  Interview Date: ███████

| Investigator Notes | For Student Corrections |
|---|---|
| a1. We don't do seal crawls. We do ear crawls.<br><br>b.      Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? No that has not happened.<br><br>B1. Ive been to all the PT sessions. They let us get water if they see us huffing and puffing<br><br>6.      Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? No that doesn't happen. We are told to whip out on the quad.<br><br>7.      Can you tell us about freshmen being told to keep shower and toilet doors open? No. ████████████ We weren't told it's a tradition. ██████████<br><br>█████<br><br>8. ██████████<br><br>██████████<br><br>9.<br><br>██████████ | ██████<br><br>██████<br><br>██████ |

The notes included above accurat█████████████ the inf██████████████████ investigators.

Participant Signature: ████████████████

Investigator Signature: _____



**Investigation Statement Form**

Student Name: ████████     UIN: ███████     Interview Date: ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

10.     Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? We have copper wire that they have been doing it forever. ████████████████████████████

a.     What type of wire were the freshmen told to obtain? Answered above

b.     How far were the freshmen told to go for this wire? We weren't told to go a certain distance for the wire. I think it was home depot. We didn't have to go far. I wasn't there so I'm not absolutely sure.

c.     Who gave the freshmen these directions? ██████████████ ████████████

d.     What time of day/night did this occur? I think we got home from the game and we worked on the bottle caps and stuff.  I think it was like Friday afternoon.

e.     Which freshmen went to get the wire? ████████████ ████████████████

f.     How was the wire paid for? We just pulled our money together. It was about $10 per person.

g. Did you have to make the Spurs multiple times? We made one or two wrong ████████████████████████████████ We weren't paid attention. ████████████████ ██████████████████

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████████████████



Investigator Signature: _____

**APP'X 1270**

Division of Student Affairs
Student Conduct Office



## Investigation Statement Form

Student Name: ███████  UIN: █████  Interview Date: █████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 11. Can you tell us about corps games that you've experienced? I don't know. Nothing coming to my head.<br><br>12. Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? We were asked to purchase some SQ 17 merch. But we didn't have to buy them about a certain amount of time. We got a list of stuff we are going to need from the store. Things like a broom or puma that shines your belt.<br><br>a. What items were the freshmen directed to purchase? Puma broom a mop. Wet wipes to clean our sinks.<br><br>b. How long were the freshmen given to obtain these items? They gave us time to go to buddy dinner and it was like two hours. It was during FOW I think.<br><br>c. Which upperclassmen directed the freshmen to do this? I don't remember<br><br>13. Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? No we never had to purchase any news I don't think. Sometimes its not possible but we like to be unified. We waited for them to restoke a few days later and we bought missing ones that we didn't have.<br><br>14. Can you tell us about       or other upperclassmen holding freshmen from class? No if they are talking to you ███████ will ask | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████

Investigator Signature: _____

**APP'X 1271**


## Investigation Statement Form

Student Name: ███████████  UIN: █████████  Interview Date: █████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

if they are holding them from class. If we said yes then they would send us off and let us go.

15.    Can you tell us about freshmen having to stand on line during the academic day? We don't stand on line during academic day. ███████████

████████████████████████████████████

16.    Can you tell us about cadets being afraid to go back to the dorms after class? No a lot of us stay in the dorms if we are not in class.

17.    Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? No usually we are allowed to go. We are allowed to. If you wanted to go the library you could.

18.    Can you tell us about your experience being kept up late at night? No.

████████████████████████████████████

a.    Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? No they let us sleep.

19.    Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? No. We get yelled at but not like that. They yell but they are training us to be men of character. No one has been singled out .

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ___███████████___

Investigator Signature: _____



**App'x 1272**

## Investigation Statement Form



**Student Name:** ▮▮▮▮▮▮▮ **UIN:** ▮▮▮▮▮ **Interview Date:** ▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
| --- | --- |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20. Can you tell us about "fish dress" within the dorm/hallway? They told us during week 1 that we didn't have to do it but we wanted to do it the motivate our upperclassman. Just tucking in your shirt and pulling up your socks.

21. Can you tell us about not being allowed to go to church during the week? Never. We are told to go to breakaway and other services. ▮▮▮▮▮▮▮

22. Can you tell us about not being allowed to go to certain places on campus to eat? We don't go to north gate. Theres no where on campus that we are not allowed to go.

23. Can you tell us about freshmen not being allowed to eat a full meal? No we are encouraged to eat as much as possible to stay healthy.

a. Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? We just make the statements that all outfits make. They will ask if we have news fax or funny jokes.

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ▮▮▮▮▮▮▮▮▮▮

**Investigator Signature:** _____



**App'x 1273**


**Investigation Statement Form**

Student Name: ███████  UIN: ███████  Interview Date: ███████

## Investigator Notes

**For Student Corrections**

b.      Can you tell us about freshmen having to eat so much food that they throw up? Not to the point of throwing up. We are not forced to get another plate. No fish were challenged to eat more plates than the other.

24.     Can you tell us about freshmen getting smoked by upperclassmen? The regular corps smoke that comes with being a freshman in the corps. I guess if we are getting smoked it will be a group of us. In the morning they will check to see if we know campos before formation.  If you don't know the campo they will get mad and tell you to go away.

25.     Can you tell us about freshmen having to post against the wall? Right before formation they will say fish fall on the wall. Once we are there we will walk out the hall.

a.      What does this position look like? Standing at attention with your back on the wall. Your feet are touching the wall.

26.     Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? We don't say class years of upperclassman. We just say 28 minus one or 28 minus two. We just call them sophomores juniors or seniors.

27.     Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No

28.     Is there anything we haven't asked you about that you would like to share?  No

The notes included above accurate████████ the inform████ ████ ██ investigators.

Participant Signature: ███████████████

Investigator Signature: _____

**APP'X 1274**



## Student Conduct Investigation
## Acknowledgement

| Name ▓▓▓▓▓ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| UIN: ▓▓▓▓ | |
| Classification: ■Freshman  ☐Sophomore  ☐Junior  ☐Senior  ☐Grad/Professional | |
| Address: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| ▓▓▓▓ | |
| | |
| Email ▓▓▓▓ | Telephone #: ▓▓▓▓ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1275**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

--------------------------------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

acknowledge my responsibility to be truthful.

understand that I have the option not to answer questions or make any statement at all.

understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

acknowledge that I have the option to make a report with the appropriate law enforcement agency.

understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

--------------------------------------------------------------------------------------------------

**Initial that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

--------------------------------------------------------------------------------------------------

**Participant signature:** _____ **Date:** _____

Division of Student Affairs
Student Conduct Office



### Investigation Statement Form

Student Name ████████          UIN: ████████          Interview Date: ████████

**Investigator Notes**                                    **For Student Corrections**

1.      How would you describe the culture in Sq-17?  Awesome brotherhood and loves being part of Sq-17.

2.      Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17?  Never been told that.

3.      Can you tell us about freshmen getting injured during PT? ████████
████████████████████████████████████████

a.      Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises?  Never seen anything.

b.      Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? ████████████████
████████████████████████████████████████

4.      Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled?  Whipped out to ████████ in the hallway not in dark rooms no wrestling involved.

5.      Can you tell us about freshmen being told to keep shower and toilet doors open? Never been a mandatory or encouraged to do so.  Toliet stays closed.

6.

Never saw any of that.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████

Investigator Signature: _____

**APP'X 1277**

**Investigation Statement Form**



Student Name: ███████     UIN: ███████     Interview Date: ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

7.

████████████

████████████████

8.     Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? ████████████████

a.     What type of wire were the freshmen told to obtain? Copper wire

b.     How far were the freshmen told to go for this wire?  Went to Lowes and purchased it in college station or bryan.

c.     Who gave the freshmen these directions? Upperclassmen.

d.     What time of day/night did this occur? One week prior to the weekend middle of the week.

e.     Which freshmen went to get the wire? All freshman went together to purchase the wire.

f.     How was the wire paid for? One buddy put it on his credit card  and later was paid back.

9.     Can you tell us about corps games that you've experienced? Normal with upper classmen lots of good bull and ███████ strictly train them.

10.     Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span?  Not directed but encouraged to donate for charlies angels and raised 2000.00 which was completely optional.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ___████████████___

Investigator Signature: _Chris PK_____

**APP'X 1278**

**Investigation Statement Form**



Student Name: ███████         UIN: ███████         Interview Date: ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| a.　　What items were the freshmen directed to purchase?  Shirts and Hats but not directed to purchase separate from charlies Angels. | |

b.　　How long were the freshmen given to obtain these items? No set time or number to purchase.

c.　　Which upperclassmen directed the freshmen to do this? ███████ ███████

11.　　Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? It wasn't specified ███████ ███████

12.　　Can you tell us about ███████ or other upperclassmen holding freshmen from class? No idea

13.　　Can you tell us about freshmen having to stand on line during the academic day? Just if ███ wants to talk to them on line but the option to say yes or no to do so.

14.　　Can you tell us about not being allowed to lay down or sleep during the academic day? Never been told he can't do that.

a.　　Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? Never happened to him and no buddy told him that it happen to them.

The notes included above accur███████████████████ided to the investigators.

Participant Signature: _███████████████_____

Investigator Signature: ~~~ ~~~ _____

**App'x 1279**


Student Name: ███████     UIN: ███████     Interview Date ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| b.    Can you tell us about freshmen being smoked because their buddy was "sacking out"? Never got smoked for that. | |
| 15.    Can you tell us about cadets being afraid to go back to the dorms after class? No they can be in the dorms buddies just hang out together there no fear. | |
| 16.    Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? No | |
| a.    Can you tell us about upperclassmen disrupting EST? He has never been disrupted during EST, but if they are not doing est they are asked what they are doing. | |
| 17.    Can you tell us about your experience being kept up late at night? Only buddy meetings but they do it on there own. | |
| a.    Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? People would walk by and hit the door with the hand no chains. | |
| 18.    Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? Never witnessed being called that name but cussed at and yelled at by upperclassmen. | |
| 19.    Can you tell us about "fish dress" within the dorm/hallway? Just tuck there shirts in. | |

The notes included above accurat████████████████████████████ to the investigators.

Participant Signature: ___██████████████████████████████___

Investigator Signature: ___*(signature)*___

**APP'X 1280**


Student Name: ▮▮▮▮▮▮▮    UIN: ▮▮▮▮▮▮▮    Interview Date: ▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 20. Can you tell us about not being allowed to go to church during the week? No the freshman are allowed during the week. <br><br> 21. Can you tell us about not being allowed to go to certain places on campus to eat? No they are allowed. <br><br> 22. Can you tell us about freshmen not being allowed to eat a full meal? Never seen that encouraged to eat as much as they want. <br><br> a. Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? Have to ask permission to adjust while eating. Nothing limits them from eating. <br><br> b. Can you tell us about freshmen having to eat so much food that they throw up? No <br><br> 23. Can you tell us about freshmen getting smoked by upperclassmen? No <br><br> 24. Can you tell us about freshmen having to post against the wall? Morning during blowing calls. <br><br> a. What does this position look like? Position of attention. <br><br> 25. Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Ross Voulenter stuff like tree, shrub etc. <br><br> 26. Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No | ▮▮▮▮▮▮▮ |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____▮▮▮▮▮▮▮_____

Investigator Signature: _____

**APP'X 1281**


## Investigation Statement Form

Student Name **[redacted]**          UIN: **[redacted]**          Interview Date: **[redacted]**

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 27.    Is there anything we haven't asked you about that you would like to share?  No | |

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature** **[redacted]**

**Investigator Signature:** _[signature]_

**APP'X 1282**

Division of Student Affairs
Student Conduct Office



## Investigation Statement Form

Student Name: ████████     UIN: ████████     Interview Date: ████████

**Investigator Notes**

**For Student Corrections**

1.      How would you describe the culture in Sq-17? – It's been awesome.  I have met guys who I know will be my best friends for life.  I have been encouraged by upperclassmen who have shared their faith with me.  I have a lot of good things to say.

2.      Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17?  I don't think I have ever been told that to be honest.

3.      Can you tell us about freshmen getting injured during PT? ████████

████████████████████

a.      Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? I never had that and I don't recall ever seeing that.

b.      Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? ████████

████████████████████

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████

Investigator Signature: _[signature]_

**APP'X 1283**

Division of Student Affairs
Student Conduct Office



**Investigation Statement Form**

Student Name: ███████  UIN: ███████  Interview Date: ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

4.      Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled?  I remember we whipped out ████████████████████████ ███████████ in the hallway and it was exciting and one of his favorite memories of FOW.  Maybe it wasn't FOW and maybe a little bit later.  No wrestling in the hallway.

5.      Can you tell us about freshmen being told to keep shower and toilet doors open?  Thats never been a thing that is mandatory but I will definitely say some people doe it.  It's not mandatory but some people do it.  But the toilet door stays open for sure.

6.

                    I never saw any of that.

7.

████████████████████████████████████

8.      Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs?  ████████████ ████████████████████████████ ████████████████

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████

Investigator Signature: _____

**APP'X 1284**


## Investigation Statement Form

**Student Name:** ▬▬▬▬▬     **UIN:** ▬▬▬▬▬     **Interview Date:** ▬▬▬▬▬

| Investigator Notes | For Student Corrections |
|---|---|
| a.    What type of wire were the freshmen told to obtain? We used a copper wire. We just went to Lowes and got it and we just split among ourselves for payment.<br><br>b.    How far were the freshmen told to go for this wire? We were told to go to get it from a store. We just went to College Station or Bryan which was pretty close.<br><br>c.    Who gave the freshmen these directions? No instructions on directions. ▬▬▬▬▬ We were told by our upperclassmen. I don't have the names of the upperclassmen<br><br>d.    What time of day/night did this occur? – Instructions were probably in the middle of the week before the weekend that we made them.<br><br>e.    Which freshmen went to get the wire? We were all responsible for our own, but we did it together.<br><br>f.    How was the wire paid for? One of our buddies paid for it on his card and we just Venmo'd the money. I don't remember how much it was.<br><br>9.    Can you tell us about corps games that you've experienced? Corps games as in just walking in the hallway. I have expericed just the normal zips, with fish heads its fun stuff like a lot of good bull and with the butts they are there to train us then the piss heads they are strictly thrr to train us. Showing respect toall the upperclassmen because they have earned it, | |

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ▬▬▬▬▬

**Investigator Signature:** _____

**APP'X 1285**


Student Name: ████████     UIN: ████████     Interview Date: ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

10.     Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span?  I don't know about directing but we were definitely given a list of items to support things like Songfest to support sororities.  We were also given option and actually they were like a list of opportunities so if we wanted to we could donate to them.  It was pretty cool and we actually raised about $2,000 for Charlie's Angels non-profit.  And that was completely optional and it was just something we were excited to do.

a.     What items were the freshmen directed to purchase? I don't really know items.  This was separate from the lon-profit list like shirts and hats in support of events like Songfest.

b.     How long were the freshmen given to obtain these items? However long before the Songfest link opens.  There wasn't a set time.

c.     Which upperclassmen directed the freshmen to do this? I really don't have any names for that. ████████████████████████████████

11.     Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class?  That' was a long tie ago. ████████████████████████████████

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████

Investigator Signature: _____

**APP'X 1286**


**Investigation Statement Form**

Student Name ████████    UIN: ███████    Interview Date: ████████

| Investigator Notes | For Student Corrections |
|---|---|
| 12.    Can you tell us about ████████ or other upperclassmen holding freshmen from class? That never happened.<br><br>13.    Can you tell us about freshmen having to stand on line during the academic day? ████████████████ Its usually the first thing is to ask if you have class or have homework to do. Then they will ask do you want to like stand here and talk to me.  You can say yes or no.<br><br>14.    Can you tell us about not being allowed to lay down or sleep during the academic day? That never happened.  I have never been told that I could not do that.<br><br>a.    Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap?  That never happened to me and none of my buddies have veer told me that happened.<br><br>b.    Can you tell us about freshmen being smoked because their buddy was "sacking out"? – I don't remember ever being smoked because a buddy was sacking out.  It is more of just getting trained.  We never got smoked for a buddy sacking out.<br><br>15.    Can you tell us about cadets being afraid to go back to the dorms after class? No.  We are all there all the time and basically hanging out there together. Definitely, no fear of the dorms.<br><br>16.    Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? No. ████████████████ | |

The notes included above ac██████████████████████████vestigators.

Participant Signature ████████████████

Investigator Signature: _____

**APP'X 1287**



## Investigation Statement Form

Student Name: ██████████        UIN: ██████████        Interview Date ██████████

**Investigator Notes**                                    **For Student Corrections**

a.    Can you tell us about upperclassmen disrupting EST? – I have never been

disrupted while studying but if we are just sitting there then ████ or an

upperclassman with ask what are y'all dong and do y'all care if I talk to y'all.  We

can but don't say no.



17.    Can you tell us about your experience being kept up late at night? We

have buddy meetings that we choose to do but that is with us. The

upperclassmen are probably in their rooms and about to go to sleep.  But we just

stay up sometimes because we want to talk.

a.    Can you tell us about upperclassmen hitting a chain or other object

against the doors and shaking door handles late at night (approximately 11pm-

1am) during fish week?  People walked by and would hit your door handle but it

was just like when you are walking through the hallway and just have you have

your hand out.  It wasn't any chains and it wasn't a repeat of hitting of the door.

18.    Can you tell us about cadets being yelled at, cussed at, and/or called

"fucking retards"? I have never been called that last thing and my buddies

around me have never been called that.  Yelled at, yes and I'm sure the rest of

the Corps.  Cussed at, yes but that is kind of a part of their language instead of

something directed at you.

19.    Can you tell us about "fish dress" within the dorm/hallway?  We just tuck

our shirts in.

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature** ████████████████████

**Investigator Signature:** _~signature~_

**App'x 1288**


Student Name: ▉▉▉▉          UIN: ▉▉▉▉          Interview Date: ▉▉▉▉

| **Investigator Notes** | **For Student Corrections** |
|---|---|

20.     Can you tell us about not being allowed to go to church during the week?

I have always been allowed to go to church during the week. ▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

21.     Can you tell us about not being allowed to go to certain places on

campus to eat? I'm allowed to go any place on campus to eat.  No I cannot tell

you about that.

22.     Can you tell us about freshmen not being allowed to eat a full meal? I

have never seen that happen.  We are definitely encouraged to eat as much as

we want at Duncan and obviously anywhere else.

a.     Can you tell us about freshmen having to make statements during meals

that limit your time and ability to eat your food? In the corps there is a statement

to sit down to begin your meals.  There are statements to adjust.  There is

nothing that would limit you from eating as much as you can.

b.     Can you tell us about freshmen having to eat so much food that they

throw up? No I don't know anything about that.

23.     Can you tell us about freshmen getting smoked by upperclassmen?

During our PT but that is just like working out and doing pushups.

24.     Can you tell us about freshmen having to post against the wall? In the

mornings we be blow a call and on the third call we get on the way and greet the

hallway.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature ▉▉▉▉

Investigator Signature: _____

**App'x 1289**

## Investigation Statement Form



Student Name: ███████     UIN: ███████     Interview Date: ███████

**Investigator Notes**                                    **For Student Corrections**

| | |
|---|---|
| a.     What does this position look like?  Get on the wall in a position of attention and just kind of stand there.<br><br>25.     Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead?  That's usually only stuff like with the Ross Volunteers.  Vertical shrub would be a tree. Really that is the only one I know.<br><br>26.     Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No<br><br>27.     Is there anything we haven't asked you about that you would like to share?  That covered just about more than I could have imagined. | |

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ███████

**Investigator Signature:** _____ ~signature~ _____

**APP'X 1290**



## Student Conduct Investigation
## Acknowledgement

| Name: ███████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| UIN: ███████ | |
| Classification: ■Freshman  □Sophomore  □Junior  □Senior  □Grad/Professional | |
| Address: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| ███████ | |
| | |
| Email: ███████ | Telephone #: ███████ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. (*Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules*)

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1291**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (**Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules**)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (**Section 24.4.23. Abuse of process, Texas A&M University Student Rules**)

---------------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

acknowledge my responsibility to be truthful.

understand that I have the option not to answer questions or make any statement at all.

understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ███████████_____

understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

acknowledge that I have the option to make a report with the appropriate law enforcement agency.

understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

---------------------------------------------------------------------------------

**Initial that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

---------------------------------------------------------------------------------

**Participant signature:**███████████_____**Date:**███████████


## Investigation Statement Form

Student Name: ████████   UIN: ████████   Interview Date: ████████

| Investigator Notes | For Student Corrections |
|---|---|
| 1.      How would you describe the culture in Sq-17? I would say the culture pushes you to be a better person. Good all around. I would say it is a pretty good environment.<br><br>2.      Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? They have said that, but I can't remember who. I believe it applies to certain elements.<br><br>3.      Can you tell us about freshmen getting injured during PT? ████████ ████████████████████████████████████████████<br><br>a.      Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? Yes. It could have been because we were on concrete. Sometimes we had to do bear crawls or planks on concrete. We haven't done that in a while because some guys would have gashes. The last time we did that was like the second week of the semester. Now we have been doing it on the grass or the gym floor.<br><br>b.      Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? We haven't really been told not to say anything. It's more of us just not wanting to say anything. It's not that big of a deal, we just pushed ourselves that much.<br><br>4.      Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? Yeah, that was during FOW, but it was really fun. ████████████ It wasn't really a | ████████ |

The notes included above accu~~rately summarize the information p~~rovided to the investigators.

Participant Signature: ████████████████████

Investigator Signature: _Mark Dawson_

**APP'X 1293**



## Investigation Statement Form

Student Name: ███████          UIN ███████          Interview Date: ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

wrestle more like shoving back and forth. I don't remember any specific names of

██████ involved.

5.      Can you tell us about freshmen being told to keep shower and toilet

doors open? It is something we all do. They don't make you do it.

6.

                                        ' I don't recall that at all.

7.

███████████████████████████████████████████

8.      Can you tell us what the Sq-17 freshmen were told to do regarding

obtaining the wire to make fish spurs? We had to buy the wire. Copper wire, it

was kind of expensive. We had to get bottle caps, spray paint them and make the

spurs.

a.      What type of wire were the freshmen told to obtain? Copper wire.

Hardware stores somewhere in town.

b.      How far were the freshmen told to go for this wire? In town

c.      Who gave the freshmen these directions? ████████████████████

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████

Investigator Signature: _____*signature*_____

**App'x 1294**


Student Name: ▮▮▮▮▮    UIN: ▮▮▮▮▮    Interview Date: ▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|

**Investigator Notes**

d.      What time of day/night did this occur? We ended up getting the wrong wire and we spent all day and night getting them ready and then we were told we did them wrong and had to stay up Sunday night to prepare the spurs. All the upperclassmen told us it was wrong.

e.      Which freshmen went to get the wire? ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮

f.      How was the wire paid for? We all contributed.

9.      Can you tell us about corps games that you've experienced? Everyone is going through them. Upperclassmen not being your friends, yelling. They are about the same that everyone else does.

10.     Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? We were told to go get a bunch of items from Walmart and had only an hour to go get the items. It was during FOW.

a.      What items were the freshmen directed to purchase? Tape, mop, scissors, lighter, trashcans. Unify everything that you got. Everyone should have the same things.

b.      How long were the freshmen given to obtain these items? I don't remember the exact time, I know that it wasn't enough.

c.      Which upperclassmen directed the freshmen to do this? I can't tell you honestly, I don't know. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮

Investigator Signature: _____

APP'X 1295

### Investigation Statement Form



Student Name: ██████████    UIN: ██████    Interview Date: ██████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

**Investigator Notes**

11.    Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? Yes, that is true. ████████████████████████

████████████████

12.    Can you tell us about ███████████ or other upperclassmen holding freshmen from class? That has never happened. I can't recall that ever happening.

13.    Can you tell us about freshmen having to stand online during the academic day? Yeah, that has happened. They would come ask you questions, and you would have to answer. Could be any of the upperclassmen.

14.    Can you tell us about not being allowed to lay down or sleep during the academic day? We are not allowed to lay down, sleep, or lock our door during the day. Not allowed to turn off the lights too.

a.    Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? That may have happened, but I have not heard anything about that.

b.    Can you tell us about freshmen being smoked because their buddy was "sacking out"? Yes. That happens, if your buddy is sacking out during PT or something like that they will ask who is going to do this for your buddy. It was during FOW that they told us not to nap during the day, but I don't know of anyone being smoked because of it.

**For Student Corrections**

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ██████████████████████

Investigator Signature: _____

APP'X 1296


## Investigation Statement Form

**Student Name:** ███████  **UIN:** ███████  **Interview Date:** ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 15. Can you tell us about cadets being afraid to go back to the dorms after class? All of us try to avoid the dorms as much as possible. Because we get questioned, or don't do our door cards right, they always have something to say when we go back to the dorms.<br><br>16. Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? There have been a few times that has been said. They say there is a quiet hall here, why can't you study here. But if you have a test or a good reason, they will let you go.<br><br>a. Can you tell us about upperclassmen disrupting EST? Sometimes it is loud in the hall, but that's about it. ███████████████ ███████<br><br>17. Can you tell us about your experience being kept up late at night? We normally go to bed at 10:30. Sometimes we have buddy meetings if folks have any announcements or anything. A lot of upperclassmen will have things to say.<br><br>a. Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? Yeah, it happened. I don't know who it was, we never looked outside.<br><br>18. Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? Yeah, it happens sometimes. ████████████ ███████ | |

The notes included above acc████████████████ o the investigators.

**Participant Signature:** ████████████████

**Investigator Signature:** _____ /s/ _____

**APP'X 1297**


## Investigation Statement Form

Student Name:     UIN:     Interview Date:

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 19. Can you tell us about "fish dress" within the dorm/hallway? Shirt tucked in, long socks pulled up, strings on shorts tucked in, no shoelaces out. Shirts buttoned all the way up. Only when you are in hallways. | |
| 20. Can you tell us about not being allowed to go to church during the week? That's not true. They let us go to any religious or church related event, bible study, they let us attend. | |
| 21. Can you tell us about not being allowed to go to certain places on campus to eat? If your door card is not filled out, you can't go to that place to eat. If you are bravos you can't go to the MSC. We are encouraged to go to Duncan, but there are more options at the commons. | |
| 22. Can you tell us about freshmen not being allowed to eat a full meal? Yeah, sometimes we don't get enough time to eat. ███████ | |
| a. Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? Yeah, sometimes they are long or sometimes they are short, but you must get them right. You must finish your statement and then ask permission to resume chow. ██████ | |
| b. Can you tell us about freshmen having to eat so much food that they throw up? I can't recall that happening. If it did, it was their fault. Maybe they should stop eating so much food. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature

Investigator Signature: _____

**APP'X 1298**


## Investigation Statement Form

Student Name ▮▮▮▮▮    UIN: ▮▮▮▮▮    Interview Date: ▮▮▮▮▮



| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 23.   Can you tell us about freshmen getting smoked by upperclassmen? They pull you aside and must do a more intense workout. It is different every time. Bear crawls, duck walks, whatever workouts they have you doing. The more physical upperclassmen will do the whole workout with you. ▮▮▮▮▮ ▮▮▮▮▮ Time duration varies, it depends on what you did. Mostly happens in afternoon PT times. Morning we are usually running.<br><br>24.   Can you tell us about freshmen having to post against the wall? You have to post against the wall before formation, but that is about the only time that happens.<br><br>a.   What does this position look like? At attention, heels against the wall, back of the head against the wall. Eyes looking straight.<br><br>25.   Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Your head is your grape. You are not allowed to like, think, feel, want, or need. You have to expand your vocabulary. Fork, Spoon, knife (Shovel, pitchfork, saber) You can't say butt, piss. ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮<br><br>26.   Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)?<br><br>27.   Is there anything we haven't asked you about that you would like to share? | |

The notes included above accu▮▮▮▮▮▮▮▮▮▮ the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮

Investigator Signature: _____

**Division of Student Affairs**
**Student Conduct Office**



## Investigation Statement Form

Student Name: ███████     UIN: ███████     Interview Date: ███████

The notes included above accu ███████████████ the investigators.

**Participant Signature:** ███████████████

**Investigator Signature:** _____

**APP'X 1300**



## Investigation Statement Form

Student Name: ▮▮▮▮▮▮     UIN: ▮▮▮▮▮▮     Interview Date: ▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|
| 1. How would you describe the culture in Sq-17? I'd say the culture pushes you to be a better person. It is good all around. Places you in hard positions but builds you in a way nothing else can. I'd say it is a pretty good environment.<br><br>2. Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? Yea, they have said that but I don't remember who.<br><br>3. Can you tell us about freshmen getting injured during PT? ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>a. Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? Yea, it could have been because we were on concreate. Sometimes we had to do bear crawls or planks on concreate. We haven't done that in a long time though. Some guys would have gashes or scabs that would form. Like I said, that hasn't happened in a long time.<br><br>b. Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? We haven't really been told to not say anything. They don't tell us. They also do not imply. We choose to not say anything because it's not that big of a deal we just pushed ourselves that much.<br><br>4. Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? Yea, that was during FOW. But it was actually really fun. It was just like we whipped out to | |

The notes included above accur▮▮▮▮▮▮▮▮▮▮▮ded to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Investigator Signature: Skylar Latham

**App'x 1301**


### Investigation Statement Form

Student Name: ██████████     UIN: ██████████     Interview Date: ██████████

██ and whip out in buddies' hole. I ██ like wrestle throw everybody...it ████████████████

was a shoving back and forth. Nobody got hurt. It was a lot of fun.

5.      Can you tell us about freshmen being told to keep shower and toilet

doors open? It's just something that we all do. We were both told and decided to

do it. They don't make you.

6.

                    I don't recall that.

7.



8.      Can you tell us what the Sq-17 freshmen were told to do regarding

obtaining the wire to make fish spurs? We had to buy copper and form it your

shoe, get bottle caps. Nothing too big about it.

a.      What type of wire were the freshmen told to obtain? Copper.

b.      How far were the freshmen told to go for this wire? Just hardware stores.

I don't remember where they got it but I know it was in town.

c.      Who gave the freshmen these directions? ████████████████

d.      What time of day/night did this occur? We ended up doing it wrong. We

got the wrong wire. Spent all day and night doing it. Got them all done and they

The notes included above accu██████████████ovided to the investigators.

**Participant Signature:** ████████████████

**Investigator Signature:** _____


told us we did it wrong because we didn't get copper. We stayed up all night

Sunday before school fixing that.

e.      Which freshmen went to get the wire? ████████████████

████████████████████

f.      How was the wire paid for? We all contributed.

9.      Can you tell us about corps games that you've experienced? I wouldn't

find it oo out the ordinary because others do corps games. Just the average

games. Upperclassmen not being your friends and yelling. Just about the same as

everyone else does.

10.     Can you tell us about upperclassmen directing freshmen to purchase

items on a list within a short time span? Yea we were told there was a list. We

were told that that night to get some stuff from Walmart. We had an hour. We

rushed but had to keep going back because we were getting that wrong. It was

during FOW.

a.      What items were the freshmen directed to purchase? Tape, mops,

scissors, lighters, safety pins, trashcan, and things of that sort.  Everyday items

you need in your dorms. You had to unify everything you got so you had to get

the same thing.

b.      How long were the freshmen given to obtain these items? Something like

an hour. It was time hack of something. I don't remember but I know it wasn't

enough.

The notes included above ac████████████████e investigators.

**Participant Signature** ████████████████

**Investigator Signature:** _____


Student Name: ██████     UIN: ██████     Interview Date: ██████

c.      Which upperclassmen directed the freshmen to do this? I can't tell you honestly, I don't know. ████████████████████████████

11.     Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? Yes, that's true. ████████████████████████

████████████████████████████████████████████████

12.     Can you tell us about ██████ or other upperclassmen holding freshmen from class? That has never happened. I can't recall that ever happening.

13.     Can you tell us about freshmen having to stand on line during the academic day? Yea, that has happened. Not much to it. They'd just come ask you questions and you'd have to answer. Could be anybody, all upperclassmen do it. It was never long but it was short.

14.     Can you tell us about not being allowed to lay down or sleep during the academic day? Yea, we are not allowed to lay down, sleep, lock our door, or have our lights off. Not allowed to sleep in the hole.

a.      Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? Maybe. I haven't heard of anybody try to because they told us at the very beginning not to

The notes included above acc ██████████████ d to the investigators.

Participant Signature: ████████████████

Investigator Signature: _____

**APP'X 1304**


b.        Can you tell us about freshmen being smoked because their buddy was "sacking out"? Yes. Yea that happens. If you're buddy can't put out, they turn around and ask who will do it for their buddy or tell you that you have to.

15.      Can you tell us about cadets being afraid to go back to the dorms after class? I think we try to avoid the dorms as much as possible. Because we get questioned, mess up our door cards... they just always have something to say when we go back to the dorms.

16.      Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? Yea. There has been a few times they said that we have a quiet hallway and can study there. But other times they let us. It's not an all the time thing. If you have a good reason, they will let you go. ████████ ████████████████████

a.        Can you tell us about upperclassmen disrupting EST? Not that I can recall. I mean sometimes it's loud in the hallway. Not much going on there.

17.      Can you tell us about your experience being kept up late at night?  I mean we normally go to bed around 10:30. Sometimes we have buddy meetings, or meetings if the upperclassman have something to tell us or an announcement. Pretty much a lot of upperclassmen have their own meetings sometimes. It's just whatever they have to say to us.

a.        Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-

The notes included above accu███████████████████ the investigators.

**Participant Signature:** ████████████████████

**Investigator Signature:** _____

**APP'X 1305**


1am) during fish week? Yea, it happened. I don't know who, we never looked outside.

18.     Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? Yea, it happens sometimes. ████████ ████████ I'm not going to going any deeper on that one.

19.     Can you tell us about "fish dress" within the dorm/hallway? Shirt tucked in and long socks pulled up. The strings on your shorts are tucked in and so are your shoelaces. Also, if you have a button-up shirt it needs to be buttoned up all the way while in the hallways or your hall. Most upperclassmen correct you if you don't have it right.

20.     Can you tell us about not being allowed to go to church during the week? That's not true. They let us in every instance. Anything religious wise, they let us go immediately. Everything we do is religious/Christian.

21.     Can you tell us about not being allowed to go to certain places on campus to eat? I mean if your door card is not filled out, you can't go somewhere. You can go anywhere as long as you sign out with your door card.

22.     Can you tell us about freshmen not being allowed to eat a full meal? Yea, sometimes they don't get enough time to eat. ████████ ████████ If we don't have formation, and go to the Commons, we need to sign out. Then we don't always get enough time to eat. We only get like 15-20 minutes to run over

The notes included above accu ████████ investigators.

**Participant Signature:** ████████

**Investigator Signature:** _____


and get something. So we don't always get enough. No specific direction from upperclassmen, it's just the way it has always been. I thought of it as our training.

a.    Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? Sometimes they're long or short. You need to get them right or it takes longer. You have to finish your statements before you can eat and ask for permission to resume chow. ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓

b.    Can you tell us about freshmen having to eat so much food that they throw up? I can't recall that ever happening. If that did happen it is their fault, they should stop eating so much food.

23.    Can you tell us about freshmen getting smoked by upperclassmen? They pull you aside or with a buddy who gets PT. You do a more intense workout than everyone else. It is different every time. Bear crawls, duck walks, pushups, just whatever they have you doing. The upperclassmen do some of it with you. But it is a harder workout so they may take breaks. ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ The time for PT varies. Depends on what happened/what you did. It normally during afternoon training time or if it happens in the morning it's the same deal.

The notes included above acc▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓d to the investigators.

Participant Signature: ▓▓▓▓▓▓▓▓▓▓

Investigator Signature: _____


Student Name: ████████     UIN: ████████     Interview Date ████████

24.     Can you tell us about freshmen having to post against the wall? I mean we post against the wall if you're about to go to formation. That's basically the only time we post against the wall.

a.     What does this position look like? Attention. Heals and head against the wall. Mouth closed and a thousand-yard stare.

25.     Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Your head is your grape. You're not allowed to like, think, feel, want, or need. If you "like," you "care for." Fork, knife, and spoon are pitchfork, saber, and shovel. Water is sky. You can't say butt, piss, yea, so.

26.     Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No.

27.     Is there anything we haven't asked you about that you would like to share? No.

Additional Questions:

1.  When they have said the Standard does not apply to Sq-17 did they mean all of it are some elements? I think elements they don't agree with. I don't know what elements.

2.  When was the last time you did bear crawls/planks on concreate? Like the second week. Now we do it on the grass or gym floor.

3.  Who was leading training time while you were on concrete? Hard to change it rotated. But it changed once we got gashes.

The notes included above accu████████████████████ investigators.

**Participant Signature:** ████████

**Investigator Signature:** ████████

**APP'X 1308**


Student Name: ▉▉▉▉▉    UIN: ▉▉▉▉▉    Interview Date: ▉▉▉▉▉

4. What upperclassmen were involved with the whipping out and shoving incident? I don't remember who.

5. Do you remember what upperclassmen told you to keep shower and bathroom doors open? No.

6. Who told you that you did your spurs wrong? It was a whole upperclassmen thing. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

7. Are there any specific upperclassmen that said you can't nap? No, but it was during FOW. Also I don't think anyone has been smoked for napping.

8. Are you encourage to eat somewhere on campus over other places? Duncan or we try to go to the Commons. It has better food.

9. How were you informed you cannot say specific words? That was during FOW. We were told. ▉▉▉▉▉▉▉▉▉▉

The notes included above a ▉▉▉▉▉▉ the investigators.

**Participant Signatur** ▉▉▉▉▉▉

**Investigator Signature:** _____

**App'x 1309**



## Student Conduct Investigation
## Acknowledgement

| Name: ███████████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| UIN: ██████ | |
| Classification: ■Freshman ☐Sophomore ☐Junior ☐Senior ☐Grad/Professional | |
| Address: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| ███████ | |
| | |
| Email: ███████████ | Telephone #: ███████ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

 If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. (*Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules*)

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**App'x 1310**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (**Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules**)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (**Section 24.4.23. Abuse of process, Texas A&M University Student Rules**)

---

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ▮▮▮▮▮▮▮▮▮▮▮▮▮

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

---

**Initial that which applies:**

_____ I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

---

**Participant signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **Date:** ▮▮▮▮▮▮▮▮

Division of Student Affairs
Student Conduct Office



## Investigation Statement Form

**Student Name:** ███████████     **UIN:** █████████     **Interview Date:** ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 1.     How would you describe the culture in Sq-17? Fire and foremost, brotherhood because it's all man. I am already best friends with all the other freshman. I don't take that for granted. A diverse group with different backgrounds, lives, and beliefs. That's what I would think of first and foremost. 2.     Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? It was never specifically told to me. I think it was earlier in the year for the room inspections and when were trying to figure all that out. 3.     Can you tell us about freshmen getting injured during PT? ████ ████  But there hasn't been injuries. ███████████████████ ████████████████████████████████████████████ a.     Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? I don't think there has been any.██████████████████████████ We do those in the grass now. b.     Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? ████████████████ ██████████████████████ That's all been really open. | |

The notes included above accura████████████████e investigators.

**Participant Signature:** ___█████████████████___

**Investigator Signature:** Skylar Latham

**APP'X 1312**


Student Name: ▮▮▮▮▮▮▮▮  UIN: ▮▮▮▮▮▮  Interview Date: ▮▮▮▮▮

4.  Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? Wasn't shoved. We were whipping out. It was definitely good bull. They had music playing and it was fun. I don't remember if the lights were turned off or not. But I did not get shoved.

5.  Can you tell us about freshmen being told to keep shower and toilet doors open? That never happened.

6.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8.  Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮Took them home that weekend and made them together.

a.  What type of wire were the freshmen told to obtain? Copper.

b.  How far were the freshmen told to go for this wire? We weren't told to go far. Just asked to get the tradition and keep the wires the same.

c.  Who gave the freshmen these directions? I don't remember, sorry.

The notes included above accurately s▮▮▮▮▮▮▮▮▮▮▮▮▮▮stigators.

**Participant Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮

**Investigator Signature:** _____

**APP'X 1313**


**Investigation Statement Form**

Student Name: ███████████    UIN: █████████    Interview Date: ████████████

d.      What time of day/night did this occur? We started painting after the game. But we realized we were wiped so went to bed and did it Sunday morning. We got the stuff throughout the week and got the bottlecaps on Amazon. ███

███████████████████████████████

e.      Which freshmen went to get the wire? ████████████████

████████████████████████████████████████████

████████████████████████████████████████████

f.      How was the wire paid for? We all venmoed that guy that bought it. Split it evenly. We have a venmo groups. It's handy.

9.      Can you tell us about corps games that you've experienced? I guess there is one organized game we played once. It was after we got back early from dinner. We were all on the wall and it was kinda like a survivor game. You'd stay on the wall as long as possible. You say someone's name. If you said it three times they were out, but if you said their name and they were already gone, you were out.

10.     Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? We had a merch website open. And we were told to repost on our Instagram. We did have a shopping trip on the first week. We had one night to go out and get stuff on the list. We didn't get all of it. So many Corps people were at Walmart. But that was fine. We got other stuff over the weekend.

The notes included above accurately su███████████████████vestigators.

███████████████████

Participant Signature: ___████████████████_____

Investigator Signature: ___*[signature]*_____

**APP'X 1314**


## Investigation Statement Form

Student Name: ██████████ UIN ████████ Interview Date: ████████

a.     What items were the freshmen directed to purchase? Stuff on the packing list: brooms, mop. Stuff to split with your roommate. A notebook, a suck strap for our uniforms to it keep it tucked. Room dusting equipment, show shine, stuff like that. The next day we were learning how to shine uniforms and stuff like that.

b.     How long were the freshmen given to obtain these items? I don't remember. I just know we had that night. We got dinner and then went to Walmart.

c.     Which upperclassmen directed the freshmen to do this? No.

11.     Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? For example, all of the notebooks had to be red. But I think that's a Corps wide thing. But I don't think it was that serious because we don't all have the same brooms, mops, etc. I don't think we have the same stuff so it wasn't a command. We all went to the same store. They didn't want us going to separate stores. They wanted us to go together. But again, we don't all have the same stuff.

12.     Can you tell us about ████████ or other upperclassmen holding freshmen from class? No, that's not happened. They've been pushing our grades and school. Definitely been given the time to be to class.

The notes included above accuratel███████████████████o the investigators.

Participant Signature: _____████████████_____

Investigator Signature: _____~~signature~~_____     **APP'X 1315**


**Investigation Statement Form**

Student Name: ▮▮▮▮▮▮▮  UIN: ▮▮▮▮▮  Interview Date: ▮▮▮▮▮

13.     Can you tell us about freshmen having to stand on line during the academic day? I don't think there has been any instance of standing on line during the academic day. We have had to pull boots though.

14.     Can you tell us about not being allowed to lay down or sleep during the academic day? I don't think that's been... we have all just been going, going ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

a.     Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? None of that. No.

b.     Can you tell us about freshmen being smoked because their buddy was "sacking out"? No.

15.     Can you tell us about cadets being afraid to go back to the dorms after class? The first two weeks because we were definitely. We spent the first week doing Corps stuff but then we realized we could just do normal/school stuff. I'm not scared.

16.     Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? No ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

a.     Can you tell us about upperclassmen disrupting EST? No. At most they're talking in the hallways amongst themselves. But to be fair, so are we.

17.     Can you tell us about your experience being kept up late at night? No. Sometimes as a freshman class we initiate buddy meetings to meet with each other and check-in with each other. At 10:30 we get the sergeant of the day table

The notes included above accurat▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to the investigators.

Participant Signature: _____

Investigator Signature: _____

**App'x 1316**



and the lights go out/ we don't have to study anymore. We can do whatever we need.

a.      Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? Yea, I guess the first couple of night. I don't know if it was chain. They were definitely louder when there was no school.

18.     Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? During the times they can yell, it's about keeping up with your buddies and to not give up. It's all during the workouts and stuff. That's when they can yell.

19.     Can you tell us about "fish dress" within the dorm/hallway? They told us it was good bull to do it and that it's not required. It's tall white socks and a tucked in shirt.

20.     Can you tell us about not being allowed to go to church during the week? I don't know. For sure not. ███ ███ From my perspective, a lot of upperclassmen are Christian and religious. And the ones that aren't are understanding and encouraging.

21.     Can you tell us about not being allowed to go to certain places on campus to eat? No. I think I have been everywhere.

22.     Can you tell us about freshmen not being allowed to eat a full meal? No. ███

The notes included above accura███led to the investigators.

**Participant Signature:** ___████_____

**Investigator Signature:** ___*(signature)*_____

**APP'X 1317**


Student Name: ██████  UIN: ██████  Interview Date: ██████

a.      Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? We do have to make statements. But I've never seen anyone not finish their food. We aren't talking in between statements.

b.      Can you tell us about freshmen having to eat so much food that they throw up? No. Everyone gets a plate, you finish it, and if you aren't full you can get another. If guys don't feel good they don't have to finish but sometimes freshman will encourage them to eat.

23.     Can you tell us about freshmen getting smoked by upperclassmen? Usually it's just a class set (28) pushups ██████████████████ ██

24.     Can you tell us about freshmen having to post against the wall? When we post on line we stand with our feet in the door frame. That's mostly how we received information during onboarding week. We do that just for receiving information. We just stand in the doorframe and we can see in the hallway where they are giving information. They did it a lot in the first week when showing us how to shine shoes, etc.

a.      What does this position look like? Modified attention. You're standing straight up and respectfully.

25.     Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Most of them are class

The notes included above accurately ██████████████ he investigators.

Participant Signature: _____████████████████_____

Investigator Signature: _____✍_____   **APP'X 1318**



### Investigation Statement Form

Student Name: ▮▮▮▮▮▮▮  UIN: ▮▮▮▮▮▮  Interview Date: ▮▮▮▮

related. Can't say 25, 26, 27. We instead say 28-3, 28-2, 28-1. We can't say zips, butts, heads/pissheads. For head, we say grape.

26.     Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No.

27.     Is there anything we haven't asked you about that you would like to share? No.

Additional Questions:

1.  Do you know who was told that the Standard doesn't apply to SQ-17? No.

2.  Do you know who said the Standard doesn't apply in SQ-17?

3.  When this was said, was it reference to the whole of the Standard or a specific area? I don't know. I just know it was during room inspection. We were having different things told to us.



5.  How would you describe your PT environment? How does it look, sound, etc.? Constant reminders to keep going. Much of it is persistence and mental fortitude. I'm getting out of it to go further for the guy next to me. It's cool going all out.

6.  Who led the training time with the planks that caused injury? I don't remember but it was Corps wide thing where they told us to not do planks on the concrete.

The notes included above accurate▮▮▮▮▮▮▮▮▮▮▮o the investigators.

Participant Signature: ___▮▮▮▮▮▮▮▮▮▮___/___

Investigator Signature: _____

**APP'X 1319**


Student Name: ███████████     UIN: ████████     Interview Date: ████████

7. How long were you in the plank position? Don't know.

8. When did the whipping out in the hole occur? Onboarding week.

9. Do you recall any upperclassmen being involved during the whipping out? No.

10. Would all of your buddy class have been present during the whipping out? I think most of us. But I don't remember where everyone was that day.

11. Did only the freshman take down the tailgate? No, that first time there were a couple of upperclassmen because it was our first time.

12. Since the first time, do freshmen only take down the tailgate? No. ███ ███████████████████████████████ Numbers may not be accurate but is about that.

13. Where did you get your wire? I don't know ████████████████ Some went and got it and we all Venmoed him.

14. During your Corps game, how were you standing on the wall? Could you look around? No. It was part of the game.

15. Do you recall which upperclassmen engaged in the corps game with you/leading it? I don't remember.

16. Do you recall any _____ you or your buddies have pulled boots off for? No. All of them need help getting their boots off.

The notes included above accurate ████████████████ the investigators.

Participant Signature: ___████████████████_____

Investigator Signature: ___~~███████~~_____

**APP'X 1320**



**Investigation Statement Form**

Student Name: ███████  UIN: ███████  Interview Date: ███████

17. Why would you be worried about going back to the dorms? Greeting. I didn't remember their names. Didn't want to be the guy that didn't remember their names. That was the most worrisome part.

18. Were there any consequences of repercussions if you greeted incorrectly? No, I just felt bad. Plus, we were supposed to have had that down.

19. Were you ever encouraged by upperclassmen to do buddy meetings? Not specifically. They just told us we need to communicate and check-up on each other.

20. Do you recall what upperclassmen were being loud/disrupting doors during fish week? No.

21. Who yells at freshman during training time? ███████ ███████ Other upperclassmen will to keep you motivated.

22. Have been encouraged to eat at one location over another on campus? No. They do encourage us to not go to Northgate because it is the drinking scene. Good intention with that.

23. What statement do you have to state during meals? Permission to get another hot plate. Permission to get water. Permission to go to the bathroom.

24. Has anyone ever been denied permission to get a hot plate, water, or to use the bathroom? No.

The notes included above accurately ███████ e investigators.

Participant Signature: _____

Investigator Signature: _____

**App'x 1321**



## Investigation Statement Form

Student Name: ███████     UIN: ███████     Interview Date: ███████

25. Are you allowed to eat while making statements? No. Whenever you start it you put your fork down. Not talking with your mouth open.

26. Has any upperclassmen given you the directive to make these statements? No. Not a specific one.

27. Can you think of a specific instance when freshman were encouraging another to eat despite not feeling well or being full? No, I can't.

28. When upperclassmen do corrective PT what does that look like? If you're in line, you step out, and you do it facing them and they do it with you and you count together.

29. Did any upperclassmen state you cannot say those words? I don't remember who. That's also a bit of a Corps wide procedure.



The notes included above accurately su███████tors.

Participant Signature: _____

Investigator Signature: _____


Student Name: ▮▮▮▮  UIN: ▮▮▮  Interview Date: ▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 1. How would you describe the culture in Sq-17? First and foremost, brotherhood, because it is an all-male unit. I am best friends with all the freshmen. Very diverse background and beliefs. <br><br> 2. Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? It was never specifically told to me. I think it was earlier in the year when it was referring to the room inspection. I was not aware who it was told to. I do not know who said that the standard does not apply to sq-17. I am not sure what exactly was told about room inspection, we were just being told different things about where the uniforms were. <br><br> 3. Can you tell us about freshmen getting injured during PT? ▮▮▮ ▮▮▮▮▮▮▮. We have been working hard. ▮▮▮▮▮▮▮▮▮ ▮▮▮▮ PT is a constant reminder to keep going, a lot if it is persistence and mental fortitude. Being able to go stronger for the guy next to you. <br><br> a. Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? I don't think there have been any ▮▮▮▮▮▮▮▮. We have been working out in the grass now. It was a corps wide issue where they told us not to do planks anymore on the concrete. | |

The notes included above accurately ▮▮▮▮▮▮ investigators.

Participant Signature: _____

Investigator Signature: _Mark Dawson_____

**APP'X 1323**

**Investigation Statement Form**



Student Name: ███████  UIN: ███████  Interview Date: ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

b.      Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? ████████████████

████████████████████████████████████████

4.      Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? I wasn't shoved. We were whipping out and it was more good bull than bad. They had music playing, I cannot remember if the lights were off. I did not get shoved. Cannot recall any names of upperclassmen involved in the incident. I don't remember where everyone was that day.

5.      Can you tell us about freshmen being told to keep shower and toilet doors open? That never happened.

6.      █████████████████████████████████████████████████████████████████████

7.      ██████████████████████████████████

The notes included above accurat████████████████e investigators.

Participant Signature: ___██████████████████___

Investigator Signature: _____

APP'X 1324


**Investigation Statement Form**

Student Name: ██████████     UIN: ██████████     Interview Date: ██████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

**Investigator Notes**

8.     Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? ██████████ ██████████ We got the copper wire, 28 bottlecaps and spraypainted them red. We took the materials home and made them together.

a.     What type of wire were the freshmen told to obtain? Copper

b.     How far were the freshmen told to go for this wire? We weren't told to go far, we were just asked to keep the tradition. ██████████ ██████████ Someone else got the wire.

c.     Who gave the freshmen these directions? I cannot remember who gave the directions.

d.     What time of day/night did this occur? We tried to start painting after the game, but we were tired, so we went to sleep. So, we woke up and started getting them ready in the morning. We got the bottle caps from amazon. ██████████

e.     Which freshmen went to get the wire? ██████████ ██████████

f.     How was the wire paid for? We all split the cost and sent via Venmo.

9.     Can you tell us about corps games that you've experienced? There is one organized game we played once when we got back early from dinner. We were all on the wall and we would try to stay on the wall as long as possible. It was like a

The notes included above accurat██████████stigators.

Participant Signature: _____██████████_____

Investigator Signature: ___██████████___

**App'x 1325**



## Investigation Statement Form

**Student Name:** ███████ **UIN:** ███████ **Interview Date:** ███████



| **Investigator Notes** | **For Student Corrections** |
|---|---|

Survivor game. If you said someone's name (3) times they would be out, or if you said someone's name that was already out, then you were out. When you were on the wall you could not look around because you weren't supposed to see each other's numbers. It was a fish game, there were upperclassmen, but I don't remember who.

10.      Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? We had a Merch website open and were told to repost on our Instagram stories. We had a shopping trip on the first week. We had one night to get all the things on the list. We couldn't get everything on the list.

a.      What items were the freshmen directed to purchase? Stuff to split with your roommate. Broom, mop, notebooks. Suckstrap for the uniform, brasso, puma, shoeshine.

b.      How long were the freshmen given to obtain these items? I don't remember. I just know we had that night.

c.      Which upperclassmen directed the freshmen to do this? I do not recall who it was.

11.      Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? For example, all the notebooks had to be red. Because all the red



The notes included above accura███████████████vestigators.

**Participant Signature:** _____███████████████_____

**Investigator Signature:** ___~~/l/l/l/~~_____

**App'x 1326**



### Investigation Statement Form

Student Name: ███████████  UIN: ██████████  Interview Date: ██████████

| Investigator Notes | For Student Corrections |
|---|---|
| notebooks were gone. Were told to get the same supplies, but it didn't matter because we still have different mops and brooms.<br><br>12. Can you tell us about ███████ or other upperclassmen holding freshmen from class? No, that has not happened. They have been pushing our grades and school. We have definitely been given time to go to class.<br><br>13. Can you tell us about freshmen having to stand on line during the academic day? I don't think there have been any instances of having to stand on-line during the academic day. We had to pull boots during the day for ████ All of them need help getting their boots off. I don't recall any specific person.<br><br>14. Can you tell us about not being allowed to lay down or sleep during the academic day? I don't think that's a thing. I think we have been going, going, going. █████████████<br><br>a. Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? None of that. No.<br><br>b. Can you tell us about freshmen being smoked because their buddy was "sacking out"? No.<br><br>15. Can you tell us about cadets being afraid to go back to the dorms after class? The first few weeks we were worried about it. After the first few weeks, we were more comfortable going back to the dorms. We were worried about greeting upperclassmen, didn't want to show signs of disrespect. That was the | |

The notes included above accurately s██████████████████estigators.

Participant Signature: _____████████████████_____

Investigator Signature: _____*[signature]*_____

App'x 1327

**Investigation Statement Form**



Student Name: ████████     UIN ████     Interview Date: ████████

**Investigator Notes**                                    **For Student Corrections**

most worrisome part. We were expected to know upperclassmen names after the first week.

16.     Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? No, ████████████████████

████████████████████

a.     Can you tell us about upperclassmen disrupting EST? No. At most they are talking amongst themselves in the hallways. To be fair so are we.

17.     Can you tell us about your experience being kept up late at night? No. Sometimes we as freshmen initiate buddy meetings. Where freshman talk about anything important. After 10:30pm lights are out and we can go to sleep. Upperclassmen told us we need to communicate and check in with one another.

a.     Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? The first couple of nights. I don't know if it was a chain, but they were louder when there was not class.

18.     Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? The times they yell is about keeping up with your buddies and to work hard. Only during workouts and physical training. ████████████
████████████████████

19.     Can you tell us about "fish dress" within the dorm/hallway? It was good bull, but not required. Tall whites socks and tucked in shirts.

The notes included above accura████████████████ the investigators.

Participant Signature: _____████████████████_____

Investigator Signature: _____

**APP'X 1328**


**Investigation Statement Form**

Student Name: ███████████     UIN: ██████     Interview Date: ████████

| Investigator Notes | For Student Corrections |
|---|---|
| 20.    Can you tell us about not being allowed to go to church during the week? I don't know. ████████████████ ████████████ I feel that most of the upperclassmen are religious and those that aren't encourage it.<br><br>21.    Can you tell us about not being allowed to go to certain places on campus to eat? No. I think I have been everywhere. They encourage us not to go to Northgate to eat, because that's where a lot of drinking happens.<br><br>22.    Can you tell us about freshmen not being allowed to eat a full meal? No. ████████████████<br><br>a.    Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? We do have to make statements, but I have never seen anyone not finish their food. Unless they are not hungry or don't feel good. We do have to make statements, but there is time in between. We must ask permission to get another hot plate, water or go to the bathroom. Nobody has ever been denied permission when asking.<br><br>b.    Can you tell us about freshmen having to eat so much food that they throw up? No. Everyone gets a plate, most of us finish it. Some ask for more.<br><br>23.    Can you tell us about freshmen getting smoked by upperclassmen? Usually it is just a class set of pushups or squats. If you are in a line, you would step out and they would face you and they would do the counting and would be doing the pushups with you. | |

The notes included above accurately ████████████████ nvestigators.

Participant Signature: _____████████████████_____

Investigator Signature: _____ *[signature]* _____     **APP'X 1329**


| Investigator Notes | For Student Corrections |
|---|---|
| 24.    Can you tell us about freshmen having to post against the wall? When freshmen are receiving information. When we are in our dorms. We use it a lot during the first week.<br><br>a.    What does this position look like? We stand with our feet in the door frame. Modified attention. Standing straight up respectfully.<br><br>25.    Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Most of them are class related (25, 26, 27) instead we say (28-3, 28-2, 28-1). Corps lingo, seniors are Zips, Juniors are butts, sophomores are pissheads or heads, we sometimes call them grapes. I think this is somewhat of a corps wide thing.<br><br>26.    Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No.<br><br>27.    Is there anything we haven't asked you about that you would like to share? No. | |

The notes included above accurat███████vestigators.

**Participant Signature:** ___████████████_____

**Investigator Signature:** ___~~signature~~_____     **APP'X 1330**

DIVISION OF STUDENT AFFAIRS
DEPARTMENT OF STUDENT COMMUNITY STANDARDS



## Student Conduct Investigation
## Acknowledgement

| Name: ██████████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| UIN: ████████ | |
| Classification: ■Freshman  □Sophomore  □Junior  □Senior  □Grad/Professional | |
| Address: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| ████████ | |
| | |
| Email: ████████ | Telephone #: ████████ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

 If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1331**

DIVISION OF STUDENT AFFAIRS
DEPARTMENT OF STUDENT COMMUNITY STANDARDS



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

----------------------------------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ▮▮▮▮▮▮ _____

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

----------------------------------------------------------------------------------------------------

**that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

----------------------------------------------------------------------------------------------------

**Participant signature** ▮▮▮▮▮▮▮▮▮▮ _____ Date: ▮▮▮▮▮▮ _____

**APP'X 1332**


## Investigation Statement Form

**Student Name:** ▇▇▇▇▇▇   **UIN:** ▇▇▇▇▇▇   **Interview Date:** ▇▇▇▇▇▇

### Investigator Notes

### For Student Corrections

1.      How would you describe the culture in Sq-17?

Very tightknit community of brotherhood, especially the freshmen.  You can have

a sense of pride that your community is tight compared to other outfits.

2.      Can you tell us about upperclassmen telling the freshmen that the

Standard doesn't apply to Sq-17?

I've never had anyone tell me that the Standard doesn't apply.  There are things

that we don't follow, like some of our uniform stuff, we have in a different order.

Everything in the Standard is the way of Corps life and how everything works.

3.      Can you tell us about freshmen getting injured during PT?

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

a.      Can you tell us about freshmen having gashes/abrasions on their

forearms from seal crawls or any other exercises?

▇▇▇▇▇▇▇▇▇▇▇▇▇▇ We did side

planks on the concrete.  Some were on the brick and some were on the concrete.

A normal plank you're on both forearms; a side plank you're on one forearm.

b.      Can you tell us about cadets passing out or getting injured during PT and

being told not to say anything?

The notes included above accura▇▇▇▇▇▇ n provided to the investigators.

**Participant Signature:** ▇▇▇▇▇▇▇▇▇▇

**Investigator Signature:** _____

# Investigation Statement Form



**Student Name:** ███████  **UIN:** ███████  **Interview Date:** ███████

## Investigator Notes

## For Student Corrections

████████████████████

4.  Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled?

I don't feel like answering that question.

5.  Can you tell us about freshmen being told to keep shower and toilet doors open?

I don't feel comfortable answering that question.

6.

████████████████

7.

████████████████

8.  Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs?

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** _____██████████_____

**Investigator Signature:** _____

**APP'X 1334**


Student Name: ███████        UIN: ██████        Interview Date: ████████

### Investigator Notes                    For Student Corrections

We were told to get wire for the fish spurs. There weren't any special instructions for that.

a.      What type of wire were the freshmen told to obtain? At first we used steel wire; then we realized we were supposed to use copper wire. ██████

███████████████████████████████

███████████████████████████████

████████████████

b.      How far were the freshmen told to go for this wire?

Noone was told to go a certain distance. They went somewhere in College Station or Bryan to a Lowes to get the wire. I know they were willing to go further, ████████████████

c.      Who gave the freshmen these directions?

████████████████████████████████████

████████████████████████ There was no specific instruction to go get copper wire.

d.      What time of day/night did this occur?

The meeting about fish spurs was about a week before we started wearing them. I'm pretty sure it was in the morning after eating ████████████ ██████

e.      Which freshmen went to get the wire?

The notes included above ac███████████████████ provided to the investigators.

**Participant Signature** ████████████████ _____

**Investigator Signature:** _(signature)_

**App'x 1335**


Student Name: ███████  UIN: ███████  Interview Date: ███████

## Investigator Notes

There was a group that went to get the wire. ███████████████

████████████

f.      How was the wire paid for?

We split it up on Venmo.  We have a Venmo group; someone can add an expense

and it splits it up evenly amongst the freshman class.

9.      Can you tell us about corps games that you've experienced?

Mainly in the hallways.  Greeting upperclassmen and making statements.  We

have training up until 0730 in the morning.  During the academic day, all we do is

greet in the hallway.  We don't really get held up—maybe 30 seconds or so.

10.     Can you tell us about upperclassmen directing freshmen to purchase

items on a list within a short time span?

During FOW, we got a shopping list to get stuff for our room.  When we realized

we weren't getting back in time, we asked for more time.  It was mainly cleaning

supplies that we would need for our rooms.

a.      What items were the freshmen directed to purchase?

Mop, broom, notecards, fabuloso, ammonia, brasso, puma, duct tape, sharpies,

pens, notebooks. Mostly school supplies and cleaning supplies.  We all tried to

get the same items to be unified; we weren't instructed to get the same things.

b.      How long were the freshmen given to obtain these items?

We probably had about two hours total.  I don't remember exactly.

c.      Which upperclassmen directed the freshmen to do this?

## For Student Corrections

The notes included above accur████████████provided to the investigators.

Participant Signature: ███████████████_____

Investigator Signature: ███████████

**APP'X 1336**


Student Name: ███████     UIN: ███████     Interview Date: ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

I don't remember. I know we were given a list and told to go buy that stuff.

11.     Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class?

We didn't have that problem too bad; we ended up getting the same stuff at the shopping trip. If somebody got the wrong one, they were able to return it and get a new mop or broom.

12.     Can you tell us about sophomores or other upperclassmen holding freshmen from class?

To my knowledge, I don't know that has happened. If I knew, I'd tell you. It's never happened to me.

13.     Can you tell us about freshmen having to stand on line during the academic day?

No, sir. To my knowledge, I've never seen it happen, and it's never happened to me.

14.     Can you tell us about not being allowed to lay down or sleep during the academic day?

I don't feel comfortable answering that question.

a.     Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap?

The notes included above accu███████formation provided to the investigators.

Participant Signature: ███████

Investigator Signature: _____

**APP'X 1337**



Student Name: ████████  UIN: ████████  Interview Date: ████████

**Investigator Notes**                                    **For Student Corrections**

No, ma'am. That's never happened to me, and I've never been around when it happened or seen it happen.

b.      Can you tell us about freshmen being smoked because their buddy was "sacking out"?

I don't feel comfortable answering that question.

15.     Can you tell us about cadets being afraid to go back to the dorms after class?

No, sir. If that were to happen, I would assume they're enjoying their time away from the Corps.

16.     Can you tell us about upperclassmen denying freshmen to go to the library to study during EST?

I've never heard or seen that happen, and that's never happened to me.

a.      Can you tell us about upperclassmen disrupting EST?

EST has just been a study environment. I wouldn't say it's been disrupted by the upperclassmen.

17.     Can you tell us about your experience being kept up late at night?

If we stay up, that's on us. Lights out is at 10:30pm. If we stay up, it's because we chose to on our own, trying to get things done before going to bed.

a.      Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week?

The notes included above acc████████ation provided to the investigators.

Participant Signature ████████

Investigator Signature: ████████

**App'x 1338**




Student Name: ███████     UIN: ███████     Interview Date: ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| I don't feel comfortable answering that question.<br><br>18.     Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"?<br><br>I don't feel comfortable answering that question.<br><br>19.     Can you tell us about "fish dress" within the dorm/hallway?<br><br>I don't feel comfortable answering that question.<br><br>20.     Can you tell us about not being allowed to go to church during the week?<br><br>No, ma'am. In my experience, the upperclassmen have been very open about the importance of going to church during the week. We get sent notices about Bible studies and other ministry events throughout the week. ███████<br>███████<br><br>21.     Can you tell us about not being allowed to go to certain places on campus to eat?<br><br>No, sir. I've never heard about anything like that. We have the option to go wherever we want to on campus to eat.<br><br>22.     Can you tell us about freshmen not being allowed to eat a full meal?<br><br>No, ma'am. In my experience, everyone has the option to eat all their food. There might be times when we're at the back of the line, but we've never been instructed to not eat all our food.<br><br>a.     Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? | |

The notes included above acc███████ provided to the investigators.

Participant Signature: ███████

Investigator Signature: *[signature]*

**App'x 1339**


Student Name: █████████ UIN: █████████ Interview Date: █████████

## Investigator Notes | For Student Corrections

There are times when we make statements during meals, but I wouldn't say it inhibits our opportunity to eat an entire meal.

b.      Can you tell us about freshmen having to eat so much food that they throw up?

I can't tell you one time when I was around when that happened.

23.      Can you tell us about freshmen getting smoked by upperclassmen?

The workouts we do are not easy. You're pushed to your physical boundary compared to how we lived our lives before. When you join the Corps, you're going to be pushed physically.

24.      Can you tell us about freshmen having to post against the wall?

We post against the wall anytime we fall out. We fall out for morning formation and evening formation.

a.      What does this position look like?

The position of attention against the wall, with your head back against the wall. We're all together, five people to a section of the wall. We're all together, not spread out.

25.      Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead?

Piss / head, butt, zip – there aren't words to replace it, except sophomore, junior, senior. Ross Volunteers – we weren't told to replace it, we just know we're not allowed to say it.

The notes included above accurat█████████████████████ovided to the investigators.

Participant Signature: ___███████████████_____

Investigator Signature: _____

**App'x 1340**



Student Name: ▮▮▮▮▮  UIN: ▮▮▮▮▮  Interview Date ▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 26.     Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)?<br><br>No, ma'am.<br><br>27.     Is there anything we haven't asked you about that you would like to share?<br><br>No, sir. | |

The notes included above acc ▮▮▮▮▮ vided to the investigators.

**Participant Signature** ▮▮▮▮▮

**Investigator Signature:** _~signature~_

**APP'X 1341**

Student Conduct Office

# Investigation Statement Form



Student Name: ███  UIN: ███  Interview Date: ███

**Investigator Notes**                         **For Student Corrections**

1. How would you describe the culture in Sq-17? I would say it's a very tight nit community of brotherhood. Especially for the freshman, you can look around the quad and see the community you have in comparison to the other outfits.

2. Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? I have never had anyone tell me that the Standard doesn't apply. There are things in the Standard that kind of doesn't apply, it's slightly altered like with the uniform.

3. Can you tell us about freshmen getting injured during PT? ███

███████████████████████

a. Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? The scabs on the elbows was from FOW, one of the first exercises we did. We did side planks. A normal plank is on both forearms. A side plank is on one forearm on the side. ███

███████████

b. Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? ███

███████████████████████

The notes included above accura███████████vided to the investigators.

Participant Signature: _____

Investigator Signature: *Katia L. Crawford*

**APP'X 1342**

# Investigation Statement Form



**Student Name:** ███████████  **UIN:** ███████████  **Interview Date** ███████████

## Investigator Notes

## For Student Corrections

4. Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? I don't feel comfortable answering that question.

5. Can you tell us about freshmen being told to keep shower and toilet doors open? I don't feel comfortable answering that question.

6. ███████████████████████

███

7. ███

████████████████████████

8. Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? We were just told to get wire for the fish spurs. There wasn't any kind of instructions for that.

a. What type of wire were the freshmen told to obtain? At first we used steel wire and them we realized we were supposed to use copper wire. ████

████████████████████████

The notes included above accurately ██████████ provided to the investigators.

**Participant Signature:** ___████████_____

**Investigator Signature:** *Katie L. Crawford*

**APP'X 1343**


Student Name: ███████  UIN: ███████  Interview Date: ███████

**Investigator Notes**                    **For Student Corrections**

███████

b.      How far were the freshmen told to go for this wire? Noone was told to go a certain distance. I just know they went somewhere in College Station or Bryan like Lowe's or Home Depot. They were willing to go further, but I know they were in town when they got the wire.

c.      Who gave the freshmen these directions? ███████ ███████ There was no direct instruction to go back and get the copper wire.

d.      What time of day/night did this occur? The meeting about fish spurs was about a week before we started wearing them. ███████

e.      Which freshmen went to get the wire? ███████

f.      How was the wire paid for? The freshmen split up the cost via Venmo.

9.      Can you tell us about corps games that you've experienced? For Corps games mainly in the hallway, are like greetings and making statements and doing fish speak. During the academic day there's not too much that goes on.

The notes included above accurate███████mation provided to the investigators.

Participant Signature: ___████████_____

Investigator Signature: *Katie L. Crawford*

**APP'X 1344**

# Investigation Statement Form



**Student Name:** ███████     **UIN:** ███████     **Interview Date:** ███████

## Investigator Notes | For Student Corrections

10.    Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? During FOW we did get a shopping list of stuff we needed to get for our rooms. It was a short list of items. When we realized we weren't going to have enough time, we asked, and received more time.

a.    What items were the freshmen directed to purchase? A mop, broom, note cards, fabuloso, imonia, braso, puma, duck tape, sharpies, pens, notebooks. That's all I can remember. School supplies and cleaning supplies. We all tried to get the same items to the best of our ability. We weren't instructed to get the same things.

b.    How long were the freshmen given to obtain these items? We probably had two hours total, maybe. I don't remember, it's kind of a blur.

c.    Which upperclassmen directed the freshmen to do this? I genuinely do not remember. I just remember being given a list and told to go buy that stuff.

11.    Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? We didn't have that problem too bad. We ended up getting the same stuff during the first shopping trip. If we did have that problem, people were able to return that item and get a new mop, etc.

The notes included above accura███████ed to the investigators.

**Participant Signature:** ___███████_____

**Investigator Signature:** *Katia L. Crawford*

**APP'X 1345**



# Investigation Statement Form

**Student Name:** ███████ **UIN:** ███████ **Interview Date:** ███████

## Investigator Notes

## For Student Corrections

12. Can you tell us about sophomores or other upperclassmen holding freshmen from class? To my knowledge, I don't know that that's happened. It's never happened to me.

13. Can you tell us about freshmen having to stand on line during the academic day? No, sir. To my knowledge that has never happened. I've never seen that happen and it's never happened to me.

14. Can you tell us about not being allowed to lay down or sleep during the academic day? I don't feel comfortable answering that.

a. Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? No ma'am. I know that has never happened to me and I have never seen that happen.

b. Can you tell us about freshmen being smoked because their buddy was "sacking out"? I don't feel comfortable answering that question.

15. Can you tell us about cadets being afraid to go back to the dorms after class? No, sir. If that were to happen, I would just assume they were enjoying their time away from the Corps stuff.

16. Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? To my knowledge, I have never heard or seen that happen and it's never happen to me.

The notes included above accu████████████████ded to the investigators.

**Participant Signature:** ████████████

**Investigator Signature:** *Katia L. Crawford*

**APP'X 1346**



# Investigation Statement Form

**Student Name:** ███████     **UIN:** ███████     **Interview Date:** ███████

## Investigator Notes | For Student Corrections

a.      Can you tell us about upperclassmen disrupting EST? EST has just been a study environment. I wouldn't say it's been a disruptive environment with the upperclassmen.

17.      Can you tell us about your experience being kept up late at night? If we stay up, that's on us. Lights are out at 10:30pm. If we stay up, it's on our own will trying to get things done before we go to bed.

a.      Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? I don't feel comfortable answering that question.

18.      Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? I don't feel comfortable answering that question.

19.      Can you tell us about "fish dress" within the dorm/hallway? I don't feel comfortable answering that question.

20.      Can you tell us about not being allowed to go to church during the week? No, ma'am. I know in my experience I've been told how important going to different religious events is. We are sent opportunities for Bible study and worship during the week. In my experience, we have not been told we can't go. ███████

███████████████████

21.      Can you tell us about not being allowed to go to certain places on campus to eat? No, sir. I have heard about anything like that happening. We have the option of going where we want to eat during the week.

The notes included above accurat███████mation provided to the investigators.

**Participant Signature:** ████████████████

**Investigator Signature:** *Katia L. Crawford*

**APP'X 1347**


# Investigation Statement Form

**Student Name:** ▮▮▮▮▮▮▮▮  **UIN:** ▮▮▮▮▮▮▮  **Interview Date:** ▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 22. Can you tell us about freshmen not being allowed to eat a full meal? No, ma'am. In my experience, everyone has the opportunity to eat all of their food. In some cases, if we get to Duncan late or at the back of the line, that may happen. But we are never instructed not to eat all of our food. <br><br> a. Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? There's times when we make statements during meals, but it doesn't interfere with eating your entire meal. <br><br> b. Can you tell us about freshmen having to eat so much food that they throw up? No, ma'am. I can't tell you one time, at least that I was there for or know of that happening. <br><br> 23. Can you tell us about freshmen getting smoked by upperclassmen? The workouts we do. They are not easy. That is a given in the Corps. You know you are going to be pushed physically further than you been. <br><br> 24. Can you tell us about freshmen having to post against the wall? We post against the wall before we file up for morning formation and in the evening before evening formation. <br><br> a. What does this position look like? The position of attention against the wall and your head is back against the wall. We are all together as a class. There is 5 people to a wall. We are not spread out. <br><br> 25. Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? The ones that come to | |

The notes included above accur▮▮▮▮▮▮▮▮▮▮▮▮ded to the investigators.

**Participant Signature:** _▮▮▮▮▮▮▮▮▮▮▮_____

**Investigator Signature:** *Katia L. Crawford*

**APP'X 1348**


Student Name: ███████     UIN ███████     Interview Date: ███████

## Investigator Notes

## For Student Corrections

mind, is piss, head, butts, zips, we just say sophomore, junior, senior. Anything

that has to do with Ross Volunteer or RV. There isn't a word to replace it with.

We just were told not to use them.

26.  Do you have any documentation that you can submit for the

investigation (screenshots, pictures, videos, etc.)?  No, ma'am.

27.  Is there anything we haven't asked you about that you would like to

share?  No, sir.

The notes included above accurately ████████████ vided to the investigators.

Participant Signature: _____

Investigator Signature: *Katea L. Crawford*

**APP'X 1349**



## Student Conduct Investigation
## Acknowledgement

| Name: ▇▇▇▇▇ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| **UIN:** ▇▇▇▇ | |
| **Classification:** ■Freshman   ☐Sophomore   ☐Junior   ☐Senior   ☐Grad/Professional | |
| **Address**: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| | |
| **Email:** ▇▇▇▇▇ | **Telephone #:** ▇▇▇▇ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1350**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

------------------------------------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than _____.

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

------------------------------------------------------------------------------------------------------

**Initial that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

------------------------------------------------------------------------------------------------------

**Participant signature** _____ **Date:** _____


## Investigation Statement Form

Student Name: ██████████     UIN: ██████████     Interview Date: ██████████

| Investigator Notes | For Student Corrections |
|---|---|
| 1. How would you describe the culture in Sq-17? I enjoy it, its very challenging and they require a lot of us, but its beneficial cause it's a lot of things we would have to deal with as a father or employee. I think it hits you like a truck sometimes from like that summer after high school when you don't do anything. I think the culture is good cause we are all experiencing it together, we kind of get to connect on all sort of stuff and share because we all suffer through training at like 5 in the morning and it just brings us close. <br><br> 2. Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? I don't wanna comment <br><br> 3. Can you tell us about freshmen getting injured during PT? ██████ <br> ████████████████████████ <br><br> a. Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? I don't know about that. <br><br> b. Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? I don't know about not saying anything ███ ████████████████████████ | |

The notes included above accurate███████████████████ed to the investigators.

Participant Signature: ___███████████_____

Investigator Signature: *Catherine Ketz* _____

**APP'X 1352**

**Investigation Statement Form**



Student Name: ■■■■■  UIN: ■■■■■  Interview Date: ■■■■■

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 4. Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? No comment.<br><br>5. Can you tell us about freshmen being told to keep shower and toilet doors open? No comment.<br><br>6. ■■■■■<br><br>7. ■■■■■<br><br>8. Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? Just go to the store.<br><br>a. What type of wire were the freshmen told to obtain? Copper wire<br><br>b. How far were the freshmen told to go for this wire? ■■■■■ they just went to the closest place.<br><br>c. Who gave the freshmen these directions? I can't remember<br><br>d. What time of day/night did this occur? It was over the weekend on Saturday, about midday, after the football game.<br><br>e. Which freshmen went to get the wire? I can't remember<br><br>f. How was the wire paid for? We all chipped in. | |

The notes included above ac■■■■■on provided to the investigators.

Participant Signature ■■■■■

Investigator Signature: _(signature)_

**APP'X 1353**


**Investigation Statement Form**

Student Name: ▮▮▮▮▮▮   UIN: ▮▮▮▮▮▮   Interview Date: ▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|
| 9. Can you tell us about corps games that you've experienced? For SQ 17, the dynamic for ▮▮▮▮▮▮▮▮ are like discipline but also a mentor to tell you things that you are doing wrong very straightforward and how to fix it. Not like a counsellor or someone you talk to about problems, they're above you so its like. Different. 10. Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? Like the shopping trip? We had to get cleaning supplies if we didn't have them already we had to pick them up during FOW, like the first day of the year or something. a. What items were the freshmen directed to purchase? I can't remember exactly, like a broom, mop, ammonia, towels, dust spray if we needed them. We had to get a notebook to help us stay awake during Corp lectures. b. How long were the freshmen given to obtain these items? I think we had like an hour and half or two hours. We were moving quick, as a fish you don't get a lot of time to do stuff. c. Which upperclassmen directed the freshmen to do this? I couldn't tell you. 11. Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? I don't remember that happening. | |

The notes included above accu▮▮▮▮▮▮ n provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮▮▮ _____

Investigator Signature: ▮▮▮▮▮▮▮▮▮▮ _____

**App'x 1354**


Student Name: ███████     UIN: ███████     Interview Date: ███████

**Investigator Notes**                                    **For Student Corrections**

12.     Can you tell us about sophomores or other upperclassmen holding freshmen from class? No, I don't know that.

13.     Can you tell us about freshmen having to stand on line during the academic day? No, I don't know

14.     Can you tell us about not being allowed to lay down or sleep during the academic day? They don't lay on top of your rack, you have to break it and get under the sheets so when you get up you have to make your bed again. You can't lie down in uniform, just out of respect for the uniform. You gotta change out of nonregulation ware if you're gonna chill

a.     Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? I don't know about that happening

b.     Can you tell us about freshmen being smoked because their buddy was "sacking out"? I don't know we get smoked but its just as bad as any workout. I don't remember getting smoked because of someone sacking out.

15.     Can you tell us about cadets being afraid to go back to the dorms after class? Well you have to like greet upperclassmen in the hallways and you may just want to hang out in the commons so you don't have to greet them, but once you get a week in you get used to it. ███████████████

████████████████████████

The notes included above accura███████████████ to the investigators.

Participant Signature: _____████████████_____

Investigator Signature: _____✓_____

**APP'X 1355**



## Investigation Statement Form

Student Name: ■■■■  UIN: ■■■■  Interview Date ■■■■

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 16.  Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? No, I've been allowed to go when I need to.<br><br>a.  Can you tell us about upperclassmen disrupting EST? No, they'll ask if anybody isn't studying and you can get dinner with them but if you're studying they'll leave you be. Its good bull.<br><br>17.  Can you tell us about your experience being kept up late at night? Just by myself, studying late and talking to my old lady and my buddies but that's it.<br><br>a.  Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? Yeah, that was like, it was very surprising the first time they did it. It was like an hour, we were allowed to go to sleep at 10:30 and it ended around midnight. It was wild and like the second day you're so tired you just sleep through. It was like 2-3 days that week, the first few that this happened. I won't forget it though, very cool.<br><br>18.  Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? Sometimes ■■■■ will get upset if we keep messing up, its general to the group. A few will cuss but most will replace with frickin or heck and not cuss.<br><br>19.  Can you tell us about "fish dress" within the dorm/hallway? Something like the buddy class, the idea of being a fish within your outfit is to be unified, by the recommendation of the upper classmen, we decided to look a little weird. | |

The notes included above accu■■■■ ■■■■provided to the investigators.

Participant Signature: ■■■■ _____

Investigator Signature: _____ _____

**App'x 1356**


## Investigation Statement Form

**Student Name:** ▇▇▇▇▇     **UIN:** ▇▇▇▇▇     **Interview Date:** ▇▇▇▇▇

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| Your socks are pulled up, shoelaces are tucked into your shoes and shirt tucked into your shorts. If you have belt loops you wear a belt and one of the upper classmen recommended it but said they can't make us do it because it isn't in the standard, but we should to help bring us together.<br><br>20.  Can you tell us about not being allowed to go to church during the week? No, they'll let you. ▇▇▇▇▇▇▇▇▇▇<br><br>▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇<br><br>21.  Can you tell us about not being allowed to go to certain places on campus to eat? We aren't allowed to go to the bars, but nothing for on campus.<br><br>22.  Can you tell us about freshmen not being allowed to eat a full meal? No, I feel like I eat good.<br><br>a.  Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? I wouldn't say it limits time or ability, but there are a couple ones where you can't get another plate without asking questions, but its nothing more than like 10 seconds, and it doesn't make it so you can't eat. You have to ask permission to be seated, get chow and get another plate.<br><br>b.  Can you tell us about freshmen having to eat so much food that they throw up? No it doesn't happen | |

The notes included above a▇▇▇▇▇▇▇▇▇▇▇▇ ovided to the investigators.

**Participant Signature** ▇▇▇▇▇▇▇▇▇▇_____

**Investigator Signature:** _____

**APP'X 1357**


## Investigation Statement Form

**Student Name:** ███████     **UIN:** ███████     **Interview Date:** ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

23.    Can you tell us about freshmen getting smoked by upperclassmen? It's a disciplinary action and during our afternoon training, twice a week, we will have extra fitness and go to the fields. It can be like 15-20 minutes of like personal PT. the upperclassmen do it with us. ███████████████████████████████████████████████ ████████ You aren't supposed to laugh in front of upperclassmen so if you do a bad job at that they may smoke you. Its never for no reason, you did something wrong.

24.    Can you tell us about freshmen having to post against the wall? Yeah, so that's like in the morning we have to greet upperclassmen, so we post on the wall, and its called an echo great and whoever sees them with greet them properly and then the rest will echo afterward. That's the only time we really post against the wall.

a.    What does this position look like? Just like at attention on the wall. Grapes against the wall, which is like your head.

25.    Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? The main one is the upper classmen, sophomores are pissheads, juniors are butts, Seniors are Zip, so grape is head, you say however instead of but, and you don't say zipper. Tree is vertical shrub. Ball is sphere. We can't think/want/need/feel or like, its cogitate,

The notes included above accu███████████████████ovided to the investigators.

**Participant Signature:** ███████████████_____

**Investigator Signature:** _____~~~~~~~~_____

**APP'X 1358**



## Investigation Statement Form

Student Name: ██████████     UIN: ██████████     Interview Date: ██████████

| Investigator Notes | For Student Corrections |
|---|---|
| physically cogitate, care for, require and care for respectively. Your room is your hole and your roommate is your old lady. Class is buddies, bed is rack.<br><br>26.    Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No.<br><br>27.    Is there anything we haven't asked you about that you would like to share?   Not that I can think of. | |

The notes included above acc██████████████████ to the investigators.

**Participant Signature:** ██████████████████

**Investigator Signature:** _____

**Investigation Statement Form**



Student Name: ████████    UIN: ████████    Interview Date: ████████

**Investigator Notes**                                    **For Student Corrections**

1.      How would you describe the culture in Sq-17?

Enjoy it, I think it is very challenging, there is a lot that is required of us, it is very beneficial. You will have to deal with it as a father, personal life. It hits you like a truck at times because it hits you after HS when you aren't really having to do anything. Culture is good, because of the class, we help each other through it and we have connected on a personal level because we suffered through it and see each other often starting at 5 am in the morning.

2.      Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17?

I don't want to comment.

3.      Can you tell us about freshmen getting injured during PT?

████████████████████████████████

a.      Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises?

I don't know about that.

b.      Can you tell us about cadets passing out or getting injured during PT and being told not to say anything?

The notes included above a███████████████vided to the investigators.

Participant Signatu███████████



Investigator Signature: _____

**App'x 1360**

Division of Student Affairs
Student Conduct Office



**Investigation Statement Form**

Student Name ███████  UIN: ███████  Interview Date ███████

**Investigator Notes**                                           **For Student Corrections**

I don't know about not saying anything ███████

███████

4.      Can you tell us about freshmen being told to whip out to

        upperclassmen in dark dorm rooms and then being shoved over and

        wrestled?

No Comment

5.      Can you tell us about freshmen being told to keep shower and toilet

        doors open?

No Comment.

6.

███████

7.

███████

8.      Can you tell us what the Sq-17 freshmen were told to do regarding

        obtaining the wire to make fish spurs?

Go to the store.

a.      What type of wire were the freshmen told to obtain?

The notes included above a███████ion provided to the investigators.

Participant Signatu███████

Investigator Signature: _____

**APP'X 1361**



Student Name: ███████     UIN: ███████     Interview Date ███████

**Investigator Notes**                                    **For Student Corrections**

Copper wire.

b.      How far were the freshmen told to go for this wire?

███████ I think they went to the closest place.

c.      Who gave the freshmen these directions?

Can't remember.

d.      What time of day/night did this occur?

Over the weekend, I think Saturday or Sunday sometime – I think on

Saturday mid-day after the football game.

e.      Which freshmen went to get the wire?

I can't remember.

f.      How was the wire paid for?

We all chipped in.

9.      Can you tell us about corps games that you've experienced?

I can't speak about other outfits. – ███████ are supposed to be

disciplinary source and are a mentor and tell you things you are doing wrong

straightforward and ways you can fix it.  It is not like a counselor to talk to

with problems – they are upper classmen.

10.     Can you tell us about upperclassmen directing freshmen to purchase

        items on a list within a short time span?

Like the shopping trip – had to get cleaning supplies if we didn't bring them

the first days of the year during FOW.

The notes included above accur███████n provided to the investigators.

Participant Signature: ___███████_____

Investigator Signature: ___(signature)_____

**App'x 1362**


## Investigation Statement Form

Student Name: ███████ UIN: ███████ Interview Date ███████



| Investigator Notes | For Student Corrections |
|---|---|
| **a.** What items were the freshmen directed to purchase?<br><br>I can't remember exactly, Broom, Mop, ammonia, dust spray, if you didn't have certain items, we had to get a notebook for corps lectures<br><br>**b.** How long were the freshmen given to obtain these items?<br><br>I can't remember, I think we were given ███ hour or one and ½ hours. We were moving quick and Fish weren't give a lot of time to do stuff.<br><br>**c.** Which upperclassmen directed the freshmen to do this?<br><br>I couldn't tell you.<br><br>**11.** Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class?<br><br>I don't remember that happening.<br><br>**12.** Can you tell us about sophomores or other upperclassmen holding freshmen from class?<br><br>I don't know of that.<br><br>**13.** Can you tell us about freshmen having to stand on line during the academic day?<br><br>I don't know that.<br><br>**14.** Can you tell us about not being allowed to lay down or sleep during the academic day? | ███████ |

The notes included above acc████████████████████vided to the investigators.

Participant Signature ████████████████

Investigator Signature: _____

**APP'X 1363**


Student Name [REDACTED]          UIN: [REDACTED]          Interview Date [REDACTED]

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| You can't lay on top of your rack so when you get up you have to remake the bed. Can't lay down in uniform. – Respect for the Uniform. Don't sit in them. When chilling, have to change to non- regulation ware. | |

a.      Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap?

I do not know that happening.

b.      Can you tell us about freshmen being smoked because their buddy was "sacking out"?

I don't know what we get smoked for, we just get smoked. I don't remember a time getting smoked for someone sacking out.

15.      Can you tell us about cadets being afraid to go back to the dorms after class?

You have to greet the upper classman in the hallways, the first couple of days of the school year may want to hang out at the commons the first couple of days but going back regularly now.

16.      Can you tell us about upperclassmen denying freshmen to go to the library to study during EST?

No, I have been allowed to go when I can.

a.      Can you tell us about upperclassmen disrupting EST?

They will occasionally ask if someone is not studying and you can go get dinner with them, if you are studying, you will be left alone.

The notes included above acc[REDACTED]rovided to the investigators.

Participant Signature: [REDACTED]

Investigator Signature:

**App'x 1364**


Student Name: ███████    UIN: ███████    Interview Date: ███████

**Investigator Notes**                    **For Student Corrections**

17.     Can you tell us about your experience being kept up late at night?

My myself, talking with old lady and buddies.

a.      Can you tell us about upperclassmen hitting a chain or other object

        against the doors and shaking door handles late at night

        (approximately 11pm-1am) during fish week?

Yes, it was very surprising the first time they did it, it may have lasted an hour

and probably over by midnight.  Cool experience and after a while you would

sleep through it.  Something I will remember for a while.   Was the first few

days of that week.

18.     Can you tell us about cadets being yelled at, cussed at, and/or called

        "fucking retards"?

I never heard what you said.  Sometimes ███████ will yell if we keep

messing up.  It is general to the group – A few of them cuss but not all of

them some will say "Fricken or What the Heck".

19.     Can you tell us about "fish dress" within the dorm/hallway?

Something like the buddy class – Be unified as an outfish and with

recommendation f upperclassman to help self- make dress like shaped head.

If outer experience isn't good  - Fish Dress, Shirt tucked in, white socks pulled

and shoe laces ticked in to shoe.  Upperclassman said it is not in the standard

but something we should do to unify us.

The notes included above acc███████the investigators.

Participant Signature: ███████

Investigator Signature: _____

**App'x 1365**


**Investigation Statement Form**

Student Name: ▇▇▇▇  UIN: ▇▇▇▇  Interview Date: ▇▇▇▇

**Investigator Notes**                                    **For Student Corrections**

20.     Can you tell us about not being allowed to go to church during the

week?

They let you. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇

21.     Can you tell us about not being allowed to go to certain places on

campus to eat?

Not allowed to go to the bars – On campus – No.

22.     Can you tell us about freshmen not being allowed to eat a full meal?

No. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

a.     Can you tell us about freshmen having to make statements during

meals that limit your time and ability to eat your food?

Wouldn't say limits time and ability.  Have to ask permission to get a hot

plant or seconds and it only takes 5-10 seconds.   Have to ask permission to

be seated and begin chow.

b.     Can you tell us about freshmen having to eat so much food that they

throw up?

No – it doesn't happen.

23.     Can you tell us about freshmen getting smoked by upperclassmen?

Smoke is a disciplinary action – happens during afternoon training twice a

week and go to the gym or field – 15-20 minutes. Upperclassman and the

The notes included above acc▇▇▇▇▇▇▇▇▇vided to the investigators.

Participant Signature: ▇▇▇▇▇▇▇▇▇▇

Investigator Signature: ▇▇▇▇▇▇

**App'x 1366**


## Investigation Statement Form

Student Name: [REDACTED]   UIN [REDACTED]   Interview Date: [REDACTED]

| Investigator Notes | For Student Corrections |
|---|---|
| two do it together. It is the result of something disciplinary, and like going to a wrong room and then had to do PT with that upper classman. It is never for no reason – did something wrong.<br><br>24.    Can you tell us about freshmen having to post against the wall?<br><br>In the mornings have to greet upper classman and the two people at the end will greet them properly and then everyone greets them- echo – only time they post on the wall.<br><br>a.    What does this position look like?<br><br>At attention on the wall. Head, against the wall – Grapes against the wall.<br><br>25.    Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead?<br><br>Probably a whole a dictionary – Sophomere are Piss Heads – say grape instead.<br><br>Juniors – Butts, Seniors are Zipps. Cant say words like zipper- Tree is vertical, schrubs, Can't think, want, need fee or like, instead use cogitate, physically cogitate, care for, require, and care for. Room is your hole, roommate is old lady, class is buddies, bed is rack.<br><br>26.    Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)?<br><br>No | |

The notes included above a[REDACTED]on provided to the investigators.

Participant Signatur[REDACTED]

Investigator Signature: _____

**APP'X 1367**

Division of Student Affairs
Student Conduct Office



### Investigation Statement Form

Student Name: ███████  UIN: ███████  Interview Date: ███████

### Investigator Notes                                     ### For Student Corrections

| | |
|---|---|
| 27.  Is there anything we haven't asked you about that you would like to share?  Not that I can think of. | |

The notes included above acc███████ ███ provided to the investigators.

**Participant Signature:** ███████

**Investigator Signature:** _____

**APP'X 1368**



## Student Conduct Investigation
## Acknowledgement

| Name: ███████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| UIN: ████████ | |
| Classification: ■Freshman    □Sophomore    □Junior    □Senior    □Grad/Professional | |
| Address: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| ███████ | |
| | |
| Email: ███████████ | Telephone #: ████████ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1369**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

---------------------------------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

acknowledge my responsibility to be truthful.

understand that I have the option not to answer questions or make any statement at all.

understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than _____

understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

acknowledge that I have the option to make a report with the appropriate law enforcement agency.

understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

---------------------------------------------------------------------------------------------------

**that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

--------------------                               -------------------                          ----------------

**Participant signature:** _____ Date _____

**APP'X 1370**



## Investigation Statement Form

Student Name: ███████          UIN: ███████          Interview Date ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 1. How would you describe the culture in Sq-17? In general, SQ-17 is very involved off the quad through FLOs. Lot's of involvement off the Quad and strong buddy class.<br><br>2. Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? I don't think that I've personally had any experience with that.<br><br>3. Can you tell us about freshmen getting injured during PT? ███████<br><br>██████████████████████████████████<br><br>a. Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? Mainly during FOW. That was a high stress week and I don't remember everything. But I think we were doing planks and was getting scraped. ███████<br><br>███████<br><br>b. Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? Honestly, I don't recall. But if that did happen we weren't told not to tell anybody. | |

The notes included above ac███████vestigators.

**Participant Signature** ███████

**Investigator Signature:** Shante Hearst    *Shante Hearst*

**App'x 1371**

**Investigation Statement Form**



Student Name: ███████     UIN: ███████     Interview Date: ███████

**Investigator Notes**                                          **For Student Corrections**

4.      Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? I'll go ahead and skip over that question. I don't want to provide false information because that question sounds weird. We've whipped out in hallway ███████ but that question makes it seem way off base. We did whip out into the hallways, but the question made it sound like we were getting into it with each othe███████ ███████ and I definitely didn't get into it with them.

5.      Can you tell us about freshmen being told to keep shower and toilet doors open? Definitely not a requirement. I've seen some guys do, but we haven't been told to do that. I've seen some guys leave their towels on it, but we've not been told that's a requirement at all.

6.      ███████

7.      ███████

███████

8.      Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? I don't think that we were told exactly

The notes included above ac███████tigators.

Participant Signatur███████

**App'x 1372**

Investigator Signature: Shante Hearst


## Investigation Statement Form

Student Name ████████        UIN ████████        Interview Date: ████████

| Investigator Notes | For Student Corrections |
|---|---|

how to obtain it. ██████████████████████████

████████████ That this is the expectation of what it's supposed to look

like.

a.      What type of wire were the freshmen told to obtain? Same thing. We

weren't told ████████████████████████████

It was a thicker wire.

b.      How far were the freshmen told to go for this wire? ████████

████████████████████████████

c.      Who gave the freshmen these directions? ██████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

d.      What time of day/night did this occur? It like around the last 10 minutes

of study time. ████████████████████████████

████ Study time is from 7:30-1:30 PM. Actually, I think it was after morning

PT. ████████████   ████████████████████████

██████████████████████████████████████ That's

what it was.

e.      Which freshmen went to get the wire? ████████████

The notes included above accu ████████████████████ igators.

**Participant Signature:** ████████████████████

**Investigator Signature:** Shante Hearst

**APP'X 1373**


Student Name: ███████        UIN: ███████        Interview Date ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

f.      How was the wire paid for? We all did a group Venmo to whoever went and did it. We went to the buddy's house and they went out to get all the supplies we needed.

9.      Can you tell us about corps games that you've experienced? Corps games usually refers to military courtesy. It's learning the social contract. Things like "yes sir", "yes ma'am". It's a long list. It's like your whole life on the Quad. ████

████████████████████████████

10.      Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? We were during FOW given a list of things to buy and brings. Oh, I do remember that we were given a shopping list of things to buy like mops and stuff. But I don't remember that if it was a short notice. It was during FOW.

a.      What items were the freshmen directed to purchase? Cleaning supplies primarily. And things to shine our brass.

b.      How long were the freshmen given to obtain these items? I don't recall.

c.      Which upperclassmen directed the freshmen to do this? I don't remember. It was one of our upperclassman. Things were a little all over the place so it couldn't been any of them.

11.      Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy

The notes included above accu███████████████████igators.

Participant Signature: _____

Investigator Signature: Shante Hearst _____

**APP'X 1374**


Student Name: ███████  UIN: ██████  Interview Date: ██████

**Investigator Notes**                                    **For Student Corrections**

class? I don't recall. I think we all bought the same thing because we were all at the same store. ████████████████████████

████████

a. Did anyone else have to buy something different? Not that I was made aware of.

12.     Can you tell us about ███████ or other upperclassmen holding freshmen from class?  I've personally never had that happen. We all have our class schedules posted on our doors. As far as I'm aware, they're all aware when we have class.

a. Have you heard that happening to anyone else? Not that I'm aware of.

13.     Can you tell us about freshmen having to stand on line during the academic day? Like out in the hallway. No, that doesn't happen. I can only speak to my experience, and in my experience that hasn't happened.

14.     Can you tell us about not being allowed to lay down or sleep during the academic day? I've never run into that problem. I'm not a big nap guy so I haven't run into that.

a.      Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? No. I can't speak to that. We have our schedules on doors. So  maybe if they think a freshman is in there when they should be in class. But I've never run into that.


**Investigation Statement Form**

Student Name: ██████████     UIN: ███████     Interview Date: ███████



| **Investigator Notes** | **For Student Corrections** |
|---|---|
| b.  Can you tell us about freshmen being smoked because their buddy was "sacking out"? There's group accountability when building a buddy class. The same like when building a football team. There's group accountability workouts. I don't think there's anything unexpected or out of line.<br><br>15.  Can you tell us about cadets being afraid to go back to the dorms after class? Never experienced that myself. I think that were a couple of guys uncomfortable greeting on the quad, but once you learned everybody's name and greet everybody right it wasn't an issue.<br><br>16.  Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? No, I can't speak to that. ████████<br><br>██████████████████████████████<br><br>a.  Can you tell us about upperclassmen disrupting EST? No. Our hallway is pretty silent during that time. We have ████ that sits in the hallway, and to my knowledge it's pretty quiet.<br><br>17.  Can you tell us about your experience being kept up late at night? Past to the EST, I haven't been kept up. Past my own need to get an assignment done because it's taking me longer, I haven't had to stay up.<br><br>a.  Can you tell us about upperclassmen hitting a chain or other objects against the doors and shaking door handles late at night (approximately 11pm- |  |

The notes included above accu███████████████████vestigators.

Participant Signature: ████████████████████

**APP'X 1376**

Investigator Signature: Shante Hearst


Student Name: ▮▮▮▮    UIN: ▮▮▮▮    Interview Date ▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 1am) during fish week? No, I can't speak to any of that. I was so dead when my head hit that pillow. There was nothing waking me up.<br><br>18.    Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? I've definitely been yelled at. That's part of the training. But I've personally never been yelled at in that way.<br><br>a. Have you observed others being yelled at in that way? I can't really speak to others' experiences being yelled at in that way. I mean I definitely hear people being yelled at in the morning in regards to PT, but not in that way.<br><br>19.    Can you tell us about "fish dress" within the dorm/hallway? ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Something cool that we choose to do, but we're not required at all.<br><br>20.    Can you tell us about not being allowed to go to church during the week? I've never experienced that ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮<br><br>21.    Can you tell us about not being allowed to go to certain places on campus to eat? No. Never had that.<br><br>22.    Can you tell us about freshmen not being allowed to eat a full meal? No, I can't say anything to that.<br><br>a.    Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? Nothing that's limited. Mostly | ▮▮▮▮▮▮▮▮▮▮ |

The notes included above ac ▮▮▮▮

Participant Signatur ▮▮▮▮

Investigator Signature: Shante Hearst

**App'x 1377**


Student Name: ███████████  UIN: ████████  Interview Date: ████████████

## Investigator Notes

## For Student Corrections

just at the beginning asking permission to eat at the table. I usually get through two plates. We're more than encouraged to eat as much as we'd like to. ████

████████████████████████████████████████████████

████ We ask for permission to get more and they usually always say yes unless we're like 30 seconds away from having to leave and they know we're not going to have enough time. They typically give us like a two minute warning. Or for the mornings, they send (dismiss) the 8 AM's a little early and that's how we'll know that we have about 5 more minutes before we have to head out.

b.      Can you tell us about freshmen having to eat so much food that they throw up? I can't speak to any of that.

23.      Can you tell us about freshmen getting smoked by upperclassmen? It's always during training time. That's when PT happens. There's very rarely immediate corrections made and it's always behavioral like "hey, quit doing that." It's usually something physical like burpee's, bear crawls, stuff like that. There's usually an upperclassman there who's like, "why are we here right now?" and it's usually a behavioral issue. It's usually about the unity of the group or someone did something during the week and it's a behavioral issue that we have to correct.

24.      Can you tell us about freshmen having to post against the wall? We do it every morning before we go out to formation. We post against the wall and greet the whole hallway. In the evening the same thing. We greet the whole hallway,

The notes included above accu███████████████████ the investigators.

Participant Signature: ████████████████████

Investigator Signature: Shante Hearst ~~~~~~~~~~

**App'x 1378**


Student Name: ███████  UIN: ███████  Interview Date: ███████

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

and then we go out to formation. We greet in order based on highest to lowest rank. We're all at attention on the wall, and someone at either end of the hallway will check and see who's in link to be greeted. Based on that, we'll greet whoever's next. They're greet that person and the rest of us echo that. It always starts with ███████ and it all depends on who's going out to formation. So it all depends. ███████

████████████████

a.     What does this position look like? Standing at attention on the wall.

25.    Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Head because that's the piss heads and we wouldn't say piss or head. That refers to the sophomores. Grapes or cogitator's. We don't say butt because that's the juniors instead we would say rear. Zips or buttons are seniors and we wouldn't say any of those words. We also don't say any of the upperclassmen's class year. So instead of saying 2025, we would say 28 minus 3. We don't use the word room. We have names for all the rooms, but we refer to our room as the hole. We don't us want, like, feel or need. If you want or like something you care for it. If you need something you require it. And feelings are called physical cogitations.

26.    Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No, I do not.

The notes included above accu███████████████ the investigators.

Participant Signature: ███████

Investigator Signature: Shante Hearst ~~~signature~~~

**APP'X 1379**

Division of Student Affairs
Student Conduct Office



## Investigation Statement Form

Student Name: ███████████     UIN ███████     Interview Date: ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 27.    Is there anything we haven't asked you about that you would like to share?   No. All good. | |

The notes included above acc████████████

**Participant Signature** ████████████                    **APP'X 1380**

Investigator Signature: Shante Hearst  *Chartthut*

Division of Student Affairs
Student Conduct Office



## Investigation Statement Form

Student Name: ███████  UIN: ███████  Interview Date: ███████

| Investigator Notes | For Student Corrections |
|---|---|
| 1. How would you describe the culture in Sq-17?<br><br>Very involved across the quad across campus and a strong buddy class and goal to build a strong group.<br><br>2. Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17?<br><br>I don't think I personally have had experience with that.<br><br>3. Can you tell us about freshmen getting injured during PT?<br><br>███████████████████████████<br><br>4. Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises?<br><br>It happened during FOW and doing planks and even some of the abrasions and from that point on didn't do planks on the concrete.<br><br>5.Can you tell us about cadets passing out or getting injured during PT and being told not to say anything?<br><br>Trying to think if anybody passed out. I don't recall, if it did happen, we were not told not to tell anybody. | |

The notes included above accu███████████████tors.

Participant Signature: ███████████████

**App'x 1381**

Investigator Signature: ___Luke J. Altendorf___


**Investigation Statement Form**

Student Name: ███████  UIN: ███████  Interview Date: ███████

| Investigator Notes | For Student Corrections |
|---|---|
| 5.  Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? | |

Skip question – I don't want to provide false info, I think we whipped out during FOW in the halls, but the question makes it sound way off base on what it was. ████████████████████

███████ This happened during FOW.

6.  Can you tell us about freshmen being told to keep shower and toilet doors open?

Definitely not our requirement, have seen some guys do it or they put their towel on it and absolutely have not been told it is a requirement.

7.



8.

████████████████████

9.  Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs?


## Investigation Statement Form

Student Name: ██████████        UIN: ██████████        Interview Date: ██████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

**Investigator Notes**

██████████████████████████████ given to the a week before and said this was the expectation on what this was to look like.

a.    What type of wire were the freshmen told to obtain?

We weren't told ███████████████ - probably 9 gage. Theirs was a little thicker.

b.    How far were the freshmen told to go for this wire?

████████████████████████████

c.    Who gave the freshmen these directions?

█████████████████████████████████████████████████████████████████████████

d.    What time of day/night did this occur?

~~Probably the last 10 minutes of evening study time (7:30 – 10:30 pm).~~

~~Probably texted~~ them and set the time.- wasn't sure though. – It wasn't after ~~evening study time~~ – it was after morning PT after breakfast and back in the dorms ████████████████████████

e.    Which freshmen went to get the wire?

I don't remember

f.    How was the wire paid for?

They all do a group venmo to whoever purchased it and then went to the buddy's house to make it – he lives locally.

The notes included above accu████████████████████████████rs.

**Participant Signature:** ████████████████████

**Investigator Signature:** Luke L Altendorf

**APP'X 1383**


## Investigation Statement Form

Student Name ████████████    UIN: ████████    Interview Date ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 10.      Can you tell us about corps games that you've experienced?<br><br>Almost like military courtesy, I'm a fish, you are an upper classmen and I answer as Yes Ser, Yes Mam and are locked on . ████████████<br>████████████ Corps games are a social contract practicing military courtesy.<br><br>11.      Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span?<br><br>They were during FOW given a list to bring and buy.  They did send us on a shopping trip for mops and brooms but don't recall if there was a time crunch.  This happened during FOW, but were provided a list before FOW to provide things.<br><br><br>a.      What items were the freshmen directed to purchase?<br><br>Cleaning supplies primarily and thigs to shine your brass.<br><br>b.      How long were the freshmen given to obtain these items?<br><br>I don't recall<br><br>c.      Which upperclassmen directed the freshmen to do this?<br><br>I don't remember at all.  It was an upper classman during FOW, but I don't remember, It could have been any  of them. | |

The notes included above ac█████████████████████ investigators.

**Participant Signature:** _____████████████_____

**Investigator Signature:**    Luke I. Altendorf    *[signature]*

**APP'X 1384**


## Investigation Statement Form

Student Name █████████        UIN: ████████        Interview Date: ████████

| **Investigator Notes** | **For Student Corrections** |
| --- | --- |

**Investigator Notes**

12.    Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class?

We all bought the same things because they were are at the same store.

Don't know if others and to buy other things.

13.    Can you tell us about                or other upperclassmen holding freshmen from class?

I have personally never had that happen, we all have our class schedules posted on the doors and they are all aware of when we have class. Haven't heard about it happening to anybody else, academic day is all over the place and can only speak to my experience.

14.    Can you tell us about freshmen having to stand on line during the academic day?

In the hallway, no that doesn't happen. Same think, we are all so split up, I can only speak to my experience, but in my experience it does not happen.

15.    Can you tell us about not being allowed to lay down or sleep during the academic day?

I have never run into that problem, I'm not a big nap guy but have never run into that. Have not heard about it happening to buddies , we are all split up.

a.    Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap?

The notes included above acc█████ ███████ ██ the information ███████ ██ the investigators.

**Participant Signature** ████████████

**Investigator Signature:**    Luke L. Altendorf

**APP'X 1385**



**Investigation Statement Form**

Student Name: ███████    UIN: ███████    Interview Date: ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

No I can't speak to that.  If they should be in class, they night open the door but I have never run into that.

    b.      Can you tell us about freshmen being smoked because their buddy was "sacking out"?

There is group accountability, same like a football team, something someone did and we let it go, group accountability workouts, not unexpected or out of line.

16.      Can you tell us about cadets being afraid to go back to the dorms after class?

I have never experiences this himself.  There were certain guys the first couple of weeks greeting upperclassman on the quad, but once you learned the names and could greet everyone all right it was OK.

17.      Can you tell us about upperclassmen denying freshmen to go to the library to study during EST?

I can't speak to that ███████████████

████████████████

    a.      Can you tell us about upperclassmen disrupting EST?

No, our hallways is pretty quiet during EST, ███████ sits at a table and to my knowledge it is pretty quiet.

18.      Can you tell us about your experience being kept up late at night?

Past the end of EST, I have not been kept up. Can stay up later if they need to.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████

**APP'X 1386**

Investigator Signature:    Luke J. Altendorf


Student Name: ███████████     UIN: ███████████     Interview Date ███████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| a.  Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week?<br><br>I can't speak to this, I was so dead asleep during that week, there was nothing waking me up.<br><br>19.  Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"?<br><br>Definitely yelled at , we get that all the time, that is part of the training, I personally have not been yelled at in that way.  Can't' speak to the group but hear about things at PT in the morning but have not heard any of that.<br><br>20.  Can you tell us about "fish dress" within the dorm/hallway?<br><br>███████████████████████████████ ████████ funny way to do something but we are not required to do it but we choose to do it (It is tucking our shirts in and pulling our socks up)<br><br>21.  Can you tell us about not being allowed to go to church during the week?<br><br>I have never experienced that. █████████████<br>███████████████████████████████<br><br>22.  Can you tell us about not being allowed to go to certain places on campus to eat? | ███████████████<br>███████████<br>███████████<br>███████████ |

The notes included above accu █████████████████████████

**Participant Signature:** _____   **App'x 1387**

Investigator Signature:   Luke J. Altendorf

Student Name: ███████     UIN: ███████     Interview Date: ███████

| Investigator Notes | For Student Corrections |
|---|---|
| No, Never had that. | |

23.     Can you tell us about freshmen not being allowed to eat a full meal?

No, I can't say anything to that.

a.     Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food?

No, nothing that is limited.   Mostly at the beginning, asking to join a table ███ ███████ We are more than encouraged to eat as much as you care to. ████████████████████ They give us permission and encourage us to eat seconds. They would limit that if they only have 30 seconds left and you don't have time.  Will send the 8 am's early to hit the showers and then we know it is about 5 minutes left in breakfast.

b.     Can you tell us about freshmen having to eat so much food that they throw up?

I can't speak to any of that.

24.     Can you tell us about freshmen getting smoked by upperclassmen?

It is always during training time, that is when PT happens, There is very rarely when immediately corrections happen, it is mostly behavioral , it is usually push ups, bear crawls, burpies.  Usually someone is talking about why they are here right now, it is most always a behavioral issue.  It is about the unity

The notes included above acc███████████████████████████s.

**Participant Signature** ████████████████████     **APP'X 1388**

**Investigator Signature:**     Luke L. Altendorf


Student Name ████████ UIN: ████████ Interview Date: ████████

**Investigator Notes**                    **For Student Corrections**

of the group or someone did something throughout the week and we have

to correct this behavior issue.

25.     Can you tell us about freshmen having to post against the wall?

Stand attention against the wall, we all do it before formation in the hall, in

evening formation, get uniform squared away and someone will call first call,

then greet hallway before formation ████████████████

████████

a.     What does this position look like?

All at attention the wall, and the guys at either end will look to see who is

next in line to be greeted. Based on that they would start the greeting and

the rest would echo the greeting. ████████████████

and it is everyone who is going out to formation, ███████ will watch

the time and then will ask the upperclassman to leave and they all are asked

to step off the wall and file out to formation.

26.     Can you tell us about words that freshmen aren't allowed to know or

            say, and what freshmen are told to call those items instead?

Don't say the word "head" and that refers to "piss heads" and we call them

grapes or cogitators. Don't say butt, that is juniors they are surge buts, we

say rear usually, We don't say Zipp or Zipper or anything that contains these

words. Like zipper , button, we don't say the class year, we say 28-2 or 28-1,

never use 25, 26, 27.   We don't use the work room – it is referred to as hole.

The notes included above ac████████████████stigators.

**Participant Signature** ████████████████

**APP'X 1389**

**Investigator Signature:**   Luke J. Altendorf



## Investigation Statement Form

Student Name: ▮▮▮▮▮   UIN: ▮▮▮▮▮   Interview Date: ▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|
| Don't use want,like, feel or need, physically cogitate. If you want something you care for it, feelings are physically cogitations. Wouldn't say that is an overall word or all the language categories.<br><br>27.  Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)?<br><br>No I do not.<br><br>28.  Is there anything we haven't asked you about that you would like to share?<br><br>NO, All good. | |

The notes included above acc▮▮▮▮▮▮▮▮▮▮▮▮▮rs.

**Participant Signature** ▮▮▮▮▮▮▮▮▮▮

**App'x 1390**

Investigator Signature:   Luke J. Altendorf

**EXHIBIT**
**22**



## Student Conduct Investigation
## Acknowledgement

| Name █████████████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| UIN: ████████ | |
| Classification: ■Freshman    ☐Sophomore    ☐Junior    ☐Senior    ☐Grad/Professional | |
| Address: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| | |
| | |
| Email: █████████████ | Telephone #: █████████ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. (*Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules*)

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

----------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ▮▮▮▮▮▮ _____

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

----------------------------------------------------------------

**Initial that which applies:**

____ I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

----------------------------------------------------------------

Participant sign▮▮▮▮ _____ Date: _____

Division of Student Affairs
Student Conduct Office



**Investigation Statement Form**

Student Name: ███████        UIN: ███████        ███████

| Investigator Notes | For Student Corrections |
|---|---|
| 1.  How would you describe the culture in Sq-17?<br><br>Great program. Hard program. Develops men of character.<br><br>2.  Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17?<br><br>I decline to answer.<br><br>3.  Can you tell us about freshmen getting injured during PT?<br><br>Not to my knowledge<br><br>a.  Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises?<br><br>It may tend to happen but not anything that can cause serious harm.<br><br>b.  Can you tell us about cadets passing out or getting injured during PT and being told not to say anything?<br><br>I am not aware of anything like that.<br><br>4.  Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled?<br><br>I decline to answer.<br><br>5.  Can you tell us about freshmen being told to keep shower and toilet doors open?<br><br>I decline to answer. | |

The notes included above accurately ██████████ ████ vestigators.

Participant Signature: ___████████████___

Investigator Signature: Susan Fox. Forreste ████████        **APP'X 1393**

Division of Student Affairs
Student Conduct Office



## Investigation Statement Form

Student Name ▮▮▮▮▮▮▮▮        ▮▮▮▮▮▮▮▮        ▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
| --- | --- |

6.

I decline to answer.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8.   Can you tell us what the Sq-17 freshmen were told to do regarding

obtaining the wire to make fish spurs?

We were told to basically told to acquire the materials and told to

look unified.

a.   What type of wire were the freshmen told to obtain?

Copper wire

b.   How far were the freshmen told to go for this wire?

We did not have to go far. We were not told a specific distance to go.

We used local stores.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

d.   What time of day/night did this occur?

During evening study time.  Sometime between 7-10 pm.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

The notes included above accu▮▮▮▮▮▮▮▮▮▮▮▮ vestigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Investigator Signature: ▮▮▮▮▮▮▮▮

APP'X 1394


Student Name: █████████          UIN: ████████        ████████████████████

| **Investigator Notes** | **For Student Corrections** |

█████████████████████████

f.      How was the wire paid for?

We all chipped in to pay for it.

9.      Can you tell us about corps games that you've experienced?

Not that I know of.

10.     Can you tell us about upperclassmen directing freshmen to purchase

items on a list within a short time span?

I decline to answer.

a.      What items were the freshmen directed to purchase?

Decline to answer

b.      How long were the freshmen given to obtain these items?

Decline to answer

c.      Which upperclassmen directed the freshmen to do this?

Decline to answer.

11.     Can you tell us about freshmen having to purchase new brooms or

mops in order to be unified and have the same exact supplies as the

rest of the buddy class?

We all bought the same materials, brooms and mops.  These were

materials that were not on the Corps packing list.

The notes included above accur████████████████████████████ e investigators.

Participant Signature: ███████████████████

Investigator Signature: ~~Slan Jo Junkt~~

**APP'X 1395**



## Investigation Statement Form

Student Name: ███████     UIN: ███████     ███████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

12. Can you tell us about ███████ or other upperclassmen holding freshmen from class?

I never seen it.

13. Can you tell us about freshmen having to stand on line during the academic day?

I am not aware of that.

14. Can you tell us about not being allowed to lay down or sleep during the academic day?

I decline to answer.

a. Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap?

I am not aware of anything like that

b. Can you tell us about freshmen being smoked because their buddy was "sacking out"?

I am not aware of anything like that

15. Can you tell us about cadets being afraid to go back to the dorms after class?

A am not aware of anything like that.

The notes included above accura███████████████ investigators.

Participant Signature: _████████████_____

Investigator Signature: ~~~~~~~~~~~~

**App'x 1396**



**Investigation Statement Form**

Student Name: ███████          UIN: ███████          ███████████

**Investigator Notes**                                    **For Student Corrections**

16.  Can you tell us about upperclassmen denying freshmen to go to the library to study during EST?

I am not aware of that. There is an out of dormitory pass that if you fill it out, it will always be approved. Its an accountability thing.

a.  Can you tell us about upperclassmen disrupting EST?

I am not aware of that. They may come talk to you but not intentionally disruptive.

17.  Can you tell us about your experience being kept up late at night?

No. not by upperclassmen

a.  Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week?

I decline to answer

18.  Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"?

I decline to answer

19.  Can you tell us about "fish dress" within the dorm/hallway?

Purely a decision by the fish students. It motivating. A way to unify all together.

20.  Can you tell us about not being allowed to go to church during the week?

The notes included above accurat███████████████ ███estigators.

Participant Signature: ___████████████████████___

Investigator Signature: ___✍___

**APP'X 1397**



**Investigation Statement Form**

Student Name: ████████          UIN: ██████          ████████████████

| Investigator Notes | For Student Corrections |
|---|---|
| I am not aware of that. | |

21. Can you tell us about not being allowed to go to certain places on campus to eat?

I'm not aware of that

22. Can you tell us about freshmen not being allowed to eat a full meal?

Not aware of that.

a. Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food?

I decline to answer.

b. Can you tell us about freshmen having to eat so much food that they throw up?

I'm not ware of that.

23. Can you tell us about freshmen getting smoked by upperclassmen?

It's just purely physical workouts during training times.

24. Can you tell us about freshmen having to post against the wall?

a. What does this position look like?

At the position of attention.

25. Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead?

The notes included above accurate ████████████████ nvestigators.

Participant Signature: ████████████████

Investigator Signature: ~[signature]~

**APP'X 1398**


**Investigation Statement Form**

Student Name: ████████    UIN: ████████    ████████

| Investigator Notes | For Student Corrections |
|---|---|
| You can't say zip for senior, Butt for juniors, heads for sophomores.<br><br>Just normal fish speak.<br><br>26.  Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)?<br><br>No<br><br><br>27.  Is there anything we haven't asked you about that you would like to share?<br><br>No | |

The notes included above accura████████ investigators.

Participant Signature: _____

Investigator Signature: ~~Don Fox-Smith~~ _____

**APP'X 1399**



**Investigation Statement Form**

Student Name: ██████        UIN: ████████        ████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

1.      How would you describe the culture in Sq-17? Great program, hard but a good program develops men of character and see a future in what I would like to be as part of the corps experiences and carrying the tradition on.

2.      Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? Decline to answer

3.      Can you tell us about freshmen getting injured during PT? not to my knowledge freshman have not been injured

a.      Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? It may tend to happen but not anything that would cause serious harm.

b.      Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? Not aware of anything like that.

4.      Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? Decline to answer.

5.      Can you tell us about freshmen being told to keep shower and toilet doors open? Decline to answer

6.      Can you tell us about a freshman being told to eat a large quantity of Oreos after the first football game? Decline to answer

The notes included above accurate ████████████████ igators.

Participant Signature: _____ ██████████████ _____

Investigator Signature: _John M. Reynolds_____

**APP'X 1400**


## Investigation Statement Form

**Student Name:** ▮▮▮▮▮▮▮  **UIN:** ▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8.  Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? Told to obtain material for fish spurs and make them exactly like upperclassman, tradition, carrying a tradition on of class of 26 to the class of 28

a.  What type of wire were the freshmen told to obtain? copper wire

b.  How far were the freshmen told to go for this wire? Not far, not told a specific distance to obtain. Just numerous stores like Home Depot close to campus

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

d.  What time of day/night did this occur? Believe one of outfit meetings during evening study time, 7:30pm to 10:30pm. Ample time, simple instruction carrying on tradition of the spurs.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

f.  How was the wire paid for? By the person picking it up but they have a class system where they divide the bills between all – all chipped in to pay for it.

The notes included above accurately s▮▮▮▮▮▮▮▮▮▮ne investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮_____

Investigator Signature: _John M Reg_____

**APP'X 1401**


Student Name: ▓▓▓▓▓▓  UIN: ▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 9. Can you tell us about corps games that you've experienced? No not that he knows of. | |
| 10. Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? Decline to answer | |
| a. What items were the freshmen directed to purchase? Not answered | |
| b. How long were the freshmen given to obtain these items? Not answered | |
| c. Which upperclassmen directed the freshmen to do this? Not answered | |
| 11. Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? Goal for them to be unified, so all of them bought the same materials; all bought the same brooms and mops – not on the corps packing list so all bought the same thing. | |
| 12. Can you tell us about ▓▓▓▓▓▓ or other upperclassmen holding freshmen from class? Not my understanding, hasn't happened never seen it. | |
| 13. Can you tell us about freshmen having to stand on line during the academic day? Not aware of that. | |
| 14. Can you tell us about not being allowed to lay down or sleep during the academic day? Decline to answer | |
| a. Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? Not aware of anything like that. | |

The notes included above accura▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ estigators.

Participant Signature: _____

Investigator Signature: _~John M Ryan III~_

**APP'X 1402**


Student Name: ▮▮▮▮▮▮     UIN: ▮▮▮▮▮▮     ▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| b.　Can you tell us about freshmen being smoked because their buddy was "sacking out"? not aware of anything like that (either)<br><br>15.　Can you tell us about cadets being afraid to go back to the dorms after class? Not aware of anything like that. I am not afraid to do so.<br><br>16.　Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? not been aware of anything like that; there is a signout procedure for dorm pass, if you write one to study always approved. If you need to study you do, just for accountability.<br><br>a.　Can you tell us about upperclassmen disrupting EST? Not aware of that. They may come talk to you or such, but never anything intentionally disruptive<br><br>17.　Can you tell us about your experience being kept up late at night? No, general engineering student so stay up to do homework but never intentionally kept up by an upperclassmen.<br><br>a.　Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? Decline to answer<br><br>18.　Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? Decline to answer<br><br>19.　Can you tell us about "fish dress" within the dorm/hallway? Purely a decision by fish, called motivating to fish dress, choice explicitly laid out by | |

The notes included above accurately ▮▮▮▮▮▮ investigators.

Participant Signature: _____▮▮▮▮▮▮_____

Investigator Signature: _~~Joel M Ryan~~_

**APP'x 1403**


Student Name: ███████    UIN: ███████    ███████

| **Investigator Notes** | **For Student Corrections** |

upperclassmen, way for us to unify together. Tall white socks, laces are tucked, shirts tucked in.

20.     Can you tell us about not being allowed to go to church during the week? Not aware of anything like that, numerous opportunity during the week, bible study and some buddies go to breakaway on Wednesday nights.

21.     Can you tell us about not being allowed to go to certain places on campus to eat? Not something I am aware of.

22.     Can you tell us about freshmen not being allowed to eat a full meal? not aware of anything like that.

a.     Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? Decline to answer.

b.     Can you tell us about freshmen having to eat so much food that they throw up? Not aware of anything like that.

23.     Can you tell us about freshmen getting smoked by upperclassmen? Purely physical workouts, physical training and does not happen outside of training times.

24.     Can you tell us about freshmen having to post against the wall? Doesn't know exactly what that means. Standard procedure to stand against wall, heels and hand before falling out.  Blow calls etc...

a.     What does this position look like? Standard procedure to stand against wall, heels and hand before falling out.  No wall sits.

The notes included above accurat███████ the investigators.

Participant Signature: _____████████_____

Investigator Signature: _~~M~~ _/~signature~/_ _____


## Investigation Statement Form

Student Name: ███████████        UIN: ███████████        ███████████

| **Investigator Notes** | **For Student Corrections** |
| --- | --- |

**Investigator Notes**

25.   Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Can't say zip, but say any other word other that the "zip", but a synonym.  No want, need, but require, conjugate – normal fish speak.

26.   Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No

27.   Is there anything we haven't asked you about that you would like to share?  No.

The notes included above accurat███████████ the investigators.

Participant Signature: ███████████_____

Investigator Signature: _Carl M Ry___ III_____



## Student Conduct Investigation
## Acknowledgement

| Name ██████████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| UIN: ██████ | |

**Classification:** ■Freshman ☐Sophomore ☐Junior ☐Senior ☐Grad/Professional

**Address:** (if you live on campus, please include residence hall name AND P.O. Box if applicable)

| | ██████ |
|---|---|
| Email: ██████ | Telephone #: ██████ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

 If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. (*Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules*)

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1406**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

----------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ███████████.

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

----------------------------------------------------------------

**Initial that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

----------------------------------------------------------------

**Participant signature:**_____     **Date:**_____

**APP'X 1407**


## Investigation Statement Form

**Student Name:** ███████████     **UIN:** ███████████     ███████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

1.      How would you describe the culture in Sq-17? I'd say the culture is to create men of character, it has a strong tradition from when it started. You have a choice each morning to get up and get better.

2.      Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? No comment, they haven't said anything like that.

3.      Can you tell us about freshmen getting injured during PT? we've had a buddy, ████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

a.      Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? No, I mean sometimes when we are on pavement doing bear crawls, we'll get little scratches. I think the only time other than that was FOW, doing pushups with everyone. Sometimes we go to Pollo Fields to do the PT, mostly intramurals

b.      Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? That's never happened, no one has ever said anything like that. ████████████████████████

████████████████████████████████████████████

The notes included above accu████████████████████

**Participant Signature:** ████████████████████

**Investigator Signature:** *Catherine Phider*


## Investigation Statement Form

**Student Name:** ███████████   **UIN:** ███████████   ███████████

| **Investigator Notes** | **For Student Corrections** |
| --- | --- |

████████████████████████████████████

4.      Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? ████████

████████████████████████████████████

5.      Can you tell us about freshmen being told to keep shower and toilet doors open? Id's say its locker room style, there are no doors or there are like curtains, and I don't think there are any requirements to keep doors open. Never been told to keep them open. Usually its just us fish in there and we're just a bunch of 18 yr old guys.

6.      ████████████████████████████████████

████████████████████████████████████

The notes included above accura████████████████s.

**Participant Signature:** _███████████████_

**Investigator Signature:** _~~Carter~~_

**APP'X 1409**


Student Name: ████████     UIN: ████████     ████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

8.  Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? This year they told us its tradition for to make them in the same style as the Juniors, and they used copper wire so we used that to make our fish spurs

a.  What type of wire were the freshmen told to obtain? It was copper wire from Lowes in Bryan, on like a spool.

b.  How far were the freshmen told to go for this wire? They told us to get it locally, just as fast as possible.

████████████████████████████

d.  What time of day/night did this occur? We were told the Wed/Thurs before Arlington on the Wednesday (Sept 18th), we were given the week and weekend to work on them.

████████████████████████████

f.  How was the wire paid for? ████████████████
████████████

9.  Can you tell us about corps games that you've experienced? We're fish, so we just have to be corps cadet fish, greet our upper classmen, walk on the left side of the hall. From my room, I would walk to the other side of the wall. We Walk on only that side. That's FOW, standard procedure. We have weekly fire team meetings, that's our room inspection. Just one a week. They don't check every morning or during the day. Our outfit said we'll have two at one point but

The notes included above accurately summarize th████████████d to the investigators.

Participant Signature: _____████████_____

**App'x 1410**

Investigator Signature: _⎯⎯⎯⎯⎯⎯⎯⎯⎯


**Investigation Statement Form**

Student Name ██████████        UIN: ██████████        ██████████████████

| Investigator Notes | For Student Corrections |
|---|---|

it's the same time every week and just have it clean ████████████

████████████████

10.     Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? During FOW, it's a tradition that the fish end up at Walmart and have to buy all the stuff we need to clean our rooms with, we see a lot of other outfits there. Brooms, Shoe shine, just standard stuff.

a.     What items were the freshmen directed to purchase? We do softball belts, we had to unify on color but that was the only thing I think we had to get specifically, we wear them around our hips.

b.     How long were the freshmen given to obtain these items? I think we had time to eat and do that, like an hour and a half or fifteen. It was definitely a time crunch, but I think that was the point of it.

███████████████████████

11.     Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? We were told to be unified on brooms. ████████████

████████████████████

12.     Can you tell us about ██████████ or other upperclassmen holding freshmen from class? No, no one has been doing that. We don't get delayed, 8 am they always let us out form Duncan. We can go to class from our dorm room

The notes included above accurately summarize the in████████████stigators.

Participant Signature: _____ ████████████

Investigator Signature: _____

**App'x 1411**


**Investigation Statement Form**

Student Name: ⬛⬛⬛⬛  UIN: ⬛⬛⬛⬛  ⬛⬛⬛⬛

| **Investigator Notes** | **For Student Corrections** |
|---|---|

as well, I would turn the lights out, exit on the left and greet any upperclassmen if they are there and then just walk out on the quad. If it's a senior, they'll good bull us and tell us to greet right, but sophomore don't make corrections if we mess up. Just say something like "That's not my name" and move on.

13.　　Can you tell us about freshmen having to stand on line during the academic day? Academic day, no.

14.　　Can you tell us about not being allowed to lay down or sleep during the academic day? We just can't sit down, or we can't lay down in uniform. We can sit down if we take our uniform off, you can do whatever just outta respect, not with the uniform. I believe its out of respect, like we can't lay down on our bed, but you can sit on campus. ⬛⬛⬛⬛

⬛⬛⬛⬛⬛⬛⬛⬛

a.　　Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? That's never happened, I haven't seen that happen before.

b.　　Can you tell us about freshmen being smoked because their buddy was "sacking out"? I mean, "sacking out" is kind of a broad term. I think its like an excuse to like get out of PT, like not getting out for your buddies. We wouldn't get

The notes included above accurately summarize the informat⬛⬛⬛⬛rs.

Participant Signature: _____

Investigator Signature: _____

**APP'X 1412**



## Investigation Statement Form

**Student Name:** ███████  **UIN:** ███████  ███████

| **Investigator Notes** | **For Student Corrections** |
| --- | --- |

PTed or smoked if someone sacked out. There isn't any mass punishment or anything.

15.     Can you tell us about cadets being afraid to go back to the dorms after class? No, not during academic day, we just go back to the dorms and chill with one or two buddies. They tell us to put out in the dorms, but we can go eat lunch or Evans to study, but us as a buddy class decided to be in the dorms in like one or two holes or like a study room where its just quiet.

16.     Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? No? The times I want to go out to study, I just pull up my dorm pass and I'm good to go.

a.     Can you tell us about upperclassmen disrupting EST? No, that doesn't happen, we get to study and fall into anybody's hole we want.

17.     Can you tell us about your experience being kept up late at night? No, 10:30 is when EST ends, but I think we can stay up on our own accord, but meetings with upperclassmen stop at 10:30 pm.

a.     Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? Yes, we had chains I believe on the first night, but after that it didn't happen again. I don't know why or who did it.

18.     Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? No, they cuss/yell but not directly at us. They yell at us but its

The notes included above accurately su███████ o the investigators.

**Participant Signature:** ___████████████_____

**Investigator Signature:** ___~~signature~~_____

**App'x 1413**


## Investigation Statement Form

**Student Name** ████████████     **UIN:** ████████     ████████████████

| Investigator Notes | For Student Corrections |
| --- | --- |

more of a demand than like mean spirited, maybe the closest they would be is like 6 inches from your face. ████████████████████

19.     Can you tell us about "fish dress" within the dorm/hallway? Its not required or a thing, as a buddy class we wanted to be unified, so like we wear out shirts tucked in and tall white socks to be unified. It's voluntary.

20.     Can you tell us about not being allowed to go to church during the week? ███████████████████████████████████████████████████ ████████████████████ We have no trouble signing out either.

21.     Can you tell us about not being allowed to go to certain places on campus to eat? No, we're good to eat wherever we want.

22.     Can you tell us about freshmen not being allowed to eat a full meal? No, we are encouraged to eat a lot of food. Not told to get double plates, but if you want one you can go get one.

a.     Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? We gotta make statements during meals, if you gotta ask a question, you gotta make a statement. You have to greet the person at the end of the table, but we are so fluent with it that it doesn't cut into our chow time. But during FOW and first week, they would make sure we got the statement correct, and that could take a while, it was usually by the third time they would let you go. I think it took about five minutes?

The notes included above accurately summarize the informati██ ████████ igators.

**Participant Signature:** _____

**Investigator Signature:** _____



**Investigation Statement Form**

Student Name: ⬛⬛⬛⬛⬛     UIN: ⬛⬛⬛⬛⬛     ⬛⬛⬛⬛⬛⬛

| Investigator Notes | For Student Corrections |
|---|---|
| b.      Can you tell us about freshmen having to eat so much food that they throw up? No, Never been an issue. | |

**23.** Can you tell us about freshmen getting smoked by upperclassmen? During PT, if it's a discipline thing or your don't know your stuff, I guess its smoked but its during regular training hours. It would be a class set, push ups and burpees, like 28, and as cadets we have to know a lot of campus traditions and if we don't know them sometimes, but its mainly disciplinary. And we haven't had to do that that much, we are pretty good.

**24.** Can you tell us about freshmen having to post against the wall? In the mornings we get on the wall and greet our superiors, we do it at every blow call. That's every morning, and once that's done they call us to get in line with heels against the wall, greet superiors and then fall out after that.

**a.** What does this position look like? Its just standing up right, arms at the seam of your pants, attention standing.

**25.** Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? So we can't say like/want/feel/need, and there are certain privileges we can't say, like Senior/Junior/Sophomore names. Elephant on the quad. We just refer to our seniors as seniors and not our Zips, there just isn't another word for it. Head is Grape. I can't think of any others.

The notes included above accurately summarize the ⬛⬛⬛⬛⬛ nvestigators.

Participant Signature: _____

Investigator Signature: _____

**APP'X 1415**



## Investigation Statement Form

Student Name: ▉▉▉▉▉▉▉   UIN ▉▉▉▉▉▉▉   ▉▉▉▉▉▉▉▉▉▉

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 26.  Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No. <br><br> 27.  Is there anything we haven't asked you about that you would like to share?  No. | |

The notes included above accurately summarize the info▉▉▉▉▉▉▉▉▉▉▉▉nvestigators.

Participant Signature: _____

Investigator Signature: _____

**App'x 1416**



### Investigation Statement Form

**Student Name:** ███████████   **UIN:** ██████████   ████████████████

| Investigator Notes | For Student Corrections |
|---|---|
| | |

**Investigator Notes**

1. How would you describe the culture in Sq-17?

AN: Create men of character and a strong value on tradition and put out for your buddy's and get better.

2. Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17?

AN: No comment.

3. Can you tell us about freshmen getting injured during PT?

██████████████████████████████████████████████

   a. Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises?

AN: When doing PT on pavement, bear crawls they will get scratches. During FOW – Push ups that when people did it on the Quad. Pollo Fields – during intramurals.

   b. Can you tell us about cadets passing out or getting injured during PT and being told not to say anything?

AN: No, they never said.

██████████████████████████████████████████████

The notes included above accurately sum████████████ation provided to the investigators.

**Participant Signature:** _____████████_____

**App'x 1417**



**Investigation Statement Form**

Student Name:        UIN:        Interview Date:

| Investigator Notes | For Student Corrections |
|---|---|
| ██████████████████ | |
| 4.    Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? | |
| ██████████████████ | |
| 5.    Can you tell us about freshmen being told to keep shower and toilet doors open? <br><br> AN: Locker room style. Its all guys in there. We are not required to do anything. <br><br> There are not requirements to keep doors open. People do leave it open. | |
| 6. | |
| ██████████████████ | |
| ██████████████████ | |

The notes included above accurately summa███████████████he investigators.

Participant Signature: _____

**App'x 1418**


**Investigation Statement Form**

Student Name: ████████         UIN: ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

8.  Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs?

AN: Told them , a tradition to do make them in the same style as the previous even year, they made them out of copper wire.

a.  What type of wire were the freshmen told to obtain?

AN: They purchased it from Lowes, Bryan Tx.

b.  How far were the freshmen told to go for this wire?

AN: Get it locally and as soon as possible.

████████████████████████████

d.  What time of day/night did this occur?

AN: 18 Sep 24, Wednesday before the week of Arlington. They had to wear the spurs on the 23 Sept 24 to class.

e.  Which freshmen went to get the wire?

████████████████████████████

f.  How was the wire paid for?

████████████████████████████

9.  Can you tell us about corps games that you've experienced?

AN: Walk on the left side of the hallway only. So his room window faces the Quad and when he comes out into the hallway, he is facing West, and walks to the far

The notes included above accurately summariz███████████████igators.

Participant Signature: _____

**APP'X 1419**


Student Name: ███████ ████████ ████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| side of the hallway and turns left or right to walk down the left side of the hallway. This was directed during FOW and has continued. ████████████████████ 10. Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? AN: During FOW, tradition, buy a certain amount of items to clean their room. This is the buddy shopping trip that is scheduled during FOW. This has not happened any other time. a. What items were the freshmen directed to purchase? AN: Cleaning supplies, shoe shine, All had to unify on the purchase of a particular color of belt for connecting their hooker straps to in order to keep their shirt tight when in Class B. b. How long were the freshmen given to obtain these items? AN: 1hr 15 to 1hr and ½, definitely a time crunch. ████████████████████ 11. Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? | |

The notes included above accurately summarize t███████████ ██d to the investigators.

Participant Signature: _____████████_____

**APP'X 1420**


Student Name: ██████     UIN: ██████     ████████████

**Investigator Notes**                                    **For Student Corrections**

12.    Can you tell us about ████████ or other upperclassmen holding freshmen from class?

AN: No.

AN: 8 AM's they let out early from Duncan. When leaving the room, turn the light off, step across the hall when turning look to see if a upper classmen is in the hall, issue the greeting and while turning or passing. The Sophomores are not allowed to speak with them, only Seniors can good bull with them. They greet in passing.

13.    Can you tell us about freshmen having to stand on line during the academic day?

AN: Academic Day, No.

14.    Can you tell us about not being allowed to lay down or sleep during the academic day?

AN: If they are in uniform they are not allowed to sit down or laydown. They can if they take their uniform off. They cannot sit down in their room in uniform, but can when out of the dorm and attending class.

AN: Some upper classmen from FOW.

What happens if they catch someone in their room? AN: Don't believe this has happened.

The notes included above accurately summarize ████████████ d to the investigators.

Participant Signature: _____

**App'x 1421**


**Investigation Statement Form**

Student Name: ███████     UIN: ███████     ████████████

| Investigator Notes | For Student Corrections |
|---|---|
| a.    Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? <br><br> AN: Never happened or seen it happen. <br><br> b.    Can you tell us about freshmen being smoked because their buddy was "sacking out"? <br><br> AN: Sacking out means not putting out for his buddies. Not going to PT, is sacking out. They would not get smoked for their buddies actions. <br><br> Chopping out of activities? AN: No not getting in trouble for this. <br><br> 15.    Can you tell us about cadets being afraid to go back to the dorms after class? <br><br> AN: No. They come back and can study together in their room or a buddy's room. <br><br> 16.    Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? <br><br> ███████████████ <br><br> a.    Can you tell us about upperclassmen disrupting EST? <br><br> AN: Does not happen. <br><br> 17.    Can you tell us about your experience being kept up late at night? <br><br> AN: No, if the upper classmen need to speak with us they can after EST, but they are able to go to sleep. | |

The notes included above accurately summarize ███████████████ gators.

**Participant Signature:** _____

APP'X 1422


**Investigation Statement Form**

Student Name: ▮▮▮▮▮▮          UIN: ▮▮▮▮▮▮          ▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| a. Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week?<br><br>AN: Yes, they had chains going the 1st night.<br><br>18. Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"?<br><br>AN: Yes, they cuss but not directly at us. They definitely yell at us. It is demanding and they will yell at us, approx. 6 inches from our face. When blowing call the sophomores will be conducting this.<br><br>19. Can you tell us about "fish dress" within the dorm/hallway?<br><br>AN: Not required. As a buddy class we wanted to be unified. Shirts tucked in, and wear tall white socks.<br><br>20. Can you tell us about not being allowed to go to church during the week?<br><br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>21. Can you tell us about not being allowed to go to certain places on campus to eat?<br><br>AN: Can go where they want. Never told they could only go to certain places.<br><br>22. Can you tell us about freshmen not being allowed to eat a full meal?<br><br>AN: No, can get what they want as much or little. | |

The notes included above accurately summarize the ▮▮▮▮▮▮▮▮ nvestigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮

**APP'X 1423**


**Investigation Statement Form**

Student Name: ▓▓▓▓▓▓    UIN: ▓▓▓▓▓▓    ▓▓▓▓▓▓

**Investigator Notes**                                          **For Student Corrections**

a.    Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food?

AN: They have to make statements, they have to greet when sitting down. Now it is not going to disrupt chow time. During the 1st 4x weeks they would wait a while to to eat, probably 5minutes. As they learned the process of waiting for the upper classmen to sit at the head of the table, make statements to request to sit, while plate, silverware and cup placement was reviewed. They would have to greet and answer questions.

b.    Can you tell us about freshmen having to eat so much food that they throw up?

AN: No, Never happened.

23.    Can you tell us about freshmen getting smoked by upperclassmen?

AN: During PT, if a discipline thing or don't know your campos, I guess it is regulated during physical training hours.

What does it look like? AN: Pushups a class set 28, Burpees – 28 of them, Not knowing Campos or other knowledge do a class set.

Corrective Physical Training (CPT): Doesn't know what it is.

24.    Can you tell us about freshmaen having to post against the wall?

AN: In the mornings we get on the wall and greet our superiors, we do it at every horn.

The notes included above accurately summarize the infor▓▓▓▓▓▓▓▓▓▓ators.

Participant Signature: _____ ▓▓▓▓▓▓

**App'x 1424**



**Investigation Statement Form**

Student Name

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| AN: Stand against the wall at attention, and greet our superiors and then fall out afterwards.<br><br>25.     Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead?<br><br>AN: like one feel, cant need, cannot say zips – Sr's, BUTTs – Jr's, Pissheads – Sophomores, Cannot walk on the elephant ears, certain organizations cannot talk about. Cannot know or use the word head so they call it grape.<br><br>26.     Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)?<br><br>AN: No.<br><br>27.    Is there anything we haven't asked you about that you would like to share? | |

The notes included above accurately summariz&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608; to the investigators.

Participant Signature: _____

**App'x 1425**



## Student Conduct Investigation
## Acknowledgement

| Name | | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|---|
| UIN: | | |
| Classification: ■Freshman  ☐Sophomore  ☐Junior  ☐Senior  ☐Grad/Professional | | |
| Address: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | | |
| | | |
| | | |
| Email: | | Telephone #: |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1426**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ▇▇▇▇▇▇▇▇_____

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

------------------------------------------------------------------------

**Initial that which applies:**

____ I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

------------------------------------------------------------------------

**Participant signature:** ▇▇▇▇▇▇▇▇_____ **Date:** ▇▇▇▇▇_____

**APP'X 1427**



## Investigation Statement Form

**Student Name:** ████████      **UIN:** ████████      ████████

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

1.      How would you describe the culture in Sq-17? Challenge but feel like it makes us really close, especially with other freshmen.

2.      Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? Yes we have been told that as the corps goes on it gets "softer" so they want to hold us to a higher standard to produce better men.  What is meant by higher standard? Some of corps rules are easier so they hold us to higher standard to make them stronger and better.  For example, may have to be harder PT than the standard.  Rule like allowed to hang uniform on monster hook, but not allowed to do that. Nothing bit just things like that.

████████████████████████████

a.      Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? Think it was the first week, planks and bear crawls on the quad cut up their arms. No longer happens after they (upperclassmen) saw the injuries they stopped it.

b.      Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? Don't know much about people passing out, maybe its too hot. ████████████

████████████

The notes included above accu████████ovided to the investigators.

**Participant Signature:** ████████

**Investigator Signature:** Susan Fox-Forrester


## Investigation Statement Form

**Student Name:**            **UIN:**           **Interview Date:**

| Investigator Notes | For Student Corrections |
|---|---|
| 4.      Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? NFOW whipped out to them in the dorms and pushed against each other. Not enough room in the hallway so then needed to do in the dorm room. ████████ ████████ | ████████ |
| 5.      Can you tell us about freshmen being told to keep shower and toilet doors open? Option to, usually do to talk to our buddies but not a requirement.<br>6. ████████████████████ | |
| 8.      Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? Upperclassmen showed theirs and fish were asked to remake them and then when they made them were told they used the wrong wire and then they needed to get new wire. | |

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ████████████

**Investigator Signature:** _~~signature~~_

**APP'X 1429**


## Investigation Statement Form

| Investigator Notes | For Student Corrections |
|---|---|
| a.      What type of wire were the freshmen told to obtain? Sunday night learned they needed to redo the spurs with exact type of wire used by upperclassmen, so needed to get copper wire to do that. Before it was steel wire. They were up all night to remake the spurs once new wire was purchased, did not get much slee▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ About 1 hour sleep.<br><br>b.      How far were the freshmen told to go for this wire? Did not go myself, so wherever home depot is at.<br><br>c.      Who gave the freshmen these directions? Not sure, just told to remake the spurs<br><br>d.      What time of day/night did this occur? Got new wire before Home Depot closed, so maybe like 8pm.<br><br>e.      Which freshmen went to get the wire? Could find out, but don't remember off-hand<br><br>f.      How was the wire paid for? ▮▮▮▮▮▮▮▮▮ hen the others pitched in to pay their fair share, ▮▮▮▮▮▮▮▮<br><br>9.      Can you tell us about corps games that you've experienced? Calling the upperclassmen "sir",  the remaking of the fish spurs was the only one that took away our sleep or disruptive.<br><br>10.      Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? Yes, that was during FOW, Walmart list | |

The notes included above accura▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮he investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮▮▮

Investigator Signature: _____

**APP'X 1430**


## Investigation Statement Form

Student Name ███████ ███████ ███████ **APP'X 1431**

| **Investigator Notes** | **For Student Corrections** |
|---|---|

of stuff to get for their rooms, and upperclassmen gave them a time limit and the fish went out and did it.

a.      What items were the freshmen directed to purchase? Broom, mop, trashcan, cleaning materials to clean your room.

b.      How long were the freshmen given to obtain these items? Like not confident but had some time to eat then do that.

c.      Which upperclassmen directed the freshmen to do this? Do not remember.

11.     Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? Yes when they went to Walmart the first time, so there weren't enough brooms/mops that were exactly the same for all of them to buy, so

███████████████████████████████████

12.     Can you tell us about ████████ or other upperclassmen holding freshmen from class? Hasn't happened to me, but I have heard about it especially during the fire team inspections if the inspections go late.

13.     Can you tell us about freshmen having to stand on line during the academic day? I don't think I have every seen that, no. No requirements to do wall slip

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████

Investigator Signature: ████████████


Student Name: ████████        UIN: ████████        ████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 14.   Can you tell us about not being allowed to lay down or sleep during the academic day? I don't do it, because early on were told not to sleep during the academic day, but doesn't remember who said. <br><br> a.   Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? Not napping necessarily, but during inspections open doors fast during the day (don't really kick it). <br><br> b.   Can you tell us about freshmen being smoked because their buddy was "sacking out"? Smoked means in a work out pulled out by a sophomore given harder workout, and so if a buddy is found "sacking out" then yes you get smoked because of that. <br><br> 15.   Can you tell us about cadets being afraid to go back to the dorms after class? I guess, I can see that, because not for a specific reason, but just because it's the corps, your afraid to go back to the dorm to have that corps experience. <br><br> 16.   Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? I think a few fish have been asked to go, but were told to go study with a buddy with the same major instead. <br><br> a.   Can you tell us about upperclassmen disrupting EST? Usually not bad things happening, but some joke around or talk to us and that sometimes can be disrupting but bad things aren't happening. <br><br> 17.   Can you tell us about your experience being kept up late at night(by upperclassmen). Usually I am kept up by my homework, no upperclassmen. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████

Investigator Signature: _~~signature~~_

**APP'X 1432**


## Investigation Statement Form

**Student Name:** ▮▮▮▮▮▮▮     **UIN:** ▮▮▮▮▮▮     ▮▮▮▮▮▮▮     **APP'X 1433**

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| a.　　Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? Yes that happened during freshman orientation week, but they no longer do that.  Don't know who. | |
| 18.　　Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? Yes that's happened before. Happens often like daily; does not want to disclose which upperclassmen to it. | |
| 19.　　Can you tell us about "fish dress" within the dorm/hallway? So, pullup tall whites, tucked in laces and shirts, told its motivating to do it but not required but all do it because its motivating. | |
| a.  Would the upperclassmen give you crap if you don't do it? Sure you would get crap if you don't do it, but I have always just done it. | |
| 20.　　Can you tell us about not being allowed to go to church during the week?No not that I know, they don't care about that – they let us go. | |
| 21.　　Can you tell us about not being allowed to go to certain places on campus to eat? Not supposed to go to Northgate as none are 21, but other than that allowed to go anywhere. | |
| 22.　　Can you tell us about freshmen not being allowed to eat a full meal? I don't think so, I haven't heard of that happening. | |
| a.　　Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food?Yes upperclassmen will ask you | |

The notes included above accurate▮▮▮▮▮▮▮▮▮▮ their ▮▮▮▮▮▮▮▮ provided to the investigators.

**Participant Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Investigator Signature:** ~~signature~~

**APP'X 1433**


Student Name: ▓▓▓▓▓▓▓▓    UIN: ▓▓▓▓▓▓    ▓▓▓▓▓▓▓▓▓▓▓▓

| Investigator Notes | For Student Corrections |
|---|---|
| question, and if you don't know what statement to make that takes awhile. Were you ever not able to finish because upperclassmen make you make statements. No, have been able to chow down, nor has seen buddies having to make statements so couldn't finish their meal. | |

b.      Can you tell us about freshmen having to eat so much food that they throw up? Hear that, but no specific details.  Others have thrown up, but no specific details about that.

23.      Can you tell us about freshmen getting smoked by upperclassmen? In workouts pulled aside and have to workout a lot more/harder than usual or the others. Happens routinely during afternoon training times Mondays and Fridays.



24.      Can you tell us about freshmen having to post against the wall? Every morning before formation get against the wall, stand at attention and greet the upperclassman.

a.      What does this position look like? Standing heels against the wall, head against the wall

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▓▓▓▓▓▓▓▓▓▓

Investigator Signature:

**APP'X 1434**

**Investigation Statement Form**



Student Name: ████████████    UIN: ██████████    ███████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 25.     Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Need, want, think and feel. Can't say class 25, 26, 27, so instead use your class year and subtract the number to get to the class year referenced, can't say brass (just can't) ,head (grape instead).<br><br>26.     Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.) ? No<br><br>27.     Is there anything we haven't asked you about that you would like to share? Don't think so. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____████████████████_____

Investigator Signature: _____

**APP'X 1435**


Student Name: ▋▋▋▋▋▋  UIN: ▋▋▋▋▋▋  ▋▋▋▋▋▋▋▋

| Investigator Notes | For Student Corrections |
|---|---|
| 1. How would you describe the culture in Sq-17? | |
| Definitely a challenge but it makes us really close. | |
| 2. Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? | |
| We've been told that as the corps goes on, it gets softer so we go with a higher standard. Maybe some of the rules the corps has and we have a harder experience to make us stronger. | |
| 3. Can you tell us about freshmen getting injured during PT? | |
| ▋▋▋▋▋▋▋▋▋▋▋▋▋ | |
| a. Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? | |
| At first, we would do planks and bear crawls on the quad on the concrete. We don't do it anymore. | |
| b. Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? | |
| I don't know of people passing out ▋▋▋▋▋▋▋ | |
| 4. Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? | |
| In FOW we would whip out in the dorms and push each other. | |

The notes included above accura▋▋▋▋▋▋▋▋▋▋▋ to the investigators.

Participant Signature: ▋▋▋▋▋▋▋▋▋▋

Investigator Signature: *[signature]*

**APP'X 1436**



## Investigation Statement Form

**Student Name:** ████████  **UIN:** ████████  ████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

5.  Can you tell us about freshmen being told to keep shower and toilet doors open?

We have the option to, but it's not a requirement.

6.  ████████████████████████████████████████████████████████████

8.  Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs?

a.  What type of wire were the freshmen told to obtain?

At first they showed us a pair of spurs to show what they should look like. We made spurs and then the night before we were supposed to start wearing them, we were told that we used the wring wire and we needed to use copper wire.

b.  How far were the freshmen told to go for this wire?

The notes included above accur████████████████████████ the investigators.

**Participant Signature:** ████████████████_____

**Investigator Signature:** _John M. Tegarden_____


Student Name: ▓▓▓▓▓▓▓▓    UIN: ▓▓▓▓▓▓    ▓▓▓▓▓▓▓▓▓▓▓▓

| **Investigator Notes** | **For Student Corrections** |
|---|---|

We went to home depot at around 8 pm to get new wire.

c.      Who gave the freshmen these directions?

I'm not sure. We were just told we had to remake them

d.      What time of day/night did this occur?

Around 8 pm. I was up all night re-making my spurs. I did not get

any sleep that night


e.      Which freshmen went to get the wire?


I don't know

f.      How was the wire paid for?

We all chipped in.

9.      Can you tell us about corps games that you've experienced?

Just the fish spurs, having to stay up all night.

10.     Can you tell us about upperclassmen directing freshmen to purchase

items on a list within a short time span?

Yes, during FOW. We had a list of stuff to get for our rooms.

Upperclassmen gave us a time limit.

a.      What items were the freshmen directed to purchase?

Cleaning materials, mop, broom, cleaning chemicals.

b.      How long were the freshmen given to obtain these items?

Not sure of the exact time given

The notes included above accura▓▓▓▓▓▓▓▓▓ the info▓▓▓▓▓▓▓▓▓▓ the investigators.

Participant Signature: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ _____

Investigator Signature: _____

**APP'X 1438**


## Investigation Statement Form

Student Name <span style="background:black">    </span>  UIN:

**Investigator Notes**                    **For Student Corrections**

c.    Which upperclassmen directed the freshmen to do this?

I do not remember.

11.    Can you tell us about freshmen having to purchase new brooms or

mops in order to be unified and have the same exact supplies as the

rest of the buddy class?



12.    Can you tell us about _____ or other upperclassmen holding

freshmen from class?

Not me personally but I think it happens. I'm not sure. I think it

happens during fireteam inspections when they go late.

13.    Can you tell us about freshmen having to stand on line during the

academic day?

I don't think I have ever seen that.

14.    Can you tell us about not being allowed to lay down or sleep during

the academic day?

I never tried it myself, we were told that we are not supposed to

sleep during the academic day but I cant remember who told us that.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: <span style="background:black">    </span>

Investigator Signature: _John M Ry_____

**APP'X 1439**



## Investigation Statement Form

Student Name: ▮▮▮▮▮▮▮▮     UIN: ▮▮▮▮▮▮▮     ▮▮▮▮▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| a. Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? | |
| For inspections during the day, they don't kick open the door but they open it really fast | |
| b. Can you tell us about freshmen being smoked because their buddy was "sacking out"? | |
| Yes, we would be pulled aside from everyone and do a harder workout than everyone else. | |
| 15. Can you tell us about cadets being afraid to go back to the dorms after class? | |
| There is not a specific reason for not going back to the dorms other than you don't want to deal with it. | |
| 16. Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? | |
| I think they were told to go study with a buddy with the same major instead. | |
| a. Can you tell us about upperclassmen disrupting EST? | |
| Nothing bad happens during EST. Sometimes upperclassmen will come talk to us. | |
| 17. Can you tell us about your experience being kept up late at night? | |
| No, usually I'm just kept up due to homework. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮▮

Investigator Signature:

**App'x 1440**


## Investigation Statement Form

**Student Name:** ██████████     **UIN:** ████████████     ████████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| a.   Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? <br><br> Yes, it did happen during FOW.  They no longer do that. | |
| 18.   Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? <br><br> Yes it has happened. It happens daily. | |
| 19.   Can you tell us about "fish dress" within the dorm/hallway? <br><br> We were told that its motivating to do it but not required. I'm sure we would get crap if we didn't do it. | |
| 20.   Can you tell us about not being allowed to go to church during the week? <br><br> They let us go. | |
| 21.   Can you tell us about not being allowed to go to certain places on campus to eat? <br><br> We are not supposed to go to northgate because we are not 21. | |
| 22.   Can you tell us about freshmen not being allowed to eat a full meal? <br><br> I never heard of that happening. | |

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ████████████████████

**Investigator Signature:** _John M Regan_ ████

**App'x 1441**


**Investigation Statement Form**

Student Name: ███████████     UIN: ███████████     ███████████████████

| Investigator Notes | For Student Corrections |
|---|---|
| a.  Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food?<br><br>If you don't know what statement to make it could take a while. I was always able to finish my meal.<br><br>b.  Can you tell us about freshmen having to eat so much food that they throw up?<br><br>I don't know specific details. I know some fish have gotten sick but don't know the details.<br><br>23.  Can you tell us about freshmen getting smoked by upperclassmen?<br><br>In workouts you will get pulled aside and have to do harder exercises. Mainly during Monday/Friday afternoon training times.  It happens to the same people most of the time. ████████<br>███████████████████████████████<br>███████████████████████████████<br><br>24.  Can you tell us about freshmen having to post against the wall?<br><br>a.  What does this position look like?<br><br>Just the position of attention.<br><br>25.  Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████████████████

Investigator Signature:

**APP'X 1442**


## Investigation Statement Form

Student Name ▆▆▆▆▆▆▆    UIN: ▆▆▆▆▆▆    ▆▆▆▆▆▆▆▆▆▆

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| We can's say 25, 26, 27, brass, head. For head we say grape. We never say brass. | |
| 26.  Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? | |
| No | |
| 27.  Is there anything we haven't asked you about that you would like to share? | |
| No | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▆▆▆▆▆▆▆▆▆▆

Investigator Signature: _John M Kyzar_



## Student Conduct Investigation
## Acknowledgement

| Name: ███████████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| UIN: ████████ | |

**Classification:** ■Freshman ☐Sophomore ☐Junior ☐Senior ☐Grad/Professional

**Address:** (if you live on campus, please include residence hall name AND P.O. Box if applicable)

| | |
|---|---|
| Email: ████████████ | Telephone #: ███████████ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1444**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

---

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ▮▮▮▮▮▮▮▮.

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

---

**Initial that which applies:**

▮▮▮ agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

---

Participant signature: _____▮▮▮▮▮▮▮_____ Date: _▮▮▮▮▮_____



**Investigation Statement Form**

Student Name: ███████     UIN: ███████     ████████████████

| Investigator Notes | For Student Corrections |
|---|---|
| 1.  How would you describe the culture in Sq-17?<br><br>It's building each other up.  They're hard on you, but that's how it is in every single outfit.  They're teaching you the hallmarks of leadership.  They're teaching your discipline, sacrifice, and how to serve your neighbor.  I think the culture leaves you better than it finds you.<br><br>2.  Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17?<br><br>I prefer not to answer.<br><br><br><br>a.  Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises?<br><br>It happens in our outfit and other outfits as well.  I believe it's standard training.  It comes from the planks we do and rolling down the grass.  It happens to me and to my buddies.  I believe it's normal.  It doesn't happen every single day, though.<br><br>b.  Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? |  |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____████████████_____

Investigator Signature:

**APP'X 1446**

### Investigation Statement Form



**Student Name:** ▮▮▮▮▮▮     **UIN:** ▮▮▮▮▮▮     ▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4.      Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled?

I prefer not to answer that question.

5.      Can you tell us about freshmen being told to keep shower and toilet doors open?

I prefer not to answer that question.

6.

(

That's something I've never heard about.  Whether the allegations are true or not, I don't think that is something an upperclassman would do.

I'm not sure what went down.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮_____

Investigator Signature: *[signature]*

**App'x 1447**


Student Name: ███████████     UIN: ████████     ████████████████

**Investigator Notes**                                    **For Student Corrections**

7.

I prefer not to answer that question.

8.     Can you tell us what the Sq-17 freshmen were told to do regarding

obtaining the wire to make fish spurs?

Initially, we made our fish spurs out of copper wire, which was our mistake,

because our first sergeant showed us his spurs which were made of thin, metal

wire.  He told us to make ours like his.  Later, after we bought the copper wire, he

told us we needed to purchase the thin metal wire just like his.  We ended up not

using the old copper wire.

a.     What type of wire were the freshmen told to obtain?

We were told to obtain thin metal wire of steel.

b.     How far were the freshmen told to go for this wire?

I don't know; I would assume the nearest store.  Some of my buddies just said

they went to get the wire.  It might have been far.

████████████████████████████████████████

d.     What time of day/night did this occur?

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ____████████_____

Investigator Signature: _____

**APP'X 1448**



**Student Name:** ▮▮▮▮▮▮  **UIN:** ▮▮▮▮▮▮  ▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮ | |

e.      Which freshmen went to get the wire?

I prefer not to answer that.

f.      How was the wire paid for?

We Venmo'd each other.  We paid about $50 individually for the wire.

9.      Can you tell us about corps games that you've experienced?

There's nothing that's too out of the ordinary.  We greet our upperclassmen and give them campusologies.  During training, they'll say, "Fish XXX, on me" then we'll do a class set of push-ups.  We don't do anything that out of the ordinary on our upperclassmen's orders.

10.     Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span?

About a month ago, we had an open night, so we had about two hours to ourselves.  They directed us to have a buddy dinner with a picture sent to the upperclassmen.  Then we went to Wal-Mart to get brasso, fabuloso, and other cleaning supplies.  We spent about 40 minutes to eat and get our picture, then we went to Wal-Mart.  We didn't get everything on time, but we got everything we needed.  They told us to prioritize getting the supplies over the meal.  They talked to us about getting in late.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____▮▮▮▮▮▮_____

Investigator Signature:


## Investigation Statement Form

Student Name: ███████████     UIN: ███████     ███████████████████

| Investigator Notes | For Student Corrections |
|---|---|
| **a.** What items were the freshmen directed to purchase? Fabuloso, brasso, shoe polish, some rags, ammonia, lemon pledge, Febreze, paper towels, steel clothing hangers, scissors, tape, duct tape, pipe cleaners, mop, broom, dust pan, colored pencils, and some notebooks. **b.** How long were the freshmen given to obtain these items? It was a two hour period, so we had about an hour to get the items. **c.** Which upperclassmen directed the freshmen to do this? I prefer not to answer. **11.** Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? ████████████████████████████████████████████████ **12.** Can you tell us about ███████ or other upperclassmen holding freshmen from class? I don't believe that's ever happened. It's never happened to me, and none of my buddies have told me it's happened to them. **13.** Can you tell us about freshmen having to stand on line during the academic day? | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____███████████_____

Investigator Signature:

**APP'X 1450**



## Investigation Statement Form

**Student Name** ▮▮▮▮▮▮    **UIN:** ▮▮▮▮▮▮    ▮▮▮▮▮▮    **APP'x 1451**

| **Investigator Notes** | **For Student Corrections** |
|---|---|

Yes, it's something that upperclassmen who are walking down the hall will say stuff like, "Post online if the Aggies are going to win" or "Post online if you want to go to lunch." It's not forcing us to do anything, it's just them asking us to do something. Nothing would happen if we didn't post online; they'd just move on.

14.    Can you tell us about not being allowed to lay down or sleep during the academic day?

I prefer not to answer.

a.    Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap?

I prefer not to answer.

b.    Can you tell us about freshmen being smoked because their buddy was "sacking out"?

During PT or afternoon training time, if someone doesn't remember a campo or doesn't remember an upperclassman's name, major, or hometown, they'll PT us. They want us to all experience the same things. If a buddy messes up, we'll have to do extra PT. If somebody misses a rep, we have to do extra reps to catch up.

15.    Can you tell us about cadets being afraid to go back to the dorms after class?

I'm not sure if anyone is really afraid. Everyone wants to spend their academic day doing the things they like, such as going to the Commons or hanging out with

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____▮▮▮▮▮▮_____

Investigator Signature: _____



## Investigation Statement Form

Student Name: ████████  UIN: ████████  ████████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

buddies. Having freedom is better than having to do evening formation. It's more about making the most of your day before you have to go back.

16.     Can you tell us about upperclassmen denying freshmen to go to the library to study during EST?

I prefer not to answer.

a.     Can you tell us about upperclassmen disrupting EST?

I don't know that they have, at least, not for me. Whenever we're studying in the dorms from 7:30pm to 10:30pm, nobody bothers us. We just put a shoe in the door. Noone comes in our hole to mess around. That's how it's been for me. At 10:30pm, we go to the fallout hole for a buddy meeting or we'll wait for an upperclassman to come tell us a story.

We keep a boot in the door to ensure we're aware that they are keeping an eye on us. They can hear what we're doing inside the dorm. If we're talking, we should be studying instead.

17.     Can you tell us about your experience being kept up late at night?

I prefer not to answer.

a.     Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week?

I prefer not to answer.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____███████████_____

Investigator Signature: _____*[signature]*_____

**App'x 1452**


Student Name: ███████        UIN: ███████        ███████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 18.  Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? <br><br> I prefer not to answer. <br><br> 19.  Can you tell us about "fish dress" within the dorm/hallway? <br><br> I assume it's standard for all fish in the Corps.  For our outfit, we have to pull up socks above our ankles, tuck in our shirts, button buttons, and zip zippers.  Once everything is situated, we go into the hallway.  If we missed something, the upperclassmen just correct us.  I assume an upperclassman would get onto them if they chose not to do it.  They'd tell us we're required to do it because we represent the outfit.  If a fish really didn't want to do it, they'd probably call them soft and leave it alone.  I would say fish dress is required. <br><br> 20.  Can you tell us about not being allowed to go to church during the week? <br><br> I don't believe any of us have been told to not go to church. ███████ <br> ████████████████████████████████ <br> ████████████████████████████████ <br><br> 21.  Can you tell us about not being allowed to go to certain places on campus to eat? <br><br> I prefer not to answer. <br><br> 22.  Can you tell us about freshmen not being allowed to eat a full meal? | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____████_____

Investigator Signature:

**APP'X 1453**



## Investigation Statement Form

**Student Name** ███████████    **UIN** ████████    ████████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| I prefer not to answer.<br><br>a.    Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food?<br><br>I prefer not to answer.<br><br>b.    Can you tell us about freshmen having to eat so much food that they throw up?<br><br>I don't know that anyone had to do something like that.  If they want to get another hot plate, it's up to the upperclassmen.  If they've had two, the upperclassmen may say, "No, you've had two."  We're required to get permission from an upperclassman to get another plate.<br><br>23.    Can you tell us about freshmen getting smoked by upperclassmen?<br><br>I would say that any time it's not the academic day (morning and afternoon training times, and morning and afternoon formations), they'll say "Come with me, we're going to do push-ups."  They do the push-ups with us.  They don't single anyone out.  We do the same exercises as everyone else.  They'll tell us to do more reps after we've done lots of sets.  It's expected to be hard.  People call it a smoke session, but it teaches us discipline, gets us more fit, and helps us max out the PFT.  Some days are harder than others, but after a break, they want to show us that the Corps requires us to stay motivated to do hard things.  It's about doing things together as a class; it's not just to smoke us.<br><br>24.    Can you tell us about freshmen having to post against the wall? | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____ ██████████ _____

Investigator Signature:

**APP'X 1454**




## Investigation Statement Form

**Student Name:** ▮▮▮▮▮▮  **UIN:** ▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮

**Investigator Notes**    **For Student Corrections**

During morning and evening formation, we typically post on the wall after we blow call. We all go to put our backs against wall, stare straight, and the fish on the end will greet the upperclassmen. We greet all the seniors, then juniors, then sophomores.

a.    What does this position look like?

See above.

25.    Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead?

Zip – senior

Butt – junior

Pisshead – sophomore

Think – Cogitate

Like – Prefer

Feel - Cogitate

Want – Prefer/Desire

Need – Require

I believe other outfits do this as well.

26.    Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)?

No, sir.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____▮▮▮▮▮▮_____

Investigator Signature: _____

**App'x 1455**

Division of Student Affairs
Student Conduct Office

**Investigation Statement Form**



Student Name: ████     UIN: ████     ████     **App'x 1456**

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 27.    Is there anything we haven't asked you about that you would like to share?<br><br>No, ma'am. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____████_____

Investigator Signature: _____

**App'x 1456**


## Investigation Statement Form

Student Name ███████████        UIN: ███████        ████████████████

| Investigator Notes | For Student Corrections |
|---|---|

1.     How would you describe the culture in Sq-17? Building each other, they're hard on you that's how it is for every outfit, and all that they're really teaching you the hallmarks of leadership, and sacrifice for the people around you, serve your neighbor. Overall the culture leaves you better than it finds you. That's my opinion.

2.     Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? I'd prefer not to answer that question.

████████████████████████████████████████████

a.     Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? (student has visible injuries on forearms during interview) I think it's something that happens to other outfits as well, I do believe it's standard training. We did these planks, roll in grass, roll down a tarp hill. It happened to me, my buddies have them as well. (Showed significant abrasions on both forearms).

████████████████████████████████████████████

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____████████_____

Investigator Signature: _[signature]_

**APP'X 1457**



**Investigation Statement Form**

Student Name: ████████    UIN: ████████    ████████████

| Investigator Notes | For Student Corrections |
|---|---|

████████████████████████████████

4.  Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? I'd prefer not to answer that question.

5.  Can you tell us about freshmen being told to keep shower and toilet doors open? Prefer not to answer that question.

6.

I've never heard about this, that does surprise me because I don't think that'd be something forced by an upperclassmen. Something forced might be memorizing campos or do some

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____████████_____

Investigator Signature: *Laura Pruitt*

**APP'X 1458**


Student Name:                    UIN:                    Interview Date

| **Investigator Notes** | **For Student Corrections** |
| --- | --- |

training, do some training,

Not really sure what went down.

████████████████████████████

8.      Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? Initially when we made our spurs we made them out of copper wire, which was our mistake because our first sgt Seiber showed us that his spurs were made of this more thin metal wire. He said make it exactly like mine. We assumed we needed to do the same design, but not exact exact. But then after we bought the copper wire, they told us it has to be exact same as his. The following day we went and got some thin metal wire and molded that and made new fish spurs. We still have the old copper wire.

a.      What type of wire were the freshmen told to obtain? Thin metal wire of steel. That's about as specific as I can get.

b.      How far were the freshmen told to go for this wire? I'd assume nearest store. It might have been far, I don't know.

████████████████████████████

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____████████_____

Investigator Signature: _~Lauren Brett~_

**App'x 1459**



**Investigation Statement Form**

Student Name: ███████    UIN: ███████    ███████

| Investigator Notes | For Student Corrections |
|---|---|
| ███████████████████████ | |

e.    Which freshmen went to get the wire? Prefer not to answer that one.

f.    How was the wire paid for? We all venmo'd each other collectively. I paid about $15 towards it individually.

9.    Can you tell us about corps games that you've experienced? I would say honestly there's nothing that's too out of the ordinary. Every time we interact with an upperclassmen, its about greeting them properly or giving them a campos, or during training it's like "fish whoever, on me" and we'll do a certain amount of push up or sit ups or exercise, and then we'll go back to the group and keep pushing. We don't do anything that other fish don't really do under our upperclassmen's orders.

10.    Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? About a month ago, we had an open night so we had maybe two hours to ourselves and they told us that we would have a buddy dinner and picture of everyone sent to upperclassmen, and then we all had to buy a certain number of supplies from Walmart or wherever else. Each of us would have part of the supplies needed, cleaning supplies and whatnot. I think we waiting a little over 40 mins for everyone to get to the place

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████

Investigator Signature: *[signature]*

**APP'X 1460**


## Investigation Statement Form

Student Name: ▮▮▮▮▮▮     UIN: ▮▮▮▮▮▮     ▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|

we were going to eat. We had maybe an hour to go get the supplies. We didn't get everything on time, but when we showed up, we showed up late with everything we needed. But they told us next time we need to be more prepared and prioritize getting the supplies over the meal because we need you back on time. That's pretty much it.

a.      What items were the freshmen directed to purchase? Fabuloso, brasso, shoe polish, rags, ammonia, lemon pledge, febreeze, paper towels, steel clothing hangers, scissors, tape, duct tape, pipe cleaners, mop, broom with dustpan, colored pencils, and some notebooks and that was it.

b.      How long were the freshmen given to obtain these items? Around an hour to do the shopping.

c.      Which upperclassmen directed the freshmen to do this? Prefer not to answer that question.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____▮▮▮▮▮▮_____

Investigator Signature: _____


Student Name ███████     UIN: ███████   ████████████████

| **Investigator Notes** | **For Student Corrections** |

12. Can you tell us abou⟋          or other upperclassmen holding freshmen from class? I don't believe that's happened, it's never happened and I've not heard that from any of my buddies.

13. Can you tell us about freshmen having to stand on line during the academic day? It's something upperclassmen are walking down the hall and if we're working in the dorms, they'll say to post online if you think the aggies will win by this much, or post on line if you want to get lunch with us, etc. It's nothing forcing us to do anything, it's just asking us. Nothing would happen if we didn't do it.

14. Can you tell us about not being allowed to lay down or sleep during the academic day? Prefer not to answer that question.

a. Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? Prefer not to answer that question.

b. Can you tell us about freshmen being smoked because their buddy was "sacking out"? It's really just during PT or ATT, basically if someone doesn't remember a campo or know someone's three deets, then it's something they're trying to teach us that we all are in the same boat of everyone else. If everyone is ahead or behind it's not fair. They want us to experience the same things. If they mess something like that up, we have to do extra push ups we have to make up

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____████████_____

Investigator Signature: *[signature]*

**APP'X 1462**


Student Name [REDACTED]          UIN: [REDACTED]          [REDACTED]     **APP'X**

### Investigator Notes

### For Student Corrections

for that. If someone misses a rep, we all have to do an extra rep to catch up with them.

15.      Can you tell us about cadets being afraid to go back to the dorms after class? Not sure if anyone's that's really afraid. Most just want to spend their academic day with the freedom they have to do stuff they like, like going to the commons mostly or hanging out with buddies before day is over. Having freedom is so much better than having to do evening formation. It's more of making the most of your day before you have to go back.

16.      Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? Prefer not to answer this question.

a.      Can you tell us about upperclassmen disrupting EST? I don't know that they have, at least not for me. Whenever we're studying in the dorms from 7:30-10:30pm, no one comes in and bothers us. They tell us to put a shoe between the door and frame so the door can be cracked open. Not really sure why we need to keep the door crack. I'd assume they want to make sure we're aware they're outside and we should be doing what we should be, they want to hold us accountable by making us aware they can hear what we're doing inside the hole. So if we're talking, start studying instead. Until 10:30, after that we'll go have a buddy meeting or get information on the day.

17.      Can you tell us about your experience being kept up late at night? Prefer not to answer that question.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____[REDACTED]_____

Investigator Signature: _____

**APP'X 1463**

## Investigation Statement Form



**Student Name:** ▮▮▮▮▮▮▮   **UIN:** ▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

a.      Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? Prefer not to answer.

18.      Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? Prefer not to answer.

19.      Can you tell us about "fish dress" within the dorm/hallway? I assume it's standard for all of us fish, but for our outfit, when we go inside, we have to pull up tall white socks, tuck in shirts and make sure every fastener is fastened, every button and zipper, once we do that, then we can go up into our hallway, everything is fine as long as we're in fish dress. If we're not, they'll tell us to fish dress. If someone didn't want to, assume an upperclassmen would get on to them – it's our outfit rule, you are required to zip up because this is you representing our outfit and we need you to listen to what we're saying. If they really don't want to do it, I think they would just call them soft but leave them alone. I would say yes, it is required.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____▮▮▮▮▮_____

Investigator Signature: _____

**APP'X 1464**


Student Name [REDACTED]          UIN: [REDACTED]          [REDACTED]

| Investigator Notes | For Student Corrections |
|---|---|
| 21. Can you tell us about not being allowed to go to certain places on campus to eat? Prefer not to answer.<br><br>22. Can you tell us about freshmen not being allowed to eat a full meal? Prefer not to answer.<br><br>a. Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? Prefer not to answer.<br><br>b. Can you tell us about freshmen having to eat so much food that they throw up? I don't know that anyones has had that. If they want to get another hot plate, I guess it's up to the upperclassmen if they can have more than two. No one is forcing you to. You are required to get permission from an upperclassmen to get another hot plate.<br><br>23. Can you tell us about freshmen getting smoked by upperclassmen? Any time it's not the academic day, during PT and ATT and morning/evening formation, really during those times, if we don't know a campos they'll have us go with them to do push ups, etc. During training times they don't necessarily single anyone, we do the same things as everyone else. They'll tell us to keep doing more and more reps when we've done 5 sets already when we're tired. In general it's a workout, expected to be hard. People call it a smoke session but I think it's something that teaches us more discipline and max out the PFT. Somedays are a lot harder than others but I think that's because after a big break they want us to come back and show us that the Corps requires you to stay | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature: [signature]

**APP'X 1465**


Student Name: ▮▮▮▮▮▮▮  UIN: ▮▮▮▮▮  ▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|

motivated, and keep doing hard things. The biggest thing is we're motivated and doing things together as a class. It's not smoking us to smoke us, I think it's all for a reason.

24. Can you tell us about freshmen having to post against the wall? During morning/evening formation it's kind of another typical thing that we do where after we blow call, we post against the wall. We all go to put our backs against the wall, stand up straight and stare forward. The guys on either end will greet the upperclassmen. If it's senior they stamp both feet, then junior they greet, then sophomores, and then that will be it.

a. What does this position look like? See above.

25. Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Zip, butt, pisshead because those are ranks of upperclassmen and we are not entitled to those ranks. We can't know think, like, feel, want, need. Instead it's require, prefer/desire, instead of think we say cogitate, feel we say cogitate. Believe it's across other outfits as well.

26. Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No.

27. Is there anything we haven't asked you about that you would like to share? No.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮

Investigator Signature: ▮▮▮▮▮▮▮▮▮▮



## Student Conduct Investigation
## Acknowledgement

| Name | ███████████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|---|
| UIN: ███████ | | |

**Classification:** ■Freshman  ☐Sophomore  ☐Junior  ☐Senior  ☐Grad/Professional

**Address**: (if you live on campus, please include residence hall name AND P.O. Box if applicable)

|  |  |
|---|---|
| | ████████████ |
| | |
| Email: ████████████ | Telephone #: ████████████ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. (*Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules*)

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1467**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

-----------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ▮▮▮▮▮▮▮

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

-----------------------------------------------------------------------

**Initial that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

-----------------------------------------------------------------------

**Participant signature:**_____ Date_____



## Investigation Statement Form

Student Name: ███████████   UIN: ████████   ████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

1.      How would you describe the culture in Sq-17? Mmm, I enjoy it a lot. I feel they really push us in a physical training aspect. They gave me the brotherhood I was looking for when joining the Corps. Upperclassmen really want to see you succeed, not just physically, but career wise, but career and spiritually wise. They are really great guys.

2.      Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? Um, I can't. I haven't heard it. I've heard it does apply. No, I haven't heard. They have never specifically said that. So yea, it does apply to us for sure.

████████████████████████████████

a.      Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? I can't. Um. As I know seal crawls, I don't see any how any one would get hurt. We also have not done high crawling.

████████████████████████████████

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████

Investigator Signature: _Skylar Latham_

**APP'X 1469**


Student Name: ███████████        UIN: ████████        ████████████████

and didn't rush him up. I have not heard of buddies being told to not say anything.

4.      Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? No, we just whipped out in holes. Went into the holes. The rooms were illuminated. No shoving. We would be in the hallways practicing whipping out, then would go into a hole, practice, and then go into the next hole.

5.      Can you tell us about freshmen being told to keep shower and toilet doors open? Uh, no. I think we are just so used to treating it like a locker-room. They haven't told us to do that. It's just one time to get to talk/get to know each other. We do have them open, but we choose to do it. Some guys close them. It depends on the person.

6.

I cannot.

████████████████████████████████████████

8.      Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? We went to a Lowes in town.

a.      What type of wire were the freshmen told to obtain? Copper/bronze type of wire.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████████████████

Investigator Signature: _____

**App'x 1470**



## Investigation Statement Form

Student Name: ███████  UIN: ███████  ███████

b.  How far were the freshmen told to go for this wire?

███████

d.  What time of day/night did this occur? That weekend, prior to the Arkansas game. We finished it that Sunday night in our dorm's rooms.

███████

f.  How was the wire paid for? Answered.

9.  Can you tell us about corps games that you've experienced? Just like using statements like the "sir" statements. So, making statements in the third person. Wildcatting.

10.  Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? There's been like our outfit merchandise they've encouraged us to buy. They don't force us or tell us to do it in a tight timeline. They just gave us a link and said here's our merchandise. They have encouraged us to get cleaning supplies for our rooms. Like mops and trashcans.

a.  What items were the freshmen directed to purchase? Answered.

b.  How long were the freshmen given to obtain these items? Went to a buddy dinner and just went to a few stores after. We had a decent amount of time. Took time because some stores were over picked by other outfits... but I can't really give you a time.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████

Investigator Signature: _____


**Investigation Statement Form**

Student Name: ███████████          UIN: ███████          ████████████

c.       Which upperclassmen directed the freshmen to do this? I think it was... I

don't know. Pretty sure it was our                    , again. He just sent us a list and

said "go get your buddy dinner and pick up these items for yours rooms. This was

all during onboading



12.      Can you tell us about                       or other upperclassmen holding

freshmen from class? I haven't heard anything from it. No, I can't really speak on

that.

13.      Can you tell us about freshmen having to stand on line during the

academic day? No, they don't mess with us during the academic day.

14.      Can you tell us about not being allowed to lay down or sleep during the

academic day? No, I cannot. They have not addressed that. I know guys definitely

do. But I haven't. Usually that's the time I'm free to hangout with my buddies.

a.       Can you tell us about upperclassmen kicking in doors during the

academic day while cadets were trying to nap? No.

b.       Can you tell us about freshmen being smoked because their buddy was

"sacking out"? No. I didn't realize what sacking out meant.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ___████████████████___

Investigator Signature:           **APP'X 1472**


15.     Can you tell us about cadets being afraid to go back to the dorms after class? No.

16.     Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? No, they actually encourage that.

a.     Can you tell us about upperclassmen disrupting EST? No.

17.     Can you tell us about your experience being kept up late at night? Like passed EST? No. Usually is just go to bed unless I'm studying longer.

a.     Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week?  No, ma'am.

18.     Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"?  No. I mean yelled at, sure. But not that phrase.

19.     Can you tell us about "fish dress" within the dorm/hallway? Oh yea. That's another thing we are doing as a buddy class. We already have shaved heads, might as well unify. We want to make it known we are 17 fish since we can't all wear the same non-reg clothes. Just another way to look the same because we are the greatest.

████████████████████████████████████████

21.     Can you tell us about not being allowed to go to certain places on campus to eat? No, I eat at every place.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████████_____

Investigator Signature: _____

**APP'X 1473**


## Investigation Statement Form

Student Name ████████████  UIN: ████████  ████████████

22.     Can you tell us about freshmen not being allowed to eat a full meal? No. Normally a lot of people get two to three plates. Just depends on the freshman and if they're hungry. Depends on the person. Some guys aren't hungry so just eat their snacks.

a.      Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? Nothing that limits the time. They just ask about our day.

b.      Can you tell us about freshmen having to eat so much food that they throw up? No one said anything about that. No, I haven't heard anything.

23.     Can you tell us about freshmen getting smoked by upperclassmen? Not like individually. I'd say they just kinda call our normal workouts "smokers." I think I'm still confused on what a smoker is. It's just normal stuff pushups, burpees, bear crawls, stuff like that.

24.     Can you tell us about freshmen having to post against the wall? It's a way to greet. It happens in the mornings and we post and greet our upperclassmen. We do blow call first, and greet our upperclassmen as they fall out to formation.

a.      What does this position look like? Standing at attention.

25.     Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? There's heads, butts, and zips. Or sophomores, juniors, and seniors. We are not allowed to say heads, butts, and zips. We just refer to them at "sir."

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████

Investigator Signature: _____

APP'X 1474


Student Name: ████████████    UIN: ████████    ████████████████

26.     Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No.

27.     Is there anything we haven't asked you about that you would like to share?  No, ma'am.

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ____████████████████____

**Investigator Signature:** ____*[signature]*____                **APP'X 1475**


**Investigation Statement Form**

Student Name: [REDACTED]          UIN [REDACTED]          Interview Date [REDACTED]

11. Were any of your other buddy class members told a different directive for their fish spurs? No, we were all pretty unified. Got the materials and made the same looking spurs.

12

The guy who bought the bottle caps was also reimbursed. It was all evened out.

13. What upperclassmen have engaged in "third person" statements or any other corps games with you/your buddies? No, I cannot. It was during onboarding.

14. Were there any consequences or repercussions for not getting the same cleaning supplies/tools? No.

15. Who directed you to get the same cleaning supplies/tools? We just got a list with specific items to purchase. We understood from there to get the same supplies.

16. In times you have been or witnessed another freshman being yelled at, who was yelling? I think every upperclassmen has.

17. Can you think of any specific freshman you witnessed being yelled at? No, they don't just target one guy.

18. What do you do for fish dress? Tuck in our shirts and pull our socks up.

19. What if you wear ankle socks? You don't... the corps handout told us to get tall white socks and so we just wear those.

The notes included above accu[REDACTED] the investigators.

Participant Signature: [REDACTED]

Investigator Signature: _____


## Investigation Statement Form

Student Name: ██████████ UIN ███████ ████████████

20. Who had the idea for fish dress and did any upperclassmen direct you to do fish dress? No upperclassmen. The freshman came up with it one night. But I don't remember who came up with the actual idea.

21. Have you ever been encouraged to eat at one specific place over others? I mean, we all encourage each other to eat at Duncan. Gives us more space to eat as buddy class. We try to not eat lunch alone. But I've gone elsewhere for meals. Depends on the day and who wants to go.

22. What are your dining procedures? We go in sit, unified, get chow, and then they ask about our days, news facts, stuff like that.

23. Are you allowed eat while talking? Yes.

24. Who told you, specifically upperclassmen, that you can't say heads, butts, and zips? I can't think of one.

25. Who typically leads your smokers? No one specific guy, just a bunch of upperclassmen. I think every upperclassmen has done it. They also participate in it with us.

26. Did any specific upperclassman give you can directive on how to post during the morning? I can't tell you. It was during onboarding when we learned it.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████████

Investigator Signature: _Jaylen Litton_ 

APP'X 1477


## Investigation Statement Form

Student Name: ███████████     UIN: ████████     ████████████████

| Investigator Notes | For Student Corrections |
|---|---|
| 1.      How would you describe the culture in Sq-17?<br><br>I enjoy it a lot they push us with physical training and brotherhood, with upperclassmen that care about career and spritualy. I look up to them.<br><br>2.      Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17?<br><br>I can't, I haven't heard that. They didn't say that.<br><br>███████████████████████████████████████<br><br>a.      Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises?<br><br>I can't, Seal crawls is up on hands and we haven't done high crawls.<br><br>b.      Can you tell us about cadets passing out or getting injured during PT and being told not to say anything?<br><br>███████████████████████████████████████<br><br>4.      Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled?<br><br>No, we just whipped out in the dorm rooms that were illuminated. I cant remember one upperclassman telling us to go whip out in any specific rooms.<br><br>5.      Can you tell us about freshmen being told to keep shower and toilet doors open?<br><br>No, we treat it like a locker room, it's a time to get to know each other, we do it but we are aware that we are allowed to close them is we chose. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████████

Investigator Signature: _____


## Investigation Statement Form

Student Name: ██████████        UIN: ████████        ██████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

6.

I cannot.

████████████████████████████████

8.      Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs?

We went to LOWES in CSTAT.

a.      What type of wire were the freshmen told to obtain?

Copper/Bronze

b.      How far were the freshmen told to go for this wire?

████████████████████████████████

d.      What time of day/night did this occur?

The weekend prior to the Arkansas game and finished them Sunday night in our dorm rooms.

████████████████████████████████

f.      How was the wire paid for?

All of the fish chipped in and rembursed those that made the purchase.

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ████████████████████

**Investigator Signature:** _____

**APP'X 1479**


## Investigation Statement Form

Student Name ██████████████  UIN: ██████  ████████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

9.      Can you tell us about corps games that you've experienced?

Making statements in the third person, wild catting, it is hard to answer. On boarding they taught us how to fish speak.

10.      Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span?

No, theres is our outfit merchandise but there is no other stuff and it is time sensitive because the order window closes.

a.      What items were the freshmen directed to purchase?

Cleaning supplies, trash cans, all during on boarding for room SOP.

b.      How long were the freshmen given to obtain these items?

We had a fair amount of time because we had to go to many different stores to get the necessary supplies.

███████████████████████████████████

11.      Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class?

███████████████████████████████████

12.      Can you tell us about ███████████ or other upperclassmen holding freshmen from class?

I haven't heard anything about that and I can't speak on that.

13.      Can you tell us about freshmen having to stand on line during the academic day?

They don't mess with us during the academic day.

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ████████████████████████

**Investigator Signature:** _____

**App'x 1480**


## Investigation Statement Form

Student Name [REDACTED]                UIN: [REDACTED]          [REDACTED]

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

14. Can you tell us about not being allowed to lay down or sleep during the academic day?

I cannot they have not address that. I know that guys definetly do that. I usually use that time to hang out with my buddies anyway.

a. Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap?

No.

b. Can you tell us about freshmen being smoked because their buddy was "sacking out"?

No.

15. Can you tell us about cadets being afraid to go back to the dorms after class?

No.

16. Can you tell us about upperclassmen denying freshmen to go to the library to study during EST?

No they acutally encourage it.

a. Can you tell us about upperclassmen disrupting EST?

No.

17. Can you tell us about your experience being kept up late at night?

No. usually if I am up late studing I still go to sleep before that.

a. Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week?

No.

18. Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"?

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: [REDACTED]

Investigator Signature: _____

**App'x 1481**



## Investigation Statement Form

Student Name ███████████     UIN: ███████     ████████████████

| **Investigator Notes** | **For Student Corrections** |
| --- | --- |

No, being yelled at yes but not being called that. I think that every upperclassman has yelled at us. They don't just target one person.

19.     Can you tell us about "fish dress" within the dorm/hallway?

Yes, it's another thing that we use as a buddy thing to unify, we can't wear all identical Non-Reg clothes. Tuck in your shirts and pull our socks up. In the CC creations trunk it only came with tall white socks. I can't remember with who came up with the idea of fish dress during On boarding.

████████████████████████████

21.     Can you tell us about not being allowed to go to certain places on campus to eat?

No, I eat just about every place. We encourage each other to eat at Duncan as a group.

22.     Can you tell us about freshmen not being allowed to eat a full meal?

 No. Typically most get two or more plates.

a.     Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food?

We go and set up our dining setup and then sit down and then we are asked basic questions that typcially occur during a family meal.

b.     Can you tell us about freshmen having to eat so much food that they throw up?

     I haven't heard that.

23.     Can you tell us about freshmen getting smoked by upperclassmen?

     Not like individually, they call our normal workouts smokers.

24.     Can you tell us about freshmen having to post against the wall?

     Yes it is our way to greet our upperclassmen daily in the morning.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████████

Investigator Signature: _____

APP'X 1482



## Investigation Statement Form

Student Name: ███████████     UIN: ███████████     ███████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| a.    What does this position look like? | |
| Standing at attention. | |
| 25.    Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? | |
| Heads, Butts, and Zips, not allowed to say, we referred to them as Sir only. | |
| 26.    Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? | |
| No. | |
| 27.    Is there anything we haven't asked you about that you would like to share? | |
| No. | |
| 28. Whom leads the "Smokers"? | |
| All of the upperclassmen and they particpate with us. | |
| 29. Whom directs you to post up in the hallways? | |
| I can't recall specifically. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████████████████

Investigator Signature: _____

**APP'X 1483**



## Student Conduct Investigation
## Acknowledgement

| Name ██████████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| UIN: ████████ | |

**Classification:** ■Freshman ☐Sophomore ☐Junior ☐Senior ☐Grad/Professional

**Address:** (if you live on campus, please include residence hall name AND P.O. Box if applicable)

| Email: ██████████ | Telephone #: ██████████ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. (*Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules*)

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

------------------------------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ▮▮▮▮▮▮▮▮

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

------------------------------------------------------------------------------------------------

**Initial that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

------------------------------------------------------------------------------------------------

**Participant signature** ▮▮▮▮▮▮▮▮▮▮ _____ Date: ▮▮▮▮▮▮ _____

**APP'X 1485**



### Investigation Statement Form

Student Name ████████  UIN: ████████  ██████████████  **App'x 1486**

| **Investigator Notes** | **For Student Corrections** |
|---|---|

1.      How would you describe the culture in Sq-17? Brotherhood which is hard to describe but a good culture to be part of.

2.      Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? Somethings that don't apply like rack drills during FOW but not called rack drills.

3.      Can you tell us about freshmen getting injured during PT? Naturel injuries.  Not  because of the intensity of the training session.

a.      Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises?  None.

████████████████████

4.      Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? Did an entire whip out as a class but no dark rooms or wrestling.

5.      Can you tell us about freshmen being told to keep shower and toilet doors open? None

6.

                                no

7.

                                No

The notes included above accura████████████████ the information ████████ the investigators.

Participant Signature: ████████████

Investigator Signature: _____

Division of Student Affairs
Student Conduct Office



## Investigation Statement Form

Student Name: ███████  UIN: ███████  ████████

**APP'X 1487**

| Investigator Notes | For Student Corrections |
|---|---|

███████████████████████████

a.    What type of wire were the freshmen told to obtain? Copper wire

b.    How far were the freshmen told to go for this wire? Bryan

████████████████████████

d.    What time of day/night did this occur? Don't recall but significant time to make them

e.    Which freshmen went to get the wire? Don't remember

f.    How was the wire paid for? Split the cost.

9.    Can you tell us about corps games that you've experienced? Going out the arches moving with intensity.

10.   Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? No

a.    What items were the freshmen directed to purchase? Opportunities to purchase items for families from web sites.  Not directed to do so.

b.    How long were the freshmen given to obtain these items? n/a

c.    Which upperclassmen directed the freshmen to do this? No one person directed it.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████

Investigator Signature: _____


Student Name: ▮▮▮▮▮▮    UIN: ▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|

11.    Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? No

12.    Can you tell us about ▮▮▮▮▮▮ or other upperclassmen holding freshmen from class? No

13.    Can you tell us about freshmen having to stand on line during the academic day? No

14.    Can you tell us about not being allowed to lay down or sleep during the academic day? No allowed to sleep.

a.    Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? No

b.    Can you tell us about freshmen being smoked because their buddy was "sacking out"?  Not getting smoked but held accountable.

15.    Can you tell us about cadets being afraid to go back to the dorms after class? None

16.    Can you tell us about upperclassmen denying freshmen to go to the library to study during EST?no

a.    Can you tell us about upperclassmen disrupting EST? some meeting but not the entire EST. Zoom meetings sometimes about charities.

17.    Can you tell us about your experience being kept up late at night? Buddy Meetings sometimes not directed to stay up.

The notes included above accu▮▮▮▮▮▮▮▮▮▮▮formation provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮▮

Investigator Signature: __________

**APP'X 1488**

**Investigation Statement Form**



Student Name: ███████        UIN: ████    ████████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| a.     Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? Has not happen<br><br>18.     Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? No<br><br>19.     Can you tell us about "fish dress" within the dorm/hallway? No<br><br>20.     Can you tell us about not being allowed to go to church during the week? Allowed<br><br>21.     Can you tell us about not being allowed to go to certain places on campus to eat? No<br><br>22.     Can you tell us about freshmen not being allowed to eat a full meal? No<br><br>a.     Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? Does not disrupt eating.<br><br>b.     Can you tell us about freshmen having to eat so much food that they throw up? No<br><br>23.     Can you tell us about freshmen getting smoked by upperclassmen? During morning training sessions pushups.<br><br>24.     Can you tell us about freshmen having to post against the wall? For greeting and going somewhere as a unit<br><br>a.     What does this position look like? Attention | |

The notes included above accura███████████formation provided to the investigators.

Participant Signature: ████████_____

Investigator Signature: __________

**App'x 1489**



## Investigation Statement Form

**Student Name:** ███████      **UIN:** ███████      ██████████████

| Investigator Notes | For Student Corrections |
|---|---|
| 25.     Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? no | |
| 26.     Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? yes website for Charities. | ██████████████ |
| 27.     Is there anything we haven't asked you about that you would like to share? No | |

The notes included above accu███████████ation provided to the investigators.

**Participant Signature:** ███████████

**Investigator Signature:** _____ ⟋⟍⟋⟍ _____

**App'x 1490**


Student Name: ███████      ███████████      ██████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 1.      How would you describe the culture in Sq-17? Like a brotherhood I cannot really describe.  I've gotten closer with my brothers in 8 weeks than my friends in high school.  Good culture and they just make it difficult to bring us together.<br><br>2.      Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? Definitely some things they think don't apply.  Things that I think they are using to try to develop us.  Like the rack drills during FOW, did not call them rack drills that all the corps seems to do not just Sq-17.<br><br>███████████████████████████████████<br><br>a.      Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? No. I don't think tat has happened.<br><br>███████████████████████████████████<br><br>4.      Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled?  No.  We did whip out in the halls, but no wrestling or dark rooms. | |

The notes included above accurate ████████████ nation provided to the investigators.

Participant Signature: ___████████████_____

Investigator Signature: _____*[signature]*_____

**APP'X 1491**


## Investigation Statement Form

Student Name: ███████████          UIN: ███████████          ███████████████████

| Investigator Notes | For Student Corrections |
|---|---|

5.      Can you tell us about freshmen being told to keep shower and toilet doors open? No.

6.

No

███████████████████████████████████████

███████████████████████████████████████

a.      What type of wire were the freshmen told to obtain? copper

b.      How far were the freshmen told to go for this wire? Pretty sure they found it in Bryan as a tractor Supply or something.

███████████████████████████████████

d.      What time of day/night did this occur?  I don't recall but we had significant time to make them.

e.      Which freshmen went to get the wire?  I don't remember.

f.      How was the wire paid for? I'm not sure but I'm sure we split the cost.

The notes included above accu██████████████████ation provided to the investigators.

Participant Signature: ████████████_____

Investigator Signature: _____

**APP'X 1492**



## Investigation Statement Form

Student Name ████████    UIN: ████████        ████████

| Investigator Notes | For Student Corrections |
|---|---|

9.      Can you tell us about corps games that you've experienced? Just like the moving with intensity that we do. Give that effort to 100%. I think that is important.

10.     Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? No

a.      What items were the freshmen directed to purchase? Been opportunities for people to buy merchandise. Like a website of merchandise to purchase items for friends and family if they want to purchase.

b.      How long were the freshmen given to obtain these items? I guess the merch link is still open. I sent it to all my family and friends and I guess it is still open.

c.      Which upperclassmen directed the freshmen to do this? I think someone sent it to me and send it to your family and friends but it was not like you have to get this.

11.     Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? No.

12.     Can you tell us about ████████ or other upperclassmen holding freshmen from class? No and my buddies have not told me that. There is nothing going on during the academic day.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature ████████

Investigator Signature: _____



**APP'X 1493**


Student Name: ▮▮▮▮▮▮▮     UIN: ▮▮▮▮▮▮     ▮▮▮▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|
| 13. Can you tell us about freshmen having to stand on line during the academic day? No | |
| 14. Can you tell us about not being allowed to lay down or sleep during the academic day? No. | |
| a. Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? No. During the academic day its like do your own thing, get your school done. | |
| b. Can you tell us about freshmen being smoked because their buddy was "sacking out"? No. There is definitely like during PT but you shouldn't hold your buddy accountable for it. That is an extreme. | |
| 15. Can you tell us about cadets being afraid to go back to the dorms after class? No. I think some people find it might be better to not be distracted by buddies by going to the library. | |
| 16. Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? No. | |
| a. Can you tell us about upperclassmen disrupting EST? No. If there is a meeting or something like a meeting for a charity they will ask us to attend a Zoom meeting to discuss the charity. They will all be working a camp or doing service to benefit Candlelighters which is for children with cancer. | |
| 17. Can you tell us about your experience being kept up late at night? No. We have buddy meetings and some of my favorite parts are buddy meetings. | |

The notes included above accurate ▮▮▮▮▮▮▮▮ n provided to the investigators.

Participant Signature: _____

Investigator Signature: _____

**APP'X 1494**


**Investigation Statement Form**

Student Name: ███████████          UIN: ███████████          ███████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| a.     Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm–1am) during fish week? No | |
| 18.     Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? No | |
| 19.     Can you tell us about "fish dress" within the dorm/hallway? No | |
| 20.     Can you tell us about not being allowed to go to church during the week? ██████████████████████████ | |
| 21.     Can you tell us about not being allowed to go to certain places on campus to eat? No | |
| 22.     Can you tell us about freshmen not being allowed to eat a full meal? No | |
| a.     Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? No. They definitely ask questions and will be talking to you during dinner or breakfast. This does not hinder anyone from eating. I neve feel like I have not had enough to eat. They want to make sure we are getting enough food. | |
| b.     Can you tell us about freshmen having to eat so much food that they throw up? No | |

The notes included above accur███████████ovided to the investigators.

Participant Signature: ███████████_____

Investigator Signature: _~~Tay~~_____

**APP'X 1495**


Student Name: ████████████      UIN: ████████████      ████████████████████████

**Investigator Notes**                                        **For Student Corrections**

23.     Can you tell us about freshmen getting smoked by upperclassmen? Only during morning training sessions. Never individualized but as a group to show accountability. A person didn't do this right so we are all going to do it over.

24.     Can you tell us about freshmen having to post against the wall? Just for greetings when everyone is together, but we aren't on the wall.

a.      What does this position look like? It is at attention.

25.     Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Senior, junior, sophomore classification terms. If it's not your class then it's not your privilege to say.

26.     Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? There is a message about the website link that he has access to for the merchandise purchase.

27.     Is there anything we haven't asked you about that you would like to share?

The notes included above acc████████████████████████d to the investigators.

Participant Signature ████████████████████

Investigator Signature: _____

**App'x 1496**



## Student Conduct Investigation
## Acknowledgement

| **Name:** ███████████ | **Pronouns** (*Optional* i.e., ze, she, he, they): |
|---|---|
| **UIN:** ████████ | |
| **Classification:** ■Freshman ☐Sophomore ☐Junior ☐Senior ☐Grad/Professional | |
| **Address**: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| ███████████ | |
| | |
| **Email** ███████████ | **Telephone #** ███████████ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. (*Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules*)

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1497**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

---------------------------------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ███████████_____

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

---------------------------------------------------------------------------------------------------

**Initial that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

---------------------------------------------------------------------------------------------------

**Participant signature** _____ **Date** _____



**Investigation Statement Form**

Student Name ▮▮▮▮▮▮  UIN: ▮▮▮▮▮▮  ▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 1. How would you describe the culture in Sq-17? | |

**Investigator Notes**

1. How would you describe the culture in Sq-17?

Proud—we strive to be the best we can. It's in the Corps Hump-It, "Best Damn Outfit Anywhere"

2. Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17?

No comment.



a. Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises?

No comment. I have not had that happen to me.

b. Can you tell us about cadets passing out or getting injured during PT and being told not to say anything?

No comment.

4. Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled?

No comment.

5. Can you tell us about freshmen being told to keep shower and toilet doors open?

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮

Investigator Signature:

**App'x 1499**

**Investigation Statement Form**



Student Name ███████         UIN ██████         ████████████

| Investigator Notes | For Student Corrections |
|---|---|
| No comment. <br><br> 6. <br><br><br> I can't comment on that. I was not there, so I don't know any of that situation. I <br><br> heard something about it, but I don't know if it was true or not. <br><br> ███████████████████ <br><br> 8.      Can you tell us what the Sq-17 freshmen were told to do regarding <br><br> obtaining the wire to make fish spurs? <br><br> We were instructed to make fish spurs like the example given to us. <br><br> a.      What type of wire were the freshmen told to obtain? <br><br> We weren't told any specific type. <br><br> b.      How far were the freshmen told to go for this wire? <br><br> We weren't instructed to go any particular place, we were just told to replicate <br><br> the example. <br><br> ███████████████████ <br><br> d.      What time of day/night did this occur? <br><br> I don't know. I was not there. |  |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████_____

Investigator Signature: _[signature]_

**App'x 1500**

**Investigation Statement Form**



Student Name: ▋▋▋▋▋▋     UIN: ▋▋▋▋▋▋     ▋▋▋▋▋▋▋▋▋▋

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| ▋▋▋▋▋▋▋▋▋▋▋▋▋▋ | |

**f.    How was the wire paid for?**

By the buddy class (freshmen); one individual paid and we split it up in Venmo.

We do that for a lot of things.

**9.    Can you tell us about corps games that you've experienced?**

Ranger walking in the hallway—you have to be quick and precise and make 90

degree turns.  Whipping out is good bull, a great opportunity to meet people.

**10.    Can you tell us about upperclassmen directing freshmen to purchase**

**items on a list within a short time span?**

I think you're referring to the buddy shopping trip where we were given a list of

items to get.

**a.    What items were the freshmen directed to purchase?**

Broom, mop, pens, brasso, puma, suck strap... basic necessities.

**b.    How long were the freshmen given to obtain these items?**

Maybe about an hour and a half.

**c.    Which upperclassmen directed the freshmen to do this?**

I honestly can't remember.  It's been so long since FOW.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▋▋▋▋▋▋▋▋▋▋

Investigator Signature:

**App'x 1501**



Student Name: ███████ ███████████ ██████████████

---

| Investigator Notes | For Student Corrections |
|---|---|
| 11.    Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class?<br><br>That was a buddy class choice, just so it was one finite detail that we could be unified, to take an extra step to show the upperclassmen we could match.<br><br>12.    Can you tell us about ████████ or other upperclassmen holding freshmen from class?<br><br>No, ma'am. I've never personally been held from class. I've always been allowed to get to my class on time.<br><br>13.    Can you tell us about freshmen having to stand on line during the academic day?<br><br>The only time I've stood on line was when the upperclassmen asked, "Do any of the fish have a pen I could borrow?" We would post online (the line between the hallway and the door) to let them know we had something for them.<br><br>14.    Can you tell us about not being allowed to lay down or sleep during the academic day?<br><br>███████████████████████████████████████████<br><br>a.    Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap?<br><br>No comment. I haven't heard of any of that. |  |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████

Investigator Signature: *[signature]*

**App'x 1502**


## Investigation Statement Form

**Student Name:** ▇▇▇▇▇▇    **UIN** ▇▇▇▇▇▇    ▇▇▇▇▇▇▇▇▇▇▇▇

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| b.        Can you tell us about freshmen being smoked because their buddy was "sacking out"?<br><br>No comment.<br><br>15.        Can you tell us about cadets being afraid to go back to the dorms after class?<br><br>No comment.<br><br>16.        Can you tell us about upperclassmen denying freshmen to go to the library to study during EST?<br><br>No comment.<br><br>a.        Can you tell us about upperclassmen disrupting EST?<br><br>I haven't had an upperclassman disrupt EST.  They sometimes open the door and ask a question, but they haven't asked us to do anything that kept us from doing work for the next day that was important.<br><br>17.        Can you tell us about your experience being kept up late at night?<br><br>The only reason I'm ever up late at night is because of my own doing.  Sometimes I might be tired, but it of my own account.  Sometimes I'm up working on AutoCAD, but sometimes we choose to stay up with buddies, and then you look at the clock and it's been two hours.<br><br>a.        Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? | |

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Investigator Signature:** *[signature]*

**APP'X 1503**


Student Name: ▮▮▮▮▮▮▮▮    UIN: ▮▮▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|
| No comment.<br><br>18.    Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"?<br><br>We're always yelled out. That's part of fish year. You're always going to be wrong. During PT, it's amplified. Yelling kind of fits the time.<br><br>19.    Can you tell us about "fish dress" within the dorm/hallway?<br><br>We have to have our shirt tucked in when we're in the hallway. It's a fish privilege. It's never a bad thing.<br><br>███████████████████████<br><br>21.    Can you tell us about not being allowed to go to certain places on campus to eat?<br><br>No comment.<br><br>22.    Can you tell us about freshmen not being allowed to eat a full meal?<br><br>At Duncan or anywhere else, I'm always eating a full meal. That question doesn't hold with me. I try to eat as much as I can during the day. I'm always eating a full meal.<br><br>a.    Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Investigator Signature: ~~signature~~

**App'x 1504**



**Student Name:** ███████          **UIN:** ███████          ██████████

| Investigator Notes | For Student Corrections |
|---|---|
| Making statements is just another Corps game. It doesn't hinder my ability to eat. I can eat a full meal while making statements and playing Corps games. | |

b.       Can you tell us about freshmen having to eat so much food that they throw up?

No comment. I eat as much as I feel, but I never overeat.

23.      Can you tell us about freshmen getting smoked by upperclassmen?

Smoke is a very broad term. Upperclassmen smoking could be them just getting mad at you, but it's always followed up with a teaching moment. You take the smoke to get the learning. ████████████████████

████████████████████████████████████████

24.      Can you tell us about freshmen having to post against the wall?

Getting on the wall is a normal thing in the morning. We great on the wall before we fall out for formation. It's a normal part of our routine. It helps to get us out of the hallway. Right now there are 25 of us, and it helps to keep the hallway clear so we're not gaggled up.

a.       What does this position look like?

Standing at attention with your back against the wall.

25.      Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead?

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████████

Investigator Signature: _✒️_

**App'x 1505**


Student Name: ███████     UIN: ███████     ████████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| That's another Corps game.  We can't say trees.  We call them vertical shrubs.  We can't say ball, so we say sphere.  We say cogitate instead of think.  I can't think of much past that.  It's goofiness that's all part of the fun.<br><br>26.  Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)?<br><br>No, ma'am.<br><br>27.  Is there anything we haven't asked you about that you would like to share?<br><br>I don't think so. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████

Investigator Signature: _____

**APP'X 1506**



## Investigation Statement Form

**Student Name** ▮▮▮▮▮▮▮▮    **UIN:** ▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

1. How would you describe the culture in Sq-17? Proud would be one word that I would use. Kind of like that, "strive to be the best," type of outfit.

2. Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? No comment.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

a. Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? No comment. Just because I genuinely don't know. I have not had that happen to me.

b. Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? No comment.

4. Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? No comment.

5. Can you tell us about freshmen being told to keep shower and toilet doors open? No comment.

6. 
                    I can't comment on that because I was not there and don't have knowledge of the situation. I heard something about it. But I don't know if it was true or not.

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ▮▮▮▮▮▮▮▮

**Investigator Signature:** *Katia N. Crawford*

**APP'X 1507**



**Investigation Statement Form**

Student Name: ███████    UIN: ███████    ███████████████

## Investigator Notes                                    ## For Student Corrections

█████████████████████████████████

8.    Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? We were just instructed to make fish spurs as the example given to us.

a.    What type of wire were the freshmen told to obtain? We weren't told any specific type.

b.    How far were the freshmen told to go for this wire? We were not instructed to go for a certain material. We were just told to make the same.

███████████████████████████████

d.    What time of day/night did this occur? I don't know. I was not there.

███████████████████████████████

f.    How was the wire paid for? By the Buddy Class (Freshmen class). One individual paid and we split the expense via Venmo.

9.    Can you tell us about corps games that you've experienced? Ranger walking is a fun thing to do in the hallway being fast as a freshmen, whipping out on the quad, good opportunity to meet new people.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████████████

Investigator Signature:  *Katia R Crawford*

**APP'X 1508**


## Investigation Statement Form

Student Name: ████████    UIN: ████████    ████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

10.    Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? I think you're referring to the Buddy shopping list where we were given a list we would need and were instructed to go and purchase them.

a.    What items were the freshmen directed to purchase? I honestly cannot tell you. It was a big list. It was stuff like, mops, pens, brooms, braso, puma, and suck strap.

b.    How long were the freshmen given to obtain these items? Maybe about an hour and a half.

c.    Which upperclassmen directed the freshmen to do this? I honestly cannot remember. It's been so long since FOW.

11.    Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? That was a buddy class choice. It was one finite detail we could do and show the upperclassmen we could be unified. The buddy class got together and wanted to match our items.

12.    Can you tell us about _____ or other upperclassmen holding freshmen from class? No ma'am. I have personally never been held from class. I have always been able to get to my class on time.

13.    Can you tell us about freshmen having to stand on line during the academic day? The only time I've ever stood on line, is when an upperclassmen

The notes included above accurately summarize the information provided to the investigators.

Participant Signature ████████████_____

Investigator Signature: *Katia L. Crawford*    **APP'X 1509**



## Investigation Statement Form

Student Name ███████████        UIN: ████████        ███████████████

| Investigator Notes | For Student Corrections |
|---|---|
| asked to borrow a pen. I would post on line (open door and stand) so they would know I had one to borrow. ███████████████████████████ | |

a.      Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? No comment. I haven't heard of any of that.

b.      Can you tell us about freshmen being smoked because their buddy was "sacking out"? No comment.

15.     Can you tell us about cadets being afraid to go back to the dorms after class? No comment.

16.     Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? No comment.

a.      Can you tell us about upperclassmen disrupting EST? I personally have not ever had an upperclassmen disrupting EST. Sometimes an upperclassman may open the door and ask a question or talk with us for a bit. But it has never been disruptive to my work.

17.     Can you tell us about your experience being kept up late at night? The only time I've been up late has been from my own doing talking with buddies or studying for an exam. You get into a good conversation and look up and it's been two hours. It has been by my own account.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████████████

Investigator Signature: *Katea L. Crawford*

**APP'X 1510**


## Investigation Statement Form

**Student Name** ████████████  **UIN:** ████████████  ████████████

| Investigator Notes | For Student Corrections |
|---|---|
| a. Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? No comment on that.<br><br>18. Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? Yelled at, we are always yelled at. It is apart of Fish year. PT is an amplified environment where yelling goes on. It kind of fits the time.<br><br>19. Can you tell us about "fish dress" within the dorm/hallway? Fish dress is almost something I consider a Corps game where we have to have our shirts tucked in while in the hallway. I consider it fun and a privilege. It's never a bad thing.<br><br>███████████████████████████████<br><br>21. Can you tell us about not being allowed to go to certain places on campus to eat? No comment. I am not aware of anywhere I am not allowed to eat.<br><br>22. Can you tell us about freshmen not being allowed to eat a full meal? At Duncan or anywhere else I go, I am always eating a full meal. I always try to eat as much as I can during the week. At meals, I am always eating a full meal.<br><br>a. Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? Making statements is like | |

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ████████████████

**Investigator Signature:**

**APP'X 1511**


Student Name: ████████   UIN: ████████   ████████████████

**Investigator Notes**                                   **For Student Corrections**

another Corps game or Fish game. It doesn't hinder me from being able to eat a meal.

b.      Can you tell us about freshmen having to eat so much food that they throw up? No comment. I eat as much as I feel. But I never over eat.

23.     Can you tell us about freshmen getting smoked by upperclassmen? Smoke is a very broad term. An upperclassmen smoking you could be them getting mad at you and then teaching you the proper way to do something. ████

████████████████████████████████████████████████

24.     Can you tell us about freshmen having to post against the wall? Getting on the wall is a normal thing we do in the morning. We fall out, greet the hall, let others leave before us, and then head out. It helps get us out of the hall and is a normal part of what we do.

a.      What does this position look like? Standing at attention with your back against the wall.

25.     Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? That's another Corps game. We can't say trees so we can them vertical shrubs. That one is kind of funny. We can't say ball, so we say sphere. We say cogitate instead of think. I really can't think of others. But that is another fun part of the Corps.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████

Investigator Signature: *Katia L. Crawford*                    **APP'X 1512**


## Investigation Statement Form

**Student Name:** ███████        **UIN:** ███████        ████████████████ **APP'X**

| Investigator Notes | For Student Corrections |
|---|---|
| 26.     Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No, ma'am.<br><br>27.     Is there anything we haven't asked you about that you would like to share? I don't think so. |  |

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ████████████████

**Investigator Signature:** *Katia L. Crawford*

**APP'X 1513**



## Student Conduct Investigation
## Acknowledgement

| Name: ███████████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| UIN: ██████ | |

**Classification:** ■Freshman  ☐Sophomore  ☐Junior  ☐Senior  ☐Grad/Professional

**Address:** (if you live on campus, please include residence hall name AND P.O. Box if applicable)

| | |
|---|---|
| | |

| Email: ████████████ | Telephone #: ████████ |
|---|---|

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1514**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

----------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ▆▆▆▆▆▆▆▆

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

----------------------------------------------------------------------

**Initial that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

----------------------------------------------------------------------

**Participant signature:** _____ **Date:** _____

**APP'X 1515**



## Investigation Statement Form

**Student Name:** ███████████          **UIN:** ███████████          ███████████

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

1. How would you describe the culture in Sq-17?

Very tight, there is not another to describe it , brotherhood, to love each other.

2. Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? ███████████

Wouldn't say the standard doesn't apply but ███████████

There are more expectations on them as a squadron, outfit is based on service and do more service and are much more involved off the quad , not a requirement. Don't remember how it came about that we are above the standard.

███████████

a. Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises?

Is it not a normal thing?  Happened during FOW, doing bear crawls and don't do it correctly and slide hand across pavement on the quad. Not sure what other outfits do regarding pavement or grass.

███████████

The notes included above accurately su███████████ded to the investigators.

**Participant Signature:** _____███████████_____

**Investigator Signature:** _Luke Weinstat_ (signature)

**APP'X 1516**



## Investigation Statement Form

Student Name [REDACTED]          UIN [REDACTED]          [REDACTED]

| Investigator Notes | For Student Corrections |
|---|---|
| [REDACTED] | |

4.   Can you tell us about freshmen being told to whip out to

     upperclassmen in dark dorm rooms and then being shoved over and

     wrestled?

Wrestled? No comment on that one.

5.   Can you tell us about freshmen being told to keep shower and toilet

     doors open?

No Comment

6.

[REDACTED]

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: [REDACTED]

Investigator Signature: _[signature]_

**App'x 1517**



## Investigation Statement Form

Student Name ██████████  ██████████  ██████████

| Investigator Notes | For Student Corrections |
|---|---|

8.    Can you tell us what the Sq-17 freshmen were told to do regarding

obtaining the wire to make fish spurs?

████████████████████████████████

a.    What type of wire were the freshmen told to obtain? ████████

They wern't told that is what they obtained. – Steel wire was hard to bend. ████

b.    How far were the freshmen told to go for this wire?

Don't know if they were, they said to just figure it out. – ████████

████████████████████████████████

████████████████████████████████

d.    What time of day/night did this occur?

Don't know but probably between 7-9pm – on a Sunday night.  Fish wanted

to fix their mistake.

████████████████████████████████

f.    How was the wire paid for?

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████

Investigator Signature: _Juli Attendo_

**App'x 1518**


Student Name [REDACTED]          UIN: [REDACTED]                    [REDACTED]

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| We paid for it , split it up on Venmo. | |

We paid for it , split it up on Venmo.

9.      Can you tell us about corps games that you've experienced?

No Comment. Between freshmen and Corps.

10.      Can you tell us about upperclassmen directing freshmen to purchase

items on a list within a short time span?

No Comment -

a.      What items were the freshmen directed to purchase?

No Comment

b.      How long were the freshmen given to obtain these items?

No Comment – Not sure

c.      Which upperclassmen directed the freshmen to do this?

No comment

11.      Can you tell us about freshmen having to purchase new brooms or

mops in order to be unified and have the same exact supplies as the

rest of the buddy class?

[REDACTED]

12.      Can you tell us about          or other upperclassmen holding

freshmen from class?

No not sure, has not happened to me.

The notes included above accurately [REDACTED] to the investigators.

Participant Signature: [REDACTED]

Investigator Signature: _____

**App'x 1519**



## Investigation Statement Form

Student Name: ████████    UIN: ████████    ████████

| Investigator Notes | For Student Corrections |
|---|---|
| **13.** Can you tell us about freshmen having to stand on line during the academic day? <br><br> I don't know. <br><br> **14.** Can you tell us about not being allowed to lay down or sleep during the academic day? <br><br> Not sure if there a rule on that. In the standard, can't wear a uniform to lay down, in the standard. – As far as sleeping during the day, no comment. <br><br> **a.** Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? <br><br> I haven't' heard that. <br><br> **b.** Can you tell us about freshmen being smoked because their buddy was "sacking out"? <br><br> No Comment. Doing a hard training is like getting smoked, if you do something wrong. Sacking out is sleeping. Not being there for your buddies. <br><br> **15.** Can you tell us about cadets being afraid to go back to the dorms after class? <br><br> It is a normal thing, trying to get used to this environment, not easy. Not sure what would make someone afraid to go back to the dorm. <br><br> **16.** Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? <br><br> Trying to think – No, not really sure on that one. | |

The notes included above accurately su███████████████████he investigators.

Participant Signature: ████████

Investigator Signature: _____

**APP'X 1520**


Student Name: ███████████ UIN: ███████████ ███████████

| Investigator Notes | For Student Corrections |
|---|---|
| a. Can you tell us about upperclassmen disrupting EST?<br><br>No Comment<br><br>17. Can you tell us about your experience being kept up late at night?<br><br>No Comment<br><br>a. Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week?<br><br>No Comment.<br><br>18. Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"?<br><br>No comment.<br><br>19. Can you tell us about "fish dress" within the dorm/hallway?<br><br>Our buddies are wanting to be unified. Tall whites socks and tuck in the shirts. – Voluntary.<br><br>20. Can you tell us about not being allowed to go to church during the week?<br><br>There is nothing holding one back from that. During the day?<br><br>21. Can you tell us about not being allowed to go to certain places on campus to eat?<br><br>No, not sure of that.<br><br>22. Can you tell us about freshmen not being allowed to eat a full meal? | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████████

Investigator Signature: _Luby Wettenbrot_

**APP'X 1521**



Student Name: ███████████      UIN: ███████████      ███████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

No, we are allowed to eat a full meal.

a.     Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food?

Just a normal freshman thing, as far as limiting time, not sure, it varies how long the freshman has to make statement.

b.     Can you tell us about freshmen having to eat so much food that they throw up?

No, not sure on that.

23.     Can you tell us about freshmen getting smoked by upperclassmen?

It usually looks like a hard work out – happens before or after school – afternoon training time- Mon- Fri 2 hours – Smoke to us means workout- originally it meant punishment. It is like a daily thing. Could be for specific reals, "Getting Smoked" is a hard workout.

24.     Can you tell us about freshmen having to post against the wall?

What they do in the hallways before PT, where you greet the entire hallway and are lined up on the wall, how you get lined up in the morning.

a.     What does this position look like?

Head back and feet are against the wall – position of attention against the wall.

25.     Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead?

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████████████

Investigator Signature: _Lisby W████████_

**App'x 1522**



## Investigation Statement Form

Student Name ▮▮▮▮▮▮▮   UIN: ▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| Sure, can't say 25, 26 & 27 – we say 28-1 etc. There a lot of random ones, say hole instead of room, are all unified with the corps. | |

26.   Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)?

No

27.   Is there anything we haven't asked you about that you would like to share?

No.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮

Investigator Signature: _____

**App'x 1523**



## Investigation Statement Form

Student Name ▮▮▮▮▮▮    UIN: ▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮

**Investigator Notes**                                    **For Student Corrections**

1.    How would you describe the culture in Sq-17? Very tight. There isn't another way to describe it other than a brotherhood, a bunch of guys who love eachother.

2.    Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? I wouldn't say it doesn't apply, but we are above the standard, we have higher expectations. Our outfit is based on service so we do a lot more than other outfits and we are very active on campus ~~so~~ its voluntary. I don't remember who told us specifically

3.    Can you tell us about freshmen getting injured during PT? ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

a.    Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? This happened during fish orientation, we were doing bear crawls and we weren't used to doing this so our hands got all gashed up. We did this on the Quad, I don't know if its always on pavement but we do it on the grass. I'm unsure what other outfits do.

b.    Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

The notes included above accurately ▮▮▮▮▮▮▮▮▮▮ ▮e investigators.

Participant Signature: _____

Investigator Signature: _Catherine Rike_

**App'x 1524**


## Investigation Statement Form

**Student Name:** ████████████    **UIN** ████████    ████████████████

**Investigator Notes**                                    **For Student Corrections**

████████████████████████████

4.      Can you tell us about freshmen being told to whip out to upperclassmen

in dark dorm rooms and then being shoved over and wrestled? Wrestled? No

Comment.

5.      Can you tell us about freshmen being told to keep shower and toilet

doors open? No Comment

6.

I was not there, I don't know

████████████████████████████

8.      Can you tell us what the Sq-17 freshmen were told to do regarding

obtaining the wire to make fish spurs? ████████████

████████████████████████████

The notes included above accurately sum ████████████ to the investigators.

**Participant Signature:** _____

**Investigator Signature:** _____

**APP'X 1525**


## Investigation Statement Form

Student Name [REDACTED]          UIN [REDACTED]          [REDACTED]

**Investigator Notes**                                                    **For Student Corrections**

a.      What type of wire were the freshmen told to obtain? I was relayed the

information from a buddy but just copper wires, thicker but easier to bend than

the steel we got.

b.      How far were the freshmen told to go for this wire? [REDACTED]

[REDACTED]

c.      Who gave the freshmen these directions? [REDACTED]

[REDACTED]

d.      What time of day/night did this occur? No, I do not. Probably

somewhere between 7-9pm Sunday night.

e.      Which freshmen went to get the wire? Mentioned above.

f.      How was the wire paid for? We paid for it, split it up on a venmo.

9.      Can you tell us about corps games that you've experienced? No

Comment.

10.     Can you tell us about upperclassmen directing freshmen to purchase

items on a list within a short time span? No Comment, I'm not sure

a.      What items were the freshmen directed to purchase? No Comment

b.      How long were the freshmen given to obtain these items? No Comment

c.      Which upperclassmen directed the freshmen to do this? No comment

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____ [REDACTED] _____

Investigator Signature: _____

**App'x 1526**



# Investigation Statement Form

**Student Name:** ▮▮▮▮▮▮▮    **UIN:** ▮▮▮▮▮▮    ▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|

**11.** Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? Yes, we had to do it. We just kind of just did it, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**12.** Can you tell us about ▮▮▮▮▮ or other upperclassmen holding freshmen from class? No, I'm not sure, it hasn't happened to me.

**13.** Can you tell us about freshmen having to stand on line during the academic day? I don't know.

**14.** Can you tell us about not being allowed to lay down or sleep during the academic day? In the standard, you can't wear the uniform and lay down, but I don't know about sleeping during the day.

**a.** Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? I haven't heard that.

**b.** Can you tell us about freshmen being smoked because their buddy was "sacking out"? No Comment, But we can get smoked in like disciplinary sense, and Sacking out is just like sleeping or not being there for your buddies.

**15.** Can you tell us about cadets being afraid to go back to the dorms after class? I think that's a normal thing, I mean your just getting used to the environment and its not easy. I'm not sure why they would be afraid though.

**16.** Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? No, I'm not really sure on that one.

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** _____▮▮▮▮▮▮▮_____

**Investigator Signature:** _____ *[signature]* _____

**APP'X 1527**



## Investigation Statement Form

Student Name ████████████     UIN: ███████     ████████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| a.       Can you tell us about upperclassmen disrupting EST? No Comment<br><br>17.       Can you tell us about your experience being kept up late at night? No Comment<br><br>a.       Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? No Comment<br><br>18.       Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? No comment.<br><br>19.       Can you tell us about "fish dress" within the dorm/hallway? Our buddies want to unify so we tuck in our shirts and tall white socks with our shorts. Its voluntary and we decided to do this ourselves.<br><br>20.       Can you tell us about not being allowed to go to church during the week? Um, during the week? We're allowed to go, no issues with dorm passes or anything.<br><br>21.       Can you tell us about not being allowed to go to certain places on campus to eat? No, not sure on that.<br><br>22.       Can you tell us about freshmen not being allowed to eat a full meal? No, we are allowed to eat full meals.<br><br>a.       Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? Its just a normal freshman thing, it varies in time, I couldn't put a number on it. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████

Investigator Signature: ████████████

**App'x 1528**



## Investigation Statement Form

**Student Name:** ████████         **UIN:** ████████         ████████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| b.      Can you tell us about freshmen having to eat so much food that they throw up? No, not sure on that.<br><br>23.      Can you tell us about freshmen getting smoked by upperclassmen? Usually its just a hard work out, it sounds worse than it is. Usually before school after training time, its like 2 hours of smoke, that's what we call it. Smoke just means a work out. It happens everyday but its not a bad thing, its just a hard workout.<br><br>24.      Can you tell us about freshmen having to post against the wall? That's what we do in the hallways before PT. you greet the entire hallway and your lined up in the hall, its how you get lined up in the morning.<br><br>a.      What does this position look like? Head back and feet are against the wall, like a position of attention against the wall.<br><br>25.      Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Sure, we can't say 25,26,27 so we say 28 minus (x), we don't say room we say hole, its unified with the corp.<br><br>26.      Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No.<br><br>27.      Is there anything we haven't asked you about that you would like to share? No. | |

The notes included above accurately summ████████the inform███████ ████████e investigators.

**Participant Signature:** _____████████████████_____

**Investigator Signature:** _____ ~~signature~~ _____

**APP'X 1529**

**From:** Utterback, Loyd S.
**Sent:** Tuesday, September 17, 2024 12:58 PM
**To:** Gardner, Jeffery D
**Cc:** Simpson, Meredith M
**Subject:** RE: Sq 17

Jeff,

Let's follow resignation protocol and I want to ensure the ⬚ are able to fill out the paperwork independently without influence from OOC or unit.  That might mean they do it in MA or OA offices but I see it as our responsibility to provide a space for all our cadets to share this very personal information free from outside control or influence….utt

Loyd S. (Chip) Utterback '75
Lieutenant General, USAF (Ret)
Commandant
1227 TAMU | College Station, TX 77843-1227
ph: 979.845.2811|
Lutterback@corps.tamu.edu

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Tuesday, September 17, 2024 12:36 PM
**To:** Utterback, Loyd S. <lutterback@corps.tamu.edu>
**Cc:** Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** Sq 17

Sir,

There are ⬚ from 17 that are asking for ⬚ . Would you like for ⬚ to try to obtain statements from them?

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Corps Standards and Accountability Director
Military Advisor Parsons Mounted Cavalry
979-458-9317

| From: | Bell Jr, Douglas |
|---|---|
| Sent: | Thursday, September 5, 2024 2:41 PM |
| To: | Gardner, Jeffery D |
| Cc: | Utterback, Loyd S.; Simpson, Meredith M |
| Subject: | RE: Hazing in Squadron 17 |

Thank you for this information.  Did you follow up with the                  as well?

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, September 5, 2024 2:10 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Utterback, Loyd S. <lutterback@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** FW: Hazing in Squadron 17

Dr. Bell,

        Below you will find the email previously forwarded to you and below it a survey from
the Corps.  There are no specific dates indicated however the exit survey does list specific names and events.  The
areas highlighted in yellow are potentially in violation of student rule 24:

24.4.2. **Harassment.** Behavior that is severe, pervasive, or persistent to a degree that a
reasonable person similarly situated would be prevented from accessing an educational
opportunity or benefit. This behavior includes, but is not limited to, verbal abuse, threats,
intimidation, and coercion. In addition, harassment *may* be conducted by a variety of mediums,
including but not limited to, physical, verbal, graphic, written, or electronic. (Please see University
Rule 08.01.01.M1. for harassment based on a person's protected status).

24.4.3. **Physical abuse.** Any attempt to cause injury or inflict pain; or causing injury or inflicting
pain. Also causing physical contact with another when the person knows or should reasonably
believe that the other will regard the contact as offensive or provocative. It is not a defense that
the person, group, or *organization* against whom the physical abuse was directed consented to,
or acquiesced to, the physical abuse.

24.4.5. **Hazing.** Any act that endangers the mental or physical health or safety of a *student*, or
that destroys or removes public or private property; and/or assisting, directing, or in any way
causing others to participate in degrading behavior and/or behavior that causes ridicule,
humiliation, or embarrassment for the purpose of initiation, admission into, affiliation with, or as
a condition for continued membership in a group or *organization*; or as part of any activity of a

recognized student *organization*, student group, Corps of Cadets, Corps outfit, Corps unit, or Corps Special Activities. Previously relied upon "traditions" (including Corps, fraternity/sorority, or any other group or *organization* activity, practice or tradition), intent of such acts, or coercion by current or former members or student leaders of such groups, will not suffice as a justifiable reason for participation in such acts. It is not a defense that the person (or group) against whom the hazing was directed consented to, or acquiesced to, the behavior in question.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Corps Standards and Accountability Director
Military Advisor Parsons Mounted Cavalry
979-458-9317

**From:**
**Sent:**              Thursday, September 5, 2024 2:24 PM
**To:**                 Gardner, Jeffery D
**Subject:**         Re: HAZING in Squadron 17

**This Message Is From an External Sender**
This message came from outside your organization.

Thank you sir I will pass this along.

Sent from my iPhone

> On Sep 5, 2024, at 1:14 PM, Gardner, Jeffery D <jeff_gardner@corps.tamu.edu> wrote:
>
> Sir,
>
> https://tellsomebody.tamu.edu/
> The attached link is to file a report to Student Community Standards.  Please pass this to anyone wishing to make a complaint.
>
> V/R
>
> **Lt. Col Jeff Gardner '82, USAF (Ret)**
> **Corps Standards and Accountability Director**
> **Military Advisor Parsons Mounted Cavalry**
> **979-458-9317**
>
> ---
> **From:**
> **Sent:** Friday, August 30, 2024 3:27 PM
> **To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
> **Subject:** HAZING in Squadron 17

**This Message Is From an External Sender**
This message came from outside your organization.

| | |
|---|---|
| **From:** | Utterback, Loyd S. |
| **Sent:** | Tuesday, September 3, 2024 9:58 PM |
| **To:** | Gardner, Jeffery D |
| **Cc:** | Simpson, Meredith M |
| **Subject:** | Fwd: HAZING in Squadron 17 |

Jeff,

   Plz keep me closely in touch with this one.  I'll call Wed morning to discuss.....Utt

Sent from my iPhone

Begin forwarded message:

> **From:** "Gardner, Jeffery D" <jeff_gardner@corps.tamu.edu>
> **Date:** September 3, 2024 at 10:01:17 CDT
> **To:** "Bell Jr, Douglas" <douglasb@vpsa.tamu.edu>
> **Cc:** "Utterback, Loyd S." <lutterback@corps.tamu.edu>, "Simpson, Meredith M"
> <msimpson@corps.tamu.edu>
> **Subject: RE: HAZING in Squadron 17**
>
>
> Sir,
>
>        This is all the information we have at this time.  As you know, Sq 17 is very good a covering
> their tracks.  I have asked for additional statements from parents and freshmen cadets.  I will let
> you know if I receive more.
>
> V/R
>
> Lt. Col Jeff Gardner '82, USAF (Ret)
> Corps Standards and Accountability Director
> Military Advisor Parsons Mounted Cavalry
> 979-458-9317

> **From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
> **Sent:** Tuesday, September 3, 2024 8:49 AM
> **To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
> **Cc:** Utterback, Loyd S. <lutterback@corps.tamu.edu>; Simpson, Meredith M
> <msimpson@corps.tamu.edu>
> **Subject:** RE: HAZING in Squadron 17
>
> If this is enough information to start investigations, we can move forward.  I would want to know
> who the main complainant is.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards

1

Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Friday, August 30, 2024 4:18 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Utterback, Loyd S. <lutterback@corps.tamu.edu>; Simpson, Meredith M
<msimpson@corps.tamu.edu>
**Subject:** Fwd: HAZING in Squadron 17

Dr Bell,

We received the following email today. There are a number of Standard violations and may be some SR 24 violations.  Would you like for us to talk to the outfit or turn it over yo you?

V/R

Thank you for your help,

APP'X 1536

| **From:** | Schlather, Byron L |
| **Sent:** | Tuesday, September 3, 2024 4:23 PM |
| **To:** | Gardner, Jeffery D |
| **Cc:** | Simpson, Meredith M |
| **Subject:** | FW: (SQ-17) |

Jeff,
See the responses to questions 17A and 19.

v/r,
Byron

**LtCol Byron L. Schlather '93, USMC (Ret)** | Corps Operations Director
Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227

ph: 979.458.8458 | bschlather@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**CORPS OF CADETS** | We Make Leaders

**From:** Corps Ops <corpsops@corps.tamu.edu>
**Sent:** Tuesday, September 3, 2024 3:19 PM
**To:** Schlather, Byron L <bschlather@corps.tamu.edu>
**Subject**: (SQ-17)

Download as PDF

| *URL to view Results* | [Click Here] |

# Response Summary:

**Q1. Last Name:**

**Q2. First Name:**

**Q3. UIN:**

**Q4. Major:**

APP'X 1537

- 

**Q5. Outfit:**

- SQ-17

**Q6. Sex:**

**Q7. Age:**

**Q8. Please answer the following questions:**

| | |
|---|---|
| *Did you attend Fish Camp?* | No |
| *Did you participate in the "Spend the Night with the Corps" program?* | No |
| *Do you intend to continue to attend Texas A&M University?* | Yes |
| *Did you receive a Corps of Cadets Scholarship (e.g., Sul Ross Scholarship, Corps 21 Scholarship, General Rudder Scholarship, Easterwood Scholarship, etc.)* | Yes |
| *Did you receive an ROTC Scholarship?* | No |
| *Do you have any family members who graduated from Texas A&M University?* | Yes |

**Q9. Did your family influence your decision to join the Corps of Cadets?**

App'x 1538

- No

**Q10. Did your family support your decision to join the Corps of Cadets?**

- Yes

**Q11. Does your family support your decision to leave the Corps of Cadets?**

- My family somewhat supports my decision to leave the Corps.

**Q12. Did you want to seek a commission in one of the military services?**

- No

**Q13. Why did you join the Corps of Cadets?**
To be more disciplined and to get the Corps experience

**Q14. How were you recruited for the Corps of Cadets? (check all that apply)**

- Interaction with Recruiting Office staff

**Q15. What is your MAIN reason for leaving the Corps? (check only one)**

- Academic reasons

**Q15A. Please elaborate on your reason for leaving the Corps (including explaining any selection of "Other").**
My academics have suffered due to the time commitments and Corps games

**Q16. What other reasons contribute to your departure? (Check all that apply)**

- Lifestyle is too negative
- Lifestyle is too stressful

**Q17. Indicate your opinions on the following statements regarding the Corps of Cadets:**

| *My outfit really cared about me.* | Neutral |
|---|---|
| *The upperclassmen were professional.* | Disagree |

3

| | |
|---|---|
| *Members of my outfit demonstrated good leadership.* | Neutral |
| *Members of my outfit respected my dignity as a person.* | Disagree |
| *Academic performance was really my outfit's first priority.* | Neutral |
| *Discipline and training were correctly balanced in the Corps.* | Neutral |
| *I had adequate time to study.* | Strongly Disagree |
| *I had enough to eat during mealtimes.* | Strongly Agree |
| *I had sufficient time to sleep.* | Neutral |
| *My dorm room was an adequate living environment.* | Neutral |
| *I had sufficient free time scheduled into an average week.* | Strongly Disagree |
| *I was physically prepared for the Corps.* | Agree |
| *I was mentally prepared for the Corps.* | Disagree |
| *There was more PT than I expected.* | Agree |
| *There was more yelling than I expected.* | Strongly Agree |
| *There was a lot of profanity used around me.* | Strongly Agree |
| *There was a lot of alcohol use.* | Neutral |
| *I witnessed a hazing incident while in the Corps.* | Agree |

4

| | |
|---|---|
| *I was a victim of hazing while in the Corps.* | Neutral |

**Q17A. Describe the hazing event(s) in detail.  Include who was present, what actions took place, when did it occur, where did it occur, and what purpose was given, if any, for the activity that took place.**

**Q18. List the three MOST POSITIVE upperclassmen in your outfit:**

**Q19. If applicable, list any unprofessional sophomores and/or upperclassmen in your outfit.  Provide a short explanation why you consider their actions or behavior unprofessional.**

-

-

-

Multiple upperclassmen-
multiple upperclassmen-

5

| | |
|---|---|
| **From:** | Griffing, Kenneth |
| **Sent:** | Tuesday, September 3, 2024 4:11 PM |
| **To:** | Gardner, Jeffery D |
| **Subject:** | Fw:                                    (SQ-17) |

Howdy sir, this survey is telling of some possible issues.

Ken

**From:** Corps Ops <corpsops@corps.tamu.edu>
**Sent:** Tuesday, September 3, 2024 3:19 PM
**To:** Griffing, Kenneth <kgriffing@corps.tamu.edu>
**Subject:**                                    (SQ-17)

[Download as PDF](#)

| | |
|---|---|
| *URL to view Results* | [[Click Here]](#) |

# Response Summary:

**Q1. Last Name:**

**Q2. First Name:**

**Q3. UIN:**

**Q4. Major:**

**Q5. Outfit:**

- SQ-17

**APP'X 1542**

**Q6. Sex:**

**Q7. Age:**

**Q8. Please answer the following questions:**

| | |
|---|---|
| *Did you attend Fish Camp?* | No |
| *Did you participate in the "Spend the Night with the Corps" program?* | No |
| *Do you intend to continue to attend Texas A&M University?* | Yes |
| *Did you receive a Corps of Cadets Scholarship (e.g., Sul Ross Scholarship, Corps 21 Scholarship, General Rudder Scholarship, Easterwood Scholarship, etc.)* | Yes |
| *Did you receive an ROTC Scholarship?* | No |
| *Do you have any family members who graduated from Texas A&M University?* | Yes |

**Q9. Did your family influence your decision to join the Corps of Cadets?**

- No

**Q10. Did your family support your decision to join the Corps of Cadets?**

2

- Yes

**Q11. Does your family support your decision to leave the Corps of Cadets?**

- My family somewhat supports my decision to leave the Corps.

**Q12. Did you want to seek a commission in one of the military services?**

- No

**Q13. Why did you join the Corps of Cadets?**

To be more disciplined and to get the Corps experience

**Q14. How were you recruited for the Corps of Cadets? (check all that apply)**

- Interaction with Recruiting Office staff

**Q15. What is your MAIN reason for leaving the Corps? (check only one)**

- Academic reasons

**Q15A. Please elaborate on your reason for leaving the Corps (including explaining any selection of "Other").**

My academics have suffered due to the time commitments and Corps games

**Q16. What other reasons contribute to your departure? (Check all that apply)**

- Lifestyle is too negative
- Lifestyle is too stressful

**Q17. Indicate your opinions on the following statements regarding the Corps of Cadets:**

| *My outfit really cared about me.* | Neutral |
|---|---|
| *The upperclassmen were professional.* | Disagree |
| *Members of my outfit demonstrated good leadership.* | Neutral |

3

| | |
|---|---|
| **Members of my outfit respected my dignity as a person.** | Disagree |
| **Academic performance was really my outfit's first priority.** | Neutral |
| **Discipline and training were correctly balanced in the Corps.** | Neutral |
| **I had adequate time to study.** | Strongly Disagree |
| **I had enough to eat during mealtimes.** | Strongly Agree |
| **I had sufficient time to sleep.** | Neutral |
| **My dorm room was an adequate living environment.** | Neutral |
| **I had sufficient free time scheduled into an average week.** | Strongly Disagree |
| **I was physically prepared for the Corps.** | Agree |
| **I was mentally prepared for the Corps.** | Disagree |
| **There was more PT than I expected.** | Agree |
| **There was more yelling than I expected.** | Strongly Agree |
| **There was a lot of profanity used around me.** | Strongly Agree |
| **There was a lot of alcohol use.** | Neutral |
| **I witnessed a hazing incident while in the Corps.** | Agree |
| **I was a victim of hazing while in the Corps.** | Neutral |

4

**Q17A. Describe the hazing event(s) in detail.  Include who was present, what actions took place, when did it occur, where did it occur, and what purpose was given, if any, for the activity that took place.**

**Q18. List the three MOST POSITIVE upperclassmen in your outfit:**

**Q19. If applicable, list any unprofessional sophomores and/or upperclassmen in your outfit.  Provide a short explanation why you consider their actions or behavior unprofessional.**

- 

- 

Multiple upperclassmen-
multiple upperclassmen-

App'x 1546

| From: | Bell Jr, Douglas |
|---|---|
| **Sent:** | Tuesday, September 3, 2024 8:49 AM |
| **To:** | Gardner, Jeffery D |
| **Cc:** | Utterback, Loyd S.; Simpson, Meredith M |
| **Subject:** | RE: HAZING in Squadron 17 |

If this is enough information to start investigations, we can move forward.  I would want to know who the main complainant is.  It would be helpful to inquire with this individual and respond to the parent with the link to our incident report form to file a formal complaint.


**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Friday, August 30, 2024 4:18 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Utterback, Loyd S. <lutterback@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** Fwd: HAZING in Squadron 17

Dr Bell,

We received the following email today. There are a number of Standard violations and may be some SR 24 violations.  Would you like for us to talk to the outfit or turn it over yo you?

V/R


Begin forwarded message:

> **From:**
> **Date:** August 30, 2024 at 3:27:20 PM CDT
> **To:** "Gardner, Jeffery D" <jeff_gardner@corps.tamu.edu>
> **Subject: HAZING in Squadron 17**


> **This Message Is From an External Sender**
> This message came from outside your organization.

Sir,

| From: | Bell Jr, Douglas |
| --- | --- |
| Sent: | Wednesday, October 9, 2024 10:12 AM |
| To: | Simpson, Meredith M |
| Cc: | Utterback, Loyd S. |
| Subject: | FW: Thursday Investigation Information |
| Attachments: | Volunteer Info.docx; Volunteer Availability.xlsx; map to ash 2.png; template - form.pdf; template - notes.pdf |

| Categories: | To Print |
| --- | --- |

Below is information and details related to our investigation tomorrow.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Wednesday, October 9, 2024 8:38 AM
**To:** Fleming, John D <jfleming@vpsa.tamu.edu>; Driver, Tonya <tonyadriver@tamu.edu>; Dawson, Mark <mdawson@dms.tamu.edu>; Altendorf, Luke J <l-altendorf@exchange.tamu.edu>; Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>; Hearst, Shante <shearst@stuact.tamu.edu>; Gros, Steven L. <sgros@stuact.tamu.edu>; Fox-Forrester, Susan J <sforrester@tamu.edu>; Dorsett, Lauren R <laurend@studentlife.tamu.edu>
**Cc:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** Thursday Investigation Information

Howdy,

Thank you so much for your willingness to assist us with this large-scale investigation. We truly could not do this without you and are so appreciative of your help! Below you will find an overview of our plan for the interviews and instructions related to your role (also attached as a word document if that is easier/more accessible for you). Please double check the Volunteer Availability spreadsheet and make sure that we have you marked down accurately!

Overview:
We will be interviewing                from one outfit in the Corps. In order to limit conversations between interviews, we will be monitoring all of the students in the Ash 2 Classroom until their interviews are completed (which is why we are needing multiple volunteers to conduct the interviews). Student Community Standards staff will check all of the students in when they arrive and the students will remain in the Ash 2 Classroom until they are called for their interview. Audrey will be going over the procedural information in the Acknowledgement Form with the students as a group, but the students will sign those forms individually when they are called for their interviews.

Location:
Please report to the Ash 2 classroom (on the third floor) when you arrive. Attached is a map with some reference points to help you navigate to Ash 2. Ash 2 is circled in red; the arches on the corps quad are circled in blue; Rudder and the MSC are circled in pink; the Student Services Building is circled in purple.

APP'X 1548

We have separate smaller rooms reserved on the third floor of Ash 2 for the interviews themselves.
We will be utilizing a lounge on the third floor of Ash 2 for the students to review their interview notes after their interview is complete.

Investigator Role/Process:
You (along with SCS staff and other volunteers) will be interviewing the _____ cadets individually, along with a co-investigator from the Corps.  A SCS staff member in the Ash 2 Classroom will provide you with a pre-filled acknowledgement form for the individual student you will interview.  Please call that student and take them to your designated interview room.

Once at your interview room, hand the student their acknowledgment form and have them check the demographic information on the front page.  If anything is incorrect, please have them correct it. On the back page, the student needs to initial all the statements in the middle section of the page.  On the bottom section, they will initial one or the other, indicating whether they are wanting to participate in the interview or not.  Regardless of their decision to participate or not, have them sign and date the form and give it back to you.  Attached is an example of this form with the areas that they need to review and fill out.

         If the student chose not to participate, you will walk them to the lounge and have them sign out with the staff member there. You can hand their signed acknowledgement form to that staff member.

If the student chose to participate, you will then begin going through their interview questions. Please type their responses directly after the question itself (please don't add extra lines/rows into the document) and try to type what they say as verbatim as possible. Attached is an example of this the notes pages which shows you where/how to type their responses to the interview questions. *If you need to prompt the student to elaborate on any of their responses, please do so* (for example, asking for names of people involved/present, when something occurred, how often this occurred, which upperclassmen directed/enforced certain behaviors, etc.).

Once you have gotten through all the questions with the student, you will walk them to the lounge.  Have them wait in there while you get their notes pages printed.  We will be using a printer in the Corps Operation's Office on the first floor – a staff member will be in the hallway outside of the interview rooms to be the "runner" who will go get the notes pages printed and bring them back to you to sign.

Once their notes pages have been printed, please legibly write your name on the bottom of the **first** page, then draw your signature on the bottom of **every** page where it says "investigator signature".  Attached is an example of this the notes pages which also shows where to write your name and where you should sign each page.

Once you have signed each page, provide those notes pages to the student to review and sign in the lounge.  You may then leave the student in the lounge and then you will go back to the Ash 2 Classroom to get your next student.

**Note: We will have some laptops/USB drives available if needed, but if you have a laptop and/or USB that you are able to bring to utilize during the interviews, that would be super helpful!**

Again, we sincerely thank you for helping us conduct this investigation.  If you have any questions, please reach out to Audrey or Dr. Bell.

Best,

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

**App'x 1550**

**Volunteer Investigator Email:**

Howdy,

Thank you so much for your willingness to assist us with this large-scale investigation. We truly could not do this without you and are so appreciative of your help! Below you will find an overview of our plan for the interviews and instructions related to your role. If you have any questions, please reach out to Audrey or Dr. Bell.

Overview:

We will be interviewing                    from one outfit in the Corps. In order to limit conversations between interviews, we will be monitoring all of the students in the Ash 2 Classroom until their interviews are completed (which is why we are needing multiple volunteers to conduct the interviews). Student Community Standards staff will check all of the students in when they arrive and the students will remain in the Ash 2 Classroom until they are called for their interview. Audrey will be going over the procedural information in the Acknowledgement Form with the students as a group, but the students will sign those forms individually when they are called for their interviews.

Location:

Please report to the Ash 2 classroom (on the third floor) when you arrive. Attached is a map with some reference points to help you navigate to Ash 2. Ash 2 is circled in red; the arches on the corps quad are circled in blue; Rudder and the MSC are circled in pink; the Student Services Building is circled in purple.

We have separate smaller rooms reserved on the third floor of Ash 2 for the interviews themselves.

We will be utilizing a lounge on the third floor of Ash 2 for the students to review their interview notes.

Investigator Role/Process:

You (along with SCS staff and other volunteers) will be interviewing the              cadets individually, along with a co-investigator from the Corps. A SCS staff member in the Ash 2 Classroom will provide you with a pre-filled acknowledgement form for the individual student you will interview. Please call that student and take them to your designated interview room.

Once at your interview room, hand the student their acknowledgment form and have them check the demographic information on the front page. If anything is incorrect, please have them correct it. On the back page, the student needs to initial all the statements in the middle section of the page. On the bottom section, they will initial one or the other, indicating whether they are wanting to participate in the interview or not. Regardless of their decision to participate or not, have them sign and date the form and give it back to you. Attached is an example of this form with the areas that they need to review and fill out.

**Volunteer Investigator Email:**

> If the student chose not to participate, you will walk them to the lounge and have them sign out with the staff member there. You can hand their signed acknowledgement form to that staff member.

> If the student chose to participate, you will then begin going through their interview questions. Please type their responses directly after the question itself (please don't add extra lines/rows into the document) and try to type what they say as verbatim as possible. <u>Attached is an example of this the notes pages which shows you where/how to type their responses to the interview questions.</u> *If you need to prompt the student to elaborate on any of their responses, please do so* (for example, asking for names of people involved/present, when something occurred, how often this occurred, which upperclassmen directed/enforced certain behaviors, etc.).

Once you have gotten through all the questions with the student, you will walk them to the lounge. Have them wait in there while you get their notes pages printed. We will be using a printer in the Corps Operation's Office on the first floor – a staff member will be in the hallway outside of the interview rooms to be the "runner" who will go get the notes pages printed and bring them back to you to sign.

Once their notes pages have been printed, please legibly write your name on the bottom of the **first** page, and draw your signature on the bottom of **every** page where it says "investigator signature". <u>Attached is an example of this the notes pages which also shows where to write your name and where you should sign each page.</u>

Once you have signed each page, provide those notes pages to the student to review and sign in the lounge. You may then leave the student in the lounge and then you will go back to the Ash 2 Classroom to get your next student.

<mark>Note: We will have some laptops/USB drives available if needed, but if you have a laptop and/or USB that you are able to bring to utilize during the interviews, that would be super helpful!</mark>

Again, we sincerely thank you for helping us conduct this investigation. If you have any questions, please reach out to Audrey or Dr. Bell.

Best,

| Interviewers | 6:00-6:30 | 6:30-7:00 | 7:00-7:30 | 7:30-8:00 | 8:00-8:30 | 8:30-9:00 | 9:00-9:30 | 9:30-10:00 | 10:00-10:30 | 10:30-11:00 | 11:00-11:30 | 11:30-12:00 | 12:00-12:30 | 12:30-1:00 | 1:00-1:30 | 1:30-2:00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| John Fleming | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Dr. Driver | | | | | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Mark Dawson | | | | | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Luke Altendorf | | | | | | | | | | | | | | | | |
| Tia Crawford | | | | | ■ | ■ | ■ | ■ | ■ | | | | | | ■ | ■ |
| Shante Hearst | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Steven Gros | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Susan Fox-Forrester | | | | | | | | | | | | | | | | |
| Lauren Dorsett | ■ | ■ | ■ | ■ | ■ | | | | | | | | | | | |

Note: We are hoping to be done by 12 or 1pm, but it will depend on how many students choose to answer questions, how much information they share, how long their interviews, go, etc.

App'x 1553



This section will be filled out already! Just have them review it and correct as needed.

## Student Conduct Investigation
## Acknowledgement

| **Name**: | **Pronouns (*Optional* i.e., ze, she, he, they):** |
|---|---|
| **UIN:** | |
| **Classification:** ☐Freshman   ☐Sophomore   ☐Junior   ☐Senior   ☐Grad/Professional | |
| **Address**: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| | |
| | |
| **Email:** | **Telephone #:** |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules**.** Therefore, you should know that you may choose to not answer questions or make any statement at all.

 If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1554**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (***Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules***)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (***Section 24.4.23. Abuse of process, Texas A&M University Student Rules***)

---

**Acknowledge each statement by placing your initials in the space provided:**

_____ I acknowledge my responsibility to be truthful.      <span style="color:red">Have the students write their initials by each of these statements!</span>

_____ I understand that I have the option not to answer questions or make any statement at all.

_____ I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

_____ I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than _____

_____ I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

_____ I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

_____ I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

---

**Initial that which applies:**      <span style="color:red">Students will only initial ONE of these:</span>

_____ I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

---

**Participant signature:**_____ **Date:** _____

<span style="color:red">Regardless of whether they agree to participate, make sure they sign and date!</span>

**APP'X 1555**



**Investigation Statement Form**

Student Name: EXAMPLE                UIN: EXAMPLE                Interview Date: 10/10/2024

**Investigator Notes**                                                                 **For Student Corrections**

| | |
|---|---|
| 1. This is the example first question? Please type the student's response to the question here (not in red, no need to change the font color – this is just to show you where to type!). <br><br> 2. This is the example second question? Please type the student's response to the question here. | |

Scroll down to see signature instructions!

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature**: _____

Write your name here
ON FIRST PAGE ONLY!

**Investigator Signature**: Draw your signature on this line on EVERY PAGE!

**APP'X 1556**

| | |
|---|---|
| **From:** | Gardner, Jeffery D |
| **Sent:** | Friday, September 27, 2024 11:56 AM |
| **To:** | Bell Jr, Douglas |
| **Cc:** | Simpson, Meredith M; Washington, Robert Sykes |
| **Subject:** | Re: Co-Investigator |

Rob Washington


On Sep 27, 2024, at 11:45 AM, Bell Jr, Douglas <douglasb@vpsa.tamu.edu> wrote:


Can you please provide a co-investigator for the Squadron 17             . Thanks in advance.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

| From: | Gardner, Jeffery D |
| --- | --- |
| **Sent:** | Wednesday, October 9, 2024 12:29 PM |
| **To:** | Bell Jr, Douglas |
| **Cc:** | Simpson, Meredith M |
| **Subject:** | RE: Interview Assistance |

Sir,

I heard you plan to have your people available at 0600. Formation is at 0545 will only take a minute or so. It would be more prudent to start at 0550.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Corps Standards and Accountability Director
Military Advisor Parsons Mounted Cavalry
979-458-9317

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Monday, October 7, 2024 1:58 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE: Interview Assistance

I may stop by to look at them today.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Monday, October 7, 2024 1:58 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE: Interview Assistance

Very well. Are the rooms suitable or do you need to come take a look at them?

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Corps Standards and Accountability Director
Military Advisor Parsons Mounted Cavalry
979-458-9317

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Monday, October 7, 2024 1:56 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE: Interview Assistance

I am not sure when we would let them know, I would think we would just have the        of 17 on Thursday Morning.  We are prepared to provide them with excused absences.  I will have more logistical information by tomorrow.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Monday, October 7, 2024 1:53 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE: Interview Assistance

I have eight small study rooms held for your use.  They all have windows and glass doors.  Is that an issue?  When and how do you plan on letting them know?  We are checking their training schedule for Thursday morning to see what they have planned.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Corps Standards and Accountability Director
Military Advisor Parsons Mounted Cavalry
979-458-9317

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Monday, October 7, 2024 12:17 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@studentlife.tamu.edu>; McMillen, Drew M <dmcmillen@rec.tamu.edu>; Kurten, Jason H <jkurten@tamu.edu>; Burns, Doug <d-burns@dsa.tamu.edu>; Winkler, Angela M <angelaw@studentlife.tamu.edu>; McKoin Owens, Melanie E <melaniem@studentlife.tamu.edu>; Daggers, Libby <libbyd@studentlife.tamu.edu>; Dorsett, Lauren R <laurend@studentlife.tamu.edu>; Cox, Kelly <kcox@sls.tamu.edu>; Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>; Hearst, Shante <shearst@stuact.tamu.edu>; King, Laurell D. <lking@stuact.tamu.edu>; Brown, Lauren M <lbrown@stuact.tamu.edu>; Fox-Forrester, Susan J <sforrester@tamu.edu>
**Cc:** Baker, Stefanie A <stefanieb@studentlife.tamu.edu>; HUSKEY, JEFFREY RAY <jrhuskey@rec.tamu.edu>; Roberts, Darby M <darby@tamu.edu>; Brown, Josh <jhbrown@stuact.tamu.edu>; Jeffery, Justin S <jjeffery@tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** Interview Assistance

Howdy,
I am attempting to conduct a large-scale interview process, and I am seeking to have volunteer investigators assist with interviewing members of the Corps.  We are currently looking to conduct interviews with members of the Corps on Thursday Morning starting at 6:00 am.  Are there any individuals who could assist with this large scale investigation?  Thank you in advance for your consideration.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards

App'x 1559

Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**App'x 1560**

| | |
|---|---|
| **From:** | Utterback, Loyd S. |
| **Sent:** | Tuesday, September 3, 2024 10:49 AM |
| **To:** | Welsh III, Mark A |
| **Cc:** | Ballabina, Susan G; Simpson, Meredith M |
| **Subject:** | Re: HAZING in Squadron 17 |

Boss,

   Came to us late Friday and we worked directly with Dr Bell since we saw two possible Students Conduct Violations. Working to mend some fences with Student Conduct Office so reacted deliberately rather than use our 72 hour time frame to look internally.

   Will keep you updated as Dr Bell and OOC work to validate the alleged violations.....VR, chip
Sent from my iPhone

On Sep 3, 2024, at 08:53, Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu> wrote:

**Wanted to put this on your radar right away.**

**Let me know if you have any questions.**

**VR, Joe**

*BG Joe E. Ramirez, Jr*
*United States Army (Retired)*
*Vice President for Student Affairs*
*Texas A&M University*

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Tuesday, September 3, 2024 8:46 AM
**To:** Jeffery, Justin S <jjeffery@tamu.edu>
**Cc:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Subject:** FW: HAZING in Squadron 17

Just wanted to provide this information to you as a heads up.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

1

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Friday, August 30, 2024 4:18 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Utterback, Loyd S. <lutterback@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** Fwd: HAZING in Squadron 17

Dr Bell,

We received the following email today. There are a number of Standard violations and may be some SR 24 violations.  Would you like for us to talk to the outfit or turn it over yo you?

V/R

Begin forwarded message:

> **From:**
> **Date:** August 30, 2024 at 3:27:20 PM CDT
> **To:** "Gardner, Jeffery D" <jeff_gardner@corps.tamu.edu>
> **Subject: HAZING in Squadron 17**

**This Message Is From an External Sender**

This message came from outside your organization.

| | |
|---|---|
| **From:** | Utterback, Loyd S. |
| **Sent:** | Tuesday, September 3, 2024 10:57 AM |
| **To:** | Ramirez Jr, Joe E |
| **Subject:** | Re: HAZING in Squadron 17 |

Joe,

    This one came to us late Friday afternoon.  I elected to coordinate directly with Dr Bell based on what I am perceiving as a relationship that needs some trust building....don't want to get this one wrong.  As I look through the email trail I see you were not CC'd.  I should have caught that.....my bad.

     Have had a discussion with the boss on these types of issues.  I'm staying real close to this one...want to be deliberate rather than reactive.......chip

Sent from my iPhone

On Sep 3, 2024, at 08:53, Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu> wrote:

**Wanted to put this on your radar right away.**

**Let me know if you have any questions.**

**VR, Joe**

*BG Joe E. Ramirez, Jr*
*United States Army (Retired)*
*Vice President for Student Affairs*
*Texas A&M University*

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Tuesday, September 3, 2024 8:46 AM
**To:** Jeffery, Justin S <jjeffery@tamu.edu>
**Cc:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Subject:** FW: HAZING in Squadron 17

Just wanted to provide this information to you as a heads up.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

App'x 1563

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Friday, August 30, 2024 4:18 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Utterback, Loyd S. <lutterback@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** Fwd: HAZING in Squadron 17

Dr Bell,

We received the following email today. There are a number of Standard violations and may be some SR 24 violations.  Would you like for us to talk to the outfit or turn it over yo you?

V/R


Begin forwarded message:

**From:** Gardner, Jeffery D
**Sent:** Friday, August 30, 2024 3:35 PM
**To:**
**Cc:** Utterback, Loyd S.; Simpson, Meredith M
**Subject:** Re: HAZING in Squadron 17

Sir

Thank you for reaching out to me.  I have copied the Commandant and Chief of Staff on this email.  We take all allegations seriously and will look into this immediately.

V/R

From:                 Ramirez Jr, Joe E
**Sent:**            Tuesday, September 3, 2024 12:06 PM
**To:**                Utterback, Loyd S.
**Subject:**         RE: HAZING in Squadron 17

**Thanks Chip. Know you guys have this for action. Given what happened last school year, wanted to ensure you were aware, as this could get some visibility from others.**

**Happy to help in any way I can. Please feel free to call at any time.**

**Joe**

*BG Joe E. Ramirez, Jr*
*United States Army (Retired)*
*Vice President for Student Affairs*
*Texas A&M University*

**From:** Utterback, Loyd S. <lutterback@corps.tamu.edu>
**Sent:** Tuesday, September 3, 2024 10:57 AM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Subject:** Re: HAZING in Squadron 17

Joe,
    This one came to us late Friday afternoon.  I elected to coordinate directly with Dr Bell based on what I am perceiving as a relationship that needs some trust building....don't want to get this one wrong.  As I look through the email trail I see you were not CC'd.  I should have caught that.....my bad.
     Have had a discussion with the boss on these types of issues.  I'm staying real close to this one...want to be deliberate rather than reactive.......chip

Sent from my iPhone


> On Sep 3, 2024, at 08:53, Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu> wrote:


**Wanted to put this on your radar right away.**

**Let me know if you have any questions.**

**VR, Joe**

*BG Joe E. Ramirez, Jr*
*United States Army (Retired)*

1

*Vice President for Student Affairs*
*Texas A&M University*

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Tuesday, September 3, 2024 8:46 AM
**To:** Jeffery, Justin S <jjeffery@tamu.edu>
**Cc:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Subject:** FW: HAZING in Squadron 17

Just wanted to provide this information to you as a heads up.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Friday, August 30, 2024 4:18 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Utterback, Loyd S. <lutterback@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** Fwd: HAZING in Squadron 17

Dr Bell,

We received the following email today. There are a number of Standard violations and may be some SR 24 violations.  Would you like for us to talk to the outfit or turn it over yo you?

V/R

| | |
|---|---|
| **From:** | Welsh III, Mark A |
| **Sent:** | Tuesday, September 3, 2024 5:47 PM |
| **To:** | Utterback, Loyd S. |
| **Subject:** | Re: HAZING in Squadron 17 |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Thanks Chip.  Please keep me posted on this one.   Mark

Sent from my iPhone


> On Sep 3, 2024, at 9:48 AM, Utterback, Loyd S. <lutterback@corps.tamu.edu> wrote:
>
> Boss,
>     Came to us late Friday and we worked directly with Dr Bell since we saw two possible Students Conduct Violations.  Working to mend some fences with Student Conduct Office so reacted deliberately rather than use our 72 hour time frame to look internally.
>      Will keep you updated as Dr Bell and OOC work to validate the alleged violations.....VR,  chip
> Sent from my iPhone


>> On Sep 3, 2024, at 08:53, Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu> wrote:
>>
>>
>> **Wanted to put this on your radar right away.**
>>
>> **Let me know if you have any questions.**
>>
>> **VR, Joe**
>>
>> *BG Joe E. Ramirez, Jr*
>> *United States Army (Retired)*
>> *Vice President for Student Affairs*
>> *Texas A&M University*
>>
>> **From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
>> **Sent:** Tuesday, September 3, 2024 8:46 AM
>> **To:** Jeffery, Justin S <jjeffery@tamu.edu>

1

**Cc:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Subject:** FW: HAZING in Squadron 17

Just wanted to provide this information to you as a heads up.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Friday, August 30, 2024 4:18 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Utterback, Loyd S. <lutterback@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** Fwd: HAZING in Squadron 17

Dr Bell,

We received the following email today. There are a number of Standard violations and may be some SR 24 violations. Would you like for us to talk to the outfit or turn it over yo you?

V/R

| **From:** | Utterback, Loyd S. |
|---|---|
| **Sent:** | Wednesday, September 4, 2024 8:35 AM |
| **To:** | Gardner, Jeffery D |
| **Subject:** | Re: HAZING in Squadron 17 |

Perfect
Sent from my iPhone

On Sep 4, 2024, at 05:35, Gardner, Jeffery D <jeff_gardner@corps.tamu.edu> wrote:

Morning Sir

I have an 0800 class. I'll call you after.

V/R

On Sep 3, 2024, at 9:58 PM, Utterback, Loyd S. <lutterback@corps.tamu.edu> wrote:

Jeff,
    Plz keep me closely in touch with this one.  I'll call Wed morning to discuss.....Utt
Sent from my iPhone

Begin forwarded message:

**From:** "Gardner, Jeffery D" <jeff_gardner@corps.tamu.edu>
**Date:** September 3, 2024 at 10:01:17 CDT
**To:** "Bell Jr, Douglas" <douglasb@vpsa.tamu.edu>
**Cc:** "Utterback, Loyd S." <lutterback@corps.tamu.edu>, "Simpson, Meredith M" <msimpson@corps.tamu.edu>
**Subject: RE: HAZING in Squadron 17**

Sir,

        This is all the information we have at this time.  As you know, Sq 17 is very good a covering their tracks.  I have asked for additional statements from parents and freshmen cadets.  I will let you know if I receive more.

V/R

1

Lt. Col Jeff Gardner '82, USAF (Ret)
Corps Standards and Accountability Director
Military Advisor Parsons Mounted Cavalry
979-458-9317

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Tuesday, September 3, 2024 8:49 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Utterback, Loyd S. <lutterback@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** RE: HAZING in Squadron 17

If this is enough information to start investigations, we can move forward. I would want to know who the main complainant is.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Friday, August 30, 2024 4:18 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Utterback, Loyd S. <lutterback@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** Fwd: HAZING in Squadron 17

Dr Bell,

We received the following email today. There are a number of Standard violations and may be some SR 24 violations. Would you like for us to talk to the outfit or turn it over yo you?

V/R

Begin forwarded message:

> **From:**                                    >
> **Date:** August 30, 2024 at 3:27:20 PM CDT
> **To:** "Gardner, Jeffery D"

2

APP'x 1571

<jeff_gardner@corps.tamu.edu>
**Subject: HAZING in Squadron 17**

| From: | Ramirez Jr, Joe E |
|---|---|
| **Sent:** | Thursday, October 10, 2024 3:33 PM |
| **To:** | Welsh III, Mark A |
| **Cc:** | Utterback, Loyd S.; Ballabina, Susan G |
| **Subject:** | FW: Interviews Preliminary Synopsis |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**President Welsh – as we discussed this morning, here is the synopsis of the interviews conducted this morning of the SQ-17          by Doug Bell and his team.**

**Prepared to discuss with you at your convenience. Chip and I have already discussed as well.**

**VR, Joe**

*BG Joe E. Ramirez, Jr*

*United States Army (Retired)*

*Vice President for Student Affairs*

*Texas A&M University*

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Thursday, October 10, 2024 2:55 PM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Cc:** Jeffery, Justin S <jjeffery@tamu.edu>
**Subject:** Interviews Preliminary Synopsis

B.G. Ramirez,
I wanted to provide some preliminary information regarding our interview with the          in Squadron 17.  I have reviewed many of the interview notes. Most of the information has been corroborated by more than one
     Some of the behaviors that some of the          have corroborated are as follows:

  1.

  2.                                                                                          (many have stated this practice has stopped)
  3.

  4.   It appears that there has been an incident that occurred where                                                              . We plan on interviewing
  5.
  6.
  7.

APP'X 1573

My investigator intends to interview the                                    . She will review the notes
tomorrow to develop questions for these                        ,                in the current interview
notes. I will be sure to keep you updated as this process continues.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

2

| From: | Utterback, Loyd S. |
|---|---|
| Sent: | Thursday, October 10, 2024 4:54 PM |
| To: | Simpson, Meredith M; Gardner, Jeffery D |
| Subject: | FW: Interviews Preliminary Synopsis |

For Your SA.....

Loyd S. (Chip) Utterback '75
Lieutenant General, USAF (Ret)
Commandant
1227 TAMU | College Station, TX 77843-1227
ph: 979.845.2811|
Lutterback@corps.tamu.edu

**From:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Sent:** Thursday, October 10, 2024 3:33 PM
**To:** Welsh III, Mark A <mwelsh@tamu.edu>
**Cc:** Utterback, Loyd S. <lutterback@corps.tamu.edu>; Ballabina, Susan G <sg-ballabina@tamu.edu>
**Subject:** FW: Interviews Preliminary Synopsis

**President Welsh – as we discussed this morning, here is the synopsis of the interviews conducted this morning of the SQ-17 by Doug Bell and his team.**

**Prepared to discuss with you at your convenience. Chip and I have already discussed as well.**

**VR, Joe**

*BG Joe E. Ramirez, Jr*
*United States Army (Retired)*
*Vice President for Student Affairs*
*Texas A&M University*

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Thursday, October 10, 2024 2:55 PM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Cc:** Jeffery, Justin S <jjeffery@tamu.edu>
**Subject:** Interviews Preliminary Synopsis

B.G. Ramirez,

I wanted to provide some preliminary information regarding our interview with the       in Squadron 17.  I have reviewed many of the interview notes. Most of the information has been corroborated by more than one
    . Some of the behaviors that some of the      have corroborated are as follows:

1.

2.                                               (many have stated this practice has stopped)

3.

4. It appears that there has been an incident that occurred                          . We plan on interviewing                            .

5.

6.

7.

My investigator intends to interview the                           She will review the notes tomorrow to develop questions for              ,                 in the current interview notes. I will be sure to keep you updated as this process continues.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

| From: | Ramirez Jr, Joe E |
|---|---|
| **Sent:** | Thursday, October 10, 2024 5:12 PM |
| **To:** | Welsh III, Mark A |
| **Cc:** | Utterback, Loyd S.; Ballabina, Susan G |
| **Subject:** | RE: Interviews Preliminary Synopsis |

**Update: Doug Bell is going to interview one of the**
       **SQ-17 tomorrow.**
              **and won't be available until Monday. Doug is set to interview       when**
**returns to campus Monday.**

**VR, Joe**

*BG Joe E. Ramirez, Jr*

*United States Army (Retired)*

*Vice President for Student Affairs*

*Texas A&M University*

---

**From:** Ramirez Jr, Joe E
**Sent:** Thursday, October 10, 2024 3:33 PM
**To:** Welsh III, Mark A <mwelsh@tamu.edu>
**Cc:** Utterback, Loyd S. <lutterback@corps.tamu.edu>; Ballabina, Susan G <sg-ballabina@tamu.edu>
**Subject:** FW: Interviews Preliminary Synopsis

**President Welsh – as we discussed this morning, here is the synopsis of the interviews conducted this morning of the SQ-17       by Doug Bell and his team.**

**Prepared to discuss with you at your convenience. Chip and I have already discussed as well.**

**VR, Joe**

*BG Joe E. Ramirez, Jr*

*United States Army (Retired)*

*Vice President for Student Affairs*

*Texas A&M University*

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Thursday, October 10, 2024 2:55 PM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Cc:** Jeffery, Justin S <jjeffery@tamu.edu>
**Subject:** Interviews Preliminary Synopsis

1

B.G. Ramirez,

I wanted to provide some preliminary information regarding our interview with the          in Squadron 17.  I have reviewed many of the interview notes. Most of the information has been corroborated by more than one
          .  Some of the behaviors that some of the          have corroborated are as follows:

1.

2.                                                                                   (many have stated this practice has stopped)
3.

4.   It appears that there has been an incident that occurred                                             We plan
      on interviewing                                                  .
5.
6.
7.

My investigator intends to interview                                                              . She will review the notes tomorrow to develop questions for                                                         in the current interview notes. I will be sure to keep you updated as this process continues.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

APP'X 1578

| | |
|---|---|
| **From:** | Parker, Kevin |
| **Sent:** | Wednesday, October 2, 2024 11:02 AM |
| **To:** | Simpson, Meredith M |
| **Cc:** | Utterback, Loyd S. |
| **Subject:** | RE: Sq 17 Incident -- Follow-up Info |
| **Attachments:** | SQ 17 Issues Memo Signed (final).pdf |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Meredith,
Attached is follow-up from note below and includes more instances from the last few weeks.

We do have names of a few specific         who reported some of these issues but did not include them here unless they have already                . Since there seems to be reprisal actions at the outfit level for any external reporting, I'd like to sit on those names for now and suspect any thorough investigation will do comprehensive interviews anyway. When and if needed, we can provide those names to prevent them from being cited for not reporting after having firsthand knowledge of an incident.

Since the Office of the Commandant has lead, please keep me posted at significant milestones (no expectation of a play-by-play) so I can take any necessary action for any involved           at the appropriate time.

Thanks,
Kevin

---

**From:** Utterback, Loyd S. <lutterback@corps.tamu.edu>
**Sent:** Friday, September 20, 2024 5:05 PM
**To:** Parker, Kevin <kparker@corps.tamu.edu>
**Subject:** Re: Sq 17 Incident -- Initial Info

Kevin, thanks. I will brief Meredith as she will be my POC while gone. I've shared with her that your instructors are hearing things and working within the guidelines. Appreciate the feedback here. Chip
Sent from my iPhone

> On Sep 20, 2024, at 15:31, Parker, Kevin <kparker@corps.tamu.edu> wrote:
>
>
> Sir,
> This is follow-up to our discussion. I will follow with more complete information but it will take me a few days based on who is in the office today. If you'd like me to send that to someone else in your absence, just let me know.
>
> I am not sharing names here based on how we got this info through the trust my instructors have built with our cadets. Interviews with all         from Sq 17               may provide them some anonymity and preclude a higher risk of reprisal. But I do have the names for when the time comes for the question of who knew and did not report (complicity), if needed.

1

My instructors and I have had several interactions with Squadron 17                that cause me concern over the training environment in this outfit. Concerns include
                                                    . I am confident you and the university have robust processes to collect information, review the facts, and make decisions at the appropriate level for these types of incidents.  Knowing this, I am typically the receiver of information directly from you, the office of the Commandant Standards & Discipline Office or from                         after notifications to them from the University Student Conduct Office.  And I'm sure I would eventually receive information on the incidents you are already tracking from this outfit so far this semester. However, there is one instance that I believe my staff has become aware of first.  Because the initial information seems to squarely fit the definition of hazing, I have passed word up my chain of command, in accordance with my higher headquarters policy on Commander's Critical Information Requirements.  This policy requires reporting up to the AFROTC national headquarters and Air University levels.

After passing the details to you, I will let you take the lead on follow-up actions and will wait to do any additional fact-finding. I take this stance because there does not appear to be a known immediate threat to the health or safety of these                based on circumstances today.

The one specific instance of greatest concern reported to us happened late in the evening on a weekend. Multiple Sq 17            were told by a Sq 17 upperclassman to


                                                    . This appears to have been an intentional act directed against a student for the purpose o                                                        , Sq 17, and                                        that subjects the student to an unreasonable risk of harm or adversely affects the mental or physical health or safety of the student.  The
                                                                    The upperclassman used his authority to make a clear expectation the
                        and                                        and


Again, we will flesh these concerns out with more specific details in another message next week.  Thank you for your continued partnership in ensuring cadets, those enrolled in            and those that round out their daily environment, can thrive in a productive training setting.

v/r,
Kevin

2



2 October 2024

MEMORANDUM FOR  AFROTC DET 805 PROFESSOR OF AEROSPACE STUDIES

FROM:  AFROTC DET 805 ASSISTANT DIRECTOR OF OPERATIONS

SUBJECT:        Statement Regarding Texas A&M Corps of Cadets Squadron 17 Misconduct

1. This memo outlines troubling behaviors and actions that reflect toxic, unhealthy, and a potentially unsafe climate among cadets in the Texas A&M Corps of Cadets Squadron "Challenger" 17 this semester. Multiple                         came forward about                         from their                 cadets.  Major examples outlined below are not all-inclusive.

2. Within the first few weeks of class, Capt Binkley and Capt Fairbairn noticed _ _                         We did not note their names, but they were both in Squadron 17. When asked about                         answered with evasive responses downplaying the level of concern.  They also used phrases like, "this is my fault" and "this is what it takes to be a man" and other comments as if they'd been coached to respond in a particular manner.

3. During an exit interview a Squadron 17
                                                                                       to his
        _ _        He stated that the                         repeatedly        him and other                                 They were then forced to                         also claimed he was told to use

4. A Squadron 17                 reported that he was told
                                                                                  The cadet
was approached by a fellow                                 who led him to the                         where the        were.  The cadet                                 Deriding comments followed and continued from                         to the                          Comments and phrases such as,                                                 and something similar to                                 were quoted from the                         about the        cadet.

6.    Squadron 17           approached Capt Fairbairn
          due to a toxic environment and blatant disregard for Corps policies and University rules.

7.  On 23 September 2024, Capt Binkley noticed
                                                        from Squadron 17                         .
                                                        Capt Binkley inquired about
them only to discover the          had been told to
                                        This seems to be an undue burden in
on the

8.  Cadet                approached another                         in tears with a desire
Corps but his Squadron 17 outfit                         He was
and was incapable of doing                with the          class.  He said he was getting a lot of
pressure from his          peers          They said he was :                    . Capt Fairbairn
processed                a few days later.

9.  Squadron 17

10.  If you have any questions, please contact me by phone at (979) 845-7611 or by email at
afairbairn@corps.tamu.edu.

AUSTIN J. FAIRBAIRN, Capt, USAF
Assistant Director of Operations
Texas A&M University, Detachment 805

NICHOLAS E. BINKLEY, Capt, USAF
Assistant Director of Operations
Texas A&M University, Detachment 805


EXHIBIT
23

# 24. Student Conduct Code

(Revised: 2024)

The General Order on Judicial Standards of Procedure and Substance in Review of Student Discipline in Tax Supported Institutions of Higher Education supports higher standards of behavior for students. Attendance at a university is not compulsory. The voluntary attendance of a student at a university is a voluntary entrance into the academic community. By such voluntary entrance, the student voluntarily assumes obligations of performance and behavior reasonably imposed by the university. These obligations are generally much higher than those imposed on all citizens by the civil and criminal law. A university may discipline students to secure compliance with these higher obligations as a teaching method or to sever the student from the academic community. The General Order further emphasizes the ability of universities to establish standards of superior ethical and moral behavior that occur either on or off campus.

24.1 Definitions. Only for purposes of this Student Conduct Code, the following terms and definitions will apply. The Vice President for Student Affairs or designee reserves the right to interpret and enforce this Code of Conduct.

24.1.1. The term "**accused student**" means any student charged with a violation of a student *rule*.

24.1.2. The term "**chairperson**" means a *Student Conduct Administrator* who is authorized by the *Vice President for Student Affairs* or designee to take the lead role in conducting *conferences* when there is more than one person serving as a *Student Conduct Panel* and/or more than one *Student Conduct Administrator* present.

24.1.3. The term "**charge**" means an allegation of a potential violation of the Student Rules. Charges are issued after a Student Conduct Administrator has determined sufficient information exists to hold a *conference* to determine whether a student (or students) has violated a *rule* (or *rules*).

24.1.4. The term "**complainant**" means any person who submits information indicating that a *student may* have violated the Student Conduct Code. Information brought forth by the *complainant may* result in an *investigation*.

24.1.5. The term **"conference"** means a process that provides an opportunity for an accused *student* to respond to a specific *charge* or *charges*. The purpose of a *conference* is to determine whether there is a preponderance of information to support the *charges* and if so, to determine the appropriate *sanction* or *sanctions*. Only information presented during the *conference* can be used to determine if there is a finding of responsibility.

24.1.6. The term "**consent**," solely for the purposes of the Sexual Misconduct rule (see *rule* 24.4.20), means clear, voluntary, and positive verbal or non-verbal communication that all participants have agreed to the activity.

- Consent must occur prior to or at the same time as the activity.
- Consent must remain clear, voluntary, and positive throughout the activity.
- Consent must be given for the current activity. The existence of a prior relationship or prior activity does not automatically ensure consent for current or future activity. There must be consent for each specific type of act throughout the activity. Consent must be given by each participant involved.
- A person must be 17 years of age or older to be able to consent to sexual activity if the other participant(s) involved are more than three (3) years of age older than that person.
- A person who is clearly or visibly incapacitated is not able to give consent to sexual activity (see definition of incapacitation below).

24.1.7. The term "**faculty member**" means any person hired by the *University* to conduct classroom, teaching, or research activities or who is otherwise considered by the *University* to be a member of its faculty.

24.1.8. The term "**incapacitation**" means the physical and/or mental inability to make informed, rational judgments. States of *incapacitation* include, but are not limited to, sleep, unconsciousness, and brownouts and blackouts (where an individual is awake but is not forming memories). Where alcohol or other drugs are involved, *incapacitation* is defined with respect to how the substance consumed impacts a person's decision-making capacity, awareness of consequences, and ability to make fully informed judgments.

24.1.9. The term "**investigation**" means the follow through on a complaint to ascertain details and circumstances associated with the complaint. *Investigations may* result in *charges*, a form of alternative dispute resolution, or dismissal of complaint. This determination is made at the sole discretion of the Vice President for Student Affairs or designee responsible for the oversight of the Student Conduct processes.

24.1.10. The term "**may**" is used in the permissive sense.

24.1.11. The term "**member of the University community**" includes any person who is a *student, faculty member, staff, University official* or any other person employed by the *University or by a company contracted to provide services for the University.*

24.1.12. The term "**organization**" means any number of people who meet any single or combination of the following criteria:

- belong to a group whose members are primarily Texas A&M University *students* including but not limited to academic, athletic, recreational, religious, performance, political, and social or similar groups, and/or
- have complied with the formal requirements for *University* recognition, and/or
- are advised by a *University official* whose position description designates them as an advisor, and/or
- are advised by a *University official* who has volunteered as an advisor, and/or
- live in close proximity to, for example, residence hall floors or wings, Corps outfit, Corps unit or Corps Special Activity, and/or
- are otherwise considered by the *University* to be an *organization*.

24.1.13. The term "**retaliation**" means any adverse action taken against a person for making a good faith report of a violation of Texas A&M System policies, university rules, student rules, and/or the law, or for participating in any proceeding related to the investigation or resolution of such report. Retaliation includes threatening, intimidating, harassing, coercing or any other conduct that would discourage a reasonable person from engaging in activity protected under this policy. Retaliation may be present even where there is a decision of "unsubstantiated," "insufficient information to substantiate," "not responsible," and/or "not guilty" on the allegations. Retaliation does not include good faith actions lawfully pursued in response to a report. Violation of an interim, remedial, or protective measure will be considered retaliation.

24.1.14. The term "**sanction**" includes responses or requirements given by the *University* to a *student* during a *conference* in response to a violation of a *rule*. *University sanctions* include all items listed in Section 27 of this Student Conduct Code.

24.1.15. The term "**shall**" is used in the imperative sense.

24.1.16. The term "**staff**" means any person who is employed by the *University* that is not defined as *faculty.*

24.1.17. The term "**student**" includes all persons who have accepted their offer of admission, and/or who are taking courses at the *University*, either full-time or part-time, pursuing undergraduate, graduate, or professional studies and who are either currently enrolled or

were enrolled the previous semester and registered for a future semester. Persons who withdraw after allegedly violating the Student Conduct Code, or who are not officially enrolled for a particular term but who have a continuing relationship with the *University* are considered *students*. In addition, persons who are living in University residence halls and apartments, although not enrolled in this *institution*, are also considered "*students*", for the purpose of enforcing this code.

24.1.18. The term "**Student Conduct Administrator**" means a *University official* authorized by the *Vice President for Student Affairs* or designee to collect information, to initiate *charge* letters, articulate *charges* in conferences, present information to support *charge*s, to conduct *conferences*, and to impose *sanctions* upon any *student*(*s*) found to have violated the Student Conduct Code. The Vice President for Student Affairs or designee may authorize a *Student Conduct Administrator* to serve simultaneously as a *Student Conduct Administrator* as the sole member, or one of the members of a *Student Conduct Panel*.

24.1.19. The term "**Student Conduct Panel**" means any person or persons authorized by the *Vice President for Student Affairs* or designee to determine whether a *student* has violated the Student Conduct Code and to determine *sanctions* that *may* be imposed when a *rule* violation has been committed (or found responsible).

24.1.20. The term "**rule**" encompasses those behavior expectations contained in, but not limited to, the Student Rules, Residence Hall handbook, University Apartment Handbook, the Standard of the Corps of Cadets, and the University Computer Use and Resource Rules. These rules should be read broadly and are not designed to define prohibited conduct in exhaustive terms.

24.1.21. The term "**university**" or "**institution**" means Texas A&M University.

24.1.22. The term "**University official**" means any person employed by the *University* to perform assigned administrative or professional responsibilities or who is otherwise considered by the *University* to be a *University official*.

24.1.23. The term "**University premises**" includes all land, buildings, facilities, and other property in the possession of or owned, leased, operated, supervised, used or controlled by the *University* (including adjacent streets and sidewalks)

24.1.24. The **Vice President for Student Affairs** is that person designated by the *University* President to be responsible for the administration of the Student Conduct Code. The Vice President for Student Affairs *may* assign a designee to meet these responsibilities.

24.2 Student Conduct Authority

24.2.1. The Vice President for Student Affairs or designee *shall* develop procedures for the administration of the student conduct system and for the implementation of Student Conduct Conferences that are consistent with provisions of the Student Conduct Code.

24.2.2. The Vice President for Student Affairs or designee *shall* determine the composition of *Student Conduct Panel*(s) and determine which *Student Conduct Panel*, *Student Conduct Administrator* and Appeal Panel *shall* be authorized to hear each matter.

24.2.3. Decisions made by a *Student Conduct Panel* and/or *Student Conduct Administrator shall* not be final until the appeal processes have been exhausted, waived, or time has expired.

24.3. Jurisdiction of the Student Conduct Code The Student Conduct Code *shall* apply to conduct that occurs on *University premises* and/or at *University* sponsored activities or any other activity that adversely affects the *University* community and/or the pursuit of its objectives (mission). This action *may* be taken for either affiliated or non-affiliated activities. The *University may* take action in situations occurring off *university premises* involving: student misconduct demonstrating flagrant disregard for any person or persons; or when a *student*'s or student *organization*'s behavior is judged to threaten the health, safety, and/or property of any individual or group; and/or when a student's sexual harassment of a *Member of the University Community* occurring off campus creates a hostile environment on campus.. Using the Vice President for Student Affairs' discretion, the Vice President for Student Affairs or designee *shall* decide whether the Student Conduct Code *shall* be applied to conduct occurring off campus, on a case-by-case basis. This Student Conduct Code applies at all locations of the *University*, except those campuses who write their own student conduct code.

24.4 Rules and Regulations Conduct standards at the *University* are set forth in writing in order to give *students* general notice of prohibited conduct. These rules should be read broadly and are not designed to define prohibited conduct in exhaustive terms. Any *student* found to have committed or to have attempted to commit the following misconduct is subject to the disciplinary *sanctions* outlined in Section 27. It *shall* not be a defense that a *University official*, student leader or other person authorized the behavior in question:

24.4.1. **Dishonesty.** Acts of dishonesty, including but not limited to the following:

- Withholding material information from the *University*, misrepresenting the truth during a *University investigation* or student conduct conference, and/or making false statements to any *University officials or*, law enforcement officer, in the course of their duties.
- Furnishing false information to and/or withholding information from any University official, faculty member, office, or law enforcement officers in the course of their duties.
- Forgery, alteration, possession, or misuse of any *University* document, record, or instrument of identification.

- The submission of false information at the time of admission or readmission is grounds for rejection of the application, withdrawal of any offer of acceptance, cancellation of enrollment, dismissal or other appropriate disciplinary action.

24.4.2. **Harassment.** Behavior that is severe, pervasive, or persistent to a degree that a reasonable person similarly situated would be prevented from accessing an educational opportunity or benefit. This behavior includes, but is not limited to, verbal abuse, threats, intimidation, and coercion. In addition, harassment *may* be conducted by a variety of mediums, including but not limited to, physical, verbal, graphic, written, or electronic. (Please see University Rule 08.01.01.M1. for harassment based on a person's protected status).

24.4.3. **Physical abuse.** Any attempt to cause injury or inflict pain; or causing injury or inflicting pain. Also causing physical contact with another when the person knows or should reasonably believe that the other will regard the contact as offensive or provocative. It is not a defense that the person, group, or *organization* against whom the physical abuse was directed consented to, or acquiesced to, the physical abuse.

The physical abuse *rule* is not intended to prohibit the following conduct:

- Customary public athletic events, contests, or competitions that are sponsored by the *University* or the organized and supervised practices associated with such events; or
- Any activity or conduct that furthers the goals of a legitimate educational curriculum, a legitimate extracurricular program or a legitimate military training program as defined and approved by the *University*.

24.4.4. **Theft/Damages.**

24.4.4.1. **Theft**. Unauthorized removal or stealing and/or attempted removal or stealing of property of a *member of the University community* or other personal or public property, on or off campus. This includes knowingly possessing such stolen property. This also includes theft of services and/or misuse of another's property including, but not limited to, unauthorized use of another's property, unauthorized selling of subsidized tickets, and use of a forged parking permit.

24.4.4.2. **Damages.** Behavior that destroys, damages, or litters any property of the *University*, of a *University* community member, of another institution, or of another person, on or off campus (as permitted in section 24.3.) is prohibited under this *rule*.

24.4.5. **Organization Affiliation Misconduct** means any intentional, knowing, or reckless act, occurring on or off any campus of Texas A&M University, by one person alone or acting with others, directed against an individual for the purpose of pledging, being initiated into, affiliating with, holding office in, or maintaining membership in an organization; or as part of any activity

of a recognized student organization, student group, Corps of Cadets, Corps outfit, Corps unit, Corps Special Activities, or Athletics that meets the criteria of:  24.4.5.1. Hazing; and/or 24.4.5.2. Organization-Related Intimidation and/or Abuse.

A student is responsible for Organization Affiliation Misconduct if the student:
(a) engages in Organization Affiliation Misconduct;
(b) solicits, encourages, directs, aids, or attempts to aid another in engaging in Organization Affiliation Misconduct;
(c) recklessly permits Organization Affiliation Misconduct to occur; or
(d) has firsthand knowledge of the planning of a specific Organization Affiliation Misconduct incident involving a student or has firsthand knowledge that a specific Organization Affiliation Misconduct incident has occurred, and knowingly fails to report that knowledge to the Vice President for Student Affairs or other appropriate official of the institution, a peace officer, or a law enforcement agency.

There are two types of Organization Affiliation Misconduct, based on the conduct and potential resulting harm:

24.4.5.1 **Hazing** is Organization Affiliation Misconduct that includes:

24.4.5.1.1 any type of physical brutality, such as whipping, beating, striking, branding, electronic shocking, placing of a harmful substance on the body, or similar activity;

24.4.5.1.2 sleep deprivation, exposure to the elements, confinement in a small space, calisthenics, or other similar activity that subjects the individual to an unreasonable risk of harm or that adversely affects the mental or physical health or safety of the individual;

24.4.5.1.3 consumption of a food, liquid, alcoholic beverage, liquor, drug, or other substance, other than as described by 24.4.5.1.5., that subjects the individual to an unreasonable risk of harm or that adversely affects the mental or physical health or safety of the individual;

24.4.5.1.4 any activity that induces, causes, or requires the individual to perform a duty or task that involves a violation of a criminal law or university rule that implicates a criminal law; or

24.4.5.1.5 coercion of the individual to consume:
(a) a drug; or
(b) an alcoholic beverage or liquor in an amount that would lead a reasonable person to believe that the individual is intoxicated.

"Coercion" means a threat, however communicated, to commit a violation of a criminal law or university rule that implicates a criminal law; inflict bodily injury in the future on the person threatened or another; accuse a person of any criminal offense or violation of university rule; expose a person to hatred, contempt, or ridicule; harm the credit or professional repute of any person; or take or withhold action as a public servant, or to cause a public servant to take or withhold action.

Conduct constituting Hazing may also be a violation of Texas state law (see Tex. Educ. Code §37.151 and §51.936).

24.4.5.2. **Organization-Related Intimidation and/or Abuse** is Organization Affiliation Misconduct that does not rise to the level of Hazing and includes, but is not limited to:

24.4.5.2.1 conduct that endangers the mental or physical health or safety of the individual

24.4.5.2.2. behavior that is severe and/or persistent to a degree that a reasonable person similarly situated would be prevented from accessing an educational opportunity or benefit. This behavior includes, but is not limited to, verbal abuse, deceit, threats, intimidation, and unreasonable requirements for new and continued membership of an organization;

24.4.5.2.3. confining a person or exposing participants to uncomfortable elements such as environments that are too hot, cold, noisy, small, or intimidating;

24.4.5.2.4. parading individuals in public areas, transporting individuals in a motor vehicle while wearing a visual obstruction, or privately conducting visually obstructed activities that serve no constructive purpose;

24.4.5.2.5. encouraging or requiring a person to publicly carry objects or wear apparel that is abnormal, not normally in good taste, conspicuous, and/or indecent;

24.4.5.2.6. destroying or removing public or private property;

24.4.5.2.7. any activity that induces, causes, or requires the individual to perform a duty or task that involves a violation of a university rule that does not implicate a criminal law;

24.4.5.2.8. soliciting, encouraging, directing, aiding, or attempting to aid another in engaging in intimidation or harassment; or

24.4.5.2.9. assisting, directing, or in any way causing others to participate in degrading behavior and/or behavior that causes ridicule, humiliation, or embarrassment.

Previously practiced "traditions" (including Corps of Cadets, fraternity/sorority, or any other group or organization activity, practice or tradition) or coercion by current or former members or student leaders of the involved organization, will not suffice as a justifiable reason for participation in Organization Affiliation Misconduct. It is not a defense that the person (or group) against whom the Organization Affiliation Misconduct was directed consented or acquiesced to the behavior in question.

Students who are recipients and/or victims of Organization Affiliation Misconduct and who have not perpetrated Organization Affiliation Misconduct on others involved in the fact pattern for which they are reporting, and who report the activities to the Vice President for Student Affairs or designee responsible for oversight of the student conduct processes and/or the University Police Department, will not be charged with a violation of the Organization Affiliation Misconduct rule.

The Organization Affiliation Misconduct rule is not intended to prohibit the following conduct:

- Customary public athletic events, contests, or competitions that are sponsored by the University or the organized and supervised practices associated with such events; or
- Any activity or conduct that furthers the goals of a legitimate educational curriculum, a legitimate extracurricular program or a legitimate military training program as defined and approved by the University.

24.4.6. **Failure to comply.** Failure to comply with proper and lawful direction of any *University official* or law enforcement officer.

24.4.6.1. **Evading**. Intentionally fleeing from a *University official* or law enforcement officer when the person knows or reasonably should have known the *University official* or law enforcement officer is attempting to confront, arrest, or detain.

24.4.7. **Failure to present identification.** Failure to provide identification upon the request of a *University official*.

24.4.8. **Breaching safety or security**. This includes but is not limited to: Unauthorized access to *University* facilities; unauthorized entry into or use of *University premises*; intentionally damaging door locks; unauthorized possession of *University* keys or access cards; duplicating *University* keys or access cards; propping open of exterior residence hall or other

campus building doors; tampering with fire safety equipment such as fire extinguishers, smoke detectors, alarm pull stations, gas detectors, or emergency exits; and/or unauthorized entry into another person's or entity's residence, vehicle, or business.

24.4.9. **Violation of published University rules.** Violation of any *University* policy, *rule*, or regulation published in hard copy or available electronically on the *University* website. Such rules include, but are not limited to, Residence Life contracts and rules, Corps of Cadets rules, *University* motor vehicle rules, rules relating to the use of student identification cards, entry and use of *University* facilities and dining hall conduct.

24.4.10. **Violation of NCAA Regulations.** Violations of any NCAA regulations.

24.4.11. **Violation of law.** Violation(s) of any federal, state or local law.

24.4.12. **Drugs.** The act of using, possessing, being under the influence of, manufacturing, or distributing illegal drugs or illegally obtained/possessed controlled substances is prohibited. Abusing legally obtained drugs by failing to take the drug as directed. Except as expressly permitted by law, use, possession, manufacturing, or distribution or being a party thereto of marijuana, heroin, narcotics, or other controlled and/or prescribed substances and/or drug paraphernalia and/or dangerous drug is also prohibited. Individuals may not operate a motor vehicle or another form of transportation while under the influence of drugs or while intoxicated. (See **Appendix VII, Texas A&M University Drug Rules (https://student-rules.tamu.edu/append7)** )

24.4.13. **Alcohol.** Alcohol use, possession, manufacturing, or distribution of alcoholic beverages (except as expressly authorized by *University* regulations), is prohibited on Texas A&M *University premises* and *University* sponsored events. In addition, use, possession, or distribution of alcohol beverages while driving or riding in or on a vehicle on *University premises* is prohibited. Alcoholic beverages may not, in any circumstance, be used by, possessed by, or distributed to any person under twenty-one (21) years of age. Individuals may not be in a state of public intoxication or drunkenness. Individuals may not operate a motor vehicle or another form of transportation while intoxicated or while under the influence of alcohol (See **Appendix VIII, Texas A&M University Alcohol Rules (https://student-rules.tamu.edu/append8)**).

24.4.14. **Weapons and explosives.** Illegal or unauthorized use, possession, or storage of fireworks or explosives, other weapons, or dangerous chemicals on *University premises* or at any *University*-sponsored activity is prohibited. In addition, use of any such item, even if legally possessed, in a manner that harms, threatens or causes fear to others is prohibited. The term weapon is defined as any object or substance designed or used to inflict a wound, to cause or threaten injury , or to incapacitate. Weapons may include, but are not limited to, all firearms, pellet guns, tasers, stunguns, slingshots, martial arts devices, switchblade knives and clubs.

24.4.15. **Disruptive activity.** Disruption or obstruction of teaching, research, administration, or other *University* activities (including public-service functions on or off campus) or of other authorized non-*University* activities when conduct occurs on *University premises*. Such activities *may* include, but are not limited to:

- Leading or inciting others to disrupt scheduled and/or normal activities on *University premises*.
- Classroom behavior that seriously interferes with either (a) the *faculty member*'s ability to conduct the class or (b) the ability of other *students* to profit from the instructional program. (See Texas A&M University Rule on **Classroom Behavior, section 21 (https://student-rules.tamu.edu/rule21)** of this publication.)
- Any behavior in class or out of class, which for any reason interferes with the class work of others, involves disorder, or otherwise disrupts the regular and essential operation of the *University*.
- Activity or conduct that violates the Texas A&M University Rules on Freedom of Expression (See **Appendix XI (https://student-rules.tamu.edu/append11)**).

24.4.16. **Traffic obstruction.** Obstruction of the free flow of pedestrian or vehicular traffic on *University premises* or at *University*-sponsored or supervised activities.

24.4.17. **Disorderly conduct.** Public behavior that is disruptive, lewd, or indecent; breach of peace; or aiding, or procuring another person to breach the peace on University premises or at functions sponsored by the *University* or participated in by members of the *University* community.

24.4.18. **Unauthorized recording**. Any unauthorized use of electronic or other devices to make an audio, video, still frame or photographic record of any persons without their prior knowledge, or without their effective consent when the person or persons being recorded have a reasonable expectation of privacy and/or such recording is likely to cause injury or distress. This includes, but is not limited to, surreptitiously taking pictures of another person in a gym, locker room, or restroom or recording administrative meetings with *University officials*. If a recording is made that captures a violation of the Student Rules or law, the *Student Conduct Administrator may* elect not to enforce this section of the Student Rules against the *student* making the recording.

24.4.19. **Misuse of Computing Resources.** Failure to comply with *University* regulations and policies, license agreements, and contracts governing network, software and hardware use; abuse of communal resources; use of computing resources for unauthorized commercial purposes or personal gain; failure to protect your password or use of your account; breach of computer security, harmful access or invasion of privacy. Misuse and/or other abuse of computer facilities and resources including, but not limited to:

- Use of another individual's identification and/or password.
- Use of computing facilities and resources to send obscene or threatening messages.
- Use of computing facilities and resources in violation of copyright laws.

(see Appendix V, Individual Responsibility for Use of Computing Resources)

24.4.20. **Sexual Misconduct.**

> **24.4.20.1. Sexual contact.** Attempting or making sexual contact, including but not limited to, inappropriate touching without the person's consent (see "consent" definitions), or in circumstances where the person is physically, mentally or legally unable to give consent when the behavior is not so severe, pervasive, or persistent to create a work, educational, or campus living environment that a reasonable person would consider intimidating, abusive, or offensive or sexual exploitation as defined in Texas A&M University System Regulation 08.01.01. (For sex-based behaviors that are sever, persistent, or pervasive to create a work, education, or campus living environment that a reasonable person would consider intimidating, abusive, or offensive; sexual exploitation; sexual assault; or sexual harassment; please see System Texas A&M University System Regulation 08.01.01. and University Rule 08.01.01.M1.)

24.4.21. **Animal Cruelty.** Intentionally, knowingly, or recklessly torturing or in a cruel manner killing or causing serious bodily injury to an animal, failing to provide necessary food, water or care for an animal in the person's custody, abandoning unreasonably an animal in the person's custody, transporting or confining an animal in a cruel manner, causing bodily injury to any animal without the owner's *consent*, causing one animal to fight with another animal, or seriously overworking an animal. Intentionally, knowingly, or recklessly attacking, injuring or killing an assistance animal or inciting another to attack, injure or kill an assistance animal.

This policy is not intended to prohibit:

- Killing or injuring an animal within the scope of a person's employment or furthering the goals of legitimate educational curriculum as designed and approved by the *University*.
- Killing or injuring an animal when the actor had a reasonable fear of bodily injury to self or other person by that animal.

24.4.22. **Reckless driving**. Driving in a manner that recklessly endangers the health and/or safety of oneself or others.

24.4.23. **Abuse of process**. Abuse of the student conduct, disciplinary and/or legal processes including, but not limited to, *investigations*, *conferences*, and appeals. Prohibited behavior includes, but is not limited to:

- Failure to obey the notice from a *Student Conduct Panel*, *Student Conduct Administrator*, and/or *University official* to appear for a meeting or *conference* as part of an official *University* disciplinary process.
- Falsification, distortion, or misrepresentation of information.
- Disruption or interference with the orderly conduct of an *investigation*, *conference*, or an appeal process.
- Intentionally initiating or causing to be initiated any false report.
- Attempting to discourage an individual's proper participation in, or use of, a student conduct, disciplinary, or legal process.
- Attempting to influence the impartiality of a member of a *Student Conduct Panel* prior to, and/or during the course of, the *Student Conduct Panel*
- Verbal or physical intimidation, and/or retaliation of any party to the Student Conduct proceeding prior to, during, and/or afterwards.
- Committing a violation of *University* rules while serving a conduct probation, conduct review, or deferred suspension status or failing to meet deadlines imposed in accordance with *University*
- Failure to abide by the terms of *University* administered *sanctions*.
- Influencing or attempting to influence another person to commit an abuse of the Student Conduct Code system.

24.4.24. **Complicity.** Attempting, aiding, abetting, conspiring, hiring or being an accessory to any act prohibited by this code *shall* be considered to the same extent as completed violations.

24.5. **Bias-Related Violations**–Violations of 24.4 of this Student Conduct Code that are motivated by prejudice toward a person or group because of factors such as race, religion, ethnicity, disability, national origin, age, gender or sexual orientation *may* be assessed an enhanced *sanction* as prescribed in section 27 of this publication.

24.6. **Violations of Law and University Discipline** The focus of inquiry in student conduct proceedings *shall* be the determination of whether a violation of University rules occurred. Student conduct proceedings *shall* be informal in nature and need not comply with the formal processes associated with the criminal and civil courts, nor *shall* deviations from prescribed process necessarily invalidate a decision or proceeding unless significant prejudice to the *student* or *University may* result. Standards outlined by the *University* for *students may* be higher than those standards set for the general population. As each person is subject to multiple layers of expectations through the Federal, State, County and local governments, *students* are further expected to maintain a higher standard of behavior as members of the *University* community. *Students* failing to adhere to those standards *may* be subject to a University conduct process in addition to civil or criminal litigation should the behavior also be a potential violation of the law. The attempted analogy of student discipline to criminal proceedings

against adults and juveniles is not sound. *Students may* be charged with conduct that potentially violates both the criminal law and this Student Conduct Code (that is, if both possible violations result from the same factual situation) without regard to the pendency of civil or criminal litigation in court or criminal arrest and prosecution. Proceedings under this Student Conduct Code *may* be carried out prior to, simultaneously with, or following civil or criminal proceedings off campus at the discretion of Vice President for Student Affairs or designee. Determinations made or *sanctions* imposed under this Student Conduct Code *shall* not be subject to change because criminal *charges* were dismissed, reduced, or resolved in favor of or against the criminal law defendant. When a *student* is charged by federal, state, or local authorities with a violation of law, the *University* will not request or agree to special consideration for that individual because of that individual's status as a *student*. If the alleged offense is also being processed under the Student Conduct Code, the *University may* advise off-campus authorities of the existence of the Student Conduct Code and of how matters are typically handled within the *University* community. The *University* will attempt to cooperate with law enforcement and other agencies in the enforcement of criminal law on campus.

## 24.7 **Amnesty**

### 24.7.1 **Amnesty relating to sexual harassment, sexual assault, dating violence, and stalking.** Texas A&M University will "not take any disciplinary action against a student enrolled at the institution who in good faith reports to the institution being the victim of, or a witness to, an incident of sexual harassment, sexual assault, dating violence, or stalking [as defined in System Regulation 08.01.01, *Civil Rights Compliance*], for a violation by the student of the institution's code of conduct occurring at or near the time of the incident, regardless of the location at which the incident occurred or the outcome of the institution's disciplinary process regarding the incident, if any." (Texas Education Code Sec. 51.284).

This amnesty does not apply in situations where:

(a) A student "reports the student's own commission or assistance in the commission of sexual harassment, sexual assault, dating violence, or stalking" [as defined in System Regulation 08.01.01]; or
(b) A student's behavior occurring near or at the time of the incident could result in a suspension or expulsion from the university. For the purposes of this rule, suspension or expulsion may be possible outcomes when the student's behavior:

- Threatens or endangers the physical or mental health and/or safety of other individuals;
- Causes significant property damage or loss;
- Causes significant burden on the university and/or community members to repair the harm caused by the behavior;

- Would cause a reasonable person similarly situated to fear for their safety or suffer substantial emotional distress;
- Causes significant disruption that limits others' ability to access the academic, co-curricular, or work environment; or
- Has demonstrated a pattern of failure to comply with university behavioral expectations;

Staff in the Student Conduct Office "may investigate to determine whether a report of an incident of sexual harassment, sexual assault, dating violence, or stalking was made in good faith" (Texas Education Code Sec. 51.284(b)). A determination by the Vice President for Student Affairs or designee responsible for oversight of the student conduct processes that a student is entitled to amnesty is final and may not be revoked. All questions of implementation of this amnesty rule are subject to the decision of the Vice President for Student Affairs or designee responsible for oversight of the student conduct processes.

24.7.2 **Amnesty pertaining to alcohol and other drugs.** A student who calls 9-1-1 or takes an individual to receive emergency treatment for possible alcohol and/or drug overdose will not be charged under this code for possession or use of alcohol or other drugs. This amnesty only applies if:

(a) The student stays with the individual needing treatment until emergency services arrive;
(b) The student takes reasonable measures to assist the individual needing treatment; and
(c) The student is cooperative with emergency services and university processes.

**Propose a Student Rule Revision (https://student-rules.tamu.edu/propose/revision/?title=Student Conduct Code&section=)**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24032093
nicole.myette@oag.texas.gov
Envelope ID: 97068582
Filing Code Description: EXHIBIT LIST
Filing Description: D's PTJ Exhibit 1-23 rdcd_Part3
Status as of 2/6/2025 2:46 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Patti Artavia | | patti@vbattorneys.com | 2/6/2025 1:15:56 PM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 2/6/2025 1:15:56 PM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 2/6/2025 1:15:56 PM | SENT |
| Michael  Granado | | michael@vbattorneys.com | 2/6/2025 1:15:56 PM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 2/6/2025 1:15:56 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 2/6/2025 1:15:56 PM | SENT |

**Received & Filed 2/6/2025 1:23 PM**
**Gabriel Garcia, District Clerk**
**Brazos County, Texas**
**Erika Garcia**
**Envelope# - 97069197**

CAUSE NO. 24-003177-CV-85

| | | |
|---|---|---|
| BRIAN BECKOM, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | BRAZOS COUNTY, TEXAS |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| *Defendant.* | § | 85TH JUDICIAL DISTRICT |

## ORDER GRANTING DEFENDANT'S PLEA TO THE JURISDICTION

Came to be considered Defendant Texas A&M University's Plea to the Jurisdiction. After consideration of the plea, any response thereto by Plaintiff, the argument of counsel, and the controlling law, it is **GRANTED**.

Accordingly, all claims and causes of action are **DISMISSED WITH PREJUDICE** and Plaintiff is **DENIED** all requested relief. It is further **ORDERED** that TAMU is awarded all costs in this litigation.

SIGNED this _____ day of _____ 2025.


_____
JUDGE PRESIDNG


**APP'X 1599**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24032093
nicole.myette@oag.texas.gov
Envelope ID: 97069197
Filing Code Description: Proposed Order
Filing Description: GRANTING DEFENDANT'S PLEA TO THE JURISDICTION
Status as of 2/6/2025 3:38 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Patti Artavia | | patti@vbattorneys.com | 2/6/2025 1:23:39 PM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 2/6/2025 1:23:39 PM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 2/6/2025 1:23:39 PM | SENT |
| Michael  Granado | | michael@vbattorneys.com | 2/6/2025 1:23:39 PM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 2/6/2025 1:23:39 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 2/6/2025 1:23:39 PM | SENT |

Received & Filed 3/3/2025 12:18 PM
Gabriel Garcia, District Clerk
Brazos County, Texas
Emily Velasquez
Envelope# - 97984983

Cause No.24-003177-CV-85

| | | |
|---|---|---|
| Brian Beckcom | ) | In the District Court of |
| | ) | |
| vs. | ) | Brazos County, Texas |
| | ) | |
| Texas A&M University | ) | 85th Judicial District |

### Amended Petition for Writ of Mandamus

*"The purpose of the Texas Public Information Act is to ensure transparency in government so that the public can retain control over the government they created."*[1]

The Texas Public Information Act ("TPIA") mandates openness, emphasizing that governmental bodies exist to serve the people, not to withhold information from them. By requiring liberal construction in favor of disclosure, the Texas Legislature intended to empower citizens to fully monitor the official acts of public officials and institutions. Thus, when governmental entities withhold public records, they undermine the very foundation of public accountability that the Act was created to protect.

TAMU is withholding hundreds of pages of documents in this case, claiming a variety of inapplicable privileges and questionable exceptions. Petitioner requests that this Court require TAMU to respond to two particular requests: (1) documents related to a March 2024 investigation into Squadron 17 of the Corps of Cadets; and (2) a "compilation" of DEI documents, and any other documents that exist and have not been produced, related to former

---

[1] *City of Dallas v. Abbott*, 304 S.W.3d 380, 385 (Tex. 2010).

**APP'X 1601**

Commandant Patrick Michaelis' plan to completely restructure the Corps of Cadets freshman experience (or "fish brigade").[2]

## 1.      Discovery Control Plan

1.1      Petitioner requests expedited relief under Level 1 of the Texas Rules of Civil Procedure. At this time, Petitioner requests non-monetary relief only, except for attorney fees and court costs, the amount of which will not exceed $100,000.

## 2.      Claim for Relief

2.1      Petitioner seeks only non-monetary relief and attorney's fees and court costs necessary for the prosecution of this writ and subsequent discovery.

## 3.      Parties

3.1      Petitioner Brian Beckcom is an attorney whose address is 1220 Augusta, Suite 240, Houston, Texas 77057.

3.2.      Respondent Texas A&M University is a public university that can be served through its Office of General Counsel at  Moore / Connally Building, 6th Floor, 301 Tarrow Street, College Station, Texas  77840-7896

## 4.      Jurisdiction, Venue, and Conditions Precedent

4.1      This Court has jurisdiction under Texas Government Code § 552.321. Venue is mandatory in Brazos County under Texas Government Code § 552.321(b).

4.2      All conditions precedent have been performed or have occurred.

## 5.      Facts

---

[2] Michaelis has since been relieved of his duties by the Texas A&M Board of Regents in August 2024, in part for his insistence on moving forward with the proposed restructure.

**5.1     Petitioner Brian Beckcom sent requests for production under the TPIA that have not been fully responded to.**

5.1.1 The TPIA expressly prohibits governmental bodies from refusing to produce documents based on the status of the requester, and yet, TAMU is doing exactly that in this case.

5.1.2.  On March 28, 2024, Petitioner Brian Beckcom sent a request for documents related to several investigations into Corps of Cadets.[3] TAMU refused to produce any documents related to one particular outfit—Squadron 17–yet produced documents related to other outfits, with appropriate private information redacted, TAMU claimed that because Mr. Beckcom is a parent of one of the students in the outfit, Mr. Beckcom was prohibited from seeing documents related to his son's outfit.

TAMU's legal position is incorrect based on black letter law. In fact, the TPIA expressly prohibits governmental entities from discriminating based on the stats of the requestor.[4]

Further, and strangely, TAMU produced documents related to a different investigation of the same outfit and has produced documents related to investigations of several other Corps units. It is only this one particular investigation, of this one particular outfit, that TAMU seeks to withhold.[5]

5.1.3 TAMU is also withholding many documents related to the former Commandant's plans to radically restructure the Corps based on DEI principles. On February 26, 2024, Petitioner

---

[3] Exhibit A, March Corps of Cadets Document Request.
[4] Tex. Gov't Code 552.223 "The officer for public information or the officer's agent shall treat all requests for information uniformly without regard to the position or occupation of the requestor, the person on whose behalf the request is made, or the status of the individual as a member of the media"
[5] Of note, all Corps members were cleared of any alleged wrongdoing.

Brian Beckcom sent a request for documents related to the Corps of Cadets freshman experience. TAMU stated that a "compilation of DEI documents" responsive to the request was withheld. It is still being withheld, along with the planning documents and other documents related to the former Commandant's plans to restructure the Corps of Cadets[6]

6. **Violation of the Texas Public Information Act**

6.1 The TPIA requires that public information be produced "promptly."[7] The Texas Supreme Court has emphasized that the TPIA's prompt production requirement is a key part of its purpose to promote government transparency.[8] TAMU's failure to provide the requested information and perform an adequate search is a clear violation of the TPIA's unambiguous mandate.

7. **Request for Relief**

Petitioner requests that the Court order TAMU to produce the requested documents and information or perform an *in-camera* review of the materials to determine the applicability of the alleged privileges. Petitioner Beckcom further requests costs and fees as allowed by law.

Respectfully submitted,

**VB Attorneys**

/s/ Brian Beckcom

_____

**Brian Beckcom**
SBN: 24012268
1220 Augusta, Suite 240
Houston, Texas 77057

---

[6] Exhibit B, Fish Brigade Request.
[7] *Austin Bulldog v. Leffingwell*, 490 S.W.3d 240, 243-44 (Tex. App.—Austin 2016, no pet.).
[8] *Jackson v. State Office of Admin. Hearings*, 351 S.W.3d 290, 293 (Tex. 2011).

713/224-7800 (Office)
713/224-7801 (Facsimile)
Certificate of Service

On the 3rd day of March a true and correct copy of the foregoing was forwarded to all counsel of record.

/s/Brian Beckcom

_____

Brian Beckcom

# EXHIBIT A



Brian Beckcom
Board Certified in Personal Injury Trial Law
Texas Board of Legal Specialization

6363 Woodway Drive
Suite 400
Houston, Texas 77057

Tel (713) 224-7800
Fax (713) 224-7801

www.VBAttorneys.com

March 28, 2024

Texas A&M University by email to: open-records@tamu.edu
Office of Open Records
750 Agronomy Road
Mail Stop 1280
College Station, Texas 77843

To Whom It May Concern:

Pursuant to Section 552.001, *et seq.,* of the Texas Open Records Act, Public Records Information, please produce the following documents:

- All documents or other materials related to any so-called investigation of Squadron 17, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from Dr. Douglas Bell related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation

- All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A&M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in "DE&I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of Dr. Douglas Bell, Joe Ramirez, any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same

- Any and all materials which show how any investigation of Squadron 17 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere.

- Any texts, emails or other forms of communication , digital or otherwise, between or among Joe Ramirez and Patrick Michaelis related to the subject of investigating the any Corps outfit or individual for hazing or any other infraction, including but not limited to the investigation of 17, and any such materials from anyone acting with or on behalf of these individuals, as well as any communications of any kind to or from Dr. Douglas Bell related to the same.

I agree to pay reasonable fees for the processing of this request.

As provided by the open records law, I will expect your response within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.

Please remind Dr. Bell, Joe Ramirez, and anyone else who possess potentially responsive information of their obligations under Texas law to preserve any such responsive information.

Please direct any future correspondence to the undersigned or Patti@vbattoreys.com We look forward to hearing from you.

Sincerely,

/s/ Brian Beckcom
Brian Beckom
Brian@vbattorneys.com

# EXHIBIT B



VB Attorneys

**Brian Beckcom**
Board Certified in Personal Injury Trial Law
Texas Board of Legal Specialization

6363 Woodway Drive
Suite 400
Houston, Texas 77057

Tel (713) 224-7800
Fax (713) 224-7801

www.VBAttorneys.com

February 26, 2024

Texas A&M University by email to: open-records@tamu.edu
Office of Open Records
750 Agronomy Road
Mail Stop 1280
College Station, Texas 77843

To Whom It May Concern:

Pursuant to Section 552.001, *et seq.,* of the Texas Open Records Act, Public Records Information, please produce the following documents:

- All documents or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade, including but not limited to any documents from any working groups and any communications regarding the same.

- All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding "socialization," "leadership education," discussion of the "communal/fraternal aspects of the Corps," any studies or materials concerning same, any discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s wherein fish were moved to Rellis Air Force Base and any studies or documents concerning same, any study of retention or attrition statistics, any proposed "re-mapping" of the core curriculum, any documents or other materials related to re-writing the Standard and the "Cadence," and any documents or materials related to Commandant's Guidance to the Corps or any drafts of same.

- All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.

- Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.

- Any and all communications from anyone at Texas A&M concerning the plan to restructure the fish and Corps experience, including from the Office of the President of Texas A&M, the Office of the Vice President of Student Affairs, and the Board of Regents.

- Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadaets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes would potentially impact Texas A&M or the Corps of Cadets from a DEI perspective.

I agree to pay reasonable fees for the processing of this request.

As provided by the open records law, I will expect your response within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.

Please direct any future correspondence to the undersigned or Patti@vbattoreys.com We look forward to hearing from you.

Sincerely,

/s/ Brian Beckcom
Brian Beckom
Brian@vbattorneys.com

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Granado on behalf of Brian Beckcom
Bar No. 24012268
Michael@vbattorneys.com
Envelope ID: 97984983
Filing Code Description: Amended Filing
Filing Description: Amended Petition For Writ of Mandamus
Status as of 3/3/2025 4:07 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Patti Artavia | | patti@vbattorneys.com | 3/3/2025 12:18:04 PM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 3/3/2025 12:18:04 PM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 3/3/2025 12:18:04 PM | SENT |
| Michael  Granado | | michael@vbattorneys.com | 3/3/2025 12:18:04 PM | SENT |
| Hunter Shurtleff | | hunter@shurtlefflaw.com | 3/3/2025 12:18:04 PM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 3/3/2025 12:18:04 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 3/3/2025 12:18:04 PM | SENT |

**Received & Filed 3/21/2025 3:03 PM**
**Gabriel Garcia, District Clerk**
**Brazos County, Texas**
**Erika Garcia**
**Envelope# - 98750566**

CAUSE NO. 24-003177-CV-85

| | | |
|---|---|---|
| BRIAN BECKOM, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | BRAZOS COUNTY, TEXAS |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| *Defendant.* | § | 85TH JUDICIAL DISTRICT |

### DEFENDANT'S FIRST SUPPLEMENT TO PLEA TO THE JURISDICTION

Defendant Texas A&M University ("TAMU") files this First Supplement to Plea to the Jurisdiction and respectfully shows as follows:

TAMU attaches and incorporates fully by reference herein for all purposes the filings in *Brian Beckcom v. Texas A&M University*; Cause No. 24-000902-CV-85; In the 85th Judicial District Court of Brazos County, Texas, namely:

1. Defendant's First Amended Plea to the Jurisdiction and all exhibits attached thereto;

2. Defendant's First Supplement to First Amended Plea to the Jurisdiction and all exhibits attached thereto; and

3. Defendant's Second Supplement to First Amended Plea to the Jurisdiction and all exhibits attached thereto.

### PRAYER

Wherefore, premises considered, TAMU respectfully requests this plea be granted thereby dismissing Plaintiff's claims with prejudice, and that all requested

1

**APP'X 1613**

relief be denied. TAMU further requests all other relief to which it may be justly entitled both at law and in equity.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ Jason T. Contreras
JASON T. CONTRERAS
Assistant Attorney General
Texas Bar No. 24032093
Jason.Contreras@oag.texas.gov
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served electronically through E-File Texas, File and Serve Texas in compliance with TRCP 21 on March 21, 2025 to:

Brendan Fradkin
Brian Beckcom
VB Attorneys
1220 Augusta, Suite 240
Houston, TX 77057
713/224-7800 (Office)
713/224-7801 (fax)
brendan@vbattorneys.com
Brian@vbattorneys.com

Hunter Shurtleff
Texas Bar No. 00794629
Shurtleff Law Firm, PC
P.O. Box 9618
College Station, Texas 77842-9618
Office: 409 E. 26th Street
Bryan, Texas 77803
Telephone (979) 446-4012
Fax (979) 431-0065
hunter@shurtlefflaw.com

/s/ Jason T. Contreras
JASON T. CONTRERAS
Assistant Attorney General

**Received & Filed 8/2/2024 11:39 AM**
**Gabriel Garcia, District Clerk**
**Brazos County, Texas**
**Erika Garcia**
**Envelope# - 90476455**

CAUSE NO. 24-000902-CV-85

| | | |
|---|---|---|
| BRIAN BECKOM, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | BRAZOS COUNTY, TEXAS |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| *Defendant.* | § | 85TH JUDICIAL DISTRICT |

## DEFENDANT'S FIRST AMENDED PLEA TO THE JURISDICTION

Defendant Texas A&M University ("TAMU") files this First Amended Plea to the Jurisdiction[1] because it met its obligation under the Texas Public Information Act ("TPIA") to produce information in response to Plaintiff's open records requests. TAMU also properly withheld documents as expressly permitted by the TPIA and in reasonable reliance of a prior decision by the Attorney General's Office. Thus, Plaintiff lacks standing because there was no violation of the TPIA that can be redressed by way of this lawsuit. There is no live justiciable controversy or dispute to resolve. Even if a controversy ever existed, it is now moot. As a result, Plaintiff is not entitled to any relief whatsoever, including declaratory judgment relief or attorney's fees. In support, TAMU respectfully offers the following for consideration by the Court:

---

[1] TAMU incorporates by references its initial Plea to the Jurisdiction, First Supplement and Second Supplement thereto, and all exhibits attached thereto.

1

**APP'X 1616**

## I. BACKGROUND

### A. Nature of Suit and Claims

This is a suit for writ of mandamus under the Texas Public Information Act ("TPIA"). TEX. GOV'T CODE § 552.321. On March 28, 2024, Plaintiff,[2] an attorney previously *pro se* that recently obtained counsel, filed this action claiming that TAMU failed to produce "full and complete responsive documents" and further "has refused to produce all of the requested public information" in violation of the TPIA. See Plaintiff's Original Petition for Writ of Mandamus at ¶¶ 3.1, 5.2. Plaintiff requests that TAMU "immediately produce" all public information responsive to his February 26, 2024 request, a deposition of the TAMU personnel that gathered and collected the requested materials in issue, and attorney's fees and costs. *Id*. at ¶¶ 7.1-7.3.

On May 10, 2024, Plaintiff filed a First Amended Petition for Writ of Mandamus (First Amended Petition) requesting that TAMU appoint a third-party service to perform a search for the requested public records. See First Amended Petition. He also listed five of the six requests in the first TPIA request made on February 26, 2024. See First Amended Petition at ¶ 5.1.3(1)-(5). Plaintiff admits that on April 24, 2024, TAMU produced documents responsive to this request, but claims it was an incomplete production and that he "knows of" and is in possession of additional documents that were not produced. *Id*. at ¶ 5.1.4-5.1.5. He asserts that TAMU's search for documents was not conducted properly in good faith "or" that TAMU is improperly withholding documents. *Id*. at ¶¶ 5.1.6-5.1.7.

---

[2] TAMU collectively refers to "Plaintiff" to include Plaintiff and any other attorneys or assistants with whom it had contact with regarding the TPIA requests in issue, including Brendan Fradkin and Patti Artavia.

**B.** **Plaintiff's Attempt to Improperly Prejudice TAMU by filing an Amended Petition *one day* before a Scheduled Court Hearing**

On June 26, 2024, in the late afternoon just *one day* before a previously scheduled hearing was set to take place on June 27, 2024, Plaintiff filed a Second Amended Petition for Writ of Mandamus and Request for Declaratory Judgment (Second Amended Petition). Amended pleadings and their contents take the place of prior pleadings. *FKM Prtshp. v. Board of Regents*, 255 S.W.3d 619, 633 (Tex. 2008); Tex. R. Civ. P. 65.

His fundamental allegations remain the same, but *he added three new, significant matters*, as follows:

(1) allegations regarding an additional public information request for "bathroom renovation project" documents, which was allegedly undertaken because "one transvestite cadet threatened to sue TAMU;"
(2) a purported violation of Senate Bill 17; and
(3) a claim for declaratory judgment relief.

See Second Amended Petition at 5.4, 6.2, 7.8.

Plaintiff also added a new (incorrect) allegation that TAMU is refusing to produce a "recorded, public Microsoft Teams call." *Id.* at ¶ 5.4.3.

Despite adding these new allegations and claims, Plaintiff improperly insisted to the court, and over TAMU's objection, that it should still proceed with the June 27th hearing. The hearing on June 27th was cancelled by the Court due to a scheduling conflict with another matter.

**C.** **Documents regarding Diversity, Equity, and Inclusion (DEI)**

Plaintiff further alleges that TAMU failed to produce documents regarding DEI relating to proposed changes to the Corps of Cadets. See Second Amended Petition at ¶¶

5.2-5.2.2. Plaintiff acknowledges he was informed by TAMU that it is withholding these documents pursuant to a prior AG Letter ruling, but (incorrectly) contends it was "not specific to this request" and that TAMU is required to get a new AG opinion on these documents. *Id*. at ¶ 5.2.2.

**D.      Documents regarding the Hazing Investigation of Squadron 17**

In response to Plaintiff's March 28, 2024 TPIA request, he alleges TAMU failed to produce documents relating to the "wrongful" hazing investigation of Squadron 17. See Second Amended Petition at ¶¶ 5.3-5.3.1. While Plaintiff admits that on May 9, 2024, TAMU did in fact produce documents responsive to this request, he claims it was incomplete and that it is withholding an "*unknown number of documents …*" *Id*. at ¶ 5.3.2. (emphasis added).

For unknown reasons, Plaintiff felt the need to "chime in" with his completely subjective, irrelevant and unsubstantiated personal "opinion" that the hazing investigation was "brought in bad faith to retaliate against the all-male outfit." *Id*. at ¶ 5.3.

TAMU disputes these allegations and contends that it met its TPIA obligations by producing the responsive information to which Plaintiff is entitled. TAMU further contends that it properly withheld the DEI documents as expressly permitted by law.

**E.      Request for Hearing**

A hearing before the court is set for August 9, 2024 in this case. In the interest of judicial economy and efficiency, TAMU respectfully requests this First Amended Plea to the Jurisdiction be set for hearing along with all other matters to be addressed that day before the court.

## II. INCORPORATION OF EVIDENCE

In filing this plea, Defendant attaches the following affidavits, documents, statements, materials, and other evidence to establish, as evidence in support thereto, and all such evidence is fully incorporated and adopted herein by reference for all purposes:

**Exhibit 1:** Plaintiff's first TPIA request w/ history – J000762
**Exhibit 2:** Plaintiff's second TPIA request w/ history –J000767
**Exhibit 3:** Plaintiff's third TPIA request w/ history – J001123
**Exhibit 4:** Plaintiff's fourth TPIA request w/ history – J001147
**Exhibit 5:** Plaintiff's fifth TPIA request w/ history – J0001320
**Exhibit 6:** TAMU request for AG decision, April 19, 2024
**Exhibit 7:** AG decision OR2024-004322
**Exhibit 8:** Plaintiff's lawsuit against TAMU
**Exhibit 9:** First batch produced B-1 (11 pgs)
**Exhibit 10:** Second batch produced B-2 (111 pgs)
**Exhibit 11:** TAMU withdrawal letter re B-1 and B-2 docs
**Exhibit 12:** Plaintiff's sixth TPIA request w/ history – J0001365
**Exhibit 13:** Email w/ transmittal of documents re sixth TPIA request
**Exhibit 14:** Plaintiff's seventh TPIA request w/ history – J0001723
**Exhibit 15:** Email w/ transmittal of partial disclosure of seventh TPIA req
**Exhibit 16:** TAMU request for AG decision, May 6, 2024
**Exhibit 17:** TPIA request by JD Foster – J1330
**Exhibit 18:** Fish brigade concept docs (152 pgs)
**Exhibit 19:** Updated Plaintiff's fifth TPIA request w/ history – J-1320
**Exhibit 20:** Emails b/t Plaintiff and TAMU re TPIA req J001320
**Exhibit 21:** Rudder theatre email (2 pgs)
**Exhibit 22:** Facebook post (6 pgs)
**Exhibit 23:** Emails b/t Plaintiff and defense counsel
**Exhibit 24:** TAMU System policy 61.01, Public Information Act Compliance[3]
**Exhibit 25:** TAMU System regulation, 61.01.02, Public Information
**Exhibit 26:** J1147 production part one (292 pgs)
**Exhibit 27:** J1147 production part two (13 pgs)
**Exhibit 28:** Business records affidavit, Patricia Bledsoe
**Exhibit 29**: J1147 production June 13, 2024 (108 pgs)
**Exhibit 30**: Second business records affidavit, Patricia Bledsoe

---

[3] TAMU system policies and regulations identified as **Exhibit 24** and **Exhibit 25** may be found online accessible to the public at https://orec.tamu.edu/open-records/.

**Exhibit 31**: Plaintiff's seventh TPIA request w/ history – J1723 (6 pgs)
**Exhibit 32**: J1723 production part 1 (123 pgs), June 3, 2024
**Exhibit 33**: J1723 production part 2 (1 pg), June 3, 2024
**Exhibit 34**: J1723 production part 3 (5 pgs chart), June 3, 2024
**Exhibit 35**: J1723 production part 4 (2 pgs), June 3, 2024
**Exhibit 36**: J1723 production part 5 (2 pgs), June 3, 2024
**Exhibit 37**: J1723 production part 6 (71 pgs), June 3, 2024
**Exhibit 38**: Third business records affidavit, Patricia Bledsoe
**Exhibit 39**: J1723 Notice of Project w weblink for meeting
**Exhibit 40**: J1723 production part 1 (633 pgs), July 12, 2024
**Exhibit 41**: J1723 production part 2 (108 pgs), July 12, 2024
**Exhibit 42**: J1723 production part 3 (1 pg), July 12, 2024
**Exhibit 43**: J1723 production part 4 (3 pgs), July 12, 2024
**Exhibit 44**: Fourth business records affidavit, Patricia Bledsoe
**Exhibit 45**: Attorney General ruling, OR2024-023625

## III.    STATEMENT OF FACTS

### A.    TAMU's Office of Open Records

TAMU's Office of Open Records (ORO) is dedicated to the principles of open government and strives to ensure compliance as set forth by the TPIA. **Exhibit 28** at ¶ 5. TAMU maintains policies regarding TPIA compliance and the establishment of baseline procedures to help members of the TAMU System comply with it. **Exhibit 24**; **Exhibit 25**.

TAMU's ORO oversees the collection process of information requested under the TPIA. *Id*. The actual collection is done by the department maintaining the information or, in the case of emails, IT for that group. **Exhibit 28** at ¶ 5. The ORO reviews, processes and releases information gathered by the respective department and/or IT. *Id*. The ORO confirms the applicability of exceptions to disclosure on information requested under the TPIA with the Office of General Counsel of The Texas A&M University System (TAMUS OGC). *Id*. For information determined to be excepted, TAMU's ORO works with TAMUS OGC to: request a decision from the Office of the Attorney General; confirm the

applicability of a prior open records decision from the Office of the Attorney General; confirm TAMU's authority to redact or withhold excepted information without seeking a decision from the Office of the Attorney General per the TPIA; and/or confirm the applicability of the requestor's authorization to redact or withhold excepted information without seeking a decision from the Office of the Attorney General. *Id*. The ORO redacts and/or withholds information requested under TPIA only when: authorized by the Office of the Attorney General in a decision/letter ruling; the information is subject to a prior decision of the Office of the Attorney General; the TPIA authorizes the action; and/or authorized by the requestor. *Id*.

## B. Plaintiff's TPIA Requests

Plaintiff made several TPIA requests to TAMU, as follows:

### 1. First request – J000762

On February 26, 2024, Plaintiff made a request for the following six (6) categories of documents:

- All documents or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade, including but not limited to any documents from any working groups and any communications regarding the same;
- All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding "socialization," "leadership education," discussion of the "communal/fraternal aspects of the Corps," any studies or materials concerning same, any discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s wherein fish were moved to Rellis Air Force Base and any studies or documents concerning same, any study of retention or attrition statistics, any proposed "re-mapping" of the core curriculum, any documents or other materials related to re-writing the Standard and the "Cadence," and any documents or materials related to Commandant's Guidance to the Corps or any drafts of same;

- All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.
- Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same;
- Any and all communications from anyone at Texas A&M concerning the plan to restructure the fish and Corps experience, including from the Office of the President of Texas A&M, the Office of the Vice President of Student Affairs, and the Board of Regents; and
- Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadaets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes.

**Exhibit 1** at p. 2.

The same day the request was made, TAMU's ORO responded and assigned a reference number to the request. *Id*. at p. 17. The ORO and Plaintiff exchanged several emails regarding clarification of the request so that TAMU can comply with its TPIA obligations. *Id*. at pgs. 4-17. On March 7, 2024, Plaintiff provided clarification by limiting the request to the years 2023 and 2024 and limiting the scope to personnel in the Office of the Commandant, Office of the Vice President of Student Affairs and the Office of the President. *Id*. at pgs. 11-12. In those email exchanges, Plaintiff accused TAMU of making frivolous objections and threatened it with legal action. *Id*. at pgs. 4-6, 10-11.

Plaintiff agreed to both the redaction of information subject to mandatory exceptions and to the redaction of information subject to discretionary exceptions. *Id*. at pgs. 2, 17. TAMU produced documents responsive to this request in two separate productions, the first on March 21, 2024 and the second on April 5, 2024. *Id*. at pgs. 3, 8.

### 2. *Second request – J000767*

On February 26, 2024, the same day as the first request, Plaintiff made a request for the following two (2) categories of documents:

- Any contracts of employment for the Commandant of the Corps of Cadets, Patrick Michaelis, any drafts of the same, any communications in whatever form regarding the same, and any other agreements which relate to the same; and
- Any documents or materials related to the selection of Patrick Michaelis as Commandant, including but not limited to meeting notes, interview notes, memos, discussions, digital communications of any form, any discussion or notes regarding why Michaelis was selected over other candidates, and any other documents or materials concerning the same.

**Exhibit 2**.

The same day the request was made, the ORO responded and assigned a reference number to the request. *Id*. at p. 6. Plaintiff agreed to both the redaction of information subject to mandatory exceptions and to the redaction of information subject to discretionary exceptions. *Id*. at pgs. 1, 6.

The ORO and Plaintiff exchanged several emails regarding clarification of the request so that TAMU can fully comply with its TPIA obligations, including the status of the request and that it expected to provide a response no later than March 19, 2024. *Id*. at pgs. 2-6. TAMU produced the responsive documents on March 19, 2024. *Id*. at p. 3. Plaintiff once again threatened TAMU with legal action. *Id*. at p. 2.

### 3. *Third request – J001123*

On March 27, 2024, Plaintiff made a request for the following information pertaining to the hiring of the Commandant:

- The job posting and applicant resumes;

- Emails, texts, and other communications between the office of the Vice President of Student Affairs and the Office of the President (former President Banks);[4]
- Letters of recommendation;
- Notes from deliberations; and
- Emails to and from the candidates.

**Exhibit 3**.

The same day the request was made, TAMU's ORO responded and assigned a reference number to the request. *Id*. at p. 3. Plaintiff agreed to both the redaction of information subject to mandatory exceptions and to the redaction of information subject to discretionary exceptions. *Id*. at p. 2. On April 11, 2024, TAMU produced the responsive documents. *Id*. at p. 2. Plaintiff incorrectly stated that the responsive documents were overdue. *Id*. at p. 2.

### 4. Fourth request – J0001147 – the Squadron 17 Investigation documents

On March 28, 2024, Plaintiff made a request for the following four (4) categories of documents:

- All documents or other materials related to any so-called investigation of Squadron 17, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from Dr. Douglas Bell related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation;
- All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the

---

[4] TAMU notes that M. Katherine Banks served as TAMU President from June 1, 2021 to July 20, 2023. Accordingly, at the time of Plaintiff's third TPIA request, Ms. Banks was no longer president.

Texas A&M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in "DE&I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of Dr. Douglas Bell, Joe Ramirez, any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same;

- Any and all materials which show how any investigation of Squadron 17 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere; and
- Any texts, emails or other forms of communication, digital or otherwise, between or among Joe Ramirez and Patrick Michaelis related to the subject of investigating the any Corps outfit or individual for hazing or any other infraction, including but not limited to the investigation of 17, and any such materials from anyone acting with or on behalf of these individuals, as well as any communications of any kind to or from Dr. Douglas Bell related to the same.

**Exhibit 4**.

The same day the request was made, the ORO responded and assigned a reference number to the request. *Id*. at p. 17. Plaintiff agreed to both the redaction of information subject to mandatory exceptions and to the redaction of information subject to discretionary exceptions. *Id*. at p. 3.

On April 1, 2024, the ORO requested clarification of the request. *Id*. at pgs. 15-16. The clarification requested was to provide a date range to better assist Plaintiff with his request. *Id*. at p. 13. Shortly thereafter, Plaintiff responded that "[t]his is another form response" and provided the date range of 2023 and 2024. *Id*. at p. 13. On May 2, 2024, the ORO informed Plaintiff that his request is still being processed and that responsive documents will be produced by May 8, 2024. *Id*. at p. 9. TAMU produced the responsive documents on May 8, 2024, subject to redactions and/or withheld information under the

TPIA. **Exhibit 4** at pgs. 5-6; **Exhibit 26**; **Exhibit 27**. Certain documents were withheld because the entire document is personally identifiable to the students in the investigation. With respect to the student records of Plaintiff's son, he was advised to go directly to TAMU's Student Conduct Office through the FERPA access process. **Exhibit 4** at p. 12.

### 5. *Fifth request – J001320 – The DEI docs*

On April 10, 2024, Plaintiff re-filed his first request but without redaction authority. **Exhibit 5** at p. 1. Thus, it was a re-urged request for the same six categories of documents without redaction to any mandatory or discretionary exceptions. *Id.*

Plaintiff had several email communications with TAMU's Deputy General Counsel, R. Brooks Moore regarding this renewed request, including the production of DEI-related documents. *Id.* at pgs. 4-10. In those communications, TAMU indicated it was withholding the DEI-related documents pursuant to TEX. GOV'T CODE § 552.101 and TEX. EDUC. CODE § 51.971(e)(2). *Id.* at 8-9. TAMU also noted the existence of several AG letter rulings covering different DEI documents covered by ongoing compliance review, and that one letter ruling covers the specific DEI information in issue, but that verification was necessary; it was fine with seeking an AG decision if required. *Id.* at p. 5. TAMU further noted that Plaintiff's pending mandamus action required it to obtain representation from the Attorney General's Office and that this legal action complicated Plaintiff's TPIA request from moving forward. *Id.* at p. 4.

On April 19, 2024, TAMU submitted a request to the AG's Office for a decision regarding Plaintiff's fifth TPIA request. **Exhibit 6**. Noting that on April 8, 2024, Plaintiff withdrew consent to withhold excepted information which resulted in the first request to

be handled as a new request, TAMU indicated it will seek an AG decision. **Exhibit 5** at pgs. 4-5, 7. TAMU cited to a prior AG decision (**Exhibit 7**) regarding the DEI documents since it was the same information at issue in a separate prior TPIA request, namely TEX. ATT'Y GEN. OR2024-004322. **Exhibit 6** at p. 2. Hence, TAMU withheld those documents. *Id*.

TAMU also requested an AG decision on remaining responsive information excepted from disclosure, which was information withheld under the deliberative process privilege component of section 552.111 of the TPIA. **Exhibit 6** at pgs. 2-4. In this regard, the information relates to policymaking in connection with the university's adoption of formal policies applicable to the Corps of Cadets, including student cadets (i.e., the Fish Brigade) and university staff Corps administration. *Id*. at p. 4.

The exhibits attached to the request for an AG decision were as follows:

**Exhibit 5**: Fifth TPIA request (identified in request for AG decision as Exhibit A-1)
**Exhibit 1**: First TPIA request (identified in request for AG decision as Exhibit A-2)
**Exhibit 8**: Plaintiff's mandamus action against TAMU (identified in request for AG decision as Exhibit A-3)
**Exhibit 9**: First batch of remaining responsive information (identified in request for AG decision as Exhibit B-1)
**\*subsequently produced to Plaintiff**
**Exhibit 10**: Second batch of remaining responsive information (identified in request for AG decision as Exhibit B-2)
**\*subsequently produced to Plaintiff**
**Exhibit 7**: AG Order 2024-004322 (identified in request for AG decision as Exhibit C)

On April 23, 2024, TAMU notified the AG's office that it was withdrawing a decision on the information submitted as Exhibits B-1 and B-2. **Exhibit 11**. Accordingly,

a decision was no longer requested on those documents. On April 24, 2024, TAMU produced these documents to Plaintiff, referred to as the "fish brigade concept" documents. **Exhibit 18**[5]; **Exhibit 19** at p. 4.

On April 26, 2024, TAMU produced two additional documents to Plaintiff, namely the Rudder theatre email and a Facebook post. **Exhibit 20** at p. 1; **Exhibit 21**; **Exhibit 22**. In those email communications, TAMU also provided Plaintiff with additional helpful information regarding this production, including reference to prior productions and also informed him that it did not have documents regarding certain topics (i.e., proposed lesson plans/curricula). **Exhibit 20** at pgs. 1-3.

### 6. *Sixth request – J001365*

On April 15, 2024, Plaintiff made a request for the following documents:

- Any and all audio or video recordings of candidates as part of the Commandant selection process;

**Exhibit 12**.

The same day the request was made, the ORO responded and assigned a reference number to the request. *Id*. at p. 2. Plaintiff agreed to the redaction of information subject to mandatory exceptions but did not agree to the redaction of information subject to discretionary exceptions. *Id*. at pgs. 1-2. On April 29, 2024, TAMU produced the materials responsive to this request. **Exhibit 13**.

---

[5] For purposes of clarification, the documents contained in **Exhibits 9** and **10** were contained in the 152-page production contained in **Exhibit 18** as part of the J01320 production.

## 7. Seventh request – J0001723 – the bathroom renovation documents

On May 16, 2024, Plaintiff made a request for the following three (3) categories of documents:

- Any documents pertaining to renovation plans for the bathroom/restroom facilities in the dormitories housing the Corps of Cadets. This should include contracts or agreements related to the renovation projects, estimates, analyses, architectural designs/plans, engineering designs/plans, and anticipated costs;
- Any communications between university employees or officials regarding the renovation plans or any of the documents pertaining to those plans; and
- Any communications between university employees or officials and third-parties regarding the renovation plans or any of the documents pertaining to those plans.

**Exhibit 14** at pg. 1.

The same day the request was made, the ORO responded and assigned a reference number to the request. *Id*. at p. 5. Plaintiff agreed to the redaction of information subject to mandatory exceptions but did not agree to the redaction of information subject to discretionary exceptions. *Id*. at pg. 1. In need of clarification, TAMU requested a date range for the request, in response to which Plaintiff indicated it was limited "to the last 3 years." *Id*. at pgs. 2-4. Plaintiff incorrectly accused TAMU of "constant delay and piecemeal production." *Id*. at p. 2. He further requested a privilege log, which is not permitted under the TPIA. *Id*.

On June 3, 2024, the ORO provided Plaintiff with a partial disclosure of documents, which was information that it was not seeking to withhold. **Exhibit 15**; **Exhibit 32** through **Exhibit 37**. Plaintiff was further notified that the information sought was the subject of a

prior request and that TAMU had requested a ruling by the AG's Office thereon, namely a TPIA request from JD Foster (J001330-041124). **Exhibit 15**; **Exhibit 16**; **Exhibit 17**.

**C.** **Plaintiff Threatens Defense Counsel's Employment and Raises Matters Clearly Outside the Scope of the TPIA**

In May 2024, Plaintiff and defense counsel exchanged emails regarding a conference call to discuss the case; Plaintiff inexplicably cancelled the conference call without explanation about a day or two before it was scheduled to take place. **Exhibit 23**. In the email, Plaintiff wrongfully threatened defense counsel's employment at the Attorney General's Office and raised completely irrelevant matters outside the scope of the TPIA, as follows:

- "**Does your boss know** that you are taking a **pro-DEI, anti-SB 17 position** in this litigation?? Have you sought and received approval from the higher-ups in the AGs office to take this position?" (emphasis added)
- "I think the **powers-that-be may be interested to know that you** are taking a **pro-DEI, anti-SB 17 position** in this case." (emphasis added).

*Id.*

These "questions" by Plaintiff were not legitimate inquiries but were rather solely for purposes of harassment and bullying in violation of the Texas Lawyer's Creed. They clearly served no purpose towards resolution of the case. Accordingly, the undersigned defense counsel did not respond.

**D.** **Plaintiff's Fourth TPIA request – J1147 - Additional Documents Produced regarding the Squadron 17 Investigation**

On or about June 12, 2023, while TAMU was in the process of gathering documents in support of its Plea to the Jurisdiction, additional documents responsive to this request were located. Accordingly, on June 13, 2024, TAMU promptly produced to Plaintiff an

additional 108-pages of documents. **Exhibit 29**. They were produced in redacted form pursuant to TEX. GOV'T CODE § 552.114 because they contain personally identifiable student record information. *Id*. A 46-page document was withheld from disclosure pursuant to TEX. GOV'T CODE § 552.114 because the entire document contains personally identifiable student record information that cannot be sufficiently de-identified.

**E.     Plaintiff's Seventh TPIA request – J0001723 – Additional Documents Produced regarding the bathroom renovation documents**

On July 12, 2024, TAMU produced additional information responsive to Plaintiff's seventh TPIA request. **Exhibit 31**; **Exhibit 40** through **Exhibit 43**. Some records were found to be copyrighted and therefore not produced. **Exhibit 31** at p. 2. However, Plaintiff was informed that the copyrighted documents can be made available for viewing at TAMU's office. *Id*. Plaintiff never contacted TAMU to schedule a time to view those documents.

**F.     TAMU recently received an AG ruling on the TPIA request from JD Foster (J1330) – a ruling that it relied on for Plaintiff's TPIA request (J1723) - the bathroom renovation documents**

On June 3, 2024, in response to Plaintiff's seventh TPIA request, J1723, TAMU did a partial production of documents it was not seeking to withhold but requested a ruling from the Attorney General's Office on some documents responsive to that request, **Exhibit 15**; **Exhibit 32** through **Exhibit 37**. As indicated above, TAMU relied on an AG ruling for this TPIA request based on a request by JD Foster (J001330-041124). **Exhibit 15**; **Exhibit 16**; **Exhibit 17**. On July 8, 2024, the AG ruling was issued regarding the documents that were withheld pending this ruling. **Exhibit 45**. Accordingly, additional documents

responsive to Plaintiff's seventh TPIA request are expected to be produced on or about August 2, 2024.

## IV. THE PLEA TO THE JURISDICTION STANDARD

"[S]ubject-matter jurisdiction is essential to a court's power to decide a case." *Bland Indep. Sch. Dist. v. Blue*, 34 S.W.3d 547, 553–54 (Tex. 2000). The trial court's subject matter jurisdiction may be challenged through a plea to the jurisdiction. *See Texas Dep't of Parks & Wildlife v. Miranda*, 133 S.W.3d 217, 225–26 (Tex. 2004); *Blue*, 34 S.W.3d at 554 ("A plea to the jurisdiction is a dilatory plea, the purpose of which is to defeat a cause of action without regard to whether the claims asserted have merit."). Whether a court has subject matter jurisdiction is a question of law. *Miranda*, 133 S.W.3d at 228.

The plaintiff has the burden of alleging facts that affirmatively demonstrate the trial court's jurisdiction. *Id*. at 226. We begin with the allegations in the plaintiff's live pleadings, which we construe liberally in favor of jurisdiction and, unless challenged with evidence, take as true. See *id*. We consider any evidence introduced relevant to the jurisdictional inquiry. *See City of Elsa v. Gonzalez*, 325 S.W.3d 622, 625 (Tex. 2010); *Blue*, 34 S.W.3d at 555 ("[A] court deciding a plea to the jurisdiction is not required to look solely to the pleadings but may consider evidence and must do so when necessary to resolve the jurisdictional issues raised.").

"Standing is implicit in the concept of subject-matter jurisdiction, and subject-matter jurisdiction is essential to the authority of a court to decide a case." *In re Abbott*, 601 S.W.3d 802, 807 (Tex. 2020) (orig. proceeding) (citing *Tex. Ass'n of Bus. v. Tex. Air Control Bd.*, 852 S.W.2d 440, 443 (Tex. 1993)). Thus, if Plaintiff lacks standing, this Court

lacks subject-matter jurisdiction to proceed with this case. Mootness is also a threshold issue that implicates a court's subject matter jurisdiction. *See State ex rel. Best v. Harper*, 562 S.W.3d 1, 6 (Tex. 2018); *Heckman v. Williamson Cnty.*, 369 S.W.3d 137, 162 (Tex. 2012).

A trial court must determine at its earliest opportunity whether it has the authority to decide the issues before it because if it lacks jurisdiction over the subject matter of the case, its judgment is void. See *Tex. Dep't of Parks & Wildlife v. Miranda*, 133 S.W.3d 217, 226 (Tex.2004). Texas Courts of Appeal have similarly held that jurisdiction is fundamental in nature and must not be ignored. *Harper v. Welchem, Inc.*, 799 S.W.2d 492, 494 (Tex.App.—Houston [14th Dist.] 1990, no writ); *Royal Indep. Sch. Dist. v. Ragsdale*, 273 S.W.3d 759, 763 (Tex. App.–Houston [14th Dist.] 2008, no pet.); *State v. Morse*, 903 S.W.2d 100, 101 (Tex.App.–El Paso 1995, no pet.).

## V. ARGUMENT AND AUTHORITY

### A. The Texas Public Information Act

The TPIA "guarantees access to public information, subject to certain exceptions." See generally TEX. GOV'T CODE ch. 552; *Tex. Dep't of Pub. Safety v. Cox Tex. Newspapers, L.P.*, 343 S.W.3d 112, 114 (Tex. 2011). "Those exceptions embrace the understanding that the public's right to know is tempered by the individual and other interests at stake in disclosing that information." *Cox Tex. Newspapers, L.P.*, 343 S.W.3d at 114.

The TPIA defines "public information" in relevant part, as "information that is written, produced, collected, assembled, or maintained under a law or ordinance or in

connection with the transaction of official business: (1) by a governmental body; or (2) for a governmental body and the governmental body owns the information or has a right of access to it." TEX. GOV'T CODE § 552.002(a).

A public information request typically involves the governmental body holding the information and the citizen requesting it. Upon receiving a request for public information, a governmental body must promptly produce the information for inspection, duplication, or both, TEX. GOV'T CODE § 552.221, unless an exception applies. *See In re City of Georgetown*, 53 S.W.3d 328, 331 (Tex. 2001). The TPIA is to be liberally construed in favor of granting requests for information. TEX. GOV'T CODE § 552.001(b).

If the governmental body believes an exception applies, it must promptly ask the Attorney General for a ruling. See *id.* § 552.301. Whether an exception under the TPIA applies to support withholding information is a question of law. *City of Garland v. Dallas Morning News*, 22 S.W.3d 351, 357 (Tex. 2000). The party seeking the exception bears the burden of establishing that the exception applies. *See Texas Dep't of Pub. Safety v. Abbott*, 310 S.W.3d 670, 673–74 (Tex. App.—Austin 2010, no pet.). Because the TPIA is to be "liberally construed in favor of granting a request for information," TEX. GOV'T CODE § 552.001(b), the exceptions must be narrowly construed. *Harris Cnty. Appraisal Dist. v. Integrity Title Co.*, 483 S.W.3d 62, 69 (Tex. App.—Houston [1st Dist.] 2015, pet. denied).

**B.    TAMU Produced Documents Responsive to Plaintiff's TPIA Request regarding the Squadron 17 Investigation – J1147**

Plaintiff's assertion that TAMU's production of the Squadron 17 documents was incomplete is incorrect and without factual basis. In response to Plaintiff's clarification on

the date range of the requested items to the years 2023 and 2024, TAMU promptly responded by advising him on May 2, 2024 that responsive documents were still being processed, and six days later on May 8, 2024, they were produced subject to redactions. **Exhibit 4** at pgs. 5-6, 13; **Exhibit 26**; **Exhibit 27**.

TAMU is expressly permitted to request clarification pursuant to TEX. GOV'T CODE § 552.222(d), Permissible Inquiry by Governmental Body to Requestor. Per the clarification provided, TAMU's production of documents were responsive to item 2 (qualifications/training of staff participating in the Squadron 17 investigation), item 3 (any investigation of Squadron 17), and item 4 (communications related to the investigation of any Corps outfit) of that request. **Exhibit 4** at p. 2; **Exhibit 26**; **Exhibit 27**.

Information about the Squadron 17 hazing investigation was redacted under TEX. GOV'T CODE § 552.114 because the information is personally identifiable to the other students involved in the hazing case (complainant or respondent). The withholding of certain entire documents for the same reason was also appropriate and in accordance with TPIA.

Section 552.114(b) expressly provides that information is confidential and excepted from the requirements of Section 552.021 if it is information in a student record at an educational institution funded wholly or partly by state revenue. TAMU properly redacted information covered under subsection (b) without requesting a decision from the attorney general. *Id*. at § 552.114(d). The TPIA specifically adopts the term "student record" as defined by the Family Educational Rights and Privacy Act (FERPA) with respect to "information that constitutes education records." *Id*. at § 552.114(a)(1). Additionally, the

redactions were consistent with TAMU's policies and established protocol in response to TPIA requests. **Exhibit 24**; **Exhibit 25**; **Exhibit 28** at ¶ 5.

Accordingly, there is no factual basis to support Plaintiff's allegation that TAMU is improperly withholding responsive documents or materials. Moreover, his assertion that TAMU employees have been instructed to delete or destroy responsive information or materials is utterly baseless. A review of all exhibits attached hereto indicate no such instruction or direction to do so. Furthermore, nowhere in the TPIA does it permit or require a governmental body to appoint a third-party to perform a search for public information. Similar to litigants engaged in the discovery process with respect to responding to a request for production of documents, TAMU cannot produce documents that do not exist. It can only produce documents in existence and in its possession. TAMU met this burden in accordance with the TPIA.

## C. TAMU Properly Withheld DEI Documents in Accordance with a Prior AG Decision – TAMU Acted in Reasonable Reliance of the Prior AG Decision

Plaintiff's contention that TAMU improperly withheld the requested DEI documents fares no better. His fifth TPIA request (J1320) on April 10, 2024 included the following request:

- Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes.

**Exhibit 5** at p. 1.

Plaintiff had several email communications with TAMU's Deputy General Counsel, R. Brooks Moore, regarding this request, including the above request for DEI documents

and one letter ruling covers the specific DEI information in issue. *Id*. at pgs. 4-10. TAMU

indicated it was withholding the DEI-related documents pursuant to TEX. GOV'T CODE §

552.101 and TEX. EDUC. CODE § 51.971(e)(2). *Id*. at 8-9.

Section 552.101 of the Government Code excepts from public disclosure

"information considered to be confidential by law, either constitutional, statutory, or by

judicial decision." TEX. GOV'T CODE § 552.101. Hence, Section 552.101 encompasses

information protected by other statutes, including Section 51.971 of the Texas Education

Code. This section of the Education Code provides, in relevant part, the following:

> (a) In this section:
>   (1) "Compliance program" means a process to assess and ensure compliance by the officers, employees, agents, contractors, subcontractors, or other persons acting on behalf of an institution of higher education with applicable laws, rules, regulations, and policies, including matters of:
>       a. Ethics and standards of conduct;
>       b. Financial reporting;
>       c. Internal accounting controls; or
>       d. Auditing.
>   (2) "Institution of higher education" has the meaning assigned by Section 61.003.[6]
> (e) Information is excepted from disclosure under Chapter 552, Government Code, if it is collected or produced:
>   (2) by a systemwide compliance office for the purpose of reviewing compliance processes at a component institution of higher education of a university system.

*Id*. at § 51.971.

If a governmental body receives a TPIA request for information that it wishes to

withhold from public disclosure and believes is excepted from disclosure, *within ten days*

---

[6] As a public university, it is without dispute that TAMU meets the definition of "institution of higher education." TEX. EDUC. CODE § 61.003(8).

*of receipt of the written request*, the governmental body must ask for a decision from the AG about whether the information may be withheld. *See* TEX. GOV'T CODE § 552.301(a) (emphasis added). TAMU's April 19th request for an AG decision was timely, which therein cited to an applicable prior AG letter ruling because *Plaintiff's request was for the same information at issue in a separate prior TPIA request.* **Exhibit 6** at pgs. 1-2. The prior AG decision concluded this DEI information is confidential pursuant to TEX. EDUC. CODE § 51.971(e)(2). **Exhibit 7**. Hence, TAMU "must withhold" this information under TEX. GOV'T CODE § 552.101 in conjunction with TEX. EDUC. CODE § 51.971(e)(2). *Id.* Since there had already been a prior determination about whether this information falls within one of the permitted TPIA exceptions, TAMU's reliance on it is reasonable in accordance with the TPIA. *See* §§ 552.301(a), 552.323(a)(3).

Plaintiff can cite to no AG letter ruling indicating that the DEI documents in issue is public information not excepted from disclosure by Subchapter C of the TPIA. The fact that Plaintiff disagrees with the Attorney General's express mandate to withhold the DEI documents in issue has no relevance or bearing on the analysis. TAMU properly withheld the DEI documents pursuant to a prior AG letter ruling.

**D.     Plaintiff's Allegation that TAMU has additional responsive documents but is not producing them is false**

In his Second Amended Petition, Plaintiff repeatedly alleges that TAMU has more responsive documents but is refusing to produce them, as follows:

- "TAMU failed to search for and produce documents responsive to requests for communications regarding the Commandant's plan to restructure the Corps of Cadets." Second Amended Petition at ¶ 5.1.

- "TAMU has failed to produce full and complete responsive documents and all of the requested public information." *Id*. at ¶ 5.1.2.
- "Petitioner knows of and is in possession of documents and communications responsive to this request which have not been produced by TAMU…" *Id*. at ¶ 5.1.5.
- "TAMU failed to produce documents related to the frivolous and possibly retaliatory 2024 hazing investigation …" *Id*. at ¶ 5.3.
- "TAMU partially responded to these requests on May 9, 2024, but this request was only partial as TAMU has withheld an *unknown number of documents …*" *Id*. at ¶ 5.3.2 (emphasis added).

In each of the above-cited allegations, Plaintiff makes a generalized assertion that TAMU did not produce all responsive documents. This clearly suggests that Plaintiff is either in possession of the "unproduced" documents or has some knowledge that they exist. But he fails to identify or specify them in any meaningful way whatsoever. And without doing so renders these allegations baseless and unsubstantiated.

In fact, even the allegation that Plaintiff makes claiming that he is "aware of a recorded, public Microsoft Teams call which Defendant is refusing to produce" is suspect, since he fails to provide any of the following identifying information:

1. When did the Teams call take place?
2. Who was on the Teams call?
3. What was the Teams call about?
4. Which of Plaintiff's numerous TPIA requests is this information responsive to?

The above questions are made to simply illustrate the vague, generalized and unsupported nature of the allegations made by Plaintiff. Moreover, after further inquiry regarding the Teams call, the document regarding the Teams call was responsive to Plaintiff's seventh TPIA request, J1723 regarding the bathroom renovation documents, which was produced to Plaintiff by TAMU's ORO on June 3, 2024. **Exhibit 15**; **Exhibit 33**. A weblink is on the document for the Teams meeting identified as a "Public Proposal

Virtual Meeting" to take place on November 15, 2023, but nowhere on the document does it indicate the meeting will be recorded. **Exhibit 33**.

Hence, contrary to Plaintiff's allegation, TAMU did, in fact, produce the documentation it had in its possession regarding the Teams call. Plaintiff claims that TAMU withheld information about the Teams call is false.

**E.     TAMU Responded to Plaintiff's TPIA Request for the "bathroom renovation" documents**

Plaintiff's assertion that TAMU failed to produce documents regarding the bathroom renovation is false and incorrect. As indicated above, TAMU first produced documents in response to his seventh TPIA request (J1723) on June 3, 2024. **Exhibit 15**; **Exhibit 32** through **Exhibit 37**. On July 12, 2024, TAMU produced additional documents responsive to this TPIA request. **Exhibit 31**; **Exhibit 39** through **Exhibit 43**.

Moreover, TAMU was within its legal right to request a ruling from the Attorney General's Office regarding the withholding of documents, which is expressly permitted under the TPIA, as follows:

> A governmental body that receives a written request for information that it wishes to withhold from public disclosure and that it considers to be within one of the exceptions under Subchapter C must ask for a decision from the attorney general about whether the information is within that exception if there has not been a previous determination about whether the information falls within one of the exceptions.

TEX. GOV'T CODE § 552.301(a).

Hence, TAMU withheld certain documents pursuant to an exception *expressly permitted under the TPIA*. **Exhibit 15**. The mere fact that Plaintiff disagrees with TAMU's right to request an AG ruling regarding information it believes is excepted from disclosure

does not overcome its right to do so. Finally, even if the AG's Office ultimately rules that the documents in issue are not excepted from required disclosure, that does not constitute a TPIA violation.

**F.     Plaintiff's Senate Bill 17 "violation" claim[7] is Baseless, Frivolous and Harassing**

Senate Bill 17 was passed into law in 2023 and made effective on January 1, 2024, which amends Texas Education Code Section 51.3525, Responsibility of Governing Boards Regarding Diversity, Equity and Inclusion Initiatives. Its purpose is to prohibit institutions of higher education from requiring or giving preferential consideration for certain ideological oaths or statements that undermine academic freedom and open inquiry and impede the discovery, preservation, and transmission of knowledge.

Section 51.3525 has no bearing or application to the TPIA. In this regard, Section 51.3525 is entirely devoid of any reference to the TPIA and does not set forth anything regarding public access to government records, which is the TPIA's stated purpose. *Greater Houston P'ship v. Paxton*, 468 S.W.3d 51, 57 (Tex. 2015). Hence, it has no bearing on the TPIA analysis and creates no claim or cause of action under the TPIA as Plaintiff incorrectly claims.

The only authorized legal action under this statute is for injunctive or declaratory relief by a student or employee of an institution of higher education who is required to participate in training in violation of Subsection (b)(1)(E). TEX. EDUC. CODE § 51.3525(i). Plaintiff makes no such claim in this regard and he is clearly not a student or employee of

---

[7] TAMU notes that in his live pleading, Plaintiff failed to cite to the enabling statute of Senate Bill 17.

TAMU. Rather, based on his own live pleading, Plaintiff is a merely member of the public that made several TPIA requests. See Plaintiff's Second Amended Petition. Therefore, any assertion that TAMU has "violated" Section 51.3525 or "Senate Bill 17" is entirely without merit and, in fact, frivolous, brought in bad faith and for purposes of harassment.[8]

## G. Plaintiff is Not Entitled to Costs or Attorney's Fees

Even if Plaintiff should prevail in this action, which TAMU disputes, he is not entitled to attorney's fees. In an action brought under Section 552.321 or 552.3215, the court shall assess costs of litigation and reasonable attorney fees incurred by a plaintiff who substantially prevails, except that the court may not assess those costs and fees against a governmental body *if the court finds that the governmental body acted in reasonable reliance on a written decision of the attorney general*, including a decision issued under Subchapter G or an opinion issued under Section 402.042. TEX. GOV'T CODE § 552.323(a)(3) (emphasis added).

Plaintiff is not entitled to costs or attorney's fees because, as shown above, TAMU reasonably relied on the above-cited prior AG decision issued under Subsection G of the TPIA. Hence, it is improper to assess any costs or fees against TAMU.

## H. Plaintiff is Not Entitled to any Declaratory Relief

Plaintiff's claim for declaratory judgement relief should also be flatly rejected. The Uniform Declaratory Judgments Act is remedial in nature. Its "purpose is to settle and to

---

[8] Plaintiff's counsel David Dodd, III violated TEX. R. CIV. P. 13 by asserting a groundless "Senate Bill 17" claim in Plaintiff's Second Amended Petition. This Court should take whatever action is appropriate in response, up to and including sanctions.

afford relief from uncertainty and insecurity with respect to rights, status, and other legal relations." TEX. CIV. PRAC. & REM. CODE § 37.002(b); see *Gulshan Enters., Inc. v. Zafar, Inc.*, 530 S.W.3d 298, 305 (Tex. App.—Houston [14th Dist.] 2017, no pet.). "A declaratory judgment, by its nature, is forward looking; it is designed to resolve a controversy and prevent future damages. It affects a party's behavior or alters the parties' legal relationship on a going-forward basis." *Intercont'l Grp. P'ship v. KB Home Lone Star L.P.*, 295 S.W.3d 650, 660 (Tex. 2009). A trial court may render a declaratory judgment if it serves a useful purpose or will terminate the controversy between the parties. *Bonham State Bank v. Beadle*, 907 S.W.2d 465, 468 (Tex. 1995); *Gulshan Enters., Inc.*, 530 S.W.3d at 305.

Consistent with this, it is Plaintiff's burden to show that (1) a justiciable controversy exists between the parties and (2) the controversy would be solved by the declaration sought. See *Sw. Elec. Power Co. v. Lynch*, 595 S.W.3d 678, 685 (Tex. 2020).

Plaintiff's simplistic and conclusory one-sentence "explanation" as to why he believes he is entitled to declaratory judgment relief is based on the false premise that TAMU "unilaterally decid[ed] to withhold documents … that would be released to other people and unilaterally withholding information based on previous Attorney General opinions." See Plaintiff's Second Amended Petition at ¶ 7.8.

First, as indicated above, TAMU has produced hundreds of documents responsive to Plaintiff's numerous TPIA requests. **Exhibit 9**; **Exhibit 10**; **Exhibit 18**; **Exhibit 26**; **Exhibit 27**; **Exhibit 29**; **Exhibit 32** through **Exhibit 37**; **Exhibit 39** through **Exhibit 43**. Thus, he cannot plausibly claim those documents were "unilaterally withheld."

Second, TAMU complied with the TPIA by requesting an AG ruling on information it believed was excepted from required disclosure, which is expressly permitted by law. **Exhibit 15**; **Exhibit 16**; **Exhibit 17**; **Exhibit 45**. This demonstrates the frivolous nature of Plaintiff's request for declaratory relief.

Third, TAMU acted in reasonable reliance on a prior AG decision regarding the DEI documents since it was a request for the same information at issue in a separate prior TPIA request. **Exhibit 6** at pgs. 1-2. That prior AG decision specifically concluded the DEI information in issue is confidential therefore TAMU "must withhold" that information. **Exhibit 7**. This is a clear basis under the TPIA to deny Plaintiff any award of attorney's fees. TEX. GOV'T CODE § 552.323(a)(3).

Finally, Plaintiff's contention that TAMU is improperly withholding additional information responsive to his numerous TPIA requests is simply false. Indeed, while TAMU was preparing documents in support of the plea, additional documents regarding the Squad 17 hazing investigation were located and promptly produced to Plaintiff. **Exhibit 29**. This is analogous to a party in litigation complying with the rules of discovery by supplementing with additional information as it becomes known. That is not a rule violation but rather is required.

Based on the foregoing, it is without question that TAMU complied with its TPIA obligations in response to each and every one of Plaintiff's TPIA requests and that it exercised its permitted legal right to redact and/or withhold information in accordance with the TPIA. Hence, a justiciable controversy never existed, and even if a controversy ever did exist, it is now moot based on TAMU's continued compliance with its TPIA

obligations. Therefore, there is no controversy to resolve and no uncertainty or insecurity with respect to Plaintiff's rights under the TPIA. For this reason, declaratory judgment is improper because there is no "justiciable controversy" to resolve.

## I. Plaintiff Lacks Standing

Plaintiff lacks standing to bring this action. "Standing requires an injury-in-fact that is fairly traceable to the defendant's conduct and likely to be redressed by a decision in the plaintiff's favor." *Abbott v. Harris County*, 672 S.W.3d 1, 8 (Tex. 2023). An "injury-in-fact" is "an invasion of a legally protected interest which is (a) concrete and particularized, and (b) actual or imminent, not conjectural or hypothetical." *Perez v. Turner*, 653 S.W.3d 191, 198 (Tex. 2022).

As set forth in detail above, TAMU complied with its TPIA obligations to disclose required information and it properly withheld documents as expressly permitted therein, including the right to withhold information pending an AG decision thereon. TAMU further acted in reasonable reliance on a prior AG decision that it "must withhold" the DEI documents in issue, which is not a violation of the TPIA. That would have only been a violation if a prior AG decision had ruled that the documents were public information subject to required disclosure. TEX. GOV'T CODE § 552.301(f)(1)-(2). Thus, he has no basis to assert grounds for a TPIA violation much less one for declaratory judgment relief. His purported Senate Bill 17 "violation" claim is also completely frivolous in violation of TEX. R. CIV. P. 13. For these reasons, any legally protected interested afforded to Plaintiff under the TPIA was not violated. Hence, Plaintiff can show no injury-in-fact traceable to TAMU's conduct that can be redressed by a decision by this Court in his favor.

In the alternative, this case is moot. A case becomes moot when (1) a justiciable controversy no longer exists between the parties, (2) the parties no longer have a legally cognizable interest in the case's outcome, (3) the court can no longer grant the requested relief or otherwise affect the parties' rights or interests, or (4) any decision would constitute an impermissible advisory opinion. *Electric Reliability Council of Texas, Inc. v. Panda Power Generation Infrastructure Fund, LLC*, 619 S.W.3d 628, 634–35 (Tex. 2021).

When a case becomes moot, the court loses jurisdiction and must dismiss the case, because any decision would constitute an advisory opinion that is outside the jurisdiction conferred by Texas Constitution article II, section 1. *State ex rel. Best v. Harper*, 562 S.W.3d 1, 6 (Tex. 2018). The mootness doctrine is a constitutional limitation that prohibits courts from issuing advisory opinions. *Electric Reliability Council of Texas, Inc.*, 562 S.W.3d at 634.

Here, even if a justiciable controversy ever existed, it no longer exists. This is based on TAMU's production of additional documents and information responsive to the TPIA requests in issue. More specifically, to the extent there was ever a delay or the unintentional non-production of information, it was remedied by TAMU's subsequent supplemental production of that information, including the Squadron 17 hazing investigation documents. **Exhibit 29**. There is no controversy or dispute between the parties. Hence, this court cannot grant him any of the relief he is requesting, and any decision would constitute an impermissible advisory opinion.

## VI.   PRAYER

Wherefore, premises considered, Defendant respectfully requests this plea be set for hearing on June 20, 2024 and that it be granted thereby dismissing Plaintiff's claims with prejudice and that all requested relief be denied. Defendant further requests all other relief to which it may be justly entitled both at law and in equity.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ Jason T. Contreras
Jason T. Contreras
Assistant Attorney General
Texas Bar No. 24032093
Jason.Contreras@oag.texas.gov
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
**Attorneys for Defendant**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was served electronically through the E-File Texas, File and Serve Texas in compliance with TRCP 21 on August 2, 2024 to:

J. David Dodd III
820 S. Macarthur Blvd., Ste. 105-341
Coppell, Texas 75019
214-923-3417
David@jddoddlaw.com
**Counsel for Plaintiff**

/s/ Jason T. Contreras
Jason T. Contreras
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24092093
nicole.myette@oag.texas.gov
Envelope ID: 90476455
Filing Code Description: Amended Filing
Filing Description: DEFENDANT'S FIRST AMENDED PLEA TO THE JURISDICTION
Status as of 8/2/2024 12:12 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Patti Artavia | | patti@vbattorneys.com | 8/2/2024 11:39:21 AM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 8/2/2024 11:39:21 AM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 8/2/2024 11:39:21 AM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Jason Contreras | | Jason.contreras@oag.texas.gov | 8/2/2024 11:39:21 AM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 8/2/2024 11:39:21 AM | SENT |
| Thomas Silver | | tsilver@tamus.edu | 8/2/2024 11:39:21 AM | SENT |
| Jerri Low | | jlow@tamus.edu | 8/2/2024 11:39:21 AM | SENT |

Associated Case Party: Brian Beckcom

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| J DavidDodd III | | David@Jddoddlaw.com | 8/2/2024 11:39:21 AM | SENT |

Received & Filed 8/2/2024 11:44 AM
Gabriel Garcia, District Clerk
Brazos County, Texas
Emily Velasquez
Envelope# - 90476849

EXHIBIT

31

# Public Information Records (#J001723-051624)

## ⌄ Public Information Records Details

| | |
|---|---|
| This request is for: | Texas A&M University |

**Summary of Request:**

1. Any documents pertaining to renovation plans for the bathroom/restroom facilities in the dormitories housing the Corps of Cadets. This should include contracts or agreements related to the renovation projects, estimates, analyses, architectural designs/plans, engineering designs/plans, and anticipated costs.

2. Any communications between university employees or officials regarding the renovation plans or any of the documents pertaining to those plans.

3. Any communications between university employees or officials and third-parties regarding the renovation plans or any of the documents pertaining to those plans.
I agree to pay reasonable fees for the processing of this request.

**Describe in detail the Record(s) Requested:**

From: Patti Artavia
Sent: Thursday, May 16, 2024 3:37 PM
To: open-records@tamu.edu
Cc: Brendan Fradkin ; Brian Beckcom
Subject: TPIA Request

Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:

1. Any documents pertaining to renovation plans for the bathroom/restroom facilities in the dormitories housing the Corps of Cadets. This should include contracts or agreements related to the renovation projects, estimates, analyses, architectural designs/plans, engineering designs/plans, and anticipated costs.

2. Any communications between university employees or officials regarding the renovation plans or any of the documents pertaining to those plans.

3. Any communications between university employees or officials and third-parties regarding the renovation plans or any of the documents pertaining to those plans.
I agree to pay reasonable fees for the processing of this request.

Please respond within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.

You may make redactions for confidential personal information. I do not consent to redaction or withholding based on any other privilege.

**Date From:**

**Date To:**

| | |
|---|---|
| Preferred Method to Receive Records: | Electronic via Records Center |
| Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive?: | YES |
| Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive?: | NO |

TAMU-0645

> **Category**

∨ **Clarification(s)**

Clarification(s):  Rec'd Response to Clarification Request - 5/17  STAFF: Please describe any clarifications requested and received.
Sent Clarification Request - 5/16

> **OAG decision requested**

> **Exceptions**

> **Charges**

> **Notes**

∨ **Message History**

Date

On 7/12/2024 4:59:00 PM, Knesha Brashear wrote:
CC: open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J001723-051624
**Body:**
07/12/2024


RE: PUBLIC RECORDS REQUEST of May 16, 2024, Reference # J001723-051624

Dear Brian Beckcom,

Additional  information found responsive to your request that we are not seeking to withhold is available and can be obtained by visiting the  Public Records Online Portal  and logging in from the " My Request Center" tab.

Per your affirmative response to the "Redaction Statement" giving us permission to redact information subject to mandatory exceptions, we have redacted and/or withheld information excepted under the following sections  of the Texas Government Code: 552.024, 552.114, 552.136 and 552.137.
Additionally, some records were found to be copyrighted. While we cannot provide a copy of the copyrighted information, it is available for viewing in our office. Please contact our office, if you would like to schedule a time to view the information.


Sincerely,

Knesha Brashear
Open Records Office

Date

On 6/3/2024 4:53:00 PM, Tricia Bledsoe wrote:
CC: Open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J001723-051624
**Body:**
06/03/2024


RE: PUBLIC RECORDS REQUEST, Reference # J001723-051624

Dear Mr. Brian Beckcom,


The information you seek was the subject of a previous request received by our office. We have requested a ruling from the Office of the Attorney General (OAG) regarding this information. Therefore, we will be relying on the pending ruling letter regarding your request.  You will be notified, once we are in receipt of the OAG's decision letter.  Please find uploaded information responsive to your request we are not seeking to withhold.  We are still reviewing the remaining responsive information and if there is any additional information that can be released pending the Attorney General' s ruling, we will provide as soon as possible.

Please note, the PO for Spence showing a $503, 055 charge for Patterson architects for design services is not accurate. The $503, 055 is the total budget for the project. As shown in the uploaded a spreadsheet, the $503, 055 total budget is broken down in the following categories:

Pre-design/pre-construction costs:                         $600

Design costs:                                                                       $31, 250

Construction:                                                                      $406, 950

Project Management:                                                         $64, 255 (including $40, 400 contingency and $23, 955
SSC contract administration services)

Total:                                                                                    $503, 055

  This information  is now available and can be obtained by visiting the  <u>Public Records Online Portal</u> and logging in from the " My Request Center" tab.

Sincerely,

Tricia Bledsoe

Open Records Office


On 5/17/2024 2:21:02 PM, Brian Beckcom wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Brendan@vbattorneys.com], [Open-records@tamu.edu], [Patti@vbattorneys.com]

We will limit it to the last 3 years.
Please respond timely instead of the constant delay and piecemeal production.
If you choose to assert any privileges, please produce a privilege log.

-bb
Brian Beckcom
www.VBAttorneys.com
www.BrianBeckcom.org


On Thu, May 16, 2024 at 4:49 PM Texas A&M University Public Records Support wrote:

On 5/16/2024 4:48:22 PM, Leslie Kacer wrote:

CC: Open-records@tamu.edu; Brendan@vbattorneys.com; Patti@vbattorneys.com
**Subject:** Public Information Records :: J001723-051624
**Body:**
May 16, 2024

RE: PUBLIC RECORDS REQUEST of May 16, 2024, Reference # J001723-051624

Dear Brian Beckcom,

Texas A& M University received a public information request from you on May 16, 2024.   Your request mentioned:

*"From: Patti Artavia < patti@vbattorneys.com>*
*Sent: Thursday, May 16, 2024 3:37 PM*
*To: open-records@tamu.edu*
*Cc: Brendan Fradkin < brendan@vbattorneys.com> ; Brian Beckcom < brian@vbattorneys.com>*
*Subject: TPIA Request*

*Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records*
*Information, please produce the following documents:*

*1. Any documents pertaining to renovation plans for the bathroom/restroom facilities in*
*the dormitories housing the Corps of Cadets. This should include contracts or*
*agreements related to the renovation projects, estimates, analyses, architectural*
*designs/plans, engineering designs/plans, and anticipated costs.*

*2. Any communications between university employees or officials regarding the*
*renovation plans or any of the documents pertaining to those plans.*

*3. Any communications between university employees or officials and third-parties*
*regarding the renovation plans or any of the documents pertaining to those plans.*
*I agree to pay reasonable fees for the processing of this request.*

*Please respond within 10 business days. If you choose to deny this request, please*
*provide a written explanation for the denial including a reference to the specific statutory*
*exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise*
*exempt material.*

*You may make redactions for confidential personal information. I do not consent to*
*redaction or withholding based on any other privilege."< /brian@vbattorneys.com> <*
*/brendan@vbattorneys.com> < /patti@vbattorneys.com>*

We are in need of clarification/narrowing regarding the information requested. Could you please provide us with a date range so that we can better assist you with your request?

As provided by section 552.222(d) of the Texas Public Information Act, your request will be considered withdrawn if we do not receive a response from you by the 61st day after the date of this request for clarification/narrowing.

Sincerely,

Leslie Kacer
Open Records Office

TAMU 008459

Date

On 5/16/2024 4:16:02 PM, Leslie Kacer wrote:
CC: Open-records@tamu.edu; Brendan@vbattorneys.com; Patti@vbattorneys.com
**Subject:** Public Information Records :: J001723-051624
**Body:**
Dear Brian Beckcom:

We received your public information request for  Texas A&M University.  Your request was given the **reference number J001723-051624** for tracking purposes.  Please refer to this number when making inquiries about your request.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Thank you for your interest in  Texas A&M University.

To monitor the progress or update this request please log into the  Public Records Center.

On 5/16/2024 4:05:00 PM, Leslie Kacer wrote:
Request was created by staff

## ⌄ Request Details

| | |
|---|---|
| Reference No: | J001723-051624 |
| Created By: | Leslie Kacer |
| Create Date: | 5/16/2024 8:00 AM |
| Update Date: | 7/12/2024 4:48 PM |
| Completed/Closed: | No |
| Required Completion Date: | 6/3/2024 |
| | |
| Status: | Activity Assigned |
| Priority: | Medium |
| Assigned Dept: | TAMU_Open Records |
| Assigned Staff: | Open Records University |
| | |
| Customer Name: | Brian Beckcom |
| Email Address: | Brian@vbattorneys.com |
| Phone: | 8327913118 |
| Group: | TAMU |
| | |
| Source: | Email |

TAMU 0856

EXHIBIT
**32**

# REQUEST FOR COMPETITIVE SEALED PROPOSALS
SECTION 00 21 00

## INSTRUCTIONS
### For SSC Services for Education

### *Texas A&M University - College Station, TX*

**Project No.: *2023-06030***

**Project Title: *Spence Hall Corps Dorm Bathroom Renovations***

**Date: *October 24, 2023***

TAMU-0517

**Table of Contents**

Instructions for Proposals

Proposal Form and Pricing Schedule (Part 1)

Technical Proposal (Part 2)

Safety, Risk Assessment & Quality Control (Part 3)

HUB Subcontracting Plan (Part 4)

Sample Master Agreement Contract - Appendix A

UGSC

Special Conditions

**Contractor Submittal Checklist**
(Please use this checklist to ensure all the proper documents are provided)

Are parts 1-4 complete?
Is part 1 executed in ink?
Is submittal addressed correctly?
Is submittal on time?
Is submittal (hard copy and Flash Drive) properly labeled?
Is submittal in sealed envelopes?

TAMUC-0852

**SSC SERVICES FOR EDUCATION**
**INSTRUCTIONS FOR COMPETITIVE SEALED PROPOSALS**
SECTION 00 21 00

**1.0     GENERAL:**

1.1     SSC Services for Education (SSC) as Owner Designated Representative (ODR) for Texas A&M University – College Station, TX is requesting Competitive Sealed Proposals (CSP) from general construction contractors.

1.2     All data submitted with a Proposal, except as noted herein, is deemed to be part of the Contract.

1.3     Purchases made for State of Texas use are exempt from the State Sales tax and Federal Excise tax. Do not include tax in bid.  Excise Tax Exemption Certificates are available upon request.

1.4     Payment for work performed will be in accordance with the SSC Uniform General and Supplementary Conditions ("UGSC"). The UGSC will not be changed.

1.5     Proposal documents will be available via a Web Based file sharing program in a PDF format. All printing is the responsibility of the bidder.

**2.0     RECEIPT OF PROPOSALS:**

2.1     The review and approval of the CSP process is a multi-step process which requires variable amounts of time. Responders are advised that these projected dates may change as required.

| | |
|---|---|
| Pre-Proposal Meeting – Facilities Services Bldg, Conf. Rm. 204 | 10-30-23, 2:30 PM |
| Deadline for Questions | 11-03-23, 5:00 PM |
| Deadline for Addenda (Min.10 business days prior to proposal) | 11-06-23, 5:00 PM |
| **Deadline for Receipt of Proposals** | 11- 14-23, 2:00 PM |
| **Deadline for Receipt of HSP (Part 4)** | 11- 15-23, 2:00 PM |
| **Public Proposal Opening –** Facilities Services Bldg, Conf. Rm. S118 (and Teams Meeting) | 11- 15-23, 3:00 pm |
| Evaluation of Proposals Completed | 11-30-2023 |
| Award of Contract | 11-30-2023 |

2.2     Location: Proposals are to be received at the office of the Owners Designated Representative:

*SSC Facilities Services Bldg. #1156*
*600 Agronomy Road, Suite 218*
*College Station, TX. 77843*

**3.0     INFORMATION INQUIRIES:**

3.1     Questions regarding the proposal process should be directed:
*Mike Garon, Sr. Project Manger*
*Michael.Garon@sscserv.com, 979-446- 2506*

TAMU-0853

3.2     Inquiries regarding the technical aspects of the Construction Documents shall be directed to:
*Fred Patterson, AIA*
*Patterson Architects*
*fred@patarch.com*
*979-775-6036*

3.3     Inquiries regarding the HUB documents shall be directed to:

| *Shawna Kennedy* | *Cindy Gillar* |
|---|---|
| *979.845.3425* | *979-845-9010* |
| *shawna.kennedy@tamu.edu* | *c-gillar@tamu.edu* |

**4.0     DISCREPANCIES AND INTERPRETATIONS:**

4.1     Notify the ODR and A/E, in writing, at least ten (10) business days prior to the scheduled Proposal opening date, if discrepancies, ambiguities or omissions are found in the Proposal/Construction documents, or if further information or interpretation is desired.

4.2     Answers will be provided in addenda format.  All provisions and requirements of such addenda will supersede or modify affected portions of the Proposal documents.  All addenda will be incorporated in and bound with the Contract Document.  No other explanation or interpretation will be considered binding. Notice of Addenda are posted on the Texas Smart Buy website on the original project posting. Any additional documentation needed will be uploaded to e-Builder on the same original link shown on the Notice of Project.

**5.0     SUBMITTAL CONTENT & PROCEDURE:**

5.1     Contents

- Proposal Form & Pricing Schedule (Part 1, Section 00 42 13)
    - o   Base Proposal & Alternates
    - o   Construction Time

- Technical Proposal (Part 2, Section 00 45 16)
    - o   Company Information & History
    - o   Experience & Qualifications
    - o   Ability & Qualifications of Professional Personnel
    - o   Project Approach & Methodology
    - o   List of Subcontractors

- Safety, Risk Assessment & Quality Control (Part 3, Section 00 45 17)
    - o   Safety Program
    - o   Site Specific Risk Assessment
    - o   Quality Control Program

- HUB Subcontracting Plan (Part 4)
    Refer to HUB Subcontracting Plan (see separate attachment) for information and requirements (refer back to 3.3 for Inquiry information).

5.2     Procedure

5.2.1 Submit Parts 1-3 as (1) hard copy in a sealed envelope clearly labeled "CSP Submission for Project Number **2023-06030** Parts 1-3" with Respondent's Company Name clearly identified on the outside.

5.2.2 Submit Part 4 (HUB Subcontracting Plan) in a separate sealed envelope clearly labeled "HUB Subcontracting Plan for Project Number **2023-06030** with respondent's Company Name clearly identified on the outside.

5.2.3 Submit (1) digital copy in .pdf format of Parts (1-4) on a flash drive, which is to be included in sealed envelope containing Part 4.

5.2.4 ALL Parts (1-4) and flash drive are to be submitted by deadline as set forth in 2.1.

**THE ODR IS NOT RESPONSIBLE FOR DOCUMENTS THAT CANNOT BE READ OR CONVERTED. UNREADABLE PROPOSALS MAY BE, AT ODR'S SOLE DISCRETION, REJECTED AS NONRESPONSIVE.**

5.3 If the Proposal and all parts are submitted by mail, the address is:

*SSC Facilities Services Bldg. #1156*
*600 Agronomy Road, Suite 218*
*College Station, TX. 77843*
*ATTN: Mike Garon*

"PROPOSAL ENCLOSED"

5.4 Delivery of all Proposal parts prior to the advertised deadline(s) is the sole responsibility of the respondent.

**6.0 PREPARATION OF COMPETITIVE SEALED PROPOSAL:**

6.1 The Proposal must be based on conditions at the project site, the bidding documents and any addenda issued.

6.2 The Proposal, Part 1 must be authoritatively executed **in ink** and submitted on the Proposal Form.

6.3 A Proposal showing omissions, alterations, conditions, or carrying riders or qualifications which modify the Proposal Form & Pricing Schedule (00 42 13) will be rejected as irregular.

6.4 Only one Part 1 Proposal shall be submitted. If two or more Part 1 Proposals are submitted, either in one envelope or in separate envelopes, such multiple Proposals may be subject to rejection.

6.5 Proposal amounts may not be amended or modified in any manner after the time set for deadline for receipt of Proposals. After all Proposals are publicly opened, but before they are read aloud, they will be examined by the presiding official to determine if they are in proper form and properly signed. Proposals which are illegible or incomplete will not be read, nor will the Proposal prices be revealed.

6.6 A respondent will receive no compensation or reimbursement of expenses incurred in the preparation of a Competitive Sealed Proposal submission.

TAMU-0853

6.7 All respondents are strongly urged to attend Pre-Proposal Conferences. Respondent attendance may be included as part of evaluation.

6.8 Proposals received after the advertised time for deadline for receipt of Proposals will be ineligible and will be returned unopened.

6.9 The ODR reserves the right to reject any or all Proposals at any time prior to award.

**7.0    PUBLIC INFORMATION AND NOTICE OF CONFIDENTIALITY:**

7.1 The ODR considers all Proposal information, documentation and supporting materials submitted in response to these instructions to be non-confidential and/or non-proprietary in nature, and therefore, shall be subject to the public disclosure under the Texas Public Information Act (*Texas Government Code*, Sec. 552.001 et seq.) after the award of the contract.  Portions of the respondent's Technical Proposal which contains trade secrets or other proprietary data which must remain confidential shall be identified as below:

   7.1.1 Mark the cover sheet of the Technical Proposal with the following phrase:  "This Proposal includes data that shall not be disclosed outside of ODR and the A/E design team and shall not be duplicated, used or disclosed in whole or in part for any purpose other than to evaluate this Proposal."

   7.1.2 Mark each sheet and specific data on that sheet that the respondent wishes to restrict with the following phrase:  "Use or disclosure of this specifically marked data is subject to the restrictions regarding confidentiality cited on the cover sheet of this Proposal."

**8.0    RESPONDENT REQUIREMENTS:**

8.1 The ODR may make such investigations as necessary to determine the ability of the respondent to perform the Work, and the respondent shall furnish any requested information data including an audited financial statement within five (5) days of the Proposal Opening.  The ODR reserves the right to reject any Proposal if the evidence submitted by, or investigation of, such respondent fails to satisfy the ODR that this respondent is properly qualified to complete the Work.  Any false statements or omissions will automatically disqualify applicants from consideration.

8.2 Each respondent submitting a Proposal must be prepared to furnish the firm's State Comptroller Vendor Identification Number, or the date on which an application was submitted. Contract payments to the successful respondent are contingent on submittal of this identification number and on having a current Form W-9 on file with SSC.

8.3 Respondents must be in a "Taxpayer is not on Vendor Hold" status with the Texas State Comptroller's Office in order to be awarded the contract. Respondent certifies this with the submittal of a properly executed proposal. Ref: Texas Comptroller of Public Accounts Taxpayer and Vendor Information. http://mycpa.cpa.state.tx.us/coa/search.do.

8.4 As required by Chapter 231 Texas Family Code, a Proposal for a contract to be paid from state funds must include the name and social security number of the sole proprietor, each partner, shareholder or owner with an ownership interest of a least 25 percent of the business entity submitting the Proposal.

TAMUx-0856

8.5 The Texas Family Code requires each Proposal to include the following statement: "Under Section, 231.006, Family Code, the vendor or applicant certifies that the individual or business entity named in this contract Proposal or application, is not ineligible to receive the specified grant, loan or payment and acknowledges that this contract may be terminated and payment may be withheld if this certification is inaccurate." Respondent agrees with this certification statement upon submittal of a properly executed Proposal.

## 9.0 OWNERSHIP OF THE COMPETITIVE SEALED PROPOSAL:

9.1 Submitted Proposals, documentation and supporting materials shall become the property of the ODR.

## 10.0 SITE INVESTIGATION:

10.1 It is the responsibility of each respondent to examine the project site, existing improvements and adjacent property and be familiar with existing conditions before submission of a Proposal.

10.2 After investigating the project site and comparing the Drawing and Specifications with the existing conditions, the respondent should immediately notify the ODR, in accordance with paragraph 4.0 of these Instructions for Competitive Sealed Proposals, of any conditions for which requirements are not clear, or about which there is any question regarding the extent of the Work involved.

10.3 Should the successful respondent fail to make the required investigation and should a question arise later as to the extent of the Work involved in any particular case, after receiving recommendations from the A/E, the ODR will make the proper interpretation of the Contract Documents.

TAMUK-0053

**11.0    CSP EVALUATION SCORING GUIDELINES:**

11.1    Proposals will be opened publicly.

11.2    Proposals will be evaluated by the ODR/Owner and others as determined by SSC.  The criteria for evaluation and selection of the successful respondent for this award will be based upon the factors listed below with the corresponding percentage of weighting:

- **Base Proposal Amount & Alternates**                   **51%**

- **Construction Time**                                                     **10%**

- **Technical Proposal**                                                    **24%**
    o    Company Information & History
    o    Experience & Qualifications
    o    Ability & Qualifications of Professional Personnel
    o    Project Approach & Methodology
    o    List of Subcontractors

The following will be rated as Pass or Fail. Pass = 5%, Fail =0%
- **Litigation & Claims**                                                    **5%**
    o    Project incompletion, judgements/claims/lawsuits

- **Safety, Risk Assessment & Quality Control**       **5%**
    o    Safety Program
    o    Site Specific Risk Assessment
    o    Quality Control Program

- **Quality Control**                                                          **5%**

**HUB Subcontracting Plan**
Missing, incomplete, or late submission of HUB Subcontracting Plan will result in disqualification of entire submission.

**12.0    CONTRACT AWARD PROCESS**

12.1    After opening the HUB submissions and determining that each submission is qualified the Proposals pricing is read publicly.   Afterwards, the ODR/Owner, A/E & others as determined by SSC will evaluate and rank each Proposal with respect to the published selection criteria described under Section 11.  After opening and ranking, an award may be made on the basis of the initially submitted Proposal, without discussion, clarification or modification, or the ODR may discuss with the selected respondent, offers for cost adjustment and other elements of the Proposal.  Other than the data read at the Proposal opening, the ODR shall not disclose any information derived from the Proposals submitted by competing firms in conducting such discussions.

12.2    If the ODR/Owner determines that it is unable to reach a satisfactory agreement with the first ranked respondent, the ODR will terminate discussions with that respondent.  The ODR will then proceed with negotiations with each successive respondent as they appear in the order of ranking until an agreement is reached, or until the ODR has rejected all Proposals.  After termination of discussions with any respondent, ODR will not resume discussions with that respondent.

12.3    Following the ODR/Owner approval of the order of ranking of respondent and the ODR contract award or Proposal rejection action, the respondents may be notified via email of which firm has been selected.

12.4    The ODR/Owner reserves the right to accept or reject any or all alternates or to accept any combination of alternates considered advantageous.

12.5    The award or rejection action regarding the Proposal is at the sole discretion of the ODR/Owner and the ODR makes no warranty regarding this Proposal that a contract will be awarded to any respondent.

12.6    The ODR agrees that if the Contract is awarded, it will be awarded to the respondent offering the best value to the Owner.  The ODR/Owner is not bound to accept the lowest priced Proposal if that Proposal is judged not to be the best value for the Owner, as determined by the ODR/Owner.

12.7    SSC Agreement
If applicable, provide comments pertaining to SSC's Sample Master Agreement Contract (attached as Appendix A).

NOTE: SSC will not make significant changes to its Master Agreement Contract. Minor changes may be considered, SSC will not guarantee acceptance of such changes.


END OF SECTION

TAMUx0859

**SSC SERVICES FOR EDUCATION**
**COMPETITIVE SEALED PROPOSAL**
**PART 1**
**PROPOSAL FORM & PRICING SCHEDULE**
SECTION 00 42 13

SSC Services for Education
***Texas A&M University – College Station, TX***
Project No.: ***2023-06030***
Project Title: ***Spence Hall Corps Dorms Bathroom Renovations***

_____doing business as _____

Business Name                                                    (Corporation, Partnership or Individual)

hereby proposes to furnish and install all work required by the Contract Documents that includes, SSC Uniform General and Supplementary Conditions ("UGSC"), SSC Special Conditions, the Drawings, the Project Manual/Specifications and any Addenda issued prior to the Proposal.

The "Total Contract Cost" shall include the cost of delivery, insurance, bonds, taxes, labor, materials, supervision, overhead, profit, incidentals and the use of all equipment and tools required to complete the work.  The proposed Contract Cost, indicated in the Pricing Schedule included shall constitute full compensation for work required by the Contract Documents and the Addenda.

- The RESPONDENT certifies that this proposal is made in good faith, without collusion or connection with any other person or persons offering a proposal for the same work, and that it is made in pursuance of and subject to all the terms and conditions of the Construction Documents for the work to be accomplished, all of which have been examined by the RESPONDENT.

- All work required by the Contract Documents and enumerated in the Pricing Schedule included, whether specifically mentioned, included by implication or appurtenant thereto, shall be performed by the RESPONDENT, irrespective of whether it is named in the Pricing Schedule.

- The Proposal will remain subject to acceptance for 90 calendar days after submittal, or for such longer time as the RESPONDENT may agree to in writing upon request by the Owners Designated Representative (ODR).

- The RESPONDENT will submit a construction schedule and execute the contract within 10 business days after notification of contract award.

- Proposal amounts must be shown in both written words and figures.  In case of discrepancy, the amount shown in words will govern.

TAMUx0860

| DESCRIPTION | TOTAL PRICE |
|---|---|
| **Contractor must list an amount for each line item as required for the scope of this project OR bid will be disqualified for being incomplete. Blank division entries are acceptable if the division is not in the scope of work.** | |
| Division 01 - General Requirements | |
| Division 02 - Existing Conditions | |
| Division 03 - Concrete | |
| Division 04 - Masonry | |
| Division 05 - Metals | |
| Division 06 - Wood, Plastics and Composites | |
| Division 07 - Thermal and Moisture Protection | |
| Division 08 - Openings | |
| Division 09 - Finishes | |
| Division 10 - Specialties | |
| Division 11 - Equipment | |
| Division 12 - Furnishings | |
| Division 13 - Special Construction | |
| Division 14 - Conveying Equipment | |
| Division 21 - Fire Suppression | |
| Division 22 - Plumbing | |
| Division 23 - Heating, Ventilating, and Air Conditioning (HVAC) | |
| Division 25- Integrated Automation | |
| Division 26 - Electrical | |
| Division 27 - Communications | |
| Division 28 - Electronic Safety and Security | |
| Division 31 - Earthwork | |
| Division 32 - Exterior Improvements | |
| Division 33 - Utilities | |
| Division 34 - Transportation | |
| Division 44 - Pollution Control Equipment | |
| Division 45 - Industry-Specific Manufacturing Equipment | |
| **BASE PROPOSAL AMOUNT** | |

TAMUX-0861

## ITEM NO. 1 - BASE PROPOSAL AMOUNT

The amount for the complete construction of ***Spence Hall Corps Dorms Bathroom Renovations***, including all general, plumbing, mechanical, and electrical work indicated on the drawings by ***Patterson Architects*** dated ***10/20/2023***:

_____Dollars $_____

## SUBSTANTIAL COMPLETION DATE

After Commitment Approval or Notice to Proceed is issued by SSC Services for Education, all of the work shall be substantially completed within _____ calendar days. Number of days listed **must** include materials & equipment lead times and construction duration.  Final Completion shall be achieved within 30 consecutive calendar days after the date of Substantial Completion as determined by the ODR.

## ALTERNATES:  BIDDER MUST INDICATE WHETHER EACH ALTERNATE IS AN ADD OR DEDUCT.  ALTERNATES NOT INDICATED AS AN ADD OR DEDUCT WILL BE DEEMED AN ADD.

**ALTERNATE 1** – PSI Wall System 410 (details forthcoming via posted Addendum)

(*CONTRACTOR TO INDICATE ALTERNATE AS AN ADD OR DEDUCT ALONG WITH A DOLLAR AMOUNT AND A NUMBER OF DAYS. IF THAT NUMBER IS "0", CONTRACTOR MUST WRITE "0". ITEMS LEFT BLANK WILL BE DISQUALIFIED FOR BEING INCOMPLETE.*)

ADD/DEDUCT_____ Dollars
$_____

ADD/DEDUCT_____ Calendar Days

## ADDENDA – Contractor must list number of Addenda issued.

Respondent has received the following Addenda to the Request for Proposals, but agrees and understands that it will be responsible for performing the Work in accordance with all terms and conditions in all Addenda issued in connection with the Request for Proposals, and that it's Proposal will be construed to include all requirements of all such Addenda.

   Addenda No.(s)

_____

**NOTE**: Failure to acknowledge Addenda does not release Contractor from financial obligation to complete all Addenda.

The undersigned Respondent has carefully examined and considered the Project Site and relevant conditions and circumstances for the Work, information and requirements set out in the Request for Proposals, the Drawings and Project Manual/Specifications, and the requirements of the proposed Contract Documents, including the ODR's Agreement, the Uniform General and Supplemental Conditions, Special Conditions, and Tex. Gov. Code pertaining to Prevailing Wages Rates, in making this Proposal. Capitalized terms used but not otherwise defined in this Proposal Form shall have the same meanings as designated in the Request for Proposals.

The undersigned Proposer further agrees to the following conditions:
1. An incomplete Proposal or one having additional information or other modifications or qualifications inscribed thereon, may be cause for rejection of the entire Proposal.
2. That, if accepted by the Owner ODR, this Proposal becomes a part to the Contract Documents upon the signing of the Contract Agreement, and failing to comply with any part of this Bid will be taken as failure of the Proposer to comply with the Contract Documents, and will be just cause for rejection of the Work.


RESPONDENT:


_____          _____
          Company                          Employer Federal Identification Number (EIN)

By:


_____
          Signature


_____          _____
          Title                                      Company Phone Number


_____          _____
          Date                                   Company Email or Fax Number


_____
Company Contact and Address for Invoice


_____


_____


END OF SECTION

**SSC SERVICES FOR EDUCATION
COMPETITIVE SEALED PROPOSAL
PART 2
TECHNICAL PROPOSAL**
SECTION 00 45 16

SSC Services for Education
***Texas A&M University – College Station, TX***
*Project No.:* **2023-06030**
*Project Title:* ***Spence Hall Corps Dorms Bathroom Renovations***

**NOTE: Contractor must complete each item pertaining to this form or bid may be disqualified for being incomplete.
FALSIFICATION OF ANY INFORMATION ON THIS PROPOSAL MAY RESULT IN DISQUALIFICATION.**

General Contractor's Name: _____

Address: _____

City, State, Zip: _____

Telephone No.: _____ E-Mail: _____

State Comptroller Vendor Identification Number: _____

**1.0    GENERAL**

1.1 Qualification information submitted shall be applicable only to the Contractor's office that will perform this Work.

**2.0    COMPANY INFORMATION & HISTORY**

2.1 ☐ Corporation  ☐ Partnership  ☐ Sole Proprietorship ☐ Joint Venture ☐ Limited Liability Company
State of Organization: _____

2.2 How many years has organization been in business as a contractor? _____

2.3 How many years has your organization been in business under its present business name?
_____

2.4 Under what other or former names has your organization operated? _____
_____

2.5 List other fully staffed offices or fully staffed branch offices of your organization:

| Name/Location | Branch Manager | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

2.6 Corporate Officers, Partners or Owners of Organization:

| Name | Title | Construction Experience |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

TAMU 0864

2.7    If your organization is a corporation, answer the following:
- Date of incorporation:_____
- State of incorporation:_____
- President's name:_____
- Vice-president's name(s):_____
- Secretary's name:_____
- Treasurer's name:_____

2.8    If your organization is a partnership, answer the following:
- Date of organization:_____
- Type of partnership, if applicable:_____
- Name(s) of general partner(s):_____
_____

2.9    If your organization is individually owned, answer the following:
- Date of organization:_____
- Name of owner:_____

2.10   If the form of your organization is other than those listed above, describe it and name principals:_____
_____
_____

2.11   List jurisdictions and trade categories in which your organization is legally qualified to do business, and indicate registration or license numbers, if applicable._____
_____
_____
_____

2.12   List jurisdictions in which your organization's partnership or trade name is filed._____
_____
_____

**3.0    LITIGATION/CLAIMS**

3.1    Has your organization ever failed to complete any work awarded to it as contracted, that resulted in termination of the contract?   YES ☐ NO ☐

3.2    Are there any judgements, claims, arbitration proceedings or suits pending or outstanding against your organization or its officers made by your customers?   YES ☐ NO ☐

3.3    Has your organization filed any lawsuits or requested arbitration with regard to construction contracts within the last five years?   YES ☐ NO ☐

3.4    Within the last five years, has any officer or principal of your organization ever been an officer or principal of another organization when it failed to complete a construction contract?   YES ☐ NO ☐

TAMU-0865

**4.0**  **EXPERIENCE & QUALIFICATONS**

    4.1    List categories of work that your organization normally performs with its own forces.

_____

_____

_____

    4.2    Propose to perform_____% of the work for this project with own forces.
      (List Trades) _____

_____

_____

    4.3    List major construction projects of similar scope and size where General Contractor acted as prime of publically funded projects. Using a similar format to that shown below list projects your organization has in-progress and/or has completed (Limit 10 projects) within the past 5 years:
      (Include as attachment at end of this document titled as "Current & Past Projects")

**FOR EXAMPLE ONLY**

# PROJECT PHOTO HERE

Name and Location of Project: _____

_____

_____

Contract Amount:_____

Percent Complete: _____

Contract Start Date: _____

Contractual Completion Date: _____

Actual Completion Date:_____

Owner Reference Contact:

_____     _____

Name                                                              Telephone

_____

Physical Address

Email:_____

A/E Reference Contact:

_____     _____

Name                                                              Telephone

_____

Physical Address

Email:_____

TAMU-0866

4.4     Total number and dollar amount of contracts currently in progress:
Number_____    $_____

4.5     Largest single contract amount currently in-progress: $ _____
Project Name:_____
Projected Completion Date:_____

4.6     Volume of work completed over last 5 years: (Through 12/31)
2022   $_____
2021   $_____
2020   $_____
2019   $_____
2018   $_____

**5.0    REFERENCES**

5.1     Client References: _____
_____
_____
_____

5.2     Trade References:
_____
_____
_____
_____

5.3     Bank References: _____
_____
_____
_____
_____

5.4     Surety
- Name of bonding company:_____
_____
- Name and address of agent:_____
_____

**6.0    ABILITY & QUALIFICATIONS OF PROFESSIONAL PERSONNEL**

6.1     Project Organization Chart (Please attach at the end of this document)

6.2     Detailed resumes of individuals assigned to this project including project manager, superintendent, project scheduler/expediter, and quality control supervisors as applicable. (Please attach at end of this document)

      6.2.1     Resumes of your key personnel shall include professional affiliations such as membership in the American Institute of Constructors and if the individual is a Level I or Level II Certified Professional Constructor.

      6.2.2     In addition, a listing of other construction personnel within your organization that are members of the American Institute of Constructors shall be included and their respective level of certification.

TAMU-0863

6.3    Approximate amount of time each project team member is expected to spend on the project: _____

_____

_____

_____

_____

**7.0    PROJECT APPROACH & METHODOLOGY**

7.1    Provide methodology on meeting the parameters/expectations of the specific project. (If additional space is needed please insert additional sheets at the end of this document):

_____

_____

_____

_____

_____

**8.0    LIST OF SUBCONTRACTORS**

8.1    Please list all subcontractors proposing to use on this project. (If additional space is needed please insert additional sheets at the end of this document): _____

_____

_____

_____

_____

_____

**9.0    PROPOSED PROJECT SCHEDULE**

9.1    List procedures outlining how the contractor will update the Architect & ODR on progress of the project work schedule in order to meet the established contractual completion date:_____

_____

_____

_____

_____

9.2    Please attach proposed project schedule in Gantt format at the end of this document, including material/equipment lead times prior to construction.

END OF SECTION

TAMUC-0868

**SSC SERVICES FOR EDUCATION**
**COMPETITIVE SEALED PROPOSAL**
**Part 3**
**SAFETY, RISK ASSESSMENT & QUALITY CONTROL**
SECTION 00 45 17

SSC Services for Education
***Texas A&M University – College Station, TX***
*Project No.: **2023-06030***
*Project Title: **Spence Hall Corps Dorms Bathroom Renovations***

**NOTE: Contractor must complete each item pertaining to this form or bid may be disqualified for being incomplete.**
**FALSIFICATION OF ANY INFORMATION ON THIS PROPOSAL MAY RESULT IN DISQUALIFICATION.**

General Contractor's Name: _____

Address: _____

City, State, Zip: _____

Telephone No.: _____ E-Mail: _____

State Comptroller Vendor Identification Number: _____

**1.0   SAFETY PROGRAM**

1.1   List your organization's Workers Compensation Experience Modification Rate (EMR) for the last three years, as obtained from your insurance agent. Provide proof in the form of a letter from your Insurance Agent.  If you do not have an EMR rating provide name and contact information for your Insurance Agent.

2022 _____     Average (3 years)
2021 _____     _____
2020 _____

Insurance Company Name: _____
Agent Name: _____
Agent Phone #: _____
Agent Email: _____

1.2   **OSHA Recordable Incident Rate**.  Attach your OSHA 300A log or similar documentation of company's injuries if the OSHA 300A log is not required due to the size of your company:

The OSHA Recordable Incident Rate (or Incident Rate) is calculated by multiplying the number of recordable cases by 200,000, and then dividing that number by the number of labor hours at the company.

$$IR = \frac{\text{Number of OSHA Recordable Cases} \times 200{,}000}{\text{Number of Employee labor hours worked}}$$

IR = _____

TAMU-0869

1.3    Are regular project safety meetings held?  ☐ Yes    ☐ No
If yes, frequency:    ☐ Weekly  ☐ Bi-monthly  ☐ Monthly  ☐ As Needed

1.4    Are project safety inspections conducted?  ☐ Yes    ☐ No
If yes, who performs inspection? _____

How often? _____
Who is required to attend? _____

1.5    Does organization have a written safety program?  ☐ Yes    ☐ No
If yes, provide a copy. It will become a compliance document upon contract award.

## 2.0    SITE SPECIFIC RISK ASSESSMENT

2.1    Submit a complete Risk Assessment Program for this specific project at the end of this section.

## 3.0    QUALITY CONTROL PROGRAM

3.1    Submit a complete quality control program for this project which will become a compliance document upon contract award.

3.2    This plan should address all aspects of quality control including responsibility for surveillance work, acceptance, rejection, documentation and resolution of deficiencies, trend analysis and corrective action and interface with Owner's inspectors.

3.3    Contractor to maintain documentation log of project progress including photos from beginning to end of project.

END OF SECTION

TAMUC-0876

#  HUB Subcontracting Plan (HSP)
## QUICK CHECKLIST

While this HSP Quick Checklist is being provided to merely assist you in readily identifying the sections of the HSP form that you will need to complete, it is very important that you adhere to the instructions in the HSP form and instructions provided by the contracting agency.

➤ **If you will be awarding <u>all</u> of the subcontracting work you have to offer under the contract to <u>only</u> Texas certified HUB vendors, complete:**

Section 1 - Respondent and Requisition Information

Section 2 a. - Yes, I will be subcontracting portions of the contract.

Section 2 b. - List all the portions of work you will subcontract, and indicate the percentage of the contract you expect to award to Texas certified HUB vendors.

Section 2 c. - Yes

Section 4 - Affirmation

GFE Method A (Attachment A) - Complete an Attachment A for each of the subcontracting opportunities you listed in Section 2 b.

➤ **If you will be subcontracting any portion of the contract to Texas certified HUB vendors and Non-HUB vendors, and the aggregate percentage of all the subcontracting work you will be awarding to the Texas certified HUB vendors with which you <u>do not</u> have a <u>*continuous contract*</u>\* in place for more than five (5) years <u>*meets or exceeds*</u> the HUB Goal the contracting agency identified in the "Agency Special Instructions/Additional Requirements", complete:**

Section 1 - Respondent and Requisition Information

Section 2 a. - Yes, I will be subcontracting portions of the contract.

Section 2 b. - List all the portions of work you will subcontract, and indicate the percentage of the contract you expect to award to Texas certified HUB vendors and Non-HUB vendors.

Section 2 c. - No

Section 2 d. - Yes

Section 4 - Affirmation

GFE Method A (Attachment A) - Complete an Attachment A for each of the subcontracting opportunities you listed in Section 2 b.

➤ **If you will be subcontracting any portion of the contract to Texas certified HUB vendors and Non-HUB vendors or only to Non-HUB vendors, and the aggregate percentage of all the subcontracting work you will be awarding to the Texas certified HUB vendors with which you <u>do not</u> have a <u>*continuous contract*</u>\* in place for more than five (5) years <u>*does not meet or exceed*</u> the HUB Goal the contracting agency identified in the "Agency Special Instructions/Additional Requirements", complete:**

Section 1 - Respondent and Requisition Information

Section 2 a. - Yes, I will be subcontracting portions of the contract.

Section 2 b. - List all the portions of work you will subcontract, and indicate the percentage of the contract you expect to award to Texas certified HUB vendors and Non-HUB vendors.

Section 2 c. - No

Section 2 d. - No

Section 4 - Affirmation

GFE Method B (Attachment B) - Complete an Attachment B for each of the subcontracting opportunities you listed in Section 2 b.

➤ **If you will not be subcontracting any portion of the contract and will be fulfilling the entire contract with your own resources (i.e., employees, supplies, materials and/or equipment), complete:**

Section 1 - Respondent and Requisition Information

Section 2 a. - No, I will not be subcontracting any portion of the contract, and I will be fulfilling the entire contract with my own resources.

Section 3 - Self Performing Justification

Section 4 - Affirmation

---

*<u>Continuous Contract</u>: Any existing written agreement (including any renewals that are exercised) between a prime contractor and a HUB vendor, where the HUB vendor provides the prime contractor with goods or service, to include under the same contract for a specified period of time. The frequency the HUB vendor is utilized or paid during the term of the contract is not relevant to whether the contract is considered continuous. Two or more contracts that run concurrently or overlap one another for different periods of time are considered by CPA to be individual contracts rather than renewals or extensions to the original contract. In such situations the prime contractor and HUB vendor are entering (have entered) into "new" contracts.*



# HUB Subcontracting Plan (HSP)

In accordance with Texas Gov't Code §2161.252, the contracting agency has determined that subcontracting opportunities are probable under this contract. Therefore, all respondents, including State of Texas certified Historically Underutilized Businesses (HUBs) must complete and submit this State of Texas HUB Subcontracting Plan (HSP) with their response to the bid requisition (solicitation).

NOTE: Responses that do not include a completed HSP shall be rejected pursuant to Texas Gov't Code §2161.252(b).

The HUB Program promotes equal business opportunities for economically disadvantaged persons to contract with the State of Texas in accordance with the goals specified in the 2009 State of Texas Disparity Study. The statewide HUB goals defined in 34 Texas Administrative Code (TAC) §20.284 are:

- *11.2 percent for heavy construction other than building contracts,*
- *21.1 percent for all building construction, including general contractors and operative builders' contracts,*
- *32.9 percent for all special trade construction contracts,*
- *23.7 percent for professional services contracts,*
- *26.0 percent for all other services contracts, and*
- *21.1 percent for commodities contracts.*

## - - Agency Special Instructions/Additional Requirements - -

*In accordance with 34 TAC §20.285(d)(1)(D)(iii), a respondent (prime contractor) may demonstrate good faith effort to utilize Texas certified HUBs for its subcontracting opportunities if the total value of the respondent's subcontracts with Texas certified HUBs meets or exceeds the statewide HUB goal or the agency specific HUB goal, whichever is higher. When a respondent uses this method to demonstrate good faith effort, the respondent must identify the HUBs with which it will subcontract. If using existing contracts with Texas certified HUBs to satisfy this requirement, only the aggregate percentage of the contracts expected to be subcontracted to HUBs with which the respondent **does not** have a **continuous contract**\* in place for **more than five (5) years** shall qualify for meeting the HUB goal. This limitation is designed to encourage vendor rotation as recommended by the 2009 Texas Disparity Study.*

---

## SECTION 1: RESPONDENT AND REQUISITION INFORMATION

**a.** Respondent (Company) Name: _____    State of Texas VID #: _____

Point of Contact: _____    Phone #: _____

E-mail Address: _____    Fax #: _____

**b.** Is your company a State of Texas certified HUB?  ☐ - **Yes**   ☐ - **No**

**c.** Requisition #: _____    Bid Open Date: _____
(mm/dd/yyyy)

| Enter your company's name here: _____ | Requisition #: _____ |

---

### SECTION 2: RESPONDENT's SUBCONTRACTING INTENTIONS

After dividing the contract work into reasonable lots or portions to the extent consistent with prudent industry practices, and taking into consideration the scope of work to be performed under the proposed contract, including all potential subcontracting opportunities, the respondent must determine what portions of work, **including contracted staffing, goods and services will be subcontracted**. Note: In accordance with 34 TAC §20.282, a "Subcontractor" means a person who contracts with a prime contractor to work, to supply commodities, or to contribute toward completing work for a governmental entity.

**a.** Check the appropriate box (Yes or No) that identifies your subcontracting intentions:

☐ - *Yes*, I will be subcontracting portions of the contract. (If *Yes*, complete Item b of this SECTION and continue to Item c of this SECTION.)

☐ - *No*, I will not be subcontracting <u>any</u> portion of the contract, and I will be fulfilling the entire contract with my own resources, including employees, goods and services. (If *No*, continue to SECTION 3 and SECTION 4.)

**b.** List all the portions of work (subcontracting opportunities) you will subcontract. Also, based on the total value of the contract, identify the percentages of the contract you expect to award to Texas certified HUBs, and the percentage of the contract you expect to award to vendors that are not a Texas certified HUB (i.e., Non-HUB).

| Item # | Subcontracting Opportunity Description | HUBs | | Non-HUBs |
|---|---|---|---|---|
| | | Percentage of the contract expected to be subcontracted to HUBs with which you <u>do not</u> have a <u>continuous contract</u>* in place for <u>more than five (5) years</u>. | Percentage of the contract expected to be subcontracted to HUBs with which you have a <u>continuous contract</u>* in place for <u>more than five (5) years</u>. | Percentage of the contract expected to be subcontracted to non-HUBs. |
| 1 | | % | % | % |
| 2 | | % | % | % |
| 3 | | % | % | % |
| 4 | | % | % | % |
| 5 | | % | % | % |
| 6 | | % | % | % |
| 7 | | % | % | % |
| 8 | | % | % | % |
| 9 | | % | % | % |
| 10 | | % | % | % |
| 11 | | % | % | % |
| 12 | | % | % | % |
| 13 | | % | % | % |
| 14 | | % | % | % |
| 15 | | % | % | % |
| | Aggregate percentages of the contract expected to be subcontracted: | **%** | **%** | **%** |

(Note: If you have more than fifteen subcontracting opportunities, a continuation sheet is available online at https://www.comptroller.texas.gov/purchasing/vendor/hub/forms.php).

**c.** Check the appropriate box (Yes or No) that indicates whether you will be using <u>**only**</u> Texas certified HUBs to perform <u>**all**</u> of the subcontracting opportunities you listed in SECTION 2, Item b.

- *Yes* (If *Yes*, continue to SECTION 4 and complete an "HSP Good Faith Effort - Method A (Attachment A)" for <u>**each**</u> of the subcontracting opportunities you listed.)
- *No* (If *No*, continue to Item d, of this SECTION.)

**d.** Check the appropriate box (Yes or No) that indicates whether the aggregate expected percentage of the contract you will subcontract <u>**with Texas certified HUBs**</u> with which you <u>**do not**</u> have a <u>**continuous contract**</u>* in place with for <u>**more than five (5) years**</u>, <u>**meets or exceeds**</u> the HUB goal the contracting agency identified on page 1 in the "**Agency Special Instructions/Additional Requirements**."

- *Yes* (If *Yes*, continue to SECTION 4 and complete an "HSP Good Faith Effort - Method A (Attachment A)" for <u>**each**</u> of the subcontracting opportunities you listed.)
- *No* (If *No*, continue to SECTION 4 and complete an "HSP Good Faith Effort - Method B (Attachment B)" for <u>**each**</u> of the subcontracting opportunities you listed.)

---

*__Continuous Contract__: Any existing written agreement (including any renewals that are exercised) between a prime contractor and a HUB vendor, where the HUB vendor provides the prime contractor with goods or service under the same contract for a specified period of time. The frequency the HUB vendor is utilized or paid during the term of the contract is not relevant to whether the contract is considered continuous. Two or more contracts that run concurrently or overlap one another for different periods of time are considered by CPA to be individual contracts rather than renewals or extensions to the original contract. In such situations the prime contractor and HUB vendor are entering (have entered) into "new" contracts.*

TAMUX-0873

Enter your company's name here: _____ Requisition #: _____

## SECTION 2: RESPONDENT's SUBCONTRACTING INTENTIONS (CONTINUATION SHEET)

This page can be used as a continuation sheet to the HSP Form's page 2, Section 2, Item b. Continue listing the portions of work (subcontracting opportunities) you will subcontract. Also, based on the total value of the contract, identify the percentages of the contract you expect to award to Texas certified HUBs, and the percentage of the contract you expect to award to vendors that are not a Texas certified HUB (i.e., Non-HUB).

| Item # | Subcontracting Opportunity Description | HUBs | | Non-HUBs |
|---|---|---|---|---|
| | | Percentage of the contract expected to be subcontracted to HUBs with which you **do not** have a **continuous contract\*** in place for **more than five (5) years**. | Percentage of the contract expected to be subcontracted to HUBs with which you have a **continuous contract\*** in place for **more than five (5) years**. | Percentage of the contract expected to be subcontracted to non-HUBs. |
| 16 | | % | % | % |
| 17 | | % | % | % |
| 18 | | % | % | % |
| 19 | | % | % | % |
| 20 | | % | % | % |
| 21 | | % | % | % |
| 22 | | % | % | % |
| 23 | | % | % | % |
| 24 | | % | % | % |
| 25 | | % | % | % |
| 26 | | % | % | % |
| 27 | | % | % | % |
| 28 | | % | % | % |
| 29 | | % | % | % |
| 30 | | % | % | % |
| 31 | | % | % | % |
| 32 | | % | % | % |
| 33 | | % | % | % |
| 34 | | % | % | % |
| 35 | | % | % | % |
| 36 | | % | % | % |
| 37 | | % | % | % |
| 38 | | % | % | % |
| 39 | | % | % | % |
| 40 | | % | % | % |
| 41 | | % | % | % |
| 42 | | % | % | % |
| 43 | | % | % | % |
| Aggregate percentages of the contract expected to be subcontracted: | | **%** | **%** | **%** |

*__Continuous Contract__: Any existing written agreement (including any renewals that are exercised) between a prime contractor and a HUB vendor, where the HUB vendor provides the prime contractor with goods or service under the same contract for a specified period of time. The frequency the HUB vendor is utilized or paid during the term of the contract is not relevant to whether the contract is considered continuous. Two or more contracts that run concurrently or overlap one another for different periods of time are considered by CPA to be individual contracts rather than renewals or extensions to the original contract. In such situations the prime contractor and HUB vendor are entering (have entered) into "new" contracts.*

HSP – SECTION 2
(Continuation Sheet)

Enter your company's name here: _____     Requisition #: _____

## SECTION 3: SELF PERFORMING JUSTIFICATION (If you responded "No" to SECTION 2, Item a, you must complete this SECTION and continue to SECTION 4.) If you responded "No" to SECTION 2, Item a, in the space provided below **explain how** your company will perform the entire contract with its own employees, supplies, materials and/or equipment.

## SECTION 4: AFFIRMATION

As evidenced by my signature below, I affirm that I am an authorized representative of the respondent listed in SECTION 1, and that the information and supporting documentation submitted with the HSP is true and correct. Respondent understands and agrees that, if awarded any portion of the requisition:

- The respondent will provide notice as soon as practical to all the subcontractors (HUBs and Non-HUBs) of their selection as a subcontractor for the awarded contract. The notice must specify at a minimum the contracting agency's name and its point of contact for the contract, the contract award number, the subcontracting opportunity they (the subcontractor) will perform, the approximate dollar value of the subcontracting opportunity and the expected percentage of the total contract that the subcontracting opportunity represents. A copy of the notice required by this section must also be provided to the contracting agency's point of contact for the contract no later than ten (10) working days after the contract is awarded.

- The respondent must submit monthly compliance reports (Prime Contractor Progress Assessment Report – PAR) to the contracting agency, verifying its compliance with the HSP, including the use of and expenditures made to its subcontractors (HUBs and Non-HUBs). (The PAR is available at https://www.comptroller.texas.gov/purchasing/docs/hub-forms/ProgressAssessmentReportForm.xls).

- The respondent must seek approval from the contracting agency prior to making any modifications to its HSP, including the hiring of additional or different subcontractors and the termination of a subcontractor the respondent identified in its HSP. If the HSP is modified without the contracting agency's prior approval, respondent may be subject to any and all enforcement remedies available under the contract or otherwise available by law, up to and including debarment from all state contracting.

- The respondent must, upon request, allow the contracting agency to perform on-site reviews of the company's headquarters and/or work-site where services are being performed and must provide documentation regarding staffing and other resources.

_____     _____     _____     _____
Signature                              Printed Name                            Title                                       Date
                                                                                                                    (mm/dd/yyyy)

## Reminder:

➤ If you responded "Yes" to SECTION 2, Items c or d, you must complete an "HSP Good Faith Effort - Method A (Attachment A)" for each of the subcontracting opportunities you listed in SECTION 2, Item b.

➤ If you responded "No" SECTION 2, Items c and d, you must complete an "HSP Good Faith Effort - Method B (Attachment B)" for each of the subcontracting opportunities you listed in SECTION 2, Item b.

TAMU 1835

# HSP Good Faith Effort - Method A (Attachment A)

Rev. 2/17

| Enter your company's name here: | | Requisition #: | |

**IMPORTANT**: If you responded "*Yes*" to **SECTION 2, Items c** or **d** of the completed HSP form, you must submit a completed "HSP Good Faith Effort - Method A (Attachment A)" for each of the subcontracting opportunities you listed in **SECTION 2, Item b** of the completed HSP form. You may photo-copy this page or download the form at https://www.comptroller.texas.gov/purchasing/docs/hub-forms/hub-sbcont-plan-gfe-achm-a.pdf

### SECTION A-1: SUBCONTRACTING OPPORTUNITY

Enter the item number and description of the subcontracting opportunity you listed in SECTION 2, Item b, of the completed HSP form for which you are completing the attachment.

Item Number:          Description:

### SECTION A-2: SUBCONTRACTOR SELECTION

List the subcontractor(s) you selected to perform the subcontracting opportunity you listed above in SECTION A-1. Also identify whether they are a Texas certified HUB and their Texas Vendor Identification (VID) Number or federal Employer Identification Number (EIN), the approximate dollar value of the work to be subcontracted, and the expected percentage of work to be subcontracted. When searching for Texas certified HUBs and verifying their HUB status, ensure that you use the State of Texas' Centralized Master Bidders List (CMBL) - Historically Underutilized Business (HUB) Directory Search located at http://mycpa.cpa.state.tx.us/tpasscmblsearch/index.jsp. HUB status code "**A**" signifies that the company is a Texas certified HUB.

| Company Name | Texas certified HUB | Texas VID or federal EIN<br>Do not enter Social Security Numbers.<br>If you do not know their VID / EIN,<br>leave their VID / EIN field blank. | Approximate Dollar Amount | Expected Percentage of Contract |
|---|---|---|---|---|
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |
| | - Yes     - No | | $ | % |

**REMINDER:** As specified in SECTION 4 of the completed HSP form, if you (respondent) are awarded any portion of the requisition, you are required to provide notice as soon as practical to all the subcontractors (HUBs and Non-HUBs) of their selection as a subcontractor. The notice must specify at a minimum the contracting agency's name and its point of contact for the contract, the contract award number, the subcontracting opportunity they (the subcontractor) will perform, the approximate dollar value of the subcontracting opportunity and the expected percentage of the total contract that the subcontracting opportunity represents. A copy of the notice required by this section must also be provided to the contracting agency's point of contact for the contract no later than ten (10) working days after the contract is awarded.

Page 1 of 1
(Attachment A)

TAMUx 0836

# *HSP Good Faith Effort - Method B (Attachment B)*

Rev. 2/17

| Enter your company's name here: _____ | Requisition #: _____ |

**IMPORTANT:** If you responded "*No*" to **SECTION 2, Items c** and **d** of the completed HSP form, you must submit a completed "HSP Good Faith Effort - Method B (Attachment B)" for **each** of the subcontracting opportunities you listed in **SECTION 2, Item b** of the completed HSP form. You may photo-copy this page or download the form at https://www.comptroller.texas.gov/purchasing/docs/hub-forms/hub-sbcont-plan-gfe-achm-b.pdf..

---

## SECTION B-1: SUBCONTRACTING OPPORTUNITY

Enter the item number and description of the subcontracting opportunity you listed in SECTION 2, Item b, of the completed HSP form for which you are completing the attachment.

Item Number:          Description:

---

## SECTION B-2: MENTOR PROTÉGÉ PROGRAM

If respondent is participating as a Mentor in a State of Texas Mentor Protégé Program, submitting its Protégé (Protégé must be a State of Texas certified HUB) as a subcontractor to perform the subcontracting opportunity listed in **SECTION B-1**, constitutes a good faith effort to subcontract with a Texas certified HUB towards that specific portion of work.

Check the appropriate box (Yes or No) that indicates whether you will be subcontracting the portion of work you listed in SECTION B-1 to your Protégé.

- Yes (If *Yes*, continue to SECTION B-4.)

- No / Not Applicable (If *No* or *Not Applicable*, continue to SECTION B-3 and SECTION B-4.)

---

## SECTION B-3: NOTIFICATION OF SUBCONTRACTING OPPORTUNITY

When completing this section you MUST comply with items a, b, c and d, thereby demonstrating your Good Faith Effort of having notified Texas certified HUBs and trade organizations or development centers about the subcontracting opportunity you listed in SECTION B-1. Your notice should include the scope of work, information regarding the location to review plans and specifications, bonding and insurance requirements, required qualifications, and identify a contact person. When sending notice of your subcontracting opportunity, you are encouraged to use the attached HUB Subcontracting Opportunity Notice form, which is also available online at https://www.comptroller.texas.gov/purchasing/docs/hub-forms/HUBSubcontractingOpportunityNotificationForm.pdf.

Retain supporting documentation (i.e., certified letter, fax, e-mail) demonstrating evidence of your good faith effort to notify the Texas certified HUBs and trade organizations or development centers. Also, be mindful that a working day is considered a normal business day of a state agency, not including weekends, federal or state holidays, or days the agency is declared closed by its executive officer. The initial day the subcontracting opportunity notice is sent/provided to the HUBs and to the trade organizations or development centers is considered to be "day zero" and does not count as one of the seven (7) working days.

**a.** Provide written notification of the subcontracting opportunity you listed in SECTION B-1, to three (3) or more Texas certified HUBs. Unless the contracting agency specified a different time period, you must allow the HUBs at least seven (7) working days to respond to the notice prior to you submitting your bid response to the contracting agency. When searching for Texas certified HUBs and verifying their HUB status, ensure that you use the State of Texas' Centralized Master Bidders List (CMBL) - Historically Underutilized Business (HUB) Directory Search located at http://mycpa.cpa.state.tx.us/tpasscmblsearch/index.jsp. HUB status code "**A**" signifies that the company is a Texas certified HUB.

**b.** List the **three (3) Texas certified HUBs** you notified regarding the subcontracting opportunity you listed in SECTION B-1. Include the company's Texas Vendor Identification (VID) Number, the date you sent notice to that company, and indicate whether it was responsive or non-responsive to your subcontracting opportunity notice.

| Company Name | Texas VID<br>(Do not enter Social Security Numbers.) | Date Notice Sent<br>(mm/dd/yyyy) | Did the HUB Respond? |
|---|---|---|---|
|  |  |  | - Yes      - No |
|  |  |  | - Yes      - No |
|  |  |  | - Yes      - No |

**c.** Provide written notification of the subcontracting opportunity you listed in SECTION B-1 to two (2) or more trade organizations or development centers in Texas to assist in identifying potential HUBs by disseminating the subcontracting opportunity to their members/participants. Unless the contracting agency specified a different time period, you must provide your subcontracting opportunity notice to trade organizations or development centers at least seven (7) working days prior to submitting your bid response to the contracting agency. A list of trade organizations and development centers that have expressed an interest in receiving notices of subcontracting opportunities is available on the Statewide HUB Program's webpage at https://www.comptroller.texas.gov/purchasing/vendor/hub/resources.php.

**d.** List **two (2) trade organizations or development centers** you notified regarding the subcontracting opportunity you listed in SECTION B-1. Include the date when you sent notice to it and indicate if it accepted or rejected your notice.

| Trade Organizations or Development Centers | Date Notice Sent<br>(mm/dd/yyyy) | Was the Notice Accepted? |
|---|---|---|
|  |  | - Yes      - No |
|  |  | - Yes      - No |

TAMU 0833

Enter your company's name here: _____    Requisition #: _____

**SECTION B-4:** SUBCONTRACTOR SELECTION

Enter the item number and description of the subcontracting opportunity you listed in **SECTION 2, Item b,** of the completed HSP form for which you are completing the attachment.

**a.** Enter the item number and description of the subcontracting opportunity for which you are completing this Attachment B continuation page.

Item Number:          Description:

**b.** List the subcontractor(s) you selected to perform the subcontracting opportunity you listed in **SECTION B-1**. Also identify whether they are a Texas certified HUB and their Texas Vendor Identification (VID) Number or federal Employer Identification Number (EIN), the approximate dollar value of the work to be subcontracted, and the expected percentage of work to be subcontracted. When searching for Texas certified HUBs and verifying their HUB status, ensure that you use the State of Texas' Centralized Master Bidders List (CMBL) - Historically Underutilized Business (HUB) Directory Search located at http://mycpa.cpa.state.tx.us/tpasscmblsearch/index.jsp. HUB status code "**A**" signifies that the company is a Texas certified HUB.

| Company Name | Texas certified HUB | Texas VID or federal EIN<br>Do not enter Social Security Numbers. If you do not know their VID / EIN, leave their VID / EIN field blank. | Approximate Dollar Amount | Expected Percentage of Contract |
|---|---|---|---|---|
| | - Yes    - No | | $ | % |
| | - Yes    - No | | $ | % |
| | - Yes    - No | | $ | % |
| | - Yes    - No | | $ | % |
| | - Yes    - No | | $ | % |
| | - Yes    - No | | $ | % |
| | - Yes    - No | | $ | % |
| | - Yes    - No | | $ | % |
| | - Yes    - No | | $ | % |
| | - Yes    - No | | $ | % |

**c.** If any of the subcontractors you have selected to perform the subcontracting opportunity you listed in **SECTION B-1** is **not** a Texas certified HUB, provide <u>written</u> justification for your selection process (attach additional page if necessary):

**REMINDER:** As specified in SECTION 4 of the completed HSP form, <u>if you (respondent) are awarded any portion of the requisition</u>, you are required to provide notice as soon as practical to **all** the subcontractors (HUBs and Non-HUBs) of their selection as a subcontractor. The notice must specify at a minimum the contracting agency's name and its point of contact for the contract, the contract award number, the subcontracting opportunity it (the subcontractor) will perform, the approximate dollar value of the subcontracting opportunity and the expected percentage of the total contract that the subcontracting opportunity represents. A copy of the notice required by this section must also be provided to the contracting agency's point of contact for the contract <u>no later than ten (10) working days</u> after the contract is awarded.

TAMUX 0878



# HUB Subcontracting Opportunity Notification Form

In accordance with Texas Gov't Code, Chapter 2161, each state agency that considers entering into a contract with an expected value of $100,000 or more shall, before the agency solicits bids, proposals, offers, or other applicable expressions of interest, determine whether subcontracting opportunities are probable under the contract. The state agency I have identified below in Section B has determined that subcontracting opportunities are probable under the requisition to which my company will be responding.

34 Texas Administrative Code, §20.285 requires all respondents (prime contractors) bidding on the contract to provide notice of each of their subcontracting opportunities to at least three (3) Texas certified HUBs (who work within the respective industry applicable to the subcontracting opportunity), and allow the HUBs at least seven (7) working days to respond to the notice prior to the respondent submitting its bid response to the contracting agency. In addition, at least seven (7) working days prior to submitting its bid response to the contracting agency, the respondent must provide notice of each of its subcontracting opportunities to two (2) or more trade organizations or development centers (in Texas) that serves members of groups (i.e., Asian Pacific American, Black American, Hispanic American, Native American, Woman, Service Disabled Veteran) identified in Texas Administrative Code §20.282(19)(C).

We respectfully request that vendors interested in bidding on the subcontracting opportunity scope of work identified in Section C, Item 2, reply no later than the date and time identified in Section C, Item 1. Submit your response to the point-of-contact referenced in Section A.

## SECTION A: PRIME CONTRACTOR'S INFORMATION

Company Name: _____     State of Texas VID #: _____

Point-of-Contact: _____     Phone #: _____

E-mail Address: _____     Fax #: _____

## SECTION B: CONTRACTING STATE AGENCY AND REQUISITION INFORMATION

Agency Name: _____

Point-of-Contact: _____     Phone #: _____

Requisition #: _____     Bid Open Date: _____

(mm/dd/yyyy)

## SECTION C: SUBCONTRACTING OPPORTUNITY RESPONSE DUE DATE, DESCRIPTION, REQUIREMENTS AND RELATED INFORMATION

1. Potential Subcontractor's Bid Response Due Date:

If you would like for our company to consider your company's bid for the subcontracting opportunity identified below in Item 2,

we must receive your bid response no later than _____ on _____ .

Central Time          Date (mm/dd/yyyy)

*In accordance with 34 TAC §20.285, each notice of subcontracting opportunity shall be provided to at least three (3) Texas certified HUBs, and allow the HUBs at least seven (7) working days to respond to the notice prior to submitting our bid response to the contracting agency. In addition, at least seven (7) working days prior to us submitting our bid response to the contracting agency, we must provide notice of each of our subcontracting opportunities to two (2) or more trade organizations or development centers (in Texas) that serves members of groups (i.e., Asian Pacific American, Black American, Hispanic American, Native American, Woman, Service Disabled Veteran) identified in Texas Administrative Code, §20.282(19)(C).*

*(A working day is considered a normal business day of a state agency, not including weekends, federal or state holidays, or days the agency is declared closed by its executive officer. The initial day the subcontracting opportunity notice is sent/provided to the HUBs and to the trade organizations or development centers is considered to be "day zero" and does not count as one of the seven (7) working days.)*

2. Subcontracting Opportunity Scope of Work:

3. Required Qualifications:                                                                                 - Not Applicable

4. Bonding/Insurance Requirements:                                                                  - Not Applicable

5. Location to review plans/specifications:                                                        - Not Applicable

TAMIU 0889

# Attachment B

## HUB Subcontracting Plan

A complete HUB Subcontracting Plan must be submitted within 24 hours of the bid documents in its own envelope marked HUB Plan. The following items must be submitted to meet the full HUB Subcontracting Plan requirements.

The State of Texas HUB Subcontracting Plan forms for Texas A&M University shall be accessed on the following website:

https://hub.tamu.edu/forms.html

1. Complete Section 1, page 1 of the HSP form.

2. Complete Section 2a through d.

3. Complete Section 3 (if you are self-performing all the work)

4. Complete Section 4 (must be signed)

5. Complete either Method A or Method B (only one can be used per HSP Plan) for each opportunity listed in Section 2b. Reminder that all supporting documentation shall be provided as part of this plan. The following are additional items of note as part of the good faith effort required:

   - The respondent shall provide potential HUB subcontractors reasonable time to respond to the respondent's notice. "Reasonable time to respond" in this context is no less than seven (7) complete business days (not counting the day you send it out, the day the CSP/RFQ/CMAR is due, or postal holidays), unless circumstances require a different time period, which is determined by the agency and documented in the contract file.

   - The respondent shall use the State of Texas Centralized Master Bidders List (CMBL), HUB Directory, internet resources, and/or other directories as identified by the State of Texas or the TAMU HUB Program Office when searching for HUB subcontractors.

     **NOTE: A complete list of all certified HUBs may be electronically accessed through the Internet at**
     https://mycpa.cpa.state.tx.us/tpasscmblsearch/index.jsp

   - The respondent shall provide the notice described in this section to **three (3) or more** HUBs for **each** subcontracting opportunity as stated in Section B3a. Texas A&M encourages respondents to seek and find a "Diverse Group" of Historically Underutilized Businesses in each category in which a subcontract

of services is solicited.

- The respondent shall provide notice to at least two trade organizations or development centers that assist in identifying HUBs by disseminating opportunities to their membership/participants.

  **NOTE: A list of Trade Organizations and Development Centers may be accessed at:**

  **https://comptroller.texas.gov/purchasing/vendor/hub/resources.php**

- The respondent shall negotiate in good faith with qualified HUBs, not rejecting qualified HUBs who were also the best value responsive bidder.

- Provide written justification of the selection process if a non-HUB subcontractor is selected in Section B-4c.

6. If you will not be using any Subcontractors you will fill out Section 3a (Self-Perform).

If you have HUB Subcontracting Plan questions, contact the Texas A&M University HUB Program Office:

Cindy Gillar                                   Shawna Kennedy
979.845.9010                               979.845.3425
c-gillar@tamu.edu                        shawna.kennedy@tamu.edu

# Appendix A

## Sample Master Agreement Contract

**SSC Agreement**

If applicable, provide comments pertaining to SSC's standard Agreement attached as Appendix A

NOTE: SSC will not make significant changes to its standard Agreement. Minor changes may be considered, SSC will not guarantee acceptance of such changes.

TAMU-0882

# MASTER AGREEMENT CONTRACT

**THIS MASTER AGREEMENT CONTRACT**, ("Master Agreement") made and entered into this ___day of _____, 2014, by and between _____with principal offices at:

*(address)*_____

(hereinafter called "Contractor") and Southeast Service Corporation, a Tennessee corporation d/b/a SSC Service Solutions ("ODR") with principal office at:

1500 Liberty Ridge Drive, Suite 210, Wayne, PA 19087.

## WITNESSETH:

**WHEREAS,** ODR was retained by The Texas A&M University System ("Owner"), to manage certain projects on the Owner's campus as the Owner's Designated Representative and which ODR has requested and Contractor has agreed to perform certain tasks on certain projects as more specifically set forth in a work order in the form attached hereto and marked Exhibit "A" attached hereto ("Project Work").

**WHEREAS**, This Master Agreement sets forth certain obligations and terms and conditions applicable to all the Project Work.

**WHEREAS**, In addition, the terms and conditions set for the herein, attached hereto and made are part hereof are also certain Uniform General and Supplemental Conditions ("UGSC"), the ODR Special Conditions ("SC"), if applicable, and certain statements, illustrations and drawings ("Drawings"), specific material requirements, processes, time tables, schedules and specific requirements for the manner in which the Project Work will be performed or conducted ("Specifications"), scopes of work and any addenda and other documents attached hereto as Exhibit "B" ("Scope Documents") (collectively this Master Agreement, the UGSC ,the SC, Drawings, Specifications and Scope Documents shall be the "Contract Documents")

1.	**CONTRACTOR'S INVESTIGATION AND REPRESENTATIONS**.	The Contractor hereby acknowledges and certifies that it has examined the site and has carefully read and examined the Contract Documents, which identify the Project Work to be performed and/or managed by the Contractor, and the Contractor agrees that it is and will be bound by and will fully, faithfully and punctually perform all of the provisions thereof insofar as it relates or pertains in any manner to the Project Work to be performed by the Contractor or any part thereof including, but not limited to, all labor, material, services, reports, tests, working drawings, permits, certificates, indemnities and guarantees specified, indicated, inferred or reasonably intended to be part of the Contract Documents. The Project Work to be performed by the Contractor is to be done under the direction of ODR to the satisfaction of the Owner and ODR, and the decision of ODR as to true construction and meaning of the Contract Document in respect to the Project Work to be performed by Contractor shall be final and binding upon the Contractor. The Contractor further acknowledges that it has checked the approaches

and access to the jobsite, nearby structures, telephone and power lines, and all governmental laws ordinances and regulations relating to the use of streets, highways and alleyways, which may in any manner restrict, interfere with, delay or otherwise affect the delivery, storage, handling, hoisting and rigging of any and materials and equipment and the Contractor agrees that no additional charge will be made by reason of any applicable laws, ordinances, regulations or restrictions ("Applicable Laws").

**2.** **SCOPE OF WORK.** ODR and the Contractor agree that the primary and principal materials to be furnished and the primary and principal Work to be done by the Contractor are as set forth in and contemplated in a completed Work Order in the form attached hereto and marked as Exhibit A, inclusive of all its terms and conditions being hereby incorporated herein and made a part of this Project Work.

**(a)** **Maximum Contract Sum.** The total, maximum, not-to-exceed amount of money authorized for payment to the Contractor for services provided pursuant to this Master Agreement is _____. Total billings for authorized work performed by the Contractor shall not exceed this maximum contract sum. The maximum contract sum shall not be increased except by written amendment to this Master Agreement executed by ODR and Contractor.

**(b)** **No Minimum Amount of Work.** ODR makes no minimum representations regarding the amount or type of services, if any, that the Contractor will be asked to provide Owner during the term of this Master Agreement. It is expressly understood that ODR is under no obligation to request any services from Contractor and no minimum amount of work is required or contemplated under this Master Agreement. All service requests will be made by ODR on an as-needed basis, subject to future agreement on the scope of work and the fee.

**3.** **APPLICABILITY OF THE MASTER AGREEMENT.** Contractor agrees to be bound to ODR by all the terms and conditions of the Contract Documents, above referenced, so far as the terms relate to the Project Work specified herein and to assume toward ODR all of the obligations and responsibilities that ODR has by the said Contract Documents assumed toward Owner. All terms and conditions contained in the Contract Documents are hereby incorporated herein, by operation of law, or as required to be placed in the Contract Documents, as if they were specifically written herein.

**4.** **PERFORMANCE BY CONTRACTOR.**

(a) Time is of the essence in the performance of all Project Work and the Contractor shall perform all of the requirements hereof with all possible dispatch and shall execute all Project Work in such a manner as not to delay any other contractor or ODR also performing or concurrently performing Project Work. The Contractor shall follow the progress of the project, be prepared to commence and complete the Project Work when notified, keep up with the general progress of the whole Project Work and shall be responsible for all damages caused by its delay, including liquidated damages or actual damages assessed under the terms of the Contract Documents which are attributable to work under this Master Agreement.

(b) Should the Contractor's performance of the Project Work be delayed by any acts of a subcontractors or suppliers not retained by Contractor, and provided that ODR is able to obtain an extension of time under the Contract Documents, the Contractor shall receive an equitable extension of time for the performance the Project Work (not to exceed the time received by ODR from the Owner) but shall not be entitled to any increase in contract price, damages or additional compensation as a consequence of such delays, unless the Owner pays for such delay's increases costs directly attributable to Contractor. Within five (5) days after the commencement of any delay caused by

2

the Owner, its subcontractors or suppliers, the Contractor shall notify ODR in writing of any delays for which the Owner is responsible, in sufficient time so that its claim may be timely processed against the Owner administratively per the terms of the Contract Documents.

(c)  Contractor shall furnish adequate on-site supervision for its Project Work. Contractor shall designate an on-site representative who shall have authority to legally bind Contractor to all matters, contractually or otherwise.

(d)  Contractor shall not start work until all Contract Documents have been executed and all insurance certificates have been submitted, reviewed and accepted by ODR as required by Section 10 herein, at which time a Notice to Proceed will be issued. The Contractor shall notify the ODR prior to commencing any Project Work.

**5.  PAYMENTS TO CONTRACTOR.**

(a)  ODR agrees to pay the Contractor for the timely and proper performance of the Project Work identified in the applicable Work Order, in accordance with the provisions of the Contract Documents, and, if applicable, subject to any additions and deductions for changes as agreed upon in writing and signed by both parties.

(b)  The Contractor shall furnish ODR with a construction schedule and tabulated breakdown of the Project Work covered herein, listing items of the Project Work in sufficient detail to facilitate progress billing payment requests to be checked and verified by ODR as the Project Work progressed. ODR shall approve or disapprove the billing breakdown within ten (10) days of its receipt of completed invoice with all required supporting backup. If all required back up is not provided with the billing breakdown, only the portion of the invoice with sufficient billing breakdown will be paid.

(c)  Provided Contractor's rate of progress and general performance are satisfactory to ODR, and provided that the Contractor is in full compliance with each and every provision of the Contract Documents, ODR will make partial payments to the Contractor in an amount equal to ninety-five percent (95%) of the submitted progress billing; however, as a condition precedent to the obligation of ODR to make said payments, the following provisions must be met:

1.  Contractor shall submit its request for progress payment conforming to the tabulated breakdown and schedule of values attached therewith referenced in subparagraph (b) above and representing a true and accurate reflection of the Work completed during the immediately preceding month or such other immediately preceding period as directed by ODR. Said progress billing request shall be in duplicate copies, and on the form attached hereto and made a part hereof as Exhibit "B". The request must reach ODR's local office not later than the 20th day of each month, in order to be considered timely. Untimely billings shall be processed in the next payment.

2.  The Contractor's Affidavit and Waiver of Lien form included herein as Exhibit "C" must be properly executed by an authorized representative of Contractor.

3.  ODR shall have been paid by the Owner.

(d)  No partial payment, or certificate therefor, shall constitute acceptance or approval by ODR of any of the Project Work or material for which the progress payment is made. No progress payment shall constitute a wavier by ODR of any right to require fulfillment of all the terms of the Contract Documents. Neither the final payment nor any partial payment, nor any certificate for either, shall constitute acceptance by ODR of defective work or improper materials or if any element of Contractor's performance is determined to be at variance with the Contract Documents.

3

(e)     Final payment, inclusive of retention, shall be made within thirty (30) days of completion of the entire Project Work, acceptance of the same by the Owner, and as a condition precedent, receipt of final payment by ODR from the Owner.

(f)     Payments otherwise due to the Contractor may be withheld by ODR on account of defective work performed by the Contractor and not remedied, claims filed by third parties arising out of the Contractor's work, or upon the presentation of reasonable evidence indicating the probability of the filing of such claims, failure of the Contractor to make payments to its subcontractors or materialmen for work done or material furnished, or a reasonable doubt that the Project Work can be completed for the balance then owing the Contractor.

(g)     Without prejudice to any other rights specified herein or given to ODR by operation of law, ODR specifically reserves the right to write joint checks to Contractor and its material suppliers and/or subcontractors, if in ODR's judgment it is necessary to do so in order to insure payment to the materialmen and/or subcontractors. Additionally, it is specifically agreed that ODR possesses the right of setoff relative to any monies due and owing ODR by the Contractor, from whatever source.

**6.**     **CHANGES**. ODR may at any time, by written change order and without notice to surety, make changes in the Project Work herein contracted for and Contractor shall proceed with the work as directed. If said changes cause an increase or decrease in the cost of performance or in the time required for performance by Contractor, an equitable adjustment shall be mutually agreed upon and the Contract Documents shall be amended in writing with a change order to reflect the price adjustment accordingly. Nothing herein contained shall excuse the Contractor from proceeding with the prosecution of the work as changed.

**7.**     **DISPUTES.** The Contractor agrees to make any claims to ODR for damages or additional compensation alleged extra work, changed conditions or any other grounds in the same manner as provided in the Contract Documents, and in such time as will enable ODR, if it so chooses to do so, to present such claims to the Owner for payment or recognition. ODR will not be liable to the Contractor on account of any claim not timely or properly presented nor, unless and until it is allowed by the Owner, and then only to such extent as is allowed by the Owner. Notwithstanding anything to the contrary contained herein, no interruption, cessation, postponement or delay in the cause whatsoever, including disputes, shall relieve the Contractor of its duty to timely perform or give rise to any right to damages or additional compensation from ODR except to the extent that reimbursement is confirmed in writing by ODR and additional monies are received from the Owner therefor with respect to the work performed by Contractor hereunder and the Contractor hereby expressly waives and releases any other or further right to damages or additional compensation.

If ODR, in its sole discretion, determines NOT to submit the Contractor's claim to the Owner for resolution the following disputes resolution procedure shall be employed:

(a)     If the claim cannot be resolve by job-site representatives within 14 days of its submission to ODR, the claim shall be referred to each party's senior representative who shall meet and confer within 14 days of the claims referral.

(b)     If the senior representatives are unable to reach a resolution they shall jointly select mediator who is knowledgeable of construction and Texas law. The parties shall

4

share equally the cost and expense of the mediator.  The dispute shall be mediated within 30 days of selection and retention of the mediator.

(c)      The party initially submitting the dispute for mediation shall notify the other party of its selection of a contactor (an "Independent Contractor").  The other party shall notify the first party of its selection of an Independent Contractor within 15 days of its receipt of the first selection.  The two Independent Contractors shall select a third Independent Contractor within 30 days and the parties may submit such information as they deem appropriate to the third Independent Contractor for consideration in connection with the disputed matters.  The determination by such third Independent Contractor shall be binding upon the Parties.

(d)      Nothing in the Contract Documents shall prevent or be construed as a waiver of ODR's right to seek redress on any disputed matter in a court of competent jurisdiction.

(e)      If applicable, nothing in the Contract Documents shall waive or be construed to waive the state's sovereign immunity.

**8.      TERMINATION**.   It is understood that the basic assumption underlying the mutual obligations and responsibilities entered into by the parties to the Contract Documents are the continued performance with respect to the Project Work that exists between ODR and the Owner. If, for any reason, the contract between ODR and the Owner is breached, rescinded or terminated, ODR shall have the right to immediately terminate this Master Agreement. ODR shall have the right to allocate a fair and equitable share of any monies received from the Owner, but in no event shall ODR be obligated to Contractor for any anticipatory profits or any damages incurred by Contractor as a result of the termination of this Master Agreement. Contractor agrees that ODR's decision or determination regarding the pro rata share of any monies received from the Owner as damages or compensation for said breach, rescission or termination on of the Project Work   shall be final and conclusive and that Contractor shall have no claim or cause of action against ODR for any reason or greater amount.

**9.      INDEMNITY.**  To the fullest extent permitted under state law, Contractor shall indemnify and save harmless ODR and Owner for any and all Losses (as defined below), of whatever nature and however caused, which results from or arises out of Contractor's or its officers, directors, shareholders, employees, agents, subcontractors, vendors, suppliers, representatives, affiliates, successors, assigns, or any person for whom Contractor is responsible for, (x) acts or omissions or (y) breach of Applicable Laws.  "Loss(es)" includes any claim, including third party claims, liability, loss, demand, suit, cause of action, settlement payment, cost and expense (including reasonable attorney's fees and investigation expenses), interest, award, judgment, damages (including punitive damages), diminution in value, liens, fines, fees and penalties. In the event of any such Losses arising out of the Contract Documents, ODR shall have the right to withhold from any payments due or to become due to the Contractor an amount sufficient, in its sole discretion, to protect and indemnify it from any and all such Losses.

(a)      The Contractor shall protect, indemnify, defend and save harmless ODR and Owner from and against all Losses, arising out of any infringement or claim of infringement on any trademarks, copyrights, trade secrets, patents, licenses, contractual rights or other proprietary rights of any other party in the use of any articles or equipment furnished or required to be furnished or performance of any services by the Contractor under the Contract Documents.

SAMPLE

TAMU x 0893

**10.    INSURANCE.**  The Contractor shall carry insurance in the types and amounts indicated in this Section 10 for the duration of the Master Agreement. The required insurance shall include coverage for Owner's property in the care, custody and control of Contractor prior to construction, during construction and during the warranty period. The insurance shall be evidenced by delivery to ODR of certificates of insurance executed by the insurer or its authorized agent stating coverages, limits, expiration dates and compliance with all applicable required provisions prior to the start of the Project Work. Upon request, ODR, and/or its agents, shall be entitled to receive without expense, copies of the policies and all endorsements. The Contractor shall update all expired policies prior to submission for monthly payment and during the contract warranty period. Failure to update policies shall be reason for withholding of payment until renewal is provided to ODR.

(a)    The Contractor shall provide and maintain the insurance coverage with the minimum amounts described below until the end of the warranty period unless otherwise stated herein. Failure to maintain insurance coverage, as required, is grounds for Suspension of Work for Cause pursuant to Article 14 of the UGSC. The Contractor will be notified of the date on which the Builder's Risk insurance policy may be terminated through Substantial Completion (defined in the UGSC) notices, acceptance notices and/or other means as deemed appropriate by ODR.

(b)    Coverage shall be written on an occurrence basis by companies authorized and admitted to do business in the State of Texas and rated A- or better by A.M. Best Company or otherwise acceptable to ODR, and shall include:

(i)    Worker's Compensation. Workers' Compensation Insurance with limits as required by the Texas Workers' Compensation Act, with the policy endorsed to provide a waiver of subrogation as to the Owner and ODR and Employer's Liability insurance of not less than:
$2,000,000 each accident
$2,000,000 disease each employee
$2,000,000 disease policy limit

(ii)    General Liability Coverage. Commercial General Liability Insurance, including Independent Contractor's liability, Products and Completed Operations and Contractual Liability, covering, but not limited to, the liability assumed under the indemnification provisions of the Contract Documents, fully insuring Contractor's (or subcontractors) liability for bodily injury and property damage with a combined bodily injury (including death) and property damage minimum limit of:
$1,000,000 per occurrence
$10,000,000 general aggregate
$1,000,000 products and completed operations
$1,000,000 personal and advertising injury
$1,000,000 damage to premises

Coverage shall be on an "occurrence" basis.

The policy shall include coverage extended to apply to completed operations and explosion, collapse, and underground hazards. The policy shall include

6

endorsement CG2503 Amendment-Aggregate Limits of Insurance (Per Project) or its equivalent.

(iii)         Asbestos Coverage. Asbestos Abatement Liability Insurance, including coverage for liability arising from the encapsulation, removal, handling, storage, transportation, and disposal of asbestos containing materials. *This requirement applies if the Project Work includes asbestos containing materials.

        The combined single limit for bodily injury and property damage will be a minimum of $1,000,000 per occurrence or each claim if on a claims-made basis. Coverage may be evidenced through either professional liability or pollution liability.

        *Specific Requirement for Claims-Made Form: Required period of coverage will be determined by the following formula: Continuous coverage for life of the JOW, plus one (1) year (to provide coverage for the warranty period), and an extended discovery period for a minimum of five (5) years which shall begin at the end of the warranty period.

        If the Master Agreement is for asbestos abatement only, the All-Risk Builder's Risk or All-Risk Installation Floater (b)(iii) is not required.

(iv)      Automobile Coverage. Comprehensive Automobile Liability Insurance, covering owned, hired, and non-owned vehicles, with a combined bodily injury (including death) and property damage minimum limit of $5,000,000 each claim. No aggregate shall be permitted for this type of coverage. Such insurance is to include coverage for loading and unloading hazards.

(v)         Builder's Risk Coverage. All Risk Builder's Risk Insurance (or All Risk Installation Floater for instances in which the work involves solely the installation of equipment). Coverage shall be All-Risk, including, but not limited to, Fire, Extended Coverage, Vandalism and Malicious Mischief, Flood, Earthquake, Theft and damage resulting from faulty workmanship, design or materials. If Builder's Risk, limit shall be equal to the greater of (x) 100 percent of the Master Agreement Project Work or (y) ten million dollars ($10,000,000.00). If applicable, installation floater, limit shall be equal to 100 percent of the Project Work contract sum.  The policy shall be written jointly in the names of the Owner, ODR, the Contractor, and subcontractors shall be named as additional insured. The policy shall have endorsements as follows:

(A)       This insurance shall be primary as to coverage and not contributing insurance with any permanent insurance maintained on the property.

(B)       This insurance shall not contain an occupancy clause suspending or reducing coverage should the Owner occupy, or begin beneficial occupancy before the Owner has accepted final completion.

7

(C)      Loss, if any, shall be adjusted with and made payable to the Owner as Trustee for the insureds as their interests may appear; the right of subrogation under the Builder's Risk policy shall be waived as to the Owner and ODR. The Owner and ODR shall be named as Loss Payee. For renovation projects or projects that involve portions of work contained within an existing structure, refer elsewhere in the SC for possible additional Builder's Risk insurance requirements.

(vi)      Umbrella Coverage. "Umbrella" Liability Insurance. The Contractor shall obtain, pay for and maintain umbrella liability insurance, during the contract term, insuring the Contractor (or subcontractor) for an amount specified in the Master Agreement, but not less than $10,000,000 per occurrence aggregate, that provides coverage at least as broad as and applies in excess and follows form of the primary liability coverages required hereinabove. The policy shall provide "drop down" coverage where underlying primary insurance coverage limits are insufficient or exhausted.

(vii)      Crime Coverage. Commercial Crime Insurance with minimum limit of $500,000 per occurrence with third party coverage.

(viii)      Professional Liability to include coverage for Architects and Engineers If applicable, Architects and Engineers Professional Insurance with minimum limits of $2,000,000 in the aggregate and $1,000,000 each claim.

(c)      Policies must include the following clauses, as applicable:

(i)      This insurance shall not be canceled, materially changed, or non-renewed until after thirty (30) days prior written notice has been given to ODR.

(ii)      It is agreed that the Contractor's insurance shall be deemed primary with respect to any insurance or self-insurance carried by the Owner or ODR for liability arising out of operations under the Contract Documents with the Owner and ODR.

(iii)      The Comprehensive Automobile Liability, Commercial General Liability, professional, and pollution coverage insurance shall list The Texas A&M University System Board of Regents for and on behalf of Owner and ODR, their respective officials, directors, employees, representatives, and volunteers as additional insureds as respects operations and activities of, or on behalf of the named insured performed under contract with the Owner. The additional insured status must cover completed operations as well.

(iv)      The workers' compensation, employers' liability policy, Comprehensive Automobile Liability and Commercial General Liability insurance will provide a waiver of subrogation in favor of Owner and ODR.

8

(d)    Without limiting any of the other obligations or liabilities of the Contractor, the Contractor shall require each subcontractor performing Project Work under the Master Agreement, at the subcontractor's own expense, to maintain during the term of the Master Agreement, the same stipulated minimum insurance including the required provisions and additional policy conditions as shown above or Contractor's policies shall cover such subcontractors. The Contractor must retain the certificates of insurance for the duration of the Master Agreement plus five (5) years and shall have the responsibility of enforcing these insurance requirements among its subcontractors. The Owner shall be entitled, upon request and without expense, to receive copies of these certificates.

(e)    By requiring such minimum insurance, ODR shall not be deemed or construed to have assessed the risk that may be applicable to Contractor under this Master Agreement. Contractor shall assess its own risks and if it deems appropriate and/or prudent, maintain higher limits and/or broader coverage. Contractor is not relieved of any liability or other obligations assumed pursuant to the Contract Documents by reason of its failure to obtain or maintain insurance in sufficient amounts, duration, or types.

(f)    Workers' Compensation Insurance Coverage must meet the statutory requirements of Tex. Lab. Code, §401.011(44), and those specific to construction projects for public entities as required by Tex. Lab. Code, §406.096.

11.    **LIENS AND CLAIMS.**    The Contractor shall fully protect, indemnify, defend and save harmless ODR and the Owner from and against any and all liens, bond claims, and/or claims of laborers, mechanics, materialmen and subcontractors of the Contractor hereunder or of the laborers, mechanics, materialmen or subcontractors of any subcontractor of the Contractor hereunder. In the event that any such lien or bond claim shall be filed or asserted, the Contractor shall, whether under the Contract Documents or from any other source.

12.    **PERFORMANCE AND PAYMENT BONDS.**    Contractor agrees to promptly remove or discharge such lien or claim. If the Contractor shall fail to so remove or discharge the same within five (5) days after receipt of written notice from ODR, ODR shall have the right to remove or discharge the same by bonding, payment or otherwise. The amount of any payment, costs and/or expenses made or incurred by ODR in connection with the removal or discharge of any such lien or claim may be deducted by ODR from any payment or amounts then due or thereafter to become due to the Contractor. The premium of such bond is to be paid by the Contractor. ODR, at its option, may terminate and cancel this contract without cost to ODR upon Contractor's failure to deliver such properly executed bonds to ODR and Contractor agrees to indemnify and hold harmless ODR from any and all damages suffered by ODR as a result of Contractor's failure to provide such a bond.

13.    **CONSTRUCTION BONDS.**    The Contractor is required to tender to ODR, prior to commencing any work, performance and payment bonds, as required below:

(a) Performance Bond.  A Performance Bond is required if the payment hereunder is in excess of $100,000. The Performance Bond is solely for the protection of the Owner and ODR. The Performance Bond is to be for the total Project Work to guarantee the faithful performance of the Project Work in accordance with the Contract Documents. The form of the bond shall be approved by ODR. The Performance Bond shall be effective through the Contractor's warranty period.

(b) Payment Bond.  A Payment Bond is required if the payment hereunder is in excess of $25,000. The Payment Bond is to be for the total Project Work and is payable to the ODR solely for the

protection and use of payment bond beneficiaries who have a direct contractual relationship with the Contractor or its subcontractor. The form of the bond shall be approved by ODR.

(c) Bond Requirements.  Each bond shall be executed by a corporate surety or sureties authorized to do business in the State of Texas and acceptable to the ODR, on the ODR's form, and in compliance with the relevant provisions of the Texas Insurance Code.  If any bond is for more than 10 percent of the surety's capital and surplus, the ODR may require certification that the company has reinsured the excess portion with one or more reinsurers authorized to do business in the State of Texas.  A reinsurer may not reinsure for more than 10 percent of its capital and surplus.  If a surety upon a bond loses its authority to do business in the State of Texas, the Contractor shall, within thirty (30) days after such loss, furnish a replacement bond at no added cost to the ODR.

(d) Power of Attorney.  Each bond shall be accompanied by a valid power-of-attorney issued by the surety company, attached to the bond, and signed and sealed with the corporate embossed seal, authorizing the attorney in fact who signs the bond to commit the surety to the terms of the bond, and stating any limit in the amount for which the attorney can issue a single bond.

(e) Bond Indemnification.    IF FOR ANY REASON A STATUTORY PAYMENT OR PERFORMANCE BOND IS NOT HONORED BY THE SURETY, THE CONTRACTOR SHALL FULLY INDEMNIFY AND HOLD THE ODR AND OWNER HARMLESS OF AND FROM ANY COSTS, LOSSES, OBLIGATIONS OR LIABILITIES IT INCURS AS A RESULT.

(f) Furnishing Bond Information.  ODR shall furnish certified copies of the Payment Bond and the related documentation to any qualified person seeking copies who complies with Texas Gov't Code, §2253.026.

(g) Claims on Payment Bonds.  Claims on Payment Bonds must be sent directly to the Contractor and his surety in accordance with Tex.  Gov't Code § 2253.041.  All Payment Bond claimants are cautioned that no lien exists on the funds unpaid to the Contractor on any work, and that reliance on notices sent to the ODR may result in loss of their rights against the Contractor and/or his surety. The ODR is not responsible in any manner to a claimant for collection of unpaid bills, and accepts no such responsibility because of any representation by any agent or employee.

(h) Payment Claims when Payment Bond not Required.  The rights of subcontractors regarding payment are governed by Tex. Prop. Code, §§53.231 – 53.239 when the value of the work between the ODR and the Contractor is less than $25,000.00.  These provisions set out the requirements for filing a valid lien on funds unpaid to the Contractor as of the time of filing the claim, actions necessary to release the lien and satisfaction of such claim.

(i) Sureties.  Sureties shall be listed on the US Department of the Treasury's Listing of Approved Sureties stating companies holding Certificates of Authority as acceptable sureties on Federal Bonds and acceptable reinsuring companies (Department Circular 570) and have a rating of A- or better with A.M.  Best Company.

**14.**           **WORK COORDINATION.**  If in the execution or performance of the Contract Documents, manufacturers working drawings, samples, lists, acts, schedules, shop drawings, etc. are required, Contractor shall promptly, in accordance with instruction from ODR, furnish and obtain approval for the

use of these drawings prior to commencing any Project Work. Any measurement necessary for fabrication or installation of Contractor's work shall be the responsibility of Contractor unless ODR assumes this responsibility in writing. If the Contractor deems that services or work to which its work is to be applied or affixed is unsatisfactory or unsuitable, written notification of said condition shall be given to ODR before proceeding to take remedial action, otherwise Contractor shall be fully and solely responsible and liable for any and all expenses, loss or damage resulting from said condition and ODR shall be relieved of all liability in connection therewith.

**15.** **CLEAN UP.** Contractor will clean up and haul away all debris occasioned by the work done by it hereunder and will leave the building and premises clean. If, after twenty-four (24) hours' notice by the ODR representative to the Contractor's representative at the site of the work, the Contractor has not diligently proceeded with the cleanup work, ODR may, at its option, perform said work and withhold from monies due the Contractor a reasonable amount for said services.

**16.** **WARRANTY.** In addition to any other warranties, general or specific, set forth in the Contract Documents, relative to the Project Work, materials or equipment covered by this Master Agreement, the Contractor warrants that all materials and equipment furnished under this Master Agreement will be new unless otherwise specified in the Contract Documents and in accordance with the requirements of the Contract Documents. The Contractor further warrants that all work will be in conformance with the requirements of the Contract Documents and shall be of good quality and free from faults and defects. The Contractor shall remove or replace and/or repair at its own expense and at the convenience of ODR and the Owner any defective or improper work, materials or equipment discovered at any time within one (1) year from the date of acceptance of the work as a whole, by the Owner or for such longer period as may be provided in the Contract Documents. Additionally, with respect to any defect that is not readily visible to inspection, the Contractor expressly agrees that this warranty shall extend for a period of one (1) year from the date that the defect becomes manifest and readily visible without dismantling. In addition, the Contractor shall pay for all damages, direct and consequential, suffered by ODR or the Owner as a result of defects in the work, failure to perform in accordance with the terms of this Contract Documents, or breach of the warranties contained herein, and all costs and expenses necessary to correct, remove, replace and/or repair the work and any other work or property which may be damaged in correcting, removing, replacing or repairing the work.

**17.** **TAXES.** Contractor shall pay all social security and other taxes imposed upon it as an employer in connection with the performance of this Master Agreement, and will furnish evidence, when required by ODR, showing that all such payments required to be made have been paid. Contractor shall pay all local, state and federal taxes in connection with its work under this Master Agreement. Contractor agrees to protect, indemnify, defend and hold harmless ODR and Owner from and against all damages incurred by ODR by the failure of the Contractor to discharge the duties imposed upon Contractor by this paragraph and by law.

**18.** **SAFETY.** Contractor agrees to comply with all applicable provisions of the Occupational Safety and Health Act of 1970, any standards promulgated pursuant thereto, and any State specific requirements. Contractor agrees to indemnify and hold harmless ODR from the expense of payment (including the proposed penalty) of any penalty or proposed assessed against ODR as the result of an unsafe conditions or standard violation created by or arising from Contractors' action, inaction or work. Additionally, Contractor agrees to immediately remedy and abate any unsafe condition or standard violation upon its discovery by any party or upon notification of such by ODR.

**19.** **EQUAL OPPORTUNITY.** During the performance of this Master Agreement, the Contractor agrees as follows:

11

(a)     The Contractor will not discriminate against any employee or applicant for employment because of race, color, religion, sex or national origin. The Contractor will take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex or national origin. Such action shall include, but not be limited to, the following: Employment, upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship. The Contractor agrees to post in conspicuous places, available to employees and applicants for employment, notices of the Contractor's undertakings hereunder. The Contractor shall comply with all current Executive Orders regarding Equal Opportunity requirements.

(b)     In the event of the Contractor's non-compliance with any Applicable Laws, this Master Agreement may be canceled, terminated or suspended in whole or in part.

**20.     PAYROLL REPORTING.**  At ODR's option**,** certified payroll records may be required. If requested by ODR, duplicate copies must be in ODR's office within five (5) calendar days after end of the payroll week.  Regardless of the reporting requirement, the Contractor is required to pay its employees, as a minimum, the prevailing legal minimum wage scale or the minimum wage scale for the surrounding area, if any, whichever is the higher scale.

**21.     SUBCONTRACTING, ASSIGNMENTS.**  Contractor shall not let, assign or transfer this MASTER AGREEMENT, any part thereof or any interest therein, without the written consent of ODR.

(a)     The Contractor and ODR agree as follows with respect to the assignment of such payments as may be due or as may become due under this Master Agreement: 1) The Contractor make no assignment of the proceeds hereof without the prior written consent of ODR; 2) In no instance shall ODR be obligated to any assignee of the Contractor on account of payments at any time made in good faith under any assignment  and/or erroneously or inadvertently made to the assignor; 3) ODR shall in no instance be liable to any assignee of the Contractor for any amount in excess of the net sums owing Contractor hereunder after first deducting any amounts for which Contractor may otherwise be obligated or indebted; 4) By making an assignment of the proceeds hereof the Contractor waives any claim against ODR resulting from ODR's continued payment to the assignees or former assignees, notwithstanding notification to ODR of termination of any said assignment; and 5) By making an assignment of the proceeds hereof the Contractor agrees to assume full liability for the conveyance to assignees of any payments mistakenly, inadvertently or otherwise made or addressed to Contractor and Contractor agrees to defend and hold harmless ODR from claims or causes of action of any assignee related to this Master Agreement.

**22.     MISCELLANEOUS PROVISIONS.**

(a)     This Master Agreement shall be binding upon and enure to the benefit of the parties respective successors, assigns, heirs, administrators, executors and legal representatives; provided, however, that nothing in this section shall be construed to authorize the Contractor to make an assignment or transfer  prohibited by Section 21 of the Master Agreement.

(b)     In the event of a conflict or inconsistency between the terms set forth in the Contract Documents, the conflict shall be resolved in favor of the interpretation which affords greater rights or benefits upon the ODR.

(c)     The paragraph titles are for convenience only in locating information and in no way alter or limit the text of the provisions of this Master Agreement.

12

(d)     No provision contained in this Master Agreement shall create or give to third parties any claim of action against ODR or the Contractor beyond such as may legally exist in the absence of such provision.

(e)     This Contract shall be construed under the laws of the State of Texas and venue in any suit involving this Contract shall be in Brazos County, Texas.



13

Contract Number:

IN WITNESS WHEREOF the parties hereto have caused this Master Agreement to be duly executed the day and year first above written.

**Southeast Service Corporation**
**d/b/a SSC Service Solutions**

**CONTRACTOR**

Company:_____

By:_____

By:_____

Signature:_____

Signature_____

Title:_____

Title:_____

SAMPLE

14

**EXHIBIT "A"**

**SCOPE OF WORK**

**WORK ORDER NO.** _____

   The Contractor agrees to furnish all necessary management, supervision, labor, materials, supplies, equipment, plant, services, sundries, appurtenances, engineering (if required by the contract), diligently and fully perform all those portions of the Project Work described as follows and all in accordance with the MASTER AGREEMENT CONTRACT, dated _____, between Southeast Service Corporation d/b/a SSC Service Solutions and _____("Contractor"). The work shall commence on or before _____ and be substantially complete on or before _____.

*Attach:*

*Scope/Statement of Work*

*Drawings*

*Specifications*

*Addenda*

*Other Documents As Required*

*PRICING:*

SAMPLE

**EXHIBIT "B" APPLICATION**
**FOR PAYMENT**

TO: Southeast Service Corporation                                     DATE:

WORK ORDER/PROJECT NUMBER:

APPLICATION FOR PAYMENT NUMBER: _____

NAME:  (Contractor)

ADDRESS:

We hereby apply for payment of $_____ on the account of contract for:

*(type of work)*

As per terms of our contract for work performed from_____ to _____ on subject project for Texas A&M as follows:

| | | DO NOT WRITE IN SPACES BELOW |
|---|---|---|
| 1.  Amount of Initial Contract | $ | |
| 2.  Approved Change Orders (Net Changes to Contract) | $ | |
| 3.  Initial Contract Plus Approved Change Orders To Date (Current Contract Amount) | $ | |
| 4.  Approved Work Completed To Date        (_____%) | $ | |
| 5.  Value of Materials Stored On Site (If Allowable By Contract) | $ | |
| 6.  TOTAL GROSS AMOUNT DUE TO DATE | $ | |
| 7.  Less _____% Retainage | $ | |
| 8.  Total Earned to Date Less Retainage | $ | |
| 9.  Amount of Previous Pay Applications/Payments | $ | |
| 10.  Less Other Deductions Per Attached | $ | |
| 11.  CURRENT PAYMENT DUE | $ | |
| 12.  Balance to Finish Including Retainage | $ | |

**NOTE:**  Before this pay application can be processed, the CONTRACTOR'S AFFIDAVIT AND WAIVER OF LIEN MUST BE COMPLETED.

**CONTRACTOR**

By:

Signature:

Title:

SAMPLE

TAMUCx0898

**EXHIBIT "C"**

**CONTRACTOR'S AFFIDAVIT AND WAIVER OF LIEN**

STATE OF _____ , COUNTY OF _____ , to wit: _____
being first duly sworn, deposes and says: that he makes this Affidavit on behalf of _____ ("Contractor"), who
entered into a contract to furnish labor, materials and construction services for the construction of Work Order
No_____ for Southeast Service Corporation, d/b/a SSC Service Solutions, as owner's designated
representative of The Texas A&M University System , said construction hereinafter referred to as "Project"; that,
excluding the amount billed herewith, the said Contractor has received full payment for all labor, materials and
services provided and committed for the aforementioned contract up to and including the date of this Affidavit;
that all of the subcontractors, laborers and men with whom or with which said Contractor has contracted for
services, labor or materials in the construction, alteration or repair of any improvements located on the above
described premises have been fully paid for all labor, materials and services provided and committed for as of the
date of this Affidavit, that the undersigned has no notice of any claim, demand, lien or right of lien of such
subcontractors, laborers, or materialmen, against the above described premises; that all indebtedness of the
Contractor to said subcontractors, and all indebtedness of said subcontractors to their subcontractors, laborers
and materialmen, up to and including the date of this Affidavit have been fully discharged; and that the foregoing
statements are true and correct to the best of the undersigned's knowledge, information and belief.

Furthermore, in consideration of payments previously received on said Project and other good and
valuable considerations paid to the undersigned, receipt of which is hereby acknowledged, the undersigned does
hereby waive, release and relinquish any and all liens, claims and right to lien which the undersigned now has
against the above described premises, any improvements located thereon, or any payment bond posted by
Contractor, for all labor (including general supervision) performed on, and materials furnished to, the above
premises up to and including the date of this Affidavit. The undersigned acknowledges that all payments received
on account of the above referenced contract have been and are accepted in full satisfaction of the liens or right to
lien waived hereunder irrespective of the form or forms of such payment. Furthermore, the Contractor agrees to
save, protect and hold harmless the Owner, Contractor and Contractor's surety, if any, their successors and
assigns, against any liability for costs and expenses (including attorneys' fees) growing out of or arising from or
suffered by any of them on account of claims made for items herein represented as being paid and discharged.

Contractor:

By:_____

Signature_____

Title:_____

STATE OF _____ , COUNTY OF _____ to wit:

I HEREBY CERTIFY that on this _____ day of _____ , 20_____ before the undersigned, a
Notary Public of the State of_____ in and for the County aforesaid, personally appeared
_____and, after first being duly sworn acknowledged the foregoing Affidavit and Waiver
of Lien to be his act and that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary Public:_____

My Commission Expires:_____

Notary's Printed Name:_____

# PERFORMANCE BOND
## SECTION 00 61 13

STATE OF TEXAS
COUNTY OF _____       KNOWN ALL MEN BY THESE PRESENTS

That we, _____ , as Principal, and _____

_____ , as Surety, are hereby held and firmly bound unto SSC Service Solutions

in the penal sum of: Dollars ($ _____ ) for

the payment whereof, the said Principal and Surety bind themselves, their heirs, executors, administrators and successors, jointly and severally, firmly by these presents.

The conditions of this obligation are such that, whereas the Principal entered into a certain contract (the "Contract"), which Contract is incorporated into this Performance Bond by this reference, with SSC Service Solutions, as Obligee, dated _____

for the _____ ,

Project No. _____

NOW, THEREFORE, if the Principal shall faithfully perform the Contract in accordance with the Contract Documents, including any warranties, and shall fully indemnify, and save harmless SSC Service Solutions from all costs and damage that SSC Service Solutions may suffer by reason of the Principal's default or failure to perform and shall fully reimburse and repay SSC Service Solutions all outlay and expense that SSC Service Solutions may incur in making good any such default or failure to perform, then this obligation shall be null and void, otherwise it shall remain in full force and effect.

In the event the Principal is declared in default under the Contract, Surety will, within fifteen (15) days of the determination of such default, take over and assume responsibility for completion of such Contract and become entitled to the payment of the balance of the Contract Price, or the Surety shall make other arrangements satisfactory to the Obligee for the completion of the defaulted Work.
Conditioned upon the Surety's faithful performance of its obligations, the Surety's liability shall not exceed the penalty of this Bond.

The Surety, for value received, hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of the Contract or to the Work to be performed under the Contract or to the Specifications accompanying the same shall in any manner affect its obligation on this Performance Bond, and it does hereby waive notice of any such change, extension of time, alteration or addition to the terms of the Contract or to the Work or to the Specifications.

The Surety agrees to pay to SSC Service Solutions upon demand all loss and expenses, including attorney's fees and court costs, incurred by SSC Service Solutions by reason of or on account of any breach of this obligation by the Surety.

This Bond is issued pursuant to the requirements of Section 2253.021, Texas Government Code, as amended.

IN WITNESS WHEREOF, the Principal and Surety have executed and sealed this instrument this _____ day of
_____ , 20 ____

_____ , Principal          (PRINCIPAL'S SEAL if a corporation)

By: _____
Name: _____
Title: _____

_____ , Surety

By: _____                   (SURETY'S SEAL)
Name: _____

Attorney-in-Fact

# PAYMENT BOND
## SECTION 00 61 14

STATE OF TEXAS

COUNTY OF BRAZOS   KNOW ALL MEN BY THESE PRESENTS

  That we, _____, as Principal, and _____ _____, as Surety, are hereby held and firmly bound unto the State of Texas in the penal          sum          of: Dollars ($_____) for the payment whereof, the said Principal and Surety bind themselves, their heirs, executors, administrators and successors, jointly and severally firmly by these presents.

  The conditions of this obligation are such that, whereas the Principal entered into a certain contract (the "Contract"), which Contract is incorporated into this Payment Bond by this reference, with the State of Texas acting by and through the Board of Regents of The Texas A&M University System, as Obligee, dated _____ for the _____ _____ Project No. _____.

  **NOW, THEREFORE**, if the Principal shall promptly make payments to all claimants, as defined in Chapter 2253, Texas Government Code, supplying labor and materials in the prosecution of the work provided for in said Contract, then this obligation shall be null and void, otherwise it shall remain in full force and effect.

  This Bond is made and entered into solely for the protection of all claimants supplying labor and material in the prosecution of the Work provided for in said Contract, and all such claimants shall have a direct right of action under the Bond as provided in Chapter 2253, Texas Government Code.

  The Surety, for value received, hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of the Contract or to the Work to be performed under the Contract shall in any wise affect its obligation on this Bond, and it does hereby waive notice of any such change, extension of time, alteration or addition to the terms of the Contract or to the Work to be performed under the Contract.

  The Surety agrees to pay the State of Texas upon demand all loss and expense, including attorney's fees and court costs, incurred by the State of Texas by reason of or on account of any breach of this obligation by the Surety.

  **IN WITNESS WHEREOF**, the Principal and Surety have duly signed and sealed this instrument this _____ day of _____, 20___.

_____, Principal    (PRINCIPAL'S SEAL)
                   if a corporation)

By: _____
Name:_____
Title:_____

_____, Surety     (SURETY'S SEAL)

By: _____
Name:_____
  Attorney-in-Fact

Use of this form has been approved by the Office of the Attorney General of Texas

# SSC UNIFORM GENERAL AND SUPPLEMENTARY CONDITIONS

## Table of Contents

Article 1.    Definitions ...................................................................................................2

Article 2.    Wage Rates and Other Laws Governing Construction ........................................6

Article 3.    General Responsibilities of Owner and Contractor................................................10

Article 4.    Historically Underutilized Business (HUB) Subcontracting Plan.......................16

Article 5.    Bonds and Insurance .........................................................................................18

Article 6.    Construction Documents, Coordination Documents, and Record Documents.................20

Article 7.    Construction Safety ...........................................................................................22

Article 8.    Quality Control ..................................................................................................24

Article 9.    Construction Schedules ......................................................................................30

Article 10.   Payments .........................................................................................................36

Article 11.   Changes ...........................................................................................................40

Article 12.   Project Completion and Acceptance .................................................................44

Article 13.   Warranty and Guarantee...................................................................................48

Article 14.   Suspension and Termination .............................................................................51

Article 15.   Dispute Resolution ...........................................................................................55

Article 16.   Miscellaneous...................................................................................................55

TAMUC-0702

## SSC UNIFORM GENERAL AND SUPPLEMENTARY CONDITIONS

**These General and Supplementary Conditions shall be used for contracts in support of the agreement between The Texas A&M University System ("TAMUS") ("Owner") and Southeast Service Corporations d/b/a SSC Services for Education ("SSC") ("ODR").**
**All users are advised to read and understand this entire document.**

## Article 1.  Definitions

Unless the context clearly requires another meaning, the following terms have the meaning assigned herein.

1.1    Application for Payment means Contractor's monthly partial invoice for payment that includes any portion of the Work that has been completed for which an invoice has not been submitted and performed in accordance with the requirements of the Contract Documents.  The Application for Payment accurately reflects the progress of the Work, is itemized based on the Schedule of Values, bears the notarized signature of Contractor, and shall not include subcontracted items for which Contractor does not intend to pay.

1.2    Application for Final Payment means Contractor's final invoice for payment that includes any portion of the Work that has been completed for which an invoice has not been submitted, amounts owing to adjustments to the final Contract Sum resulting from approved change orders, and release of remaining Contractor's retainage.

1.3    Architect/Engineer (A/E) means a person registered as an architect pursuant to Tex. Occ. Code Ann., Chapter 1051, as a landscape architect pursuant to Tex. Occ. Code Ann., Chapter 1052, a person licensed as a professional engineer pursuant Tex. Occ. Code Ann., Chapter 1001, and/or a firm employed by **ODR** or Design-Build Contractor  to provide professional architectural or engineering services and  to exercise overall responsibility for the design of a Project or a significant portion thereof, and to perform the contract administration responsibilities set forth in the Contract.

1.4    Baseline Schedule means the initial time schedule prepared by Contractor for ODR's information and acceptance that conveys Contractor's and Subcontractors' activities (including coordination and review activities required in the Contract Documents to be performed by A/E and ODR), durations, and sequence of work related to the entire Project to the extent required by the Contract Documents.  The schedule clearly demonstrates the critical path of activities, durations and necessary predecessor conditions that drive the end date of the schedule.  The Baseline Schedule shall not exceed the time limit current under the Contract Documents.

1.5    Certificate of Final Completion means the certificate issued by A/E that documents, to the best of A/E's knowledge and understanding, Contractor's completion of all Contractor's Punch List items and pre-final Punch List items, final cleanup and

TAMUx 0903

Contractor's provision of Record Documents, operations and maintenance manuals, and all other closeout documents required by the Contract Documents.

1.6     Change Order means a written modification of the Contract between **ODR** and Contractor, signed by **ODR**, Contractor and A/E.

1.7     Close-out Documents mean the product brochures, submittals, product/equipment maintenance and operations instructions, manuals, and other documents/warranties, record documents, affidavit of payment, release of lien and claim, and as may be further defined, identified, and required by the Contract Documents.

1.8     Competitive Sealed Proposals, in accordance with Tex. **Gov't Code, Chapter 2166**, a delivery procedure for construction projects by which a governmental entity (or its representative) requests proposals, ranks the offerors, negotiates as prescribed, and then contracts with a general contractor for the construction, rehabilitation, alteration, or repair of a facility.

1.9     Contract means the entire agreement between **ODR** and Contractor, including all of the Contract Documents.

1.10    Contract Date is the date when the agreement between **ODR** and Contractor becomes effective.

1.11    Contract Documents mean those documents identified as a component of the agreement (Contract) between **ODR** and Contractor. These may include, but are not limited to, Drawings; **Project Manual/**Specifications; **SSC Uniform General and Supplementary Conditions**, and Special Conditions; and all pre-bid and/or pre-proposal addenda.

1.12    Contract Sum means the total compensation payable to Contractor for completion of the Work in accordance with the terms of the Contract.

1.13    Contract Time means the period between the start date identified in the Notice to Proceed with construction and the Substantial Completion date identified in the Notice to Proceed or as subsequently amended by a Change Order.

1.14    Contractor means the individual, corporation, limited liability company, partnership, firm, or other entity contracted to perform the Work, regardless of the type of construction contract used, so that the term as used herein includes a Construction Manager-at-Risk or a Design-Build firm as well as a general or prime Contractor. The Contract Documents refer to Contractor as if singular in number.

1.15    Construction Documents mean the Drawings, **Project Manual/**Specifications, and other documents issued to build the Project. Construction Documents become part of the Contract Documents when listed in the Contract or any Change Order.

1.16    Construction Manager at Risk. In accordance with Tex. Gov't Code Chapter 2269, means a sole proprietor, partnership, corporation, or other legal entity that assumes the risk for

construction, rehabilitation, alteration, or repair of a facility at the contract price as a general contractor and provides consultation to ODR regarding construction during and after the design of the facility

1.17    Date of Commencement means the date designated in the Notice to Proceed for Contractor to commence the Work.

1.18    Day means a calendar day unless otherwise specifically stipulated.

1.19    Design-Build means a project delivery method in which the detailed design and subsequent construction is provided through a single contract with a Design-Build firm; a team, partnership, or legal entity that includes design professionals and a builder.  The Design-Build Project delivery shall be implemented in accordance with Tex. Gov't Code § 2269.301.

1.20    Drawings mean that product of A/E which graphically depicts the Work.

1.21    Final Completion means the date determined and certified by A/E and **ODR** on which the Work is fully and satisfactorily complete in accordance with the Contract.

1.22    Final Payment means the last and final monetary compensation made to Contractor for any portion of the Work that has been completed and accepted for which payment has not been made, amounts owing to adjustments to the final Contract Sum resulting from approved change orders, and release of Contractor's retainage.

1.23    Historically Underutilized Business (HUB) pursuant to Tex. Gov't Code, Chapter 2161, means a business that is at least 51% owned by an Asian Pacific American, a Black American, a Hispanic American, a Native American, a Disabled Veteran, and/or an American Woman; is an entity with its principal place of business in Texas; and has an owner residing in Texas with proportionate interest that actively participates in the control, operations, and management of the entity's affairs.

*1.24    Manufacturing Process means the application of a process to alter the form or function of materials or elements of a product in a manner that adds value and transforms the materials or elements into a new finished product that is functionally different from a finished product produced merely from assembling the materials or elements into a product.*

1.25    Notice to Proceed means written document informing Contractor of the dates beginning Work and the dates anticipated for Substantial Completion.

1.26    Open Item List means a list of work activities, Punch List items, changes or other issues that are not expected by **ODR** and Contractor to be complete prior to Substantial Completion.

1.27    Owner means the State of Texas, and any agency of the State of Texas, acting through the responsible entity of the State of Texas identified in the Contract as Owner.

TAMU×0705

1.27    Owner's Designated Representative (ODR) means the individual assigned by Owner to act on its behalf and to undertake certain activities as specifically outlined in the Contract. ODR is the only party authorized to direct changes to the scope, cost, or time of the Contract.

1.28    *Produced in the United States means, with respect to iron and steel products, a product for which all manufacturing processes, from initial melting through application of coatings, occur in the United States, other than metallurgical processes to refine steel additives.*

1.29    Project means all activities necessary for realization of the Work.  This includes design, contract award(s), execution of the Work itself, and fulfillment of all Contract and warranty obligations.

1.30    **Project Manual means a bound document that contains the contract documents, with the exception of the drawings, specifically organized into bid requirements, contract information, addenda, general conditions for construction, and technical specifications.**

1.31    Progress Assessment Report (PAR) means the monthly compliance report to **ODR** verifying compliance with the HUB subcontracting plan (HSP).

1.32    Proposed Change Order (PCO) means a document that informs Contractor of a proposed change in the Work and appropriately describes or otherwise documents such change including Contractor's response of pricing for the proposed change.

1.33    Punch List means a list of items of Work to be completed or corrected by Contractor after Substantial Completion.  Punch Lists indicate items to be finished, remaining Work to be performed, or Work that does not meet quality or quantity requirements as required in the Contract Documents.

1.34    Record Documents mean the drawing set, Specifications, and other materials maintained by Contractor that documents all addenda, Architect's Supplemental Instructions, Change Orders and postings and markings that record the as-constructed conditions of the Work and all changes made during construction.

1.35    Request for Information (RFI) means a written request by Contractor directed to A/E or ODR for a clarification of the information provided in the Contract Documents or for direction concerning information necessary to perform the Work that may be omitted from the Contract Documents.

1.36    Samples mean representative physical examples of materials, equipment, or workmanship used to confirm compliance with requirements and/or to establish standards for use in execution of the Work.

1.37    Schedule of Values means the detailed breakdown of the cost of the materials, labor, and equipment necessary to accomplish the Work as described in the Contract Documents, submitted by Contractor for approval by **ODR** and A/E.

1.38   Shop Drawings mean the drawings, diagrams, illustrations, schedules, performance charts, brochures, and other data prepared by Contractor or its agents which detail a portion of the Work.

1.39   Site means the geographical area of the location of the Work.

1.40   Special Conditions mean the documents containing terms and conditions which may be unique to the Project.  Special Conditions are a part of the Contract Documents and have precedence over the Uniform General Conditions and Supplementary General Conditions.

1.41   Specifications mean the written product of A/E that establishes the quality and/or performance of products utilized in the Work and processes to be used, including testing and verification for producing the Work.

1.42   Subcontractor means a business entity that enters into an agreement with Contractor to perform part of the Work or to provide services, materials, or equipment for use in the Work.

1.43   Submittal Register means a list provided by Contractor of all items to be furnished for review and approval by A/E and **ODR** and as identified in the Contract Documents including anticipated sequence and submittal dates.

1.44   Substantial Completion means the date determined and certified by Contractor, A/E, and **ODR** when the Work, or a designated portion thereof, is sufficiently complete, in accordance with the Contract, so as to be operational and fit for the use intended.

1.45   Unit Price Work means the Work, or a portion of the Work, paid for based on incremental units of measurement.

1.46   Unilateral Change Order (ULCO) means a Change Order issued by **ODR** without the complete agreement of Contractor, as to cost and/or time.

1.47   Work means the administration, procurement, materials, equipment, construction and all services necessary for Contractor, and/or its agents, to fulfill Contractor's obligations under the Contract.

1.48   Work Progress Schedule means the continually updated time schedule prepared and monitored by Contractor that accurately indicates all necessary appropriate revisions as required by the conditions of the Work and the Project while maintaining a concise comparison to the Baseline Schedule.

## Article 2.  Wage Rates and Other Laws Governing Construction

2.1   Environmental Regulations.  Contractor shall conduct activities in compliance with applicable laws and regulations and other requirements of the Contract relating to the environment and its protection at all times.  Unless otherwise specifically determined,

Contractor is responsible for obtaining and maintaining permits related to storm water run-off.   Contractor shall conduct operations consistent with storm water run-off permit conditions.   Contractor is responsible for all items it brings to the Site, including hazardous materials, and all such items brought to the Site by its Subcontractors and suppliers, or by other entities subject to direction of Contractor. Contractor shall not incorporate hazardous materials into the Work without prior approval of Owner, and shall provide an affidavit attesting to such in association with request for Substantial Completion inspection.

2.2     Wage Rates.  Contractor shall not pay less than the wage scale of the various classes of labor as indicated by county and "Building Type" at the following link: https://www.wdol.gov/wdol/scafiles/davisbacon/tx.html.  The specified wage rates are minimum rates only.  Owner is not bound to pay any claims for additional compensation made by any Contractor because the Contractor pays wages in excess of the applicable minimum rate contained in the Contract.  The prevailing wage schedule is not a representation that qualified labor adequate to perform the Work is available locally at the prevailing wage rates.

  2.2.1   Notification to Workers.  Contractor shall post the prevailing wage schedule in a place conspicuous to all workers on the Project Site and shall notify each worker, in writing, of the following as they commence work on the Contract: the worker's job classification, the established minimum wage rate requirement for that classification, as well as the worker's actual wage.  The notice must be delivered to and signed in acknowledgement of receipt by the worker and must list both the wages and fringe benefits to be paid or furnished for each classification in which the worker is assigned duties.   When requested by Owner, Contractor shall furnish evidence of compliance with the Texas Prevailing Wage Law and the addresses of all workers.

    2.2.1.1   Contractor shall submit a copy of each worker's wage-rate notification to ODR with the application for progress payment for the period during which the worker was engaged in activities on behalf of the Project *when requested by Owner*.

    2.2.1.2   The prevailing wage schedule is determined by Owner in compliance with Tex. Gov't Code, Chapter 2258.  Should Contractor at any time become aware that a particular skill or trade not reflected on Owner's Prevailing Wage Schedule will be or is being employed in the Work, whether by Contractor or by Subcontractor, Contractor shall promptly inform ODR of the proposed wage to be paid for the skill along with a justification for same and ODR shall promptly concur  with or reject the proposed wage and classification. Contractor is responsible for determining the most appropriate wage for a particular skill in relation to similar skills or trades identified on the prevailing wage schedule.  In no case, shall any worker be paid less than the wage indicated for laborers.

  2.2.2   Penalty for Violation.  Contractor, and any Subcontractor, will pay to the State a

7

penalty of sixty dollars ($60) for each worker employed for each day, or portion thereof, that the worker is paid less than the wage rates stipulated in the Prevailing Wage Schedule.

2.2.3  <u>Complaints of Violations</u>.

2.2.3.1  **ODR**'s <u>Determination of Good Cause</u>.  Upon receipt of information concerning a violation, **ODR** will conduct an investigation in accordance with Tex. Gov't Code, Chapter 2258 and make an initial determination as to whether good cause exists that a violation occurred. Upon making a good cause finding, ODR will retain the full amounts claimed by the claimant or claimants as the difference between wages paid and wages due under the Prevailing Wage Schedule and any supplements thereto, together with the applicable penalties, such amounts being subtracted from successive progress payments pending a final decision on the violation.

2.2.3.2  **If the Contractor and claimant worker reach an agreement concerning the claim, the Contractor shall promptly notify the ODR in a written document countersigned by the worker.**

2.2.3.3  **Arbitration Required. If the violation is not resolved within 14 days following initial determination by the ODR, the Contractor and the claimant worker must participate in binding arbitration in accordance with the Texas General Arbitration Act, Tex. Civ. Prac. & Rem. Code, Chapter 171. If the Contractor and the claimant worker do not agree on an arbitrator within 10 days, after the date arbitration is required, a district court may be petitioned by any of the parties to the arbitration to appoint an arbitrator whose decision will be binding on all parties. (See Tex. Gov't Code, § 2258.053)**

2.2.3.4  **Arbitration Award. If an arbitrator assesses an award against the Contractor, the Contractor shall promptly furnish a copy of said award to the ODR. The ODR may use any amounts retained under Article 2.2.3.1 to pay the worker the amount as designated in the arbitration award. If the retained funds are insufficient to pay the worker in accordance with the arbitration award, the worker has a right of action against the Contractor, and/or the surety to receive the amount owed, plus attorneys' fees and court costs. The ODR has no duty to release any funds to either the claimant or the Contractor until it has received the notices of agreement or the arbitration award.**

2.2.3.5  <u>No Extension of Time</u>.  If **ODR**'s determination proves valid that good cause existed to believe a violation had occurred, Contractor is not entitled to an extension of time for any delay arising directly or indirectly from the arbitration procedures.

TAMU×0709

2.3   Venue for Suits.  The venue for any suit arising from the Contract will be in a court of competent jurisdiction **in the county of the site location**.

2.4   Licensing of Trades.  Contractor shall comply with all applicable provisions of State law related to license requirements for skilled tradesmen, contractors, suppliers and or laborers, as necessary to accomplish the Work.  In the event Contractor, or one of its Subcontractors, loses its license during the term of performance of the Contract, Contractor shall promptly hire or contract with a licensed provider of the service at no additional cost to Owner **or ODR**.

2.4.1  **Partial list of licenses required. Listed by Texas Statue:**

- **Boilers--Chapter 755, Health and Safety Code.**

- **Electrical--Title 8, Occupations Code, Chapter 1305, Administered by the Texas Department of Licensing and Regulation.**

- **Elevators, Escalators, and related Equipment--Chapter 754, Health and Safety Codes, Subchapter B. Inspection, Certification, and Registration.**

- **Fire Detection and Alarms--Insurance Code, Article 5.43-2**.

- **Fire Protection--Insurance Code, Article 5.43-1 and 5.43-3.**

- **Plumbing--Plumbing License Law, Occupations Code, Title 8. Regulation of Environmental and Industrial Trades, Chapter 1301. Plumbers.**

- **Mechanical--Air Conditioning and Refrigeration Contractor License Law, Occupations Code, Title 8. Regulation of Environmental and Industrial Trades, Chapter 1302, Administered by the Texas Department of Licensing and Regulation.**

2.5   Royalties, Patents, and Copyrights.  Contractor shall pay all royalties and license fees, defend suits or claims for infringement of copyrights and patent rights, and shall hold Owner **and ODR** harmless from loss on account thereof, but shall not be responsible for such defense or loss when a particular design, process or product of a particular manufacturer or manufacturers is required by the Contract Documents, or where the copyright violations are contained in Drawings, Specifications or other documents prepared by **ODR** or A/E.  However, if Contractor has reason to believe that the required design, process, or product is an infringement of a copyright or a patent, Contractor shall be responsible for such loss unless such information is promptly furnished to A/E.

2.6   State Sales and Use Taxes.  Owner qualifies for exemption from certain State and Local Sales and use taxes pursuant to the provisions of Tex. Tax Code, Chapter 151. Upon request from Contractor, Owner/**ODR** shall furnish evidence of tax exempt status. Contractor may claim exemption from payment of certain applicable State taxes by complying with such procedures as prescribed by the State Comptroller of Public

Accounts.    Owner/**ODR** acknowledges not all items qualify for exemption. Owner/**ODR** is not obligated to reimburse Contractor for taxes paid on items that qualify for tax exemption.

2.7     *Iron and Steel Products. In accordance with Tex. Gov't. Code, Chapter 2252, Subchapter F all iron and steel products produced through a manufacturing process and used in the project shall be produced in the United States.*

   *2.7.1   Exemption. Electrical components, equipment, systems, and appurtenances, including supports, covers, shielding, and other appurtenances related to an electrical system, necessary for operation or concealment are not considered to be iron or steel products and are exempt from this requirement.*

   *2.7.2   Other exemptions, only if agreed to in writing by the Owner are:*

      *2.7.2.1   Iron or steel products produced in the United States are not: (A) produced in sufficient quantities; (B) reasonably available; or (C) of a satisfactory quality; or if*

      *2.7.2.2   Use of iron or steel products produced in the United States will increase the total cost of the project by more than 20 percent.*

2.8     *Prohibition on contracts with Companies boycotting Israel In accordance with Tex. Gov't Code, Chapter 2270 SSC will not enter into a contract with a company for goods or services unless the contract contains a written verification from the company that it*
          *(1) does not boycott Israel; and*
          *(2) will not boycott Israel during the term of the contract.*

## Article 3.  General Responsibilities of Owner and Contractor

3.1     **ODR**'s General Responsibilities.      **ODR** is the entity identified as such in the Contract and referred to throughout the Contract Documents as if singular in number.

   3.1.1   Preconstruction Conference.   Prior to, or concurrent with, the issuance of Notice to Proceed with construction, a conference will be convened for attendance by Owner, Contractor, A/E and appropriate Subcontractors.   The purpose of the conference is to establish a working understanding among the parties as to the Work, the operational conditions at the Project Site, and general administration of the Project.     Topics include communications, schedules, procedures for handling Shop Drawings and other submittals, processing Applications for Payment, maintaining required records and all other matters of importance to the administration of the Project and effective communications between the project team members.

   3.1.2   Owner's Designated Representative.   Prior to the start of construction, Owner will identify Owner's Designated Representative (ODR), who has the express authority to act and bind Owner to the extent and for the purposes described in the various Articles of the Contract, including responsibilities for general

administration of the Contract.

3.1.2.1    Unless otherwise specifically defined elsewhere in the Contract Documents, ODR is the single point of contact between Owner and Contractor.  Notice to ODR, unless otherwise noted, constitutes notice to Owner under the Contract.

3.1.2.2    All directives on behalf of Owner will be conveyed to Contractor and A/E by ODR in writing.

3.1.3    Owner Supplied Materials and Information.

3.1.3.1    Owner **or ODR** will furnish to Contractor those surveys describing the physical characteristics, legal description, limitations of the Site, site utility locations, and other information used in the preparation of the Contract Documents.

3.1.3.2    Owner **or ODR** will provide information, equipment, or services under Owner's control to Contractor with reasonable promptness. *The Owner or ODR makes no representation as to the accuracy or completeness of the site information furnished to the Contractor by the Owner, and is not responsible for any interpretations or conclusions reached by the Contractor with respect to the information.*

3.1.4    Availability of Lands.  Owner will furnish, as indicated in the Contract, all required rights to use the lands upon which the Work occurs.  This includes rights-of-way and easements for access and such other lands that are designated for use by Contractor.  Contractor shall comply with all Owner identified encumbrances or restrictions specifically related to use of lands so furnished.  Owner will obtain and pay for easements for permanent structures or permanent changes in existing facilities, unless otherwise required in the Contract Documents.

3.1.5    Limitation on **ODR**'s Duties.

3.1.5.1    The **ODR** will not supervise, direct, control or have authority over or be responsible for Contractor's means, methods, technologies, sequences or procedures of construction or the safety precautions and programs incident thereto.  T h e  **ODR** is not responsible for any failure of Contractor to comply with laws and regulations applicable to the Work.  The **ODR** is not responsible for the failure of Contractor to perform or furnish the Work in accordance with the Contract Documents.    Except as provided in Section 2.5, the **ODR** is not responsible for the acts or omissions of Contractor, or any of its Subcontractors, suppliers or of any other person or organization performing or furnishing any of the Work on behalf of Contractor.

3.1.5.2    ODR will not take any action in contravention of a design decision made by A/E in preparation of the Contract Documents, when such

actions are in conflict with statutes under which A/E is licensed for the protection of the public health and safety.

3.2     Role of Architect/Engineer. **(if applicable)** Unless specified otherwise in the Contract between Owner and Contractor, A/E shall provide general administration services for Owner during the construction phase of the Project. Written correspondence, Requests For Information, and Shop Drawings/submittals shall be directed to A/E for action. **The A/E has no authority to change material specifications, contract cost or contract time unless approved by the ODR.**

3.2.1     Site Visits.

3.2.1.1     A/E will make visits to the Site at intervals as provided in the A/E's Contract with Owner, to observe the progress and the quality of the various aspects of Contractor's executed Work and report findings to **ODR**.

3.2.1.2     A/E has the authority to interpret Contract Documents and inspect the Work for compliance and conformance with the Contract. Except as referenced in Paragraph 3.1.5.2, The **ODR** retains the sole authority to accept or reject Work and issue direction for correction, removal, or replacement of Work.

3.2.2     Clarifications and Interpretations. It may be determined that clarifications or interpretations of the Contract Documents are necessary. Upon direction by ODR, such clarifications or interpretations will be provided by A/E consistent with the intent of the Contract Documents. A/E will issue these clarifications with reasonable promptness to Contractor as A/E's Supplemental Instruction ("ASI") or similar instrument. If Contractor believes that such clarification or interpretation justifies an adjustment in the Contract Sum or the Contract Time, Contractor shall so notify **ODR** in accordance with the provisions of Article 11.

3.2.3     Limitations on Architect/Engineer Authority. A/E is not responsible for:

3.2.3.1     Contractor's means, methods, techniques, sequences, procedures, safety, or programs incident to the Project, nor will A/E supervise, direct, control or have authority over the same;

3.2.3.2 The failure of Contractor to comply with laws and regulations applicable to the furnishing or performing the Work;

3.2.3.3     Contractor's failure to perform or furnish the Work in accordance with the Contract Documents; or

3.2.3.4     Acts or omissions of Contractor, or of any other person or organization performing or furnishing any of the Work.

3.3     Contractor's General Responsibilities.    Contractor is solely responsible for implementing the Work in full compliance with all applicable laws, codes, regulations and the Contract Documents and shall supervise and direct the Work using the best skill and attention to assure that each element of the Work conforms to the Contract requirements. Contractor is solely responsible for all construction means, methods, techniques, safety, sequences, coordination and procedures. *The Contractor is responsible for having visited the Site and having ascertained all pertinent local conditions such as existing subsurface concealed conditions, location, accessibility and general character of the Site or building, the character and extent of existing work, the character and extent of existing work within adjacent sites, and any other work being performed thereon at the time Contractor's bid or proposal is submitted.*

3.3.1    Project Administration.  Contractor shall provide project administration for all Subcontractors, vendors, suppliers, and others involved in implementing the Work and shall coordinate administration efforts with those of A/E **if applicable** and ODR in accordance with these **SSC Uniform General and Supplementary Conditions**, **Division 1 Specifications**, and other provisions of the Contract, and as outlined in the pre-construction conference.

3.3.2    Contractor's Management Personnel.  Contractor shall employ a competent person or persons who will be present at the Project Site during the progress of the Work to supervise or oversee the work.  The competent persons are subject to the approval of ODR.  Contractor shall not change approved staff during the course of the project without the written approval of ODR unless the staff member leaves the employment of Contractor.  Contractor shall provide additional quality control, safety and other staff as stated in the **SSC Uniform General and Supplementary Conditions.**

3.3.3    Labor.  Contractor shall provide competent, suitably qualified personnel to survey, lay-out, and construct the Work as required by the Contract Documents and maintain good discipline and order at the Site at all times.

3.3.4    Services, Materials, and Equipment.  Unless otherwise specified, Contractor shall provide and assume full responsibility for all services, materials, equipment, labor, transportation, construction equipment and machinery, tools, appliances, fuel, power, light, heat, telephone, water, sanitary facilities, temporary facilities, and all other facilities, incidentals, and services necessary for the construction, performance, testing, start-up, inspection and completion of the Work.

3.3.5    Contractor General Responsibility.  For Owner furnished equipment or material that will be in the care, custody, and control of Contractor, Contractor is responsible for damage or loss.

3.3.6    Non-Compliant Work. Should A/E and/or ODR identify Work as non- compliant with the Contract Documents, A/E and/or ODR shall communicate the finding to Contractor, and Contractor shall correct such Work at no additional cost to the Owner.  The approval of Work by either A/E or ODR does   not   relieve

13

Contractor from the obligation to comply with all requirements of the Contract Documents.

3.3.7    Subcontractors.  Contractor shall not employ any Subcontractor, supplier or other person or organization, whether initially or as a substitute, against whom Owner **or ODR** shall have reasonable objection. **ODR** will communicate such objections in writing within ten (10) days of receipt of Contractor's intent to use such Subcontractor, supplier, or other person or organization. Contractor is not required to employ any Subcontractor, supplier or other person or organization to furnish any of the work to whom Contractor has reasonable objection. Contractor shall not substitute Subcontractors without the acceptance of Owner.

3.3.7.1   All Subcontracts and supply contracts shall be consistent with and bind the Subcontractors and suppliers to the terms and conditions of the Contract Documents including provisions of the Contract between Contractor and **ODR**.

3.3.7.2   Contractor shall be solely responsible for scheduling and coordinating the Work of Subcontractors, suppliers and other persons and organizations performing or furnishing any of the Work under a direct or indirect contract with Contractor.  Require all Subcontractors, suppliers and such other persons and organizations performing or furnishing any of the Work to communicate with Owner **and ODR** only through Contractor.  Contractor shall furnish to Owner and ODR a copy, at Owner's **or ODR's** request, of each first-tier subcontract promptly after its execution. Contractor agrees that Owner **and ODR** have no obligation to review or approve the content of such contracts and that providing Owner **and ODR** such copies in no way relieves Contractor of any of the terms and conditions of the Contract, including, without limitation, any provisions of the Contract which require the Subcontractor to be bound to Contractor in the same manner in which Contractor is bound to Owner.

3.3.8    Continuing the Work.  Contractor shall carry on the Work and adhere to the progress schedule during all disputes, disagreements, or alternative resolution processes with **ODR**.  Contractor shall not delay or postpone any Work because of pending unresolved disputes, disagreements or alternative resolution processes, except as **ODR** and Contractor may agree in writing.

3.3.9    Cleaning.  Contractor shall at all times, keep the Site and the Work clean and free from accumulation of waste materials or rubbish caused by the construction activities under the Contract.  Contractor shall ensure that the entire Project is thoroughly cleaned prior to requesting Substantial Completion inspection and, again, upon completion of the Project prior to the final inspection.

3.3.10   Acts and Omissions of Contractor, its Subcontractors and Employees. Contractor shall be responsible for acts and omissions of his employees and all

TAMU-0925

its Subcontractors, their agents and employees.  Owner **or ODR** may, in writing, require Contractor to remove from the Project any of Contractor's or its Subcontractor's employees whom ODR finds to be careless, incompetent, unsafe, uncooperative, disruptive, or otherwise objectionable.

3.3.11   Indemnification of Owner.  **Contractor covenants and agrees to FULLY INDEMNIFY and HOLD HARMLESS, Owner and the elected and appointed officials, employees, officers, directors, volunteers, and representatives of Owner, individually or collectively, from and against any and all costs, claims, liens, damages, losses, expenses, fees, fines, penalties, proceedings, actions, demands, causes of action, liability and suits of any kind and nature, including but not limited to, personal or bodily injury, death or property damage, made upon Owner directly or indirectly arising out of, resulting from or related to Contractor's activities under this Contract, including any acts or omissions of Contractor,  or  any  agent, officer, director, representative, employee, consultant or the Subcontractor of Contractor, and their respective officers, agents, employees, directors and representatives while in the exercise of performance of the rights or duties under this Contract.  The indemnity provided for in this paragraph does not apply to any liability resulting from the negligence of the Owner, its officers or employees, separate contractors or assigned contractors, in instances where such negligence causes personal injury, death or property damage. IN THE EVENT CONTRACTOR AND OWNER ARE FOUND JOINTLY LIABLE BY A COURT OF COMPETENT JURISDICTION, LIABILITY WILL BE APPORTIONED COMPARATIVELY IN ACCORDANCE WITH THE LAWS OF THE STATE OF TEXAS, WITHOUT WAIVING ANY GOVERNMENTAL IMMUNITY AVAILABLE TO THE STATE UNDER TEXAS LAW AND WITHOUT WAIVING ANY DEFENSES OF THE PARTIES UNDER TEXAS LAW.**

3.3.11.1  The provisions of this indemnification are solely for the benefit of the parties hereto and not intended to create or grant any rights, contractual or otherwise, to any other person or entity.

3.3.11.2  Contractor shall promptly advise Owner in writing of any claim or demand against Owner or against Contractor which involves Owner and known to Contractor and related to or arising out of Contractor's activities under this Contract.

3.3.12   Ancillary Areas. Operate and maintain operations and associated storage areas at the site of the Work in accordance with the following:

3.3.12.1  Confine all Contractor operations, including storage of materials and employee parking upon the Site of Work, to areas designated by Owner **or ODR**.

3.3.12.2  **With prior written approval of the Owner and ODR,** Contractor may erect, at its own expense, temporary buildings that will remain its

property.   Remove such buildings and associated utility service lines upon completion of the Work, unless Contractor requests and Owner provides written consent that it may abandon such buildings and utilities in place.

3.3.12.3  Use only established roadways or construct and use such temporary roadways as may be authorized by Owner.  Do not allow load limits of vehicles to exceed the limits prescribed by appropriate regulations or law.   Provide protection to road surfaces, curbs, sidewalks, trees, shrubbery, sprinkler systems, drainage structures and other like existing improvements to prevent damage and repair any damage thereto at the expense of Contractor.

3.3.12.4 ODR may restrict Contractor's entry to the Site to specifically assigned entrances and routes.

3.3.13  Separate Contracts. ODR reserves the right to award other contracts in connection with other portions of the Project under these same or substantially similar contract conditions, including those portions related to insurance and waiver of subrogation.  ODR reserves the right to perform operations related to the Project with ODR's own forces.

3.3.14  Under a system of separate contracts, the conditions described herein continue to apply except as may be amended by change order.

3.3.15  Contractor shall cooperate with other contractors or forces employed on the Project by Owner, including providing access to Site and Project information as requested.

3.3.16  ODR shall be reimbursed by Contractor for costs incurred by ODR which are payable to a separate contractor because of delays, improperly timed activities, or defective construction by Contractor.   ODR will equitably adjust the Contract by Change Order for costs incurred by Contractor because of delays, improperly timed activities, damage to the Work or defective construction by a separate contractor.

## Article 4.  Historically Underutilized Business (HUB) Subcontracting Plan

4.1      General Description. *The purpose of the HUB Program is to promote full and equal business opportunities for all businesses in State contracting.*

*In accordance with 34 TAC §20.14(d)(1)(D)(iii), a respondent (prime contractor) may demonstrate good faith effort to utilize Texas certified HUBs for its subcontracting opportunities if the total value of the respondent's subcontracts with Texas certified HUBs meets or exceeds the statewide HUB goal or the agency specific HUB goal, whichever is higher. When a respondent uses this method to demonstrate good faith effort, the respondent must identify the HUBs with which it will subcontract. If using*

*existing contracts with Texas certified HUBs to satisfy this requirement, only contracts that have been in place for five years or less shall qualify for meeting the HUB goal. The limitation is designed to encourage vendor rotation as recommended by the 2009 Texas Disparity Study.*

4.1.1    State agencies are required by statute to make a good faith effort to assist HUBs in participating in contract awards issued by the State.    34 T.A.C. §20.13(b) outlines the State's policy to encourage the utilization of HUBs in State contracting opportunities through race, ethnic and gender neutral means.

4.1.2    A Contractor who contracts with the State in an amount of $100,000 or greater is required to make a good faith effort to award subcontracts to HUBs in accordance with 34 T.A.C. § 20.14(a)(2)(A) by submitting a HUB subcontracting plan within twenty-four (24) hours after the bid or response is due and complying with the HUB subcontracting plan after it is accepted by Owner and during the term of the Contract.

4.2    Compliance with Approved HUB Subcontracting Plan.    Contractor having been awarded this Contract in part by complying with the HUB program statute and rules, hereby covenants to continue to comply with the HUB program as follows:

4.2.1    Prior to adding or substituting a Subcontractor, promptly notify Owner in the event a change is required for any reason to the accepted HUB subcontracting plan.

4.2.2    Conduct the good-faith effort activities required and provide Owner with necessary documentation to justify approval of a change to the approved HUB subcontracting plan.

4.2.3    Cooperate in the execution of a Change Order or such other approval of the change in the HUB subcontracting plans as Contractor and Owner may agree to.

4.2.4    Maintain and make available to Owner upon request business records documenting compliance with the accepted HUB subcontracting plan.

4.2.5    Upon receipt of payment for performance of Work, submit to Owner a compliance report, in the format required by Owner that demonstrates Contractor's performance of the HUB subcontracting plan.

4.2.5.1    Progress Assessment Report (PAR): monthly compliance reports to Owner (contracting agency), verifying their compliance with the HUB subcontracting plan, including the use/expenditures they have made to Subcontractors.    (The PAR is available at **http://www.window.state.tx.us/procurement/prog/hub/hub-forms/progressassessmentrpt.xls**).

4.2.6    Promptly and accurately explain and provide supplemental information to Owner to assist in Owner's investigation of Contractor's good-faith effort to fulfill

17

the HUB subcontracting plan and the requirements under 34 T.A.C. §20.14(a)(1).

4.3 <u>Failure to Demonstrate Good-Faith Effort</u>. Upon a determination by Owner that Contractor has failed to demonstrate a good-faith effort to fulfill the HUB subcontracting plan or any Contract covenant detailed above, Owner may, in addition to all other remedies available to it, report the failure to perform to the Comptroller of Public Accounts, Texas Procurement and Support Services Division, Historically Underutilized Business Program and may bar Contractor from future contracting opportunities with Owner.

# Article 5. Bonds and Insurance

5.1 <u>Construction Bonds</u>. Contractor is required to tender to ODR, prior to commencing the Work, performance and payment bonds, as required by Tex. Gov't Code, Chapter2253. On Construction Manager-at-Risk and Design-Build Projects the Owner shall require a security bond, as described in Subsection 5.1.2 below.

   5.1.1 <u>Bond Requirements</u>. Each bond shall be executed by a corporate surety or sureties authorized to do business in the State of Texas and acceptable to the ODR, on the ODR's form, and in compliance with the relevant provisions of the Texas Insurance Code. If a surety upon a bond loses its authority to do business in the State, Contractor shall, within thirty (30) days after such loss, furnish a replacement bond at no added cost to the ODR.

   **Contractor agrees to promptly remove or discharge such lien or claim. If the Contractor shall fail to so remove or discharge the same within ten (10) days after receipt of written notice from ODR, ODR shall have the right to remove or discharge the same by bonding, payment or otherwise. The amount of any payment, costs and/or expenses made or incurred by ODR in connection with the removal or discharge of any such lien or claim may be deducted by ODR from any payment or amounts then due or thereafter to become due to the Contractor. The premium of such bond is to be paid by the Contractor. ODR, at its option, may terminate and cancel this contract without cost to ODR upon Contractor's failure to deliver such properly executed bonds to ODR and Contractor agrees to indemnify and hold harmless ODR from any and all damages suffered by ODR as a result of Contractor's failure to provide such a bond.**

      5.1.1.1 <u>Performance Bond</u>. A Performance Bond is required if the Contract Sum is in excess of $100,000. The Performance Bond is solely for the protection of the Owner and ODR. The Performance Bond is to be for the Contract Sum to guarantee the faithful performance of the Work in accordance with the Contract Documents. The form of the bond shall be approved by the Office of the Attorney General of Texas. The Performance Bond shall be effective through Contractor's warranty period.

18

5.1.1.2   Payment Bond.  A Payment bond is required if the Contract price is in excess of $25,000.  The payment bond is to be for the Contract Sum and is payable to the ODR solely for the protection and use of payment bond beneficiaries who have a direct contractual relationship with the Contractor or its subcontractor.  The form of the bond shall be approved by the Office of the Attorney General of Texas.

5.1.2   Security Bond.  The security bond provides protection to ODR if Contractor presents an acceptable guaranteed maximum price ("GMP") to ODR and 1) fails to execute the GMP; or 2) fails to deliver the required payment and performance bonds within the time period stated below.

5.1.3   When Bonds Are Due
5.1.3.1   Security bonds are due within ten (10) days of signing a Construction Manager-at-Risk or Design-Build Contract.

5.1.3.2   Payment and performance bonds are due within ten (10) days of Contractor's receipt of a fully executed GMP on a Construction Manager-at-Risk project or the Contract Sum for a Design-Build project, or within ten (10) days of Contractor's receipt of a fully executed Contract on competitively bid or competitive sealed proposal projects.

5.1.4   Power of Attorney.  Each bond shall be accompanied by a valid power- of-attorney issued by the surety company, attached to the bond, and signed and sealed with the corporate embossed seal, authorizing the attorney-in-fact who signs the bond to commit the surety to the terms of the bond, and stating any limit in the amount for which the attorney can issue a single bond.

5.1.5   Bond Indemnification.  The process of requiring and accepting bonds and making claims there under shall be conducted in compliance with Tex. Gov"t Code, Chapter 2253.  IF FOR ANY REASON A STATUTORY PAYMENT OR PERFORMANCE BOND IS NOT HONORED BY THE SURETY, CONTRACTOR SHALL FULLY INDEMNIFY AND HOLD THE ODR AND OWNER HARMLESS OF AND FROM ANY COSTS, LOSSES, OBLIGATIONS OR LIABILITIES IT INCURS AS A RESULT.

5.1.6   Furnishing Bond Information.  ODR shall furnish certified copies of the Payment Bond and the related Contract to any qualified person seeking copies who complies with Tex. Gov't Code § 2253.026.

5.1.7   Claims on Payment Bonds.  Claims on payment bonds must be sent directly to Contractor and his surety in accordance with Tex. Gov't Code § 2253.041. All payment bond claimants are cautioned that no lien exists on the funds unpaid to Contractor on such Contract, and that reliance on notices sent to ODR may result in loss of their rights against Contractor and/or his surety. The ODR is not responsible in any manner to a claimant for collection of unpaid bills, and accepts no such responsibility because of any representation by any agent or employee.

TAMU-0926

5.1.8   Payment Claims when Payment Bond not Required.  The rights of Subcontractors regarding payment are governed by Tex. Prop. Code §§53.2 31 – 53.239 when the value of the Contract between ODR and Contractor is less than $25,000.00. These provisions set out the requirements for filing a valid lien on funds unpaid to Contractor as of the time of filing the claim, actions necessary to release the lien and satisfaction of such claim.

5.1.9   Sureties.   Sureties shall be listed on the US Department of the Treasury's Listing of Approved Sureties maintained by the Bureau of Financial Management Service (FMS), www.fms.treas.gov/c570, stating companies holding Certificates of Authority as acceptable sureties on Federal Bonds and acceptable reinsuring companies (FMS Circular 570) **and have a rating of A- or better with A.M. Best Company.**

5.2   **Insurance Requirements.  See attached Sample Contract or Master Agreement. for insurance requirements.**

# Article 6.  Construction Documents, Coordination Documents, and Record Documents

6.1   Drawings and Specifications.

6.1.1   Copies Furnished.  *The Contractor will be furnished one (1) digital copy of Drawings and Specifications free of charge.*

6.1.2   Ownership of Drawings and Specifications. **If applicable**, all Drawings, Specifications and copies thereof furnished by A/E are to remain A/E's property. These documents are not to be used on any other project, and with the exception of the Contract record set and electronic versions needed for warranty operations, are to be returned to the A/E, upon request, following completion of the Work.

6.1.3   Interrelation of Documents.   The Contract Documents as referenced in the Contract between Owner and Contractor are complimentary, and what is required by one shall be as binding as if required by all.

6.1.4   Resolution of Conflicts in Documents.   Where conflicts may exist within the Contract Documents, the documents shall govern in the following order:  (a) Change Orders, addenda, and written amendments to the Contract; (b) the Contract; (c) Specifications; (d) Drawings; and (e) other Contract Documents. Among other categories of documents having the same order of precedence, the term or provision that includes the latest date shall control.  *Where conflicts may exist between and/or within the Contract Documents, the higher quality, greater quantity, more restrictive, and/or more expensive requirement shall be required and shall be the basis of Contractor pricing.* Contractor shall notify A/E and ODR for resolution of the issue prior to executing the Work in question.

20

6.1.5   Contractor's Duty to Review Contract Documents.   In order to facilitate its responsibilities for completion of the Work in accordance with and as reasonably inferable from the Contract Documents, prior to commencing the Work, Contractor shall examine and compare the Contract Documents, information furnished by Owner, relevant field measurements made by Contractor and any visible or reasonably anticipated conditions at the Site affecting the Work.  This duty extends throughout the construction phase prior to commencing each particular work activity and/or system installation.

6.1.6   Discrepancies and Omissions in Drawings and Specifications.

6.1.6.1   Promptly report to ODR and to A/E the discovery of any apparent error, omission or inconsistency in the Contract Documents prior to execution of the Work.

6.1.6.2   It is recognized that Contractor is not acting in the capacity of a licensed design professional, unless it is performing as a Design- Build firm.

6.1.6.3   It is further recognized that Contractor's examination of Contract Documents is to facilitate construction and does not create an affirmative responsibility to detect errors, omissions or inconsistencies or to ascertain compliance with applicable laws, building codes or regulations, unless it is performing as a Design- Build firm or a Construction Manager-at-Risk.

6.1.6.4   When performing as a Design-Build firm, Contractor has sole responsibility for discrepancies, errors, and omissions in the Drawings and Specifications.

6.1.6.5   When performing as a Construction Manager-at-Risk, Contractor has a shared responsibility with A/E for discovery and resolution of discrepancies, errors, and omissions in the Contract Documents.  In such case, Contractor's responsibility pertains to review, coordination, and recommendation of resolution strategies within budget constraints.

6.1.6.6   Contractor has no liability for errors, omissions, or inconsistencies unless Contractor knowingly failed to report a recognized problem to Owner or the Work is executed under a Design-Build or Construction Manager-at-Risk Contract as outlined above.  Should Contractor fail to perform the examination and reporting obligations of these provisions, Contractor is responsible for avoidable costs and direct and/or consequential damages.

*6.1.6.7   The* **ODR** *makes no representations, express or implied, about the adequacy or accuracy of the Drawings, Specifications or other*

*Construction Documents provided or their suitability for their intended use. Owner expressly disclaims any implied warranty that the Construction Documents are adequate, accurate or suitable for their intended use.*

6.2     Requirements for Record Documents.  Contractor shall:

6.2.1   Maintain at the Site one copy of all Drawings, Specifications, addenda, keep current and maintain Drawings and Specifications in good order with **as constructed** postings and markings to record actual conditions of Work and Show and reference all changes made during construction.   Provide Owner and A/E access to these documents.

6.2.2   Not Applicable.

6.2.3   Not Applicable.

6.2.4   **Prior to final payment application**, Contractor shall furnish a copy of its marked-up Record Documents and a preliminary copy of each instructional manual, maintenance and operating manual, parts catalog, wiring diagrams, spare parts, specified written warranties and like publications, or parts for all installed equipment, systems, and like items and as described in the Contract Documents.

6.2.5   Once determined acceptable by ODR with input from A/E, provide one (1) reproducible copy and one (1) electronic media copy of all Record Documents, unless otherwise required by the **SSC Uniform General & Supplementary Conditions or Special Conditions**.

6.2.6   Contractor shall be responsible for updating the Record Documents for all Contractor initiated documents and changes to the Contract Documents due to coordination and actual field conditions, including RFIs.

6.2.7   A/E shall be responsible for updating the Record Documents for any addenda, Change Orders, A/E supplemental instructions and any other alterations to the Contract Documents generated by A/E or Owner.

# Article 7.  Construction Safety

7.1     General.  It is the duty and responsibility of Contractor and all of its Subcontractors to be familiar with, enforce and comply with all requirements of Public Law No. 91-596, 29 U.S.C. § 651 et. seq., the Occupational Safety and Health Act of 1970, (OSHA) and all amendments thereto.  Contractor shall prepare a safety plan specific to the Project and submit it to ODR and A/E **(if applicable)** prior to commencing Work.  In addition, Contractor and all of its Subcontractors shall comply with all applicable laws and regulations of any public body having jurisdiction for safety of persons or property to protect them from damage, injury or loss and erect and maintain all necessary safeguards for such safety and protection.

22

7.2     Notices.  Contractor shall provide notices as follows:

7.2.1   Notify owners of adjacent property including those that own or operate utility services and/or underground facilities, and utility owners, when prosecution of the Work may affect them or their facilities, and cooperate with them in the protection, removal, relocation and replacement, and access to their facilities and/or utilities.

7.2.2   Coordinate the exchange of material safety data sheets (MSDSs) or other hazard communication information required to be made available to or exchanged between or among employers at the site in connection with laws and regulations.  Maintain a complete file of MSDSs for all materials in use on site throughout the construction phase and make such file available to Owner and its agents as requested.

7.3     Emergencies.     In any emergency affecting the safety of persons or property, Contractor shall act to minimize, mitigate, and prevent threatened damage, injury or loss.

7.3.1   Have authorized agents of Contractor respond immediately upon call at any time of day or night when circumstances warrant the presence of Contractor to protect the Work or adjacent property from damage or to take such action pertaining to the Work as may be necessary to provide for the safety of the public.

7.3.2   Give ODR and A/E prompt notice of all such events.

7.3.3   If Contractor believes that any changes in the Work or variations from Contract Documents have been caused by its emergency response, promptly notify Owner within seventy-two (72) hours of the emergency response event.

7.3.4   Should Contractor fail to respond, **ODR** is authorized to direct other forces to take action as necessary and **ODR** may deduct any cost of remedial action from funds otherwise due Contractor.

7.4     Injuries. In the event of an incident or accident involving outside medical care for an individual on or near the Work, Contractor shall notify ODR and other parties as may be directed promptly, but no later than twenty-four (24) hours after Contractor learns that an event required medical care.

7.4.1   Record the location of the event and the circumstances surrounding it, by using photography or other means, and gather witness statements and other documentation which describes the event.

7.4.2   Supply ODR and A/E with an incident report no later than thirty-six (36) hours after the occurrence of the event.  In the event of a catastrophic incident (one (1) fatality or three (3) workers hospitalized), barricade and leave intact the scene of the incident until all investigations are complete.  A full set of incident investigation documents, including facts, finding of cause, and remedial plans shall be provided within one (1) week after occurrence, unless otherwise directed

TAMUxo1934

by legal counsel.  Contractor shall provide ODR with written notification within one week of such catastrophic event if legal counsel delays submission of full report.

7.5     Environmental Safety.   Upon encountering any previously unknown potentially hazardous material, or other materials potentially contaminated by hazardous material, Contractor shall immediately stop work activities impacted by the discovery, secure the affected area, and notify ODR immediately.

    7.5.1   Bind all Subcontractors to the same duty.

    7.5.2   Upon receiving such notice, ODR will promptly engage qualified experts to make such investigations and conduct such tests as may be reasonably necessary to determine the existence or extent of any environmental hazard. Upon completion of this investigation, ODR will issue a written report to Contractor identifying the material(s) found and indicate any necessary steps to be taken to treat, handle, transport or dispose of the material.

    7.5.3   ODR may hire third-party Contractors to perform any or all such steps.

    7.5.4   Should compliance with ODR's instructions result in an increase in Contractor's cost of performance, or delay the Work, Owner will make an equitable adjustment to the Contract Sum and/or the time of completion, and modify the Contract in writing accordingly.

7.6     Trenching Plan.  When the project requires excavation which either exceeds a depth of four (4) feet, or results in any worker's upper body being positioned below grade level, Contractor is required to submit a trenching plan to ODR prior to commencing trenching operations unless an engineered plan is part of the Contract Documents. The plan is required to be prepared and sealed by a professional engineer registered in the State of Texas, and hired or employed by Contractor or Subcontractor to perform the work.  Said engineer cannot be anyone who is otherwise either directly or indirectly engaged on this project.

# Article 8.  Quality Control

8.1     Materials & Workmanship.   Contractor shall execute Work in a good and workmanlike matter in accordance with the Contract Documents.  Contractor shall develop and provide a quality control plan specific to this Project and acceptable to **ODR**.  Where Contract Documents do not specify quality standards, complete and construct all Work in compliance with generally accepted construction industry standards.  Unless otherwise specified, incorporate all new materials and equipment into the Work under the Contract.

8.2     Testing.

    8.2.1   Contractor is responsible for coordinating routine and special tests required to confirm compliance with quality and performance requirements, except as stated below or otherwise required by the Contract Documents. Contractor shall provide the following testing:

TAMU-0735

8.2.1.1   Any test of basic material or fabricated equipment included as part of a submittal for a required item in order to establish compliance with the Contract Documents.

8.2.1.2   Any test of basic material or fabricated equipment offered as a substitute for a specified item on which a test may be required in order to establish compliance with the Contract Documents.

8.2.1.3   Preliminary, start-up, pre-functional and operational testing of building equipment and systems as necessary to confirm operational compliance with requirements of the Contract Documents.

8.2.1.4   All subsequent tests on original or replaced materials conducted as a result of prior testing failure.

8.2.2   All testing shall be performed in accordance with standard test procedures by an accredited laboratory, or special consultant as appropriate, acceptable to Owner. Results of all tests shall be provided promptly to ODR, A/E, and Contractor.

8.2.3   Non-Compliance (Test Results).   Should any of the tests indicate that a material and/or system does not comply with the Contract requirements, the burden of proof remains with Contractor, subject to:

8.2.3.1   Contractor selection and submission of the laboratory for Owner acceptance.

8.2.3.2   Acceptance by Owner of the quality and nature of tests.

8.2.3.3   All tests taken in the presence of A/E and/or ODR, or their representatives.

8.2.3.4   If tests confirm that the material/systems comply with Contract Documents, Owner will pay the cost of the test.

8.2.3.5   If tests reveal noncompliance, Contractor will pay those laboratory fees and costs of that particular test and all future tests, of that failing Work, necessary to eventually confirm compliance with Contract Documents.

8.2.3.6   Proof of noncompliance with the Contract Documents will make Contractor liable for any corrective action which ODR determines appropriate, including complete removal and replacement of non-compliant work or material.

8.2.4   Notice of Testing. Contractor shall give ODR and A/E timely notice of its readiness and the date arranged so ODR and A/E may observe such inspection, testing, or approval.

TAMU x0726

8.2.5   <u>Test Samples</u>.  Contractor is responsible for providing Samples of sufficient size for test purposes and for coordinating such tests with their Work Progress Schedule to avoid delay.

8.2.6   <u>Covering Up Work</u>.  If Contractor covers up any Work without providing Owner an opportunity to inspect, Contractor shall, if requested by ODR, uncover and recover the work at Contractor's expense.

8.3   <u>Submittals</u>.

8.3.1   <u>Contractor's Submittals</u>.  Contractor shall submit with reasonable promptness consistent with the Project schedule and in orderly sequence all Shop Drawings, Samples, or other information required by the Contract Documents, or subsequently required by Change Order.  Prior to submitting, Contractor shall review each submittal for general compliance with Contract Documents and approve submittals for review by A/E and **ODR** by an approval stamp affixed to each copy.  Submittal data presented without Contractor's stamp will be returned without review or comment, and any delay resulting from failure is Contractor's responsibility.

8.3.1.1   Contractor shall within twenty-one (21) days of the effective date of the Notice To Proceed with construction, submit to ODR and A/E, a submittal schedule/register, organized by specification section, listing all items to be furnished for review and approval by A/E and **ODR**.  The list shall include Shop Drawings, manufacturer's literature, certificates of compliance, materials Samples, materials colors, guarantees, and all other items identified throughout the Specifications.

8.3.1.2   Contractor shall indicate the type of item, Contract requirements reference, and Contractor's scheduled dates for submitting the item along with the requested dates for approval answers from A/E, ODR and Owner **(if applicable)**.  The submittal register shall indicate the projected dates for procurement of all included items and shall be updated at least monthly with actual approval and procurement dates.  Contractor's Submittal Register must be reasonable in terms of the review time for complex submittals.  Contractor's submittal schedule must be consistent with the Work Progress Schedule and identify critical submittals.  Show and allow a minimum of fifteen (15) days duration after receipt by A/E and ODR for review and approval.  If re- submittal required, allow a minimum of an additional fifteen (15) days for review.  Submit the updated Submittal Register with each request for progress payment.  Owner may establish routine review procedures and schedules for submittals at the preconstruction conference and/or elsewhere in the Contract Documents.  If Contractor fails to update and provide the Submittal Register as required, Owner may, after seven (7) days notice to Contractor withhold a reasonable sum of money that would otherwise be due Contractor. *Failure to update and provide the*

26

*submittal schedule/register as required shall constitute cause for Owner to withhold payment otherwise due.*

8.3.1.3   Contractor shall coordinate the Submittal Register with the Work Progress Schedule. Do not schedule Work requiring a submittal to begin prior to scheduling review and approval of the related submittal. Revise and/or update both schedules monthly to ensure consistency and current project data. Provide to ODR the updated Submittal Register and schedule with each application for progress payment.   Refer to requirements for the Work Progress Schedule for inclusion    of procurement activities therein.   Regardless,  the Submittal Register shall identify dates submitted and returned and shall be used to confirm status and disposition of particular items submitted, including approval or other action taken and other information not conveniently tracked through the Work Progress Schedule.

8.3.1.4   By submitting Shop Drawings, Samples  or  other  required information, Contractor represents that it has determined and verified all applicable field measurements, field construction criteria, materials, catalog numbers and similar data; and has checked and coordinated each Shop Drawing and Sample with the requirements of the Work and the Contract Documents.

8.3.2   Review of Submittals.  A/E and ODR review is only for conformance with the design concept and the information provided in the Contract Documents. Responses to submittals will be in writing.  The approval of a separate item does not indicate approval of an assembly in which the item functions.  The approval of a submittal does not relieve Contractor of responsibility for any deviation from the requirements of the Contract unless Contractor  informs A/E and ODR of such deviation in a clear, conspicuous, and written manner on the submittal transmittal and at the time of submission, and obtains Owner's written specific approval of the particular deviation.

8.3.3   Correction and Resubmission.  Contractor shall make any corrections required to a submittal and resubmit the required number of corrected copies promptly so as to avoid delay, until submittal approval.  Direct attention in writing to A/E  and ODR, when applicable, to any new revisions other than the corrections requested on previous submissions.

8.3.4   Limits on Shop Drawing Review.  Contractor shall not commence any Work requiring a submittal until review of the submittal under Subsection 9.3.2. Construct all such work in accordance with reviewed submittals.  Comments incorporated as part of the review in Subsection 9.3.2 of Shop Drawings and Samples is not authorization to Contractor to perform extra work or changed work unless authorized through a Change Order. A/E's and ODR's review, if any, does not relieve Contractor from responsibility for defects in the Work resulting from errors or omissions of any kind on the submittal, regardless of any approval action.

8.3.5   <u>No Substitutions Without Approval</u>.  ODR and A/E may receive and consider Contractor's request for substitution when Contractor agrees to reimburse Owner for review costs and satisfies the requirements of this section.   If Contractor does not satisfy these conditions, ODR and A/E will return the request         without action  except  to  record  noncompliance  with  these requirements.   Owner will not consider the request if Contractor cannot provide the product or method because of failure to pursue the Work promptly or coordinate activities properly. Contractor's request for a substitution may be considered by ODR and A/E when:

8.3.5.1   The Contract Documents do not require extensive revisions; and

8.3.5.2   Proposed changes are in keeping with the general intent of the Contract Documents and the design intent of A/E and do not result in an increase in cost to Owner; and

8.3.5.3   The request is timely, fully documented, properly submitted and one or more of the following apply:

8.3.5.3.1   Contractor  cannot  provide  the  specified  product, assembly  or  method  of  construction  within  the  Contract Time;

8.3.5.3.2   The  request  directly  relates  to  an  "or-equal"  clause  or similar language in the Contract Documents;

8.3.5.3.3   The  request  directly  relates  to  a  "product  design standard"  or  "performance  standard"  clause  in  the Contract Documents;

8.3.5.3.4   The  requested  substitution  offers  Owner  a  substantial advantage  in  cost,  time,  energy  conservation  or  other considerations,  after  deducting  additional  responsibilities Owner must assume;

8.3.5.3.5   The specified product or method of construction cannot receive  necessary  approval  by  an  authority  having jurisdiction,  and  ODR  can  approve  the  requested substitution;

8.3.5.3.6   Contractor  cannot  provide  the  specified  product, assembly  or  method  of  construction  in  a  manner  that  is compatible  with  other  materials  and  where  Contractor certifies  that  the  substitution  will  overcome  the incompatibility;

8.3.5.3.7   Contractor  cannot  coordinate  the  specified  product, assembly or method of construction with other materials and

where Contractor certifies they can coordinate the proposed substitution; or

8.3.5.3.8    The specified product, assembly or method of construction cannot provide a warranty required by the Contract Documents and where Contractor certifies that the proposed substitution provides the required warranty.

8.3.6    Unauthorized Substitutions at Contractor's Risk.  Contractor is financially responsible for any additional costs or delays resulting from unauthorized substitution of materials, equipment or fixtures other than those specified. Contractor shall reimburse Owner for any increased design or contract administration costs resulting from such unauthorized substitutions.

8.4    Field Mock-up.

8.4.1    Mock-ups shall be constructed prior to commencement of a specified scope of work to confirm acceptable workmanship.

8.4.1.1    As a minimum, field mock-ups shall be constructed for roofing systems, exterior veneer / finish systems, glazing systems, and any other Work requiring a mock-up as identified throughout the Contract Documents.  Mock-ups for systems not part of the Project scope shall not be required.

8.4.1.2    Mock-ups may be incorporated into the Work if allowed by the Contract Documents and if acceptable to ODR.  If mock-ups are freestanding, they shall remain in place until otherwise directed by Owner.

8.4.1.3    Contractor shall include field mock-ups in their Work Progress Schedule and shall notify ODR and A/E of readiness for review sufficiently in advance to coordinate review without delay.

8.5    Inspection During Construction.

8.5.1    Contractor shall provide sufficient, safe, and proper facilities, including equipment as necessary for safe access, at all reasonable times for observation and/or inspection of the Work by Owner and its agents.

8.5.2    Contractor shall not cover up any Work with finishing materials or other building components prior to providing Owner and its agents an opportunity to perform an inspection of the Work.

8.5.2.1    Should corrections of the Work be required for approval, Contractor shall not over up corrected Work until Owner indicates approval.

8.5.2.2   Contractor shall provide notification of at least five (5) working days or otherwise as mutually agreed, to ODR of the anticipated need for a cover-up inspection.  Should ODR fail to make the necessary inspection within the agreed period, Contractor may proceed with cover-up Work, but is not relieved of responsibility for Work to comply with requirements of the Contract Documents.

## Article 9.  Construction Schedules

9.1   Contract Time.  TIME IS AN ESSENTIAL ELEMENT OF THE CONTRACT.
The Contract Time is the time between the dates indicated in the Notice to Proceed for commencement of the Work and for achieving Substantial Completion.  The Contract Time can be modified only by Change Order.  Failure to achieve Substantial Completion within the Contract Time as otherwise agreed to in writing will cause damage to Owner and may subject Contractor to liquidated damages as provided in the Contract Documents.   If Contractor fails to achieve Final Completion in a reasonable time after Substantial Completion, Contractor shall be responsible for Owner's additional inspection, project management, and maintenance cost to the extent caused by Contractor's failure to achieve Final Completion.

9.2   Notice to Proceed.  The **ODR** will issue a Notice to Proceed which shall state the dates for beginning Work and for achieving Substantial Completion of the Work.

9.3   Work Progress Schedule.   Contractor shall submit their initial Work Progress Schedule for the Work in relation to the entire Project not later than ten (10) days after the effective date of the Notice to Proceed to ODR and A/E.   Unless otherwise indicated in the Contract Documents, the Work Progress Schedule shall be computerized Critical Path Method (CPM) with fully editable logic. This initial schedule shall indicate the dates for starting and completing the various aspects required to complete the Work, including mobilization, procurement, installation, testing, inspection, delivery of Close-out Documents and acceptance of all the Work of the Contract.   When acceptable to Owner, the initially accepted schedule shall be the Baseline Schedule for comparison to actual conditions throughout the Contract duration.

9.3.1   Schedule Requirements.   Contractor shall submit electronic and paper copy of the initial Work Progress Schedule reflecting accurate and reliable representations of the planned progress of the Work, the Work to date if any, and of Contractor's actual plans for its completion.   Contractor shall organize and provide adequate detail so the schedule is capable of measuring and forecasting the effect of delaying events on completed and uncompleted activities.

9.3.1.1   Contractor shall re-submit initial schedule as required to address review comments from A/E and ODR until such schedule is accepted as the Baseline Schedule.

9.3.1.2   Submittal of a schedule, schedule revision or schedule update constitutes Contractor's representation to **ODR** of the accurate depiction

of all progress to date and that Contractor will follow the schedule as submitted in performing the Work.

9.3.2   Schedule Updates.  Contractor shall update the Work Progress Schedule and the Submittal Register monthly, as a minimum, to reflect progress to date and current plans for completing the Work, while maintaining original schedule as Baseline Schedule and submit electronic copies of the update to A/E and ODR as directed, but as a minimum with each request for payment. Owner has no duty to make progress payments unless accompanied by the updated Work Progress Schedule.  Show the anticipated date of completion reflecting all extensions of time granted through Change Order as of the date of the update.  Contractor may revise the Work Progress Schedule when in Contractor's judgment it becomes necessary for the management of the Work. Contractor shall identify all proposed changes to schedule logic to Owner/**ODR** and to A/E via an executive summary accompanying the updated schedule for review prior to final implementation of revisions into a revised Baseline Schedule.  Schedule changes that materially impact Owner's operations shall be communicated promptly to ODR and shall not be incorporated into the revised Baseline Schedule without ODR"s consent.

9.3.3   The Work Progress Schedule is for Contractor's use in managing the Work and submittal of the schedule, and successive updates or revisions, is for the information of Owner and to demonstrate that Contractor has complied with requirements for planning the Work.  Owner's acceptance of a schedule, schedule update or revision constitutes Owner's agreement to coordinate its own activities with Contractor's activities as shown on the schedule.

9.3.3.1   Acceptance of the Work Progress Schedule, or update and/or revision thereto does not indicate any approval of Contractor's proposed sequences and duration.

9.3.3.2   Acceptance of a Work Progress Schedule update or revision indicating early or late completion does not constitute Owner's consent, alter the terms of the Contract, or waive either Contractor's responsibility for timely completion or Owner's right to damages for Contractor's failure to do so.

9.3.3.3   Contractor's scheduled dates for completion of any activity or the entire Work do not constitute a change in terms of the Contract. Change Orders are the only method of modifying the Substantial Completion Date(s) and Contract Time.

9.4   Ownership of Float.  Unless indicated otherwise in the Contract Documents, Contractor shall develop its schedule, pricing, and execution plan to provide a minimum of ten (10) percent total float at acceptance of the Baseline Schedule.  Float time contained in the Work Progress Schedule is not for the exclusive benefit of Contractor or Owner, but belongs to the Project and may be consumed by either party as needed on a first-used basis.

31

9.5     Completion of Work.  Contractor is accountable for completing the Work within the Contract Time stated in the Contract, or as otherwise amended by Change Order.

9.5.1   If, in the judgment of Owner/**ODR**, the work is behind schedule and the rate of placement of work is inadequate to regain scheduled progress to insure timely completion of the entire work or a separable portion thereof, Contractor, when so informed by Owner/**ODR**, shall immediately take action to increase the rate of work placement by:

9.5.1.1   An increase in working forces.

9.5.1.2   An increase in equipment or tools.

9.5.1.3   An increase in hours of work or number of shifts.

9.5.1.4   Expedite delivery of materials.

9.5.1.5   Other action proposed if acceptable to Owner.

9.5.2   Within five (5) days after such notice from ODR, Contractor shall notify ODR in writing of the specific measures taken and/or planned to increase the rate of progress.   Contactor shall include an estimate as to the date of scheduled progress recovery and an updated Work Progress Schedule illustrating Contractor's plan for achieving timely completion of the Project. Should ODR deem the plan of action inadequate, Contractor shall take additional steps or make adjustments as necessary to its plan of action until it meets with ODR's approval.

9.6     Modification of the Contract Time.

9.6.1   Delays and extension of time as hereinafter described are valid only if executed in accordance with provisions set forth in Article 11.

9.6.2   When a delay defined herein as excusable prevents Contractor from completing the Work within the Contract Time, Contractor is entitled to an extension of time. Owner will make an equitable adjustment and extend the number of days lost because of excusable delay or Weather Days, as measured by Contractor's progress schedule.  All extensions of time will be granted in calendar days.  In no event, however, will an extension of time be granted for delays that merely extend the duration of non-critical activities, or which only consume float without delaying the project Substantial Completion date(s).

9.6.2.1   A "Weather Day" is a day on which Contractor's current schedule indicates Work is to be done, and on which inclement weather and related site conditions prevent Contractor from performing seven (7) continuous hours of Work between the hours of 7:00 a.m. and 6:00 p.m. Weather days are excusable delays. When weather conditions at the site prevent work from proceeding, Contractor shall immediately notify ODR for confirmation of the conditions.  At the end of each calendar month, submit to ODR and A/E a list of Weather Days occurring in that

TAMUx 0939

month along with documentation of the impact on critical activities. Based on confirmation by ODR, any time extension granted will be issued by Change Order *for those weather days during that month which exceed the number expected, as shown in the Rainfall Table below*. If Contractor and Owner cannot agree on the time extension, Owner may issue a ULCO for fair and reasonable time extension.

9.6.2.1.1 *Rainfall Table*

*The number of weather days expected for each month during the term of this Contract is compiled by the State Climatologist, based on U.S. Weather Bureau records. The number of weather days shown in the Rainfall Table for the first and last months of the Contract will be prorated in determining the total number of weather days expected during the term of this Contract.*

*Texas A&M University (College Station/Bryan)*

| *January* | *5* | *May* | *5* | *September* | *6* |
|-----------|-----|-------|-----|-------------|-----|
| *February* | *5* | *June* | *4* | *October* | *4* |
| *March* | *5* | *July* | *4* | *November* | *4* |
| *April* | *5* | *August* | *4* | *December* | *5* |

9.6.2.2 Excusable Delay. Contractor is entitled to an equitable adjustment of the Contract Time, issued via change order, for delays caused by the following:

9.6.2.2.1 Errors, omissions and imperfections in design, which A/E corrects by means of changes in the Drawings and Specifications.

9.6.2.2.2 Unanticipated physical conditions at the Site, which A/E corrects by means of changes to the Drawings and Specifications or for which ODR directs changes in the Work identified in the Contract Documents.

9.6.2.2.3 Changes in the Work that effect activities identified in Contractor's schedule as "critical" to completion of the entire Work, if such changes are ordered by ODR or recommended by A/E and ordered by ODR.

9.6.2.2.4 Suspension of Work for unexpected natural events (sometimes called "*Force Majure*"), civil unrest, strikes or other events which are not within the reasonable control of Contractor.

9.6.2.2.5 Suspension of Work for convenience of ODR, which prevents Contractor from completing the Work within the Contract Time.

9.6.3   Contractor's relief in the event of such delays is the time impact to the critical path as determined by analysis of Contractor's schedule.   In the event that Contractor incurs additional direct costs because of the excusable delays other than described in Subparagraph 9.6.2.2.4 and within the reasonable control of Owner, the Contract price and Contract Time are to be equitably adjusted by Owner pursuant to the provisions of Article 11.

9.7   <u>No Damages for Delay</u>. Contractor has no claim for monetary damages for delay or hindrances to the work from any cause, including without limitation any act or omission of Owner.

9.8   <u>Concurrent Delay</u>.  When the completion of the Work is simultaneously delayed by an excusable delay and a delay arising from a cause not designated as excusable, Contractor may not be entitled to a time extension for the period of concurrent delay.

9.9   <u>Other Time Extension Requests</u>.  Time extensions requested in association with changes to the Work directed or requested by Owner shall be included with Contractor's proposed costs for such change. Time extensions requested for inclement weather are covered by Paragraph 9.6.2.1 above.  If Contractor believes that the completion of the Work is delayed by a circumstance other than for changes directed to the Work or weather, they shall give ODR written notice, stating the nature of the delay and the activities potentially affected, within five (5) days after the onset of the event or circumstance giving rise to the excusable delay. Contractor shall provide sufficient written evidence to document the delay.  In the case of a continuing cause of delay, only one claim is necessary.   State claims for extensions of time in numbers of whole or half days.

9.9.1   Within ten (10) days after the cessation of the delay, Contractor shall formalize its request for extension of time in writing to include a full analysis of the schedule impact of the delay and substantiation of the excusable nature of the delay. All changes to the Contract Time or made as a result of such claims is by Change Order, as set forth in Article 11.

9.9.2   No extension of time releases Contractor or the Surety furnishing a performance or payment bond from any obligations under the Contract or such a bond.  Those obligations remain in full force until the discharge of the Contract.

9.9.3   <u>Contents of Time Extension Requests</u>. Contractor shall provide with each Time Extension Request a quantitative demonstration of the impact of the delay on project completion time, based on the Work Progress Schedule. Contractor shall include with Time Extension Requests a reasonably detailed narrative setting forth:

9.9.3.1   The nature of the delay and its cause; the basis of Contractor's claim of entitlement to a time extension.

9.9.3.2   Documentation of the actual impacts of the claimed delay on the critical path indicated in Contractor's Work Progress Schedule, and any concurrent delays.

9.9.3.3   Description and documentation of steps taken by Contractor to mitigate the effect of the claimed delay, including, when appropriate, the modification of the Work Progress Schedule.

9.9.4   <u>ODR's Response</u>.   ODR will respond to the Time Extension Request by providing to Contractor written notice of the number of days granted, if any, and giving its reason if this number differs from the number of days requested by Contractor.

9.9.4.1   ODR will not grant time extensions for delays that do not affect the Contract Substantial Completion date.

9.9.4.2   ODR will respond to each properly submitted Time Extension Request within fifteen (15) days following receipt.  If ODR cannot reasonably make a determination about Contractor's entitlement to a time extension within that time, ODR will notify Contractor in writing.  Unless otherwise agreed by Contractor, ODR has no more than  fifteen (15) additional days to prepare  a final response.  If the ODR fails to respond within forty-five (45) calendar days from the date the Time Extension Request is received, the Contractor is entitled to a time extension in the amount requested.

9.10   <u>Failure to Complete Work Within the Contract Time</u>. TIME IS AN ESSENTIAL ELEMENT OF THE CONTRACT.  Contractor's failure to substantially complete the Work within the Contract Time or to achieve Substantial Completion as required will cause damage to Owner.   These damages shall be liquidated by agreement of Contractor and Owner, in the amount per day as set forth in the Contract Documents.

9.11   <u>Liquidated Damages</u>. *For each consecutive calendar day after the date of Substantial Completion, plus any extensions of time granted by Change Order, that the Work is not substantially completed, Contractor shall pay to ODR, within ten (10) days following written demand, an amount determined by the following schedule:*

| Project Work - Actual Cost of Construction (ACC) | | |
|---|---|---|
| **From** | **To** | **Per Day** |
| $0 | $299,999.99 | $250.00 |
| $300,000 | $999,999.99 | $500.00 |
| $1,000,000 | $4,999,999.99 | $2,500.00 |
| $5,000,000 | $10,000,000 | $5,000.00 |

*Liquidated Damages shall be applied not as a penalty but as liquidated damages representing the parties' estimate at the time of contract execution of the damages that*

35

*Owner or ODR will sustain for late completion. ODR may also recover the liquidated damages from any money due or that becomes due Contractor. The amount of liquidated damages may be adjusted by Owner in Special Conditions.*

*The parties stipulate and agree that the actual damages sustained by Owner or ODR for late completion of the Project will be uncertain and difficult to ascertain, that calculating Owner's or ODR's actual damages would be impractical, unduly burdensome, and cause unnecessary delay, and that the amount of daily liquidated damages set forth above is a reasonable estimate.*

*Payment of the liquidated damages does not preclude recovery by Owner or ODR of other damages or losses under other provisions of the Contract, except for claims related to delays in Substantial Completion (as defined below) or Final Completion. Owner's right to receive liquidated damages shall not affect Owner's right to terminate the Contract as provided in these UGSC or elsewhere in the Contract Documents, nor shall termination of the Contract release Contractor from the obligation to pay the liquidated damages.*

## Article 10.  Payments

10.1.1 <u>Schedule of Values</u>.  Contractor shall submit to ODR and A/E for acceptance a Schedule of Values accurately itemizing material and labor for the various classifications of the Work based on the organization of the specification sections and of sufficient detail acceptable to ODR.  The accepted Schedule of Values will be the basis for the progress payments under the Contract.

10.1.1 No progress payments will be made prior to receipt and acceptance of the Schedule of Values, provided in such detail as required by ODR, and submitted not less than twenty-one (21) days prior to the first request for payment.  The Schedule of Values shall follow the order of trade divisions of the Specifications and include itemized costs for general conditions, costs for preparing close out documents, fees, contingencies, and Owner cash allowances, if applicable, so that the sum of the items will equal the Contract price. As appropriate, assign each item labor and/or material values, the subtotal thereof equaling the value of the work in place when complete.

10.1.1.1  ODR requires that the Work items be inclusive of the cost of the Work items only.  Any contract markups for overhead and profit, general conditions, etc., shall be contained within separate line items for those specific purposes.

10.1.2 Contractor shall retain a copy of all worksheets used in preparation of its bid or proposal, supported by a notarized statement that the worksheets are true and complete copies of the documents used to prepare the bid or proposal. Make the worksheets available to ODR at the time of Contract execution. Thereafter Contractor shall grant **ODR** during normal business hours access to said copy of worksheets at any time during the period commencing upon execution of the Contract and ending one year after final payment.

TAMUX 0933

10.2.    Progress Payments.   Contractor will receive periodic progress payments for Work performed, materials in place, suitably stored on Site, or as otherwise agreed to by **ODR** and Contractor.   Payment is not due until receipt by ODR or his designee of a correct and complete Pay Application in electronic and/or hard copy format as set forth in **UGSC, Div 01 Specifications, Master Agreement Contract**, and certified by A/E. Progress payments are made provisionally and do not constitute acceptance of work not in accordance with the Contract Documents.  **ODR** will not process progress payment applications for Change Order Work until all parties execute the Change Order.

10.2.1  Preliminary Pay Worksheet.  Once each month that a progress payment is to be requested, the Contractor shall submit to A/E and ODR a complete, clean copy of a preliminary pay worksheet or preliminary pay application, to include the following:

10.2.1.1  Contractor's estimate of the amount of Work performed, labor furnished and materials incorporated into the Work, using the established Schedule of Values;

10.2.1.2  An updated Work Progress Schedule including  the executive summary and all required schedule reports;

10.2.1.3  HUB subcontracting plan Progress Assessment Report as required in Paragraph 4.2.5.1;

10.2.1.4  Such additional documentation as **ODR** may require as set forth in the **UGSC** or elsewhere in the Contract Documents; and

10.2.1.5  Construction payment affidavit.

10.2.2  Contractor's Application for Payment.  As soon as practicable, but in no event later than seven (7) days after receipt of the preliminary pay worksheet, A/E and ODR will meet with Contractor to review the preliminary pay worksheet and to observe the condition of the Work.  Based on this review, ODR and A/E may require modifications to the preliminary pay worksheet prior to the submittal of an Application for Payment, and will promptly notify Contractor of revisions necessary for approval.  As soon as practicable, Contractor shall submit its Application for Payment on the appropriate and completed form, reflecting the required modifications to the Schedule of Values required by A/E  and/or ODR.   Attach all additional documentation required by ODR and/or A/E, as well as an affidavit affirming that all payrolls, bills for labor, materials, equipment, subcontracted work and other indebtedness connected with Contractor's Application for Payment are paid or will be paid within the time specified in Tex. Gov't Code, Chapter 2251.  No Application for Payment is complete unless it fully reflects all required modifications, and attaches all required documentation including Contractor's affidavit.

10.2.3  Certification by Architect/Engineer **(if applicable)**.  Within five (5) days or earlier following A/E's  receipt  of  Contractor's  formal  Application  for

TAMUCC 0738

Payment, A/E will review the Application for Payment for completeness, and forward it to ODR. A/E will certify that the application is complete and payable, or that it is incomplete, stating in particular what is missing. If the Application for Payment is incomplete, Contractor shall make the required corrections and resubmit the Application for Payment for processing.

10.3 **ODR**'s Duty to Pay. **ODR** has no duty to pay the Contractor except on receipt by **ODR** of: 1) a complete, accurate, and correct Application for Payment certified by A/E; 2) Contractor's updated Work Progress Schedule; and 3) confirmation that Contractor's record documentation at the Site is kept current.

10.3.1 Payment for stored materials and/or equipment confirmed by **ODR** and A/E to be on-site or otherwise properly stored is limited to eighty-five (85) percent of the invoice price or eighty-five (85) percent of the scheduled value for the materials or equipment, whichever is less.

10.3.2 Retainage. **ODR** will withhold from each progress payment, as retainage, five (5) percent of the total earned amount, the amount authorized by law, or as otherwise set forth in the **UGSC** or Special Conditions. Retainage is managed in conformance with Tex. Gov't Code, Chapter 2252, Subchapter B.

10.3.2.1 Contractor shall provide written consent of its surety for any request for reduction or release of retainage.

10.3.2.2 At least sixty-five (65) percent of the Contract, or such other discrete Work phase as set forth in Subsection 12.1.6 or Work package delineated in the Contract Documents, must be completed before **ODR** can consider a retainage reduction or release.

10.3.2.3 Contractor shall not withhold retainage from their Subcontractors and suppliers in amounts that are any percentage greater than that withheld in its Contract with **ODR** under this subsection, unless otherwise acceptable to **ODR**.

10.3.3 Price Reduction to Cover Loss. **ODR** may reduce any Application for Payment, prior to payment to the extent necessary to protect **ODR** from loss on account of actions of Contractor including, but not limited to, the following:

10.3.3.1 Defective or incomplete Work not remedied;

10.3.3.2 Damage to Work of a separate Contractor;

10.3.3.3 Failure to maintain scheduled progress or reasonable evidence that the Work will not be completed within the Contract Time;

10.3.3.4 Persistent failure to carry out the Work in accordance with the Contract Documents;

10.3.3.5 Reasonable evidence that the Work cannot be completed for the unpaid portion of the Contract Sum;

10.3.3.6  Assessment of fines for violations of prevailing wage rate law; or

10.3.3.7  Failure to include the appropriate amount of retainage for that periodic progress payment.

10.3.4  Title to all material and Work covered by progress payments transfers to Owner upon payment.

10.3.4.1  Transfer of title to Owner does not relieve Contractor and its Subcontractors of the sole responsibility for the care and protection of materials and Work upon which payments have been made until final acceptance, or the restoration of any damaged Work, or waive the right of **ODR** to require the fulfillment of all the terms of the Contract.

10.4  Progress Payments.  Progress payments to Contractor do not release Contractor or its surety from any obligations under the Contract.

10.4.1  Upon **ODR**'s request, Contractor shall furnish manifest proof of the status of Subcontractor's accounts in a form acceptable to **ODR**.

10.4.2  Pay estimate certificates must be signed by a corporate officer or a representative duly authorized by Contractor.

10.4.3  Provide copies of bills of lading, invoices, delivery receipts or other evidence of the location and value of such materials in requesting payment for materials.

10.4.4  For purposes of Tex. Gov't Code § 2251.021(a)(2), the date the performance of service is complete is the date when ODR approves the Application for Payment.

10.5  Off-Site Storage.  With prior approval by **ODR** and in the event Contractor elects to store materials at an off-site location, abide by the following conditions, unless otherwise agreed to in writing by **ODR**.

10.5.1  Store materials in a bonded commercial warehouse meeting the criteria stated below.

10.5.2  Provide insurance coverage adequate not only to cover materials while in storage, but also in transit from the off-site storage areas to the Project Site. Copies of duly authenticated certificates of insurance, made out to insure the **Owner and ODR**, must be filed with **ODR**.

10.5.3  Inspection by Owner's representative is allowed at any time.  Owner's inspectors must be satisfied with the security, control, maintenance, and preservation measures.

10.5.4  Materials for this Project are physically separated and marked for the Project in a sectioned-off area.  Only materials which have been approved through the submittal process are to be considered for payment.

TAMU-01746

10.5.5 **ODR** reserves the right to reject materials at any time prior to final acceptance of the complete **Project** if they do not meet Contract requirements regardless of any previous progress payment made.

10.5.6 With each monthly payment estimate, submit a report to **ODR, A/E and ODR's Inspector** listing the quantities of materials already paid for and still stored in the off-site location.

10.5.7 Make warehouse records, receipts and invoices available to **ODR**'s, upon request, to verify the quantities and their disposition.

10.5.8 In the event of Contract termination or default by Contractor, the items in storage off-site, upon which payment has been made, will be promptly turned over to **ODR** at a location near the jobsite as directed by ODR. The full provisions of performance and payment bonds on this Project cover the materials off-site in every respect as though they were stored on the Project Site.

10.6    Not Applicable.

## Article 11.  Changes

11.1    <u>Change Orders</u>.  A Change Order issued after execution of the Contract is a written order to Contractor, signed by ODR, Contractor, and A/E **(if applicable)**, authorizing a change in the Work or an adjustment in the Contract Sum or the Contract Time.  The Contract Sum and the Contract Time can only be changed by Change Order.  A Change Order signed by Contractor indicates his agreement therewith, including the adjustment in the Contract Sum and/or the Contract Time.  ODR may issue a written authorization for Contractor to proceed with Work of a Change Order in advance of final execution by all parties in accordance with Section 11.9.

11.1.1 Owner**/ODR**, without invalidating the Contract and without prior approval of the surety, may order changes in the Work within the general scope of the Contract consisting of additions, deletions or other revisions, and the Contract Sum and the Contract Time will be adjusted accordingly.  All such changes in the Work shall be authorized by Change Order or ULCO, and shall be performed under the applicable conditions of the Contract Documents.  If such changes cause an increase or decrease in Contractor's cost of, or time required for, performance of the Contract, an equitable adjustment shall be made and confirmed in writing in a Change Order or a ULCO.

11.1.2 It is recognized by the parties hereto and agreed by them that the Specifications and Drawings may not be complete or free from errors, omissions and imperfections or that they may require changes or additions in order for the Work to be completed to the satisfaction of Owner and **ODR** that, accordingly, it is the express intention of the parties, notwithstanding any other provisions in this Contract, that any errors, omissions or imperfections in such Specifications and Drawings, or any changes in or additions to same or to the

Work ordered by Owner and any resulting delays in the Work or increases in Contractor's costs and expenses arising out of such errors, shall not constitute or give rise to any claim, demand or cause of action of any nature whatsoever in favor of Contractor, whether for breach of Contract, or otherwise; provided, however, that Owner shall be liable to Contractor for the sum stated to be due Contractor in any Change Order approved and signed by both parties, it being agreed hereby that such sum, together with any extension of time contained in said Change Order, shall constitute full compensation to Contractor for all costs, expenses and damages to Contractor, as permitted under Tex. Gov't Code, Chapter 2260.

11.1.3 Procedures for administration of Change Orders shall be established by **ODR** and stated in Supplementary General Conditions, Special Conditions, or elsewhere in the Contract Documents.

11.1.4 No verbal order, verbal statement, or verbal direction of Owner or **ODR** shall be treated as a change under this article or entitle Contractor to an adjustment.

11.1.5 Contractor agrees that Owner or **ODR** shall have access and the right to examine any directly pertinent books, documents, papers, and records of Contractor. Further, Contractor agrees to include in all its subcontracts a provision to the effect that Subcontractor agrees that Owner or **ODR** shall have access to and the right to examine any directly pertinent books, documents, papers and records of such Subcontractor relating to any claim arising from the Contract, whether or not the Subcontractor is a party to the claim. The period of access and examination described herein which relates to appeals under the Disputes article of the Contract, litigation, or the settlement of claims arising out of the performance of the Contract shall continue until final disposition of such claims, appeals or litigation.

11.2 Unit Prices. If unit prices are stated in the Contract Documents, and if the quantities originally contemplated are so changed in a Proposed Change Order that application of the agreed unit prices to the quantities of work proposed will cause substantial inequity to Owner or Contractor, the applicable unit prices shall be equitably adjusted as agreed to by the parties and incorporated into a Change Order.

11.3 Claims for Additional Costs.

11.3.1 If Contractor wishes to make a claim for an increase in the Contract Sum not related to a requested change, they shall give ODR and A/E written notice thereof within twenty-one (21) days after the occurrence of the event giving rise to such claim, but, in any case before proceeding to execute the Work considered to be additional cost or time, except in an emergency endangering life or property in which case Contractor shall act in accordance with Subsection 8.2.1. No such claim shall be valid unless so made. If ODR and Contractor cannot agree on the amount of the adjustment in the Contract Sum, it shall be determined as set forth under Article 15. Any change in the Contract Sum resulting from such claim shall be authorized by a Change Order or a ULCO.

TAMU×0742

11.3.2  If Contractor claims that additional cost is involved because of, but not limited to, 1) any written interpretation of the Contract Documents, 2) any order by **ODR** to stop the Work pursuant to Article 14 where Contractor was not at fault, or 3) any written order for a minor change in the Work issued pursuant to Section 12.4, Contractor shall make such claim as provided in Subsection 12.3.1.

11.3.3  Should Contractor or his Subcontractors fail to call attention of A/E to discrepancies or omissions in the Contract Documents, but claim additional costs for corrective Work after Contract award, Owner may assume intent to circumvent competitive bidding for necessary corrective Work.  In such case, Owner may choose to let a separate Contract for the corrective Work, or issue a ULCO to require performance by Contractor.  Claims for time extensions or for extra cost resulting from delayed notice of patent Contract Document discrepancies or omissions will not be considered by Owner.

11.4    Minor Changes.  A/E, with concurrence of ODR, will have authority to order minor changes in the Work not involving an adjustment in the Contract Sum or an extension of the Contract Time.   Such changes shall be effected by written order which Contractor shall carry out promptly and record on as-built record documents.

11.5    Concealed Site Conditions.  Contractor is responsible for visiting the Site and being familiar with local conditions such as the location, accessibility, and general character of the Site and/or building.  If, in the performance of the Contract, subsurface, latent, or concealed conditions at the Site are found to be materially different from the information included in the Contract Documents, or if unknown conditions of an unusual nature are disclosed differing materially from the conditions usually inherent in Work of the character shown and specified, ODR and A/E shall be notified in writing of such conditions before they are disturbed.  Upon such notice, or upon its own observation of such conditions, A/E, with the approval of ODR, will promptly make such changes in the Drawings and Specifications as they deem necessary to conform to the different conditions, and any increase or decrease in the cost of the Work, or in the time within which the Work is to be completed, resulting from such changes will be adjusted by Change Order, subject to the prior approval of ODR.

11.6    Extension of Time.  All changes to the Contract Time shall be made as a consequence of requests as required under Section 10.6, and as documented by Change Order as provided under Section 12.1.

11.7    Administration of Change Order Requests.   All changes in the Contract shall be administered in accordance with procedures approved by **ODR**, and when required, make use of such electronic information management system(s) as **ODR** or Owner may employ.

11.7.1  Routine changes in the construction Contract shall be formally initiated by **ODR** or A/E by means of a PCO form detailing requirements of the proposed change for pricing by Contractor.   This action may be preceded by communications between Contractor, A/E and ODR concerning the need and nature of the change, but such communications shall not constitute a basis for

beginning the proposed Work by Contractor.   Except for emergency conditions described below, approval of Contractor's cost proposal by A/E and ODR will be required for authorization to proceed with the Work being changed.  **ODR** will not be responsible for the cost of Work changed without prior approval and Contractor may be required to remove Work so installed.

11.7.2  All proposed costs for change order Work must be supported by itemized accounting of material, equipment and associated itemized installation costs in sufficient detail, following the outline and organization of the established Schedule of Values, to permit analysis by A/E and ODR using current estimating guides and/or practices.   Photocopies of Subcontractor and vendor proposals shall be furnished unless specifically waived by ODR.  Contractor shall provide written response to a change request within twenty-one (21) days of receipt.

11.7.3  Any unexpected circumstance which necessitates an immediate change in order to avoid a delay in progress of the Work may be expedited by verbal communication and authorization between Contractor and **ODR**, with written confirmation following within twenty-four (24) hours.   A limited scope not-to-exceed estimate of cost and time will be requested prior to authorizing Work to proceed.  Should the estimate be impractical for any reason, ODR may authorize the use of detailed cost records of such work to establish and confirm the actual costs and time for documentation in a formal Change Order.

11.7.4  Emergency changes to save life or property may be initiated by Contractor alone (see Section 7.3) with the claimed cost and/or time of such work to be fully documented as to necessity and detail of the reported costs and/or time.

11.7.5  The method of incorporating approved Change Orders into the parameters of the accepted Schedule of Values must be coordinated and administered in a manner acceptable to ODR.

11.8    Pricing Change Order Work.  The amounts that Contractor and/or its Subcontractor adds to a Change Order for profit and overhead will also be considered by Owner before approval is given.  The amounts established hereinafter are the maximums that are acceptable to Owner.

11.8.1  For Work performed by its forces, Contractor will be allowed their actual costs for materials, *equipment charges*, the total amount of wages paid for labor, plus the total cost of State and Federal payroll taxes and of worker's compensation and comprehensive general liability insurance, plus additional bond and builders risk insurance cost if the change results in an increase in the premium paid by Contractor.  To the total of the above costs, Contractor will be allowed to add a percentage as noted below to cover overhead and profit combined.

Allowable percentages for overhead and profit on any specific change shall not exceed fifteen (15) percent for the first $10,000 of value for self-performed work or portion thereof, ten (10) percent for the second $10,000 of

43

value for self-performed work or portion thereof and seven and a half (7.5) percent for any value of the self-performed work that exceeds $20,000.

11.8.2  For subcontracted Work each affected Subcontractor shall figure its costs, overhead and profit as described above for Contractor's Work, all Subcontractor costs shall be combined, and to that total Subcontractor cost

Contractor will be allowed to add a maximum mark-up of ten (10) percent for the first $10,000 of subcontracted Work value or portion thereof, seven and half (7.5) percent for the second $10,000 of subcontracted Work value or portion thereof, and five (5) percent for any value of the subcontracted Work exceeding $20,000.

11.8.3   On changes involving both additions and deletions, percentages for overhead and profit will be allowed only on the net addition.  Owner does not accept and will not pay for additional Contract cost identified as indirect or consequential damages.

11.8.4   For Contracts based on a Guaranteed Maximum Price (GMP), the Construction Manager-at-Risk or Design Builder shall NOT be entitled to a percentage mark-up on any Change Order Work unless the Change Order increases the Guaranteed Maximum Price.

11.9   Not Applicable.

11.10  Not Applicable.

## Article 12.  Project Completion and Acceptance

12.1   Closing Inspections.

12.1.1  Substantial Completion Inspection. When Contractor considers the entire Work or part thereof Substantially Complete, it shall notify ODR in writing that the Work will be ready for Substantial Completion inspection on a specific date.  Contractor shall include with this notice Contractor's Punch List to indicate that it has previously inspected all the Work associated with the request for inspection, noting items it has corrected and included all remaining work items with date scheduled for completion or correction prior to final inspection.  The failure to include any items on this list does not alter the responsibility of Contractor to complete all Work in accordance with the Contract Documents.  If any of the items on this list prevents the Project from being used as intended, Contractor shall not request a Substantial Completion Inspection.  Owner and **ODR** and its representatives will review the list of items and schedule the requested inspection, or inform Contractor in writing that such an inspection is premature because the Work is not sufficiently advanced or conditions are not as represented on Contractor's list.

12.1.1.1 Prior to the Substantial Completion inspection, Contractor shall furnish a copy of its marked-up Record Documents and a preliminary

copy of each instructional manual, maintenance and operating manual, parts catalog, wiring diagrams, spare parts, specified written warranties, and like publications or parts for all installed equipment, systems, and like items as described in the Contract Documents. Delivery of these items is a prerequisite for requesting the Substantial Completion inspection.

12.1.1.2 On the date requested by Contractor, or as mutually agreed upon pending the status of the Open Items List, A/E, ODR, Contractor, and other Owner representatives as determined by Owner will jointly attend the Substantial Completion inspection, which shall be conducted by ODR or their delegate. If ODR determines that the Work is Substantially Complete, ODR will issue a Certificate of Substantial Completion to be signed by A/E, Owner, and Contractor establishing the date of Substantial Completion and identifying responsibilities for security, maintenance, and insurance. A/E **(if applicable)** will provide with this certificate a list of Punch List items (the pre-final Punch List) for completion prior to final inspection. This list may include items in addition to those on Contractor's Punch List, which the inspection team deems necessary to correct or complete prior to final inspection. If Owner occupies the Project upon determination of Substantial Completion, Contractor shall complete all corrective Work at the convenience of Owner, without disruption to Owner's use of the Project for its intended purposes.

12.1.2  <u>Final Inspection</u>. Contractor shall complete the list of items identified on the pre-final Punch List prior to requesting a final inspection. Unless otherwise specified, or otherwise agreed in writing by the parties as documented on the Certificate of Substantial Completion, Contractor shall complete and/or correct all Work within thirty (30) days of the Substantial Completion date. Upon completion of the pre-final Punch List work, Contractor shall give written notice to ODR and A/E that the Work will be ready for final inspection on a specific date. Contractor shall accompany this notice with a copy of the updated pre-final Punch List indicating resolution of all items. On the date specified or as soon thereafter as is practicable, ODR, A/E and Contractor will inspect the Work. A/E will submit to Contractor a final Punch List of open items that the inspection team requires corrected or completed before final acceptance of the Work.

12.1.2.1 Correct or complete all items on the final Punch List before requesting Final Payment. Unless otherwise agreed to in writing by the parties, complete this work within seven (7) days of receiving the final Punch List. Upon completion of the final Punch List, notify A/E and ODR in writing stating the disposition of each final Punch List item. A/E, Owner, and Contractor shall promptly inspect the completed items. When the final Punch List is complete, and the Contract is fully satisfied according to the Contract Documents ODR will issue a

certificate establishing the date of Final Completion. Completion of all Work is a condition precedent to Contractor's right to receive Final Payment.

12.1.3  Annotation.  Any Certificate issued under this Article may be annotated to indicate that it is not applicable to specified portions of the Work, or that it is subject to any limitation as determined by Owner.

12.1.4  Purpose of Inspection.  Inspection is for determining the completion of the Work, and does not relieve Contractor of its overall responsibility for completing the Work in a good and competent fashion, in compliance with the Contract.  Work accepted with incomplete Punch List items or failure of Owner or other parties to identify Work that does not comply with the Contract Documents or is defective in operation or workmanship does not constitute a waiver of Owner's rights under the Contract or relieve Contractor of its responsibility for performance or warranties.

12.1.5  Additional Inspections.

12.1.5.1  If **ODR**'s inspection team determines that the Work is not substantially complete at the Substantial Completion inspection, ODR or A/E will give Contractor written notice listing cause(s) of the rejection.  Contractor will set a time for completion of incomplete or defective work acceptable to ODR.  Contractor shall complete or correct all work so designated prior to requesting a second Substantial Completion inspection.

12.1.5.2  If **ODR**'s inspection team determines that the Work is not complete at the final inspection, ODR or A/E will give Contractor written notice listing the cause(s) of the rejection.  Contractor will set a time for completion of incomplete or defective work acceptable to ODR.  Contractor shall complete or correct all Work so designated prior to again requesting a final inspection.

12.1.5.3  The Contract contemplates three (3) comprehensive inspections: the Substantial Completion inspection, the Final Completion inspection, and the inspection of completed final Punch List items.  The cost to Owner of additional inspections resulting from the Work not being ready for one or more of these inspections is the responsibility of Contractor.  Owner may issue a ULCO deducting these costs from Final Payment.  Upon Contractor's written request, Owner will furnish documentation of any costs so deducted.  Work added to the Contract by Change Order after Substantial Completion inspection is not corrective Work for purposes of determining timely completion, or assessing the cost of additional inspections.

12.1.6  Phased Completion. The Contract may provide, or Project conditions may warrant, as determined by ODR, that designated elements or parts of the Work be

TAMUS 0743

completed in phases.  Where phased completion is required or specifically agreed to by the parties, the provisions of the Contract related to closing inspections, occupancy, and acceptance apply independently to each designated element or part of the Work.   For all other purposes, unless otherwise agreed by the parties in writing, Substantial Completion of the Work as a whole is the date on which the last element or part of the Work completed receives a Substantial Completion certificate.  Final Completion of the Work as a whole is the date on which the last element or part of the Work completed receives a Final Completion certificate.

12.2   Owner's Right of Occupancy.   Owner may occupy or use all or any portion of the Work following Substantial Completion, or at any earlier stage of completion. Should Owner wish to use or occupy the Work, or part thereof, prior to Substantial Completion, ODR will notify Contractor in writing and identify responsibilities for security and maintenance Work performed on the premises by third parties on Owner's behalf does not constitute occupation or use of the Work by Owner for purposes of this Article.  All Work performed by Contractor after occupancy, whether in part or in whole, shall be at the convenience of Owner so as to not disrupt Owner's use of, or access to occupied areas of the Project.

12.3   Acceptance and Payment

12.3.1   Request for Final Payment.  Following the certified completion of all work, including all final Punch List items, cleanup, and the delivery of record documents, Contractor shall submit a certified Application for Final Payment and include all sums held as retainage and forward to A/E and ODR for review and approval.

12.3.2   Final Payment Documentation.  Contractor shall submit, prior to or with the Application for Final Payment, final copies of all close out documents, maintenance and operating instructions, guarantees and warranties, certificates, Record Documents and all other items required by the Contract. Contractor shall submit evidence of return of access keys and cards, evidence of delivery to Owner of attic stock, spare parts, and other specified materials. Contractor shall submit consent of surety to Final Payment form and an affidavit that all payrolls, bills for materials and equipment, subcontracted work and other indebtedness connected with the Work, except as specifically noted, are paid, will be paid, after payment from Owner or otherwise satisfied within the period of time required by Tex. Gov't Code, Chapter 2251. Contractor shall furnish documentation establishing payment or satisfaction of all such obligations, such as receipts, releases and waivers of claims and liens arising out of the Contract.  Contractor may not subsequently submit a claim on behalf of Subcontractor or vendor unless Contractor's affidavit notes that claim as an exception.

12.3.3   Architect/Engineer Approval.  A/E will review a submitted Application for Final Payment promptly but in no event later than ten (10) days after its receipt.  Prior to the expiration of this deadline, A/E will either: 1) return the Application for Final Payment to Contractor with corrections for action and

TAMUx0748

resubmission; or 2) accept it, note their approval, and send to Owner.

12.3.4   Offsets and Deductions.  **ODR** may deduct from the Final Payment all sums due from Contractor.  If the Certificate of Final Completion notes any Work remaining, incomplete, or defects not remedied, **ODR** may deduct the cost of remedying such deficiencies from the Final Payment.  On such deductions, **ODR** will identify each deduction, the amount, and the explanation of the deduction on or by the twenty-first (21st) day after **ODR**'s receipt of an approved Application for Final Payment.  Such offsets and deductions shall be incorporated via a final Change Order, including a ULCO as may be applicable.

12.3.5   Final Payment Due.  Final Payment is due and payable by **ODR**, subject to all allowable offsets and deductions, on the thirtieth (30th) day following **ODR**'s approval of the Application for Payment.  If Contractor disputes any amount deducted by **ODR**, Contractor shall give notice of the dispute on or before the thirtieth (30th) day following receipt of Final Payment.  Failure to do so will bar any subsequent claim for payment of amounts deducted.

12.3.6   Effect of Final Payment.  Final Payment constitutes a waiver of all claims by Owner and **ODR**, relating to the condition of the Work except those arising from:

12.3.6.1   Faulty or defective Work appearing after Substantial Completion (latent defects);

12.3.6.2   Failure of the Work to comply with the requirements of the Contract Documents;

12.3.6.3   Terms of any warranties required by the Contract, or implied by law; or

12.3.6.4   Claims arising from personal injury or property damage to third parties.

12.3.7   Waiver of Claims.  Final payment constitutes a waiver of all claims and liens by Contractor except those specifically identified in writing and submitted to ODR prior to the application for Final Payment.

12.3.8   Effect on Warranty.  Regardless of approval and issuance of Final Payment, the Contract is not deemed fully performed by Contractor and closed until the expiration of all warranty periods.

## Article 13.  Warranty and Guarantee

13.1   Contractor's General Warranty and Guarantee.  Contractor warrants to **ODR** that all Work is executed in accordance with the Contract, complete in all parts and in accordance

with approved practices and customs, and of the required finish and workmanship. Contractor further warrants that unless otherwise specified, all materials and equipment incorporated in the Work under the Contract are new. **ODR** may, at its option, agree in writing to waive any failure of the Work to conform to the Contract, and to accept a reduction in the Contract price for the cost of repair or diminution in value of the Work by reason of such defect. Absent such a written agreement, Contractor's obligation to perform and complete the Work in accordance with the Contract Documents is absolute and is not waived by any inspection or observation by ODR, A/E or others, by making any progress payment or final payment, by the use or occupancy of the Work or any portion thereof by Owner, at any time, or by any repair or correction of such defect made by Owner or **ODR**.

13.2   Warranty Period.   Except as may be otherwise specified or agreed, Contractor shall repair all defects in materials, equipment, or workmanship appearing within one year from the date of Substantial Completion of the Work. If Substantial Completion occurs by phase, then the warranty period for that particular Work begins on the date of such occurrence, or as otherwise stipulated on the Certificate of Substantial Completion for the particular Work.

13.2.1  *Specific requirements for warranties and guarantees to include parts, labor, and other costs are noted in various sections of the technical specifications. Manufacture's warranties and guarantees are required for, but not limited to, the following: [Add or delete from list as required by Project]*

*Membrane Waterproofing* ................................... *2 years*
*Urethane Roofing System* ................................ *20 years*
*Joint Sealers* ................................................... *2 years*
*Insulated Glass* ................................................ *5 years*
*Aluminum Doors & Frames* .............................. *3 years*
*Wood & Plastic Faced Doors* .......... *Life of installation*
*Upward Acting Doors* ...................................... *5 years*
*Mirror Glazing* ................................................ *5 years*
*Window Wall System* ....................................... *2 years*
*Access Flooring* ............................................... *5 years*
*Dampproofing* .................................................. *2 years*
*Water Repellant Coating* .................................. *5 years*
*Sheet Metal & Flashing* .................................... *2 years*
*Roof Hatches* ................................................... *2 years*
*Door Closers* ................................................... *5 years*
*Metal Windows* ................................................ *2 years*
*Curtain Wall/Skylights* ..................................... *2 years*
*Fixed Seating* ................................................. *10 years*
*Carpet* ........................................................... *15 years*
*Chalkboard Surfaces* ...................................... *50 years*
*Dock Lift* .......................................................... *2 years*
*Prefabricated Environmental Box* .................... *10 years*
*Environmental Box Refrigeration*
   *Systems and Controls* .................................... *2 years*

TAMU-0756

*Air Conditioning and*
*Refrigeration Systems*......................................*2 years*
*HVAC Controls*.................................................*2 years*
*Variable Speed Controllers*..............................*3 years*

*Until receipt of these guarantees, final inspection will not be conducted nor final payment released.*

13.3    Limits on Warranty.  Contractor's warranty and guarantee hereunder excludes defects or damage caused by:

13.3.1  Modification or improper maintenance or operation by persons other than Contractor, Subcontractors, or any other individual or entity for whom Contractor is not responsible, unless Owner or **ODR** is compelled to undertake maintenance or operation due to the neglect of Contractor.

13.3.2  Normal wear and tear under normal usage after acceptance of the Work by Owner.

13.4    Events Not Affecting Warranty.  Contractor's obligation to perform and complete the Work in a good and workmanlike manner in accordance with the Contract Documents is absolute.  None of the following will constitute an acceptance of defective Work that is not in accordance with the Contract Documents or a release of Contractor's obligation to perform the Work in accordance with the Contract Documents:

13.4.1  Observations by **ODR** and/or A/E;

13.4.2  Recommendation to pay any progress or final payment by A/E;

13.4.3  The issuance of a certificate of Substantial Completion or any payment by **ODR** to Contractor under the Contract Documents;

13.4.4  Use or occupancy of the Work or any part thereof by Owner**;**

13.4.5  Any acceptance by **ODR** or any failure to do so;

13.4.6  Any review of a Shop Drawing or sample submittal; or

13.4.7  Any inspection, test or approval by others.

13.5    Separate Warranties.  If a particular piece of equipment or component of the Work for which the Contract requires a separate warranty is placed in continuous service before Substantial Completion, the warranty period for that equipment or component will not begin until Substantial Completion, regardless of any warranty agreements in place between suppliers and/or Subcontractors and Contractor.  ODR will certify the date of service commencement in the Substantial Completion certificate.

13.5.1  In addition to Contractor's warranty and duty to repair, Contractor expressly assumes all warranty obligations required under the Contract for specific building components, systems and equipment.

13.5.2 Contractor may satisfy any such obligation by obtaining and assigning to **ODR** a complying warranty from a manufacturer, supplier, or Subcontractor. Where an assigned warranty is tendered and accepted by **ODR** which does not fully comply with the requirements of the Contract, Contractor remains liable to **ODR** on all elements of the required warranty not provided by the assigned warranty.

13.6    Correction of Defects.  Upon receipt of written notice from Owner, or any agent of Owner designated as responsible for management of the warranty period, of the discovery of a defect, Contractor shall promptly remedy the defect(s), and provide written notice to Owner and designated agent indicating action taken.   In case of emergency where delay would cause serious risk of loss or damage to Owner, or if Contractor fails to remedy within thirty (30) days, or within another period agreed to in writing, Owner**/ODR** may correct the defect and be reimbursed the cost of remedying the defect from Contractor or its surety.

13.7    Certification of No Asbestos Containing Materials or Work.  Contractor shall ensure compliance with the Asbestos Hazard Emergency Response Act (AHERA– 40 C.F.R § 763-99(7)) from all Subcontractors and materials suppliers, and shall provide a notarized certification to Owner**/ODR** that all equipment and materials used in fulfillment of their Contract responsibilities are non Asbestos Containing Building Materials (ACBM).   This certification must be provided no later than Contractor's application for Final Payment.

# Article 14.  Suspension and Termination

14.1    Suspension of Work for Cause.  **ODR** may, at any time without prior notice, suspend all or any part of the Work, if after reasonable observation and/or investigation, **ODR** determines it is necessary to do so to prevent or correct any condition of the Work, which constitutes an immediate safety hazard, or which may reasonably be expected to impair the integrity, usefulness or longevity of the Work when completed.

14.1.1  **ODR** will give Contractor a written notice of suspension for cause, setting forth the reason for the suspension and identifying the Work suspended. Upon receipt of such notice, Contractor shall immediately stop the Work so identified.  As soon as practicable following the issuance of such a notice, **ODR** will initiate and complete a further investigation of the circumstances giving rise to the suspension, and issue a written determination of the findings.

14.1.2 If it is confirmed that the cause was within the control of Contractor, Contractor will not be entitled to an extension of time or any compensation for delay resulting from the suspension.  If the cause is determined not to have been within the control of Contractor, and the suspension has prevented Contractor from completing the Work within the Contract Time, the

51

suspension is an excusable delay and a time extension will be granted through a Change Order.

14.1.3  Suspension of Work under this provision will be no longer than is reasonably necessary to remedy the conditions giving rise to the suspension.

14.2   Suspension of Work for ODR's Convenience.  Upon seven (7) days written notice to Contractor, ODR may at any time without breach of the Contract suspend all or any portion of the Work for a period of up to thirty (30) days for its own convenience. Owner/**ODR** will give Contractor a written notice of suspension for convenience, which sets forth the number of suspension days for which the Work, or any portion of it, and the date on which the suspension of Work will cease.  When such a suspension prevents Contractor from completing the Work within the Contract Time, it is an excusable delay.  A notice of suspension for convenience may be modified by ODR at any time on seven (7) days written notice to Contractor.  If ODR suspends the Work for its convenience for more than sixty (60) consecutive days, Contractor may elect to terminate the Contract pursuant to the provisions of the Contract.

14.3   Termination by ODR for Cause.

14.3.1 Upon written notice to Contractor and its surety, **ODR** may, without prejudice to any right or remedy, terminate the Contract and take possession of the Site and of all materials, equipment, tools, construction equipment, and machinery thereon owned by Contractor under any of the following circumstances:

14.3.1.1 Persistent or repeated failure or refusal, except during complete or partial suspensions of work authorized under the Contract, to supply enough properly skilled workmen or proper materials;

14.3.1.2 Persistent disregard of laws, ordinances, rules, regulations or orders of any public authority having jurisdiction, including ODR;

14.3.1.3 Persistent failure to prosecute the Work in accordance with the Contract, and to ensure its completion within the time, or any approved extension thereof, specified in the Contract;

14.3.1.4 Failure to remedy defective work condemned by ODR;

14.3.1.5 Failure to pay Subcontractors, laborers, and material suppliers pursuant to Tex. Gov't Code, Chapter 2251;

14.3.1.6 Persistent endangerment to the safety of labor or of the Work;

14.3.1.7  Failure to supply or maintain statutory bonds or to maintain required insurance, pursuant to the Contract;

14.3.1.8  Any material breach of the Contract; or

14.3.1.9  Contractor's insolvency, bankruptcy, or demonstrated financial inability to perform the Work.

14.3.2  Failure by Owner**/ODR** to exercise the right to terminate in any instance is not a waiver of the right to do so in any other instance.

14.3.3  Should Owner**/ODR** decide to terminate the Contract under the provisions of Section 14.3, it will provide to Contractor and its surety thirty (30) days prior written notice.

14.3.4  Should Contractor or its surety, after having received notice of termination, demonstrate to the satisfaction of Owner that Contractor or its surety are proceeding to correct such default with diligence and promptness, upon which the notice of termination was based, the notice of termination may be rescinded in writing by **ODR**.   If so rescinded, the Work may continue without an extension of time.

14.3.5  If Contractor or its surety fails, after written notice from **ODR** to commence and continue correction of such default with diligence and promptness to the satisfaction of **ODR** within thirty (30) days following receipt of notice, **ODR** may immediately terminate the contract and make arrangements for completion of the Work and deduct the cost of completion from the unpaid Contract Sum.

14.3.5.1  This amount includes the cost of additional **ODR** costs such as A/E services, other consultants, and contract administration.

14.3.5.2  **ODR** will make no further payment to Contractor or its surety unless the costs to complete the Work are less than the Contract balance, then the difference shall be paid to Contractor or its surety. If such costs exceed the unpaid balance, Contractor or its surety will pay the difference to **ODR**.

14.3.5.3  This obligation for payment survives the termination of the Contract.

14.3.5.4  **ODR** reserves the right in termination for cause to take assignment of all the Contracts between Contractor and its Subcontractors, vendors, and suppliers.  ODR will promptly notify Contractor of the contracts **ODR** elects to assume.   Upon receipt of such notice, Contractor shall promptly take all steps necessary to effect such assignment.

14.4  <u>Conversion to Termination for Convenience</u>.   In the event that any termination of Contractor for cause under Section 14.3 is later determined to have been improper, the termination shall automatically convert to a termination for convenience under Section 14.5 and Contractor's recovery for termination shall be strictly limited to the payments allowable under Section 14.5.

TAMUX 0964

14.5    Termination for Convenience of **ODR**.  Owner reserves the right, without breach, to terminate the Contract prior to, or during the performance of the Work, for any reason.  Upon such an occurrence, the following shall apply:

14.5.1  **ODR** will immediately notify Contractor and A/E in writing, specifying the reason for and the effective date of the Contract termination.  Such notice may also contain instructions necessary for the protection, storage or decommissioning of incomplete work or systems, and for safety.

14.5.2  Upon receipt of the notice of termination, Contractor shall immediately proceed with the following obligations, regardless of any delay in determining or adjusting any amounts due at that point in the Contract:

14.5.2.1  Stop all work.

14.5.2.2  Place no further subcontracts or orders for materials or services.

14.5.2.3  Terminate all subcontracts for convenience.

14.5.2.4  Cancel all materials and equipment orders as applicable.

14.5.2.5  Take action that is necessary to protect and preserve all property related to the Contract which is in the possession of Contractor.

14.5.3  When the Contract is terminated for Owner/**ODR**'s convenience, Contractor may recover from **ODR** payment for all Work executed *before the notice of termination along with the actual and reasonable cost of any additional work required to secure the Project and property related to the Contract following the notice of termination. The Contractor will not be entitled to recover any other costs or damages arising from the termination for convenience of the ODR including, but not limited to, claims for lost business opportunities.*

14.6    Termination By Contractor.  If the Work is stopped for a period of ninety (90) days under an order of any court or other public authority having jurisdiction, or as a result of an act of government, such as a declaration of a national emergency making materials unavailable, through no act or fault of Contractor or Subcontractor or their agents  or employees or any other persons performing any of the Work under a contract with Contractor, then Contractor may, upon thirty (30) additional days written notice to ODR, terminate the Contract and recover from Owner payment for all Work executed, *before the work stoppage along with the actual and reasonable cost of securing the Project and property related to the Contract during the period of work stoppage. The Contractor will not be entitled to recover any other costs or damages arising from the work stoppage including, but not limited to, claims for lost business opportunities.*  If the cause of the Work stoppage is removed prior to the end of the thirty (30) day notice period, Contractor may not terminate the Contract, *but may be entitled to an equitable adjustment in the Contract Sum and Contract Time.*

TAMUS 0755

14.7     Settlement on Termination.  When the Contract is terminated for any reason, at any time prior to one hundred eighty (180) days after the effective date of termination, Contractor shall submit a final termination settlement proposal to **ODR** based upon recoverable costs as provided under the Contract.  If Contractor fails to submit the proposal within the time allowed, **ODR** may determine the amount due to Contractor because of the termination and pay the determined amount to Contractor.

# Article 15.  Dispute Resolution

15.1     **Dispute resolution shall be set forth as per the attached Sample Contract or Master Agreement.**

15.2     Nothing herein shall hinder, prevent, or be construed as a waiver of Owner's right to seek redress on any disputed matter in a court of competent jurisdiction.

15.3     Nothing herein shall waive or be construed as a waiver of the State's sovereign immunity.

# Article 16.  Miscellaneous

16.1     Special Conditions.   When the Work contemplated by Owner is of such a character that the foregoing **SSC Uniform General and Supplementary Conditions** of the Contract cannot adequately cover necessary and additional contractual relationships, the Contract may include Special Conditions. Special Conditions shall relate to a particular Project and be unique to that Project but shall not weaken the character or intent of the **SSC  Uniform  General and Supplementary Conditions.**

16.2     Federally Funded Projects.   On Federally funded projects, Owner**/ODR** may waive, suspend or modify any Article in these **SSC Uniform General and Supplementary** Conditions which conflicts with any Federal statue, rule, regulation or procedure, where such waiver, suspension or modification is essential to receipt by Owner of such Federal funds for the Project.  In the case of any Project wholly financed by Federal funds, any standards required by the enabling Federal statute, or any Federal rules, regulations or procedures adopted pursuant thereto, shall be controlling.

16.3     Internet-based Project Management Systems.   At its option, **ODR** may administer its design and construction management through an Internet-based management system. In such cases, Contractor shall conduct communication through this media and perform all Project related functions utilizing this database system.   This includes correspondence, submittals, Requests for Information, vouchers or payment requests and processing, amendment, Change Orders and other administrative activities.

16.3.1  Accessibility and Administration.

16.3.1.1  When used, **ODR** will make the software accessible via the Internet to all Project team members.

16.3.1.2  ODR shall administer the software.

16.3.2 <u>Training</u>. When used, **ODR** shall provide training to the Project team members.

16.4   <u>Not Applicable.</u>

**This document is based on the 2010 Texas Facilities Commissions' Uniform General Conditions and apply to all Texas A&M University System and member institution construction projects managed by SSC Services for Education. All text shown in *italics* are changes incorporated into this UGSC from Texas A&M University System Facilities Planning & Construction.  All text shown in bold are SSC changes.**

# End of SSC Uniform General and Supplementary Conditions

TAMUX 0963

**SSC SPECIAL CONDITIONS**
**TEXAS A&M UNIVERSITY**
**COLLEGE STATION**
(FOR USE ON ALL PROJECTS)

**1.0   GENERAL COORDINATION** The following supplements modify, change, delete from or add to the "SSC UNIFORM GENERAL AND SUPPLEMENTARY CONDITIONS." Where any Article of the SSC Uniform General and Supplementary Conditions is modified or any paragraph or clause thereof is modified or deleted by these supplements, the unaltered conditions of the article, paragraph, sub-paragraph or clause shall remain in effect.

**2.0   LAWS GOVERNING CONSTRUCTION**

2.1   Prevailing Wage Schedules: The rates of pay for some classification which prevail in the locality of this Project can be found at http://www.tamus.edu/business/facilities-planning-construction/forms-guidelines-wage-rates/. Contribution by a worker toward retirement plans, health insurance, apprentice programs, etc., are part of the worker's pay; contributions by the employer are not. Contractors shall identify, briefly describe, and request a predetermination of rates for crafts (or apprentice programs) not included in the wage predetermination found in the link above.

2.2   Apprenticeship Program: Apprentices who are enrolled in a federally certified apprenticeship program may be used at the percentage rates of the journeyman scale stipulated in their apprenticeship agreement.

2.3   Applicable Codes:

- *National Fire Protection Association National Fire Codes, with emphasis on NFPA 1 and NFPA 101 - latest edition adopted by State Fire Marshall, Life Safety Code (LSC) and including all referenced standards.*
- *International Building Code - latest edition*
- *NFPA 45 Standard on Fire Protection for Laboratories Using Chemicals as applicable*
- *Texas Department of Licensing and Regulation (TDLR)*
- *Elimination of Architectural Barriers Act, Article 9102, Texas Civil Statutes and Texas Accessibility Standards (TAS)*
- *Elevators and Escalators, Health & Safety Code chapter 754 and 16TAC § 74*
- *ASME 17.1, 17.2, 17.3 and 18.1*
- *Boilers, Health & Safety Code chapter 755 and 16TAC § 65*
- *ASME Boiler and Pressure Vessel Code*
- *Americans with Disabilities Act, 28 CFR Part 35 Nondiscrimination on the Basis of Disability in State and Local Government Services, Final Rule, as published in the Federal Register Friday, July 26, 1991*
- *Fair Housing Act accessibility requirements for housing units.*
- *ACI – 318, building code requirements for reinforced concrete*

TAMU 0758

- *AISC, specification for the Design, Fabrication and Erection of Structural Steel*
- *Texas Department of Insurance requirements First Tier Coastal Counties wind load criteria*
- *FEMA 100 year flood plain designation*
- *TCEQ SWPPP Requirements*
- *International Mechanical Code latest edition*
- *International Plumbing Code latest edition*
- *International Fuel Gas Code latest edition*
- *ASHRAE 62.1 Indoor Air Quality Standard*
- *FM Global Standards for fire protection systems*
- *National Electric Code latest edition*
- *TIA/EIA Standards*
- *Energy Conservation Design Standard for New State Buildings (including major renovation projects), State Comptroller's Office, Government Code sec. 447.004 and 34 TAC § 19.32*
- *ASHRAE / IESNA 90.1 latest adopted Edition*
- *International Energy Conservation Code (IECC) latest adopted edition (Residential/Apartments)*
- *SECO Alternative Energy Evaluation Requirements*
- *SECO Water Efficiency Standards for State Buildings and Institutions of Higher Education Facilities - January 2011*
- *Design in accordance with good practice to achieve conventional ambient noise levels qualified in Noise Criteria (NC) defined in current ASHRAE Applications Volume, Chapter 42 and ANSI S1.8 Reference Quantities for Acoustical Levels – ASA 84.*

## 3.0 **WORK HOURS**

3.1 Work Hours: Normal work hours at TAMU are 8:00 a.m. to 5:00 p.m., Monday through Friday, exclusive of TAMU holidays. Project Work may be permitted on holidays at the option of TAMU at no additional cost to the ODR or TAMU, with prior written request and approval from the ODR at least 48 hours before the start of the holiday work.

   3.1.1 The Contractor may be allowed additional, or varied work hours, with prior written requested approval by the ODR.

   3.1.2 The Contractor shall limit use of the premises to the Project Work indicated and allow for TAMU occupancy and use during the construction.

3.2 TAMU Occupancy:  TAMU may occupy the adjacent spaces of facilities during the entire performance period of the contract. Cooperate fully with the TAMU representative and ODR during performance of work to minimize conflict and to facilitate TAMU usage. **SAFETY** is of a paramount concern. It is the sole responsibility of the Contractor to provide protective coverings, passage ways, barriers and any and all provisions as required to maintain required ADA/TAS approved means of egress and access and maintain all building exits as required by applicable Life Safety Codes. The Contractor is to coordinate with the ODR all work that may possibly affect building occupancy or continued **SAFE** use. Contractor is to provide

ODR advanced scheduling as required to successful notify TAMU facility administrative staff of his activities related to the Work. Contractor is to adequately staff and incorporate into his Proposal all additional labor, materials, and equipment required under this section.

**4.0  UTILITIES**

4.1  Utility Outage: When a utility outage affecting occupied facilities is necessary to perform the Project Work unless agreed upon prior to performing the work, the Contractor shall give written notice to ODR five (5) days in advance of a scheduled outage. TAMU or ODR personnel will perform disconnection and reconnection of utilities. Fourteen days advance notice is required for connection and disconnection of temporary utilities by TAMU including, but not limited to temporary water taps, electrical taps and other temporary site utilities

4.2  All information and documents regarding existing underground utilities, known to the ODR, will be made available to the Contractor. Contractor will be responsible for locating, marking, and protecting all underground utility lines during construction.

4.3  Should Contractor discover "Unknown Utilities", promptly notify the ODR's personnel for direction. Such piping systems and lines shall be treated as outlined above.

4.4  Procedures for notification if utility lines or piping systems are damaged during construction:

4.4.1  Facilities Services Communications Center @ 979-845-4311 and 9-911 if gas lines are damaged

4.4.2  ODR Project Manager

4.4.3  If unavailable, notify SSC/EDCS General Manager at 979-845-5317

**5.0  COMMUNICATIONS AND DATA** Work on telephone, fiber optic lines, data lines and other communication systems must be performed by TAMU IT personnel and/or their contractor(s). The Contractor shall coordinate his work with these agencies through the ODR.

**6.0 COORDINATION WITH OTHER WORK**

6.1  Coordination: Contractor shall coordinate work with the ODR, prior to beginning any Project Work. Additionally, prior to starting work each day, the Contractor's superintendent shall inform and coordinate with the ODR and others as may be required.

6.2  Contractor will be required to coordinate construction activities with other contractors and agencies under the direction of the ODR or TAMU personnel. This will include but is not limited to telephone, custodial, fire alarm, equipment maintenance, and grounds maintenance.

6.3  Contractor will be required to provide initial waxing of hard flooring per manufacturers requirements.

**7.0  CRANES** When a crane is necessary to perform the contract work, the crane delivery, placement and lift dates shall be coordinated with the ODR, TAMU Environmental Health and Safety, TAMU Transportation, and others as may be required such as Texas Department of Transportation and City of College Station. The Contractor shall give written notice to TAMU fourteen (14) days in advance of a required crane placement and lift. The Contractor shall submit a crane lift plan ("Crane Lift Plan") with the written notice of crane placement and lift. The Crane Lift Plan shall show the proposed crane location during the lift, the area of boom swing proposed for the lift, location and types of barricades, and affected streets, sidewalks, parking areas, and buildings. The area of boom swing shall be depicted as the arc of the boom for the proposed swing with a radius of the boom length if the boom were in the horizontal. Contractor shall comply with OSHA and ANSI safety standards for cranes.

**8.0  PARKING, STORAGE, AND SITE RESTRICTIONS**

8.1  Confine operations at the site to the areas permitted under the Contract Documents. Portions of the site beyond areas for which work is indicated are not to be disturbed. Comply with Owner's requirements concerning the Contractor's operations and use of the premises, parking, loading and unloading.

   8.1.1  Keep existing driveways and entrances serving the adjacent TAMU facilities and parking spaces clear and available to the visitors, staff and service vehicles at all times. Do not use these areas for parking or for storage of materials.

   8.1.2  Keep all storage areas free of debris, refuse, spills, leaks, stains, splashes and excess materials. All storage areas shall be maintained in a neat, clean, and safe condition. Do not unreasonably encumber the site with materials or equipment. Stockpiling of materials and the locations of storage sheds, trailers, or temporary field offices shall be confined to the area designated, area(s) shall be coordinated with TAMU.

   8.1.3  Contractor storage and parking are at the job site in an area to be designated by TAMU. Parking is not allowed on sidewalks, drives, or roadways. Do not block parking spaces. Contractor shall comply with the requirements of the coordination agreement plan presented at the preconstruction meeting. Contractors are required to purchase all TAMU required parking permits and incorporate this cost into their bids.

   8.1.4  Lock automobiles and other mechanized or motorized construction equipment, when parked and unattended, to prevent unauthorized use. Do not leave vehicles or equipment unattended with the motor running or the ignition key in place. Contractor shall not allow any construction equipment to park on adjacent streets at night.

   8.1.5  Designated roads shall be used for construction traffic. Contractor shall not close, block, or otherwise obstruct roads at any time without written permission of ODR and where required, the City of College Station. Contractor shall keep

TAMU-0961

all debris and mud off all sidewalks and streets. Immediately clean all debris and mud that is a result of contract operations.

8.1.6 TAMU is a smoke free and tobacco free campus. This includes cigarettes, cigars, e-cigarettes, vaping, smokeless tobacco and any other nicotine delivery products. There shall be no smoking on any TAMU property.

**9.0 <u>EXISTING FACILITIES AND CONDITIONS</u>** Maintain the existing facilities in a safe and clean condition throughout the period work is being performed.

9.1 If available, areas designated around, or near the building will be made available for contractor staging and dumpsters. Coordinate with the ODR.

9.2 Prior to commencement of Project work, inspect areas in which work will be performed. Document and photograph existing conditions of structure, surfaces, equipment, and condition of surrounding properties, which could be misconstrued as damage resulting from demolition work or other contract operations. Inspection shall be verified, signed by, and filed with the Owner or ODR prior to starting work.

9.3 Any damage to the existing grounds or facilities caused by construction traffic or any construction operations shall be repaired or replaced by the Contractor to match or exceed existing undamaged conditions at no additional cost to the ODR or TAMU.

9.4 Contractor shall ensure that building plumbing systems within scope of work, are protected from freeze damage during periods of temperatures at or below freezing.

9.4.1 Contractor shall ensure that all new or replacement Hydronic Piping meets the latest TAMU Design Standards from UES. The Standards can be found at https://utilities.tamu.edu/wp-content/uploads/2016/08/TAMU-Design-Standards.pdf

9.5 Contractor shall ensure that any roof disturbed during construction must be repaired/replaced in a leak-free manner on the day of the disturbance. All disturbed roofs must be dried-in daily.

9.6 Curb Height(s): All new and/or re-roofing projects shall require curbs be constructed or modified to be a minimum of 8" above the finished roof. All new roof top equipment shall be installed a minimum of 8" AFR. All roof penetrations shall be repaired as per manufacturers recommendations for existing roof system. If roof warranty is in effect, roof shall be repaired as to not void current manufacturers warranty. If possible use roof contractor that installed the existing roof.

9.7   Structural Building Components:  Unless indicated on the Contract Documents, do not cut or modify any structural building component (e.g. column, beam, floor slab) without prior approval of the ODR structural engineer. If an existing structural component is accidentally cut, the remedial design work shall be by a professional structural engineer licensed in the State of Texas. The Contractor is responsible for engaging the structural engineer and for payment of all design fees. The structural engineer shall be acceptable to the ODR and all structural designs shall be submitted to the ODR for review and approval.

   9.7.1   Core Drilling: Contractor must x-ray or use ground penetrating radar ("GPR") to locate rebar, post tensioned cables, conduits and other embedded items prior to core drilling slabs. Survey floor and pilot drill to locate all embedded items, rebar, conduits and post tensioned cables prior to core drilling slabs. Items damaged as a result of core drilling shall be repaired as specified in paragraph 9.5, structural building components at no additional cost to the ODR or TAMU.

9.8   Endangered Species: No activity is authorized that is likely to jeopardize the continued existence of a threatened or endangered species as listed or proposed for listing under the Federal Endangered Species Act (ESA), and/or the State of Texas Parks and Wildlife Code on Endangered Species, or to destroy or adversely modify the habitat of such species. Contractor shall notify ODR of any planned construction activities that might affect endangered species.

   9.8.1   If a threatened or endangered species is encountered during construction, the Contractor shall immediately cease work in the area of the encounter and notify the ODR, who will immediately implement actions in accordance with endangered species act and applicable State statutes. These actions shall include reporting the encounter to the Texas Parks and Wildlife Department, and obtaining any necessary approvals or permits to enable the work to continue. The Contractor shall not resume work in the area of the encounter until authorized to do so by the ODR.

9.9   Airport Restrictions: *[Include only when Project site is near an airport]* The Contractor shall verify that Construction activities and/or equipment do not constitute an obstruction of hazard to the flight paths of the nearby airport. The Federal Aviation Administration regulates airport airspace which may limit the height or working height of cranes, etc. This limitation is determined by FAA formula which, if exceeded, requires notification of and approval by FAA. A preliminary assessment will be provided, upon Contractor request, by the Airport Manager or other authority based on the construction equipment proposed to be used.

9.10  Archeological Discoveries: No activity which may affect a State Archeological Landmark is authorized until the Owner has complied with the provisions of the Texas Antiquities Code. The Owner has previously coordinated with the appropriate agencies and impacts to known cultural or archeological deposits have been avoided or mitigated. However, the Contractor may encounter unanticipated cultural or archeological deposits during Construction. Should an encounter occur the Contractor shall cease all work in the affected area and immediately notify the ODR. The ODR will take the appropriate notification steps and work will not resume until authorized by the ODR.

TAMU-0969

9.11 <u>Underground Utilities</u>

9.11.1    In accordance with State Law, all persons performing Work requiring digging or ground penetration are required to call 811 in advance and provide detailed information regarding planned Work.  Notification shall occur not earlier than the 14th day prior to the date excavation is to begin or later than 48 hours before the excavation is to begin, excluding weekend and holidays.  Additional information can be found at http://www.texas811.org

To increase the level of safety, TAMU has a policy that is more strict than State law* and requires an advance locate be performed for 1) any ground penetration on campus, to any depth, when mechanized equipment such as augers, trenchers, excavators, etc. will be used, and 2) for all other ground penetrations to a depth greater than 12 inches.  Hand-digging or soft excavation is required whenever any excavation is performed to a depth less than 12 inches without a utility locate.  An advance utility locate is always required if the excavation will be deeper than 12 inches.  In the case of ground penetration resulting from agricultural tilling or other recurring instructional or research-based agricultural work on the TAMU campus, an exception to the requirement to perform an advance utility locate will be made after an initial utility locate is performed to determine the area to be tilled or worked is clear of underground utilities.

*State law requires that all persons performing work requiring digging or ground penetration to a depth of 16 inches or more are required to call 811 in advance and provide detailed information regarding planned work.  By Texas Utilities Code, Title 5, Chapter 251 – Underground Facility Damage Prevention and Safety, a person who intends to excavate shall notify Texas 811 not earlier than the 14th day before the date the excavation is to begin or later than the 48th hour before the time the excavation is to begin, excluding Saturdays, Sundays, and legal holidays.  Failure to comply with the Texas Utilities Code could result in a fine up to $1000 for the first offense, in addition to other potential liabilities.

TAMU is a member of the Texas 811 utility locate program.  TAMU owns and is directly responsible for performing locates for the following utility systems: electrical, domestic water, chilled and heating hot water, sanitary and storm sewer, TAMU-owned natural gas, irrigation, and TAMU-owned telecommunications.  **A locate request for all utility systems on campus is initiated by calling 811.**

*SSC Grounds Management is a contract service provider at TAMU responsible for all irrigation systems located on campus.  Communications with SSC Grounds Management is through the TAMU Aggieworks Center at 979-458-5500, or the TAMU Communications Center at 979-845-4311.  A locate request for irrigation systems on campus is initiated by calling 811.  By calling*

TAMU 0764

*811, the TAMU Communications Center and SSC Grounds Management will be notified of the need for an irrigation system locate.*

Other utility systems NOT owned by TAMU, such as Atmos Energy's natural gas distribution and other third-party systems such as telecom, water, electrical, etc. must also be located prior to excavating or penetrating the ground.  **A locate request for third-party owned utility systems on campus is initiated by calling 811.**

For additional information and assistance contact Utilities & Energy Services at 979-845-3234 or go to this website http://utilities.tamu.edu and look under **Digging on Campus?**

**FOR EMERGENCIES: An emergency excavation is sometimes necessary to respond to a situation that endangers life, health or property, or when service to the customer will be interrupted.  When an emergency locate is needed on the TAMU campus, both Texas 811 and the TAMU Communications Center (at 979-845-4311) shall be contacted promptly with details of the emergency.  The same information required on the <u>Texas 811 Utility Locate Required Information</u> form under normal conditions will also be required with an emergency.**

9.11.1.1    Routine Utility Locate Request Procedure:

9.11.1.1.1 The locate requestor is responsible to clearly mark the site perimeter to be excavated or penetrated, by using water-based white paint and/or white flags, prior to calling Texas 811.

9.11.1.1.2 Call 811 to request a utility locate.  After clearly marking the site perimeter where locate will be performed, requestor must have the Texas 811 Utility Locate Required Information form completed and available.

9.11.1.1.3 The utility locator(s) will mark buried lines with paint and/or flags within the marked excavation perimeter.  Utility flag colors are red for electric, orange for telecom, yellow for fuel gas, green for sanitary sewer, and blue for all other water systems.

9.11.1.1.4 The requestor shall not commence any digging, excavation, or ground penetration for at least two full working days (48 hours, excluding weekends and holidays) after the locate request is made.

9.11.1.1.5 If digging, excavation, or ground penetration must be performed more than 14 days after the initial locate is performed, then the requestor/excavator must request another locate at least 48 hours (excluding weekends and holidays) in advance of ground penetration so the locate markings can be refreshed.

**10.0 <u>FIRE REGULATIONS</u>**

10.1  Comply with National Fire Protection Association, NFPA 241 guidelines. The Contractor shall use no explosives or fire in performing the work. Contractor shall understand and comply with OSHA welding and cutting requirements. If hot work is required, a hot work permit shall be obtained by coordination with TAMU Environmental Health and Safety through the ODR.

10.2  Coordinate all work on existing fire alarm and fire suppression systems with the ODR and TAMU Environmental Health and Safety prior to the start of Project Work. Any work that could cause dust, smoke or fumes must be coordinated with the ODR prior to commencing so the fire alarm system can be modified and protected as necessary if system is active. Contractor is required to cover and uncover fire alarm devices daily.

10.3  Contractor is required to temporarily replace existing smoke detectors with heat detectors during all interior renovations in the following buildings:

- Memorial Student Center (MSC); Building No. 0454
- Rudder Tower; Building No. 0446
- Jack K. Williams Administration Building (JKW); Building No. 0473
- Student Recreation Center; Building No. 1560

The temporary replacement of these devices should include the entire area of construction that will be affected by dust and debris.  It is the sole responsibility of the Contractor, at the end of the project, to re-install the smoke detectors and remove temporary heat detectors.

**11.0 <u>CLEAN UP</u>**  The Contractor shall dispose of all trash, debris, refuse, garbage, etc., which is generated by the Contractor during the Project Work. Building sites shall be cleaned on a daily basis and disposal shall be outside the limits of TAMU property. Contractor shall routinely empty dumpsters to prevent windblown debris. Disposal shall be by sanitary landfill or other approved methods and shall conform to all local, state, and federal guidelines, criteria, and regulations. Any building material that the Contractor is required to dispose of shall not be shown or discussed on social media, either with or without intent to be sold or provided to anyone else.

**12.0 <u>ENERGY CONSERVATION</u>**  The Contractor shall use good judgement in the conservation of utilities. Prevailing energy conservation practices shall be adhered to and enforced by the Contractor.

**13.0 <u>SPECIAL STORAGE</u>**

13.1  Petroleum Storage:

13.1.1  The Contractor shall store all fuel or petroleum products, whether new or used, in appropriate containers and within a bermed area with an impermeable liner (40 mil) or other approved containment measures.  All storage areas shall be marked with appropriate signage (i.e., Flammable Storage - No Smoking Within 50 ft).  All fuel tanks and petroleum storage

containers shall be structurally sound and in good condition, be kept sealed when not in use, and be grounded and bonded according to NFPA Requirements.

13.1.2 The containment area shall be sized to hold fluid volume equal to 110% of the largest storage container, with a minimum of one foot of freeboard for earthen berms. The Contractor shall immediately clean up and dispose of any evidence of a fuel or oil spill in conformance with all federal and state regulations at no additional cost to the ODR or Owner. Any areas that incur contamination by any hazardous substance shall be immediately remediated by the contractor at no additional expense to ODR. Any fuel or oil spill shall immediately be reported to the ODR and TAMU Environmental Health and Safety. Costs of all soil tests as a result of spills shall be a responsibility of the contractor.

13.1.3 The Contractor shall remove earthen berms at the completion of the job and restore the area to its original condition.

13.1.4 The Contractor shall keep all other storage areas free of debris, leaks, stains, or splashes. All storage areas shall be maintained in a neat, clean, and safe condition. Remediation may include subsequent soil analysis if directed by TAMU or the ODR. The Contractor shall store all paints, thinners, solvents and other hazardous materials in a contractor supplied trailer or storage unit, which shall be secured when not in use.

**14.0 TESTING** Testing indicated in these Contract Documents to be performed by TAMU, Contractor or the ODR will be performed at the option of TAMU. ODR will engage a special inspector and qualified testing and inspecting agency to perform field tests and inspections and prepare test reports.

**15.0 SAFETY**

15.1 Comply with all applicable Occupations Safety and Health Act (OSHA) Standards and Regulations.

15.2 For accident reporting, comply with SSC requirements to file written reports and immediately notify ODR and SSC Safety/Risk Manager at 979-575-3879.

15.3 Furnish and install all necessary safeguards to provide safety and protection of the public and TAMU property adjacent to the contract work area. Comply with all Applicable Laws related to the safety of the public and TAMU property while performing contract operations.

15.4 Speed Limit: Contractor shall notify all employees and subcontractors of the speed limit of the adjacent streets and ensure all personnel understand and comply with this requirement.

TAMUX0763

15.5 Temporary Roads and Paved Areas: Construct and maintain temporary roads and paved areas adequate to support loads and to withstand exposure to traffic during contract operations.

15.6 Temporary Traffic Controls: Furnish and install Temporary Traffic Controls ("TTC") in accordance with the Texas Manual on Uniform Traffic Control Devices ("TMUTCD"). Submit a TTC plan for vehicular and pedestrian traffic to the ODR and project engineer for approval prior to the start of construction operations. Pedestrian traffic control plans shall provide a safe, convenient and accessible travel path that replicates as nearly as possible the most desirable characteristics of the existing sidewalks or footpaths throughout all phases of construction. Provide for continuous operation of signs and barricades designating restricted or dangerous conditions including but not limited to: illuminated barricades, danger signals, warning signs and obstructions.

15.7 Accessible Routes: Accessible routes for the disabled shall be kept accessible and safe at all times or alternate routes shall be constructed and signed in accordance with the Texas Accessibility Standards. Revised alternate routes shall require approval by the ODR and Owner.

15.8 Site Safety: Do not leave the work areas in an unsecured or unsafe condition at any time during operations. Contractor personnel and equipment operators shall monitor their surroundings at all times and be alert for people moving in or adjacent to contract work areas. Contractor shall use spotters when moving vehicles through the construction sites and no construction vehicles (e.g. backhoes, bobcats, etc.) shall be left unsecured on site. Contractor shall furnish and install temporary fences, barricades, signs and other required items to:

   15.8.1 Warn/notify adjacent building occupants

   15.8.2 Protect construction materials

   15.8.3 Prevent unauthorized personnel from entering the construction site.

   15.8.4 Redirect vehicular and pedestrian traffic flow when required to perform Work; comply with paragraph 15.5 above, Temporary Traffic Controls TTC.

15.9 Prior to spraying paint, coatings or power washing exterior structures the following criteria shall be met:

   15.9.1 Contractor shall provide ODR and TAMU forty eight (48) hours' notice prior to spraying any material, including primer, paint or coatings.

   15.9.2 Consider use of dryfall paint when spray painting large areas of structure (e.g. metal building frames) or materials by conventional or airless spray.

   15.9.3 The Contractor shall provide all necessary barricades, signs, warning of spray area as determined in the preconstruction conference. The Contractor shall set these signs out the night before spraying begins.

   15.9.4 The Contractor shall be responsible for the removal of signs and barricades at the completion of the job.

15.9.5 The Contractor shall protect any automobile, bicycle, vehicle or other property which is located in a warning area where contact with the property owner has not been made before the commencement of work.

15.9.6 The Contractor shall employ approved wind screens, protective shrouds and other protection methods during all paint and coating applications. The Contractor is responsible for all overspray and shall have sole liability where damage occurs as a result of this work.

15.9.7 Spray equipment shall be as recommended by the materials manufacturer. Spray operations shall be performed only during adequate period calm weather with winds not exceeding 15 miles per hour. Protect all property from overspray or other damage.

15.9.8 To prevent sparking a flammable substance, smoking and other sources of flame near spray painting operations are prohibited and tools shall be properly rated and grounded for work in a spray painting area.

**16.0 <u>LANDSCAPING</u>** Take appropriate measures to prevent injury to landscaping in or near the worksite. Do not remove or prune any landscaping without the approval from the ODR. Plants which are damaged during work shall be replaced at no expense to TAMU or the ODR. Unless required by the contract documents, the ODR shall coordinate removal of all trees, tree branches, shrubs and plants that will interfere the Project Work. Actively nesting birds shall not be disturbed unless approved by the ODR. Disturbing actively nesting migratory birds will also require a permit to be obtained from the U.S. Fish and Wildlife Service.

**17.0 <u>ENVIRONMENTAL REQUIREMENTS</u>**

17.1 Compliance with Environmental Laws:  The Contractor and all subcontractors shall comply with any and all applicable federal, state, and local laws, regulations, ordinances, policies and standards ("Applicable Laws") related to environmental matters. Contractor and all subcontractors shall comply with all current TAMU/EHS and State of Texas Storm Water Pollution Prevention Plan (SWPPP) regulations. Please refer to the following links:
https://ehsd.tamu.edu
http://www.tceq.state.tx.us/assets/public/permitting/waterquality/attachments/stormwater/txr15largepri.pdf
https://www.tceq.texas.gov/assets/public/permitting/stormwater/txr15smallsite.pdf

17.2 PCB Ballast Disposal Requirements:  The transporting and disposal of lighting ballasts is subject to Environmental Protection Agency (EPA), D.O.T. and State of Texas laws, codes and guidelines. Any ballast that is not specifically marked "No PCB's" shall be considered to contain PCB's and shall be transported to an EPA approved incinerator and destroyed by incineration. Contractor shall furnish ODR with copies of tickets before and after transportation and a certificate of destruction from the firm that destroys the ballasts. The disposal company must be approved by the ODR. Contractors involved in projects that include the removal and/or disposal of fluorescent, mercury vapor, or HID Sodium Vapor lamps shall comply with the requirements of this section. Fluorescent lamps have been determined, by the TCEQ, to be hazardous waste and must be managed in accordance with

40 CFR 260-279, and 30 TAC 330-335. The Contractor shall immediately notify the ODR when activities involving the removal of the aforementioned lamps begin.

17.3    Nuisance and Polluting Activity Prohibited:  Polluting, dumping, or discharging of any harmful, nuisance, or regulated materials (such as concrete truck washout, vehicle maintenance fluids, residue from saw cutting operations, solid waste and hazardous substances) into building drains, site drains, streams, waterways, holding ponds or to the ground surface shall not be permitted. The Contractor shall be held responsible for any damages that may result. Further, the Contractor shall conduct activities in such a fashion to avoid creating any legal nuisance, including but not limited to, suppressing noise and dust, controlling erosion, and implementing other measures as necessary to minimize off-site impacts of work activities.

17.4    Asbestos Removal:  If, in the process of performing the Work, the Contractor suspects that asbestos has been found, the ODR shall be notified immediately. The ODR shall cause the suspicious material to be tested and, if found to be asbestos, will be responsible for its removal. It will be the Contractor's responsibility to protect its workers and other persons by regulating access to the affected area. Should the Contractor encounter previously unidentified and suspect asbestos-containing materials ("ACM"), mold, hazardous or potentially hazardous material or suspected lead containing paint which must be disturbed to comply with the Contract Documents, the Contractor shall cease all work that would disturb the suspect material and shall immediately notify the ODR.

17.5    Contractor is responsible for all materials brought on site, including hazardous materials. All hazardous waste or special waste generated by the Contractor as a result of its operations shall be identified, characterized, containerized and transported to a permitted disposal facility in strict accordance with the requirements of 40 CFR 260-279 (Hazardous waste and used oil regulations), 30 TAC 324, 330-335 (TCEQ Hazardous and Industrial Waste Regulations).

## 18.0   COLOR AND MATERIAL SELECTIONS

18.1    No color selections and no material selections will be made by the ODR until the Contractor submits all samples of all materials requiring color selections to the ODR or A/E (if applicable). In addition, prior to the ODR selection colors, the Contractor shall certify in writing that all colors and samples submitted are current, acceptable, and available to the Contractor for TAMU's selection.

18.2    Any samples that are not applicable to the work shall be carefully removed from the submittal by the Contractor. The Contractor shall submit the manufacturer's full range of applicable colors, patterns, and textures for the various materials that are required by the contract.

18.3    In the event that discontinued, non-current, or non-applicable colors, textures, or samples are submitted by the Contractor and their selection is made by the ODR, the Contractor shall immediately notify ODR of all associated delays required to resubmit and approve alternate materials.

**19.0 PROJECT CLOSEOUT DOCUMENTS** Before approval of final payment, Contractor must submit the following documents on all projects:

- Contractor's Affidavit of Release of Liens (AIA G706A), must be notarized
- The Contractor shall not incorporate hazardous materials into the work, and shall provide an affidavit attesting as such
- Warranties: Contractor must submit, on contractor's letterhead, a statement guaranteeing all work for a period of twelve months (show Substantial Completion date in warranty letter). Certify in writing and provide evidence that commercial general liability insurance coverage is effective through the contractor's warranty period
- Consent of Surety (AIA G707) if bonding is required
- Operation and Maintenance Manuals for equipment/products
- As Built / Marked Up Field Drawings. Send to A/E if applicable for update to CAD files.
- HVAC TAB Report
- Notice of Termination (NoT) of all temporary erosion controls having been removed, scheduled for removal, or transferred to a new operator within 30 days
- Sprinkler Systems: One (1) signed original & 1 (one) electronic copy of standard contractor's material and test certificate as required by Texas Dept. of Insurance for above and underground piping
- TCEQ Domestic Water Backflow Prevention and Customer Service Inspection Certification. Contractor's responsibility to have this done by a licensed individual required by Texas Dept. of Insurance for above and underground piping
- Other documents that may be required by the contract documents

**20.0 RIGHT TO AUDIT** The ODR shall have the right to verify and audit the details of Contractor's and subcontractor's billings, certificates, accountings, cost data, and statements, either before or after payment, by (1) inspecting the books and records of the Contractor and subcontractor's during normal business hours; (2) examining any reports with respect to the Project Work; (3) interviewing Contractor's and subcontractor's employees; and (4) any other reasonable action. Contractor's and subcontractor's records shall be kept on the basis of generally accepted accounting principles in accordance with cost accounting standards issued by the Federal Office of Management and Budget Cost Accounting Standards Board and organized by each Application for Payment period.

**21.0 BUSINESS ETHICS EXPECTATION**

21.1 *During the course of pursuing work with the ODR and while performing contract work in accordance with the Contract Documents, Contractor agrees to maintain business ethics standards aimed at avoiding any impropriety or conflict of interest which could be construed to have an adverse impact on the ODR or TAMUS's best interests.*

21.2 *Contractor shall take reasonable actions to prevent any actions or conditions which could result in a conflict with the ODR or TAMUS's best interests. These obligations shall apply to the activities of Contractor's employees, agents, subcontractors, subcontractors' employees and other persons under their control.*

21.3 *Contractor's employees, agents, subcontractors (and their representatives) shall not make or offer, or cause to be made or offered, any cash payments, commissions, employment, gifts valued at $50 dollars or more, entertainment, free travel, loans, free work, substantially discounted work, or any other considerations to the ODR's representatives,*

TAMU-0971

*employees or their relatives.*

21.4 *Contractor's employees, agents and subcontractors (and their relatives) shall not receive or accept any cash payments, commissions, employment, gifts valued at $50 dollars or more, entertainment, free travel, loans, free work, or substantially discounted work or any other considerations from representatives of Contractors, sub- contractors, or material suppliers or any other individuals, organizations, or businesses receiving funds in connection with the Project Work.*

21.5 *Contractor agrees to notify SSC's Resident Regional Manager within 48 hours of any instance where the Contractor becomes aware of a failure to comply with the provisions of this section.*

21.6 *Upon request by the ODR, Contractor agrees to provide a certified management representation letter executed by a Contractor representative selected by the ODR in a form agreeable to the ODR stating that the representative is not aware of any situations violating the business ethics expectations outlined in the Contract Documents or any similar potential conflict of interest as listed in the Compass Group "Code of Business Conduct" or "Code of Ethics" which can be found on the Compass Group website (http://compass-usa.com/pages/code-of- ethics.aspx).*

21.7 *Contractor agrees to include provisions similar to the aforementioned in all contracts with subcontractors receiving more than $25,000 in funds in connection with the Project Work.*

**<u>END SECTION</u>**



**THE TEXAS A&M UNIVERSITY SYSTEM**
**301 Tarrow Street, 2ⁿᵈ Floor**
**College Station, Texas 77840**

**Minimum Prevailing Wage Rate**
**County: Brazos**

| CLASSIFICATION | RATE | NOTES |
|---|---|---|
| Acoustic Ceiling Installer | 15.73 | |
| Asbestos Abatement Worker | 13.06 | |
| Carpenter | 15.95 | |
| Concrete – Pour and Finish | 15.39 | |
| Crane Operator | 26.40 | |
| Driver | 14.47 | |
| Drywall Installer | 16.20 | |
| Electrician – Journeyman | 25.70 | |
| Electrician – Apprentice | 20.35 | |
| Elevator Mechanic – Journeyman | 55.83 | |
| Elevator Mechanic – Apprentice | 48.10 | |
| Fire Protection – Controls | 17.72 | |
| Fire Protection – Pipefitter | 20.61 | |
| Formwork Builder | 14.58 | |
| Glazier | 17.69 | |
| HVAC – Journeyman | 25.09 | |
| HVAC – Apprentice | 15.81 | |
| HVAC – Controls | 21.80 | |
| Insulator | 16.01 | |
| Ironworker | 17.42 | |
| Laborer/Helper | 12.73 | |
| Mason | 19.13 | |
| Equipment Operator – Light | 14.97 | |
| Equipment Operator – Heavy | 16.76 | |
| Painter | 13.18 | |
| Pipefitter – Journeyman | 32.50 | |
| Pipefitter - Apprentice | 19.35 | |
| Plasterer | 15.51 | |
| Plumber – Journeyman | 30.74 | |
| Plumber – Apprentice | 20.32 | |
| Reinforcing Steel Worker | 15.78 | |
| Roofer | 19.94 | |
| Stone Mason | 18.12 | |
| Terrazzo Installer | 13.08 | |
| Tile Setter | 15.73 | |
| Waterproofer | 14.91 | |

Note: Listed minimum prevailing wage rate is the base hourly wage rate including fringes.



# NOTICE OF PROJECT (NOP)

| | EXHIBIT |
|---|---|
| | **33** |

POSTED ON BEHALF OF SSC BY Texas A&M University (Part 02)

Attention: (02) Cindy Gillar - c-gillar@tamu.edu, CC Shawna Kennedy - shawna.kennedy@tamu.edu

Date of Request: 10/23/2023

## PROJECT INFORMATION

Project Number: 2023-06030

Project Name: Spence Hall Corps Dorm Bathroom Renovations

Project Location: Texas A&M University, College Station, TX

Project Start Date: 5/13/2024          Project Finish Date: 7/31/2024

Project Description: Renovation to the first floor women's room in Spence Hall including new flooring, ceiling, partitions, doors, plumbing, HVAC fixtures

## DOCUMENT ACQUSITION INFORMATION

RFP & Construction Documents (CSP) and information are available electronically at (web link): public
PublicFolderFiles.aspx - app-e-builder

## SUBMISSION INFORMATION

| | | |
|---|---|---|
| CSP RFP Submissions are due: | Date: 11/14/2023 | Time: 2:00 PM |
| HSP Submissions are due: | Date: 11/15/2023 | Time: 2:00 PM |
| Public Proposal Opening: SSC Facilities Services Building, Conference Room 204: | Date: 11/15/2023 | Time: 3:00 PM |

Public Proposal Virtual Meeting (web link): **Click here to join the meeting**

Mail or Hand-deliver to:          SSC Service Solutions
                                  Facilities Services EDCS
                                  1371 TAMU (Physical Address: 600 Agronomy Road, Suite 218)
                                  College Station, TX 77843

## HISTORICALLY UNDERUTILIZED BUSINESS (HUB)

HUB Subcontracting Plan Required:          Yes ☒          No ☐

If yes, monthly HUB Progress Assessment Reports (PARs) are required with each pay application.

Contact (02) Cindy Gillar - c-gillar@tamu.edu, 979-845-9010. CC Shawna Kennedy - shawna.kennedy@tamu.edu, 979-845-3425 with all HUB-related questions.

## QUERY INFORMATION

Pre-proposal Meeting Location (if applicable): SSC Facilities Services Building, Conference Room 204

Date: 10/30/2023          Time: 2:30 PM

Inquiries regarding the submission process/requirements should be directed to

SSC Project Manager: Mike Garon

Email: Michael.Garon@sscserv.com

Phone: 979-446-2506

If applicable, inquiries regarding the technical aspects of the Construction Documents shall be directed to:

A/E Contact: Fred Patterson

A/E Firm: Patterson Architects

Email: fred@patarch.com

Phone:  979-775-6036

TAMU-0984

**EXHIBIT**

**34**



| Line Item | Description | A<br>Original Budget * | B<br>Approved Budget Changes * | C<br>A + B<br>Current Budget * | D<br>Pending Budget Changes * | E<br>Projected Budget Changes * |
|---|---|---|---|---|---|---|
| 01 | Pre-Design / Pre-Construction | 600 | 0 | 600 | 0 | 0 |
| 01.01 | Programmed Budget | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01.02 | Surveys & Testing | 600.00 | 0.00 | 600.00 | 0.00 | 0.00 |
| 01.03 | Studies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 | Design | 31,250.00 | 0 | 31,250.00 | 0 | 0 |
| 02.01 | A/E Services | 31,250.00 | 0.00 | 31,250.00 | 0.00 | 0.00 |
| 02.02 | Consultant Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02.03 | Texas Accessibility Standards | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 | Procurement | 0 | 0 | 0 | 0 | 0 |
| 03.01 | Advertising | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 | Construction | 405,500.00 | 1,450.00 | 406,950.00 | 0 | 0 |
| 04.01 | Construction Contracts | 403,000.00 | 1,450.00 | 404,450.00 | 0.00 | 0.00 |
| 04.02 | Support Services | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 0.00 |
| 04.03 | Construction Testing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 99 | Project Management | 64,182.50 | 72.5 | 64,255.00 | 0 | 0 |
| 99.01 | Contingency | 40,300.00 | 0.00 | 40,300.00 | 0.00 | 0.00 |
| 99.02 | SSC Contract Admin Services | 23,882.50 | 72.50 | 23,955.00 | 0.00 | 0.00 |
| Totals | | 501,532.50 | 1,522.50 | 503,055.00 | 0.00 | 0.00 |

| F<br>C + D + E<br>Projected Budget * | G<br>Original Commitments | H<br>Approved Commit Changes * | I<br>Non Commitment Costs * | J<br>G + H + I<br>Current Commitments * | K<br>U - W<br>Current Retainage Held |
|---:|---:|---:|---:|---:|---:|
| 600 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 31,250.00 | 31,250.00 | 0 | 0 | 31,250.00 | 0 |
| 31,250.00 | 31,250.00 | 0.00 | 0.00 | 31,250.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 406,950.00 | 404,450.00 | 0 | 1,185.00 | 405,635.00 | 0 |
| 404,450.00 | 404,450.00 | 0.00 | 0.00 | 404,450.00 | 0.00 |
| 2,500.00 | 0.00 | 0.00 | 1,185.00 | 1,185.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 64,255.00 | 0 | 0 | 4,600.27 | 4,600.27 | 0 |
| 40,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23,955.00 | 0.00 | 0.00 | 4,600.27 | 4,600.27 | 0.00 |
| 503,055.00 | 435,700.00 | 0.00 | 5,785.27 | 441,485.27 | 0.00 |

| L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|
| | | | J + L + M + N | | | | ((R - V) + X) |
| Pending Commit Changes * | Projected Commit Changes * | Pending Commitments * | Projected Commitments | Actuals Received * | Actuals Approved * | Actuals Paid * | Net Actuals Paid |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0 | 0 | 0 | 31,250.00 | 27,495.00 | 27,495.00 | 27,495.00 | 27,495.00 |
| 0.00 | 0.00 | 0.00 | 31,250.00 | 27,495.00 | 27,495.00 | 27,495.00 | 27,495.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0 | 0 | 0 | 405,635.00 | 64,509.69 | 64,509.69 | 64,509.69 | 64,509.69 |
| 0.00 | 0.00 | 0.00 | 404,450.00 | 63,324.69 | 63,324.69 | 63,324.69 | 63,324.69 |
| 0.00 | 0.00 | 0.00 | 1,185.00 | 1,185.00 | 1,185.00 | 1,185.00 | 1,185.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0 | 0 | 0 | 4,600.27 | 4,600.27 | 4,600.27 | 4,600.27 | 4,600.27 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 4,600.27 | 4,600.27 | 4,600.27 | 4,600.27 | 4,600.27 |
| 0.00 | 0.00 | 0.00 | 441,485.27 | 96,604.96 | 96,604.96 | 96,604.96 | 96,604.96 |

| T | U | V | W | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|
| ((Q - U) + W) | | | | | O - Q | Q / O | J - C |
| Net Actuals Approved | Amount Retained | Amount Retained Paid | Retainage Released | Retainage Release Paid | Actual Cost To Complete | Percent Cost Complete | Current Over/(Under) |
| 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | -600 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -600.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27,495.00 | 0 | 0 | 0 | 0 | 3,755.00 | 87.98% | 0 |
| 27,495.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,755.00 | 0.88 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 64,509.69 | 0 | 0 | 0 | 0 | 341,125.31 | 15.90% | -1,315.00 |
| 63,324.69 | 0.00 | 0.00 | 0.00 | 0.00 | 341,125.31 | 0.16 | 0.00 |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | -1,315.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4,600.27 | 0 | 0 | 0 | 0 | 0 | 100.00% | -59,654.73 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -40,300.00 |
| 4,600.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | -19,354.73 |
| 96,604.96 | 0.00 | 0.00 | 0.00 | 0.00 | 344,880.31 | | -61,569.73 |

TAMU-0788

| AB<br><br>*O - F*<br><br>Projected<br>Over/(Under) |
| ---: |
| -600 |
| 0.00 |
| -600.00 |
| 0.00 |
| 0 |
| 0.00 |
| 0.00 |
| 0.00 |
| 0 |
| 0.00 |
| -1,315.00 |
| 0.00 |
| -1,315.00 |
| 0.00 |
| -59,654.73 |
| -40,300.00 |
| -19,354.73 |
| -61,569.73 |

TAMU 0789

# EXHIBIT 35

**Revised Pu chase Order**



## Sales Tax Exemption

Texas A&M University is exempt from state and municipal sales taxes under Chapter 20 Title 122A, revised Civil Statutes of Texas, for all purchases made for the exclusive use of Texas A&M.

The laws of the State of Texas shall govern this Purchase Order.

Member of the Texas A&M University System.

| chase Order | | | |
|---|---|---|---|
| Purchase Order Date | PO/Reference No. | Revision No. | Revision Date |
| **Jun 26, 2023** | **AB0824034** | **1** | **Dec 4, 2023** |

**Contact instructions for questions regarding this Purchase Order:**

If Buyer Contact information is listed below, please contact the Buyer.

If not, please contact the Customer.

**Buyer Contact:**

| Buye | B yer Email | Buyer Phone Number |
|---|---|---|
| cco - Oberg, Clyde | co@tamu.edu | 979.845.1042 |

**Customer Contact:**

| | |
|---|---|
| Name: | By Departmental Accounting Services RELH |
| Email: | tawhiten@tamu.edu |
| Phone: | +1 979-845-7621 |

**Order cceptance inst ctions:**

# For Order Acceptance Instructions and other Terms and Conditions applicable to t is PO, see the "Notes to Supplier" section below.

| S pplier Information | |
|---|---|
| Supplier Name | SSC Service Solutions |
| Address | |
| FOB / FREIGHT | Destination |
| Pre-Pay & Add | No |
| Payment Terms | 0, Net 30 |
| Contract Number - Header | TAMU CONTRACT # 25158 |
| Contract Number - Line | *no value* |
| Quote number | |

| Delivery Information | |
|---|---|
| **Delivery Address** | |
| TAMUS Member: | 02-Texas A&M University (02) |
| Attn: | Rob Webber |
| Residence Life | |
| University Apts Maintenance Shop | |
| 225 Calvin Moore Ave | |
| 3365 TAMU | |
| College Station, TX 77843-3365 | |
| United States | |
| **Delivery Information** | |
| Required Delivery Date | |
| Ship Via | Best Carrier-Best Way |

| Notes to Supplier | | | |
|---|---|---|---|
| **Shipping Instr ctions** | | | |
| Attachments for supplier | | | |
| BA - 1 - 2023-060... | | | |
| BM002.pdf | | | |
| BM001.pdf | | | |
| **PO Cl uses** | | | |
| Header | 001 | No Collect Freight Charges Accepted | Neither COD nor "Collect" freight or handling charges will be accepted. |
| | 100 | Order Acceptance Instructions - TAMU | Vendor guarantees that the products delivered, or the services performed, as a result of this Purchase Order will meet or exceed all specifications herein. Any exceptions to the pricing or the description contained herein must be approved by Texas A&M's Department of Procurement Services in writing prior to shipping or performance. This Purchase Order is governed by the laws of the State of Texas and Texas A&M's Terms & Conditions (the version that is effective as of the |

urchase Order Date   r the Revision Date specified above, whichever is later), which are incorporated into and made a material part of any Purchase Order issued by Texas A&M.

| 102 | Terms & Conditions - TAMU | Terms & Conditions - Texas A&M University -This purchase order is issued on behalf of Texas A&M University and is governed by the Terms & Conditions found online: http://purchasing.tamu.edu/_media/tamu-bid-terms1.pdf |

| Line No. | Product Description | Catalog No. | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 of 1 | <<<<<<<<<<<<<<<<<<<<< **LINE MODIFIED** >>>>>>>>>>>>>>>>>>>>>> | | | | | |
| | Contract with Patterson Architects for required design services for the renovations of the 1st floor women's restroom at Spence Hall. | NA | EA | 503,055.00 USD | 1 EA | 503,055.00 USD |
| | External Note | In performing the Scope of Work described herein, SSC shall be bound by the terms and conditions of the Facilities Support Services Agreement or Building Maintenance Services Agreement executed by SSC and Texas A and M University effective August 3, 2012 | | | | |
| | | | | Total | | **503,055.00 USD** |

| Billing Information | Billing Address |
|---|---|
| To assure  imely payment please e-mail invoices to the email provided in the bill to address. If the invoice is sent via email, please do not send a duplicate copy through the mail. Only if email is not an option then submit invoices to the billing address indicated in the "Billing Address" section. To inquire about electronic invoicing via cXML, CSV or PO flip through the supplier portal, e-mail vendorhelp@tamu.edu.  Invoice must include the PO/Reference number shown above. | Texas A&M University-Accounts Payable  ***Do Not Mail Invoices***  Email invoices to invoices@tamu.edu  750 Agronomy Rd Suite 3101  6000 TAMU  College Station, TX 77843-6000  United States |

**EXHIBIT**

**36**

## Revised Purchase Order



| Purchase Order | | | |
|---|---|---|---|
| Purchase Order Date | PO/Reference No. | Revision No. | Revision Date |
| **Feb 21, 2024** | **AB0892173** | **1** | **Feb 22, 2024** |

**Contact instructions for questions regarding this Purchase Order:**

If Buyer Contact information is listed below, please contact the Buyer.

If not, please contact the Customer.

**Buyer Contact:**

| Buyer | Buyer Email | Buyer Phone Number |
|---|---|---|
| jan - Nelms, Jim | janelms@tamu.edu | 979.845.3819 |

**Customer Contact:**

| | |
|---|---|
| Name: | By Departmental Accounting Services RELH |
| Email: | tawhiten@tamu.edu |
| Phone: | +1 979-845-7621 |

### Sales Tax Exemption

Texas A&M University is exempt from state and municipal sales taxes under Chapter 20 Title 122A, revised Civil Statutes of Texas, for all purchases made for the exclusive use of Texas A&M.

The laws of the State of Texas shall govern this Purchase Order.

Member of the Texas A&M University System.

**Order acceptance instructions:**

## For Order Acceptance Instructions and other Terms and Conditions applicable to this PO, see the "Notes to Supplier" section below.

| Supplier Information | | Delivery Information | |
|---|---|---|---|
| Supplier Name | SSC Service Solutions | **Delivery Address** | |
| Address | | TAMUS Member: | 02-Texas A&M University (02) |
| FOB / FREIGHT | Destination | Attn: | Ben Sasse |
| Pre-Pay & Add | No | Residence Life | |
| Payment Terms | 0, Net 30 | Spence/Briggs/Kiest Hall | |
| Contract Number - Header | TAMU CONTRACT# 25158 | Room | 1st floor women's restroom/ Kiest, Gainer, Lacy Hall's |
| Contract Number - Line | *no value* | 1253 TAMU | |
| Quote number | | College Station, TX 77843-1253 | |
| | | United States | |
| | | **Delivery Information** | |
| | | Required Delivery Date | |
| | | Ship Via | Best Carrier-Best Way |

| Notes to Supplier | | | |
|---|---|---|---|
| **Shipping Instructions** | | | |

Attachments for supplier

BA - 1 - 2024-063...

AB0892173 BM-000...

**PO Clauses**

| Header | 001 | No Collect Freight Charges Accepted | Neither COD nor "Collect" freight or handling charges will be accepted. |
|---|---|---|---|
| | 100 | Order Acceptance Instructions - TAMU | Vendor guarantees that the products delivered, or the services performed, as a result of this Purchase Order will meet or exceed all specifications herein. Any exceptions to the pricing or the description contained herein must be approved by Texas A&M's Department of Procurement Services in writing prior to shipping or performance. This Purchase Order is governed by the laws of the State of Texas and Texas A&M's Terms & Conditions (the version that is effective as of the Purchase Order Date or the Revision Date specified above, whichever is later), which are incorporated into and made a material part of any Purchase Order issued by Texas A&M. |

| | 102 | Terms & Conditions - TAMU | Terms & Conditions - Texas A&M University -This purchase order is issued on behalf of Texas A&M University and is governed by the Terms & Conditions found online: http://purchasing.tamu.edu/_media/tamu-bid-terms1.pdf |
|---|---|---|---|

| Line No. | Product Description | Catalog No. | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 of 2 | PROJECT#: 2024-06316 - Kiest Hall - Dorm 2 Feasibility Study for Restroom Renovation | NA | EA | 242,550.00 USD | 1 EA | 242,550.00 USD |
| | External Note | | In performing the Scope of Work described herein, SSC shall be bound by the terms and conditions of the Facilities Support Services Agreement or Building Maintenance Services Agreement executed by SSC and Texas A&M University effective August 3, 2012 | | | |
| 2 of 2 | <<<<<<<<<<<<<<<<<<<< **LINE ADDED** >>>>>>>>>>>>>>>>>>>> | | | | | |
| | BM-00001 Budget Modification | N/A | EA | 2,332,450.00 USD | 1 EA | 2,332,450.00 USD |
| | | | | Total | | **2,575,000.00 USD** |

| Billing Information | Billing Address |
|---|---|
| To assure timely payment please e-mail invoices to the email provided in the bill to address. If the invoice is sent via email, please do not send a duplicate copy through the mail. Only if email is not an option then submit invoices to the billing address indicated in the "Billing Address" section. To inquire about electronic invoicing via cXML, CSV or PO flip through the supplier portal, e-mail vendorhelp@tamu.edu. <br><br> Invoice must include the PO/Reference number shown above. | Texas A&M University-Accounts Payable <br><br> ***Do Not Mail Invoices*** <br> Email invoices to invoices@tamu.edu <br> 750 Agronomy Rd Suite 3101 <br> 6000 TAMU <br> College Station, TX 77843-6000 <br> United States |

**EXHIBIT**

**37**

# SSC UNIFORM GENERAL AND SUPPLEMENTARY CONDITIONS

## Table of Contents

Article 1.    Definitions ................................................................................................................2

Article 2.    Wage Rates and Other Laws Governing Construction .........................................6

Article 3.    General Responsibilities of Owner and Contractor.............................................10

Article 4.    Historically Underutilized Business (HUB) Subcontracting Plan.....................16

Article 5.    Bonds and Insurance .........................................................................................18

Article 6.    Construction Documents, Coordination Documents, and Record Documents.................20

Article 7.    Construction Safety ..........................................................................................22

Article 8.    Quality Control .................................................................................................24

Article 9.    Construction Schedules .....................................................................................30

Article 10.   Payments ..........................................................................................................36

Article 11.   Changes ............................................................................................................40

Article 12.   Project Completion and Acceptance .................................................................44

Article 13.   Warranty and Guarantee...................................................................................48

Article 14.   Suspension and Termination .............................................................................51

Article 15.   Dispute Resolution ...........................................................................................55

Article 16.   Miscellaneous...................................................................................................55

1

TAMU-01984

## SSC UNIFORM GENERAL AND SUPPLEMENTARY CONDITIONS

**These General and Supplementary Conditions shall be used for contracts in support of the agreement between The Texas A&M University System ("TAMUS") ("Owner") and Southeast Service Corporations d/b/a SSC Services for Education ("SSC") ("ODR").**
**All users are advised to read and understand this entire document.**

## Article 1.  Definitions

Unless the context clearly requires another meaning, the following terms have the meaning assigned herein.

1.1     Application for Payment means Contractor's monthly partial invoice for payment that includes any portion of the Work that has been completed for which an invoice has not been submitted and performed in accordance with the requirements of the Contract Documents.  The Application for Payment accurately reflects the progress of the Work, is itemized based on the Schedule of Values, bears the notarized signature of Contractor, and shall not include subcontracted items for which Contractor does not intend to pay.

1.2     Application for Final Payment means Contractor's final invoice for payment that includes any portion of the Work that has been completed for which an invoice has not been submitted, amounts owing to adjustments to the final Contract Sum resulting from approved change orders, and release of remaining Contractor's retainage.

1.3     Architect/Engineer (A/E) means a person registered as an architect pursuant to Tex. Occ. Code Ann., Chapter 1051, as a landscape architect pursuant to Tex. Occ. Code Ann., Chapter 1052, a person licensed as a professional engineer pursuant Tex. Occ. Code Ann., Chapter 1001, and/or a firm employed by **ODR** or Design-Build Contractor  to provide professional architectural or engineering services and  to exercise overall responsibility for the design of a Project or a significant portion thereof, and to perform the contract administration responsibilities set forth in the Contract.

1.4     Baseline Schedule means the initial time schedule prepared by Contractor for ODR's information and acceptance that conveys Contractor's and Subcontractors' activities (including coordination and review activities required in the Contract Documents to be performed by A/E and ODR), durations, and sequence of work related to the entire Project to the extent required by the Contract Documents.  The schedule clearly demonstrates the critical path of activities, durations and necessary predecessor conditions that drive the end date of the schedule.  The Baseline Schedule shall not exceed the time limit current under the Contract Documents.

1.5     Certificate of Final Completion means the certificate issued by A/E that documents, to the best of A/E's knowledge and understanding, Contractor's completion of all Contractor's Punch List items and pre-final Punch List items, final cleanup and

Contractor's provision of Record Documents, operations and maintenance manuals, and all other closeout documents required by the Contract Documents.

1.6     Change Order means a written modification of the Contract between **ODR** and Contractor, signed by **ODR**, Contractor and A/E.

1.7     Close-out Documents mean the product brochures, submittals, product/equipment maintenance and operations instructions, manuals, and other documents/warranties, record documents, affidavit of payment, release of lien and claim, and as may be further defined, identified, and required by the Contract Documents.

1.8     Competitive Sealed Proposals, in accordance with Tex. **Gov't Code, Chapter 2166**, a delivery procedure for construction projects by which a governmental entity (or its representative) requests proposals, ranks the offerors, negotiates as prescribed, and then contracts with a general contractor for the construction, rehabilitation, alteration, or repair of a facility.

1.9     Contract means the entire agreement between **ODR** and Contractor, including all of the Contract Documents.

1.10    Contract Date is the date when the agreement between **ODR** and Contractor becomes effective.

1.11    Contract Documents mean those documents identified as a component of the agreement (Contract) between **ODR** and Contractor.  These may include, but are not limited to, Drawings; **Project Manual/**Specifications; **SSC Uniform General and Supplementary Conditions**, and Special Conditions; and all pre-bid and/or pre-proposal addenda.

1.12    Contract Sum means the total compensation payable to Contractor for completion of the Work in accordance with the terms of the Contract.

1.13    Contract Time means the period between the start date identified in the Notice to Proceed with construction and the Substantial Completion date identified in the Notice to Proceed or as subsequently amended by a Change Order.

1.14    Contractor means the individual, corporation, limited liability company, partnership, firm, or other entity contracted to perform the Work, regardless of the type of construction contract used, so that the term as used herein includes a Construction Manager-at-Risk or a Design-Build firm as well as a general or prime Contractor. The Contract Documents refer to Contractor as if singular in number.

1.15    Construction Documents mean the Drawings, **Project Manual/**Specifications, and other documents issued to build the Project.  Construction Documents become part of the Contract Documents when listed in the Contract or any Change Order.

1.16    Construction Manager at Risk. In accordance with Tex. Gov't Code Chapter 2269, means a sole proprietor, partnership, corporation, or other legal entity that assumes the risk for

construction, rehabilitation, alteration, or repair of a facility at the contract price as a general contractor and provides consultation to ODR regarding construction during and after the design of the facility

1.17    Date of Commencement means the date designated in the Notice to Proceed for Contractor to commence the Work.

1.18    Day means a calendar day unless otherwise specifically stipulated.

1.19    Design-Build means a project delivery method in which the detailed design and subsequent construction is provided through a single contract with a Design-Build firm; a team, partnership, or legal entity that includes design professionals and a builder.  The Design-Build Project delivery shall be implemented in accordance with Tex. Gov't Code § 2269.301.

1.20    Drawings mean that product of A/E which graphically depicts the Work.

1.21    Final Completion means the date determined and certified by A/E and **ODR** on which the Work is fully and satisfactorily complete in accordance with the Contract.

1.22    Final Payment means the last and final monetary compensation made to Contractor for any portion of the Work that has been completed and accepted for which payment has not been made, amounts owing to adjustments to the final Contract Sum resulting from approved change orders, and release of Contractor's retainage.

1.23    Historically Underutilized Business (HUB) pursuant to Tex. Gov't Code, Chapter 2161, means a business that is at least 51% owned by an Asian Pacific American, a Black American, a Hispanic American, a Native American, a Disabled Veteran, and/or an American Woman; is an entity with its principal place of business in Texas; and has an owner residing in Texas with proportionate interest that actively participates in the control, operations, and management of the entity's affairs.

*1.24    Manufacturing Process means the application of a process to alter the form or function of materials or elements of a product in a manner that adds value and transforms the materials or elements into a new finished product that is functionally different from a finished product produced merely from assembling the materials or elements into a product.*

1.25    Notice to Proceed means written document informing Contractor of the dates beginning Work and the dates anticipated for Substantial Completion.

1.26    Open Item List means a list of work activities, Punch List items, changes or other issues that are not expected by **ODR** and Contractor to be complete prior to Substantial Completion.

1.27    Owner means the State of Texas, and any agency of the State of Texas, acting through the responsible entity of the State of Texas identified in the Contract as Owner.

TAMUx0793

1.27    Owner's Designated Representative (ODR) means the individual assigned by Owner to act on its behalf and to undertake certain activities as specifically outlined in the Contract. ODR is the only party authorized to direct changes to the scope, cost, or time of the Contract.

1.28    *Produced in the United States means, with respect to iron and steel products, a product for which all manufacturing processes, from initial melting through application of coatings, occur in the United States, other than metallurgical processes to refine steel additives.*

1.29    Project means all activities necessary for realization of the Work.  This includes design, contract award(s), execution of the Work itself, and fulfillment of all Contract and warranty obligations.

1.30    **Project Manual means a bound document that contains the contract documents, with the exception of the drawings, specifically organized into bid requirements, contract information, addenda, general conditions for construction, and technical specifications.**

1.31    Progress Assessment Report (PAR) means the monthly compliance report to **ODR** verifying compliance with the HUB subcontracting plan (HSP).

1.32    Proposed Change Order (PCO) means a document that informs Contractor of a proposed change in the Work and appropriately describes or otherwise documents such change including Contractor's response of pricing for the proposed change.

1.33    Punch List means a list of items of Work to be completed or corrected by Contractor after Substantial Completion.  Punch Lists indicate items to be finished, remaining Work to be performed, or Work that does not meet quality or quantity requirements as required in the Contract Documents.

1.34    Record Documents mean the drawing set, Specifications, and other materials maintained by Contractor that documents all addenda, Architect's Supplemental Instructions, Change Orders and postings and markings that record the as-constructed conditions of the Work and all changes made during construction.

1.35    Request for Information (RFI) means a written request by Contractor directed to A/E or ODR for a clarification of the information provided in the Contract Documents or for direction concerning information necessary to perform the Work that may be omitted from the Contract Documents.

1.36    Samples mean representative physical examples of materials, equipment, or workmanship used to confirm compliance with requirements and/or to establish standards for use in execution of the Work.

1.37    Schedule of Values means the detailed breakdown of the cost of the materials, labor, and equipment necessary to accomplish the Work as described in the Contract Documents, submitted by Contractor for approval by **ODR** and A/E.

1.38    Shop Drawings mean the drawings, diagrams, illustrations, schedules, performance charts, brochures, and other data prepared by Contractor or its agents which detail a portion of the Work.

1.39    Site means the geographical area of the location of the Work.

1.40    Special Conditions mean the documents containing terms and conditions which may be unique to the Project.  Special Conditions are a part of the Contract Documents and have precedence over the Uniform General Conditions and Supplementary General Conditions.

1.41    Specifications mean the written product of A/E that establishes the quality and/or performance of products utilized in the Work and processes to be used, including testing and verification for producing the Work.

1.42    Subcontractor means a business entity that enters into an agreement with Contractor to perform part of the Work or to provide services, materials, or equipment for use in the Work.

1.43    Submittal Register means a list provided by Contractor of all items to be furnished for review and approval by A/E and **ODR** and as identified in the Contract Documents including anticipated sequence and submittal dates.

1.44    Substantial Completion means the date determined and certified by Contractor, A/E, and **ODR** when the Work, or a designated portion thereof, is sufficiently complete, in accordance with the Contract, so as to be operational and fit for the use intended.

1.45    Unit Price Work means the Work, or a portion of the Work, paid for based on incremental units of measurement.

1.46    Unilateral Change Order (ULCO) means a Change Order issued by **ODR** without the complete agreement of Contractor, as to cost and/or time.

1.47    Work means the administration, procurement, materials, equipment, construction and all services necessary for Contractor, and/or its agents, to fulfill Contractor's obligations under the Contract.

1.48    Work Progress Schedule means the continually updated time schedule prepared and monitored by Contractor that accurately indicates all necessary appropriate revisions as required by the conditions of the Work and the Project while maintaining a concise comparison to the Baseline Schedule.

## Article 2.  Wage Rates and Other Laws Governing Construction

2.1    Environmental Regulations.  Contractor shall conduct activities in compliance with applicable laws and regulations and other requirements of the Contract relating to the environment and its protection at all times.  Unless otherwise specifically determined,

Contractor is responsible for obtaining and maintaining permits related to storm water run-off. Contractor shall conduct operations consistent with storm water run-off permit conditions. Contractor is responsible for all items it brings to the Site, including hazardous materials, and all such items brought to the Site by its Subcontractors and suppliers, or by other entities subject to direction of Contractor. Contractor shall not incorporate hazardous materials into the Work without prior approval of Owner, and shall provide an affidavit attesting to such in association with request for Substantial Completion inspection.

2.2     Wage Rates. Contractor shall not pay less than the wage scale of the various classes of labor as indicated by county and "Building Type" at the following link: https://www.wdol.gov/wdol/scafiles/davisbacon/tx.html. The specified wage rates are minimum rates only. Owner is not bound to pay any claims for additional compensation made by any Contractor because the Contractor pays wages in excess of the applicable minimum rate contained in the Contract. The prevailing wage schedule is not a representation that qualified labor adequate to perform the Work is available locally at the prevailing wage rates.

     2.2.1   Notification to Workers. Contractor shall post the prevailing wage schedule in a place conspicuous to all workers on the Project Site and shall notify each worker, in writing, of the following as they commence work on the Contract: the worker's job classification, the established minimum wage rate requirement for that classification, as well as the worker's actual wage. The notice must be delivered to and signed in acknowledgement of receipt by the worker and must list both the wages and fringe benefits to be paid or furnished for each classification in which the worker is assigned duties. When requested by Owner, Contractor shall furnish evidence of compliance with the Texas Prevailing Wage Law and the addresses of all workers.

          2.2.1.1   Contractor shall submit a copy of each worker's wage-rate notification to ODR with the application for progress payment for the period during which the worker was engaged in activities on behalf of the Project *when requested by Owner*.

          2.2.1.2   The prevailing wage schedule is determined by Owner in compliance with Tex. Gov't Code, Chapter 2258. Should Contractor at any time become aware that a particular skill or trade not reflected on Owner's Prevailing Wage Schedule will be or is being employed in the Work, whether by Contractor or by Subcontractor, Contractor shall promptly inform ODR of the proposed wage to be paid for the skill along with a justification for same and ODR shall promptly concur with or reject the proposed wage and classification. Contractor is responsible for determining the most appropriate wage for a particular skill in relation to similar skills or trades identified on the prevailing wage schedule. In no case, shall any worker be paid less than the wage indicated for laborers.

     2.2.2   Penalty for Violation. Contractor, and any Subcontractor, will pay to the State a

7

penalty of sixty dollars ($60) for each worker employed for each day, or portion thereof, that the worker is paid less than the wage rates stipulated in the Prevailing Wage Schedule.

2.2.3    Complaints of Violations.

2.2.3.1    **ODR**'s Determination of Good Cause.  Upon receipt of information concerning a violation, **ODR** will conduct an investigation in accordance with Tex. Gov't Code, Chapter 2258 and make an initial determination as to whether good cause exists that a violation occurred. Upon making a good cause finding, ODR will retain the full amounts claimed by the claimant or claimants as the difference between wages paid and wages due under the Prevailing Wage Schedule and any supplements thereto, together with the applicable penalties, such amounts being subtracted from successive progress payments pending a final decision on the violation.

2.2.3.2    **If the Contractor and claimant worker reach an agreement concerning the claim, the Contractor shall promptly notify the ODR in a written document countersigned by the worker.**

2.2.3.3    **Arbitration Required. If the violation is not resolved within 14 days following initial determination by the ODR, the Contractor and the claimant worker must participate in binding arbitration in accordance with the Texas General Arbitration Act, Tex. Civ. Prac. & Rem. Code, Chapter 171. If the Contractor and the claimant worker do not agree on an arbitrator within 10 days, after the date arbitration is required, a district court may be petitioned by any of the parties to the arbitration to appoint an arbitrator whose decision will be binding on all parties. (See Tex. Gov't Code, § 2258.053)**

2.2.3.4    **Arbitration Award. If an arbitrator assesses an award against the Contractor, the Contractor shall promptly furnish a copy of said award to the ODR. The ODR may use any amounts retained under Article 2.2.3.1 to pay the worker the amount as designated in the arbitration award. If the retained funds are insufficient to pay the worker in accordance with the arbitration award, the worker has a right of action against the Contractor, and/or the surety to receive the amount owed, plus attorneys' fees and court costs. The ODR has no duty to release any funds to either the claimant or the Contractor until it has received the notices of agreement or the arbitration award.**

2.2.3.5    No Extension of Time.  If **ODR**'s determination proves valid that good cause existed to believe a violation had occurred, Contractor is not entitled to an extension of time for any delay arising directly or indirectly from the arbitration procedures.

2.3    Venue for Suits.  The venue for any suit arising from the Contract will be in a court of competent jurisdiction **in the county of the site location**.

2.4    Licensing of Trades.  Contractor shall comply with all applicable provisions of State law related to license requirements for skilled tradesmen, contractors, suppliers and or laborers, as necessary to accomplish the Work.  In the event Contractor, or one of its Subcontractors, loses its license during the term of performance of the Contract, Contractor shall promptly hire or contract with a licensed provider of the service at no additional cost to Owner **or ODR**.

   2.4.1    **Partial list of licenses required. Listed by Texas Statue:**

   - **Boilers--Chapter 755, Health and Safety Code.**

   - **Electrical--Title 8, Occupations Code, Chapter 1305, Administered by the Texas Department of Licensing and Regulation.**

   - **Elevators, Escalators, and related Equipment--Chapter 754, Health and Safety Codes, Subchapter B. Inspection, Certification, and Registration.**

   - **Fire Detection and Alarms--Insurance Code, Article 5.43-2**.

   - **Fire Protection--Insurance Code, Article 5.43-1 and 5.43-3.**

   - **Plumbing--Plumbing License Law, Occupations Code, Title 8. Regulation of Environmental and Industrial Trades, Chapter 1301. Plumbers.**

   - **Mechanical--Air Conditioning and Refrigeration Contractor License Law, Occupations Code, Title 8. Regulation of Environmental and Industrial Trades, Chapter 1302, Administered by the Texas Department of Licensing and Regulation.**

2.5    Royalties, Patents, and Copyrights.  Contractor shall pay all royalties and license fees, defend suits or claims for infringement of copyrights and patent rights, and shall hold Owner **and ODR** harmless from loss on account thereof, but shall not be responsible for such defense or loss when a particular design, process or product of a particular manufacturer or manufacturers is required by the Contract Documents, or where the copyright violations are contained in Drawings, Specifications or other documents prepared by **ODR** or A/E.  However, if Contractor has reason to believe that the required design, process, or product is an infringement of a copyright or a patent, Contractor shall be responsible for such loss unless such information is promptly furnished to A/E.

2.6    State Sales and Use Taxes.  Owner qualifies for exemption from certain State and Local Sales and use taxes pursuant to the provisions of Tex. Tax Code, Chapter 151. Upon request from Contractor, Owner/**ODR** shall furnish evidence of tax exempt status. Contractor may claim exemption from payment of certain applicable State taxes by complying with such procedures as prescribed by the State Comptroller of Public

9

Accounts.   Owner/**ODR** acknowledges not all items qualify for exemption. Owner/**ODR** is not obligated to reimburse Contractor for taxes paid on items that qualify for tax exemption.

2.7     *Iron and Steel Products. In accordance with Tex. Gov't. Code, Chapter 2252, Subchapter F all iron and steel products produced through a manufacturing process and used in the project shall be produced in the United States.*

   *2.7.1   Exemption. Electrical components, equipment, systems, and appurtenances, including supports, covers, shielding, and other appurtenances related to an electrical system, necessary for operation or concealment are not considered to be iron or steel products and are exempt from this requirement.*

   *2.7.2   Other exemptions, only if agreed to in writing by the Owner are:*

      *2.7.2.1   Iron or steel products produced in the United States are not: (A) produced in sufficient quantities; (B) reasonably available; or (C) of a satisfactory quality; or if*

      *2.7.2.2   Use of iron or steel products produced in the United States will increase the total cost of the project by more than 20 percent.*

2.8     *Prohibition on contracts with Companies boycotting Israel In accordance with Tex. Gov't Code, Chapter 2270 SSC will not enter into a contract with a company for goods or services unless the contract contains a written verification from the company that it*
        *(1) does not boycott Israel; and*
        *(2) will not boycott Israel during the term of the contract.*

## Article 3.  General Responsibilities of Owner and Contractor

3.1   **ODR**'s General Responsibilities.     **ODR** is the entity identified as such in the Contract and referred to throughout the Contract Documents as if singular in number.

   3.1.1   Preconstruction Conference.   Prior to, or concurrent with, the issuance of Notice to Proceed with construction, a conference will be convened for attendance by Owner, Contractor, A/E and appropriate Subcontractors.  The purpose of the conference is to establish a working understanding among the parties as to the Work, the operational conditions at the Project Site, and general administration of the Project.   Topics include communications, schedules, procedures for handling Shop Drawings and other submittals, processing Applications for Payment, maintaining required records and all other matters of importance to the administration of the Project and effective communications between the project team members.

   3.1.2   Owner's Designated Representative.  Prior to the start of construction, Owner will identify Owner's Designated Representative (ODR), who has the express authority to act and bind Owner to the extent and for the purposes described in the various Articles of the Contract, including responsibilities for general

administration of the Contract.

    3.1.2.1   Unless otherwise specifically defined elsewhere in the Contract Documents, ODR is the single point of contact between Owner and Contractor.  Notice to ODR, unless otherwise noted, constitutes notice to Owner under the Contract.

    3.1.2.2   All directives on behalf of Owner will be conveyed to Contractor and A/E by ODR in writing.

3.1.3    <u>Owner Supplied Materials and Information</u>.

    3.1.3.1   Owner **or ODR** will furnish to Contractor those surveys describing the physical characteristics, legal description, limitations of the Site, site utility locations, and other information used in the preparation of the Contract Documents.

    3.1.3.2   Owner **or ODR** will provide information, equipment, or services under Owner's control to Contractor with reasonable promptness. *The Owner or ODR makes no representation as to the accuracy or completeness of the site information furnished to the Contractor by the Owner, and is not responsible for any interpretations or conclusions reached by the Contractor with respect to the information.*

3.1.4    <u>Availability of Lands</u>.  Owner will furnish, as indicated in the Contract, all required rights to use the lands upon which the Work occurs.  This includes rights-of-way and easements for access and such other lands that are designated for use by Contractor.  Contractor shall comply with all Owner identified encumbrances or restrictions specifically related to use of lands so furnished.  Owner will obtain and pay for easements for permanent structures or permanent changes in existing facilities, unless otherwise required in the Contract Documents.

3.1.5    <u>Limitation on **ODR**'s Duties</u>.

    3.1.5.1   The **ODR** will not supervise, direct, control or have authority over or be responsible for Contractor's means, methods, technologies, sequences or procedures of construction or the safety precautions and programs incident thereto.  T h e  **ODR** is not responsible for any failure of Contractor to comply with laws and regulations applicable to the Work.  The **ODR** is not responsible for the failure of Contractor to perform or furnish the Work in accordance with the Contract Documents.  Except as provided in Section 2.5, the **ODR** is not responsible for the acts or omissions of Contractor, or any of its Subcontractors, suppliers or of any other person or organization performing or furnishing any of the Work on behalf of Contractor.

    3.1.5.2   ODR will not take any action in contravention of a design decision made by A/E in preparation of the Contract Documents, when such

TAMU-0994

actions are in conflict with statutes under which A/E is licensed for the protection of the public health and safety.

3.2     Role of Architect/Engineer. **(if applicable)** Unless specified otherwise in the Contract between Owner and Contractor, A/E shall provide general administration services for Owner during the construction phase of the Project.  Written correspondence, Requests For Information, and Shop Drawings/submittals shall be directed to A/E for action. **The A/E has no authority to change material specifications, contract cost or contract time unless approved by the ODR.**

   3.2.1   Site Visits.

      3.2.1.1   A/E will make visits to the Site at intervals as provided in the A/E's Contract with Owner, to observe the progress and the quality of the various aspects of Contractor's executed Work and report findings to **ODR**.

      3.2.1.2   A/E has the authority to interpret Contract Documents and inspect the Work for compliance and conformance with the Contract. Except as referenced in Paragraph 3.1.5.2, The **ODR** retains the sole authority to accept or reject Work and issue direction for correction, removal, or replacement of Work.

   3.2.2   Clarifications and Interpretations.  It may be determined that clarifications or interpretations of the Contract Documents are necessary.  Upon direction by ODR, such clarifications or interpretations will be provided by A/E consistent with the intent of the Contract Documents.  A/E will issue these clarifications with reasonable promptness to Contractor as A/E's Supplemental Instruction ("ASI") or similar instrument.  If Contractor believes that such clarification or interpretation justifies an adjustment in the Contract Sum or the Contract Time, Contractor shall so notify **ODR** in accordance with the provisions of Article 11.

   3.2.3   Limitations on Architect/Engineer Authority.  A/E is not responsible for:

      3.2.3.1   Contractor's means, methods, techniques, sequences, procedures, safety, or programs incident to the Project, nor will A/E supervise, direct, control or have authority over the same;

      3.2.3.2  The failure of Contractor to comply with laws and regulations applicable to the furnishing or performing the Work;

      3.2.3.3   Contractor's failure to perform or furnish the Work in accordance with the Contract Documents; or

      3.2.3.4   Acts or omissions of Contractor, or of any other person or organization performing or furnishing any of the Work.

12

TAMUX 0995

3.3     <u>Contractor's General Responsibilities</u>.    Contractor is solely responsible for implementing the Work in full compliance with all applicable laws, codes, regulations and the Contract Documents and shall supervise and direct the Work using the best skill and attention to assure that each element of the Work conforms to the Contract requirements. Contractor is solely responsible for all construction means, methods, techniques, safety, sequences, coordination and procedures. *The Contractor is responsible for having visited the Site and having ascertained all pertinent local conditions such as existing subsurface concealed conditions, location, accessibility and general character of the Site or building, the character and extent of existing work, the character and extent of existing work within adjacent sites, and any other work being performed thereon at the time Contractor's bid or proposal is submitted.*

3.3.1   <u>Project Administration</u>.  Contractor shall provide project administration for all Subcontractors, vendors, suppliers, and others involved in implementing the Work and shall coordinate administration efforts with those of A/E **if applicable** and ODR in accordance with these **SSC Uniform General and Supplementary Conditions**, **Division 1 Specifications**, and other provisions of the Contract, and as outlined in the pre-construction conference.

3.3.2   <u>Contractor's Management Personnel</u>.  Contractor shall employ a competent person or persons who will be present at the Project Site during the progress of the Work to supervise or oversee the work.   The competent persons are subject to the approval of ODR.  Contractor shall not change approved staff during the course of the project without the written approval of ODR unless the staff member leaves the employment of Contractor.   Contractor shall provide additional quality control, safety and other staff as stated in the **SSC Uniform General and Supplementary Conditions.**

3.3.3   <u>Labor</u>.   Contractor shall provide competent, suitably qualified personnel to survey, lay-out, and construct the Work as required by the Contract Documents and maintain good discipline and order at the Site at all times.

3.3.4   <u>Services, Materials, and Equipment</u>.   Unless otherwise specified, Contractor shall provide and assume full responsibility for all services, materials, equipment, labor, transportation, construction equipment and machinery, tools, appliances, fuel, power, light, heat, telephone, water, sanitary facilities, temporary facilities, and all other facilities, incidentals, and services necessary for the construction, performance, testing, start-up, inspection and completion of the Work.

3.3.5   <u>Contractor General Responsibility</u>.  For Owner furnished equipment or material that will be in the care, custody, and control of Contractor, Contractor is responsible for damage or loss.

3.3.6   <u>Non-Compliant Work</u>. Should A/E and/or ODR identify Work as non- compliant with the Contract Documents, A/E and/or ODR shall communicate the finding to Contractor, and Contractor shall correct such Work at no additional cost to the Owner.   The approval of Work by either A/E or ODR does   not   relieve

13

Contractor from the obligation to comply with all requirements of the Contract Documents.

3.3.7   Subcontractors.  Contractor shall not employ any Subcontractor, supplier or other person or organization, whether initially or as a substitute, against whom Owner **or ODR** shall have reasonable objection. **ODR** will communicate such objections in writing within ten (10) days of receipt of Contractor's intent to use such Subcontractor, supplier, or other person or organization. Contractor is not required to employ any Subcontractor, supplier or other person or organization to furnish any of the work to whom Contractor has reasonable objection. Contractor shall not substitute Subcontractors without the acceptance of Owner.

3.3.7.1   All Subcontracts and supply contracts shall be consistent with and bind the Subcontractors and suppliers to the terms and conditions of the Contract Documents including provisions of the Contract between Contractor and **ODR**.

3.3.7.2   Contractor shall be solely responsible for scheduling and coordinating the Work of Subcontractors, suppliers and other persons and organizations performing or furnishing any of the Work under a direct or indirect contract with Contractor.   Require all Subcontractors, suppliers and such other persons and organizations performing or furnishing any of the Work to communicate with Owner **and ODR** only through Contractor.  Contractor shall furnish to Owner and ODR a copy, at Owner's **or ODR's** request, of each first-tier subcontract promptly after its execution. Contractor agrees that Owner **and ODR** have no obligation to review or approve the content of such contracts and that providing Owner **and ODR** such copies in no way relieves Contractor of any of the terms and conditions of the Contract, including, without limitation, any provisions of the Contract which require the Subcontractor to be bound to Contractor in the same manner in which Contractor is bound to Owner.

3.3.8   Continuing the Work.  Contractor shall carry on the Work and adhere to the progress schedule during all disputes, disagreements, or alternative resolution processes with **ODR**.  Contractor shall not delay or postpone any Work because of pending unresolved disputes, disagreements or alternative resolution processes, except as **ODR** and Contractor may agree in writing.

3.3.9   Cleaning.  Contractor shall at all times, keep the Site and the Work clean and free from accumulation of waste materials or rubbish caused by the construction activities under the Contract.  Contractor shall ensure that the entire Project is thoroughly cleaned prior to requesting Substantial Completion inspection and, again, upon completion of the Project prior to the final inspection.

3.3.10   Acts and Omissions of Contractor, its Subcontractors and Employees. Contractor shall be responsible for acts and omissions of his employees and all

TAMUS 0903

its Subcontractors, their agents and employees.  Owner **or ODR** may, in writing, require Contractor to remove from the Project any of Contractor's or its Subcontractor's employees whom ODR finds to be careless, incompetent, unsafe, uncooperative, disruptive, or otherwise objectionable.

3.3.11   Indemnification of Owner.  **Contractor covenants and agrees to FULLY INDEMNIFY and HOLD HARMLESS, Owner and the elected and appointed officials, employees, officers, directors, volunteers, and representatives of Owner, individually or collectively, from and against any and all costs, claims, liens, damages, losses, expenses, fees, fines, penalties, proceedings, actions, demands, causes of action, liability and suits of any kind and nature, including but not limited to, personal or bodily injury, death or property damage, made upon Owner directly or indirectly arising out of, resulting from or related to Contractor's activities under this Contract, including any acts or omissions of Contractor,  or  any  agent, officer, director, representative, employee, consultant or the Subcontractor of Contractor, and their respective officers, agents, employees, directors and representatives while in the exercise of performance of the rights or duties under this Contract.  The indemnity provided for in this paragraph does not apply to any liability resulting from the negligence of the Owner, its officers or employees, separate contractors or assigned contractors, in instances where such negligence causes personal injury, death or property damage. IN THE EVENT CONTRACTOR AND OWNER ARE FOUND JOINTLY LIABLE BY A COURT OF COMPETENT JURISDICTION, LIABILITY WILL BE APPORTIONED COMPARATIVELY IN ACCORDANCE WITH THE LAWS OF THE STATE OF TEXAS, WITHOUT WAIVING ANY GOVERNMENTAL IMMUNITY AVAILABLE TO THE STATE UNDER TEXAS LAW AND WITHOUT WAIVING ANY DEFENSES OF THE PARTIES UNDER TEXAS LAW.**

3.3.11.1  The provisions of this indemnification are solely for the benefit of the parties hereto and not intended to create or grant any rights, contractual or otherwise, to any other person or entity.

3.3.11.2  Contractor shall promptly advise Owner in writing of any claim or demand against Owner or against Contractor which involves Owner and known to Contractor and related to or arising out of Contractor's activities under this Contract.

3.3.12   Ancillary Areas. Operate and maintain operations and associated storage areas at the site of the Work in accordance with the following:

3.3.12.1  Confine all Contractor operations, including storage of materials and employee parking upon the Site of Work, to areas designated by Owner **or ODR**.

3.3.12.2  **With prior written approval of the Owner and ODR,** Contractor may erect, at its own expense, temporary buildings that will remain its

15

property.   Remove such buildings and associated utility service lines upon completion of the Work, unless Contractor requests and Owner provides written consent that it may abandon such buildings and utilities in place.

3.3.12.3  Use only established roadways or construct and use such temporary roadways as may be authorized by Owner.  Do not allow load limits of vehicles to exceed the limits prescribed by appropriate regulations or law.   Provide protection to road surfaces, curbs, sidewalks, trees, shrubbery, sprinkler systems, drainage structures and other like existing improvements to prevent damage and repair any damage thereto at the expense of Contractor.

3.3.12.4 ODR may restrict Contractor's entry to the Site to specifically assigned entrances and routes.

3.3.13  Separate Contracts. ODR reserves the right to award other contracts in connection with other portions of the Project under these same or substantially similar contract conditions, including those portions related to insurance and waiver of subrogation.  ODR reserves the right to perform operations related to the Project with ODR's own forces.

3.3.14  Under a system of separate contracts, the conditions described herein continue to apply except as may be amended by change order.

3.3.15  Contractor shall cooperate with other contractors or forces employed on the Project by Owner, including providing access to Site and Project information as requested.

3.3.16  ODR shall be reimbursed by Contractor for costs incurred by ODR which are payable to a separate contractor because of delays, improperly timed activities, or defective construction by Contractor.  ODR will equitably adjust the Contract by Change Order for costs incurred by Contractor because of delays, improperly timed activities, damage to the Work or defective construction by a separate contractor.

## Article 4.  Historically Underutilized Business (HUB) Subcontracting Plan

4.1     General Description. *The purpose of the HUB Program is to promote full and equal business opportunities for all businesses in State contracting.*

*In accordance with 34 TAC §20.14(d)(1)(D)(iii), a respondent (prime contractor) may demonstrate good faith effort to utilize Texas certified HUBs for its subcontracting opportunities if the total value of the respondent's subcontracts with Texas certified HUBs meets or exceeds the statewide HUB goal or the agency specific HUB goal, whichever is higher. When a respondent uses this method to demonstrate good faith effort, the respondent must identify the HUBs with which it will subcontract. If using*

*existing contracts with Texas certified HUBs to satisfy this requirement, only contracts that have been in place for five years or less shall qualify for meeting the HUB goal. The limitation is designed to encourage vendor rotation as recommended by the 2009 Texas Disparity Study.*

4.1.1   State agencies are required by statute to make a good faith effort to assist HUBs in participating in contract awards issued by the State.   34 T.A.C. §20.13(b) outlines the State's policy to encourage the utilization of HUBs in State contracting opportunities through race, ethnic and gender neutral means.

4.1.2   A Contractor who contracts with the State in an amount of $100,000 or greater is required to make a good faith effort to award subcontracts to HUBs in accordance with 34 T.A.C. § 20.14(a)(2)(A) by submitting a HUB subcontracting plan within twenty-four (24) hours after the bid or response is due and complying with the HUB subcontracting plan after it is accepted by Owner and during the term of the Contract.

4.2   <u>Compliance with Approved HUB Subcontracting Plan</u>.   Contractor having been awarded this Contract in part by complying with the HUB program statute and rules, hereby covenants to continue to comply with the HUB program as follows:

4.2.1   Prior to adding or substituting a Subcontractor, promptly notify Owner in the event a change is required for any reason to the accepted HUB subcontracting plan.

4.2.2   Conduct the good-faith effort activities required and provide Owner with necessary documentation to justify approval of a change to the approved HUB subcontracting plan.

4.2.3   Cooperate in the execution of a Change Order or such other approval of the change in the HUB subcontracting plans as Contractor and Owner may agree to.

4.2.4   Maintain and make available to Owner upon request business records documenting compliance with the accepted HUB subcontracting plan.

4.2.5   Upon receipt of payment for performance of Work, submit to Owner a compliance report, in the format required by Owner that demonstrates Contractor's performance of the HUB subcontracting plan.

4.2.5.1   Progress Assessment Report (PAR): monthly compliance reports to Owner (contracting agency), verifying their compliance with the HUB subcontracting plan, including the use/expenditures they have made to Subcontractors.   (The PAR is available at **http://www.window.state.tx.us/procurement/prog/hub/hub-forms/progressassessmentrpt.xls**).

4.2.6   Promptly and accurately explain and provide supplemental information to Owner to assist in Owner's investigation of Contractor's good-faith effort to fulfill

17

the HUB subcontracting plan and the requirements under 34 T.A.C. §20.14(a)(1).

4.3     Failure to Demonstrate Good-Faith Effort.   Upon a determination by Owner that Contractor has failed to demonstrate a good-faith effort to fulfill the HUB subcontracting plan or any Contract covenant detailed above, Owner may, in addition to all other remedies available to it, report the failure to perform to the Comptroller of Public Accounts, Texas Procurement and Support Services Division, Historically Underutilized Business Program and may bar Contractor from future contracting opportunities with Owner.

# Article 5.  Bonds and Insurance

5.1     Construction Bonds.  Contractor is required to tender to ODR, prior to commencing the Work, performance and payment bonds, as required by Tex. Gov't Code, Chapter2253.  On Construction Manager-at-Risk and Design-Build Projects the Owner shall require a security bond, as described in Subsection 5.1.2 below.

   5.1.1   Bond Requirements. Each bond shall be executed by a corporate surety or sureties authorized to do business in the State of Texas and acceptable to the ODR, on the ODR's form, and in compliance with the relevant provisions of the Texas Insurance Code.  If a surety upon a bond loses its authority to do business in the State, Contractor shall, within thirty (30) days after such loss, furnish a replacement bond at no added cost to the ODR.

   **Contractor agrees to promptly remove or discharge such lien or claim.  If the Contractor shall fail to so remove or discharge the same within ten (10) days after receipt of written notice from ODR, ODR shall have the right to remove or discharge the same by bonding, payment or otherwise.  The amount of any payment, costs and/or expenses made or incurred by ODR in connection with the removal or discharge of any such lien or claim may be deducted by ODR from any payment or amounts then due or thereafter to become due to the Contractor.  The premium of such bond is to be paid by the Contractor.  ODR, at its option, may terminate and cancel this contract without cost to ODR upon Contractor's failure to deliver such properly executed bonds to ODR and Contractor agrees to indemnify and hold harmless ODR from any and all damages suffered by ODR as a result of Contractor's failure to provide such a bond.**

      5.1.1.1   Performance Bond.  A Performance Bond is required if the Contract Sum is in excess of $100,000.  The Performance Bond is solely for the protection of the Owner and ODR.  The Performance Bond is to be for the Contract Sum to guarantee the faithful performance of the Work in accordance with the Contract Documents.  The form of the bond shall be approved by the Office of the Attorney General of Texas.  The Performance Bond shall be effective through Contractor's warranty period.

5.1.1.2   Payment Bond. A Payment bond is required if the Contract price is in excess of $25,000. The payment bond is to be for the Contract Sum and is payable to the ODR solely for the protection and use of payment bond beneficiaries who have a direct contractual relationship with the Contractor or its subcontractor. The form of the bond shall be approved by the Office of the Attorney General of Texas.

5.1.2   Security Bond. The security bond provides protection to ODR if Contractor presents an acceptable guaranteed maximum price ("GMP") to ODR and 1) fails to execute the GMP; or 2) fails to deliver the required payment and performance bonds within the time period stated below.

5.1.3   When Bonds Are Due
5.1.3.1   Security bonds are due within ten (10) days of signing a Construction Manager-at-Risk or Design-Build Contract.

5.1.3.2   Payment and performance bonds are due within ten (10) days of Contractor's receipt of a fully executed GMP on a Construction Manager-at-Risk project or the Contract Sum for a Design-Build project, or within ten (10) days of Contractor's receipt of a fully executed Contract on competitively bid or competitive sealed proposal projects.

5.1.4   Power of Attorney. Each bond shall be accompanied by a valid power-of-attorney issued by the surety company, attached to the bond, and signed and sealed with the corporate embossed seal, authorizing the attorney-in-fact who signs the bond to commit the surety to the terms of the bond, and stating any limit in the amount for which the attorney can issue a single bond.

5.1.5   Bond Indemnification. The process of requiring and accepting bonds and making claims there under shall be conducted in compliance with Tex. Gov"t Code, Chapter 2253. IF FOR ANY REASON A STATUTORY PAYMENT OR PERFORMANCE BOND IS NOT HONORED BY THE SURETY, CONTRACTOR SHALL FULLY INDEMNIFY AND HOLD THE ODR AND OWNER HARMLESS OF AND FROM ANY COSTS, LOSSES, OBLIGATIONS OR LIABILITIES IT INCURS AS A RESULT.

5.1.6   Furnishing Bond Information. ODR shall furnish certified copies of the Payment Bond and the related Contract to any qualified person seeking copies who complies with Tex. Gov't Code § 2253.026.

5.1.7   Claims on Payment Bonds. Claims on payment bonds must be sent directly to Contractor and his surety in accordance with Tex. Gov't Code § 2253.041. All payment bond claimants are cautioned that no lien exists on the funds unpaid to Contractor on such Contract, and that reliance on notices sent to ODR may result in loss of their rights against Contractor and/or his surety. The ODR is not responsible in any manner to a claimant for collection of unpaid bills, and accepts no such responsibility because of any representation by any agent or employee.

5.1.8   Payment Claims when Payment Bond not Required.  The rights of Subcontractors regarding payment are governed by Tex. Prop. Code §§53.2 31 – 53.239 when the value of the Contract between ODR and Contractor is less than $25,000.00. These provisions set out the requirements for filing a valid lien on funds unpaid to Contractor as of the time of filing the claim, actions necessary to release the lien and satisfaction of such claim.

5.1.9   Sureties.  Sureties shall be listed on the US Department of the Treasury's Listing of Approved Sureties maintained by the Bureau of Financial Management Service (FMS), www.fms.treas.gov/c570, stating companies holding Certificates of Authority as acceptable sureties on Federal Bonds and acceptable reinsuring companies (FMS Circular 570) **and have a rating of A- or better with A.M. Best Company.**

5.2   **Insurance Requirements.  See attached Sample Contract or Master Agreement. for insurance requirements.**

# Article 6.  Construction Documents, Coordination Documents, and Record Documents

6.1   Drawings and Specifications.

6.1.1   Copies Furnished.  *The Contractor will be furnished one (1) digital copy of Drawings and Specifications free of charge.*

6.1.2   Ownership of Drawings and Specifications. **If applicable**, all Drawings, Specifications and copies thereof furnished by A/E are to remain A/E's property. These documents are not to be used on any other project, and with the exception of the Contract record set and electronic versions needed for warranty operations, are to be returned to the A/E, upon request, following completion of the Work.

6.1.3   Interrelation of Documents.  The Contract Documents as referenced in the Contract between Owner and Contractor are complimentary, and what is required by one shall be as binding as if required by all.

6.1.4   Resolution of Conflicts in Documents.  Where conflicts may exist within the Contract Documents, the documents shall govern in the following order:  (a) Change Orders, addenda, and written amendments to the Contract; (b) the Contract; (c) Specifications; (d) Drawings; and (e) other Contract Documents. Among other categories of documents having the same order of precedence, the term or provision that includes the latest date shall control.  *Where conflicts may exist between and/or within the Contract Documents, the higher quality, greater quantity, more restrictive, and/or more expensive requirement shall be required and shall be the basis of Contractor pricing.* Contractor shall notify A/E and ODR for resolution of the issue prior to executing the Work in question.

6.1.5   Contractor's Duty to Review Contract Documents.   In order to facilitate its responsibilities for completion of the Work in accordance with and as reasonably inferable from the Contract Documents, prior to commencing the Work, Contractor shall examine and compare the Contract Documents, information furnished by Owner, relevant field measurements made by Contractor and any visible or reasonably anticipated conditions at the Site affecting the Work.  This duty extends throughout the construction phase prior to commencing each particular work activity and/or system installation.

6.1.6   Discrepancies and Omissions in Drawings and Specifications.

6.1.6.1   Promptly report to ODR and to A/E the discovery of any apparent error, omission or inconsistency in the Contract Documents prior to execution of the Work.

6.1.6.2   It is recognized that Contractor is not acting in the capacity of a licensed design professional, unless it is performing as a Design- Build firm.

6.1.6.3   It is further recognized that Contractor's examination of Contract Documents is to facilitate construction and does not create an affirmative responsibility to detect errors, omissions or inconsistencies or to ascertain compliance with applicable laws, building codes or regulations, unless it is performing as a Design- Build firm or a Construction Manager-at-Risk.

6.1.6.4   When performing as a Design-Build firm, Contractor has sole responsibility for discrepancies, errors, and omissions in the Drawings and Specifications.

6.1.6.5   When performing as a Construction Manager-at-Risk, Contractor has a shared responsibility with A/E for discovery and resolution of discrepancies, errors, and omissions in the Contract Documents.  In such case, Contractor's responsibility pertains to review, coordination, and recommendation of resolution strategies within budget constraints.

6.1.6.6   Contractor has no liability for errors, omissions, or inconsistencies unless Contractor knowingly failed to report a recognized problem to Owner or the Work is executed under a Design-Build or Construction Manager-at-Risk Contract as outlined above.   Should Contractor fail to perform the examination and reporting obligations of these provisions, Contractor is responsible for avoidable costs and direct and/or consequential damages.

6.1.6.7   *The **ODR** makes no representations, express or implied, about the adequacy or accuracy of the Drawings, Specifications or other*

*Construction Documents provided or their suitability for their intended use. Owner expressly disclaims any implied warranty that the Construction Documents are adequate, accurate or suitable for their intended use.*

6.2     Requirements for Record Documents.  Contractor shall:

6.2.1   Maintain at the Site one copy of all Drawings, Specifications, addenda, keep current and maintain Drawings and Specifications in good order with **as constructed** postings and markings to record actual conditions of Work and Show and reference all changes made during construction.   Provide Owner and A/E access to these documents.

6.2.2   Not Applicable.

6.2.3   Not Applicable.

6.2.4   **Prior to final payment application**, Contractor shall furnish a copy of its marked-up Record Documents and a preliminary copy of each instructional manual, maintenance and operating manual, parts catalog, wiring diagrams, spare parts, specified written warranties and like publications, or parts for all installed equipment, systems, and like items and as described in the Contract Documents.

6.2.5   Once determined acceptable by ODR with input from A/E, provide one (1) reproducible copy and one (1) electronic media copy of all Record Documents, unless otherwise required by the **SSC Uniform General & Supplementary Conditions or Special Conditions**.

6.2.6   Contractor shall be responsible for updating the Record Documents for all Contractor initiated documents and changes to the Contract Documents due to coordination and actual field conditions, including RFIs.

6.2.7    A/E shall be responsible for updating the Record Documents for any addenda, Change Orders, A/E supplemental instructions and any other alterations to the Contract Documents generated by A/E or Owner.

## Article 7.  Construction Safety

7.1     General.  It is the duty and responsibility of Contractor and all of its Subcontractors to be familiar with, enforce and comply with all requirements of Public Law No. 91-596, 29 U.S.C. § 651 et. seq., the Occupational Safety and Health Act of 1970, (OSHA) and all amendments thereto.  Contractor shall prepare a safety plan specific to the Project and submit it to ODR and A/E **(if applicable)** prior to commencing Work.  In addition, Contractor and all of its Subcontractors shall comply with all applicable laws and regulations of any public body having jurisdiction for safety of persons or property to protect them from damage, injury or loss and erect and maintain all necessary safeguards for such safety and protection.

7.2     Notices.  Contractor shall provide notices as follows:

7.2.1   Notify owners of adjacent property including those that own or operate utility services and/or underground facilities, and utility owners, when prosecution of the Work may affect them or their facilities, and cooperate with them in the protection, removal, relocation and replacement, and access to their facilities and/or utilities.

7.2.2   Coordinate the exchange of material safety data sheets (MSDSs) or other hazard communication information required to be made available to or exchanged between or among employers at the site in connection with laws and regulations.  Maintain a complete file of MSDSs for all materials in use on site throughout the construction phase and make such file available to Owner and its agents as requested.

7.3     Emergencies.   In any emergency affecting the safety of persons or property, Contractor shall act to minimize, mitigate, and prevent threatened damage, injury or loss.

7.3.1   Have authorized agents of Contractor respond immediately upon call at any time of day or night when circumstances warrant the presence of Contractor to protect the Work or adjacent property from damage or to take such action pertaining to the Work as may be necessary to provide for the safety of the public.

7.3.2   Give ODR and A/E prompt notice of all such events.

7.3.3   If Contractor believes that any changes in the Work or variations from Contract Documents have been caused by its emergency response, promptly notify Owner within seventy-two (72) hours of the emergency response event.

7.3.4   Should Contractor fail to respond, **ODR** is authorized to direct other forces to take action as necessary and **ODR** may deduct any cost of remedial action from funds otherwise due Contractor.

7.4     Injuries. In the event of an incident or accident involving outside medical care for an individual on or near the Work, Contractor shall notify ODR and other parties as may be directed promptly, but no later than twenty-four (24) hours after Contractor learns that an event required medical care.

7.4.1   Record the location of the event and the circumstances surrounding it, by using photography or other means, and gather witness statements and other documentation which describes the event.

7.4.2   Supply ODR and A/E with an incident report no later than thirty-six (36) hours after the occurrence of the event.  In the event of a catastrophic incident (one (1) fatality or three (3) workers hospitalized), barricade and leave intact the scene of the incident until all investigations are complete.  A full set of incident investigation documents, including facts, finding of cause, and remedial plans shall be provided within one (1) week after occurrence, unless otherwise directed

by legal counsel.  Contractor shall provide ODR with written notification within one week of such catastrophic event if legal counsel delays submission of full report.

7.5    Environmental Safety.    Upon encountering any previously unknown potentially hazardous material, or other materials potentially contaminated by hazardous material, Contractor shall immediately stop work activities impacted by the discovery, secure the affected area, and notify ODR immediately.

7.5.1   Bind all Subcontractors to the same duty.

7.5.2   Upon receiving such notice, ODR will promptly engage qualified experts to make such investigations and conduct such tests as may be reasonably necessary to determine the existence or extent of any environmental hazard. Upon completion of this investigation, ODR will issue a written report to Contractor identifying the material(s) found and indicate any necessary steps to be taken to treat, handle, transport or dispose of the material.

7.5.3   ODR may hire third-party Contractors to perform any or all such steps.

7.5.4   Should compliance with ODR's instructions result in an increase in Contractor's cost of performance, or delay the Work, Owner will make an equitable adjustment to the Contract Sum and/or the time of completion, and modify the Contract in writing accordingly.

7.6    Trenching Plan.  When the project requires excavation which either exceeds a depth of four (4) feet, or results in any worker's upper body being positioned below grade level, Contractor is required to submit a trenching plan to ODR prior to commencing trenching operations unless an engineered plan is part of the Contract Documents. The plan is required to be prepared and sealed by a professional engineer registered in the State of Texas, and hired or employed by Contractor or Subcontractor to perform the work.  Said engineer cannot be anyone who is otherwise either directly or indirectly engaged on this project.

# Article 8.  Quality Control

8.1    Materials & Workmanship.   Contractor shall execute Work in a good and workmanlike matter in accordance with the Contract Documents.  Contractor shall develop and provide a quality control plan specific to this Project and acceptable to **ODR**.  Where Contract Documents do not specify quality standards, complete and construct all Work in compliance with generally accepted construction industry standards.  Unless otherwise specified, incorporate all new materials and equipment into the Work under the Contract.

8.2    Testing.

8.2.1   Contractor is responsible for coordinating routine and special tests required to confirm compliance with quality and performance requirements, except as stated below or otherwise required by the Contract Documents. Contractor shall provide the following testing:

8.2.1.1   Any test of basic material or fabricated equipment included as part of a submittal for a required item in order to establish compliance with the Contract Documents.

8.2.1.2   Any test of basic material or fabricated equipment offered as a substitute for a specified item on which a test may be required in order to establish compliance with the Contract Documents.

8.2.1.3   Preliminary, start-up, pre-functional and operational testing of building equipment and systems as necessary to confirm operational compliance with requirements of the Contract Documents.

8.2.1.4   All subsequent tests on original or replaced materials conducted as a result of prior testing failure.

8.2.2   All testing shall be performed in accordance with standard test procedures by an accredited laboratory, or special consultant as appropriate, acceptable to Owner. Results of all tests shall be provided promptly to ODR, A/E, and Contractor.

8.2.3   Non-Compliance (Test Results).   Should any of the tests indicate that a material and/or system does not comply with the Contract requirements, the burden of proof remains with Contractor, subject to:

8.2.3.1   Contractor selection and submission of the laboratory for Owner acceptance.

8.2.3.2   Acceptance by Owner of the quality and nature of tests.

8.2.3.3   All tests taken in the presence of A/E and/or ODR, or their representatives.

8.2.3.4   If tests confirm that the material/systems comply with Contract Documents, Owner will pay the cost of the test.

8.2.3.5   If tests reveal noncompliance, Contractor will pay those laboratory fees and costs of that particular test and all future tests, of that failing Work, necessary to eventually confirm compliance with Contract Documents.

8.2.3.6   Proof of noncompliance with the Contract Documents will make Contractor liable for any corrective action which ODR determines appropriate, including complete removal and replacement of non-compliant work or material.

8.2.4   Notice of Testing.   Contractor shall give ODR and A/E timely notice of its readiness and the date arranged so ODR and A/E may observe such inspection, testing, or approval.

8.2.5    Test Samples.  Contractor is responsible for providing Samples of sufficient size for test purposes and for coordinating such tests with their Work Progress Schedule to avoid delay.

8.2.6    Covering Up Work.  If Contractor covers up any Work without providing Owner an opportunity to inspect, Contractor shall, if requested by ODR, uncover and recover the work at Contractor's expense.

8.3    Submittals.

8.3.1    Contractor's Submittals.  Contractor shall submit with reasonable promptness consistent with the Project schedule and in orderly sequence all Shop Drawings, Samples, or other information required by the Contract Documents, or subsequently required by Change Order.  Prior to submitting, Contractor shall review each submittal for general compliance with Contract Documents and approve submittals for review by A/E and **ODR** by an approval stamp affixed to each copy.  Submittal data presented without Contractor's stamp will be returned without review or comment, and any delay resulting from failure is Contractor's responsibility.

8.3.1.1    Contractor shall within twenty-one (21) days of the effective date of the Notice To Proceed with construction, submit to ODR and A/E, a submittal schedule/register, organized by specification section, listing all items to be furnished for review and approval by A/E and **ODR**.  The list shall include Shop Drawings, manufacturer's literature, certificates of compliance, materials Samples, materials colors, guarantees, and all other items identified throughout the Specifications.

8.3.1.2    Contractor shall indicate the type of item, Contract requirements reference, and Contractor's scheduled dates for submitting the item along with the requested dates for approval answers from A/E, ODR and Owner **(if applicable)**.  The submittal register shall indicate the projected dates for procurement of all included items and shall be updated at least monthly with actual approval and procurement dates.  Contractor's Submittal Register must be reasonable in terms of the review time for complex submittals.  Contractor's submittal schedule must be consistent with the Work Progress Schedule and identify critical submittals.  Show and allow a minimum of fifteen (15) days duration after receipt by A/E and ODR for review and approval.  If re- submittal required, allow a minimum of an additional fifteen (15) days for review.  Submit the updated Submittal Register with each request for progress payment.  Owner may establish routine review procedures and schedules for submittals at the preconstruction conference and/or elsewhere in the Contract Documents.  If Contractor fails to update and provide the Submittal Register as required, Owner may, after seven (7) days notice to Contractor withhold a reasonable sum of money that would otherwise be due Contractor. *Failure to update and provide the*

*submittal schedule/register as required shall constitute cause for Owner to withhold payment otherwise due.*

8.3.1.3   Contractor shall coordinate the Submittal Register with the Work Progress Schedule. Do not schedule Work requiring a submittal to begin prior to scheduling review and approval of the related submittal. Revise and/or update both schedules monthly to ensure consistency and current project data. Provide to ODR the updated Submittal Register and schedule with each application for progress payment.   Refer to requirements for the Work Progress Schedule for inclusion   of procurement activities therein.   Regardless,  the Submittal Register shall identify dates submitted and returned and shall be used to confirm status and disposition of particular items submitted, including approval or other action taken and other information not conveniently tracked through the Work Progress Schedule.

8.3.1.4   By submitting Shop Drawings, Samples or other required information, Contractor represents that it has determined and verified all applicable field measurements, field construction criteria, materials, catalog numbers and similar data; and has checked and coordinated each Shop Drawing and Sample with the requirements of the Work and the Contract Documents.

8.3.2   <u>Review of Submittals</u>.  A/E and ODR review is only for conformance with the design concept and the information provided in the Contract Documents. Responses to submittals will be in writing.  The approval of a separate item does not indicate approval of an assembly in which the item functions.  The approval of a submittal does not relieve Contractor of responsibility for any deviation from the requirements of the Contract unless Contractor  informs A/E and ODR of such deviation in a clear, conspicuous, and written manner on the submittal transmittal and at the time of submission, and obtains Owner's written specific approval of the particular deviation.

8.3.3   <u>Correction and Resubmission</u>.  Contractor shall make any corrections required to a submittal and resubmit the required number of corrected copies promptly so as to avoid delay, until submittal approval.  Direct attention in writing to A/E  and ODR, when applicable, to any new revisions other than the corrections requested on previous submissions.

8.3.4   <u>Limits on Shop Drawing Review</u>.  Contractor shall not commence any Work requiring a submittal until review of the submittal under Subsection 9.3.2. Construct all such work in accordance with reviewed submittals.  Comments incorporated as part of the review in Subsection 9.3.2 of Shop Drawings and Samples is not authorization to Contractor to perform extra work or changed work unless authorized through a Change Order.  A/E's and ODR's review, if any, does not relieve Contractor from responsibility for defects in the Work resulting from errors or omissions of any kind on the submittal, regardless of any approval action.

27

8.3.5   <u>No Substitutions Without Approval</u>.  ODR and A/E may receive and consider Contractor's request for substitution when Contractor agrees to reimburse Owner for review costs and satisfies the requirements of this section.  If Contractor does not satisfy these conditions, ODR and A/E will return the request       without action except to record noncompliance with these requirements.  Owner will not consider the request if Contractor cannot provide the product or method because of failure to pursue the Work promptly or coordinate activities properly.  Contractor's request for a substitution may be considered by ODR and A/E when:

8.3.5.1   The Contract Documents do not require extensive revisions; and

8.3.5.2   Proposed changes are in keeping with the general intent of the Contract Documents and the design intent of A/E and do not result in an increase in cost to Owner; and

8.3.5.3   The request is timely, fully documented, properly submitted and one or more of the following apply:

8.3.5.3.1   Contractor cannot provide the specified product, assembly or method of construction within the Contract Time;

8.3.5.3.2   The request directly relates to an "or-equal" clause or similar language in the Contract Documents;

8.3.5.3.3   The request directly relates to a "product design standard" or "performance standard" clause in the Contract Documents;

8.3.5.3.4   The requested substitution offers Owner a substantial advantage in cost, time, energy conservation or other considerations, after deducting additional responsibilities Owner must assume;

8.3.5.3.5   The specified product or method of construction cannot receive necessary approval by an authority having jurisdiction, and ODR can approve the requested substitution;

8.3.5.3.6   Contractor cannot provide the specified product, assembly or method of construction in a manner that is compatible with other materials and where Contractor certifies that the substitution will overcome the incompatibility;

8.3.5.3.7   Contractor cannot coordinate the specified product, assembly or method of construction with other materials and

where Contractor certifies they can coordinate the proposed substitution; or

8.3.5.3.8    The specified product, assembly or method of construction cannot provide a warranty required by the Contract Documents and where Contractor certifies that the proposed substitution provides the required warranty.

8.3.6    Unauthorized Substitutions at Contractor's Risk.    Contractor is financially responsible for any additional costs or delays resulting from unauthorized substitution of materials, equipment or fixtures other than those specified. Contractor shall reimburse Owner for any increased design or contract administration costs resulting from such unauthorized substitutions.

8.4    Field Mock-up.

8.4.1    Mock-ups shall be constructed prior to commencement of a specified scope of work to confirm acceptable workmanship.

8.4.1.1    As a minimum, field mock-ups shall be constructed for roofing systems, exterior veneer / finish systems, glazing systems, and any other Work requiring a mock-up as identified throughout the Contract Documents.  Mock-ups for systems not part of the Project scope shall not be required.

8.4.1.2    Mock-ups may be incorporated into the Work if allowed by the Contract Documents and if acceptable to ODR.   If mock-ups are freestanding, they shall remain in place until otherwise directed by Owner.

8.4.1.3    Contractor shall include field mock-ups in their Work Progress Schedule and shall notify ODR and A/E of readiness for review sufficiently in advance to coordinate review without delay.

8.5    Inspection During Construction.

8.5.1    Contractor shall provide sufficient, safe, and proper facilities, including equipment as necessary for safe access, at all reasonable times for observation and/or inspection of the Work by Owner and its agents.

8.5.2    Contractor shall not cover up any Work with finishing materials or other building components prior to providing Owner and its agents an opportunity to perform an inspection of the Work.

8.5.2.1    Should corrections of the Work be required for approval, Contractor shall not over up corrected Work until Owner indicates approval.

8.5.2.2   Contractor shall provide notification of at least five (5) working days or otherwise as mutually agreed, to ODR of the anticipated need for a cover-up inspection.  Should ODR fail to make the necessary inspection within the agreed period, Contractor may proceed with cover-up Work, but is not relieved of responsibility for Work to comply with requirements of the Contract Documents.

## Article 9.  Construction Schedules

9.1     Contract Time.  TIME IS AN ESSENTIAL ELEMENT OF THE CONTRACT.
The Contract Time is the time between the dates indicated in the Notice to Proceed for commencement of the Work and for achieving Substantial Completion.  The Contract Time can be modified only by Change Order.  Failure to achieve Substantial Completion within the Contract Time as otherwise agreed to in writing will cause damage to Owner and may subject Contractor to liquidated damages as provided in the Contract Documents.   If Contractor fails to achieve Final Completion in a reasonable time after Substantial Completion, Contractor shall be responsible for Owner's additional inspection, project management, and maintenance cost to the extent caused by Contractor's failure to achieve Final Completion.

9.2     Notice to Proceed.  The **ODR** will issue a Notice to Proceed which shall state the dates for beginning Work and for achieving Substantial Completion of the Work.

9.3     Work Progress Schedule.   Contractor shall submit their initial Work Progress Schedule for the Work in relation to the entire Project not later than ten (10) days after the effective date of the Notice to Proceed to ODR and A/E.   Unless otherwise indicated in the Contract Documents, the Work Progress Schedule shall be computerized Critical Path Method (CPM) with fully editable logic. This initial schedule shall indicate the dates for starting and completing the various aspects required to complete the Work, including mobilization, procurement, installation, testing, inspection, delivery of Close-out Documents and acceptance of all the Work of the Contract.   When acceptable to Owner, the initially accepted schedule shall be the Baseline Schedule for comparison to actual conditions throughout the Contract duration.

9.3.1   Schedule Requirements.  Contractor shall submit electronic and paper copy of the initial Work Progress Schedule reflecting accurate and reliable representations of the planned progress of the Work, the Work to date if any, and of Contractor's actual plans for its completion.  Contractor shall organize and provide adequate detail so the schedule is capable of measuring and forecasting the effect of delaying events on completed and uncompleted activities.

9.3.1.1   Contractor shall re-submit initial schedule as required to address review comments from A/E and ODR until such schedule is accepted as the Baseline Schedule.

9.3.1.2   Submittal of a schedule, schedule revision or schedule update constitutes Contractor's representation to **ODR** of the accurate depiction

of all progress to date and that Contractor will follow the schedule as submitted in performing the Work.

9.3.2    Schedule Updates.  Contractor shall update the Work Progress Schedule and the Submittal Register monthly, as a minimum, to reflect progress to date and current plans for completing the Work, while maintaining original schedule as Baseline Schedule and submit electronic copies of the update to A/E and ODR as directed, but as a minimum with each request for payment. Owner has no duty to make progress payments unless accompanied by the updated Work Progress Schedule.  Show the anticipated date of completion reflecting all extensions of time granted through Change Order as of the date of the update.  Contractor may revise the Work Progress Schedule when in Contractor's judgment it becomes necessary for the management of the Work. Contractor shall identify all proposed changes to schedule logic to Owner/**ODR** and to A/E via an executive summary accompanying the updated schedule for review prior to final implementation of revisions into a revised Baseline Schedule.  Schedule changes that materially impact Owner's operations shall be communicated promptly to ODR and shall not be incorporated into the revised Baseline Schedule without ODR"s consent.

9.3.3    The Work Progress Schedule is for Contractor's use in managing the Work and submittal of the schedule, and successive updates or revisions, is for the information of Owner and to demonstrate that Contractor has complied with requirements for planning the Work.  Owner's acceptance of a schedule, schedule update or revision constitutes Owner's agreement to coordinate its own activities with Contractor's activities as shown on the schedule.

9.3.3.1    Acceptance of the Work Progress Schedule, or update and/or revision thereto does not indicate any approval of Contractor's proposed sequences and duration.

9.3.3.2    Acceptance of a Work Progress Schedule update or revision indicating early or late completion does not constitute Owner's consent, alter the terms of the Contract, or waive either Contractor's responsibility for timely completion or Owner's right to damages for Contractor's failure to do so.

9.3.3.3    Contractor's scheduled dates for completion of any activity or the entire Work do not constitute a change in terms of the Contract. Change Orders are the only method of modifying the Substantial Completion Date(s) and Contract Time.

9.4    Ownership of Float.  Unless indicated otherwise in the Contract Documents, Contractor shall develop its schedule, pricing, and execution plan to provide a minimum of ten (10) percent total float at acceptance of the Baseline Schedule.  Float time contained in the Work Progress Schedule is not for the exclusive benefit of Contractor or Owner, but belongs to the Project and may be consumed by either party as needed on a first-used basis.

9.5     <u>Completion of Work</u>.  Contractor is accountable for completing the Work within the Contract Time stated in the Contract, or as otherwise amended by Change Order.

    9.5.1   If, in the judgment of Owner**/ODR**, the work is behind schedule and the rate of placement of work is inadequate to regain scheduled progress to insure timely completion of the entire work or a separable portion thereof, Contractor, when so informed by Owner**/ODR**, shall immediately take action to increase the rate of work placement by:

        9.5.1.1   An increase in working forces.

        9.5.1.2   An increase in equipment or tools.

        9.5.1.3   An increase in hours of work or number of shifts.

        9.5.1.4   Expedite delivery of materials.

        9.5.1.5   Other action proposed if acceptable to Owner.

    9.5.2   Within five (5) days after such notice from ODR, Contractor shall notify ODR in writing of the specific measures taken and/or planned to increase the rate of progress.   Contactor shall include an estimate as to the date of scheduled progress recovery and an updated Work Progress Schedule illustrating Contractor's plan for achieving timely completion of the Project. Should ODR deem the plan of action inadequate, Contractor shall take additional steps or make adjustments as necessary to its plan of action until it meets with ODR's approval.

9.6     <u>Modification of the Contract Time</u>.

    9.6.1   Delays and extension of time as hereinafter described are valid only if executed in accordance with provisions set forth in Article 11.

    9.6.2   When a delay defined herein as excusable prevents Contractor from completing the Work within the Contract Time, Contractor is entitled to an extension of time. Owner will make an equitable adjustment and extend the number of days lost because of excusable delay or Weather Days, as measured by Contractor's progress schedule.  All extensions of time will be granted in calendar days.  In no event, however, will an extension of time be granted for delays that merely extend the duration of non-critical activities, or which only consume float without delaying the project Substantial Completion date(s).

        9.6.2.1   A "Weather Day" is a day on which Contractor's current schedule indicates Work is to be done, and on which inclement weather and related site conditions prevent Contractor from performing seven (7) continuous hours of Work between the hours of 7:00 a.m. and 6:00 p.m. Weather days are excusable delays. When weather conditions at the site prevent work from proceeding, Contractor shall immediately notify ODR for confirmation of the conditions.  At the end of each calendar month, submit to ODR and A/E a list of Weather Days occurring in that

month along with documentation of the impact on critical activities. Based on  confirmation by ODR,  any time extension granted will be issued by Change Order *for those weather days during that month which exceed the number expected, as shown in the Rainfall Table below*. If Contractor and Owner cannot agree on the time extension, Owner  may  issue  a ULCO for fair and reasonable time extension.

9.6.2.1.1  *Rainfall Table*
*The number of weather days expected for each month during the term of this Contract is compiled by the State Climatologist, based on U.S. Weather Bureau records. The number of weather days shown in the Rainfall Table for the first and last months of the Contract will be prorated in determining the total number of weather days expected during the term of this Contract.*

*Texas A&M University (College Station/Bryan)*

| | | | | | |
|---|---|---|---|---|---|
| *January* | *5* | *May* | *5* | *September* | *6* |
| *February* | *5* | *June* | *4* | *October* | *4* |
| *March* | *5* | *July* | *4* | *November* | *4* |
| *April* | *5* | *August* | *4* | *December* | *5* |

9.6.2.2   Excusable Delay. Contractor is entitled to an equitable adjustment of the Contract Time, issued via change order, for delays caused by the following:

9.6.2.2.1  Errors, omissions and imperfections in design, which A/E corrects by means of changes in the Drawings and Specifications.

9.6.2.2.2  Unanticipated physical conditions at the Site, which A/E corrects by means of changes to the Drawings and Specifications or for which ODR directs changes in the Work identified in the Contract Documents.

9.6.2.2.3  Changes in the Work that effect activities identified in Contractor's schedule as "critical" to completion of the entire Work, if such changes are ordered by ODR or recommended by A/E and ordered by ODR.

9.6.2.2.4  Suspension of Work for unexpected natural events (sometimes called "*Force Majure*"), civil unrest, strikes or other events which are not within the reasonable control of Contractor.

9.6.2.2.5  Suspension of Work for convenience of ODR, which prevents Contractor from completing the Work within the Contract Time.

TAMU-01016

9.6.3    Contractor's relief in the event of such delays is the time impact to the critical path as determined by analysis of Contractor's schedule.   In the event that Contractor incurs additional direct costs because of the excusable delays other than described in Subparagraph 9.6.2.2.4 and within the reasonable control of Owner, the Contract price and Contract Time are to be equitably adjusted by Owner pursuant to the provisions of Article 11.

9.7    <u>No Damages for Delay</u>. Contractor has no claim for monetary damages for delay or hindrances to the work from any cause, including without limitation any act or omission of Owner.

9.8    <u>Concurrent Delay</u>.  When the completion of the Work is simultaneously delayed by an excusable delay and a delay arising from a cause not designated as excusable, Contractor may not be entitled to a time extension for the period of concurrent delay.

9.9    <u>Other Time Extension Requests</u>.  Time extensions requested in association with changes to the Work directed or requested by Owner shall be included with Contractor's proposed costs for such change. Time extensions requested for inclement weather are covered by Paragraph 9.6.2.1 above.  If Contractor believes that the completion of the Work is delayed by a circumstance other than for changes directed to the Work or weather, they shall give ODR written notice, stating the nature of the delay and the activities potentially affected, within five (5) days after the onset of the event or circumstance giving rise to the excusable delay. Contractor shall provide sufficient written evidence to document the delay.  In the case of a continuing cause of delay, only one claim is necessary.  State claims for extensions of time in numbers of whole or half days.

9.9.1    Within ten (10) days after the cessation of the delay, Contractor shall formalize its request for extension of time in writing to include a full analysis of the schedule impact of the delay and substantiation of the excusable nature of the delay. All changes to the Contract Time or made as a result of such claims is by Change Order, as set forth in Article 11.

9.9.2    No extension of time releases Contractor or the Surety furnishing a performance or payment bond from any obligations under the Contract or such a bond.  Those obligations remain in full force until the discharge of the Contract.

9.9.3    <u>Contents of Time Extension Requests</u>. Contractor shall provide with each Time Extension Request a quantitative demonstration of the impact of the delay on project completion time, based on the Work Progress Schedule. Contractor shall include with Time Extension Requests a reasonably detailed narrative setting forth:

9.9.3.1    The nature of the delay and its cause; the basis of Contractor's claim of entitlement to a time extension.

9.9.3.2   Documentation of the actual impacts of the claimed delay on the critical path indicated in Contractor's Work Progress Schedule, and any concurrent delays.

9.9.3.3   Description and documentation of steps taken by Contractor to mitigate the effect of the claimed delay, including, when appropriate, the modification of the Work Progress Schedule.

9.9.4   ODR's Response.   ODR will respond to the Time Extension Request by providing to Contractor written notice of the number of days granted, if any, and giving its reason if this number differs from the number of days requested by Contractor.

9.9.4.1   ODR will not grant time extensions for delays that do not affect the Contract Substantial Completion date.

9.9.4.2   ODR will respond to each properly submitted Time Extension Request within fifteen (15) days following receipt.  If ODR cannot reasonably make a determination about Contractor's entitlement to a time extension within that time, ODR will notify Contractor in writing.   Unless otherwise agreed by Contractor, ODR has no more than  fifteen (15) additional days to prepare  a final response.  If the ODR fails to respond within forty-five (45) calendar days from the date the Time Extension Request is received, the Contractor is entitled to a time extension in the amount requested.

9.10   Failure to Complete Work Within the Contract Time. TIME IS AN ESSENTIAL ELEMENT OF THE CONTRACT.  Contractor's failure to substantially complete the Work within the Contract Time or to achieve Substantial Completion as required will cause damage to Owner.   These damages shall be liquidated by agreement of Contractor and Owner, in the amount per day as set forth in the Contract Documents.

9.11   Liquidated Damages.  *For each consecutive calendar day after the date of Substantial Completion, plus any extensions of time granted by Change Order, that the Work is not substantially completed, Contractor shall pay to ODR, within ten (10) days following written demand, an amount determined by the following schedule:*

| **Project Work - Actual Cost of Construction (ACC)** | | |
|---|---|---|
| **From** | **To** | **Per Day** |
| $0 | $299,999.99 | $250.00 |
| $300,000 | $999,999.99 | $500.00 |
| $1,000,000 | $4,999,999.99 | $2,500.00 |
| $5,000,000 | $10,000,000 | $5,000.00 |

*Liquidated Damages shall be applied not as a penalty but as liquidated damages representing the parties' estimate at the time of contract execution of the damages that*

*Owner or ODR will sustain for late completion. ODR may also recover the liquidated damages from any money due or that becomes due Contractor. The amount of liquidated damages may be adjusted by Owner in Special Conditions.*

*The parties stipulate and agree that the actual damages sustained by Owner or ODR for late completion of the Project will be uncertain and difficult to ascertain, that calculating Owner's or ODR's actual damages would be impractical, unduly burdensome, and cause unnecessary delay, and that the amount of daily liquidated damages set forth above is a reasonable estimate.*

*Payment of the liquidated damages does not preclude recovery by Owner or ODR of other damages or losses under other provisions of the Contract, except for claims related to delays in Substantial Completion (as defined below) or Final Completion. Owner's right to receive liquidated damages shall not affect Owner's right to terminate the Contract as provided in these UGSC or elsewhere in the Contract Documents, nor shall termination of the Contract release Contractor from the obligation to pay the liquidated damages.*

## Article 10.  Payments

10.1.1  <u>Schedule of Values</u>.  Contractor shall submit to ODR and A/E for acceptance a Schedule of Values accurately itemizing material and labor for the various classifications of the Work based on the organization of the specification sections and of sufficient detail acceptable to ODR.  The accepted Schedule of Values will be the basis for the progress payments under the Contract.

10.1.1  No progress payments will be made prior to receipt and acceptance of the Schedule of Values, provided in such detail as required by ODR, and submitted not less than twenty-one (21) days prior to the first request for payment.  The Schedule of Values shall follow the order of trade divisions of the Specifications and include itemized costs for general conditions, costs for preparing close out documents, fees, contingencies, and Owner cash allowances, if applicable, so that the sum of the items will equal the Contract price. As  appropriate,  assign  each item labor and/or material values,  the subtotal thereof equaling the value of the work in place when complete.

10.1.1.1  ODR requires that the Work items be inclusive of the cost of the Work items only.  Any contract markups for overhead and profit, general conditions, etc., shall be contained within separate line items for those specific purposes.

10.1.2  Contractor shall retain a copy of all worksheets used in preparation of its bid or proposal, supported by a notarized statement that the worksheets are true and complete copies of the documents used to prepare the bid or proposal. Make the worksheets available to ODR at the time of Contract execution. Thereafter Contractor shall grant **ODR** during normal business hours access to said copy of worksheets at any time during the period commencing upon execution of the Contract and ending one year after final payment.

10.2.   Progress Payments.  Contractor will receive periodic progress payments for Work performed, materials in place, suitably stored on Site, or as otherwise agreed to by **ODR** and Contractor.  Payment is not due until receipt by ODR or his designee of a correct and complete Pay Application in electronic and/or hard copy format as set forth in **UGSC, Div 01 Specifications, Master Agreement Contract**, and certified by A/E. Progress payments are made provisionally and do not constitute acceptance of work not in accordance with the Contract Documents.  **ODR** will not process progress payment applications for Change Order Work until all parties execute the Change Order.

10.2.1   Preliminary Pay Worksheet.  Once each month that a progress payment is to be requested, the Contractor shall submit to A/E and ODR a complete, clean copy of a preliminary pay worksheet or preliminary pay application, to include the following:

10.2.1.1   Contractor's estimate of the amount of Work performed, labor furnished and materials incorporated into the Work, using the established Schedule of Values;

10.2.1.2   An updated Work Progress Schedule including  the executive summary and all required schedule reports;

10.2.1.3   HUB subcontracting plan Progress Assessment Report as required in Paragraph 4.2.5.1;

10.2.1.4   Such additional documentation as **ODR** may require as set forth in the **UGSC** or elsewhere in the Contract Documents; and

10.2.1.5   Construction payment affidavit.

10.2.2   Contractor's Application for Payment.  As soon as practicable, but in no event later than seven (7) days after receipt of the preliminary pay worksheet, A/E and ODR will meet with Contractor to review the preliminary pay worksheet and  to observe the condition of the Work.  Based on this review, ODR and A/E may require modifications to the preliminary pay worksheet prior to the submittal of an Application for Payment, and will promptly notify Contractor of revisions necessary  for approval.   As soon as practicable, Contractor shall submit its Application for Payment on the appropriate and completed form, reflecting the required modifications to the Schedule of Values required by A/E  and/or ODR.   Attach all additional documentation required by ODR and/or A/E, as well as an affidavit affirming that all payrolls, bills for labor, materials, equipment, subcontracted work and other indebtedness connected with Contractor's Application for Payment are paid or will be paid within the time specified in Tex. Gov't Code, Chapter 2251.  No Application for Payment is complete unless it fully reflects all required modifications, and attaches all required documentation including Contractor's affidavit.

10.2.3   Certification by Architect/Engineer **(if applicable)**.  Within five (5) days or earlier following A/E's  receipt  of  Contractor's  formal  Application  for

Payment, A/E will review the Application for Payment for completeness, and forward it to ODR. A/E will certify that the application is complete and payable, or that it is incomplete, stating in particular what is missing. If the Application for Payment is incomplete, Contractor shall make the required corrections and resubmit the Application for Payment for processing.

10.3    **ODR**'s Duty to Pay. **ODR** has no duty to pay the Contractor except on receipt by **ODR** of: 1) a complete, accurate, and correct Application for Payment certified by A/E; 2) Contractor's updated Work Progress Schedule; and 3) confirmation that Contractor's record documentation at the Site is kept current.

   10.3.1   Payment for stored materials and/or equipment confirmed by **ODR** and A/E to be on-site or otherwise properly stored is limited to eighty-five (85) percent of the invoice price or eighty-five (85) percent of the scheduled value for the materials or equipment, whichever is less.

   10.3.2   Retainage. **ODR** will withhold from each progress payment, as retainage, five (5) percent of the total earned amount, the amount authorized by law, or as otherwise set forth in the **UGSC** or Special Conditions. Retainage is managed in conformance with Tex. Gov't Code, Chapter 2252, Subchapter B.

      10.3.2.1   Contractor shall provide written consent of its surety for any request for reduction or release of retainage.

      10.3.2.2   At least sixty-five (65) percent of the Contract, or such other discrete Work phase as set forth in Subsection 12.1.6 or Work package delineated in the Contract Documents, must be completed before **ODR** can consider a retainage reduction or release.

      10.3.2.3   Contractor shall not withhold retainage from their Subcontractors and suppliers in amounts that are any percentage greater than that withheld in its Contract with **ODR** under this subsection, unless otherwise acceptable to **ODR**.

   10.3.3   Price Reduction to Cover Loss. **ODR** may reduce any Application for Payment, prior to payment to the extent necessary to protect **ODR** from loss on account of actions of Contractor including, but not limited to, the following:

      10.3.3.1   Defective or incomplete Work not remedied;

      10.3.3.2   Damage to Work of a separate Contractor;

      10.3.3.3   Failure to maintain scheduled progress or reasonable evidence that the Work will not be completed within the Contract Time;

      10.3.3.4   Persistent failure to carry out the Work in accordance with the Contract Documents;

      10.3.3.5   Reasonable evidence that the Work cannot be completed for the unpaid portion of the Contract Sum;

10.3.3.6 Assessment of fines for violations of prevailing wage rate law; or

10.3.3.7 Failure to include the appropriate amount of retainage for that periodic progress payment.

10.3.4 Title to all material and Work covered by progress payments transfers to Owner upon payment.

10.3.4.1 Transfer of title to Owner does not relieve Contractor and its Subcontractors of the sole responsibility for the care and protection of materials and Work upon which payments have been made until final acceptance, or the restoration of any damaged Work, or waive the right of **ODR** to require the fulfillment of all the terms of the Contract.

10.4    Progress Payments.  Progress payments to Contractor do not release Contractor or its surety from any obligations under the Contract.

10.4.1 Upon **ODR**'s request, Contractor shall furnish manifest proof of the status of Subcontractor's accounts in a form acceptable to **ODR**.

10.4.2 Pay estimate certificates must be signed by a corporate officer or a representative duly authorized by Contractor.

10.4.3 Provide copies of bills of lading, invoices, delivery receipts or other evidence of the location and value of such materials in requesting payment for materials.

10.4.4 For purposes of Tex. Gov't Code § 2251.021(a)(2), the date the performance of service is complete is the date when ODR approves the Application for Payment.

10.5    Off-Site Storage.  With prior approval by **ODR** and in the event Contractor elects to store materials at an off-site location, abide by the following conditions, unless otherwise agreed to in writing by **ODR**.

10.5.1 Store materials in a bonded commercial warehouse meeting the criteria stated below.

10.5.2 Provide insurance coverage adequate not only to cover materials while in storage, but also in transit from the off-site storage areas to the Project Site. Copies of duly authenticated certificates of insurance, made out to insure the **Owner and ODR**, must be filed with **ODR**.

10.5.3 Inspection by Owner's representative is allowed at any time.  Owner's inspectors must be satisfied with the security, control, maintenance, and preservation measures.

10.5.4 Materials for this Project are physically separated and marked for the Project in a sectioned-off area.  Only materials which have been approved through the submittal process are to be considered for payment.

10.5.5 **ODR** reserves the right to reject materials at any time prior to final acceptance of the complete **Project** if they do not meet Contract requirements regardless of any previous progress payment made.

10.5.6 With each monthly payment estimate, submit a report to **ODR, A/E and ODR's Inspector** listing the quantities of materials already paid for and still stored in the off-site location.

10.5.7 Make warehouse records, receipts and invoices available to **ODR**'s, upon request, to verify the quantities and their disposition.

10.5.8 In the event of Contract termination or default by Contractor, the items in storage off-site, upon which payment has been made, will be promptly turned over to **ODR** at a location near the jobsite as directed by ODR. The full provisions of performance and payment bonds on this Project cover the materials off-site in every respect as though they were stored on the Project Site.

10.6    Not Applicable.

## Article 11.  Changes

11.1    Change Orders.  A Change Order issued after execution of the Contract is a written order to Contractor, signed by ODR, Contractor, and A/E **(if applicable)**, authorizing a change in the Work or an adjustment in the Contract Sum or the Contract Time. The Contract Sum and the Contract Time can only be changed by Change Order. A Change Order signed by Contractor indicates his agreement therewith, including the adjustment in the Contract Sum and/or the Contract Time. ODR may issue a written authorization for Contractor to proceed with Work of a Change Order in advance of final execution by all parties in accordance with Section 11.9.

11.1.1 Owner**/ODR**, without invalidating the Contract and without prior approval of the surety, may order changes in the Work within the general scope of the Contract consisting of additions, deletions or other revisions, and the Contract Sum and the Contract Time will be adjusted accordingly. All such changes in the Work shall be authorized by Change Order or ULCO, and shall be performed under the applicable conditions of the Contract Documents. If such changes cause an increase or decrease in Contractor's cost of, or time required for, performance of the Contract, an equitable adjustment shall be made and confirmed in writing in a Change Order or a ULCO.

11.1.2 It is recognized by the parties hereto and agreed by them that the Specifications and Drawings may not be complete or free from errors, omissions and imperfections or that they may require changes or additions in order for the Work to be completed to the satisfaction of Owner and **ODR** that, accordingly, it is the express intention of the parties, notwithstanding any other provisions in this Contract, that any errors, omissions or imperfections in such Specifications and Drawings, or any changes in or additions to same or to the

Work ordered by Owner and any resulting delays in the Work or increases in Contractor's costs and expenses arising out of such errors, shall not constitute or give rise to any claim, demand or cause of action of any nature whatsoever in favor of Contractor, whether for breach of Contract, or otherwise; provided, however, that Owner shall be liable to Contractor for the sum stated to be due Contractor in any Change Order approved and signed by both parties, it being agreed hereby that such sum, together with any extension of time contained in said Change Order, shall constitute full compensation to Contractor for all costs, expenses and damages to Contractor, as permitted under Tex. Gov't Code, Chapter 2260.

11.1.3 Procedures for administration of Change Orders shall be established by **ODR** and stated in Supplementary General Conditions, Special Conditions, or elsewhere in the Contract Documents.

11.1.4 No verbal order, verbal statement, or verbal direction of Owner or **ODR** shall be treated as a change under this article or entitle Contractor to an adjustment.

11.1.5 Contractor agrees that Owner or **ODR** shall have access and the right to examine any directly pertinent books, documents, papers, and records of Contractor. Further, Contractor agrees to include in all its subcontracts a provision to the effect that Subcontractor agrees that Owner or **ODR** shall have access to and the right to examine any directly pertinent books, documents, papers and records of such Subcontractor relating to any claim arising from the Contract, whether or not the Subcontractor is a party to the claim. The period of access and examination described herein which relates to appeals under the Disputes article of the Contract, litigation, or the settlement of claims arising out of the performance of the Contract shall continue until final disposition of such claims, appeals or litigation.

11.2  Unit Prices. If unit prices are stated in the Contract Documents, and if the quantities originally contemplated are so changed in a Proposed Change Order that application of the agreed unit prices to the quantities of work proposed will cause substantial inequity to Owner or Contractor, the applicable unit prices shall be equitably adjusted as agreed to by the parties and incorporated into a Change Order.

11.3  Claims for Additional Costs.

11.3.1 If Contractor wishes to make a claim for an increase in the Contract Sum not related to a requested change, they shall give ODR and A/E written notice thereof within twenty-one (21) days after the occurrence of the event giving rise to such claim, but, in any case before proceeding to execute the Work considered to be additional cost or time, except in an emergency endangering life or property in which case Contractor shall act in accordance with Subsection 8.2.1. No such claim shall be valid unless so made. If ODR and Contractor cannot agree on the amount of the adjustment in the Contract Sum, it shall be determined as set forth under Article 15. Any change in the Contract Sum resulting from such claim shall be authorized by a Change Order or a ULCO.

11.3.2  If Contractor claims that additional cost is involved because of, but not limited to, 1) any written interpretation of the Contract Documents, 2) any order by **ODR** to stop the Work pursuant to Article 14 where Contractor was not at fault, or 3) any written order for a minor change in the Work issued pursuant to Section 12.4, Contractor shall make such claim as provided in Subsection 12.3.1.

11.3.3  Should Contractor or his Subcontractors fail to call attention of A/E to discrepancies or omissions in the Contract Documents, but claim additional costs for corrective Work after Contract award, Owner may assume intent to circumvent competitive bidding for necessary corrective Work.  In such case, Owner may choose to let a separate Contract for the corrective Work, or issue a ULCO to require performance by Contractor.  Claims for time extensions or for extra cost resulting from delayed notice of patent Contract Document discrepancies or omissions will not be considered by Owner.

11.4    Minor Changes.  A/E, with concurrence of ODR, will have authority to order minor changes in the Work not involving an adjustment in the Contract Sum or an extension of the Contract Time.   Such changes shall be effected by written order which Contractor shall carry out promptly and record on as-built record documents.

11.5    Concealed Site Conditions.  Contractor is responsible for visiting the Site and being familiar with local conditions such as the location, accessibility, and general character of the Site and/or building.  If, in the performance of the Contract, subsurface, latent, or concealed conditions at the Site are found to be materially different from the information included in the Contract Documents, or if unknown conditions of an unusual nature are disclosed differing materially from the conditions usually inherent in Work of the character shown and specified, ODR and A/E shall be notified in writing of such conditions before they are disturbed.  Upon such notice, or upon its own observation of such conditions, A/E, with the approval of ODR, will promptly make such changes in the Drawings and Specifications as they deem necessary to conform to the different conditions, and any increase or decrease in the cost of the Work, or in the time within which the Work is to be completed, resulting from such changes will be adjusted by Change Order, subject to the prior approval of ODR.

11.6    Extension of Time.  All changes to the Contract Time shall be made as a consequence of requests as required under Section 10.6, and as documented by Change Order as provided under Section 12.1.

11.7    Administration of Change Order Requests.  All changes in the Contract shall be administered in accordance with procedures approved by **ODR**, and when required, make use of such electronic information management system(s) as **ODR** or Owner may employ.

11.7.1  Routine changes in the construction Contract shall be formally initiated by **ODR** or A/E by means of a PCO form detailing requirements of the proposed change for pricing by Contractor.  This action may be preceded by communications between Contractor, A/E and ODR concerning the need and nature of the change, but such communications shall not constitute a basis for

beginning the proposed Work by Contractor. Except for emergency conditions described below, approval of Contractor's cost proposal by A/E and ODR will be required for authorization to proceed with the Work being changed. **ODR** will not be responsible for the cost of Work changed without prior approval and Contractor may be required to remove Work so installed.

11.7.2 All proposed costs for change order Work must be supported by itemized accounting of material, equipment and associated itemized installation costs in sufficient detail, following the outline and organization of the established Schedule of Values, to permit analysis by A/E and ODR using current estimating guides and/or practices. Photocopies of Subcontractor and vendor proposals shall be furnished unless specifically waived by ODR. Contractor shall provide written response to a change request within twenty-one (21) days of receipt.

11.7.3 Any unexpected circumstance which necessitates an immediate change in order to avoid a delay in progress of the Work may be expedited by verbal communication and authorization between Contractor and **ODR**, with written confirmation following within twenty-four (24) hours. A limited scope not-to-exceed estimate of cost and time will be requested prior to authorizing Work to proceed. Should the estimate be impractical for any reason, ODR may authorize the use of detailed cost records of such work to establish and confirm the actual costs and time for documentation in a formal Change Order.

11.7.4 Emergency changes to save life or property may be initiated by Contractor alone (see Section 7.3) with the claimed cost and/or time of such work to be fully documented as to necessity and detail of the reported costs and/or time.

11.7.5 The method of incorporating approved Change Orders into the parameters of the accepted Schedule of Values must be coordinated and administered in a manner acceptable to ODR.

11.8 <u>Pricing Change Order Work</u>. The amounts that Contractor and/or its Subcontractor adds to a Change Order for profit and overhead will also be considered by Owner before approval is given. The amounts established hereinafter are the maximums that are acceptable to Owner.

11.8.1 For Work performed by its forces, Contractor will be allowed their actual costs for materials, *equipment charges*, the total amount of wages paid for labor, plus the total cost of State and Federal payroll taxes and of worker's compensation and comprehensive general liability insurance, plus additional bond and builders risk insurance cost if the change results in an increase in the premium paid by Contractor. To the total of the above costs, Contractor will be allowed to add a percentage as noted below to cover overhead and profit combined.

Allowable percentages for overhead and profit on any specific change shall not exceed fifteen (15) percent for the first $10,000 of value for self-performed work or portion thereof, ten (10) percent for the second $10,000 of

value for self-performed work or portion thereof and seven and a half (7.5) percent for any value of the self-performed work that exceeds $20,000.

11.8.2   For subcontracted Work each affected Subcontractor shall figure its costs, overhead and profit as described above for Contractor's Work, all Subcontractor costs shall be combined, and to that total Subcontractor cost

Contractor will be allowed to add a maximum mark-up of ten (10) percent for the first $10,000 of subcontracted Work value or portion thereof, seven and half (7.5) percent for the second $10,000 of subcontracted Work value or portion thereof, and five (5) percent for any value of the subcontracted Work exceeding $20,000.

11.8.3   On changes involving both additions and deletions, percentages for overhead and profit will be allowed only on the net addition.  Owner does not accept and will not pay for additional Contract cost identified as indirect or consequential damages.

11.8.4   For Contracts based on a Guaranteed Maximum Price (GMP), the Construction Manager-at-Risk or Design Builder shall NOT be entitled to a percentage mark-up on any Change Order Work unless the Change Order increases the Guaranteed Maximum Price.

11.9   Not Applicable.

11.10   Not Applicable.

## Article 12.  Project Completion and Acceptance

12.1   Closing Inspections.

12.1.1   Substantial Completion Inspection. When Contractor considers the entire Work or part thereof Substantially Complete, it shall notify ODR in writing that the Work will be ready for Substantial Completion inspection on a specific date.  Contractor shall include with this notice Contractor's Punch List to indicate that it has previously inspected all the Work associated with the request for inspection, noting items it has corrected and included all remaining work items with date scheduled for completion or correction prior to final inspection.  The failure to include any items on this list does not alter the responsibility of Contractor to complete all Work in accordance with the Contract Documents.  If any of the items on this list prevents the Project from being used as intended, Contractor shall not request a Substantial Completion Inspection.  Owner and **ODR** and its representatives will review the list of items and schedule the requested inspection, or inform Contractor in writing that such an inspection is premature because the Work is not sufficiently advanced or conditions are not as represented on Contractor's list.

12.1.1.1 Prior to the Substantial Completion inspection, Contractor shall furnish a copy of its marked-up Record Documents and a preliminary

44

copy of each instructional manual, maintenance and operating manual, parts catalog, wiring diagrams, spare parts, specified written warranties, and like publications or parts for all installed equipment, systems, and like items as described in the Contract Documents. Delivery of these items is a prerequisite for requesting the Substantial Completion inspection.

12.1.1.2 On the date requested by Contractor, or as mutually agreed upon pending the status of the Open Items List, A/E, ODR, Contractor, and other Owner representatives as determined by Owner will jointly attend the Substantial Completion inspection, which shall be conducted by ODR or their delegate. If ODR determines that the Work is Substantially Complete, ODR will issue a Certificate of Substantial Completion to be signed by A/E, Owner, and Contractor establishing the date of Substantial Completion and identifying responsibilities for security, maintenance, and insurance. A/E **(if applicable)** will provide with this certificate a list of Punch List items (the pre-final Punch List) for completion prior to final inspection. This list may include items in addition to those on Contractor's Punch List, which the inspection team deems necessary to correct or complete prior to final inspection. If Owner occupies the Project upon determination of Substantial Completion, Contractor shall complete all corrective Work at the convenience of Owner, without disruption to Owner's use of the Project for its intended purposes.

12.1.2 <u>Final Inspection</u>. Contractor shall complete the list of items identified on the pre-final Punch List prior to requesting a final inspection. Unless otherwise specified, or otherwise agreed in writing by the parties as documented on the Certificate of Substantial Completion, Contractor shall complete and/or correct all Work within thirty (30) days of the Substantial Completion date. Upon completion of the pre-final Punch List work, Contractor shall give written notice to ODR and A/E that the Work will be ready for final inspection on a specific date. Contractor shall accompany this notice with a copy of the updated pre-final Punch List indicating resolution of all items. On the date specified or as soon thereafter as is practicable, ODR, A/E and Contractor will inspect the Work. A/E will submit to Contractor a final Punch List of open items that the inspection team requires corrected or completed before final acceptance of the Work.

12.1.2.1 Correct or complete all items on the final Punch List before requesting Final Payment. Unless otherwise agreed to in writing by the parties, complete this work within seven (7) days of receiving the final Punch List. Upon completion of the final Punch List, notify A/E and ODR in writing stating the disposition of each final Punch List item. A/E, Owner, and Contractor shall promptly inspect the completed items. When the final Punch List is complete, and the Contract is fully satisfied according to the Contract Documents ODR will issue a

certificate establishing the date of Final Completion. Completion of all Work is a condition precedent to Contractor's right to receive Final Payment.

12.1.3  Annotation.  Any Certificate issued under this Article may be annotated to indicate that it is not applicable to specified portions of the Work, or that it is subject to any limitation as determined by Owner.

12.1.4  Purpose of Inspection.  Inspection is for determining the completion of the Work, and does not relieve Contractor of its overall responsibility for completing the Work in a good and competent fashion, in compliance with the Contract.  Work accepted with incomplete Punch List items or failure of Owner or other parties to identify Work that does not comply with the Contract Documents or is defective in operation or workmanship does not constitute a waiver of Owner's rights under the Contract or relieve Contractor of its responsibility for performance or warranties.

12.1.5  Additional Inspections.

12.1.5.1  If **ODR**'s inspection team determines that the Work is not substantially complete at the Substantial Completion inspection, ODR or A/E will give Contractor written notice listing cause(s) of the rejection.  Contractor will set a time for completion of incomplete or defective work acceptable to ODR.  Contractor shall complete or correct all work so designated prior to requesting a second Substantial Completion inspection.

12.1.5.2  If **ODR**'s inspection team determines that the Work is not complete at the final inspection, ODR or A/E will give Contractor written notice listing the cause(s) of the rejection.  Contractor will set a time for completion of incomplete or defective work acceptable to ODR.  Contractor shall complete or correct all Work so designated prior to again requesting a final inspection.

12.1.5.3  The Contract contemplates three (3) comprehensive inspections: the Substantial Completion inspection, the Final Completion inspection, and the inspection of completed final Punch List items.  The cost to Owner of additional inspections resulting from the Work not being ready for one or more of these inspections is the responsibility of Contractor.  Owner may issue a ULCO deducting these costs from Final Payment.  Upon Contractor's written request, Owner will furnish documentation of any costs so deducted.  Work added to the Contract by Change Order after Substantial Completion inspection is not corrective Work for purposes of determining timely completion, or assessing the cost of additional inspections.

12.1.6  Phased Completion. The Contract may provide, or Project conditions may warrant, as determined by ODR, that designated elements or parts of the Work be

completed in phases.  Where phased completion is required or specifically agreed to by the parties, the provisions of the Contract related to closing inspections, occupancy, and acceptance apply independently to each designated element or part of the Work.   For all other purposes, unless otherwise agreed by the parties in writing, Substantial Completion of the Work as a whole is the date on which the last element or part of the Work completed receives a Substantial Completion certificate.  Final Completion of the Work as a whole is the date on which the last element or part of the Work completed receives a Final Completion certificate.

12.2    Owner's Right of Occupancy.  Owner may occupy or use all or any portion of the Work following Substantial Completion, or at any earlier stage of completion. Should Owner wish to use or occupy the Work, or part thereof, prior to Substantial Completion, ODR will notify Contractor in writing and identify responsibilities for security and maintenance Work performed on the premises by third parties on Owner's behalf does not constitute occupation or use of the Work by Owner for purposes of this Article.  All Work performed by Contractor after occupancy, whether in part or in whole, shall be at the convenience of Owner so as to not disrupt Owner's use of, or access to occupied areas of the Project.

12.3    Acceptance and Payment

12.3.1  Request for Final Payment.  Following the certified completion of all work, including all final Punch List items, cleanup, and the delivery of record documents, Contractor shall submit a certified Application for Final Payment and include all sums held as retainage and forward to A/E and ODR for review and approval.

12.3.2  Final Payment Documentation.  Contractor shall submit, prior to or with the Application for Final Payment, final copies of all close out documents, maintenance and operating instructions, guarantees and warranties, certificates, Record Documents and all other items required by the Contract. Contractor shall submit evidence of return of access keys and cards, evidence of delivery to Owner of attic stock, spare parts, and other specified materials. Contractor shall submit consent of surety to Final Payment form and an affidavit that all payrolls, bills for materials and equipment, subcontracted work and other indebtedness connected with the Work, except as specifically noted, are paid, will be paid, after payment from Owner or otherwise satisfied within the period of time required by Tex. Gov't Code, Chapter 2251. Contractor shall furnish documentation establishing payment or satisfaction of all such obligations, such as receipts, releases and waivers of claims and liens arising out of the Contract.  Contractor may not subsequently submit a claim on behalf of Subcontractor or vendor unless Contractor's affidavit notes that claim as an exception.

12.3.3  Architect/Engineer Approval.  A/E will review a submitted Application for Final Payment promptly but in no event later than ten (10) days after its receipt.  Prior to the expiration of this deadline, A/E will either: 1) return the Application for Final Payment to Contractor with corrections for action and

resubmission; or 2) accept it, note their approval, and send to Owner.

12.3.4 <u>Offsets and Deductions</u>. **ODR** may deduct from the Final Payment all sums due from Contractor. If the Certificate of Final Completion notes any Work remaining, incomplete, or defects not remedied, **ODR** may deduct the cost of remedying such deficiencies from the Final Payment. On such deductions, **ODR** will identify each deduction, the amount, and the explanation of the deduction on or by the twenty-first (21st) day after **ODR**'s receipt of an approved Application for Final Payment. Such offsets and deductions shall be incorporated via a final Change Order, including a ULCO as may be applicable.

12.3.5 <u>Final Payment Due</u>. Final Payment is due and payable by **ODR**, subject to all allowable offsets and deductions, on the thirtieth (30th) day following **ODR**'s approval of the Application for Payment. If Contractor disputes any amount deducted by **ODR**, Contractor shall give notice of the dispute on or before the thirtieth (30th) day following receipt of Final Payment. Failure to do so will bar any subsequent claim for payment of amounts deducted.

12.3.6 <u>Effect of Final Payment</u>. Final Payment constitutes a waiver of all claims by Owner and **ODR**, relating to the condition of the Work except those arising from:

12.3.6.1 Faulty or defective Work appearing after Substantial Completion (latent defects);

12.3.6.2 Failure of the Work to comply with the requirements of the Contract Documents;

12.3.6.3 Terms of any warranties required by the Contract, or implied by law; or

12.3.6.4 Claims arising from personal injury or property damage to third parties.

12.3.7 <u>Waiver of Claims</u>. Final payment constitutes a waiver of all claims and liens by Contractor except those specifically identified in writing and submitted to ODR prior to the application for Final Payment.

12.3.8 <u>Effect on Warranty</u>. Regardless of approval and issuance of Final Payment, the Contract is not deemed fully performed by Contractor and closed until the expiration of all warranty periods.

## Article 13.  Warranty and Guarantee

13.1 <u>Contractor's General Warranty and Guarantee</u>. Contractor warrants to **ODR** that all Work is executed in accordance with the Contract, complete in all parts and in accordance

with approved practices and customs, and of the required finish and workmanship. Contractor further warrants that unless otherwise specified, all materials and equipment incorporated in the Work under the Contract are new. **ODR** may, at its option, agree in writing to waive any failure of the Work to conform to the Contract, and to accept a reduction in the Contract price for the cost of repair or diminution in value of the Work by reason of such defect. Absent such a written agreement, Contractor's obligation to perform and complete the Work in accordance with the Contract Documents is absolute and is not waived by any inspection or observation by ODR, A/E or others, by making any progress payment or final payment, by the use or occupancy of the Work or any portion thereof by Owner, at any time, or by any repair or correction of such defect made by Owner or **ODR**.

13.2    Warranty Period. Except as may be otherwise specified or agreed, Contractor shall repair all defects in materials, equipment, or workmanship appearing within one year from the date of Substantial Completion of the Work. If Substantial Completion occurs by phase, then the warranty period for that particular Work begins on the date of such occurrence, or as otherwise stipulated on the Certificate of Substantial Completion for the particular Work.

13.2.1 *Specific requirements for warranties and guarantees to include parts, labor, and other costs are noted in various sections of the technical specifications. Manufacture's warranties and guarantees are required for, but not limited to, the following: [Add or delete from list as required by Project]*

*Membrane Waterproofing* ................................. *2 years*
*Urethane Roofing System* ................................ *20 years*
*Joint Sealers* ...................................................... *2 years*
*Insulated Glass* .................................................. *5 years*
*Aluminum Doors & Frames* ............................... *3 years*
*Wood & Plastic Faced Doors* .......... *Life of installation*
*Upward Acting Doors* ........................................ *5 years*
*Mirror Glazing* .................................................. *5 years*
*Window Wall System* ......................................... *2 years*
*Access Flooring* ................................................. *5 years*
*Dampproofing* .................................................... *2 years*
*Water Repellant Coating* ................................... *5 years*
*Sheet Metal & Flashing* ..................................... *2 years*
*Roof Hatches* ..................................................... *2 years*
*Door Closers* ..................................................... *5 years*
*Metal Windows* ................................................... *2 years*
*Curtain Wall/Skylights* ..................................... *2 years*
*Fixed Seating* ................................................... *10 years*
*Carpet* .............................................................. *15 years*
*Chalkboard Surfaces* ........................................ *50 years*
*Dock Lift* ............................................................ *2 years*
*Prefabricated Environmental Box* .................... *10 years*
*Environmental Box Refrigeration*
    *Systems and Controls* ..................................... *2 years*

49

*Air Conditioning and*

    *Refrigeration Systems*......................................*2 years*

    *HVAC Controls*.................................................*2 years*

    *Variable Speed Controllers*..............................*3 years*

*Until receipt of these guarantees, final inspection will not be conducted nor final payment released.*

13.3    <u>Limits on Warranty</u>.  Contractor's warranty and guarantee hereunder excludes defects or damage caused by:

13.3.1  Modification or improper maintenance or operation by persons other than Contractor, Subcontractors, or any other individual or entity for whom Contractor is not responsible, unless Owner or **ODR** is compelled to undertake maintenance or operation due to the neglect of Contractor.

13.3.2  Normal wear and tear under normal usage after acceptance of the Work by Owner.

13.4    <u>Events Not Affecting Warranty</u>.  Contractor's obligation to perform and complete the Work in a good and workmanlike manner in accordance with the Contract Documents is absolute.  None of the following will constitute an acceptance of defective Work that is not in accordance with the Contract Documents or a release of Contractor's obligation to perform the Work in accordance with the Contract Documents:

13.4.1  Observations by **ODR** and/or A/E;

13.4.2  Recommendation to pay any progress or final payment by A/E;

13.4.3  The issuance of a certificate of Substantial Completion or any payment by **ODR** to Contractor under the Contract Documents;

13.4.4  Use or occupancy of the Work or any part thereof by Owner**;**

13.4.5  Any acceptance by **ODR** or any failure to do so;

13.4.6  Any review of a Shop Drawing or sample submittal; or

13.4.7  Any inspection, test or approval by others.

13.5    <u>Separate Warranties</u>.  If a particular piece of equipment or component of the Work for which the Contract requires a separate warranty is placed in continuous service before Substantial Completion, the warranty period for that equipment or component will not begin until Substantial Completion, regardless of any warranty agreements in place between suppliers and/or Subcontractors and Contractor.  ODR will certify the date of service commencement in the Substantial Completion certificate.

13.5.1  In addition to Contractor's warranty and duty to repair, Contractor expressly assumes all warranty obligations required under the Contract for specific building components, systems and equipment.

13.5.2 Contractor may satisfy any such obligation by obtaining and assigning to **ODR** a complying warranty from a manufacturer, supplier, or Subcontractor. Where an assigned warranty is tendered and accepted by **ODR** which does not fully comply with the requirements of the Contract, Contractor remains liable to **ODR** on all elements of the required warranty not provided by the assigned warranty.

13.6    Correction of Defects.  Upon receipt of written notice from Owner, or any agent of Owner designated as responsible for management of the warranty period, of the discovery of a defect, Contractor shall promptly remedy the defect(s), and provide written notice to Owner and designated agent indicating action taken.  In case of emergency where delay would cause serious risk of loss or damage to Owner, or if Contractor fails to remedy within thirty (30) days, or within another period agreed to in writing, Owner**/ODR** may correct the defect and be reimbursed the cost of remedying the defect from Contractor or its surety.

13.7    Certification of No Asbestos Containing Materials or Work.  Contractor shall ensure compliance with the Asbestos Hazard Emergency Response Act (AHERA– 40 C.F.R § 763-99(7)) from all Subcontractors and materials suppliers, and shall provide a notarized certification to Owner**/ODR** that all equipment and materials used in fulfillment of their Contract responsibilities are non Asbestos Containing Building Materials (ACBM).  This certification must be provided no later than Contractor's application for Final Payment.

## Article 14.  Suspension and Termination

14.1    Suspension of Work for Cause.  **ODR** may, at any time without prior notice, suspend all or any part of the Work, if after reasonable observation and/or investigation, **ODR** determines it is necessary to do so to prevent or correct any condition of the Work, which constitutes an immediate safety hazard, or which may reasonably be expected to impair the integrity, usefulness or longevity of the Work when completed.

14.1.1  **ODR** will give Contractor a written notice of suspension for cause, setting forth the reason for the suspension and identifying the Work suspended. Upon receipt of such notice, Contractor shall immediately stop the Work so identified.  As soon as practicable following the issuance of such a notice, **ODR** will initiate and complete a further investigation of the circumstances giving rise to the suspension, and issue a written determination of the findings.

14.1.2 If it is confirmed that the cause was within the control of Contractor, Contractor will not be entitled to an extension of time or any compensation for delay resulting from the suspension.  If the cause is determined not to have been within the control of Contractor, and the suspension has prevented Contractor from completing the Work within the Contract Time, the

suspension is an excusable delay and a time extension will be granted through a Change Order.

14.1.3  Suspension of Work under this provision will be no longer than is reasonably necessary to remedy the conditions giving rise to the suspension.

14.2    Suspension of Work for ODR's Convenience.  Upon seven (7) days written notice to Contractor, ODR may at any time without breach of the Contract suspend all or any portion of the Work for a period of up to thirty (30) days for its own convenience. Owner/**ODR** will give Contractor a written notice of suspension for convenience, which sets forth the number of suspension days for which the Work, or any portion of it, and the date on which the suspension of Work will cease.  When such a suspension prevents Contractor from completing the Work within the Contract Time, it is an excusable delay.  A notice of suspension for convenience may be modified by ODR at any time on seven (7) days written notice to Contractor.  If ODR suspends the Work for its convenience for more than sixty (60) consecutive days, Contractor may elect to terminate the Contract pursuant to the provisions of the Contract.

14.3    Termination by ODR for Cause.

14.3.1  Upon written notice to Contractor and its surety, **ODR** may, without prejudice to any right or remedy, terminate the Contract and take possession of the Site and of all materials, equipment, tools, construction equipment, and machinery thereon owned by Contractor under any of the following circumstances:

14.3.1.1 Persistent or repeated failure or refusal, except during complete or partial suspensions of work authorized under the Contract, to supply enough properly skilled workmen or proper materials;

14.3.1.2 Persistent disregard of laws, ordinances, rules, regulations or orders of any public authority having jurisdiction, including ODR;

14.3.1.3 Persistent failure to prosecute the Work in accordance with the Contract, and to ensure its completion within the time, or any approved extension thereof, specified in the Contract;

14.3.1.4 Failure to remedy defective work condemned by ODR;

14.3.1.5 Failure to pay Subcontractors, laborers, and material suppliers pursuant to Tex. Gov't Code, Chapter 2251;

14.3.1.6 Persistent endangerment to the safety of labor or of the Work;

14.3.1.7 Failure to supply or maintain statutory bonds or to maintain required insurance, pursuant to the Contract;

14.3.1.8  Any material breach of the Contract; or

14.3.1.9  Contractor's insolvency, bankruptcy, or demonstrated financial inability to perform the Work.

14.3.2  Failure by Owner/**ODR** to exercise the right to terminate in any instance is not a waiver of the right to do so in any other instance.

14.3.3  Should Owner/**ODR** decide to terminate the Contract under the provisions of Section 14.3, it will provide to Contractor and its surety thirty (30) days prior written notice.

14.3.4  Should Contractor or its surety, after having received notice of termination, demonstrate to the satisfaction of Owner that Contractor or its surety are proceeding to correct such default with diligence and promptness, upon which the notice of termination was based, the notice of termination may be rescinded in writing by **ODR**.  If so rescinded, the Work may continue without an extension of time.

14.3.5  If Contractor or its surety fails, after written notice from **ODR** to commence and continue correction of such default with diligence and promptness to the satisfaction of **ODR** within thirty (30) days following receipt of notice, **ODR** may immediately terminate the contract and make arrangements for completion of the Work and deduct the cost of completion from the unpaid Contract Sum.

14.3.5.1  This amount includes the cost of additional **ODR** costs such as A/E services, other consultants, and contract administration.

14.3.5.2  **ODR** will make no further payment to Contractor or its surety unless the costs to complete the Work are less than the Contract balance, then the difference shall be paid to Contractor or its surety. If such costs exceed the unpaid balance, Contractor or its surety will pay the difference to **ODR**.

14.3.5.3  This obligation for payment survives the termination of the Contract.

14.3.5.4  **ODR** reserves the right in termination for cause to take assignment of all the Contracts between Contractor and its Subcontractors, vendors, and suppliers.  ODR will promptly notify Contractor of the contracts **ODR** elects to assume.  Upon receipt of such notice, Contractor shall promptly take all steps necessary to effect such assignment.

14.4  Conversion to Termination for Convenience.  In the event that any termination of Contractor for cause under Section 14.3 is later determined to have been improper, the termination shall automatically convert to a termination for convenience under Section 14.5 and Contractor's recovery for termination shall be strictly limited to the payments allowable under Section 14.5.

14.5    Termination for Convenience of **ODR**.  Owner reserves the right, without breach, to terminate the Contract prior to, or during the performance of the Work, for any reason.  Upon such an occurrence, the following shall apply:

14.5.1  **ODR** will immediately notify Contractor and A/E in writing, specifying the reason for and the effective date of the Contract termination.  Such notice may also contain instructions necessary for the protection, storage or decommissioning of incomplete work or systems, and for safety.

14.5.2  Upon receipt of the notice of termination, Contractor shall immediately proceed with the following obligations, regardless of any delay in determining or adjusting any amounts due at that point in the Contract:

14.5.2.1  Stop all work.

14.5.2.2  Place no further subcontracts or orders for materials or services.

14.5.2.3  Terminate all subcontracts for convenience.

14.5.2.4  Cancel all materials and equipment orders as applicable.

14.5.2.5  Take action that is necessary to protect and preserve all property related to the Contract which is in the possession of Contractor.

14.5.3  When the Contract is terminated for Owner/**ODR**'s convenience, Contractor may recover from **ODR** payment for all Work executed *before the notice of termination along with the actual and reasonable cost of any additional work required to secure the Project and property related to the Contract following the notice of termination. The Contractor will not be entitled to recover any other costs or damages arising from the termination for convenience of the ODR including, but not limited to, claims for lost business opportunities.*

14.6    Termination By Contractor.  If the Work is stopped for a period of ninety (90) days under an order of any court or other public authority having jurisdiction, or as a result of an act of government, such as a declaration of a national emergency making materials unavailable, through no act or fault of Contractor or Subcontractor or their agents  or employees or any other persons performing any of the Work under a contract with Contractor, then Contractor may, upon thirty (30) additional days written notice to ODR, terminate the Contract and recover from Owner payment for all Work executed, *before the work stoppage along with the actual and reasonable cost of securing the Project and property related to the Contract during the period of work stoppage. The Contractor will not be entitled to recover any other costs or damages arising from the work stoppage including, but not limited to, claims for lost business opportunities.*  If the cause of the Work stoppage is removed prior to the end of the thirty (30) day notice period, Contractor may not terminate the Contract, *but may be entitled to an equitable adjustment in the Contract Sum and Contract Time.*

14.7     Settlement on Termination.  When the Contract is terminated for any reason, at any time prior to one hundred eighty (180) days after the effective date of termination, Contractor shall submit a final termination settlement proposal to **ODR** based upon recoverable costs as provided under the Contract.  If Contractor fails to submit the proposal within the time allowed, **ODR** may determine the amount due to Contractor because of the termination and pay the determined amount to Contractor.

## Article 15.  Dispute Resolution

15.1     **Dispute resolution shall be set forth as per the attached Sample Contract or Master Agreement.**

15.2     Nothing herein shall hinder, prevent, or be construed as a waiver of Owner's right to seek redress on any disputed matter in a court of competent jurisdiction.

15.3     Nothing herein shall waive or be construed as a waiver of the State's sovereign immunity.

## Article 16.  Miscellaneous

16.1     Special Conditions.   When the Work contemplated by Owner is of such a character that the foregoing **SSC Uniform General and Supplementary Conditions** of the Contract cannot adequately cover necessary and additional contractual relationships, the Contract may include Special Conditions. Special Conditions shall relate to a particular Project and be unique to that Project but shall not weaken the character or intent of the **SSC Uniform General and Supplementary Conditions.**

16.2     Federally Funded Projects.   On Federally funded projects, Owner**/ODR** may waive, suspend or modify any Article in these **SSC Uniform General and Supplementary** Conditions which conflicts with any Federal statue, rule, regulation or procedure, where such waiver, suspension or modification is essential to receipt by Owner of such Federal funds for the Project.  In the case of any Project wholly financed by Federal funds, any standards required by the enabling Federal statute, or any Federal rules, regulations or procedures adopted pursuant thereto, shall be controlling.

16.3     Internet-based Project Management Systems.   At its option, **ODR** may administer its design and construction management through an Internet-based management system. In such cases, Contractor shall conduct communication through this media and perform all Project related functions utilizing this database system.   This includes correspondence, submittals, Requests for Information, vouchers or payment requests and processing, amendment, Change Orders and other administrative activities.

    16.3.1 Accessibility and Administration.

        16.3.1.1  When used, **ODR** will make the software accessible via the Internet to all Project team members.

        16.3.1.2  ODR shall administer the software.

16.3.2 <u>Training</u>. When used, **ODR** shall provide training to the Project team members.

16.4     <u>Not Applicable.</u>

**This document is based on the 2010 Texas Facilities Commissions' Uniform General Conditions and apply to all Texas A&M University System and member institution construction projects managed by SSC Services for Education. All text shown in *italics* are changes incorporated into this UGSC from Texas A&M University System Facilities Planning & Construction. All text shown in bold are SSC changes.**

# End of SSC Uniform General and Supplementary Conditions

# SSC SPECIAL CONDITIONS
### TEXAS A&M UNIVERSITY
### COLLEGE STATION
#### (FOR USE ON ALL PROJECTS)

**1.0  GENERAL COORDINATION** The following supplements modify, change, delete from or add to the "SSC UNIFORM GENERAL AND SUPPLEMENTARY CONDITIONS." Where any Article of the SSC Uniform General and Supplementary Conditions is modified or any paragraph or clause thereof is modified or deleted by these supplements, the unaltered conditions of the article, paragraph, sub-paragraph or clause shall remain in effect.

**2.0  LAWS GOVERNING CONSTRUCTION**

2.1  Prevailing Wage Schedules: The rates of pay for some classification which prevail in the locality of this Project can be found at http://www.tamus.edu/business/facilities-planning-construction/forms-guidelines-wage-rates/. Contribution by a worker toward retirement plans, health insurance, apprentice programs, etc., are part of the worker's pay; contributions by the employer are not. Contractors shall identify, briefly describe, and request a predetermination of rates for crafts (or apprentice programs) not included in the wage predetermination found in the link above.

2.2  Apprenticeship Program: Apprentices who are enrolled in a federally certified apprenticeship program may be used at the percentage rates of the journeyman scale stipulated in their apprenticeship agreement.

2.3  Applicable Codes:

- *National Fire Protection Association National Fire Codes, with emphasis on NFPA 1 and NFPA 101 - latest edition adopted by State Fire Marshall, Life Safety Code (LSC) and including all referenced standards.*
- *International Building Code - latest edition*
- *NFPA 45 Standard on Fire Protection for Laboratories Using Chemicals as applicable*
- *Texas Department of Licensing and Regulation (TDLR)*
- *Elimination of Architectural Barriers Act, Article 9102, Texas Civil Statutes and Texas Accessibility Standards (TAS)*
- *Elevators and Escalators, Health & Safety Code chapter 754 and 16TAC § 74*
- *ASME 17.1, 17.2, 17.3 and 18.1*
- *Boilers, Health & Safety Code chapter 755 and 16TAC § 65*
- *ASME Boiler and Pressure Vessel Code*
- *Americans with Disabilities Act, 28 CFR Part 35 Nondiscrimination on the Basis of Disability in State and Local Government Services, Final Rule, as published in the Federal Register Friday, July 26, 1991*
- *Fair Housing Act accessibility requirements for housing units.*
- *ACI – 318, building code requirements for reinforced concrete*

- *AISC, specification for the Design, Fabrication and Erection of Structural Steel*
- *Texas Department of Insurance requirements First Tier Coastal Counties wind load criteria*
- *FEMA 100 year flood plain designation*
- *TCEQ SWPPP Requirements*
- *International Mechanical Code latest edition*
- *International Plumbing Code latest edition*
- *International Fuel Gas Code latest edition*
- *ASHRAE 62.1 Indoor Air Quality Standard*
- *FM Global Standards for fire protection systems*
- *National Electric Code latest edition*
- *TIA/EIA Standards*
- *Energy Conservation Design Standard for New State Buildings (including major renovation projects), State Comptroller's Office, Government Code sec. 447.004 and 34 TAC § 19.32*
- *ASHRAE / IESNA 90.1 latest adopted Edition*
- *International Energy Conservation Code (IECC) latest adopted edition (Residential/Apartments)*
- *SECO Alternative Energy Evaluation Requirements*
- *SECO Water Efficiency Standards for State Buildings and Institutions of Higher Education Facilities - January 2011*
- *Design in accordance with good practice to achieve conventional ambient noise levels qualified in Noise Criteria (NC) defined in current ASHRAE Applications Volume, Chapter 42 and ANSI S1.8 Reference Quantities for Acoustical Levels – ASA 84.*

## 3.0 WORK HOURS

3.1   Work Hours: Normal work hours at TAMU are 8:00 a.m. to 5:00 p.m., Monday through Friday, exclusive of TAMU holidays. Project Work may be permitted on holidays at the option of TAMU at no additional cost to the ODR or TAMU, with prior written request and approval from the ODR at least 48 hours before the start of the holiday work.

3.1.1   The Contractor may be allowed additional, or varied work hours, with prior written requested approval by the ODR.

3.1.2   The Contractor shall limit use of the premises to the Project Work indicated and allow for TAMU occupancy and use during the construction.

3.2   TAMU Occupancy:   TAMU may occupy the adjacent spaces of facilities during the entire performance period of the contract. Cooperate fully with the TAMU representative and ODR during performance of work to minimize conflict and to facilitate TAMU usage. **SAFETY** is of a paramount concern. It is the sole responsibility of the Contractor to provide protective coverings, passage ways, barriers and any and all provisions as required to maintain required ADA/TAS approved means of egress and access and maintain all building exits as required by applicable Life Safety Codes. The Contractor is to coordinate with the ODR all work that may possibly affect building occupancy or continued **SAFE** use. Contractor is to provide

ODR advanced scheduling as required to successful notify TAMU facility administrative staff of his activities related to the Work. Contractor is to adequately staff and incorporate into his Proposal all additional labor, materials, and equipment required under this section.

**4.0  UTILITIES**

4.1  Utility Outage: When a utility outage affecting occupied facilities is necessary to perform the Project Work unless agreed upon prior to performing the work, the Contractor shall give written notice to ODR five (5) days in advance of a scheduled outage. TAMU or ODR personnel will perform disconnection and reconnection of utilities. Fourteen days advance notice is required for connection and disconnection of temporary utilities by TAMU including, but not limited to temporary water taps, electrical taps and other temporary site utilities

4.2  All information and documents regarding existing underground utilities, known to the ODR, will be made available to the Contractor. Contractor will be responsible for locating, marking, and protecting all underground utility lines during construction.

4.3  Should Contractor discover "Unknown Utilities", promptly notify the ODR's personnel for direction. Such piping systems and lines shall be treated as outlined above.

4.4  Procedures for notification if utility lines or piping systems are damaged during construction:

   4.4.1  Facilities Services Communications Center @ 979-845-4311 and 9-911 if gas lines are damaged

   4.4.2  ODR Project Manager

   4.4.3  If unavailable, notify SSC/EDCS General Manager at 979-845-5317

**5.0  COMMUNICATIONS AND DATA** Work on telephone, fiber optic lines, data lines and other communication systems must be performed by TAMU IT personnel and/or their contractor(s). The Contractor shall coordinate his work with these agencies through the ODR.

**6.0  COORDINATION WITH OTHER WORK**

6.1  Coordination: Contractor shall coordinate work with the ODR, prior to beginning any Project Work. Additionally, prior to starting work each day, the Contractor's superintendent shall inform and coordinate with the ODR and others as may be required.

6.2  Contractor will be required to coordinate construction activities with other contractors and agencies under the direction of the ODR or TAMU personnel. This will include but is not limited to telephone, custodial, fire alarm, equipment maintenance, and grounds maintenance.

6.3  Contractor will be required to provide initial waxing of hard flooring per manufacturers requirements.

**7.0** **CRANES** When a crane is necessary to perform the contract work, the crane delivery, placement and lift dates shall be coordinated with the ODR, TAMU Environmental Health and Safety, TAMU Transportation, and others as may be required such as Texas Department of Transportation and City of College Station. The Contractor shall give written notice to TAMU fourteen (14) days in advance of a required crane placement and lift. The Contractor shall submit a crane lift plan ("Crane Lift Plan") with the written notice of crane placement and lift. The Crane Lift Plan shall show the proposed crane location during the lift, the area of boom swing proposed for the lift, location and types of barricades, and affected streets, sidewalks, parking areas, and buildings. The area of boom swing shall be depicted as the arc of the boom for the proposed swing with a radius of the boom length if the boom were in the horizontal. Contractor shall comply with OSHA and ANSI safety standards for cranes.

**8.0** **PARKING, STORAGE, AND SITE RESTRICTIONS**

8.1   Confine operations at the site to the areas permitted under the Contract Documents. Portions of the site beyond areas for which work is indicated are not to be disturbed. Comply with Owner's requirements concerning the Contractor's operations and use of the premises, parking, loading and unloading.

  8.1.1   Keep existing driveways and entrances serving the adjacent TAMU facilities and parking spaces clear and available to the visitors, staff and service vehicles at all times. Do not use these areas for parking or for storage of materials.

  8.1.2   Keep all storage areas free of debris, refuse, spills, leaks, stains, splashes and excess materials. All storage areas shall be maintained in a neat, clean, and safe condition. Do not unreasonably encumber the site with materials or equipment. Stockpiling of materials and the locations of storage sheds, trailers, or temporary field offices shall be confined to the area designated, area(s) shall be coordinated with TAMU.

  8.1.3   Contractor storage and parking are at the job site in an area to be designated by TAMU. Parking is not allowed on sidewalks, drives, or roadways. Do not block parking spaces. Contractor shall comply with the requirements of the coordination agreement plan presented at the preconstruction meeting. Contractors are required to purchase all TAMU required parking permits and incorporate this cost into their bids.

  8.1.4   Lock automobiles and other mechanized or motorized construction equipment, when parked and unattended, to prevent unauthorized use. Do not leave vehicles or equipment unattended with the motor running or the ignition key in place. Contractor shall not allow any construction equipment to park on adjacent streets at night.

  8.1.5   Designated roads shall be used for construction traffic. Contractor shall not close, block, or otherwise obstruct roads at any time without written permission of ODR and where required, the City of College Station. Contractor shall keep

TAMU-01849

all debris and mud off all sidewalks and streets. Immediately clean all debris and mud that is a result of contract operations.

      8.1.6 TAMU is a smoke free and tobacco free campus. This includes cigarettes, cigars, e-cigarettes, vaping, smokeless tobacco and any other nicotine delivery products. There shall be no smoking on any TAMU property.

**9.0 <u>EXISTING FACILITIES AND CONDITIONS</u>** Maintain the existing facilities in a safe and clean condition throughout the period work is being performed.

9.1 If available, areas designated around, or near the building will be made available for contractor staging and dumpsters. Coordinate with the ODR.

9.2 Prior to commencement of Project work, inspect areas in which work will be performed. Document and photograph existing conditions of structure, surfaces, equipment, and condition of surrounding properties, which could be misconstrued as damage resulting from demolition work or other contract operations. Inspection shall be verified, signed by, and filed with the Owner or ODR prior to starting work.

9.3 Any damage to the existing grounds or facilities caused by construction traffic or any construction operations shall be repaired or replaced by the Contractor to match or exceed existing undamaged conditions at no additional cost to the ODR or TAMU.

9.4 Contractor shall ensure that building plumbing systems within scope of work, are protected from freeze damage during periods of temperatures at or below freezing.

      9.4.1 Contractor shall ensure that all new or replacement Hydronic Piping meets the latest TAMU Design Standards from UES. The Standards can be found at https://utilities.tamu.edu/wp-content/uploads/2016/08/TAMU-Design-Standards.pdf

9.5 Contractor shall ensure that any roof disturbed during construction must be repaired/replaced in a leak-free manner on the day of the disturbance. All disturbed roofs must be dried-in daily.

9.6 Curb Height(s): All new and/or re-roofing projects shall require curbs be constructed or modified to be a minimum of 8" above the finished roof. All new roof top equipment shall be installed a minimum of 8" AFR. All roof penetrations shall be repaired as per manufacturers recommendations for existing roof system. If roof warranty is in effect, roof shall be repaired as to not void current manufacturers warranty. If possible use roof contractor that installed the existing roof.

TAMU-01840

9.7    Structural Building Components:  Unless indicated on the Contract Documents, do not cut or modify any structural building component (e.g. column, beam, floor slab) without prior approval of the ODR structural engineer. If an existing structural component is accidentally cut, the remedial design work shall be by a professional structural engineer licensed in the State of Texas. The Contractor is responsible for engaging the structural engineer and for payment of all design fees. The structural engineer shall be acceptable to the ODR and all structural designs shall be submitted to the ODR for review and approval.

   9.7.1    Core Drilling: Contractor must x-ray or use ground penetrating radar ("GPR") to locate rebar, post tensioned cables, conduits and other embedded items prior to core drilling slabs. Survey floor and pilot drill to locate all embedded items, rebar, conduits and post tensioned cables prior to core drilling slabs. Items damaged as a result of core drilling shall be repaired as specified in paragraph 9.5, structural building components at no additional cost to the ODR or TAMU.

9.8    Endangered Species: No activity is authorized that is likely to jeopardize the continued existence of a threatened or endangered species as listed or proposed for listing under the Federal Endangered Species Act (ESA), and/or the State of Texas Parks and Wildlife Code on Endangered Species, or to destroy or adversely modify the habitat of such species. Contractor shall notify ODR of any planned construction activities that might affect endangered species.

   9.8.1    If a threatened or endangered species is encountered during construction, the Contractor shall immediately cease work in the area of the encounter and notify the ODR, who will immediately implement actions in accordance with endangered species act and applicable State statutes. These actions shall include reporting the encounter to the Texas Parks and Wildlife Department, and obtaining any necessary approvals or permits to enable the work to continue. The Contractor shall not resume work in the area of the encounter until authorized to do so by the ODR.

9.9    Airport Restrictions: *[Include only when Project site is near an airport]* The Contractor shall verify that Construction activities and/or equipment do not constitute an obstruction of hazard to the flight paths of the nearby airport. The Federal Aviation Administration regulates airport airspace which may limit the height or working height of cranes, etc. This limitation is determined by FAA formula which, if exceeded, requires notification of and approval by FAA. A preliminary assessment will be provided, upon Contractor request, by the Airport Manager or other authority based on the construction equipment proposed to be used.

9.10  Archeological Discoveries: No activity which may affect a State Archeological Landmark is authorized until the Owner has complied with the provisions of the Texas Antiquities Code. The Owner has previously coordinated with the appropriate agencies and impacts to known cultural or archeological deposits have been avoided or mitigated. However, the Contractor may encounter unanticipated cultural or archeological deposits during Construction. Should an encounter occur the Contractor shall cease all work in the affected area and immediately notify the ODR. The ODR will take the appropriate notification steps and work will not resume until authorized by the ODR.

TAMU-811845

9.11 <u>Underground Utilities</u>

9.11.1    In accordance with State Law, all persons performing Work requiring digging or ground penetration are required to call 811 in advance and provide detailed information regarding planned Work.  Notification shall occur not earlier than the 14th day prior to the date excavation is to begin or later than 48 hours before the excavation is to begin, excluding weekend and holidays.  Additional information can be found at http://www.texas811.org

To increase the level of safety, TAMU has a policy that is more strict than State law* and requires an advance locate be performed for 1) any ground penetration on campus, to any depth, when mechanized equipment such as augers, trenchers, excavators, etc. will be used, and 2) for all other ground penetrations to a depth greater than 12 inches.  Hand-digging or soft excavation is required whenever any excavation is performed to a depth less than 12 inches without a utility locate.  An advance utility locate is always required if the excavation will be deeper than 12 inches.  In the case of ground penetration resulting from agricultural tilling or other recurring instructional or research-based agricultural work on the TAMU campus, an exception to the requirement to perform an advance utility locate will be made after an initial utility locate is performed to determine the area to be tilled or worked is clear of underground utilities.

*State law requires that all persons performing work requiring digging or ground penetration to a depth of 16 inches or more are required to call 811 in advance and provide detailed information regarding planned work.  By Texas Utilities Code, Title 5, Chapter 251 – Underground Facility Damage Prevention and Safety, a person who intends to excavate shall notify Texas 811 not earlier than the 14th day before the date the excavation is to begin or later than the 48th hour before the time the excavation is to begin, excluding Saturdays, Sundays, and legal holidays.  Failure to comply with the Texas Utilities Code could result in a fine up to $1000 for the first offense, in addition to other potential liabilities.

TAMU is a member of the Texas 811 utility locate program.  TAMU owns and is directly responsible for performing locates for the following utility systems: electrical, domestic water, chilled and heating hot water, sanitary and storm sewer, TAMU-owned natural gas, irrigation, and TAMU-owned telecommunications. **A locate request for all utility systems on campus is initiated by calling 811.**

*SSC Grounds Management is a contract service provider at TAMU responsible for all irrigation systems located on campus.  Communications with SSC Grounds Management is through the TAMU Aggieworks Center at 979-458-5500, or the TAMU Communications Center at 979-845-4311.  A locate request for irrigation systems on campus is initiated by calling 811.  By calling*

TAMU-01046

*811, the TAMU Communications Center and SSC Grounds Management will be notified of the need for an irrigation system locate.*

Other utility systems NOT owned by TAMU, such as Atmos Energy's natural gas distribution and other third-party systems such as telecom, water, electrical, etc. must also be located prior to excavating or penetrating the ground. **A locate request for third-party owned utility systems on campus is initiated by calling 811.**

For additional information and assistance contact Utilities & Energy Services at 979-845-3234 or go to this website http://utilities.tamu.edu and look under **Digging on Campus?**

**FOR EMERGENCIES: An emergency excavation is sometimes necessary to respond to a situation that endangers life, health or property, or when service to the customer will be interrupted. When an emergency locate is needed on the TAMU campus, both Texas 811 and the TAMU Communications Center (at 979-845-4311) shall be contacted promptly with details of the emergency. The same information required on the** <u>**Texas 811 Utility Locate Required Information**</u> **form under normal conditions will also be required with an emergency.**

9.11.1.1    Routine Utility Locate Request Procedure:

9.11.1.1.1 The locate requestor is responsible to clearly mark the site perimeter to be excavated or penetrated, by using water-based white paint and/or white flags, prior to calling Texas 811.

9.11.1.1.2 Call 811 to request a utility locate. After clearly marking the site perimeter where locate will be performed, requestor must have the Texas 811 Utility Locate Required Information form completed and available.

9.11.1.1.3 The utility locator(s) will mark buried lines with paint and/or flags within the marked excavation perimeter. Utility flag colors are red for electric, orange for telecom, yellow for fuel gas, green for sanitary sewer, and blue for all other water systems.

9.11.1.1.4 The requestor shall not commence any digging, excavation, or ground penetration for at least two full working days (48 hours, excluding weekends and holidays) after the locate request is made.

9.11.1.1.5 If digging, excavation, or ground penetration must be performed more than 14 days after the initial locate is performed, then the requestor/excavator must request another locate at least 48 hours (excluding weekends and holidays) in advance of ground penetration so the locate markings can be refreshed.

TAMU-01843

## 10.0 <u>FIRE REGULATIONS</u>

10.1   Comply with National Fire Protection Association, NFPA 241 guidelines. The Contractor shall use no explosives or fire in performing the work. Contractor shall understand and comply with OSHA welding and cutting requirements. If hot work is required, a hot work permit shall be obtained by coordination with TAMU Environmental Health and Safety through the ODR.

10.2   Coordinate all work on existing fire alarm and fire suppression systems with the ODR and TAMU Environmental Health and Safety prior to the start of Project Work. Any work that could cause dust, smoke or fumes must be coordinated with the ODR prior to commencing so the fire alarm system can be modified and protected as necessary if system is active. Contractor is required to cover and uncover fire alarm devices daily.

10.3   Contractor is required to temporarily replace existing smoke detectors with heat detectors during all interior renovations in the following buildings:

- Memorial Student Center (MSC); Building No. 0454
- Rudder Tower; Building No. 0446
- Jack K. Williams Administration Building (JKW); Building No. 0473
- Student Recreation Center; Building No. 1560

The temporary replacement of these devices should include the entire area of construction that will be affected by dust and debris.  It is the sole responsibility of the Contractor, at the end of the project, to re-install the smoke detectors and remove temporary heat detectors.

## 11.0 <u>CLEAN UP</u>

**11.0** <u>CLEAN UP</u>  The Contractor shall dispose of all trash, debris, refuse, garbage, etc., which is generated by the Contractor during the Project Work. Building sites shall be cleaned on a daily basis and disposal shall be outside the limits of TAMU property. Contractor shall routinely empty dumpsters to prevent windblown debris. Disposal shall be by sanitary landfill or other approved methods and shall conform to all local, state, and federal guidelines, criteria, and regulations. Any building material that the Contractor is required to dispose of shall not be shown or discussed on social media, either with or without intent to be sold or provided to anyone else.

**12.0** <u>ENERGY CONSERVATION</u> The Contractor shall use good judgement in the conservation of utilities. Prevailing energy conservation practices shall be adhered to and enforced by the Contractor.

## 13.0 <u>SPECIAL STORAGE</u>

13.1   Petroleum Storage:

      13.1.1   The Contractor shall store all fuel or petroleum products, whether new or used, in appropriate containers and within a bermed area with an impermeable liner (40 mil) or other approved containment measures.  All storage areas shall be marked with appropriate signage (i.e., Flammable Storage - No Smoking Within 50 ft).  All fuel tanks and petroleum storage

containers shall be structurally sound and in good condition, be kept sealed when not in use, and be grounded and bonded according to NFPA Requirements.

13.1.2 The containment area shall be sized to hold fluid volume equal to 110% of the largest storage container, with a minimum of one foot of freeboard for earthen berms. The Contractor shall immediately clean up and dispose of any evidence of a fuel or oil spill in conformance with all federal and state regulations at no additional cost to the ODR or Owner. Any areas that incur contamination by any hazardous substance shall be immediately remediated by the contractor at no additional expense to ODR. Any fuel or oil spill shall immediately be reported to the ODR and TAMU Environmental Health and Safety. Costs of all soil tests as a result of spills shall be a responsibility of the contractor.

13.1.3 The Contractor shall remove earthen berms at the completion of the job and restore the area to its original condition.

13.1.4 The Contractor shall keep all other storage areas free of debris, leaks, stains, or splashes. All storage areas shall be maintained in a neat, clean, and safe condition. Remediation may include subsequent soil analysis if directed by TAMU or the ODR. The Contractor shall store all paints, thinners, solvents and other hazardous materials in a contractor supplied trailer or storage unit, which shall be secured when not in use.

**14.0 <u>TESTING</u>** Testing indicated in these Contract Documents to be performed by TAMU, Contractor or the ODR will be performed at the option of TAMU. ODR will engage a special inspector and qualified testing and inspecting agency to perform field tests and inspections and prepare test reports.

**15.0 <u>SAFETY</u>**

15.1 Comply with all applicable Occupations Safety and Health Act (OSHA) Standards and Regulations.

15.2 For accident reporting, comply with SSC requirements to file written reports and immediately notify ODR and SSC Safety/Risk Manager at 979-575-3879.

15.3 Furnish and install all necessary safeguards to provide safety and protection of the public and TAMU property adjacent to the contract work area. Comply with all Applicable Laws related to the safety of the public and TAMU property while performing contract operations.

15.4 Speed Limit: Contractor shall notify all employees and subcontractors of the speed limit of the adjacent streets and ensure all personnel understand and comply with this requirement.

15.5 Temporary Roads and Paved Areas: Construct and maintain temporary roads and paved areas adequate to support loads and to withstand exposure to traffic during contract operations.

15.6 Temporary Traffic Controls: Furnish and install Temporary Traffic Controls ("TTC") in accordance with the Texas Manual on Uniform Traffic Control Devices ("TMUTCD"). Submit a TTC plan for vehicular and pedestrian traffic to the ODR and project engineer for approval prior to the start of construction operations. Pedestrian traffic control plans shall provide a safe, convenient and accessible travel path that replicates as nearly as possible the most desirable characteristics of the existing sidewalks or footpaths throughout all phases of construction. Provide for continuous operation of signs and barricades designating restricted or dangerous conditions including but not limited to: illuminated barricades, danger signals, warning signs and obstructions.

15.7 Accessible Routes: Accessible routes for the disabled shall be kept accessible and safe at all times or alternate routes shall be constructed and signed in accordance with the Texas Accessibility Standards. Revised alternate routes shall require approval by the ODR and Owner.

15.8 Site Safety: Do not leave the work areas in an unsecured or unsafe condition at any time during operations. Contractor personnel and equipment operators shall monitor their surroundings at all times and be alert for people moving in or adjacent to contract work areas. Contractor shall use spotters when moving vehicles through the construction sites and no construction vehicles (e.g. backhoes, bobcats, etc.) shall be left unsecured on site. Contractor shall furnish and install temporary fences, barricades, signs and other required items to:

  15.8.1 Warn/notify adjacent building occupants

  15.8.2 Protect construction materials

  15.8.3 Prevent unauthorized personnel from entering the construction site.

  15.8.4 Redirect vehicular and pedestrian traffic flow when required to perform Work; comply with paragraph 15.5 above, Temporary Traffic Controls TTC.

15.9 Prior to spraying paint, coatings or power washing exterior structures the following criteria shall be met:

  15.9.1 Contractor shall provide ODR and TAMU forty eight (48) hours' notice prior to spraying any material, including primer, paint or coatings.

  15.9.2 Consider use of dryfall paint when spray painting large areas of structure (e.g. metal building frames) or materials by conventional or airless spray.

  15.9.3 The Contractor shall provide all necessary barricades, signs, warning of spray area as determined in the preconstruction conference. The Contractor shall set these signs out the night before spraying begins.

  15.9.4 The Contractor shall be responsible for the removal of signs and barricades at the completion of the job.

15.9.5  The Contractor shall protect any automobile, bicycle, vehicle or other property which is located in a warning area where contact with the property owner has not been made before the commencement of work.

15.9.6  The Contractor shall employ approved wind screens, protective shrouds and other protection methods during all paint and coating applications. The Contractor is responsible for all overspray and shall have sole liability where damage occurs as a result of this work.

15.9.7  Spray equipment shall be as recommended by the materials manufacturer. Spray operations shall be performed only during adequate period calm weather with winds not exceeding 15 miles per hour. Protect all property from overspray or other damage.

15.9.8  To prevent sparking a flammable substance, smoking and other sources of flame near spray painting operations are prohibited and tools shall be properly rated and grounded for work in a spray painting area.

**16.0  LANDSCAPING** Take appropriate measures to prevent injury to landscaping in or near the worksite. Do not remove or prune any landscaping without the approval from the ODR. Plants which are damaged during work shall be replaced at no expense to TAMU or the ODR. Unless required by the contract documents, the ODR shall coordinate removal of all trees, tree branches, shrubs and plants that will interfere the Project Work. Actively nesting birds shall not be disturbed unless approved by the ODR. Disturbing actively nesting migratory birds will also require a permit to be obtained from the U.S. Fish and Wildlife Service.

**17.0  ENVIRONMENTAL REQUIREMENTS**

17.1  Compliance with Environmental Laws:  The Contractor and all subcontractors shall comply with any and all applicable federal, state, and local laws, regulations, ordinances, policies and standards ("Applicable Laws") related to environmental matters. Contractor and all subcontractors shall comply with all current TAMU/EHS and State of Texas Storm Water Pollution Prevention Plan (SWPPP) regulations. Please refer to the following links:
https://ehsd.tamu.edu
http://www.tceq.state.tx.us/assets/public/permitting/waterquality/attachments/stormwater/txr15largepri.pdf
https://www.tceq.texas.gov/assets/public/permitting/stormwater/txr15smallsite.pdf

17.2  PCB Ballast Disposal Requirements:  The transporting and disposal of lighting ballasts is subject to Environmental Protection Agency (EPA), D.O.T. and State of Texas laws, codes and guidelines. Any ballast that is not specifically marked "No PCB's" shall be considered to contain PCB's and shall be transported to an EPA approved incinerator and destroyed by incineration. Contractor shall furnish ODR with copies of tickets before and after transportation and a certificate of destruction from the firm that destroys the ballasts. The disposal company must be approved by the ODR. Contractors involved in projects that include the removal and/or disposal of fluorescent, mercury vapor, or HID Sodium Vapor lamps shall comply with the requirements of this section. Fluorescent lamps have been determined, by the TCEQ, to be hazardous waste and must be managed in accordance with

TAMU-01857

40 CFR 260-279, and 30 TAC 330-335. The Contractor shall immediately notify the ODR when activities involving the removal of the aforementioned lamps begin.

17.3    Nuisance and Polluting Activity Prohibited:  Polluting, dumping, or discharging of any harmful, nuisance, or regulated materials (such as concrete truck washout, vehicle maintenance fluids, residue from saw cutting operations, solid waste and hazardous substances) into building drains, site drains, streams, waterways, holding ponds or to the ground surface shall not be permitted. The Contractor shall be held responsible for any damages that may result. Further, the Contractor shall conduct activities in such a fashion to avoid creating any legal nuisance, including but not limited to, suppressing noise and dust, controlling erosion, and implementing other measures as necessary to minimize off-site impacts of work activities.

17.4    Asbestos Removal:  If, in the process of performing the Work, the Contractor suspects that asbestos has been found, the ODR shall be notified immediately. The ODR shall cause the suspicious material to be tested and, if found to be asbestos, will be responsible for its removal. It will be the Contractor's responsibility to protect its workers and other persons by regulating access to the affected area. Should the Contractor encounter previously unidentified and suspect asbestos-containing materials ("ACM"), mold, hazardous or potentially hazardous material or suspected lead containing paint which must be disturbed to comply with the Contract Documents, the Contractor shall cease all work that would disturb the suspect material and shall immediately notify the ODR.

17.5    Contractor is responsible for all materials brought on site, including hazardous materials. All hazardous waste or special waste generated by the Contractor as a result of its operations shall be identified, characterized, containerized and transported to a permitted disposal facility in strict accordance with the requirements of 40 CFR 260-279 (Hazardous waste and used oil regulations), 30 TAC 324, 330-335 (TCEQ Hazardous and Industrial Waste Regulations).

## 18.0  COLOR AND MATERIAL SELECTIONS

18.1    No color selections and no material selections will be made by the ODR until the Contractor submits all samples of all materials requiring color selections to the ODR or A/E (if applicable). In addition, prior to the ODR selection colors, the Contractor shall certify in writing that all colors and samples submitted are current, acceptable, and available to the Contractor for TAMU's selection.

18.2    Any samples that are not applicable to the work shall be carefully removed from the submittal by the Contractor. The Contractor shall submit the manufacturer's full range of applicable colors, patterns, and textures for the various materials that are required by the contract.

18.3    In the event that discontinued, non-current, or non-applicable colors, textures, or samples are submitted by the Contractor and their selection is made by the ODR, the Contractor shall immediately notify ODR of all associated delays required to resubmit and approve alternate materials.

**19.0** **PROJECT CLOSEOUT DOCUMENTS** Before approval of final payment, Contractor must submit the following documents on all projects:

- Contractor's Affidavit of Release of Liens (AIA G706A), must be notarized
- The Contractor shall not incorporate hazardous materials into the work, and shall provide an affidavit attesting as such
- Warranties: Contractor must submit, on contractor's letterhead, a statement guaranteeing all work for a period of twelve months (show Substantial Completion date in warranty letter). Certify in writing and provide evidence that commercial general liability insurance coverage is effective through the contractor's warranty period
- Consent of Surety (AIA G707) if bonding is required
- Operation and Maintenance Manuals for equipment/products
- As Built / Marked Up Field Drawings. Send to A/E if applicable for update to CAD files.
- HVAC TAB Report
- Notice of Termination (NoT) of all temporary erosion controls having been removed, scheduled for removal, or transferred to a new operator within 30 days
- Sprinkler Systems: One (1) signed original & 1 (one) electronic copy of standard contractor's material and test certificate as required by Texas Dept. of Insurance for above and underground piping
- TCEQ Domestic Water Backflow Prevention and Customer Service Inspection Certification. Contractor's responsibility to have this done by a licensed individual required by Texas Dept. of Insurance for above and underground piping
- Other documents that may be required by the contract documents

**20.0** **RIGHT TO AUDIT** The ODR shall have the right to verify and audit the details of Contractor's and subcontractor's billings, certificates, accountings, cost data, and statements, either before or after payment, by (1) inspecting the books and records of the Contractor and subcontractor's during normal business hours; (2) examining any reports with respect to the Project Work; (3) interviewing Contractor's and subcontractor's employees; and (4) any other reasonable action. Contractor's and subcontractor's records shall be kept on the basis of generally accepted accounting principles in accordance with cost accounting standards issued by the Federal Office of Management and Budget Cost Accounting Standards Board and organized by each Application for Payment period.

**21.0** **BUSINESS ETHICS EXPECTATION**

21.1 *During the course of pursuing work with the ODR and while performing contract work in accordance with the Contract Documents, Contractor agrees to maintain business ethics standards aimed at avoiding any impropriety or conflict of interest which could be construed to have an adverse impact on the ODR or TAMUS's best interests.*

21.2 *Contractor shall take reasonable actions to prevent any actions or conditions which could result in a conflict with the ODR or TAMUS's best interests. These obligations shall apply to the activities of Contractor's employees, agents, subcontractors, subcontractors' employees and other persons under their control.*

21.3 *Contractor's employees, agents, subcontractors (and their representatives) shall not make or offer, or cause to be made or offered, any cash payments, commissions, employment, gifts valued at $50 dollars or more, entertainment, free travel, loans, free work, substantially discounted work, or any other considerations to the ODR's representatives,*

*employees or their relatives.*

21.4  *Contractor's employees, agents and subcontractors (and their relatives) shall not receive or accept any cash payments, commissions, employment, gifts valued at $50 dollars or more, entertainment, free travel, loans, free work, or substantially discounted work or any other considerations from representatives of Contractors, sub- contractors, or material suppliers or any other individuals, organizations, or businesses receiving funds in connection with the Project Work.*

21.5  *Contractor agrees to notify SSC's Resident Regional Manager within 48 hours of any instance where the Contractor becomes aware of a failure to comply with the provisions of this section.*

21.6  *Upon request by the ODR, Contractor agrees to provide a certified management representation  letter executed by a Contractor representative selected by the ODR in a form agreeable to the ODR stating that the representative is not aware of any situations violating the business ethics expectations outlined in the Contract Documents or any similar potential conflict of interest as listed in the Compass Group "Code of Business Conduct" or "Code of Ethics" which can be found on the Compass Group website (http://compass-usa.com/pages/code-of- ethics.aspx).*

21.7  *Contractor agrees to include provisions similar to the aforementioned in all contracts with subcontractors receiving more than $25,000 in funds in connection with the Project Work.*

## END SECTION

TAMU-01654

EXHIBIT
38

CAUSE NO. 24-000902-CV-85

| | | |
|---|---|---|
| BRIAN BECKOM, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | BRAZOS COUNTY, TEXAS |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| *Defendant.* | § | 85TH JUDICIAL DISTRICT |

## THIRD BUSINESS RECORDS AFFIDAVIT

State of Texas      §
County of Brazos     §

Before me, the undersigned notary, on this day personally appeared Tricia Bledsoe, the affiant, whose identify is known to me. After I administered an oath, the affiant testified as follows:

1. My name is Tricia Bledsoe, and I am over the age of 18 years of age, of sound mind, capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am currently employed as the Director and designated Public Information Officer of Texas A&M University's (TAMU) Office of Open Records (ORO) and in this capacity am the primary custodian of the records identified herein by virtue of my duties and responsibilities.

3. The records identified in this affidavit and attached to Defendant's First Amended Plea to the Jurisdiction by exhibit number as business records are as follows:

   **Exhibit 31**: Plaintiff's seventh TPIA request w/ history – J1723 (6 pgs)
   **Exhibit 32**: J1723 production part 1 (123 pgs)
   **Exhibit 33**: J1723 production part 2 (1 pg)
   **Exhibit 34**: J1723 production part 3 (5 pgs chart)
   **Exhibit 35**: J1723 production part 4 (2 pgs)
   **Exhibit 36**: J1723 production part 5 (2 pgs)
   **Exhibit 37**: J1723 production part 6 (71 pgs)

TAMU-01855

4. These said 210 pages are kept by TAMU in the regular course of business. It was in the regular course of business for an employee or representative of TAMU or its predecessor agency, with knowledge of the act, event or condition recorded, to make the memorandum or record or to transmit information thereof to be included in such memorandum or record, and the memorandum or record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter; or, in the case of documentation given to or received by TAMU, it was in the regular course of business for an employee or representative of TAMU to receive the record and place it in the appropriate files of TAMU. With the exception of the redaction of any personal, private, or confidential information, and any bates numbering or exhibit number identification of any documents by the parties of the records identified by exhibit number above, they are exact duplicates of the originals.

EXECUTED on August ___, 2024.

*Patricia Bledsoe*
Patricia Bledsoe, Director
Open Records
Office of Risk, Ethics, and Compliance
Texas A&M University

SUBSCRIBED AND SWORN BEFORE ME, on August ___, 2024 to certify which witness my hand and official seal.

*Cindy Patterson*
Notary Public, State of Texas

CINDY PATTERSON
Notary Public, State of Texas
Comm. Expires 07-07-2026
Notary ID 12158568

TAMU-01856



# NOTICE OF PROJECT (NOP)

### EXHIBIT
### 39

POSTED ON BEHALF OF SSC BY Texas A&M University (Part 02)

Attention: (02) Cindy Gillar - c-gillar@tamu.edu, CC Shawna Kennedy - shawna.kennedy@tamu.edu

Date of Request: 10/23/2023

## PROJECT INFORMATION

Project Number: 2023-06030

Project Name: Spence Hall Corps Dorm Bathroom Renovations

Project Location: Texas A&M University, College Station, TX

Project Start Date: 5/13/2024          Project Finish Date: 7/31/2024

Project Description: Renovation to the first floor women's room in Spence Hall including new flooring, ceiling, partitions, doors, plumbing, HVAC fixtures

## DOCUMENT ACQUSITION INFORMATION

RFP & Construction Documents (CSP) and information are available electronically at (web link): public
PublicFolderFiles.aspx - app-e-builder

## SUBMISSION INFORMATION

| | | |
|---|---|---|
| CSP RFP Submissions are due: | Date: 11/14/2023 | Time: 2:00 PM |
| HSP Submissions are due: | Date: 11/15/2023 | Time: 2:00 PM |
| Public Proposal Opening: SSC Facilities Services Building, Conference Room 204: | Date: 11/15/2023 | Time: 3:00 PM |

Public Proposal Virtual Meeting (web link): **Click here to join the meeting**

Mail or Hand-deliver to:          SSC Service Solutions
Facilities Services EDCS
1371 TAMU (Physical Address: 600 Agronomy Road, Suite 218)
College Station, TX 77843

## HISTORICALLY UNDERUTILIZED BUSINESS (HUB)

HUB Subcontracting Plan Required:          Yes ☒          No ☐

If yes, monthly HUB Progress Assessment Reports (PARs) are required with each pay application.

Contact (02) Cindy Gillar - c-gillar@tamu.edu, 979-845-9010. CC Shawna Kennedy - shawna.kennedy@tamu.edu, 979-845-3425 with all HUB-related questions.

## QUERY INFORMATION

Pre-proposal Meeting Location (if applicable): SSC Facilities Services Building, Conference Room 204

Date: 10/30/2023          Time: 2:30 PM

Inquiries regarding the submission process/requirements should be directed to

SSC Project Manager: Mike Garon

Email: Michael.Garon@sscserv.com

Phone: 979-446-2506

If applicable, inquiries regarding the technical aspects of the Construction Documents shall be directed to:

A/E Contact: Fred Patterson

A/E Firm: Patterson Architects

Email: fred@patarch.com

Phone:  979-775-6036



**SpawGlass**
9331 Corporate Dr
Selma, Texas 78154
P: (210) 651-9000
F: (210) 651-4450

EXHIBIT
40

# Daily Log: Tuesday 5/14/2024

 **Daily Log Completed**
The Daily Log was completed by Josh Farris on Thu, May 16, 2024 at 07:41 AM CDT.

## WEATHER REPORT

| Temperature | | | Precipitation Since | | | Humidity | | | | Windspeed | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Low | High | Avg | Midnight | 2 Days Ago | 3 Days Ago | Low | Avg | High | Dew | Avg | Max | Gust |
| 64°F | 84°F | 74°F | 0.00 in. | 0.29 in. | 0.39 in. | 36% | 73% | 100% | 63°F | 4.0 mph | 7 mph | 13 mph |

## DAILY SNAPSHOT

| 06:00 AM | 09:00 AM | 12:00 PM | 03:00 PM | 06:00 PM | 09:00 PM |
|---|---|---|---|---|---|
| Fog 65°F | Fog 67°F | Clear 76°F | Clear 83°F | Clear 84°F | Clear 81°F |

## OBSERVED WEATHER CONDITIONS

| No. | Time Observed | Weather Delay | Sky | Temp | Average | Precipitation | Wind | Ground/Sea |
|---|---|---|---|---|---|---|---|---|
| 1 | 07:15:00 AM | No | | | | | | |

## MANPOWER LOG

**9 Workers | 65.0 Man Hours**

| No. | Contact/Company | Workers | # Hours | Man Hours | Location | JSA Completed? | |
|---|---|---|---|---|---|---|---|
| 1 | Dailey Electric, Inc. | 5 | 8.0 | 40.0 | | Yes | 📎 |
| | **Comments:** Swap smokes and disconnect devices ;Making joints hanging lights; <br> **Created By:** SG Integrations | | | | | | |
| 2 | SpawGlass Construction Corp | 3 | 8.0 | 24.0 | | Yes | 📎 |
| | **Comments:** Finish putting ram board on walls putting a plastic with zippers picking up trash; <br> **Created By:** SG Integrations | | | | | | |
| 3 | American Fire Protection Group, Inc. | 1 | 1.0 | 1.0 | | | |
| | **Comments:** Drain down lines on 1st floor of each building <br> **Created By:** Josh Farris | | | | | | |
| | | **9** | | **65.0** | | | |

TAMU-01858

**Manpower Log's Attachments:**

1. Dailey Electric, Inc.



[Dailey Electric, Inc.-JSA-2024.05.14.pdf](#)                [Dailey Electric, Inc.-JSA-2024-05-14T00:00:00.0000000Z.pdf](#)

2. SpawGlass Construction Corp



[SpawGlass Construction Corp-JSA-2024-05-14T00:00:00.0000000Z.pdf](#)

## VISITOR LOG

| No. | Created By | Visitor | Start Time | End Time | Comments |
|---|---|---|---|---|---|
| 1 | Josh Farris | Baldemar Vazquez (Engineering Safety Consultants, Inc) | 08:30 AM | 09:30 AM | Safety inspection |

TAMU-01859

**SpawGlass**
9331 Corporate Dr
Selma, Texas 78154
P: (210) 651-9000
F: (210) 651-4450

Project: **4024003 TAMU Corps Dorms Restrooms Renovations**
606 Military Mall
College Station, Texas 77840



# Inspection: [SpawGlass] JSA #6

| **40/40** | **1** | **0** | **36** | **3** |
|:---:|:---:|:---:|:---:|:---:|
| Items Inspected | Conforming | Deficient | N/A | Neutral |

| **Type** | Job Safety Analysis (JSA) | **Status** | Closed by Josh Farris on 05/16/24 |
|---|---|---|---|
| | | **Location** | |
| | | **Created By** | SG Integrations |

**Linked Drawings**

**Description**  Competent Person Name: Charles Cripps|Crew Members: Charles cripps Pablo Urbana Boanense Metes Jorge Flores Juan Carlos William Mobeito Edwin Pablo Francisco Garcia Nicolas Diaz Jose Gerendo Diaz Dilmer Xavier Jose Mario Nicara Miguel Marquinhos Osman Torres Freddy Decaria Juan16 |Tier Company Name:

**Attachments**

**Utility Locate Information (number & expiration date)/ #Ubicacion para la excavacion**

**Select Additional PPE required today/Seleccione el PPE adicional requerido hoy**

**Task/Job Scope/Cual es tu trabajo de hoy?**  Demo restrooms

**PPE needed to complete your work safely/PPE necesitado para completar tu trabajo seguro**  N95 mask Ear plugs

## Inspection Details

| **Inspection Date** | May 15, 2024 | **Due Date** | |
|---|---|---|---|
| | | **Responsible Contractor** | Albo Construction LLC |
| **Assignee(s)** | Layton Muehr, Orlando Marroquin, Billy Cloer | | |

TAMU-01866

## JSA Activity 1                     **3 Neutral**    **1 Conforming**    **0 Deficient**    **0 N/A**

**1.1 Specific Work Tasks/Tareas de trabajo especificas**
*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations*

Remove ceilings Tile walls and tile flooring Removal metal studs

**SG Integrations (GoFormz)** responded with Remove ceilings Tile walls and tile flooring Removal metal studs on May 16, 2024 at 06:37 AM CDT

**1.2 SIF (Serious Injury or Fatality) Risk/Este trabajo tiene un peligro SIF?**
*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations*

No

**SG Integrations (GoFormz)** responded with No on May 16, 2024 at 06:37 AM CDT

**1.3 Potential Hazards/Peligros potenciales**
*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations*

Shock risk Slip and trip risk Dust

**SG Integrations (GoFormz)** responded with Shock risk Slip and trip risk Dust on May 16, 2024 at 06:37 AM CDT

**1.4 Preventative Measures/Medidas preventivas**
*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations*

Make safe electrical Clean material and debri as demo Keep pathways clear Wear n95 mask

**SG Integrations (GoFormz)** responded with Make safe electrical Clean material and debri as demo Keep pathways clear Wear n95 mask on May 16, 2024 at 06:37 AM CDT

## JSA Activity 2                     **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 3                     **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 4                     **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 5                     **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 6                     **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 7                     **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 8                     **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 9                     **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 10                    **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## Inspection Signatures



*SpawGlass Integrations signed on May 16, 2024 at 06:39 AM CDT*

TAMU-01867



**SpawGlass**
9331 Corporate Dr
Selma, Texas 78154
P: (210) 651-9000
F: (210) 651-4450

**Project: 4024003 TAMU Corps Dorms Restrooms Renovations**
606 Military Mall
College Station, Texas 77840

---

# Inspection: [SpawGlass] JSA #5

| **40/40** | **1** | **0** | **36** | **3** |
|:---:|:---:|:---:|:---:|:---:|
| Items Inspected | Conforming | Deficient | N/A | Neutral |

| | | | |
|---|---|---|---|
| **Type** | Job Safety Analysis (JSA) | **Status** | Closed by Josh Farris on 05/16/24 |
| | | **Location** | |
| | | **Created By** | SG Integrations |

**Linked Drawings**

**Description**     Competent Person Name: Mateo Delarosa Ortiz|Crew Members: Jose Hernandez |Tier Company Name:

**Attachments**

| | |
|---|---|
| | **Utility Locate Information (number & expiration date)/ #Ubicacion para la excavacion** |
| **Select Additional PPE required today/Seleccione el PPE adicional requerido hoy** | |
| **Task/Job Scope/Cual es tu trabajo de hoy?** | Finshing puting up pink foam on doors , puting up fences screening , Turing on negative air machine |
| **PPE needed to complete your work safely/PPE necesitado para completar tu trabajo seguro** | |

---

## Inspection Details

| | | | |
|---|---|---|---|
| **Inspection Date** | May 15, 2024 | **Due Date** | |
| | | **Responsible Contractor** | SpawGlass Construction Corp |
| **Assignee(s)** | Layton Muehr, Orlando Marroquin, Billy Cloer | | |

---

TAMU-01862

## JSA Activity 1                    **3 Neutral     1 Conforming     0 Deficient     0 N/A**

**1.1 Specific Work Tasks/Tareas de trabajo especificas**
*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations*

Finshing puting up pink foam on doors , puting up fences screening , Turing on negative air machine

**SG Integrations (GoFormz)** responded with Finshing puting up pink foam on doors , puting up fences screening , Turing on negative air machine on May 15, 2024 at 07:07 AM CDT

**1.2 SIF (Serious Injury or Fatality) Risk/Este trabajo tiene un peligro SIF?**
*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations*

No

**SG Integrations (GoFormz)** responded with No on May 15, 2024 at 07:07 AM CDT

**1.3 Potential Hazards/Peligros potenciales**
*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations*

Falling getting cut breathing dust particles

**SG Integrations (GoFormz)** responded with Falling getting cut breathing dust particles  on May 15, 2024 at 07:07 AM CDT

**1.4 Preventative Measures/Medidas preventivas**
*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations*

Wear ppe wear mask

**SG Integrations (GoFormz)** responded with Wear ppe wear mask  on May 15, 2024 at 07:07 AM CDT

## JSA Activity 2                    **0 Neutral     0 Conforming     0 Deficient     4 N/A**

## JSA Activity 3                    **0 Neutral     0 Conforming     0 Deficient     4 N/A**

## JSA Activity 4                    **0 Neutral     0 Conforming     0 Deficient     4 N/A**

## JSA Activity 5                    **0 Neutral     0 Conforming     0 Deficient     4 N/A**

## JSA Activity 6                    **0 Neutral     0 Conforming     0 Deficient     4 N/A**

## JSA Activity 7                    **0 Neutral     0 Conforming     0 Deficient     4 N/A**

## JSA Activity 8                    **0 Neutral     0 Conforming     0 Deficient     4 N/A**

## JSA Activity 9                    **0 Neutral     0 Conforming     0 Deficient     4 N/A**

## JSA Activity 10                    **0 Neutral     0 Conforming     0 Deficient     4 N/A**

## Inspection Signatures



*Mateo Delarosa Ortiz signed on May 15, 2024 at 07:15 AM CDT*

TAMU-01869

**SpawGlass**
9331 Corporate Dr
Selma, Texas 78154
P: (210) 651-9000
F: (210) 651-4450

**Project: 4024003 - TAMU Corps Dorms Restrooms Renovations**
606 Military Mall
College Station, Texas 77840



# Daily Log: Wednesday 5/15/2024

✓ **Daily Log Completed**
The Daily Log was completed by Josh Farris on Thu, May 16, 2024 at 07:43 AM CDT.

## WEATHER REPORT

| Temperature | | | Precipitation Since | | | Humidity | | | | Windspeed | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Low | High | Avg | Midnight | 2 Days Ago | 3 Days Ago | Low | Avg | High | Dew | Avg | Max | Gust |
| 61°F | 90°F | 76°F | 0.00 in. | 0.00 in. | 0.29 in. | 33% | 61% | 94% | 60°F | 3.8 mph | 6 mph | 10 mph |

## DAILY SNAPSHOT

| 06:00 AM | 09:00 AM | 12:00 PM | 03:00 PM | 06:00 PM | 09:00 PM |
|---|---|---|---|---|---|
| Clear 64°F | Cloudy 67°F | Partly Cloudy 81°F | Cloudy 90°F | Cloudy 90°F | Cloudy 83°F |

## OBSERVED WEATHER CONDITIONS

| No. | Time Observed | Weather Delay | Sky | Temp | Average | Precipitation | Wind | Ground/Sea |
|---|---|---|---|---|---|---|---|---|
| 1 | 07:10:00 AM | No | | | | | | |

## MANPOWER LOG

**20 Workers | 190.0 Man Hours**

| No. | Contact/Company | Workers | # Hours | Man Hours | Location | JSA Completed? | |
|---|---|---|---|---|---|---|---|
| 1 | Dailey Electric, Inc. | 3 | 8.0 | 24.0 | | Yes | 📎 |
| | **Comments:** Remove existing electrical after Sheetrock comes down ;  **Created By:** SG Integrations | | | | | | |
| 2 | SpawGlass Construction Corp | 2 | 8.0 | 16.0 | | Yes | 📎 |
| | **Comments:** Finshing puting up pink foam on doors , puting up fences screening , Turing on negative air machine ;  **Created By:** SG Integrations | | | | | | |
| 3 | Albo Construction LLC | 15 | 10.0 | 150.0 | | | |
| | **Comments:** Start demo in all rooms. Taking everything down except studs for now  **Created By:** Josh Farris | | | | | | |
| | | **20** | | **190.0** | | | |

TAMU-01864

**SpawGlass**
9331 Corporate Dr
Selma, Texas 78154
P: (210) 651-9000
F: (210) 651-4450

**Project: 4024003 TAMU Corps Dorms Restrooms
Renovations**
606 Military Mall
College Station, Texas 77840



# Inspection: [SpawGlass] JSA #2

| **40/40** | **1** | **0** | **36** | **3** |
|---|---|---|---|---|
| Items Inspected | Conforming | Deficient | N/A | Neutral |

| **Type** | Job Safety Analysis (JSA) | **Status** | Closed by Josh Farris on 05/16/24 |
|---|---|---|---|
| | | **Location** | |
| | | **Created By** | SG Integrations |

**Linked Drawings**

**Description**    Competent Person Name: Mateo Delarosa Ortiz|Crew Members: Jose Hernandez |Tier Company Name:

**Attachments**

**Utility Locate Information (number & expiration date)/ #Ubicacion para la excavacion**

**Select Additional PPE required today/Seleccione el PPE adicional requerido hoy**

**Task/Job Scope/Cual es tu trabajo de hoy?**    Preparing hallways

**PPE needed to complete your work safely/PPE necesitado para completar tu trabajo seguro**

## Inspection Details

| **Inspection Date** | May 14, 2024 | **Due Date** | |
|---|---|---|---|
| | | **Responsible Contractor** | SpawGlass Construction Corp |
| **Assignee(s)** | Layton Muehr, Orlando Marroquin, Billy Cloer | | |

TAMU-01875

## JSA Activity 1                                  **3 Neutral**    **1 Conforming**    **0 Deficient**    **0 N/A**

**1.1 Specific Work Tasks/Tareas de trabajo especificas**
*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations*

Finish putting ram board on walls putting a plastic with zippers picking up trash

**SG Integrations (GoFormz)** responded with Finish putting ram board on walls putting a plastic with zippers picking up trash on May 14, 2024 at 08:21 AM CDT

**1.2 SIF (Serious Injury or Fatality) Risk/Este trabajo tiene un peligro SIF?**
*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations*

No

**SG Integrations (GoFormz)** responded with No on May 14, 2024 at 08:21 AM CDT

**1.3 Potential Hazards/Peligros potenciales**
*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations*

Getting cut falling tripping

**SG Integrations (GoFormz)** responded with Getting cut falling tripping on May 14, 2024 at 08:21 AM CDT

**1.4 Preventative Measures/Medidas preventivas**
*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations*

Be cautious of surroundings watch your steps

**SG Integrations (GoFormz)** responded with Be cautious of surroundings watch your steps on May 14, 2024 at 08:21 AM CDT

## JSA Activity 2                                  **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 3                                  **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 4                                  **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 5                                  **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 6                                  **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 7                                  **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 8                                  **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 9                                  **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 10                                 **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## Inspection Signatures



*Mateo Delarosa Ortiz signed on May 14, 2024 at 08:25 AM CDT*

TAMU-01866



**SpawGlass**
9331 Corporate Dr
Selma, Texas 78154
P: (210) 651-9000
F: (210) 651-4450

**Project: 4024003 TAMU Corps Dorms Restrooms Renovations**
606 Military Mall
College Station, Texas 77840

# Inspection: [SpawGlass] JSA #3

| **40/40** | **1** | **0** | **36** | **3** |
|---|---|---|---|---|
| Items Inspected | Conforming | Deficient | N/A | Neutral |

| **Type** | Job Safety Analysis (JSA) | **Status** | Closed by Josh Farris on 05/16/24 |
|---|---|---|---|
| | | **Location** | |
| | | **Created By** | SG Integrations |

**Linked Drawings**

**Description** — Competent Person Name: Greg|Crew Members: Greg|Tier Company Name:Siemens

**Attachments**

**Utility Locate Information (number & expiration date)/ #Ubicacion para la excavacion**

**Select Additional PPE required today/Seleccione el PPE adicional requerido hoy**

**Task/Job Scope/Cual es tu trabajo de hoy?** — Disconnect alarms and swap smoke detectors

**PPE needed to complete your work safely/PPE necesitado para completar tu trabajo seguro** — Ladder and basic ppe

## Inspection Details

| **Inspection Date** | May 14, 2024 | **Due Date** | |
|---|---|---|---|
| | | **Responsible Contractor** | Dailey Electric, Inc. |
| **Assignee(s)** | Layton Muehr, Orlando Marroquin, Billy Cloer | | |

## JSA Activity 1

**3 Neutral    1 Conforming    0 Deficient    0 N/A**

| **1.1 Specific Work Tasks/Tareas de trabajo especificas**<br>*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | Swap smokes and disconnect devices |
|---|---|

**SG Integrations (GoFormz)** responded with Swap smokes and disconnect devices  on May 14, 2024 at 09:47 AM CDT

TAMU-01863

| **1.2 SIF (Serious Injury or Fatality) Risk/Este trabajo tiene un peligro SIF?** | No |
|---|---|
| *Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | |

SG Integrations (GoFormz) responded with No on May 14, 2024 at 09:47 AM CDT

| **1.3 Potential Hazards/Peligros potenciales** | Ladder falls |
|---|---|
| *Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | |

SG Integrations (GoFormz) responded with Ladder falls on May 14, 2024 at 09:47 AM CDT

| **1.4 Preventative Measures/Medidas preventivas** | Use ladder correctly |
|---|---|
| *Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | |

SG Integrations (GoFormz) responded with Use ladder correctly on May 14, 2024 at 09:47 AM CDT

| **JSA Activity 2** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |
|---|---|---|---|---|
| **JSA Activity 3** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |
| **JSA Activity 4** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |
| **JSA Activity 5** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |
| **JSA Activity 6** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |
| **JSA Activity 7** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |
| **JSA Activity 8** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |
| **JSA Activity 9** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |
| **JSA Activity 10** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |

## Inspection Signatures



*SpawGlass Integrations signed on May 14, 2024 at 09:57 AM CDT*

TAMU-010873

**Manpower Log's Attachments:**

1. Dailey Electric, Inc. ───────────────────────────────────



[Dailey Electric, Inc.-JSA-2024-05-15T00:00:00.0000000Z.pdf](Dailey Electric, Inc.-JSA-2024-05-15T00:00:00.0000000Z.pdf)

2. SpawGlass Construction Corp ───────────────────────────────



[SpawGlass Construction Corp-JSA-2024-05-15T00:00:00.0000000Z.pdf](SpawGlass Construction Corp-JSA-2024-05-15T00:00:00.0000000Z.pdf)

## NOTES LOG

| No. | Created By | Issue? | Location | Comments |
|-----|------------|--------|----------|----------|
| 1 | Josh Farris | No | | RES Life picked up partitions |

TAMU-01879

**SpawGlass**
9331 Corporate Dr
Selma, Texas 78154
P: (210) 651-9000
F: (210) 651-4450

**Project: 4024003 - TAMU Corps Dorms Restrooms
Renovations**
606 Military Mall
College Station, Texas 77840

# Daily Log: Thursday 5/16/2024

## WEATHER REPORT

| Temperature | | | Precipitation Since | | | Humidity | | | | Windspeed | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Low | High | Avg | Midnight | 2 Days Ago | 3 Days Ago | Low | Avg | High | Dew | Avg | Max | Gust |
| 69°F | 82°F | 75°F | 0.47 in. | 0.47 in. | 0.47 in. | 57% | 76% | 94% | 66°F | 4.5 mph | 6 mph | 13 mph |

## DAILY SNAPSHOT

| 06:00 AM | 09:00 AM | 12:00 PM | 03:00 PM | 06:00 PM | 09:00 PM |
|---|---|---|---|---|---|
| Clear 70°F | Partly Cloudy 77°F | Cloudy 83°F | Rain 77°F | Rain 70°F | Cloudy 69°F |

## OBSERVED WEATHER CONDITIONS

| No. | Time Observed | Weather Delay | Sky | Temp | Average | Precipitation | Wind | Ground/Sea |
|---|---|---|---|---|---|---|---|---|
| 1 | 05:50:00 AM | No | | | | | | |

## MANPOWER LOG

**20 Workers | 160.0 Man Hours**

| No. | Contact/Company | Workers | # Hours | Man Hours | Location | JSA Completed? | |
|---|---|---|---|---|---|---|---|
| 1 | Albo Construction LLC | 15 | 8.0 | 120.0 | | Yes | 📎 |
| | **Comments:** Demo walls and floor ;Remove ceilings<br>Tile walls and tile flooring<br>Removal metal studs;<br>**Created By:** SG Integrations | | | | | | |
| 2 | SpawGlass Construction Corp | 2 | 8.0 | 16.0 | | Yes | 📎 |
| | **Comments:** Finish putting up fence screening bracing up fence with two by fours;<br>**Created By:** SG Integrations | | | | | | |
| 3 | Gowan/Garrett, Inc. | 3 | 8.0 | 24.0 | | Yes | 📎 |
| | **Comments:** We will turn off all water to the restroom and start demoing, plumbing fixtures off the wall;<br>**Created By:** SG Integrations | | | | | | |
| | | **20** | | **160.0** | | | |

TAMU-01876



**SpawGlass**
9331 Corporate Dr
Selma, Texas 78154
P: (210) 651-9000
F: (210) 651-4450

**Project: 4024003 TAMU Corps Dorms Restrooms Renovations**
606 Military Mall
College Station, Texas 77840

# Inspection: [SpawGlass] JSA #9

| **40/40** | **1** | **0** | **36** | **3** |
|---|---|---|---|---|
| Items Inspected | Conforming | Deficient | N/A | Neutral |

| | | | |
|---|---|---|---|
| **Type** | Job Safety Analysis (JSA) | **Status** | Closed by Josh Farris on 05/16/24 |
| | | **Location** | |
| | | **Created By** | SG Integrations |

**Linked Drawings**

**Description**  Competent Person Name: Adam Garrett|Crew Members: Two plumbers and one plumbing apprentice|Tier Company Name:

**Attachments**

| | |
|---|---|
| | **Utility Locate Information (number & expiration date)/ #Ubicacion para la excavacion** |
| **Select Additional PPE required today/Seleccione el PPE adicional requerido hoy** | |
| **Task/Job Scope/Cual es tu trabajo de hoy?** | Saturn off water and Demo plumbing fixtures |
| **PPE needed to complete your work safely/PPE necesitado para completar tu trabajo seguro** | Gloves, hardhat, safety glasses |

## Inspection Details

| | | | |
|---|---|---|---|
| **Inspection Date** | May 16, 2024 | **Due Date** | |
| | | **Responsible Contractor** | Gowan/Garrett, Inc. |
| **Assignee(s)** | Layton Muehr, Orlando Marroquin, Billy Cloer | | |

TAMU-01871

## JSA Activity 1                    **3 Neutral**    **1 Conforming**    **0 Deficient**    **0 N/A**

| | |
|---|---|
| **1.1 Specific Work Tasks/Tareas de trabajo especificas**<br>*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | We will turn off all water to the restroom and start demoing, plumbing fixtures off the wall |

**SG Integrations (GoFormz)** responded with We will turn off all water to the restroom and start demoing, plumbing fixtures off the wall on May 16, 2024 at 08:41 AM CDT

| | |
|---|---|
| **1.2 SIF (Serious Injury or Fatality) Risk/Este trabajo tiene un peligro SIF?**<br>*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | No |

**SG Integrations (GoFormz)** responded with No on May 16, 2024 at 08:41 AM CDT

| | |
|---|---|
| **1.3 Potential Hazards/Peligros potenciales**<br>*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | Cutting yourself by removing plumbing fixtures. Objects getting into your eyes |

**SG Integrations (GoFormz)** responded with Cutting yourself by removing plumbing fixtures. Objects getting into your eyes on May 16, 2024 at 08:41 AM CDT

| | |
|---|---|
| **1.4 Preventative Measures/Medidas preventivas**<br>*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | Always wear your gloves safety glasses, and all PPE |

**SG Integrations (GoFormz)** responded with Always wear your gloves safety glasses, and all PPE on May 16, 2024 at 08:41 AM CDT

## JSA Activity 2                    **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 3                    **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 4                    **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 5                    **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 6                    **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 7                    **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 8                    **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 9                    **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## JSA Activity 10                    **0 Neutral**    **0 Conforming**    **0 Deficient**    **4 N/A**

## Inspection Signatures



*Adam Garrett signed on May 16, 2024 at 08:46 AM CDT*

TAMU-01872

**SpawGlass**
9331 Corporate Dr
Selma, Texas 78154
P: (210) 651-9000
F: (210) 651-4450

Project: **4024003 TAMU Corps Dorms Restrooms**
**Renovations**
606 Military Mall
College Station, Texas 77840



# Inspection: [SpawGlass] JSA #8

| **40/40** | **1** | **0** | **36** | **3** |
|---|---|---|---|---|
| Items Inspected | Conforming | Deficient | N/A | Neutral |

| **Type** | Job Safety Analysis (JSA) | **Status** | Closed by Josh Farris on 05/16/24 |
|---|---|---|---|
| | | **Location** | |
| | | **Created By** | SG Integrations |

**Linked Drawings**

**Description**   Competent Person Name: Mateo Delarosa Ortiz|Crew Members: Jose Hernandez |Tier Company Name:

**Attachments**

**Utility Locate Information (number & expiration date)/ #Ubicacion para la excavacion**

**Select Additional PPE required today/Seleccione el PPE adicional requerido hoy**

**Task/Job Scope/Cual es tu trabajo de hoy?**   Finish putting up fence screening

**PPE needed to complete your work safely/PPE necesitado para completar tu trabajo seguro**

## Inspection Details

| **Inspection Date** | May 16, 2024 | **Due Date** | |
|---|---|---|---|
| | | **Responsible Contractor** | SpawGlass Construction Corp |
| **Assignee(s)** | Layton Muehr, Orlando Marroquin, Billy Cloer | | |

TAMU-01879

## JSA Activity 1

**3 Neutral**   **1 Conforming**   **0 Deficient**   **0 N/A**

| | |
|---|---|
| **1.1 Specific Work Tasks/Tareas de trabajo especificas**<br>*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | Finish putting up fence screening bracing up fence with two by fours |

**SG Integrations (GoFormz)** responded with Finish putting up fence screening bracing up fence with two by fours on May 16, 2024 at 07:16 AM CDT

| | |
|---|---|
| **1.2 SIF (Serious Injury or Fatality) Risk/Este trabajo tiene un peligro SIF?**<br>*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | No |

**SG Integrations (GoFormz)** responded with No on May 16, 2024 at 07:16 AM CDT

| | |
|---|---|
| **1.3 Potential Hazards/Peligros potenciales**<br>*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | Falling heat stroke getting cut |

**SG Integrations (GoFormz)** responded with Falling heat stroke getting cut  on May 16, 2024 at 07:16 AM CDT

| | |
|---|---|
| **1.4 Preventative Measures/Medidas preventivas**<br>*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | Be cautious Of surroundings drink plenty of water use PPe |

**SG Integrations (GoFormz)** responded with Be cautious Of surroundings drink plenty of water use PPe on May 16, 2024 at 07:16 AM CDT

## JSA Activity 2

**0 Neutral**   **0 Conforming**   **0 Deficient**   **4 N/A**

## JSA Activity 3

**0 Neutral**   **0 Conforming**   **0 Deficient**   **4 N/A**

## JSA Activity 4

**0 Neutral**   **0 Conforming**   **0 Deficient**   **4 N/A**

## JSA Activity 5

**0 Neutral**   **0 Conforming**   **0 Deficient**   **4 N/A**

## JSA Activity 6

**0 Neutral**   **0 Conforming**   **0 Deficient**   **4 N/A**

## JSA Activity 7

**0 Neutral**   **0 Conforming**   **0 Deficient**   **4 N/A**

## JSA Activity 8

**0 Neutral**   **0 Conforming**   **0 Deficient**   **4 N/A**

## JSA Activity 9

**0 Neutral**   **0 Conforming**   **0 Deficient**   **4 N/A**

## JSA Activity 10

**0 Neutral**   **0 Conforming**   **0 Deficient**   **4 N/A**

## Inspection Signatures



*Mateo Delarosa Ortiz signed on May 16, 2024 at 07:28 AM CDT*

TAMU-01034

**Manpower Log's Attachments:**

1. Albo Construction LLC



[Albo Construction LLC-JSA-2024.05.16.pdf](#)

2. SpawGlass Construction Corp



[SpawGlass Construction Corp-JSA-2024-05-16T00:00:00.0000000Z.pdf](#)

3. Gowan/Garrett, Inc.



[Garrett, Inc.-JSA-2024-05-16T00:00:00.0000000Z.pdf](#)

| By | Date | Copies To |
|---|---|---|

TAMU-01835

**SpawGlass**
9331 Corporate Dr
Selma, Texas 78154
P: (210) 651-9000
F: (210) 651-4450

**Project: 4024003 - TAMU Corps Dorms Restrooms Renovations**
606 Military Mall
College Station, Texas 77840

# Daily Log: Friday 5/17/2024

## WEATHER REPORT

| Temperature | | | Precipitation Since | | | Humidity | | | | Windspeed | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Low | High | Avg | Midnight | 2 Days Ago | 3 Days Ago | Low | Avg | High | Dew | Avg | Max | Gust |
| 63°F | 79°F | 70°F | 0.00 in. | 0.47 in. | 0.47 in. | 64% | 85% | 96% | 65°F | 4.1 mph | 8 mph | 17 mph |

## DAILY SNAPSHOT

| 06:00 AM | 09:00 AM | 12:00 PM | 03:00 PM | 06:00 PM | 09:00 PM |
|---|---|---|---|---|---|
| Cloudy 64°F | Cloudy 67°F | Cloudy 71°F | Cloudy 78°F | Clear 79°F | Cloudy 74°F |

## OBSERVED WEATHER CONDITIONS

| No. | Time Observed | Weather Delay | Sky | Temp | Average | Precipitation | Wind | Ground/Sea |
|---|---|---|---|---|---|---|---|---|
| 1 | 07:05:00 AM | No | | | | | | |

## MANPOWER LOG

29 Workers | 232.0 Man Hours

| No. | Contact/Company | Workers | # Hours | Man Hours | Location | JSA Completed? | |
|---|---|---|---|---|---|---|---|
| 1 | Gowan/Garrett, Inc. | 3 | 8.0 | 24.0 | | Yes | 📎 |
| | **Comments:** We will be soldering on new copper cap to existing copper lines and laying out where the new floor drains go; **Created By:** SG Integrations | | | | | | |
| 2 | Albo Construction LLC | 15 | 8.0 | 120.0 | | Yes | 📎 |
| | **Comments:** Demo walls and tiles ; **Created By:** SG Integrations | | | | | | |
| 3 | SpawGlass Construction Corp | 2 | 8.0 | 16.0 | | Yes | 📎 |
| | **Comments:** Puting a windscreen straighten out fence, putting braces on fence; **Created By:** SG Integrations | | | | | | |
| 4 | Precision Site Services, LLC | 9 | 8.0 | 72.0 | | Yes | 📎 |
| | **Comments:** Saw cut and remove concrete ; **Created By:** SG Integrations | | | | | | |
| | | 29 | | 232.0 | | | |

TAMU-01836

**Manpower Log's Attachments:**

1. Gowan/Garrett, Inc.



[Garrett, Inc.-JSA-2024-05-17T00:00:00.0000000Z.pdf](Garrett,%20Inc.-JSA-2024-05-17T00:00:00.0000000Z.pdf)

2. Albo Construction LLC



[Albo Construction LLC-JSA-2024-05-17T00:00:00.0000000Z.pdf](Albo%20Construction%20LLC-JSA-2024-05-17T00:00:00.0000000Z.pdf)

3. SpawGlass Construction Corp



[SpawGlass Construction Corp-JSA-2024-05-17T00:00:00.0000000Z.pdf](SpawGlass%20Construction%20Corp-JSA-2024-05-17T00:00:00.0000000Z.pdf)

TAMU-01083

4. Precision Site Services, LLC

[Precision Site Services, LLC-JSA-2024-05-17T00:00:00.0000000Z.pdf](#)

TAMU-01838



**SpawGlass**
9331 Corporate Dr
Selma, Texas 78154
P: (210) 651-9000
F: (210) 651-4450

# Inspection: [SpawGlass] JSA #12

| **40/40** | **1** | **0** | **36** | **3** |
|---|---|---|---|---|
| Items Inspected | Conforming | Deficient | N/A | Neutral |

| **Type** | Job Safety Analysis (JSA) | **Status** | Closed by Josh Farris on 05/17/24 |
|---|---|---|---|
| | | **Location** | |
| | | **Created By** | SG Integrations |

**Linked Drawings**

**Description**     Competent Person Name: Mateo Delarosa Ortiz|Crew Members: Jose Hernandez |Tier Company Name:

**Attachments**

**Utility Locate
Information
(number &
expiration date)/
#Ubicacion para la
excavacion**

**Select Additional
PPE required
today/Seleccione el
PPE adicional
requerido hoy**

**Task/Job
Scope/Cual es tu
trabajo de hoy?**     Site maintenance

**PPE needed to
complete your work
safely/PPE
necesitado para
completar tu trabajo
seguro**

## Inspection Details

| **Inspection Date** | May 17, 2024 | **Due Date** | |
|---|---|---|---|
| | | **Responsible Contractor** | SpawGlass Construction Corp |
| **Assignee(s)** | Josh Farris, Layton Muehr, Orlando Marroquin, Billy Cloer | | |

## JSA Activity 1

| | 3 Neutral | 1 Conforming | 0 Deficient | 0 N/A |
|---|---|---|---|---|

| **1.1 Specific Work Tasks/Tareas de trabajo especificas**<br>*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | Puting a windscreen straighten out fence, putting braces on fence |
|---|---|

**SG Integrations (GoFormz)** responded with Puting a windscreen straighten out fence, putting braces on fence on May 17, 2024 at 01:03 PM CDT

TAMU-01839

| | |
|---|---|
| **1.2 SIF (Serious Injury or Fatality) Risk/Este trabajo tiene un peligro SIF?** <br> *Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | No |

**SG Integrations (GoFormz)** responded with No on May 17, 2024 at 01:03 PM CDT

| | |
|---|---|
| **1.3 Potential Hazards/Peligros potenciales** <br> *Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | Fence falling, getting cut getting pinched |

**SG Integrations (GoFormz)** responded with Fence falling, getting cut getting pinched on May 17, 2024 at 01:03 PM CDT

| | |
|---|---|
| **1.4 Preventative Measures/Medidas preventivas** <br> *Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | Be cautious be safe ask for help |

**SG Integrations (GoFormz)** responded with Be cautious be safe ask for help on May 17, 2024 at 01:03 PM CDT

| | | | | |
|---|---|---|---|---|
| **JSA Activity 2** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |
| **JSA Activity 3** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |
| **JSA Activity 4** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |
| **JSA Activity 5** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |
| **JSA Activity 6** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |
| **JSA Activity 7** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |
| **JSA Activity 8** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |
| **JSA Activity 9** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |
| **JSA Activity 10** | 0 Neutral | 0 Conforming | 0 Deficient | 4 N/A |

## Inspection Signatures



*Mateo Delarosa Ortiz signed on May 17, 2024 at 01:04 PM CDT*

TAMU-01886



**SpawGlass**
9331 Corporate Dr
Selma, Texas 78154
P: (210) 651-9000
F: (210) 651-4450

**Project: 4024003 TAMU Corps Dorms Restrooms**
**Renovations**
606 Military Mall
College Station, Texas 77840

# Inspection: [SpawGlass] JSA #11

| **40/40** | **1** | **0** | **36** | **3** |
|---|---|---|---|---|
| Items Inspected | Conforming | Deficient | N/A | Neutral |

| | | | |
|---|---|---|---|
| **Type** | Job Safety Analysis (JSA) | **Status** | Closed by Josh Farris on 05/17/24 |
| | | **Location** | |
| | | **Created By** | SG Integrations |

**Linked Drawings**

**Description** Competent Person Name: |Crew Members: Osma Miguel Boanerge Wilian Dilmer Mario Jesse Nicolas Francisco Martin Edwin Gerardo Juan Carlos Juan Romero |Tier Company Name:

**Attachments**

**Utility Locate Information (number & expiration date)/ #Ubicacion para la excavacion**

**Select Additional PPE required today/Seleccione el PPE adicional requerido hoy**

**Task/Job Scope/Cual es tu trabajo de hoy?** Demo

**PPE needed to complete your work safely/PPE necesitado para completar tu trabajo seguro**

## Inspection Details

| | | | |
|---|---|---|---|
| **Inspection Date** | May 17, 2024 | **Due Date** | |
| | | **Responsible Contractor** | Albo Construction LLC |
| **Assignee(s)** | Josh Farris, Layton Muehr, Orlando Marroquin, Billy Cloer | | |

## JSA Activity 1                    3 Neutral    1 Conforming    0 Deficient    0 N/A

**1.1 Specific Work Tasks/Tareas de trabajo especificas**
*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations*                    Demo walls and tiles

**SG Integrations (GoFormz)** responded with Demo walls and tiles  on May 17, 2024 at 07:47 AM CDT

**1.2 SIF (Serious Injury or Fatality) Risk/Este trabajo tiene un peligro SIF?**
*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations*                    No

**SG Integrations (GoFormz)** responded with No on May 17, 2024 at 07:47 AM CDT

**1.3 Potential Hazards/Peligros potenciales**
*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations*                    Trash debris

**SG Integrations (GoFormz)** responded with Trash debris  on May 17, 2024 at 07:47 AM CDT

**1.4 Preventative Measures/Medidas preventivas**
*Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations*                    Keep areas clean

**SG Integrations (GoFormz)** responded with Keep areas clean  on May 17, 2024 at 07:47 AM CDT

## JSA Activity 2                    0 Neutral    0 Conforming    0 Deficient    4 N/A

## JSA Activity 3                    0 Neutral    0 Conforming    0 Deficient    4 N/A

## JSA Activity 4                    0 Neutral    0 Conforming    0 Deficient    4 N/A

## JSA Activity 5                    0 Neutral    0 Conforming    0 Deficient    4 N/A

## JSA Activity 6                    0 Neutral    0 Conforming    0 Deficient    4 N/A

## JSA Activity 7                    0 Neutral    0 Conforming    0 Deficient    4 N/A

## JSA Activity 8                    0 Neutral    0 Conforming    0 Deficient    4 N/A

## JSA Activity 9                    0 Neutral    0 Conforming    0 Deficient    4 N/A

## JSA Activity 10                    0 Neutral    0 Conforming    0 Deficient    4 N/A

## Inspection Signatures



*SpawGlass Integrations signed on May 17, 2024 at 08:04 AM CDT*

TAMU-01882



**SpawGlass**
9331 Corporate Dr
Selma, Texas 78154
P: (210) 651-9000
F: (210) 651-4450

**Project: 4024003 TAMU Corps Dorms Restrooms Renovations**
606 Military Mall
College Station, Texas 77840

# Inspection: [SpawGlass] JSA #10

| **40/40** | **1** | **0** | **36** | **3** |
|---|---|---|---|---|
| Items Inspected | Conforming | Deficient | N/A | Neutral |

| | | | |
|---|---|---|---|
| **Type** | Job Safety Analysis (JSA) | **Status** | Closed by Josh Farris on 05/17/24 |
| | | **Location** | |
| | | **Created By** | SG Integrations |

**Linked Drawings**

**Description**   Competent Person Name: Adam Garrett|Crew Members: Two plumbers and one plumbing apprentice|Tier Company Name:

**Attachments**

| | |
|---|---|
| | **Utility Locate Information (number & expiration date)/ #Ubicacion para la excavacion** |
| **Select Additional PPE required today/Seleccione el PPE adicional requerido hoy** | |
| **Task/Job Scope/Cual es tu trabajo de hoy?** | Cut cap existing water, piping, and layout for saw cutting for new drains |
| **PPE needed to complete your work safely/PPE necesitado para completar tu trabajo seguro** | Hardhat, safety, glasses, and gloves |

## Inspection Details

| | | | |
|---|---|---|---|
| **Inspection Date** | May 17, 2024 | **Due Date** | |
| | | **Responsible Contractor** | Gowan/Garrett, Inc. |
| **Assignee(s)** | Josh Farris, Layton Muehr, Orlando Marroquin, Billy Cloer | | |

## JSA Activity 1        3 Neutral     1 Conforming     0 Deficient     0 N/A

| **1.1 Specific Work Tasks/Tareas de trabajo especificas** *Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | We will be soldering on new copper cap to existing copper lines and laying out where the new floor drains go |
|---|---|

**SG Integrations (GoFormz)** responded with We will be soldering on new copper cap to existing copper lines and laying out where the new floor drains go on May 17, 2024 at 06:58 AM CDT

| **1.2 SIF (Serious Injury or Fatality) Risk/Este trabajo tiene un peligro SIF?** *Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | No |
|---|---|

**SG Integrations (GoFormz)** responded with No on May 17, 2024 at 06:58 AM CDT

| **1.3 Potential Hazards/Peligros potenciales** *Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | Potential Barnes and potential cuts |
|---|---|

**SG Integrations (GoFormz)** responded with Potential Barnes and potential cuts  on May 17, 2024 at 06:58 AM CDT

| **1.4 Preventative Measures/Medidas preventivas** *Activity: 1 Response Change, 0 Attachments, 0 Photos, 0 Comments, 0 Observations* | Always wear your PPE |
|---|---|

**SG Integrations (GoFormz)** responded with Always wear your PPE on May 17, 2024 at 06:58 AM CDT

## JSA Activity 2        0 Neutral     0 Conforming     0 Deficient     4 N/A

## JSA Activity 3        0 Neutral     0 Conforming     0 Deficient     4 N/A

## JSA Activity 4        0 Neutral     0 Conforming     0 Deficient     4 N/A

## JSA Activity 5        0 Neutral     0 Conforming     0 Deficient     4 N/A

## JSA Activity 6        0 Neutral     0 Conforming     0 Deficient     4 N/A

## JSA Activity 7        0 Neutral     0 Conforming     0 Deficient     4 N/A

## JSA Activity 8        0 Neutral     0 Conforming     0 Deficient     4 N/A

## JSA Activity 9        0 Neutral     0 Conforming     0 Deficient     4 N/A

## JSA Activity 10        0 Neutral     0 Conforming     0 Deficient     4 N/A

## Inspection Signatures



*Adam Garrett signed on May 17, 2024 at 07:06 AM CDT*

TAMU-01894

# Limited Building Inspection Report for Asbestos-Containing Building Materials

Location:     Texas A&M University
              401 – Keist Hall
              1st Floor Restroom
              College Station, Texas 77843

Reference:    WO 2024-06316

Prepared by:  Brandon Curtis   *BAC*
              Asbestos Management Planner License #205771

Environmental Health & Safety
**Asbestos Management Planner Agency License #200171**

1111 Research Parkway, Suite 220
4472 TAMU
College Station, TX 77843-4472
Tel. 979.845.2132  Fax 979.845.1348



To:         Michael Garon
            SSC Service Solutions
            1371 TAMU

Date:       March 7, 2024

Subject:    Asbestos Inspection and Testing – *401 Keist Hall, 1st Floor Restroom*

Please accept the asbestos inspection results for the ceiling, HVAC duct, walls and floor inspected in the 1st floor restroom at the Keist Hall, Bldg. #401. The limited asbestos inspection was performed by Brandon Curtis of TAMU – Environmental Health & Safety on February 27, 2024 and March 4, 2024.

Suspect ACBM was physically handled to determine friability and bulk samples were obtained for analysis. The inspection involved taking nine (9) samples of the suspect materials and had them analyzed under Polarized Light Microscopy with Dispersion Staining (PLM/DS), Method 40 CFR, Ch. 1, Part 763, Subpart F, Appendix A. The PLM report and chain of custody are attached to this report.

The asbestos inspection was conducted on a homogenous-area basis with the building materials sampled and tested that are suspect to contain asbestos and may be disturbed prior to or during renovation or demolition activities. Suspect asbestos-containing building materials (ACBM) that were sampled included drywall ceiling material, ceramic floor tiles with green mastic, floor grout/leveling compound and ceramic wall tiles with grout.

*SCOPE*

As described to the inspector per the asbestos survey request and subsequent communication, the referenced project will include renovation of the restroom.

*RESULTS*

Based on sampling and analysis, the materials were confirmed to be non-asbestos containing building material.

TAMU-01896

*PHOTOS*



Ceramic wall tile (no suspect ACBM);
Wall tile grout (negative); Ceramic floor
tile (no suspect ACBM); Floor tile grout
(negative); Leveling compound
(negative); Green mastic (negative);



Drywall (negative); White texture
(negative); Joint compound (negative);



Metal HVAC duct (no suspect
ACBM);

TAMU-01893

*NOTES*

*Non-asbestos containing* building material refers to material which contains less than one (1%) percent asbestos by weight. *Friable* asbestos-containing material refers to material which contains one (1%) percent or more asbestos by weight and when dry, *can* be crumbled, pulverized, or reduced to powder by hand pressure. *Non-friable* asbestos-containing material is any material containing one (1%) percent asbestos or more by weight and when dry, *cannot* be crumbled, pulverized or reduced to powder by hand pressure.

All materials detected/uncovered during present or future renovations or demolitions that are not listed as being sampled on the Chain of Custody Form and will be disturbed must be sampled and analyzed prior to disturbance. All additional samples and assessments are to be conducted by properly licensed individuals.

New building materials must not contain asbestos. Manufacturers' labels or material safety data sheets (MSDS) should be reviewed and documented to ensure that any asbestos containing building products are not used during future construction.

*LIMITATIONS*

This report only applies to the scope of work described herein. This report describes existing conditions at the time of services. Conditions of asbestos-containing materials may change as a result of damage, deterioration, or other disturbance and may increase the potential for elevated fiber levels.

This report applies only to accessible areas observed during our field services. Asbestos-containing materials may exist in concealed inaccessible enclosures, such as areas enclosed by permanent partitions, chases, shafts, equipment, etc. *Material locations and quantities may vary.*

Although a good-faith effort was made to locate asbestos-containing materials in the area within the scope of work, extensive destructive inspection and/or testing was not conducted due to the expense, potential exposure hazards and/or potential regulatory violations. All surfaces, paints, wire insulation, electrical panels, fire rated doors and panels, furnishings, Heating Ventilation and Air Conditioning (HVAC) Systems, fixtures and similar materials and equipment were not sampled and analyzed due to safety concerns and/or expense. Inspection and testing for mold contamination, PCB containing light ballast, and/or other hazardous and/or regulated materials were not included in this survey.

Per the Texas Department of State Health Services Texas Asbestos Health Protection Rules, this asbestos survey report may not be used as a design specification for asbestos abatement.

Sincerely,

Brandon Curtis
Individual Asbestos Management Planner License #205771
Asbestos Management Planner Agency License #200171

**Environmental Analytical Services, LLC**

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

**Client Information:**

Environmental Health & Safety
College Station, TX 77843-4472
,
**Phone:** 9798452132
**E-Mail:** edsd-asbestos@tamu.edu

**Project:**

401 Kiest Hall
1st Floor Men's Restroom
2024-06316
**EAS Job:** 24022804
**Attn:** Brandon Curtis

**Date Analyzed:** 02/29/2024 05:05 PM

**Date Received:** 02/28/2024 09:40 AM

**TAT Requested:** 1 Day

**Microscope:** PLM Labomed LX 400P

| Sample # Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 401-01 24022804.01 | A | Tan/White Granular Ceramic Tile Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 401-01 24022804.01 | B | Gray/Tan Granular Grout Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 401-02 24022804.02 | A | Tan/White Granular Ceramic Tile Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 401-02 24022804.02 | B | Gray/Tan Granular Grout Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 401-03 24022804.03 | A | Tan/White Granular Ceramic Tile Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM. TEM Chatfield analysis of bulk material is recommended in this case. All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types. Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested. This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding. Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** Arthur Hernandez

**Approved Signatory:** Arthur Hernandez

TAMU-01896



## Environmental Analytical Services, LLC

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

**Client Information:**

Environmental Health & Safety

College Station, TX 77843-4472

,

**Phone:** 9798452132

**E-Mail:** edsd-asbestos@tamu.edu

**Project:**

401 Kiest Hall

1st Floor Men's Restroom

2024-06316

**EAS Job:** 24022804

**Attn:** Brandon Curtis

**Date Analyzed:** 02/29/2024 05:05 PM

**Date Received:** 02/28/2024 09:40 AM

**TAT Requested:** 1 Day

**Microscope:** PLM Labomed LX 400P

| Sample # Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 401-03 24022804.03 | B | Gray/Tan Granular Grout Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 401-04 24022804.04 | A | White Fibrous Texture Homogeneous | NO | None Detected | Cellulose 2% | Binders / CaCO 98% |
| 401-04 24022804.04 | B | Tan Fibrous Tape Homogeneous | NO | None Detected | Cellulose 100% | |
| 401-04 24022804.04 | C | White Fibrous Joint Compound Homogeneous | NO | None Detected | Cellulose 2% | Binders / CaCO 98% |
| 401-04 24022804.04 | D | Brown/White Fibrous Drywall Non-Homogeneous | NO | None Detected | Cellulose 30% | Gypsum 70% |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM. TEM Chatfield analysis of bulk material is recommended in this case. All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types. Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested. This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding. Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** Arthur Hernandez

**Approved Signatory:** Arthur Hernandez

TAMU-01897



**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

**Client Information:**

Environmental Health & Safety

College Station, TX 77843-4472

,

**Phone:** 9798452132

**E-Mail:** edsd-asbestos@tamu.edu

**Project:**

401 Kiest Hall

1st Floor Men's Restroom

2024-06316

**EAS Job:** 24022804

**Attn:** Brandon Curtis

**Date Analyzed:** 02/29/2024 05:05 PM

**Date Received:** 02/28/2024 09:40 AM

**TAT Requested:** 1 Day

**Microscope:** PLM Labomed LX 400P

| Sample #<br>Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 401-05<br>24022804.05 | A | White<br>Fibrous<br>Texture<br>Homogeneous | **NO** | **None Detected** | Cellulose 2% | Binders / CaCO 98% |
| 401-05<br>24022804.05 | B | Tan<br>Fibrous<br>Tape<br>Homogeneous | **NO** | **None Detected** | Cellulose 100% | |
| 401-05<br>24022804.05 | C | White<br>Fibrous<br>Joint Compound<br>Homogeneous | **NO** | **None Detected** | Cellulose 2% | Binders / CaCO 98% |
| 401-05<br>24022804.05 | D | Brown/White<br>Fibrous<br>Drywall<br>Non-Homogeneous | **NO** | **None Detected** | Cellulose 30% | Gypsum 70% |
| 401-06<br>24022804.06 | A | White<br>Fibrous<br>Texture<br>Homogeneous | **NO** | **None Detected** | Cellulose 2% | Binders / CaCO 98% |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:

Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM. TEM Chatfield analysis of bulk material is recommended in this case. All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types. Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested. This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding. Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** Arthur Hernandez

**Approved Signatory:** Arthur Hernandez

TAMU-01892



**Environmental Analytical Services, LLC**

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

**Client Information:** | **Project:** | **Date Analyzed:** 02/29/2024 05:05 PM

Environmental Health & Safety | 401 Kiest Hall |
College Station, TX 77843-4472 | 1st Floor Men's Restroom | **Date Received:** 02/28/2024 09:40 AM
, | 2024-06316 |
**Phone:** 9798452132 | **EAS Job:** 24022804 | **TAT Requested:** 1 Day
**E-Mail:** edsd-asbestos@tamu.edu | **Attn:** Brandon Curtis |
| | **Microscope:** PLM Labomed LX 400P

| Sample #<br>Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 401-06<br>24022804.06 | B | Tan<br>Fibrous<br>Tape<br>Homogeneous | **NO** | **None Detected** | Cellulose 100% | |
| 401-06<br>24022804.06 | C | White<br>Fibrous<br>Joint Compound<br>Homogeneous | **NO** | **None Detected** | Cellulose 2% | Binders / CaCO 98% |
| 401-06<br>24022804.06 | D | Brown/White<br>Fibrous<br>Drywall<br>Non-Homogeneous | **NO** | **None Detected** | Cellulose 30% | Gypsum 70% |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM. TEM Chatfield analysis of bulk material is recommended in this case. All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types. Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested. This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding. Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** _Arthur Hernandez_     **Approved Signatory:** _Arthur Hernandez_

TAMU-01899

24022804



# Environmental Analytical Services, LLC

13201 Northwest Freeway, Suite 520
Houston, Texas 77040
(713) 343-4017    Fax (713) 934-9942
www.easlabs.com, arthur@easlabs.com
facebook.com/easlabs

## CHAIN OF CUSTODY
### Bulk Sample Data

**\* Job ID:24022804**

Environmental Health & Safety

| Client Name / Address: | Project Name: |
|---|---|
| Environmental Health & Safety<br>TAMU 4472<br>College Station, TX 77843-4472 | **401 Kiest Hall<br>1st Floor Men's Restroom** |

| Quantity / Analysis Requested: PLM | Project Number:<br>2024-06316 | EAS PO Number: (if applicable) |
|---|---|---|

**Turnaround Time:** ☐ 2 Hour  ☐ 8 Hour  ☒ 24 Hour
☐ 2 Day  ☐ 3 Day  ☐ 5 Day (Routine)  ☐ Other: (Specify) _____

(Note: All turnaround times are based on the date / time the sample is received by the laboratory)

Contact: Brandon Curtis                     Phone: 9798452132

E-mail: ehsd-asbestos@tamu.edu

Special Instructions:

| Sample Number | Location | Sample Description<br>(or see attached description) |
|---|---|---|
| 401-1 | Under sink middle of wall | Ceramic tile; Grout; |
| 401-2 | Behind the door | Ceramic tile; Grout; |
| 401-3 | Under sink to the left | Ceramic tile; Grout; |
| 401-4 | Above first urinal on left | Drywall ceiling materials; |
| 401-5 | Shower side by the light to the left | Drywall ceiling materials; |
| 401-6 | In front of shower 8 next to vent | Drywall ceiling materials; |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Relinquished By: Brandon Curtis | Accepted By: Cn 2/28/24 @9:40am |
|---|---|
| Date/Time: 2/27/2023 1:42PM | Date/Time: |

Rev 10/12                Like us on **facebook**                Page 1 of 1

TAMU-01094

**Environmental Analytical Services, LLC**

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

# Test: EPA 600/R-93/116
## Polarized Light Microscopy

**Client Information:**

Environmental Health & Safety

College Station, TX 77843-4472

,

**Phone:** 9798452132

**E-Mail:** edsd-asbestos@tamu.edu

**Project:**

401 Kiest Hall

1st Floor Men's Restroom

2024-06316

**EAS Job:** 24030512

**Attn:** Brandon Curtis

**Date Analyzed:** 03/06/2024 01:35 PM

**Date Received:** 03/05/2024 09:20 AM

**TAT Requested:** 1 Day

**Microscope:** PLM Labomed LX 400P,

| Sample # Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 401-01 24030512.01 | A | Gray/White Granular Ceramic Tile Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 401-01 24030512.01 | B | Green Tar Mastic Homogeneous | NO | None Detected | Cellulose 2% | Adhesive 98% |
| 401-01 24030512.01 | C | Gray/White Granular Grout Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 401-01 24030512.01 | D | Gray Granular Leveling Compound Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 401-02 24030512.02 | A | Gray/White Granular Ceramic Tile Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |

NVLAP Lab Code: 200784-0

TDSHS License No. 300373

LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM. TEM Chatfield analysis of bulk material is recommended in this case. All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types. Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested. This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding. Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:**

Arthur Hernandez

**Approved Signatory:**

Arthur Hernandez

TAMU-01095

**Environmental Analytical Services, LLC**

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

**Client Information:**

Environmental Health & Safety

College Station, TX 77843-4472

,

**Phone:** 9798452132

**E-Mail:** edsd-asbestos@tamu.edu

**Project:**

401 Kiest Hall

1st Floor Men's Restroom

2024-06316

**EAS Job:** 24030512

**Attn:** Brandon Curtis

**Date Analyzed:** 03/06/2024 01:35 PM

**Date Received:** 03/05/2024 09:20 AM

**TAT Requested:** 1 Day

**Microscope:** PLM Labomed LX 400P,

| Sample # Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 401-02 24030512.02 | B | Green Tar Mastic Homogeneous | **NO** | **None Detected** | Cellulose 2% | Adhesive 98% |
| 401-02 24030512.02 | C | Gray/White Granular Grout Homogeneous | **NO** | **None Detected** | | Other Non-Fibrous 100% |
| 401-02 24030512.02 | D | Gray Granular Leveling Compound Homogeneous | **NO** | **None Detected** | | Other Non-Fibrous 100% |
| 401-03 24030512.03 | A | Gray/White Granular Ceramic Tile Homogeneous | **NO** | **None Detected** | | Other Non-Fibrous 100% |
| 401-03 24030512.03 | B | Green Tar Mastic Homogeneous | **NO** | **None Detected** | Cellulose 2% | Adhesive 98% |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM. TEM Chatfield analysis of bulk material is recommended in this case. All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types. Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested. This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding. Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** Arthur Hernandez

**Approved Signatory:** Arthur Hernandez

TAMU-01096

**Environmental Analytical Services, LLC**

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

# Test: EPA 600/R-93/116
# Polarized Light Microscopy

**Client Information:**

Environmental Health & Safety

College Station, TX 77843-4472

,

**Phone:** 9798452132

**E-Mail:** edsd-asbestos@tamu.edu

**Project:**

401 Kiest Hall

1st Floor Men's Restroom

2024-06316

**EAS Job:** 24030512

**Attn:** Brandon Curtis

**Date Analyzed:** 03/06/2024 01:35 PM

**Date Received:** 03/05/2024 09:20 AM

**TAT Requested:** 1 Day

**Microscope:** PLM Labomed LX 400P,

| Sample #<br>Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 401-03<br>24030512.03 | C | Gray/White Granular Grout Homogeneous | **NO** | **None Detected** | | Other Non-Fibrous 100% |
| 401-03<br>24030512.03 | D | Gray Granular Leveling Compound Homogeneous | **NO** | **None Detected** | | Other Non-Fibrous 100% |

NVLAP Lab Code: 200784-0

TDSHS License No. 300373

LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM.  TEM Chatfield analysis of bulk material is recommended in this case.  All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types.  Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested.  This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government.  This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted.  Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding.  Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:**  _Arthur Hernandez_

**Approved Signatory:**  _Arthur Hernandez_

TAMPU-01093

24030512



# Environmental Analytical Services, LLC

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**(713) 343-4017    Fax (713) 934-9942**
**www.easlabs.com, arthur@easlabs.com**
**facebook.com/easlabs**

**\* Job ID:24030512**

Environmental Health & Safety

## CHAIN OF CUSTODY
Bulk Sample Data

| Client Name / Address: | Project Name: | EAS Use Only |
|---|---|---|
| Environmental Health & Safety<br>TAMU 4472<br>College Station, TX 77843-4472 | **401 Kiest Hall<br>1st Floor Men's Restroom** | |

| Quantity / Analysis Requested: PLM | Project Number:<br>2024-06316 | EAS PO Number: (if applicable) |
|---|---|---|

**Turnaround Time:**  ☐ 2 Hour  ☐ 8 Hour  ☒ 24 Hour
☐ 2 Day  ☐ 3 Day  ☐ 5 Day (Routine)  ☐ Other: (Specify) _____

(Note: All turnaround times are based on the date / time the sample is received by the laboratory)

Contact: Brandon Curtis          Phone: 9798452132

E-mail: ehsd-asbestos@tamu.edu

Special Instructions:

| Sample Number | Location | Sample Description<br>(or see attached description) |
|---|---|---|
| 401-1 | Under sink | Ceramic tile; Mastic; Grout; Leveling compound; |
| 401-2 | Back by stalls | Ceramic tile; Mastic; Grout; Leveling compound; |
| 401-3 | Back by stalls | Ceramic tile; Mastic; Grout; Leveling compound; |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Relinquished By: Brandon Curtis | Accepted By: _Cm_ 3/5/24 0920am |
|---|---|
| Date/Time: 3/4/2024  4:38PM | Date/Time: |

Rev 10/12          Like us on **facebook**          Page 1 of 1

TAMU-01098

# Limited Building Inspection Report for Asbestos-Containing Building Materials

Location:       Texas A&M University
                404 – Gainer Hall
                1st Floor Restroom
                College Station, Texas 77843

Reference:      WO 2024-06316

Prepared by:    Brandon Curtis    *BAC*
                Asbestos Management Planner License #205771

Environmental Health & Safety
**Asbestos Management Planner Agency License #200171**

1111 Research Parkway, Suite 220
4472 TAMU
College Station, TX 77843-4472
Tel. 979.845.2132  Fax 979.845.1348



To:        Michael Garon
              SSC Service Solutions
              1371 TAMU

Date:      March 7, 2024

Subject:   Asbestos Inspection and Testing – *404 Gainer Hall, 1st Floor Restroom*

Please accept the asbestos inspection results for the ceiling, HVAC duct, walls and floor inspected in the 1st floor restroom at the Gainer Hall, Bldg. #404. The limited asbestos inspection was performed by Brandon Curtis of TAMU – Environmental Health & Safety on February 27, 2024 and March 4, 2024.

Suspect ACBM was physically handled to determine friability and bulk samples were obtained for analysis. The inspection involved taking nine (9) samples of the suspect materials and had them analyzed under Polarized Light Microscopy with Dispersion Staining (PLM/DS), Method 40 CFR, Ch. 1, Part 763, Subpart F, Appendix A. The PLM report and chain of custody are attached to this report.

The asbestos inspection was conducted on a homogenous-area basis with the building materials sampled and tested that are suspect to contain asbestos and may be disturbed prior to or during renovation or demolition activities. Suspect asbestos-containing building materials (ACBM) that were sampled included drywall ceiling material, ceramic floor tiles with green mastic, floor grout/leveling compound and ceramic wall tiles with grout.

*SCOPE*

As described to the inspector per the asbestos survey request and subsequent communication, the referenced project will include renovation of the restroom.

*RESULTS*

Based on sampling and analysis, the materials were confirmed to be non-asbestos containing building material.



Ceramic wall tile (no suspect ACBM);
Wall tile grout (negative); Ceramic floor
tile (no suspect ACBM); Floor tile grout
(negative); Leveling compound
(negative); Green mastic (negative);



Drywall (negative); White texture
(negative); Joint compound (negative);



Metal HVAC duct (no suspect
ACBM);

*NOTES*

*Non-asbestos containing* building material refers to material which contains less than one (1%) percent asbestos by weight. *Friable* asbestos-containing material refers to material which contains one (1%) percent or more asbestos by weight and when dry, *can* be crumbled, pulverized, or reduced to powder by hand pressure. *Non-friable* asbestos-containing material is any material containing one (1%) percent asbestos or more by weight and when dry, *cannot* be crumbled, pulverized or reduced to powder by hand pressure.

All materials detected/uncovered during present or future renovations or demolitions that are not listed as being sampled on the Chain of Custody Form and will be disturbed must be sampled and analyzed prior to disturbance. All additional samples and assessments are to be conducted by properly licensed individuals.

New building materials must not contain asbestos. Manufacturers' labels or material safety data sheets (MSDS) should be reviewed and documented to ensure that any asbestos containing building products are not used during future construction.

*LIMITATIONS*

This report only applies to the scope of work described herein. This report describes existing conditions at the time of services. Conditions of asbestos-containing materials may change as a result of damage, deterioration, or other disturbance and may increase the potential for elevated fiber levels.

This report applies only to accessible areas observed during our field services. Asbestos-containing materials may exist in concealed inaccessible enclosures, such as areas enclosed by permanent partitions, chases, shafts, equipment, etc. *Material locations and quantities may vary.*

Although a good-faith effort was made to locate asbestos-containing materials in the area within the scope of work, extensive destructive inspection and/or testing was not conducted due to the expense, potential exposure hazards and/or potential regulatory violations. All surfaces, paints, wire insulation, electrical panels, fire rated doors and panels, furnishings, Heating Ventilation and Air Conditioning (HVAC) Systems, fixtures and similar materials and equipment were not sampled and analyzed due to safety concerns

and/or expense. Inspection and testing for mold contamination, PCB containing light ballast, and/or other hazardous and/or regulated materials were not included in this survey.

Per the Texas Department of State Health Services Texas Asbestos Health Protection Rules, this asbestos survey report may not be used as a design specification for asbestos abatement.

Sincerely,

*(signature)* # 205771

Brandon Curtis
Individual Asbestos Management Planner License #205771
Asbestos Management Planner Agency License #200171

# Environmental Analytical Services, LLC

13201 Northwest Freeway, Suite 520
Houston, Texas 77040
phone 713-343-4017 | fax 713-934-9942
www.easlabs.com | facebook.com/easlabs | info@easlabs.com

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

**Client Information:**

Environmental Health & Safety
College Station, TX 77843-4472
,
**Phone:** 9798452132
**E-Mail:** edsd-asbestos@tamu.edu

**Project:**

404 Gainer Hall
1st Floor Men's Restroom
2024-06316
**EAS Job:** 24022806
**Attn:** Brandon Curtis

**Date Analyzed:** 02/29/2024 04:26 PM

**Date Received:** 02/28/2024 09:40 AM

**TAT Requested:** 1 Day

**Microscope:** PLM Labomed LX 400P

| Sample # Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 401-1 24022806.01 | A | White Fibrous Texture Homogeneous | NO | None Detected | Cellulose 2% | Binders / CaCO 98% |
| 401-1 24022806.01 | B | Tan Fibrous Tape Homogeneous | NO | None Detected | Cellulose 100% | |
| 401-1 24022806.01 | C | White Fibrous Joint Compound Homogeneous | NO | None Detected | Cellulose 2% | Binders / CaCO 98% |
| 401-1 24022806.01 | D | Brown/White Fibrous Drywall Non-Homogeneous | NO | None Detected | Cellulose 30% | Gypsum 70% |
| 401-2 24022806.02 | A | White Fibrous Texture Homogeneous | NO | None Detected | Cellulose 2% | Binders / CaCO 98% |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM. TEM Chatfield analysis of bulk material is recommended in this case. All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types. Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested. This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding. Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** _____
Arthur Hernandez

**Approved Signatory:** _____
Arthur Hernandez

TAMU-01904

**Environmental Analytical Services, LLC**

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

| | | |
|---|---|---|
| **Client Information:** | **Project:** | **Date Analyzed:** 02/29/2024 04:26 PM |
| Environmental Health & Safety | 404 Gainer Hall | |
| College Station, TX 77843-4472 | 1st Floor Men's Restroom | **Date Received:** 02/28/2024 09:40 AM |
| , | 2024-06316 | |
| **Phone:** 9798452132 | **EAS Job:** 24022806 | **TAT Requested:** 1 Day |
| **E-Mail:** edsd-asbestos@tamu.edu | **Attn:** Brandon Curtis | **Microscope:** PLM Labomed LX 400P |

| Sample # Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 401-2 24022806.02 | B | Tan Fibrous Tape Homogeneous | NO | None Detected | Cellulose 100% | |
| 401-2 24022806.02 | C | White Fibrous Joint Compound Homogeneous | NO | None Detected | Cellulose 2% | Binders / CaCO 98% |
| 401-2 24022806.02 | D | Brown/White Fibrous Drywall Non-Homogeneous | NO | None Detected | Cellulose 30% | Gypsum 70% |
| 401-3 24022806.03 | A | White Fibrous Texture Homogeneous | NO | None Detected | Cellulose 2% | Binders / CaCO 98% |
| 401-3 24022806.03 | B | Tan Fibrous Tape Homogeneous | NO | None Detected | Cellulose 100% | |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM. TEM Chatfield analysis of bulk material is recommended in this case. All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types. Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested. This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding. Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** _Arthur Hernandez_

**Approved Signatory:** _Arthur Hernandez_

TAMU-01105

**Environmental Analytical Services, LLC**

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

| | | |
|---|---|---|
| **Client Information:** | **Project:** | **Date Analyzed:** 02/29/2024 04:26 PM |
| Environmental Health & Safety | 404 Gainer Hall | |
| College Station, TX 77843-4472 | 1st Floor Men's Restroom | **Date Received:** 02/28/2024 09:40 AM |
| , | 2024-06316 | |
| **Phone:** 9798452132 | **EAS Job:** 24022806 | **TAT Requested:** 1 Day |
| **E-Mail:** edsd-asbestos@tamu.edu | **Attn:** Brandon Curtis | **Microscope:** PLM Labomed LX 400P |

| Sample #<br>Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 401-3<br>24022806.03 | C | White<br>Fibrous<br>Joint Compound<br>Homogeneous | NO | None Detected | Cellulose 2% | Binders / CaCO<br>98% |
| 401-3<br>24022806.03 | D | Brown/White<br>Fibrous<br>Drywall<br>Non-Homogeneous | NO | None Detected | Cellulose 30% | Gypsum 70% |
| 401-4<br>24022806.04 | A | Tan/White<br>Granular<br>Ceramic Tile<br>Homogeneous | NO | None Detected | | Other Non-Fibrous<br>100% |
| 401-4<br>24022806.04 | B | Tan<br>Granular<br>Grout<br>Homogeneous | NO | None Detected | | Other Non-Fibrous<br>100% |
| 401-5<br>24022806.05 | A | Tan/White<br>Granular<br>Ceramic Tile<br>Homogeneous | NO | None Detected | | Other Non-Fibrous<br>100% |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM.  TEM Chatfield analysis of bulk material is recommended in this case.  All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types.  Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested.  This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government.  This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted.  Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding.  Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** _Arthur Hernandez_

**Approved Signatory:** _Arthur Hernandez_

TAMU-01906

**Environmental Analytical Services, LLC**

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

**Client Information:**

Environmental Health & Safety
College Station, TX 77843-4472
,

**Phone:** 9798452132

**E-Mail:** edsd-asbestos@tamu.edu

**Project:**

404 Gainer Hall
1st Floor Men's Restroom
2024-06316

**EAS Job:** 24022806

**Attn:** Brandon Curtis

**Date Analyzed:** 02/29/2024 04:26 PM

**Date Received:** 02/28/2024 09:40 AM

**TAT Requested:** 1 Day

**Microscope:** PLM Labomed LX 400P

| Sample # Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 401-5 24022806.05 | B | Tan Granular Grout Homogeneous | **NO** | **None Detected** | | Other Non-Fibrous 100% |
| 401-6 24022806.06 | A | Tan/White Granular Ceramic Tile Homogeneous | **NO** | **None Detected** | | Other Non-Fibrous 100% |
| 401-6 24022806.06 | B | Tan Granular Grout Homogeneous | **NO** | **None Detected** | | Other Non-Fibrous 100% |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM. TEM Chatfield analysis of bulk material is recommended in this case. All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types. Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested. This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding. Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** _Arthur Hernandez_

**Approved Signatory:** _Arthur Hernandez_

TAMU-01903

24022806



**Environmental Analytical Services, LLC**

13201 Northwest Freeway, Suite 520
Houston, Texas 77040
(713) 343-4017   Fax (713) 934-9942
www.easlabs.com, arthur@easlabs.com
facebook.com/easlabs

# CHAIN OF CUSTODY
### Bulk Sample Data



* Job ID:24022806

Environmental Health & Safety

| Client Name / Address: | Project Name: | |
|---|---|---|
| Environmental Health & Safety<br>TAMU 4472<br>College Station, TX 77843-4472 | **404 Gainer Hall<br>1st Floor Men's Restroom** | EAS Use Only |

| Quantity / Analysis Requested: PLM | Project Number:<br>2024-06316 | EAS PO Number: (if applicable) |
|---|---|---|

**Turnaround Time:** ☐ 2 Hour  ☐ 8 Hour  ☒ 24 Hour
☐ 2 Day  ☐ 3 Day  ☐ 5 Day (Routine)  ☐ Other: (Specify) _____

(Note: All turnaround times are based on the date / time the sample is received by the laboratory)

| Contact: Brandon Curtis | Phone: 9798452132 |
|---|---|

E-mail: ehsd-asbestos@tamu.edu

Special Instructions:

| Sample Number | Location | Sample Description<br>(or see attached description) |
|---|---|---|
| 401-1 | Above first urinal on left | Drywall ceiling materials; |
| 401-2 | Shower side by the first light | Drywall ceiling materials; |
| 401-3 | In front of shower 7 next to vent | Drywall ceiling materials; |
| 401-4 | Right side under the sink | Ceramic tile; Grout; |
| 401-5 | Left side under sink | Ceramic tile; Grout; |
| 401-6 | Behind the door | Ceramic tile; Grout; |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Relinquished By: Brandon Curtis | Accepted By: *Cn 2/28/24 @ 9:40am* |
|---|---|
| Date/Time: 2/27/2023 1:42PM | Date/Time: |

| Rev 10/12 | Like us on **facebook** | Page ☐1 of ☐1 |
|---|---|---|

TAMU-01908

**Environmental Analytical Services, LLC**

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

# Test: EPA 600/R-93/116
# Polarized Light Microscopy

**Client Information:**

Environmental Health & Safety
College Station, TX 77843-4472

,
**Phone:** 9798452132
**E-Mail:** edsd-asbestos@tamu.edu

**Project:**

404 Gainer Hall 1st Floor Men's Restroom

2024-06316
**EAS Job:** 24030511
**Attn:** Brandon Curtis

**Date Analyzed:** 03/06/2024 02:14 PM

**Date Received:** 03/05/2024 09:20 AM

**TAT Requested:** 1 Day

**Microscope:** PLM Labomed LX 400P

| Sample # Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 404-1 24030511.01 | A | Gray/White Granular Ceramic Tile Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 404-1 24030511.01 | B | Green Tar Mastic Homogeneous | NO | None Detected | Cellulose 2% | Adhesive 98% |
| 404-1 24030511.01 | C | Gray/White Granular Grout Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 404-1 24030511.01 | D | Tan/White Granular Leveling Compound Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 404-2 24030511.02 | A | Gray/White Granular Ceramic Tile Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM. TEM Chatfield analysis of bulk material is recommended in this case. All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types. Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested. This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding. Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:**    Arthur Hernandez

**Approved Signatory:**    Arthur Hernandez

TAMU-01109

# Environmental Analytical Services, LLC

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

**Client Information:**

Environmental Health & Safety
College Station, TX 77843-4472

,

**Phone:** 9798452132

**E-Mail:** edsd-asbestos@tamu.edu

**Project:**
404 Gainer Hall 1st Floor Men's Restroom

2024-06316
**EAS Job:** 24030511
**Attn:** Brandon Curtis

**Date Analyzed:** 03/06/2024 02:14 PM

**Date Received:** 03/05/2024 09:20 AM

**TAT Requested:** 1 Day

**Microscope:** PLM Labomed LX 400P

| Sample # Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 404-2 24030511.02 | B | Green Tar Mastic Homogeneous | NO | None Detected | Cellulose 2% | Adhesive 98% |
| 404-2 24030511.02 | C | Gray/White Granular Grout Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 404-2 24030511.02 | D | Tan/White Granular Leveling Compound Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 404-3 24030511.03 | A | Gray/White Granular Ceramic Tile Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 404-3 24030511.03 | B | Green Tar Mastic Homogeneous | NO | None Detected | Cellulose 2% | Adhesive 98% |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM.  TEM Chatfield analysis of bulk material is recommended in this case.  All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types.  Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested.  This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government.  This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted.  Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding.  Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** _Arthur Hernandez_

**Approved Signatory:** _Arthur Hernandez_

TAMU-01916

![Environmental Analytical Services, LLC logo]

**Environmental Analytical Services, LLC**

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

**Client Information:**

Environmental Health & Safety
College Station, TX 77843-4472

,

**Phone:** 9798452132
**E-Mail:** edsd-asbestos@tamu.edu

**Project:**

404 Gainer Hall 1st Floor Men's Restroom

2024-06316
**EAS Job:** 24030511
**Attn:** Brandon Curtis

**Date Analyzed:** 03/06/2024 02:14 PM

**Date Received:** 03/05/2024 09:20 AM

**TAT Requested:** 1 Day

**Microscope:** PLM Labomed LX 400P

| Sample # Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 404-3 24030511.03 | C | Gray/White Granular Grout Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 404-3 24030511.03 | D | Tan/White Granular Leveling Compound Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM. TEM Chatfield analysis of bulk material is recommended in this case. All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types. Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested. This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding. Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** _[signature]_
Arthur Hernandez

**Approved Signatory:** _[signature]_
Arthur Hernandez

TAMU-01917

**24030511**



## Environmental Analytical Services, LLC

13201 Northwest Freeway, Suite 520
Houston, Texas 77040
(713) 343-4017   Fax (713) 934-9942
www.easlabs.com, arthur@easlabs.com
facebook.com/easlabs

**✱ Job ID:24030511**

Environmental Health & Safety

# CHAIN OF CUSTODY
### Bulk Sample Data

| Client Name / Address: | Project Name: | |
|---|---|---|
| Environmental Health & Safety<br>TAMU 4472<br>College Station, TX 77843-4472 | **404 Gainer Hall<br>1st Floor Men's Restroom** | |
| Quantity / Analysis Requested: PLM | Project Number:<br>2024-06316 | EAS PO Number: (if applicable) |

**Turnaround Time:**  ☐ 2 Hour   ☐ 8 Hour   ☒ 24 Hour
☐ 2 Day   ☐ 3 Day   ☐ 5 Day (Routine)   ☐ Other: (Specify) [          ]

(Note: All turnaround times are based on the date / time the sample is received by the laboratory)

Contact: Brandon Curtis    Phone: 9798452132

E-mail: ehsd-asbestos@tamu.edu

Special Instructions:

| Sample Number | Location | Sample Description<br>(or see attached description) |
|---|---|---|
| 404-1 | Under sink | Ceramic tile; Mastic; Grout; Leveling compound; |
| 404-2 | Back by showers | Ceramic tile; Mastic; Grout; Leveling compound; |
| 404-3 | Back by showers | Ceramic tile; Mastic; Grout; Leveling compound; |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Relinquished By: Brandon Curtis | Accepted By: | |
|---|---|---|
| Date/Time: 3/4/2024 4:38PM | Date/Time: | *Cn 3/5/24 @920am* |

Rev 10/12          Like us on **facebook**          Page ☐1 of ☐1

TAMU-01913

# Limited Building Inspection Report for Asbestos-Containing Building Materials

Location:     Texas A&M University
              405 – Lacy Hall
              1st Floor Restroom
              College Station, Texas 77843

Reference:    WO 2024-06316

Prepared by:  Brandon Curtis    *BAC*
              Asbestos Management Planner License #205771

Environmental Health & Safety
**Asbestos Management Planner Agency License #200171**

1111 Research Parkway, Suite 220
4472 TAMU
College Station, TX 77843-4472
Tel. 979.845.2132  Fax 979.845.1348





To: Michael Garon
SSC Service Solutions
1371 TAMU

Date: March 7, 2024

Subject: Asbestos Inspection and Testing – *405 Lacy Hall, 1st Floor Restroom*

Please accept the asbestos inspection results for the ceiling, HVAC duct, walls and floor inspected in the 1st floor restroom at the Lacy Hall, Bldg. #405. The limited asbestos inspection was performed by Brandon Curtis of TAMU – Environmental Health & Safety on February 27, 2024 and March 4, 2024.

Suspect ACBM was physically handled to determine friability and bulk samples were obtained for analysis. The inspection involved taking nine (9) samples of the suspect materials and had them analyzed under Polarized Light Microscopy with Dispersion Staining (PLM/DS), Method 40 CFR, Ch. 1, Part 763, Subpart F, Appendix A. The PLM report and chain of custody are attached to this report.

The asbestos inspection was conducted on a homogenous-area basis with the building materials sampled and tested that are suspect to contain asbestos and may be disturbed prior to or during renovation or demolition activities. Suspect asbestos-containing building materials (ACBM) that were sampled included drywall ceiling material, ceramic floor tiles with green mastic, floor grout/leveling compound and ceramic wall tiles with grout.

*SCOPE*

As described to the inspector per the asbestos survey request and subsequent communication, the referenced project will include renovation of the restroom.

*RESULTS*

Based on sampling and analysis, the materials were confirmed to be non-asbestos containing building material.

**NOTE**: any possible ACBM above the ceiling will need to be assumed positive due to lack of access or once found contact EHS for sampling. Specifically, the HVAC ducts were not able to be seen at time of inspection

*PHOTOS*



Drywall (negative); White texture (negative); Joint compound (negative); Ceramic wall tile (non-suspect ACBM); Grout (negative);



Ceramic floor tile (no suspect ACBM); Floor tile grout (negative); Leveling compound (negative); Green mastic (negative);

*NOTES*

*Non-asbestos containing* building material refers to material which contains less than one (1%) percent asbestos by weight. *Friable* asbestos-containing material refers to material which contains one (1%) percent or more asbestos by weight and when dry, *can* be crumbled, pulverized, or reduced to powder by hand pressure. *Non-friable* asbestos-containing material is any material containing one (1%) percent asbestos or more by weight and when dry, *cannot* be crumbled, pulverized or reduced to powder by hand pressure.

All materials detected/uncovered during present or future renovations or demolitions that are not listed as being sampled on the Chain of Custody Form and will be disturbed must be sampled and analyzed prior to disturbance. All additional samples and assessments are to be conducted by properly licensed individuals.

TAMU-01925

New building materials must not contain asbestos. Manufacturers' labels or material safety data sheets (MSDS) should be reviewed and documented to ensure that any asbestos containing building products are not used during future construction.

*LIMITATIONS*

This report only applies to the scope of work described herein. This report describes existing conditions at the time of services. Conditions of asbestos-containing materials may change as a result of damage, deterioration, or other disturbance and may increase the potential for elevated fiber levels.

This report applies only to accessible areas observed during our field services. Asbestos-containing materials may exist in concealed inaccessible enclosures, such as areas enclosed by permanent partitions, chases, shafts, equipment, etc. *Material locations and quantities may vary.*

Although a good-faith effort was made to locate asbestos-containing materials in the area within the scope of work, extensive destructive inspection and/or testing was not conducted due to the expense, potential exposure hazards and/or potential regulatory violations. All surfaces, paints, wire insulation, electrical panels, fire rated doors and panels, furnishings, Heating Ventilation and Air Conditioning (HVAC) Systems, fixtures and similar materials and equipment were not sampled and analyzed due to safety concerns and/or expense. Inspection and testing for mold contamination, PCB containing light ballast, and/or other hazardous and/or regulated materials were not included in this survey.

Per the Texas Department of State Health Services Texas Asbestos Health Protection Rules, this asbestos survey report may not be used as a design specification for asbestos abatement.

Sincerely,

*Brandon Curtis # 205771*

Brandon Curtis
Individual Asbestos Management Planner License #205771
Asbestos Management Planner Agency License #200171

# Environmental Analytical Services, LLC

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

**Client Information:**

Environmental Health & Safety
College Station, TX 77843-4472
,
**Phone:** 9798452132
**E-Mail:** edsd-asbestos@tamu.edu

**Project:**
405 Lacy Hall
1st Floor Men's Restroom
2024-06316
**EAS Job:** 24022805
**Attn:** Brandon Curtis

**Date Analyzed:** 02/29/2024 04:55 PM

**Date Received:** 02/28/2024 09:40 AM

**TAT Requested:** 1 Day

**Microscope:** PLM Labomed LX 400P

| Sample # Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 401-1 24022805.01 | A | White Fibrous Texture Homogeneous | NO | None Detected | Cellulose 2% | Binders / CaCO 98% |
| 401-1 24022805.01 | B | Tan Fibrous Tape Homogeneous | NO | None Detected | Cellulose 100% | |
| 401-1 24022805.01 | C | White Fibrous Joint Compound Homogeneous | NO | None Detected | Cellulose 2% | Binders / CaCO 98% |
| 401-1 24022805.01 | D | Brown/White Fibrous Drywall Homogeneous | NO | None Detected | Cellulose 30% | Gypsum 70% |
| 401-2 24022805.02 | A | White Fibrous Texture Homogeneous | NO | None Detected | Cellulose 2% | Binders / CaCO 98% |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM. TEM Chatfield analysis of bulk material is recommended in this case. All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types. Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested. This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding. Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** Arthur Hernandez

**Approved Signatory:** Arthur Hernandez

TAMU-01923

# Environmental Analytical Services, LLC

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

**Client Information:**

Environmental Health & Safety

College Station, TX 77843-4472

,

**Phone:** 9798452132

**E-Mail:** edsd-asbestos@tamu.edu

**Project:**

405 Lacy Hall

1st Floor Men's Restroom

2024-06316

**EAS Job:** 24022805

**Attn:** Brandon Curtis

**Date Analyzed:** 02/29/2024 04:55 PM

**Date Received:** 02/28/2024 09:40 AM

**TAT Requested:** 1 Day

**Microscope:** PLM Labomed LX 400P

| Sample # Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 401-2 24022805.02 | B | Tan Fibrous Tape Homogeneous | NO | None Detected | Cellulose 100% | |
| 401-2 24022805.02 | C | White Fibrous Joint Compound Homogeneous | NO | None Detected | Cellulose 2% | Binders / CaCO 98% |
| 401-2 24022805.02 | D | Brown/White Fibrous Drywall Homogeneous | NO | None Detected | Cellulose 30% | Gypsum 70% |
| 401-3 24022805.03 | A | White Fibrous Texture Homogeneous | NO | None Detected | Cellulose 2% | Binders / CaCO 98% |
| 401-3 24022805.03 | B | Tan Fibrous Tape Homogeneous | NO | None Detected | Cellulose 100% | |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM. TEM Chatfield analysis of bulk material is recommended in this case. All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types. Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested. This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding. Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** Arthur Hernandez

**Approved Signatory:** Arthur Hernandez

TAMU-01228

**Environmental Analytical Services, LLC**

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

| | |
|---|---|
| **Client Information:** | |
| Environmental Health & Safety | |
| College Station, TX 77843-4472 | |
| , | |
| **Phone:** 9798452132 | |
| **E-Mail:** edsd-asbestos@tamu.edu | |

**Project:**
405 Lacy Hall
1st Floor Men's Restroom
2024-06316
**EAS Job:** 24022805
**Attn:** Brandon Curtis

**Date Analyzed:** 02/29/2024 04:55 PM

**Date Received:** 02/28/2024 09:40 AM

**TAT Requested:** 1 Day

**Microscope:** PLM Labomed LX 400P

| Sample # Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 401-3 24022805.03 | C | White Fibrous Joint Compound Homogeneous | NO | None Detected | Cellulose 2% | Binders / CaCO 98% |
| 401-3 24022805.03 | D | Brown/White Fibrous Drywall Homogeneous | NO | None Detected | Cellulose 30% | Gypsum 70% |
| 401-4 24022805.04 | A | Gray/White Granular Ceramic Tile Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 401-4 24022805.04 | B | Gray Granular Grout Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 401-5 24022805.05 | A | Gray/White Granular Ceramic Tile Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM. TEM Chatfield analysis of bulk material is recommended in this case. All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types. Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested. This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding. Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** _(signature)_
Arthur Hernandez

**Approved Signatory:** _(signature)_
Arthur Hernandez

TAMU-01229

**Environmental Analytical Services, LLC**

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

| | | |
|---|---|---|
| **Client Information:** | **Project:** | **Date Analyzed:** 02/29/2024 04:55 PM |
| Environmental Health & Safety | 405 Lacy Hall | |
| College Station, TX 77843-4472 | 1st Floor Men's Restroom | **Date Received:** 02/28/2024 09:40 AM |
| , | 2024-06316 | |
| **Phone:** 9798452132 | **EAS Job:** 24022805 | **TAT Requested:** 1 Day |
| **E-Mail:** edsd-asbestos@tamu.edu | **Attn:** Brandon Curtis | **Microscope:** PLM Labomed LX 400P |

| Sample #<br>Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 401-5<br>24022805.05 | B | Gray Granular Grout Homogeneous | **NO** | **None Detected** | | Other Non-Fibrous 100% |
| 401-6<br>24022805.06 | A | Gray/White Granular Ceramic Tile Homogeneous | **NO** | **None Detected** | | Other Non-Fibrous 100% |
| 401-6<br>24022805.06 | B | Gray Granular Grout Homogeneous | **NO** | **None Detected** | | Other Non-Fibrous 100% |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM. TEM Chatfield analysis of bulk material is recommended in this case. All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types. Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested. This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding. Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** _Arthur Hernandez_

**Approved Signatory:** _Arthur Hernandez_

TAMU-01926

24022805



**Environmental Analytical Services, LLC**

13201 Northwest Freeway, Suite 520
Houston, Texas 77040
(713) 343-4017    Fax (713) 934-9942
www.easlabs.com, arthur@easlabs.com
facebook.com/easlabs

# CHAIN OF CUSTODY
### Bulk Sample Data

★ Job ID:24022805

Environmental Health & Safety

| Client Name / Address:<br>Environmental Health & Safety<br>TAMU 4472<br>College Station, TX 77843-4472 | Project Name:<br>**405 Lacy Hall**<br>**1st Floor Men's Restroom** | |
|---|---|---|
| Quantity / Analysis Requested: PLM | Project Number:<br>2024-06316 | EAS PO Number: (if applicable) |

**Turnaround Time:**  ☐ 2 Hour  ☐ 8 Hour  ☒ 24 Hour  ☐ 2 Day  ☐ 3 Day  ☐ 5 Day (Routine)  ☐ Other: (Specify) _____

(Note: All turnaround times are based on the date / time the sample is received by the laboratory)

Contact: Brandon Curtis                                    Phone: 9798452132

E-mail: ehsd-asbestos@tamu.edu

Special Instructions:

| Sample Number | Location | Sample Description<br>(or see attached description) |
|---|---|---|
| 401-1 | Above first urinal on left | Drywall ceiling materials; |
| 401-2 | Shower side by the first light | Drywall ceiling materials; |
| 401-3 | In front of shower 7 next to vent | Drywall ceiling materials; |
| 401-4 | Right side under the sink | Ceramic tile; Grout; |
| 401-5 | Left side under sink | Ceramic tile; Grout; |
| 401-6 | Behind the door | Ceramic tile; Grout; |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Relinquished By:  Brandon Curtis | Accepted By:  *CM 2/28/24 @9:40am* |
|---|---|
| Date/Time: 2/27/2023 1:42PM | Date/Time: |

Rev 10/12                    Like us on **facebook**                    Page ☐1 of ☐1

TAMU-01927

# Environmental Analytical Services, LLC

13201 Northwest Freeway, Suite 520
Houston, Texas 77040
phone 713-343-4017 | fax 713-934-9942
www.easlabs.com | facebook.com/easlabs | info@easlabs.com

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

**Client Information:**

Environmental Health & Safety
College Station, TX 77843-4472
,

**Phone:** 9798452132

**E-Mail:** edsd-asbestos@tamu.edu

**Project:**

405 Lacy Hall
1st Floor Men's Restroom
2024-06316

**EAS Job:** 24030514

**Attn:** Brandon Curtis

**Date Analyzed:** 03/06/2024 02:38 PM

**Date Received:** 03/05/2024 09:20 AM

**TAT Requested:** 1 Day

**Microscope:** PLM Labomed LX 400P

| Sample # Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 405-1 24030514.01 | A | Gray/White Granular Ceramic Tile Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 405-1 24030514.01 | B | Tan/Yellow Tar Mastic Homogeneous | NO | None Detected | Cellulose 2% | Adhesive 98% |
| 405-1 24030514.01 | C | Tan Granular Grout Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 405-1 24030514.01 | D | Gray Granular Leveling Compound Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 405-2 24030514.02 | A | Gray/White Granular Ceramic Tile Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM. TEM Chatfield analysis of bulk material is recommended in this case. All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types. Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested. This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding. Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** Arthur Hernandez

**Approved Signatory:** Arthur Hernandez

TAMU-01928

**Environmental Analytical Services, LLC**

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

**Client Information:**

Environmental Health & Safety
College Station, TX 77843-4472
,
**Phone:** 9798452132
**E-Mail:** edsd-asbestos@tamu.edu

**Project:**
405 Lacy Hall
1st Floor Men's Restroom
2024-06316
**EAS Job:** 24030514
**Attn:** Brandon Curtis

**Date Analyzed:** 03/06/2024 02:38 PM

**Date Received:** 03/05/2024 09:20 AM

**TAT Requested:** 1 Day

**Microscope:** PLM Labomed LX 400P

| Sample # Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 405-2 24030514.02 | B | Tan/Yellow Tar Mastic Homogeneous | **NO** | **None Detected** | Cellulose 2% | Adhesive 98% |
| 405-2 24030514.02 | C | Tan Granular Grout Homogeneous | **NO** | **None Detected** | | Other Non-Fibrous 100% |
| 405-2 24030514.02 | D | Gray Granular Leveling Compound Homogeneous | **NO** | **None Detected** | | Other Non-Fibrous 100% |
| 405-3 24030514.03 | A | Gray/White Granular Ceramic Tile Homogeneous | **NO** | **None Detected** | | Other Non-Fibrous 100% |
| 405-3 24030514.03 | B | Tan/Yellow Tar Mastic Homogeneous | **NO** | **None Detected** | Cellulose 2% | Adhesive 98% |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM. TEM Chatfield analysis of bulk material is recommended in this case. All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types. Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested. This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding. Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** _Arthur Hernandez_

**Approved Signatory:** _Arthur Hernandez_

TAMU-01923

**Environmental Analytical Services, LLC**

**13201 Northwest Freeway, Suite 520**
**Houston, Texas 77040**
**phone 713-343-4017 | fax 713-934-9942**
**www.easlabs.com | facebook.com/easlabs | info@easlabs.com**

## Test: EPA 600/R-93/116
## Polarized Light Microscopy

**Client Information:**

Environmental Health & Safety

College Station, TX 77843-4472

,

**Phone:** 9798452132

**E-Mail:** edsd-asbestos@tamu.edu

**Project:**

405 Lacy Hall

1st Floor Men's Restroom

2024-06316

**EAS Job:** 24030514

**Attn:** Brandon Curtis

**Date Analyzed:** 03/06/2024 02:38 PM

**Date Received:** 03/05/2024 09:20 AM

**TAT Requested:** 1 Day

**Microscope:** PLM Labomed LX 400P

| Sample # Lab ID # | Layer | Sample Description | Asbestos Detected (Yes/No) | Asbestos Mineral Percent | Non-Asbestos Fibers | Non-Fibrous Material |
|---|---|---|---|---|---|---|
| 405-3 24030514.03 | C | Tan Granular Grout Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |
| 405-3 24030514.03 | D | Gray Granular Leveling Compound Homogeneous | NO | None Detected | | Other Non-Fibrous 100% |

NVLAP Lab Code: 200784-0
TDSHS License No. 300373
LDEQ LELAP Certificate No: 04161, Agency Interest No. 149571

Notes:
Some samples (floor tiles, surfacing, etc.) may contain fibers too small to be detectable by PLM.  TEM Chatfield analysis of bulk material is recommended in this case.  All asbestos percentages are based on calibrated visual estimates traceable to NIST standards for regulated asbestos types.  Analysts' percentages fall within a range of acceptable percentages, depending on the actual concentration of asbestos. This test report relates only to the items tested.  This report must not be used to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government.  This report may not be reproduced except in full without permission from Environmental Analytical Services.

These results are submitted pursuant to EAS' current terms of sale, including the company's standard warranty and limitation of liability provisions and no responsibility or liability is assumed for the manner in which the results are used or interpreted.  Unless notified in writing to return the samples covered by this report, EAS will store the samples for a period of ninety (90) days before discarding.  Percent ranges reported are estimates and not absolute percent range values.

**Analyzed By:** _Arthur Hernandez_

**Approved Signatory:** _Arthur Hernandez_

TAMPU-01934

||||||| |||| |||| ||||
**24030514**



**Environmental
Analytical
Services, LLC**

**13201 Northwest Freeway, Suite 520
Houston, Texas 77040
(713) 343-4017   Fax (713) 934-9942
www.easlabs.com, arthur@easlabs.com
facebook.com/easlabs**

# CHAIN OF CUSTODY
**Bulk Sample Data**

**✱ Job ID:24030514**

|||||| |||| |||||| ||||||
Environmental Health & Safety

| Client Name / Address: | Project Name: |
|---|---|
| Environmental Health & Safety<br>TAMU 4472<br>College Station, TX 77843-4472 | **405 Lacy Hall<br>1st Floor Men's Restroom** |

| Quantity / Analysis Requested: PLM | Project Number:<br>2024-06316 | EAS PO Number: (if applicable) |
|---|---|---|

**Turnaround Time:** ☐ 2 Hour  ☐ 8 Hour  ☒ 24 Hour
☐ 2 Day  ☐ 3 Day  ☐ 5 Day (Routine)  ☐ Other: (Specify) [ ]

(Note: All turnaround times are based on the date / time the sample is received by the laboratory)

Contact: Brandon Curtis                                          Phone: 9798452132

E-mail: ehsd-asbestos@tamu.edu

Special Instructions:

| Sample Number | Location | Sample Description<br>(or see attached description) |
|---|---|---|
| 405-1 | Under sink | Ceramic tile; Mastic; Grout; Leveling compound; |
| 405-2 | Back by stalls | Ceramic tile; Mastic; Grout; Leveling compound; |
| 405-3 | Back by stalls | Ceramic tile; Mastic; Grout; Leveling compound; |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Relinquished By:  Brandon Curtis | Accepted By: |
|---|---|
| Date/Time: 3/4/2024  4:39PM | Date/Time:  _Ch_ 3/5/24 @ 920am |

Rev 10/12                      Like us on **facebook**                      Page [1] of [1]

TAMU-01923

# COMcheck Software Version COMcheckWeb
# Interior Lighting Compliance Certificate

## Project Information

| | |
|---|---|
| Energy Code: | 2021 IECC |
| Project Title: | TAMU - Corps Dorm RR Modernization |
| Project Type: | Alteration |

| Construction Site: | Owner/Agent: | Designer/Contractor: |
|---|---|---|
| 606, 664 & 665 Military Mall<br>College Station, Texas 77840 | Kirksey Architecture<br>6909 Portwest Drive<br>Houston, Texas 77024<br>713-850-9600 | Cleary Zimmermann Engineers<br>300 26th St<br>Bryan, Texas 77803<br>979-341-8181 |

## Allowed Interior Lighting Power

| A<br>Area Category | B<br>Floor Area<br>(ft2) | C<br>Allowed<br>Watts / ft2 | D<br>Allowed<br>Watts |
|---|---|---|---|
| 1-School/University | 426 | 0.72 | 307 |
| | | Total Allowed Watts = | 307 |

## Proposed Interior Lighting Power

| A<br>Fixture ID : Description / Lamp / Wattage Per Lamp / Ballast | B<br>Lamps/<br>Fixture | C<br># of<br>Fixture | D<br>Fixture<br>Watt. | E<br>(C X D) |
|---|---|---|---|---|
| School/University (426 sq.ft.) | | | | |
| LED: Type A: Other: | 1 | 6 | 14 | 82 |
| LED: Type A1: Other: | 1 | 9 | 8 | 68 |
| LED: Type B: Other: | 1 | 5 | 25 | 125 |
| LED: Type C: Other: | 1 | 1 | 19 | 19 |
| LED: Type D: Other: | 1 | 1 | 13 | 13 |
| | | Total Proposed Watts = | | 307 |

**Interior Lighting PASSES**

## Interior Lighting Compliance Statement

*Compliance Statement:* The proposed interior lighting alteration project represented in this document is consistent with the building plans, specifications, and other calculations submitted with this permit application. The proposed interior lighting systems have been designed to meet the 2021 IECC requirements in COM*check* Version COMcheckWeb and to comply with any applicable mandatory requirements listed in the Inspection Checklist.

| Hal Johnston | Hal Johnston | 04-25-24 |
|---|---|---|
| Name - Title | Signature | Date |

| | |
|---|---|
| Project Title:    TAMU - Corps Dorm RR Modernization | Report date: 04/25/24 |
| Data filename: | Page    1 of    5 |

TAMU-01126



**COM*check* Software Version COMcheckWeb**

# Inspection Checklist

Energy Code: 2021 IECC

Requirements: 0.0% were addressed directly in the COM*check* software

Text in the "Comments/Assumptions" column is provided by the user in the COMcheck Requirements screen. For each requirement, the user certifies that a code requirement will be met and how that is documented, or that an exception is being claimed. Where compliance is itemized in a separate table, a reference to that table is provided.

| Section # & Req.ID | Plan Review | Complies? | Comments/Assumptions |
|---|---|---|---|
| C103.2 [PR4][1] | Plans, specifications, and/or calculations provide all information with which compliance can be determined for the interior lighting and electrical systems and equipment and document where exceptions to the standard are claimed. Information provided should include interior lighting power calculations, wattage of bulbs and ballasts, transformers and control devices. | ☐Complies ☐Does Not ☐Not Observable ☐Not Applicable | |

**Additional Comments/Assumptions:**

| | | | | | |
|---|---|---|---|---|---|
| 1 | High Impact (Tier 1) | 2 | Medium Impact (Tier 2) | 3 | Low Impact (Tier 3) |

TAMU-01233

| Section #<br>& Req.ID | Rough-In Electrical Inspection | Complies? | Comments/Assumptions |
|---|---|---|---|
| C405.2.3.1 [EL22][1] | Spaces required to have light-reduction controls have a manual control that allows the occupant to reduce the connected lighting load in a reasonably uniform illumination pattern >= 50 percent. | ☐Complies<br>☐Does Not<br>☐Not Observable<br>☐Not Applicable | |
| C405.2.1, C405.2.1.1 [EL18][1] | Occupancy sensors installed in classrooms/lecture/training rooms, conference/meeting/multipurpose rooms, copy/print rooms, lounges/breakrooms, enclosed offices, open plan office areas, restrooms, storage rooms, locker rooms, corridors, warehouse storage areas, and other spaces <= 300 sqft that are enclosed by floor-to-ceiling height partitions. Reference section language C405.2.1.2 for control function in warehouses and section C405.2.1.3 for open plan office spaces. | ☐Complies<br>☐Does Not<br>☐Not Observable<br>☐Not Applicable | |
| C405.2.1.2 [EL19][1] | Occupancy sensors control function in warehouses: In warehouses, the lighting in aisleways and open areas is controlled with occupant sensors that automatically reduce lighting power by 50% or more within 20 minutes of when the areas are unoccupied. The occupant sensors control lighting in each aisleway independently and do not control lighting beyond the aisleway being controlled by the sensor. Lights not turned off by occupant sensors is done so by time-switch. | ☐Complies<br>☐Does Not<br>☐Not Observable<br>☐Not Applicable | |
| C405.2.1.3 [EL20][1] | Occupant sensor control function in open plan office areas: Occupant sensor controls in open office spaces >= 300 sq.ft. have controls 1) configured so that general lighting can be controlled separately in control zones with floor areas <= 600 sq.ft. within the space, 2) general lighting in each zone permitted to turn on upon occupancy in control zone, 3) automatically turn off general lighting in all control zones within 20 minutes after all occupants have left the space, 4) are configured so that general lighting power in each control zone is reduced by >= 80% of the full zone general lighting power within 20 minutes of all occupants leaving that control zone. | ☐Complies<br>☐Does Not<br>☐Not Observable<br>☐Not Applicable | |
| C405.2.2, C405.2.2.1 [EL21][2] | Each area not served by occupancy sensors (per C405.2.1.1) have time-switch controls and functions detailed in sections C405.2.2.1. | ☐Complies<br>☐Does Not<br>☐Not Observable<br>☐Not Applicable | |

| 1 | High Impact (Tier 1) | 2 | Medium Impact (Tier 2) | 3 | Low Impact (Tier 3) |
|---|---|---|---|---|---|

| Section # & Req.ID | Rough-In Electrical Inspection | Complies? | Comments/Assumptions |
|---|---|---|---|
| C405.2.4, C405.2.4.1, C405.2.4.2 [EL23][2] | Daylight zones provided with individual controls that control the lights independent of general area lighting. See code section C405.2.3 Daylight-responsive controls for applicable spaces, C405.2.3.1 Daylight responsive control function and section C405.2.3.2 Sidelit zone. | ☐Complies ☐Does Not ☐Not Observable ☐Not Applicable | |
| C405.2.5 [EL27][1] | Additional interior lighting power allowed for special functions per the approved lighting plans and is automatically controlled and separated from general lighting. | ☐Complies ☐Does Not ☐Not Observable ☐Not Applicable | |
| C405.7 [EL26][2] | Low-voltage dry-type distribution electric transformers meet the minimum efficiency requirements of Table C405.6. | ☐Complies ☐Does Not ☐Not Observable ☐Not Applicable | |
| C405.8 [EL27][2] | Electric motors meet the minimum efficiency requirements of Tables C405.7(1) through C405.7(4). Efficiency verified through certification under an approved certification program or the equipment efficiency ratings shall be provided by motor manufacturer (where certification programs do not exist). | ☐Complies ☐Does Not ☐Not Observable ☐Not Applicable | |
| C405.9.1, C405.9.2 [EL28][2] | Escalators and moving walks comply with ASME A17.1/CSA B44 and have automatic controls configured to reduce speed to the minimum permitted speed in accordance with ASME A17.1/CSA B44 or applicable local code when not conveying passengers. | ☐Complies ☐Does Not ☐Not Observable ☐Not Applicable | |
| C405.10 [EL29][2] | Total voltage drop across the combination of feeders and branch circuits <= 5%. | ☐Complies ☐Does Not ☐Not Observable ☐Not Applicable | |
| C405.1.1 [EL30][2] | At least 90% of dwelling unit permanently installed lighting shall have lamp efficacy >= 65 lm/W or luminaires with efficacy >= 45 lm/W or comply with C405.2.4 or C405.3. | ☐Complies ☐Does Not ☐Not Observable ☐Not Applicable | |
| C405.11, C405.11.1 [EL31][2] | 50% of 15/20 amp receptacles installed in enclosed offices, conference rooms, copy rooms, break rooms, classrooms and workstations and > 25% of branch circuit feeders for modular furniture will have automatic receptacle control in accordance with C405.11.1. | ☐Complies ☐Does Not ☐Not Observable ☐Not Applicable | |

**Additional Comments/Assumptions:**

| 1 | High Impact (Tier 1) | 2 | Medium Impact (Tier 2) | 3 | Low Impact (Tier 3) |
|---|---|---|---|---|---|

TAMU-01239

| Section # & Req.ID | Final Inspection | Complies? | Comments/Assumptions |
|---|---|---|---|
| C303.3, C408.2.5.2 [FI17][3] | Furnished O&M instructions for systems and equipment to the building owner or designated representative. | ☐Complies ☐Does Not ☐Not Observable ☐Not Applicable | |
| C408.1.1 [FI57][1] | Building operations and maintenance documents will be provided to the owner. Documents will cover manufacturers' information, specifications, programming procedures and means of illustrating to owner how building, equipment and systems are intended to be installed, maintained, and operated. | ☐Complies ☐Does Not ☐Not Observable ☐Not Applicable | |
| C408.2.5 [FI16][3] | Furnished as-built drawings for electric power systems within 90 days of system acceptance. | ☐Complies ☐Does Not ☐Not Observable ☐Not Applicable | |
| C408.3 [FI33][1] | Lighting systems have been tested to ensure proper calibration, adjustment, programming, and operation. | ☐Complies ☐Does Not ☐Not Observable ☐Not Applicable | |

**Additional Comments/Assumptions:**

| 1 | High Impact (Tier 1) | 2 | Medium Impact (Tier 2) | 3 | Low Impact (Tier 3) |
|---|---|---|---|---|---|

TAMU-01936

# SSC Service Solutions

# TEXAS A&M UNIVERSITY

## COLLEGE STATION, TEXAS

PROJECT MANUAL FOR:

## TAMU CORPS DORMS RESTROOM RENOVATIONS
## SSC No. 2024-06316
## KA No. 2024020

VOLUME 1



**Date 04.26.2024**

**PREPARED BY:**
**SSC**
**Facilities Services**
**Engineering Design and Construction Services**
**979-845-5317/Fax  979-862-1661**

(A) – authored by Architect          (O) – authored by Owner
(MEP) – authored by MEP Engineer

**SECTION 00 01 10 - TABLE OF CONTENTS**

| SECTIONS | ISSUE DATE | REVISED |
|---|---|---|

**COVER & TABLE OF CONTENTS**
00 00 00   COVER SHEET ................................................................. 26 APR 2024
00 01 02   TABLE OF CONTENTS ....................................................... 26 APR 2024

**DIVISION 00 — PROCUREMENT AND CONTRACTING REQUIREMENTS**
00 01 07.1 ARCHITECT SEAL PAGE (A) ............................................. 26 APR 2024
00 01 07.5 MEP SEAL PAGE (MEP) ................................................... 26 APR 2024

**DIVISION 01 — GENERAL REQUIREMENTS**
01 10 00   SUMMARY OF WORK (O) .................................................. 26 APR 2024
01 25 00   SUBSTITUTION PROCEDURES (O) .................................... 26 APR 2024
01 25 00.13 SUBSTITUTION REQUEST FORM (A) ............................... 26 APR 2024
01 29 00   PAYMENT PROCEDURES (O) ........................................... 26 APR 2024
01 31 00   PROJECT MANAGEMENT (O) ........................................... 26 APR 2024
01 31 50   PROJECT MEETINGS (O) ................................................. 26 APR 2024
01 32 00   CONSTRUCTION PROGRESS DOCUMENTATION (O) .......... 26 APR 2024
01 33 00   SUBMITTAL PROCEDURES (O) ........................................ 26 APR 2024
01 34 00   SHOP DRAWINGS, PRODUCT DATA AND SAMPLES (O) ..... 26 APR 2024
01 42 00   REFERENCES (O) ........................................................... 26 APR 2024
01 43 00   QUALITY ASSURANCE (O) .............................................. 26 APR 2024
01 45 00   QUALITY CONTROL (O) ................................................... 26 APR 2024
01 50 00   TAMU TEMPORARY FACILITIES AND CONTROLS (O) ........ 26 APR 2024
01 60 00   PRODUCT REQUIREMENTS (O) ...................................... 26 APR 2024
01 73 50   CUTTING AND PATCHING (O) .......................................... 26 APR 2024
01 74 00   CLEANING AND WASTE MANAGEMENT (O) ...................... 26 APR 2024
01 77 00   CLOSEOUT PROCEDURES (O) ........................................ 26 APR 2024
01 78 20   FACILITIES MANAGEMENT DATA SPECIFICATION-NEW (O) .. 26 APR 2024
01 78 23   OPERATION AND MAINTENANCE DATA (O) ....................... 26 APR 2024

**DIVISION 02 — EXISTING CONDITIONS**
02 41 19   SELECTIVE DEMOLITION ............................................... 26 APR 2024

**DIVISION 03 — CONCRETE**
03 30 00   CAST-IN-PLACE CONCRETE (A) ...................................... 26 APR 2024
03 54 16   HYDRAULIC CEMENT UNDERLAYMENT (A) ..................... 26 APR 2024

**DIVISION 06 — WOOD, PLASTICS, AND COMPOSITES**
06 10 53   MISCELLANEOUS ROUGH CARPENTRY (A) ...................... 26 APR 2024

**DIVISION 07 — THERMAL AND MOISTURE PROTECTION**
07 84 13   PENETRATION FIRESTOPPING (A) .................................. 26 APR 2024
07 84 46   FIRE-RESISTIVE JOINT SYSTEMS (A) ............................. 26 APR 2024
07 92 00   JOINT SEALANTS (A) ..................................................... 26 APR 2024

**DIVISION 08 — OPENINGS**
08 16 13   FIBERGLASS REINFORCED DOORS AND FRAMES (A) ....... 26 APR 2024
08 31 13   ACCESS DOORS AND FRAMES (A) ................................. 26 APR 2024
08 71 00   DOOR HARDWARE (A) .................................................... 26 APR 2024

**DIVISION 09 — FINISHES**
09 21 16.23 GYPSUM BOARD SHAFT WALL ASSEMBLIES (A) ........... 26 APR 2024
09 22 16   NON-STRUCTURAL METAL FRAMING (A) ........................ 26 APR 2024
09 29 00   GYPSUM BOARD (A) ...................................................... 26 APR 2024
09 30 00   TILING (A) .................................................................... 26 APR 2024
09 81 16   ACOUSTICAL BLANKET INSULATION (A) ......................... 26 APR 2024
09 91 00   PAINTING (A) ................................................................ 26 APR 2024

**DIVISION 10 — SPECIALTIES**
10 28 00    TOILET, BATH, AND CUSTODIAL ACCESSORIES (A) ....................................... 26 APR 2024

**DIVISION 12 — FURNISHINGS**
12 36 62    SOLID SURFACING MATERIAL (A) ............................................................. 26 APR 2024

**DIVISION 21 — FIRE SUPPRESSION**
21 00 55    BASIC FIRE SUPPRESSION MATERIALS AND METHODS (MEP) ...................... 26 APR 2024
21 01 00    SPECIAL CONDITIONS FOR ALL FIRE SUPPRESSION WORK (MEP) ............... 26 APR 2024
21 05 13    COMMON WORK RESULTS FOR FIRE SUPPRESSION (MEP) ........................ 26 APR 2024
21 13 13    FIRE SUPPRESSION PIPING WET-PIPE SPRINKLER SYSTEM (MEP) .............. 26 APR 2024

**DIVISION 22 — PLUMBING**
22 00 06    PLUMBING DEMOLITION (MEP) ................................................................ 26 APR 2024
22 01 00    SPECIAL CONDITIONS FOR ALL PLUMBING WORK (MEP) ............................. 26 APR 2024
22 05 00    BASIC PLUMBING MATERIALS AND METHODS (MEP) .................................. 26 APR 2024
22 05 19    METERS AND GAUGES FOR PLUMBING (MEP) ........................................... 26 APR 2024
22 05 23    GENERAL-DUTY VALVES FOR PLUMBING PIPING (MEP) ............................. 26 APR 2024
22 05 29    HANGERS AND SUPPORTS FOR PLUMBING PIPING AND EQUIPMENT (MEP)  26 APR 2024
22 05 53    IDENTIFICATION FOR PLUMBING PIPING AND EQUIPMENT (MEP) ................. 26 APR 2024
22 07 16    PLUMBING INSULATION (MEP) ................................................................. 26 APR 2024
22 11 16    DOMESTIC WATER PIPING (MEP) ............................................................ 26 APR 2024
22 11 19    DOMESTIC WATER PIPING SPECIALTIES (MEP) ........................................ 26 APR 2024
22 13 16    SANITARY WASTE AND VENT PIPING (MEP) ............................................. 26 APR 2024
22 13 19    DRAIN PIPING SPECIALTIES (MEP) .......................................................... 26 APR 2024
22 41 00    PLUMBING FIXTURES (MEP) ................................................................... 26 APR 2024

**DIVISION 23 — HEATING VENTILATING AND AIR CONDITIONING**
23 00 05    MECHANICAL DEMOLITION (MEP) ........................................................... 26 APR 2024
23 01 00    SPECIAL CONDITIONS FOR ALL MECHANICAL WORK (MEP) ........................ 26 APR 2024
23 05 13    BASIC MECHANICAL MATERIALS AND METHODS (MEP) ............................. 26 APR 2024
23 05 53    MECHANICAL IDENTIFICATION (MEP) ....................................................... 26 APR 2024
23 05 93    TESTING, ADJUSTING AND BALANCING (MEP) ......................................... 26 APR 2024
23 07 19    MECHANICAL INSULATION (MEP) ............................................................ 26 APR 2024
23 31 13    METAL DUCTS (MEP) ............................................................................. 26 APR 2024
23 33 00    DUCT ACCESSORIES (MEP) .................................................................... 26 APR 2024
23 37 13    DIFFUSERS, REGISTERS AND GRILLES (MEP) .......................................... 26 APR 2024

**DIVISION 26 — ELECTRICAL**
26 00 05    ELECTRICAL DEMOLITION (MEP) ............................................................ 26 APR 2024
26 00 15    GENERAL CONDITIONS FOR ALL ELECTRICAL WORK (MEP) ........................ 26 APR 2024
26 00 50    BASIC ELECTRICAL MATERIALS AND METHODS (MEP) .............................. 26 APR 2024
26 05 19    CONDUCTORS AND CABLES (MEP) .......................................................... 26 APR 2024
26 05 26    GROUNDING AND BONDING (MEP) ........................................................... 26 APR 2024
26 05 33    RACEWAYS AND BOXES (MEP) ............................................................... 26 APR 2024
26 05 53    ELECTRICAL IDENTIFICATION (MEP) ........................................................ 26 APR 2024
26 09 23    LIGHTING CONTROL DEVICES (MEP) ....................................................... 26 APR 2024
26 13 10    PULL AND JUNCTION BOXES (MEP) ......................................................... 26 APR 2024
26 51 00    INTERIOR LIGHTING (MEP) ..................................................................... 26 APR 2024

**DIVISION 28 — ELECTRONIC SAFETY AND SECURITY**
28 32 00    FIRE ALARM EXPANSION (MEP) .............................................................. 26 APR 2024

**DOCUMENT 00 01 07.1 - ARCHITECT SEAL PAGE**

All sections identified on the Table of Contents with a suffix of (A) have been furnished by the Architect for this Project:



**KIRKSEY**

**DOCUMENT 00 01 07.5 - MEP SEAL PAGE**

All sections identified on the Table of Contents with a suffix of (MEP) have been furnished by **CLEARLY ZIMMERMANN ENGINEERS** (Mechanical, Electrical or Plumbing Engineer) for this Project:



**MECHANICAL SEAL**



**ELECTRICAL SEAL**



**PLUMBING SEAL**

TAMU-01935

SECTION 01 10 00

SUMMARY OF WORK

PART 1 - GENERAL

1.01  RELATED DOCUMENTS

    A.  Drawings and general provisions of the Contract, including General and Supplementary Conditions and other Division 1 Specifications Sections, apply to this Section.

    B.  Owner:  The Board of Regents of The Texas A&M University System, an instrumentality of the State of Texas.  The term "Owner", "owner", "Owner's Designated Representative (ODR), or any other reference to the entity with whom the Contractor is bound in contract with, shall be synonymous for the extent of this contract and wherever found in the Contract Documents.

    C. OWNER'S DESIGNATED REPRESENTATIVE (ODR):  SOUTHEAST SERVICE CORPORATION d/b/a SSC Service Solutions, is herein referred to as "SSC," or "Owner's Designated Representative" (ODR).  The ODR is the only party authorized to direct changes to the scope, cost, or time of the Contract.

1.02  DESCRIPTION OF WORK

    A.  Work to be done:  The work to be performed under this contract and in accordance with these contract documents shall consist of furnishing all necessary plant, labor, materials, and constructing, installing, and performing all work shown and described in the contract documents, all of which are made a part thereof.

    B.  Character of Work and Mechanics:  The Work shall be executed in the best and most workmanlike manner by qualified, careful, and efficient mechanics skilled in the trade, and in strict accordance with the contract documents and standards of the industry.  Only certified journeymen in respective trades or apprentices under the direct supervision of certified journeymen will be permitted to install, supervise installation of, alter or replace electrical and mechanical systems including but not limited to:  pipe, plumbing, HVAC systems, electrical wiring, fire protection systems, welding equipment and devices.  A licensed plumber as defined by the Texas Plumbing License Law, section1301.002-#4, A-D., will accomplish installation, alteration and testing of gas systems.  A current plumbing, mechanical and electrical license, as indicated in the Supplemental General Conditions, will be recognized as certification upon approval of the Owners Designated Representative. Licenses shall be available at the pre-construction conference and from plumbers, mechanics and electricians at the job site throughout the contract performance.  Work accomplished by unlicensed mechanics shall be removed and reinstalled by the contractor using licensed mechanics at no additional cost to the University.

A.  Project Title and Location:

Project Title: TAMU Coprs Dorm Restroom Modernization
Project No.: 2024020
Project Location: 606, 664, and 665 Military Mall, College Station, TX 77840.

400 Bizzell Street
College Station, Texas  77843
Brazos County

B.  Contract Documents:  Contract Documents, dated April 26, 2024 were prepared for the project by Southeast Service Corporation (SSC), Facilities Services, Engineering, Design & Construction Services and/or their consultants by Kirksey Architecture.

E.  The Work will be constructed under a general construction contract.

1.03  PRINCIPAL FEATURES:

A.  The contractor will do all work with the building occupied and the contract work area unoccupied.  The contractor shall coordinate all work with the Owner Designated Representative (ODR) and the building occupants.

B.  Work of this contract can be summarized as follows:

1.  Full demolition and renovation of three dormitory restrooms.

1.04  STARTING WORK:

A.  The Contractor shall not start work until the eBuilder commitment approval or Notice to Proceed has been issued and all insurance certificates have been submitted, reviewed and accepted by the Owners Designated Representative (ODR).

1.  The Contractor shall provide and maintain the insurance coverage, with the minimum amounts required by the contract, until the end of the contract warranty period.  The Contractor shall present the ODR a current certificate of insurance prior to performing contract work and any required warranty work.

2.  The Contractor shall update all expired policies prior to submission for monthly payment and during the contract warranty period.  Failure to update policies shall be reason for withholding of payment until renewal is provided to the ODR.

B.  The Contractor shall notify the ODR prior to commencing any contract work.

1.05  WORK HOURS, UTILITY OUTAGE AND COORDINATION:

A. Work Hours:  Normal work hours at the University are 8:00 a.m. to 5:00 p.m., Monday through Friday.  Contract work hours shall be Monday through Friday exclusive of holidays.  Work may be permitted on Holidays at the option of SSC and at no additional cost to SSC, with written notice to SSC at least 48 hours before the start of the scheduled work.

1.  The Contractor may be allowed additional, or varied work hours, with prior approval by SSC.

B. The Contractor shall limit use of the premises to the work indicated and allow for occupancy and use during the construction.

C. Utilities:

1. Utility Outage: When a utility outage affecting occupied facilities is necessary to perform the contract work, the outage shall be performed during non-work hours at no additional cost to SSC. The contractor shall give written notice to SSC fourteen (14) days in advance of a scheduled outage. University personnel will perform disconnection and reconnection of utilities. Fourteen days advance notice is also required for connection and disconnection of temporary utilities by University personnel including but not limited to temporary water taps, electrical taps and other temporary site utilities.

2. Utility Excavation: Before performing any excavation, grading, trenching or other operations whereby existing underground utilities may be disturbed or damaged, contact the Texas Excavation Safety System (Texas 811) at 811 to have utilities marked. Also, coordinate with Campus Utilities and Energy Services and Campus Telecommunications for marking of any utilities. In accordance with Texas Utilities Code, Title 5, Chapter 251 - Underground Facility Damage Prevention And Safety, a person who intends to excavate shall notify Texas 811 not earlier than the 14th day before the date the excavation is to begin or later than the 48th hour before the time the excavation is to begin, excluding Saturdays, Sundays, and legal holidays. The contractor shall allow sufficient time for Texas 811 and campus to accomplish marking of utilities at no additional cost to the ODR or campus. Once utilities are marked, the contractor shall be responsible for maintaining the flags/paint at their proper location(s). No excavation will be permitted until all utilities existing in the area have been marked. If no utilities are marked during the utility locate process, contractor shall confirm and notify the ODR's project manager that locates have in fact been accomplished before performing any excavation. The contractor shall be responsible for the repair of underground utilities damaged as a result of contract operations at no additional cost to ODR.

3. Damage occurring to these lines, during construction, shall be repaired and/or replaced by Contractor or ODR, at the expense of the Contractor. Subsequent expenses incurred by University Staff and Personnel, resulting from the interruption of service caused by the damaging of underground utilities, shall be borne by the Contractor.

4. ODR's personnel shall be notified for inspection of all buried utilities upon discovery. Damage and repairs shall be recorded by inspectors prior to approval of backfilling.

5. Should Contractor discover "Unknown Utilities", promptly notify the ODR's personnel for direction. Such piping systems and lines shall be treated as charted lines discussed above.

6. Procedures for Notification if utility lines or piping systems are damaged during construction:

a. Facilities Services Communications Center:

College Station – 979-845-4811
Other Campuses: [PM to edit]
Gas Company: 911 (if gas lines are damaged)

b. ODR Project Manager

TAMU-01938

    c.  If unavailable, notify SSC/EDCS Resident Regional Manager: College Station at 979-446-2435.  Other Campuses: [PM to edit]

  7.  COMMUNICATIONS AND DATA: Work on telephone, fiber optic lines, data lines and other communication systems must be performed by Texas A&M personnel and/or the telephone contractor.  The Contractor shall coordinate his work with these agencies through the ODR.

D.  Coordination:  Contractor shall coordinate work with the Owner's Designated Representative, prior to beginning any work on the project.  Additionally, prior to starting work each day, the Contractor's superintendent shall inform and coordinate with the Owner's Designated Representative.

E.  Cranes:  When a crane is necessary to perform the contract work, the crane delivery, placement and lift dates shall be coordinated with the Owner's Designated Representative, Environmental Health and Safety and others as may be required such as Texas Department of Transportation and local government.  The Contractor shall give written notice to the University fourteen (14) days in advance of a required crane placement and lift.  The Contractor shall submit a Crane Lift Plan with the written notice of crane placement and lift.  The lift plan shall show the proposed crane location during the lift, the area of boom swing proposed for the lift, location and type of barricades, and affected streets, sidewalks, parking areas and buildings.  The area of boom swing shall be depicted as the arc of the boom for the proposed swing with a radius of the boom length if the boom were in the horizontal.  Contractor shall comply with OSHA and ANSI safety standards for cranes.

F.  Inspection of Work:  The Contractor shall not cover up any Work with finishing materials or other building components prior to an inspection of the Work by the ODR project inspector.  Should corrections of the Work be required for approval, cover-up shall be delayed until another inspection can be made and approval is granted.

  1.  The Contractor shall be responsible for providing notification of at least seven (7) WORKING days, to the ODR project inspector of the anticipated need for a cover-up inspection. Should the ODR project inspector fail to make the necessary inspection within the seven (7) working days, the Contractor may not proceed to cover up the Work until the inspection has been completed.

  2.  The Contractor will notify the ODR project inspector a minimum of 24-hours in advance of any concrete pour.  The ODR project inspector will inspect, approve or disapprove formwork, vapor retarder, fill, reinforcing/structural steel and utility line placements.  Contractor will not pour concrete until the ODR project inspector has approved the Work.

1.06  UNIVERSITY OCCUPANCY

A.  University Occupancy:  University may occupy the adjacent facilities during the entire period of the contract operations.  Cooperate fully with the University representative during contract operations to minimize conflicts and to facilitate University usage.

1.07 PARKING, STORAGE AND SITE RESTRICTIONS: Confine operations at the site to the areas permitted under the Contract. Portions of the site beyond areas for which work is indicated are not to be disturbed. Comply with the Owner's requirements concerning the Contractor's operations and use of the premises, parking, loading and unloading.

A. Keep existing driveways and entrances serving the adjacent University facilities and parking spaces clear and available to the, visitors, staff and service vehicles at all times. Do not use these areas for parking or storage of materials.

B. Keep all storage areas free of debris, refuse, spills, leaks, stains, splashes and excess materials. All storage areas shall be maintained in a neat, clean, and safe condition. Do not unreasonably encumber the site with materials or equipment. Stockpiling of materials and the locations of storage sheds, trailers or temporary field offices shall be confined to the area designated by the University. If additional storage is necessary obtain and pay for such storage off site. Use of designated area(s) shall be coordinated with SSC/University.

C. Contractor storage and parking are at the job site in an area to be designated by SSC/University. Parking is not allowed on sidewalks, drives, or roadway. Do not block parking spaces.

D. Lock automobiles and other mechanized or motorized construction equipment, when parked and unattended, to prevent unauthorized use. Do not leave vehicles or equipment unattended with the motor running or the ignition key in place. Contractor shall not allow any construction equipment to be parked on adjacent streets at night.

E. Designated roads shall be used for construction traffic. Contractor shall not close, block, or otherwise obstruct roads at any time without written permission of the University and where required the local government. Contractor shall keep all debris and mud off all sidewalks and streets. Immediately clean all debris and mud that is a result of contract operations.

1.08 EXISTING FACILITIES AND CONDITIONS: Maintain the existing facilities in a safe condition throughout the demolition period.

A. Areas designated around, or near the building will be made available for contractor staging and dumpsters. Coordinate with ODR and University.

B. Prior to commencement of contract work, inspect areas in which work will be performed. Document and photograph existing conditions of structure, surfaces, equipment, and condition of surrounding properties, which could be misconstrued as damage resulting from demolition work or other contract operations. Inspection shall be verified, signed by, and filed with the Owner or Owners Representative prior to starting work."

C. Structural Building Components: Unless indicated on the Construction Documents, do not cut or modify any structural building component (e.g. column, beam, floor slab) without prior approval of Structural Engineer. If an existing structural component is accidentally cut, the remedial design work shall be by a Professional Structural Engineer licensed in Texas. The construction contractor is responsible for engaging the Structural Engineer and for payment of all design fees.

1.09 FIRE REGULATIONS: Comply with National Fire Protection Association, NFPA 241 guidelines. The contractor shall use no explosives or fire in performing the work. Contractor shall understand and comply with OSHA welding and cutting requirements.

    A. Coordinate all work on existing fire alarm and fire suppression systems with the ODR inspector prior to the start of contract work. Any work that could cause dust or fumes must be coordinated with the ODR prior to commencing so the fire alarm system can be modified and protected as necessary.

1.10 CLEANUP: The contractor shall dispose of all trash, debris, refuse, garbage, etc., which is generated by the contractor during the contract. Building sites shall be cleaned on a daily basis and disposal shall be outside the limits of University property. Contractor shall routinely empty dumpsters to prevent wind-blown debris. Disposal shall be by sanitary landfill or other approved methods and shall conform to all local, state, and federal guidelines, criteria, and regulations.

1.11 ENERGY CONSERVATION: The contractor shall use good judgment in the conservation of utilities. Prevailing energy conservation practices shall be adhered to and enforced by the contractor.

1.12 SPECIAL STORAGE: The following shall apply when required to perform contract operations.

    A. Petroleum Storage:

    1. The contractor shall store all fuel or petroleum products, whether new or used, in appropriate containers and within a bermed area with an impermeable liner (40 mil) or other approved containment measures. All storage areas shall be marked with appropriate signage (i.e., Flammable Storage - No Smoking Within 50 ft). All fuel tanks and petroleum storage containers shall be structurally sound and in good condition, be kept sealed when not in use, and be grounded and bonded according to NFPA Requirements.

    2. The containment area shall be sized to hold fluid volume equal to 110% of the largest storage container, with a minimum of one foot of freeboard for earthen berms. The contractor shall immediately clean up and dispose of any evidence of a fuel or oil spill in conformance with all federal and state regulations at no additional cost to the University.

    3. The contractor shall remove bermed areas at the completion of the job and restore the area to its original condition. The contractor shall immediately clean up and dispose of any evidence of a fuel or oil spill in conformance with all federal and state regulations. Costs of all soil tests as a result of spills shall be a responsibility of the contractor.

    4. The contractor shall keep all other storage areas free of debris, leaks, stains, or splashes. All storage areas shall be maintained in a neat, clean, and safe condition. Any areas that incur contamination by any hazardous substance shall be immediately remediated by the contractor at no additional expense to SSC/University. Remediation may include subsequent soil analysis if directed by SSC/University. The contractor shall store all paints, thinners, solvents and other hazardous materials in a contractor supplied trailer or storage unit, which shall be secured when not in use.

1.13 TESTING PARAGRAPHS: Testing indicated in these contract documents to be performed by University or the Owner will be performed at the option of the University.

1.14 SAFETY:

A. Comply with all applicable Occupational Safety and Health Act (OSHA) Standards and Regulations.

B. Furnish and install all necessary safeguards to provide safety and protection of the public and University property adjacent to the contract work area. Comply with all applicable federal, state, and local laws, regulations, ordinances, policies and standards related to the safety of the public and University property while performing contract operations.

C. Speed Limit: Contractor shall notify all employees and subcontractors of the speed limit of the adjacent streets and ensure all personnel understand and comply with this requirement.

D. Temporary Roads and Paved Areas: Construct and maintain temporary roads and paved areas adequate to support loads and to withstand exposure to traffic during contract operations.

E. Temporary Traffic Controls: Furnish and install Temporary Traffic Controls (TTC) in accordance with the Texas Manual on Uniform Traffic Control Devices (TMUTCD). Submit a temporary traffic control plan for vehicular and pedestrian traffic to the project Engineer for approval prior to the start of construction operations. Pedestrian traffic control plans shall provide a safe, convenient and accessible travel path that replicates as nearly as possible the most desirable characteristics of the existing sidewalks or footpaths throughout all phases of construction. Provide for continuous operation of signs and barricades designating restricted or dangerous conditions including but not limited to: illuminated barricades, danger signals, warning signs and obstructions.

F. Site Safety: Do not leave the work areas in an unsecured or unsafe condition at any time during contract operations. Contractor personnel and equipment operators shall monitor their surroundings at all times and be alert for people moving in or adjacent to contract work areas. Contractor shall use spotters when moving vehicles through the construction sites and no construction vehicles (i.e. backhoes, bobcats, etc.) shall be left unsecured on site. Contractor shall furnish and install temporary fences, barricades, signs and other required items to:

1. Warn/notify adjacent building occupants
2. Protect construction materials
3. Prevent unauthorized personnel from entering the construction site.
4. Redirect vehicular and pedestrian traffic flow when required to perform contract operations; comply with paragraph E above, Temporary Traffic Controls.

G. Prior to spraying paint, coatings or power washing exterior structures the following criteria shall be met:

1. Contractor shall provide ODR and University forty eight (48) hours' notice prior to spraying any material, including primer, paint or coatings.
2. Consider use of dry-fall paint when spray painting large areas of structure (e.g. metal building frames) or materials by conventional or airless spray.

3.  The Contractor shall provide all necessary barricades, signs, warning of spray area as determined in the preconstruction conference.  The Contractor shall set these signs out the night before spraying begins.

4.  The Contractor shall be responsible for the removal of signs and barricades at the completion of the job.

5.  The Contractor shall protect any automobile, bicycle, vehicle or other property which is located in a warning area where contact with the Owner has not been made.

6.  The Contractor shall employ approved wind screens, protective shrouds and other protection methods during all paint and coating applications. The Contractor is responsible for all overspray and shall have sole liability where damage occurs as a result of this work.

7.  Spray equipment shall be as recommended by the materials manufacturer.  Spray operations shall be performed only during adequate period of calm weather with winds not exceeding 15 miles per hour.  Protect all property from overspray or other damage.

8.  To prevent sparking a flammable substance, smoking and other sources of flame near spray painting operations are prohibited and tools shall be properly rated and grounded for work in a spray painting area.

1.15  TREES, SHRUBS, AND HEDGES:  Coordinate all tree protection procedures through SSC Grounds Management.  Take appropriate measures to prevent injury to plants in or near the project site unless designated to be removed.  Do not remove or prune any plants without approval from SSC/University or designated representative. No tree, shrub or hedge, or portion of a tree, shrub or hedge shall be removed that contains actively nesting birds unless approved by SSC/University.  Actively nesting migratory birds will also require a permit be obtained from the U.S. Fish and Wildlife Service. Plants which are damaged during construction shall be replaced at no expense to SSC/University. Contractor shall remove all trees, tree branches, shrubs and plants that will interfere, encroach upon, or otherwise obstruct new construction and contract operations at no additional cost to SSC/University.

1.16  ENVIRONMENTAL REQUIREMENTS:

A.  Compliance with Environmental Laws:  The contractor shall comply, and assure that all subcontractors comply, with all applicable federal, state, and local laws, regulations, ordinances, policies and standards related to environmental matters.  The contractor shall also comply, and assure that all subcontractors comply, with all applicable specific instructions, policies, or references contained herein.

B.  Contractors involved in projects that include the removal and/or disposal of polychlorinated biphenyl (PCB) contaminated light ballasts shall comply with the requirements of 40 CFR 761. PCB containing ballasts are a special waste and must be managed as such.  The contractor shall immediately notify SSC/University when activities involving the removal of PCB light ballasts begin.

Contractors involved in projects that include the removal and/or disposal of fluorescent, mercury vapor, or HID Sodium Vapor lamps shall comply with the requirements of this section.  Fluorescent lamps have been determined, by the TCEQ to be hazardous waste and must be managed in accordance with 40 CFR 260-279, and 30 TAC 330-335.  The contractor shall immediately notify SSC/University when activities involving the removal of the aforementioned lamps begin.

C.  Nuisance and Polluting Activity Prohibited:  Polluting, dumping, or discharging of any harmful, nuisance, or regulated materials (such as concrete truck washout, vehicle maintenance fluids, residue from saw cutting operations, solid waste and hazardous substances) into building drains, site drains, streams, waterways, holding ponds or to the ground surface shall not be permitted.  The contractor shall be held responsible for any damages that may result.  Further, the contractor shall conduct activities in such a fashion to avoid creating any legal nuisance, including but not limited to, suppressing noise and dust, controlling erosion, and implementing other measures as necessary to minimize off-site impacts of work activities.

D.  Should the contractor encounter previously unidentified and suspect asbestos-containing materials (ACM), mold, hazardous or potentially hazardous material or suspected lead containing paint which must be disturbed to comply with the contract documents, the contractor shall cease all work that would disturb the suspect material and shall immediately notify the Owner's Designated Representative.  The Owner shall take steps, as appropriate, to ascertain the material's composition and determine any remedial action necessary.  The Contractor will remove contract work crews from the area of the work site affected by the suspect materials and continue work on other parts of the project as feasible.  Contractor shall return to abandoned work area after the owner has determined the composition of the suspect material and completed any required remedial action.

E. Contractor is responsible for all materials brought on site, including hazardous materials.  All hazardous waste or special waste generated by the contractor as a result of contract operations shall be identified, characterized, containerized and transported to a permitted disposal facility in strict accordance with the requirements of 40 CFR 260-279 (Hazardous waste and used oil regulations), 30 TAC 324, 330-335 (TCEQ Hazardous and Industrial Waste Regulations).

1.17 WARRANTY PERIOD: Except as may be otherwise specified in the Contract Documents, the Contractor shall repair all defects in materials, equipment, or workmanship appearing within one year from the date of Substantial Completion of the Work.  If Substantial Completion occurs by phase, then the warranty period for that particular Work begins on the date of such occurrence, or as otherwise stipulated on the Certificate of Substantial Completion for the particular Work.

1.18  COLOR AND MATERIAL SELECTIONS:

A.  No color selections and no material selections will be made by SSC/University until the contractor submits all samples of all materials requiring color selections to SSC/University.  In addition, prior to SSC/University selecting colors, the contractor shall certify in writing that all colors and samples submitted are current and are acceptable to the contractor for SSC/University's selection.

B.  Any samples that are not applicable to the contract shall be carefully removed from the submittal by the contractor.  The contractor shall submit the manufacturer's full range of applicable colors, patterns, and textures for the various materials that are required by the contract and within the guidelines hereinbefore stated.

C.  In the event that discontinued, non-current or non-applicable colors, textures, or samples are submitted by the contractor and their selection is made by SSC/University, the contractor shall bear all labor and material correction costs for fabrication, shipping, restocking, removal, repair of damaged materials, and installing of all materials required by SSC/University to correct the project.

PART 2 - PRODUCTS

Not Used

PART 3 - EXECUTION

Not Used

**END OF SECTION**

TAMU-01145

SECTION 01 25 00

SUBSTITUTION PROCEDURES

PART 1 - GENERAL

1.01    SECTION INCLUDES:

A.    General requirements for product options and substitution procedures.
B.    Material and product options.
C.    Substitutions.
D.    Coordination.

1.02    RELATED SECTIONS:

A.    Section 01 10 00 - Summary of Work.
B.    Section 01 31 00 - Project Management and Coordination
C.    Section 01 33 00 - Submittal Procedures
D.    Section 01 34 00 - Shop Drawings, Product Data and Samples.
E.    Section 01 60 00 - Product Requirements.
F.    Section 01 77 00 - Closeout Procedures.

1.03    GENERAL:

A.    In addition to Uniform General and Supplementary Conditions, comply with product option and substitution requirements specified in this Section.

1.04    MATERIAL AND PRODUCT OPTIONS:

A.    Materials and Products Specified by Reference Standards, by Performance, or by Description Only:  Any product meeting specified requirements.

B.    Materials and Products Specified by Naming Products of One or More Manufacturers with a Provision for an Equivalent Product:  Submit one of the products listed which complies with specified requirements or submit a request for substitution for a product of manufacturer not specifically named which complies with specified requirements.

C.    Materials and Products Specified by Naming Products of Several Manufacturers Meeting Specifications:  Submit one of the products listed which complies with specified requirements or submit a request for substitution for a product of manufacturer not specifically named which complies with specified requirements.

1.05    SUBSTITUTIONS

A.    Within sixty (60) days after date of Owner's Notice to Proceed, A/E will consider requests from Contractor for substitutions.  Subsequently, substitutions will be considered only when a material or product becomes unavailable due to no fault of Contractor or as follows:

1. Lockouts,
2. Strikes,
3. Bankruptcy,
4. Discontinuation of product,
5. Proven shortage,
6. Other similar occurrences.

B. Each proposed substitution of materials or products for that one specified is a representation by Contractor that it has personally investigated the substitution and determined that the proposed substitution is equivalent or superior to that specified in quality, durability and serviceability, design, appearance, function, finish, performance, and of size and weight which will permit installation in spaces provided and allow adequate service access. Additionally, Contractor agrees that it will provide and/or do the following:

1. Same warranty on substitution as for specified product or material,
2. Coordinate installation and make other changes that may be required for Work to be complete in all respects,
3. Waive claims for additional costs which may subsequently become apparent,
4. Verify that proposed materials and products comply with applicable building codes and governing regulations and, where applicable, has approval of governing authorities having jurisdiction.

C. The A/E will review requests from Contractor for substitutions with the ODR. Do not purchase or install substitute materials and products without written approval. The A/E will give written notice to Contractor and the ODR of acceptance or rejection within a reasonable time.

D. Document each request for substitution with complete data substantiating compliance of proposed substitution with Contract Documents. As appropriate include:

1. Reason for the proposed substitution,
2. Change in Contract Sum and Contract Time, if any,
3. Effect on WPS and completion date,
4. Changes in details and construction of related work required due to substitution,
5. Drawings and samples,
6. Product identification and description,
7. Performance and test data,
8. Itemized comparison of the qualities of the proposed substitution to the product specified including durability, serviceability, design, appearance, function, finish, performance, size and space limitations, vibration, noise, and weight,
9. Availability of maintenance service, source and interchangeability of parts or components,
10. Additional information as requested.

E. In the event of credit change in the cost, the Owner shall receive all benefit of the reduction in cost of the proposed substitution. Credit shall be established prior to final approval of the proposed substitution and will be adjusted by Change Order.

A.   Substitutions will not be considered when they are indicated or implied on shop drawing or product data submittals without separate written request, without having been reviewed and approved by Contractor, or when acceptance will require substantial revision of Contract Documents without additional compensation to A/E.

G.   In the event that the Contractor or Subcontractor has neglected to place an order for specified materials and products to meet the WPS, specified requirements, color schemes or other similar provisions, such failure or neglect shall not be considered as legitimate grounds for an extension of completion time nor shall arbitrary substitutions be considered to meet completion date.

H.   Only one request for substitutions will be considered for each product.  When substitutions are not accepted, the Contractor shall provide specified product.

I.   Should substitution be accepted, and substitution subsequently is defective or otherwise unsatisfactory, replace defective material with specified material at no cost to Owner.

1.06   COORDINATION:

A.   When a specified, optional, specified by reference standard, or proposed substitution item of equipment or material is submitted which requires minor changes or additions to the designed structure, finishes or to mechanical and/or electrical services due to its requirements being different from those shown on the Contract Documents, itemize the changes required and attach to submittal.  Do not proceed with changes without written approval from the A/E.

B.   Contractor shall make adjustments and changes required to coordinate Work for installation of optional materials and products, approved substitutions and materials and products specified by reference standards without additional costs to Owner or A/E.

PART 2 – PRODUCTS

NOT USED

PART 3 – EXECUTION

NOT USED

END OF SECTION

**SECTION 01 25 00.13 - SUBSTITUTION REQUEST FORM**
PROJECT: _____

TO:    _____
NO.    _____
DATE:_____

Contractor hereby requests acceptance of the following product or system as a substitution in accordance with provisions of Division 01 Section "Substitution Procedures:"

**1.    SPECIFIED PRODUCT OR SYSTEM**

Substitution request for:    _____

Specification Section No.: _____ Article/ Paragraph: _____

**2.    REASON FOR SUBSTITUTION REQUEST**

SPECIFIED PRODUCT . . .

☐    Is no longer available.

☐    Is unable to meet project schedule.

☐    Is unsuitable for the designated application.

☐    Cannot interface with adjacent materials.

☐    Is not compatible with adjacent materials.

☐    Cannot provide the specified warranty.

☐    Cannot be constructed as indicated

☐    Cannot be obtained due to one or more of the following:

    ☐    Strike

    ☐    Lockout

PROPOSED PRODUCT . . .

☐    Will reduce construction time

☐    Will result in cost savings of

    $ _____ to Project

☐    Is for supplier's convenience

☐    Is for subcontractor's convenience

☐    Other:_____

_____

    ☐    Bankruptcy of manufacturer or supplier

    ☐    Similar occurrence (explain below)

**3.    SUPPORTING DATA**

☐    Drawings, specifications, product data, performance data, test data, and any other necessary information to facilitate review of the Substitution Request is attached.

☐    Sample is attached.

☐    Sample will be sent if requested.

**4.    QUALITY COMPARISON**

Provide all necessary side-by-side comparative data as required to facilitate review of Substitution Request:

    SPECIFIED PRODUCT    PROPOSED PRODUCT

Manufacturer:    _____    _____

Name / Brand:    _____    _____

Catalog No.:    _____    _____

Vendor:    _____    _____

Variations:    _____    _____

(Add Additional Sheets If Necessary)

Local Distributor or Supplier: _____

Maintenance Service Available:  ☐ Yes          ☐ No

Spare Parts Source: _____

Warranty: ☐ Yes     ☐ No     _____ Years

## 5.   PREVIOUS INSTALLATIONS

Identification of at least three similar projects on which proposed substitution was used:

PROJECT #1:

Project:          _____

Address:  _____

              _____

Architect:  _____

Owner:          _____

Contractor:      _____

Date Installed: _____

PROJECT #2:

Project:          _____

Address:  _____

              _____

Architect:  _____

Owner:          _____

Contractor:      _____

Date Installed: _____

## 6.   EFFECT OF SUBSTITUTION

Proposed substitution affects other work or trades:    ☐ No   ☐ Yes  (if yes, explain)

_____

_____

Proposed substitution requires dimensional revisions or redesign of architectural, structural, M-E-P, life safety, or other work:

      ☐ No              ☐ Yes  (if yes, attach data explaining revisions)

7.  **STATEMENT OF CONFORMANCE OF REQUEST TO CONTRACT REQUIREMENTS**

Contractor and Subcontractor have investigated the proposed substitution and hereby represent that:

A.  They have personally investigated the proposed substitution and believe that it is equal to or superior in all respects to specified product, except as stated above;

B.  The proposed substitution is in compliance with applicable codes and ordinances;

C.  The proposed substitution will provide same warranty as specified for specified product;

D.  They will coordinate the incorporation of the proposed substitution into the Work, and will include modifications to the Work as required to fully integrate the substitution;

E.  They have included complete cost data and implications of the substitution (attached);

F.  They will pay any redesign fees incurred by the Architect or any of the Architect's consultants, and any special inspection costs incurred by the Owner, caused by the use of this product;

G.  They waive all future claims for added cost or time to the Contract related to the substitution, or that become known after substitution is accepted.

H.  The Architect's approval, if granted, will be based upon reliance upon data submitted and the opinion, knowledge, information, and belief of the Architect at the time decision is rendered and Addendum is issued; and that Architect's approval therefore is interim in nature and subject to reevaluation and reconsideration as additional data, materials, workmanship, and coordination with other work are observed and reviewed.

Contractor:_____

*(Name of Contractor)*

Date:_____     By: _____

Subcontractor:_____

*(Name of Subcontractor)*

Date:_____     By: _____

***Note:  Unresponsive or incomplete requests will be rejected and returned without review.***

8.  **ARCHITECT'S REVIEW AND ACTION**

☐   Substitution is accepted.

☐   Substitution is accepted, with the following comments:_____

_____

_____

☐   Resubmit Substitution Request:

☐ Provide more information in the following areas: _____

_____

_____

☐   Provide proposal indicating amount of savings / credit to Owner

☐   Bidding Contractor shall sign Bidder's Statement of Conformance

☐   Bidding Subcontractor shall sign Bidder's Statement of Conformance

☐    Substitution is not accepted:

        ☐    Substitution Request received too late.

        ☐    Substitution Request received directly from subcontractor or supplier.

        ☐    Substitution Request not submitted in accordance with requirements.

        ☐    Substitution Request Form is not properly executed.

        ☐    Substitution Request does not indicate what item is being proposed.

        ☐    Insufficient information submitted to facilitate proper evaluation.

        ☐    Proposed product does not appear to comply with specified requirements.

        ☐    Proposed product will require substantial revisions to Contract Documents.

By: _____

Date:_____

Architect has relied upon the information provided by the Contractor, and makes no claim as to the accuracy, completeness, or validity of such information. If an accepted substitution is later found to be not in compliance with the Contract Documents, Contractor shall provide the specified product.

**9.    OWNER'S REVIEW AND ACTION**

☐    Substitution is accepted; Architect to prepare Change Order.

☐    Substitution is not accepted.

☐    Owner will pay Architect directly for redesign fees.

☐    Include Architect's Additional Service fee for implementing the substitution in the Change Order.

By: _____

Date:_____
        *(Owner's Representative)*

**END OF FORM**

SECTION 01 29 00

PAYMENT PROCEDURES

PART 1 - GENERAL

1.01    SECTION INCLUDES:

A.    Payment requests.

1.02    RELATED SECTIONS:

A.    Section 01 11 00 - Summary of Work.
B.    Section 01 77 00 - Closeout Procedures.
C.    Section 01 34 00 - Shop Drawings, Product Data and Samples.

1.03    PAYMENT REQUESTS:

A.    General:  Except as otherwise indicated, the progress payment cycle is to be regular.  Each application must be consistent with previous applications and payments.  Certain applications for payment, such as the initial application, the application for final payment involve additional requirements.  Refer to the Uniform General and Supplemental Conditions (UGSC) for additional requirements.

B.    Progress Payments will be accomplished through eBuilder utilizing a payment application approval process.

C.    At the earliest convenient time, but not later than 21 days after the Notice to Proceed, the Contractor shall develop a Schedule of Values (SOV) to reflect the value of the categories of work.  The categories will be as required by the OWNER to facilitate componetization of the work by the OWNER.  The ODR will provide the required categories at the pre-construction meeting.  If more than one building is involved, the breakdown shall be by building.  All exterior work involving utilities, landscaping, sidewalks, etc., should be identified as separate items.

1.    The initial SOV may require some revisions by the Contractor after the ODR's review.  It is, therefore, recommended that this schedule be prepared and submitted as soon as possible to prevent delay of the initial payment to the Contractor.

2.    The ODR's initial interest in the SOV is to assure that the breakdown is in sufficient detail to meet the above requirements.  After this requirement is satisfied, the A/E and ODR will review the schedule to assure that reasonable dollar values are assigned to the various items of work and to avoid front loading of payments.

3.    Computer generated or photo copied schedules of values prepared by the Contractor using the approved breakdown are acceptable.

D.  MONTHLY PAYMENT ESTIMATES:

The A/E will show approval of the monthly pay estimate by affixing their signature to the original pay estimate.  The original pay estimate will be forwarded to the OWNER for further processing.

1.  Limitations - Estimates will not be approved if the job site record drawings are not up to date and posted per the UGSC.  Estimates will also not be approved if other periodic requirements are not provided, i.e., WPS, Cash Flow Schedule, Required Logs, etc.

2.  Historically Underutilized Business Progress Assessment Report (PAR) will be prepared and submitted with the pay request each month in accordance with Uniform General and Supplementary Conditions.  Pay requests will not be approved without this completed form.  The HUB Progress Assessment Report will be submitted even when no Hub Subcontractor payment is made during the pay period.

3.  Contract Change Statement - All approved Change Orders should be entered on the Contract Change Statement.  This Statement will then be attached to the Contractor's monthly payment estimate.  Percentages complete should be shown opposite each item listed and extended into the "Total Complete to Date" column.  The total of the "Total Complete to Date" should be brought forward to the line item on the breakdown schedule titled, "Changes Complete to Date".

4.  Payment for Stored Materials  - Invoices for stored materials will be submitted when required by the ODR.  Stored material invoices will be accepted only after an approved shop drawing or sample has been received by the ODR.

    Invoices for stored materials will only be considered when they exceed five hundred dollars ($500) for each individual item.  There will be no invoices accepted that contain tools, or expendable materials.

    Invoices will only be considered that are referenced to the materials in the SOV. Invoices that are not legible will not be considered for payment.

    All stored materials will be checked by the Project Superintendent and verified by the ODR before being incorporated into the payment estimate.

5.  Payment of Estimates – The ODR will process the Contractor's estimates as promptly as possible.  In order to do this, it is requested that these instructions be followed and that the Contractor make every effort to ensure that the estimate is mathematically correct and that only approved items are included as material stored on the site.

D.  Base applications for payment on value of work installed, and materials and equipment suitably stored at Site.  Materials and equipment suitably stored off site in an insured or bonded warehouse may be included, if approved in writing by ODR.  See UGSC for additional requirements when requesting payment for materials stored off site.

E.  Payment for Stored Materials:  The ODR shall be the sole authority for approval (proof of insurance or bond will be required).

    1.  Where the Schedule of Values separates items into labor amounts and material amounts, payment will be made for materials delivered and suitably stored on Site provided said material is required for installation according to the Contractor's Work Progress Schedule (WPS).

    2.  Materials stored at an off site location which are eligible for inclusion on progress payments are defined as finished goods made specifically for the Project, provided said material is required for installation according to the Contractor's WPS.  Raw materials, work in progress at fabrication plants, and commodity items readily available for purchase are not eligible for inclusion in Contractor's Application for Payment.

    3.  Payment will be made under following provisions:
        a.  Items are listed separately on Application for Payment.
        b.  Include with Application for Payment:
            (1)  Paid receipts showing Contractor is unconditional owner.
            (2)  Fully executed Transfer of Title on photocopy of form provided herein.
            (3)  Location where materials are stored if off site, and method used to store.
            (4)  Identify items in off site storage as property of Owner and furnish description of identification method.
            (5)  Inventory of items and methods used to verify inventory, including Contractor's certification that quantities have been received in good order.
            (6)  Proof of insurance for materials stored off site, in Owner's name.
            (7)  Proof of transportation arranged for delivery of material stored off site.
            (8)  Material delivered and stored on site or off site needs to parallel WPS.
        c.  ODR reserves right to verify storage by physical inspection at any time.
        d.  Payment does not relieve Contractor's obligations to protect, transport and install materials.
        e.  Title of materials upon which partial payments are made shall transfer to Owner.  Partial payment does not constitute acceptance by ODR nor a waiver of any right or claim by ODR.  Any costs incurred by Owner shall be paid by Contractor.

F.  Final Payment Application (see UGSC):  Administrative actions and submittals must precede or coincide with submittal of Contractor's final payment application.

    1.  Complete project closeout requirements specification in Section 01 77 00 and 01 78 00.

    2.  Additions and deductions resulting from Change Orders.

        a.  Original Contract Sum.

3.        The Owner will prepare final Change Order, reflecting approval adjustments to Contract Sum not previously made by Change Orders.

4.        After final acceptance of the work, the Contractor shall submit their final payment application in the same manner as a progress payment, indicating this is the final payment application. Include waivers of lien release with final pay application. When Federal Funds or other grant funds are included, approval of that agency may also be required.

G.      Cash Flow Schedule (When required by the Owner): Cash Flow Schedule will be required within 21 days after approval of the SOV. This schedule shall show monthly payment requirements for the duration of the Contract. The schedule shall include a graphic analysis showing anticipated total completed to date accounts versus actual completed to date amounts. This Cash Flow Schedule is required to be updated monthly and submitted with each payment estimate.

PART 2 – PRODUCTS

      NOT USED

PART 3 – EXECUTION

      NOT USED

END OF SECTION

SECTION 01 31 00

PROJECT MANAGEMENT AND COORDINATION

PART 1 - GENERAL

1.01    SECTION INCLUDES:

    A.    Coordination of Contract Work.
    B.    Correspondence.
    C.    Meetings.
    D.    Coordination of Submittals.
    E.    Coordination of Contract Closeout.
    F.    Coordination with Local Personnel.

1.02    RELATED SECTIONS:

    A.    Uniform General and Supplementary Conditions Article 3
    B.    Section 01 11 00 - Summary of Work.
    C.    Section 01 25 00 - Substitutions Procedures.
    D.    Section 01 31 50 - Project Meetings.
    E.    Section 01 32 00 - Construction Progress Documentation
    F.    Section 01 33 00 - Submittal Procedures
    G.    Section 01 34 00 - Shop Drawings, Product Data and Samples
    H.    Section 01 60 00 - Product Requirements.
    I.    Section 01 73 50 - Cutting and Patching.
    J.    Section 01 77 00 - Closeout Procedures.
    K.    All Divisions of Facility Services Subgroup

1.03    COORDINATION, GENERAL:

    A.    Coordinate all portions of the Work under the Contract.  Require each Subcontractor to coordinate their portion of the Work and provide their requirements for coordination of their Work with other related Work. (see UGSC)

        Contractor shall require and be responsible for cooperation and coordination between various trades and Subcontractors whose work is dependent upon one another.  Schedule such work so as to prevent delays in dependent work and so that all related work will progress together.  Fully inform each trade or Subcontractor of the relation of its work to other work, and require each to make necessary provisions for the requirements of such other work.  No additional compensation for extra work incurred through the lack of cooperation and coordination between various trades and Subcontractors will be allowed.

    B.    Coordinate mechanical and electrical Work with that of other trades in order that various components of systems are installed at proper time, fit available space, and allow proper service access to those requiring maintenance, including equipment specified in other Divisions.

    C.    Coordinate Work of sections having interdependent responsibilities for installing, connecting to, and placing in service, such equipment.

D.  Coordinate use of Project space and sequence of installation of mechanical, plumbing, and electrical Work which is indicated diagrammatically on Drawings.  Follow routings shown for pipes, ducts, and conduits as closely as practicable, with proper allowance for available physical space; make runs parallel with lines of building. Utilize space efficiently to maximize accessibility for other installations, for maintenance, and for repairs.

E.  In finished areas, except as otherwise shown, conceal pipes, ducts, conduit, and wiring in the construction.  Coordinate locations of fixtures and outlets with finish elements.  Provide escutcheon plates at penetrations through finished walls and ceilings with finish appropriate to adjacent finished surface.

F.  Coordination Drawings:  Before materials are fabricated or installation of the Work , prepare coordination drawings (Section 01 34 00).  Prepare drawings including plans, elevations, sections, and details as required to clearly define relationships between all building trades including  HVAC, Electrical, Plumbing, Fire Sprinkler Systems and the structural components of the building such as ceilings, beams, columns, walls and floors.   The drawings shall clearly define locations of sleeves, floor penetrations, Plumbing and HVAC piping, ductwork, equipment, light fixtures, electrical and control wiring conduits, panels, and their relationship to building structural components.

1.  In preparation of the coordination drawings the Contractor is required to hold coordination meetings with all trades providing the above Work for each building level and each mechanical and electrical room.

2.  Resolve conflicts between trades and prepare composite coordination drawings and submit six (6) sets of drawings to the A/E and one set to ODR.  Allow sufficient time for review, in accordance with submittal procedures, prior to proceeding with fabricated or installation of the Work.

a.  Prepare CAD coordination drawings to 3/8" = 1'0" scale for each floor level and for each mechanical and electrical room.  The drawings shall indicate all work items located on each level shown on the drawing with the work items indicated by the following colors:

| | |
|---|---|
| Building and structural components | black |
| HVAC ductwork and diffusers | dark green |
| HVAC piping | blue |
| Fire sprinkler piping and heads | red |
| Electrical conduits and equipment | orange |
| Domestic cold and hot water piping | brown |
| Plumbing storm and sanitary drain | purple |
| Plumbing gas piping | light green |

b.  All piping and ductwork larger than 2½" in diameter shall be drawn two line; smaller piping and ductwork shall be drawn double thickness single line.

c.  Show access space around equipment as directed by Specifications.

d.  The superintendent for each trade and the Contractor shall sign the drawing indicating that he has reviewed the drawing for accuracy.

3. When conflicts cannot be resolved, Contractor shall request clarification from the A/E prior to proceeding with that portion of the Work affected by such conflicts or discrepancies. Prepare interference Drawings to scale and include plans, elevations, sections, and other details as required to clearly define the conflict between the various systems and other components of the building such as beams, columns, and walls, and to indicate the Contractor's proposed solution.

G. Remove and relocate items which are installed without regard to proper access, as directed by the A/E and ODR, at no additional cost to the Owner.

1.04 CORRESPONDENCE:

All correspondence relating to this Project should occur in eBuilder. Correspondence outside of eBuilder must show the Project name, Project number and Contract number and must be uploaded to eBuilder.

1.05 MEETINGS:

A. In addition to project meetings specified in Section 01 31 50, hold coordination meetings and pre-installation conferences with appropriate personnel to assure coordination of Work.

1.06 COORDINATION OF SUBMITTALS:

A. Schedule and coordinate submittals specified in Sections 01 32 00, 01 33 00, 01 34 00, 01 25 00 and 01 77 00 and other Sections of Divisions 2 through 35.

B. Coordinate requests for substitutions to assure compatibility of space, of operating elements, and effect on Work of other sections.

1.07 COORDINATION OF CONTRACT CLOSEOUT:

A. Coordinate completion and cleanup of Work of separate sections in preparation for Substantial Completion.

B. After Owner occupancy of premises, coordinate access to site for correction of defective Work and Work not in accordance with Contract Documents, to minimize disruption of Owner's activities.

1.08 COORDINATION WITH LOCAL PERSONNEL:

A. Problems concerning traffic, parking or blocking streets must be referred to the appropriate campus personnel. Confine truck route egress and exit to Site as indicated on Drawings. Coordination is to be through the ODR.

B. Any exterior problems, including the moving of utilities is to be referred to the Facilities Services. Coordination is to be through the ODR.

C. The scheduling of utility outages must be coordinated with the Physical Plant of the campus at least fourteen (14) days in advance. This coordination is to be arranged through the ODR.

1.09    PROTECTION:

A.      Contractor shall assume responsibility for initiation and maintenance of protective requirements specified in Section 01 50 00, Temporary Facilities and Controls.

1.10    REPAIR OF DAMAGE:

A.      Damage:  Restore accidental or careless damage to the Work to a condition as good as or better than existed before work was commenced and at no cost to the Owner.

1.11    SECURITY:

A.      Conform to requirements of public laws, ordinances and regulations and requirements of insurance carriers concerning security of Site while Work is in progress as well as when it has been suspended, if this occurs.

1.12    RECORD DOCUMENTS:

A.      Maintain project record documents at Site.  Refer to Section 01 77 00 for requirements.

1.13    CONSTRUCTION LOADING:

A.      General:  Concrete slabs on grade and suspended floors have not been designed for heavy loading.

B.      Slabs On Grade:  Do not subject slabs on grade to excessive loading by shoring, storage of materials or operation of construction equipment unless adequately protected by planking. Maintenance of slabs in good condition is the responsibility of the Contractor, who shall remove all damaged areas of such slabs and replace them with new work at no cost to Owner.

C.      Suspended Floors:  Do not subject suspended slabs to construction loads beyond 40 pounds per square foot unless adequately shored.  Such shoring shall be designed for the Contractor by a registered (Texas) Structural Engineer, who shall certify prior to imposing construction loads on slabs, that the shoring as installed conforms with the shoring as designed.  Submit three prints, for record only, of the shoring drawings to the A/E, signed by the Contractor's design engineer.

1.14    SPECIAL REQUIREMENTS:

A.      Existing Utilities:  Schedule shut downs if needed in order to minimize inconvenience to Owner.  Notify ODR in writing fourteen (14) days in advance of any anticipated shutdowns. Utility shutdowns will only be scheduled at a time mutually agreeable to the Owner and Contractor.

B.      Existing Valves and Switchgear:  Owner will be responsible for opening and closing all valves and switches on all utility services.  This will be done by University's Facilities Services/Physical Plant personnel without cost, except when overtime work is required.

C.      Damaged Utilities and Services: When existing utilities are damaged, SSC Facilities Services shall make repairs or permit Contractor to make repairs under supervision of SSC Facilities Services personnel. If repairs are to utilities shown on Contract Documents, all costs or repairs incurred by Owner will be borne by Contractor.

D.      No additional compensation will be made to Contractor for reasons of premium time, after hours, overtime or for inefficiency of operation.

E.      Parking: Restricted to areas indicated on Drawings for Contractor's use. Contractor shall make arrangements and pay for any additional parking required off Project site.

F.      Deliveries and Removals: All deliveries of construction material, equipment, supplies, and similar operations, and removals shall be performed only in areas designated and approved by ODR.

G.      Circulation: Confine construction operations to designated areas avoiding any interruption of vehicular circulation to existing facilities. Should these requirements become unavoidable, submit a request to ODR in writing at least two weeks prior to anticipated interruption, stating predicted time, location and duration of interruption.

H.      Construction Scheduling: The Work shall be conducted in such a way as to cause a minimum of interference with the use of adjacent existing facilities during regular school and/or work hours.

I.      Noise Control: The Contractor shall execute the Work in this Contract as quietly as practical to avoid unnecessary disturbances.

       1.      Any complaints duly registered by Owner of unacceptable noise levels shall be cause for use of special precautions and methods of operation by Contractor to reduce noises to acceptable levels at no additional cost to the Owner.

       2.      The ODR shall be sole judge of tolerability of noise levels.

J.      Dust Control: Control all dust, to Owner's satisfaction, in working area and involved portions of the Project Site including access roads or drives.

PART 2 – PRODUCTS

     NOT USED

PART 3 – PRODUCTS

     NOT USED

END OF SECTION

SECTION 01 31 50

PROJECT MEETINGS

PART 1 - GENERAL

1.01    SECTION INCLUDES:

    A.    General Project Meeting Information.
    B.    Pre-Construction Meeting.
    C.    Progress Meetings.
    D.    Pre-Installation Meetings.
    E.    Lockset Hardware/Key Conference.

1.02    RELATED SECTIONS:

    A.    Section 01 10 00 - Summary of Work.
    B.    Section 01 25 00 - Substitutions Procedures
    C.    Section 01 32 00 - Construction Progress Documentation
    D.    Section 01 33 00 - Submittal Procedures
    E.    Section 01 34 00 - Shop Drawings, Product Data and Samples
    F.    Section 01 60 00 - Product Requirements..
    G.    Section 01 73 50 - Cutting and Patching.
    H.    Section 01 77 00 - Closeout Procedures.

1.03    GENERAL:

    A.    Contractors, Subcontractors and suppliers representatives attending the meetings/conferences of this section shall be qualified and authorized to act on behalf of the entity each represents.

    B.    Contractor shall comply with the following meeting requirements during performance of the Contract.

        1.    Arrangements: Arrange for a convenient, comfortable room in which to conduct the progress meetings, furnished as necessary to accommodate the people involved and to accomplish the purpose of the meeting.  Owner will provide the room for the pre-construction meeting.
        2.    Notices: Distribute notices to all concerned at least seven (7) days in advance of the meeting date.
        3.    Records: Minutes of all project meetings shall be kept in eBuilder and available to all concerned within four (4) days after the adjournment of the meeting.
        4.    Schedule Updating:  Immediately following each progress meeting, where revisions to the Work Progress Schedule (WPS) have been made or recognized, revise the progress schedule.  Reissue revised colored copies of the WPS concurrently with minutes of each meeting.

1.04    PRE-CONSTRUCTION CONFERENCE (see UGSC):

A.      Chairman:  The meeting will be presided over by the ODR.

B.      Attendance:  The following persons will be expected to attend:

     1.      Owner's Representatives.
           Project Manager
           User Coordinator.
     2.      A/E's Construction Administrator.
     3.      A/E's Consultants for Mechanical, Electrical and Structural Engineering.
     4.      A/E's special consultants as maybe required.
     5.      Contractor's General Superintendent and Project Manager.
     6.      Major Subcontractors including at least those for mechanical, plumbing and electrical work.

C.      Agenda:  Subjects shall include, but are not limited to the following:

     1.      Distribution of submittals.  Refer to Sections 01 33 00 & 01 34 00.
     2.      Sequence of critical work.
     3.      Relation and coordination by the Contractor.
     4.      Designation of responsible personnel.
     5.      Processing of Change Orders.
     6.      Distribution of Construction Documents.
     7.      Access to Work to permit inspection.
     8.      Maintaining project Record Documents.
     9.      Use of the premises, access to the Site, office and storage areas, and Owner's requirements.
     10.     Major equipment deliveries and priorities.
     11.     Safety and first aid procedure.
     12.     Security procedures.
     13.     Housekeeping procedures.
     14.     Additional subjects as requested by the Owner, the Architect/Engineer or the Contractor.
     15.     List of major Subcontractors and suppliers.

1.05    PROGRESS MEETINGS:

A.      Chairman:  Contractor's Project Manager or Project Superintendent shall preside over the meeting, prepare agenda and record minutes in eBuilder.

B.    Attendance: The following persons will be expected to attend:

1.    Owner's Representatives.
         Project Manager
         User Coordinator.
2.    Architect/Engineer's Construction Administrator.
3.    Architect/Engineer's Consultants for mechanical, electrical and structural engineering until excused from attendance.
4.    A/E's special consultants as maybe required.
5.    Contractor's General Superintendent, Project Superintendent and Project Manager.
6.    Subcontractors who have work in progress.
7.    Subcontractor who will start work within the next month.
8.    Others as requested by ODR, A/E, or Contractor.

C.    Agenda: The Contractor will provide a written agenda including but not necessarily limited to the following items:

1.    Present a brief written narrative of construction progress since the last monthly meeting containing:
      a.    General description of work performed.
      b.    Expectation of meeting scheduled dates.
      c.    Description of current or anticipated delaying factors or problems, if any.
2.    Review the updated WPS and present a written schedule analysis.
3.    Review the Submittal Schedule/Log.
4.    Review the COR Log.
5.    Review of Requests for Information.
6.    Review of project Record Documents.
7.    Review/approval of the Progress Payment.
8.    General discussion: Other outstanding/current business.

D.    Review of Pre-Installation Meetings

E.    Number of Meetings: A minimum of one progress meeting shall be held each month. Other weekly or biweekly progress meetings shall be held as determined by the ODR and shall cover those subjects as required by the ODR.

1.06    PRE-INSTALLATION MEETINGS:

A.    Provide a list of all pre-installation meetings anticipated.

B.    Convene a pre-installation meeting at the Project field office prior to commencing any work.

C.    Require attendance of entities directly affecting, or affected by, work of Section.

D.    Notify A/E and ODR ten (10) days in advance of meeting date.

E.    Contractor shall prepare agenda, preside at meeting and record minutes in eBuilder.

F.    Review conditions of installation, preparation and installation procedures, and coordination with related work. Review submittals for all Work to be installed.

G.      The Contractor shall maintain an adequate inspection system and perform such inspection to insure that the work called for by this contract conforms to the contract specifications and requirements.

H.      The Contractor shall maintain complete inspection records and make them available to the ODR.

I.      Subcontractor foreman or project manager are required to attend this meeting.

1.07    LOCKSET HARDWARE/KEY CONFERENCE:

A key conference shall be conducted after approval of hardware submittal prior to the ordering of lock hardware.  The Contractor shall, in conjunction with the ODR, A/E and User Coordinator, establish a date for the key conference to be held. A key conference is required to review the function of the locks and to insure that all security requirements of the Using Agency will be met.

PART 2 – PRODUCTS

    NOT USED

PART 3 – EXECUTION

    NOT USED

END OF SECTION

SECTION 01 32 00

CONSTRUCTION PROGRESS DOCUMENTATION

PART 1 - GENERAL

1.01    SECTION INCLUDES:

A.    Work Progress Schedule (WPS).
B.    Daily reports.

1.02    RELATED SECTIONS:

A.    Section 01 10 00 - Summary of Work.
B.    Section 01 31 00 - Project Management and Coordination.
C.    Section 01 33 00 - Submittal Procedures.
D.    Section 01 33 50 - Shop Drawings, Product Data and Samples.
E.    Section 01 77 00 - Closeout Procedures.

1.03    WORK PROGRESS SCHEDULE:

Coordination:  Comply with Uniform General and Supplementary Conditions (UGSC).  Coordinate both the listing and timing of reports and other activities required by provisions of this Section and other Sections, so as to provide consistency and logical coordination between the reports.  Maintain coordination and correlation between separate reports by updating at monthly or shorter time intervals.  Make appropriate distribution of each report and updated report to all parties involved in the Work including the A/E and the Owner.  In particular, provide close coordination of the WPS, contract price breakdown, listing of subcontracts, schedule of submittals, progress reports, and payment requests.

A.    Initial Work Progress Schedule:  Submit a bar-chart type progress schedule within ten (10) calendar days after receipt of Notice to Proceed or Commitment Approval Work Order (CAWO).  On this schedule, indicate a time bar for each major category or unit of work to be performed at the Site, properly sequenced and coordinated with other elements of work.  Show completion of the activity sufficiently in advance of the date established for completion of the Work.  Under no circumstances will construction operations begin other than initial mobilization until the preliminary Work Progress Schedule is submitted.

B.    Work Progress Schedule:  Within ten (10) calendar days after the receipt of the Notice to Proceed or Commitment Approval Work Order (CAWO), submit a comprehensive Work Progress Schedule (WPS).  This schedule shall address and include all comments received from the ODR and the A/E that were in reference to the preliminary Work Progress Schedule.  Note: The Owner prefers submission of the completed Construction Schedule at the preconstruction meeting if possible, otherwise the Construction Schedule shall be submitted to the ODR not later than ten (10) calendar days after the effective date of the Notice to Proceed or Commitment Approval Work Order (CAWO).

1.    General:  The Work Progress Schedule shall be in accordance with requirements of the Uniform General and Supplementary Conditions (UGSC).

2.   Work Progress Schedule:  Based on development of the preliminary WPS and whatever updating and feedback may have occurred during project start-up, secure commitments for performing major elements of the Work.  Submit a comprehensive WPS indicating, by stage-coded symbols, a time bar for each major category or unit of work to be performed at the Site; include minor elements of work which are involved in overall sequencing of the Work.  Contractor shall identify all critical items, in red ink.  Arrange schedule to graphically show the major sequences of Work necessary for the completion of related elements of Work.  Prepare and maintain the schedule on either a sheet of sufficient size, not to exceed 11" x 17", or a series of sheets showing required data clearly for the entire Construction Time.  Provide monthly updates in color (or clearly discernable gray tone shading), graphically and digitally to the ODR.

3.   Area Separations:  Arrange the WPS with separations between buildings and floors as approved by the ODR.

4.   Network Diagram:  Activities shown on the WPS shall be categorized and described as follows:
     a.   Each individual construction activity.
     b.   A concise description of the work.
     c.   An activity duration shall not exceed 20 work days.  Durations of greater than 20 work days are acceptable for non-construction activities or as required by the type of construction activity.
     d.   Each activity shall be coded with an activity code or hammock that relates that activity to an item on the Schedule of Values.
     e.   Each activity shall be coded with an activity code that relates that activity to a phase or building.  This subdivision of the Project shall be mutually agreed upon between the ODR and the Contractor.
     f.   Items requiring fabrication and delivery longer than 180 days.
     g.   Times anticipated for shutdown and tying-in to existing services.  Note:  This does not serve as an official request to the ODR and each individual request for an outage shall be submitted in writing fourteen (14) calendar days prior to the anticipated outage, as described in Section 01 31 00 Project Management and Coordination.  An integrated schedule containing all of the above categories, or individual schedules for each of the above categories, or both, shall be as required by the A/E and/or the ODR.
     h.   After Substantial Completion the Contractor shall show the following activities as a minimum:
          1. Completion of pre-final punchlist.
          2. Final inspection.
          3. The above activities are to be Finish to Start.

     i.   The WPS shall show the following Major Milestone Target Finish Dates:
          1. Completion of main structure foundation piers or footings.
          2. First or ground floor slab complete.
          3. Structure top out.
          4. Building dry-in or enclosed.  This is defined as the roof, exterior walls, exterior windows and openings closed in.

TAMU-01963

     5. Start of conditioned air.  This is defined as the building is ready to hold environmental conditions.
     6. Any Early Occupancy required by the Contract.
     7. Project phases as outlined in the Construction Documents.
     8. Permanent Power Required
     9. Other milestones as appropriate to the Project.

j.     Application of Major Milestones Requirement:

1. The Major Milestone Target Finish Dates identified above are to allow for periodic assessment of critical points of delivery in the construction process.  If the Work progresses behind the WPS to the extent that a Major Milestone Target is missed, the ODR may retain sufficient funds, otherwise due to the Contractor, to provide for the assessment of Liquidated Damages in the event that the lost time is not regained.  There will be no such additional retainage of funds, provided the published Major Milestone Target Finish Dates are maintained throughout the life of the project.

2. In the event that a Major Milestone Target Finish Date has not been met according to the approved schedule, then an assessment equal to the number of days beyond the scheduled date, multiplied by the contractual liquidated damage amount will be withheld as additional retainage (see UGSC) from the current progress payment.  The Contractor shall consider this action by the ODR as Notice under UGSC and shall increase the rate of Work placement accordingly.

3. Contractor is expected to implement a recovery action plan that re-establishes the original project progress schedule within thirty (30) calendar days of the missed milestone target date.

4. Actions taken that restore the progress schedule within this 30 day work cycle will entitle the Contractor to recover the assessed additional retainage amount for that occurrence.

5. Beyond thirty (30) calendar days, no reimbursement will be made and a deductive Change Order will be issued.

6. All costs to recover lost time will be borne solely by the contractor.

k.     The WPS shall also show as a minimum the following activities:
1. Permanent power energized.
2. Required inspections such as: above ceiling inspections, wall inspections and pre-final inspections.
3. Sufficient time to correct the items listed in the above inspections.
4. Chilled and heating water required.

l.     Each activity shall be represented by a graphical horizontal line, as follows:

1. Each line clearly and briefly described.
2. Estimated duration.

3. Early start, late start, early finish, late finish, actual start and actual finish.

4. Each activity shall have its own number.

5. Each activity, except for start and finish activities shall have at least one preceding and succeeding activity and each may have more than one.

6. Line shall be drawn to the length as dictated by the item scale to indicate the activity's duration including both target duration and percent complete to date.

7. Each activity shall be placed at its proper calendar location as determined by the time scale.

8. Float shall be shown in its proper time scale for all activities. Float on specific activities shall be defined as the late finish date minus the early finish date. Total Float shall be the Contract Time less the duration of the critical path, or the amount of time non-critical activities can be delayed without causing the Contract Time to be exceeded.

9. The path of critical activities shall be illustrated or accented in red, thereby easily distinguished from non-critical activities. There should only be one defined critical path.

10. Milestones or intermediate completion dates shall be clearly shown.

11. Substantial Completion Date on the WPS shall coincide with time of completion indicated in the Contract Documents.

12. The duration of each activity shall be shown in work days and include anticipated days lost due to inclement weather based on the Rainfall Table in the Supplemental General Conditions.

13. Upon review and acceptance of the WPS by the A/E and the ODR, the target bars shall be locked showing comparison between anticipated schedule and actual schedule.

14. The original schedule shall be saved as the baseline schedule and each monthly update shall be saved as a different name or version.

5. Submittals: Submit two (2) copies each of the bar chart and two (2) copies each of the computer generated reports to the A/E and to the ODR. Also submit a digital copy of the WPS to the ODR. The ODR and A/E will request revisions, if necessary, and return to the Contractor.

6. Distribution: Following the initial submittal to and response by the A/E and ODR, print and distribute WPS to A/E, ODR, the principal subcontractors, suppliers or fabricators, and others with a need-to-know schedule-compliance requirement. Post copies in the project meeting room and temporary field office. When revisions are made, distribute updated issues to the same entities and post updated issues in the same locations. Delete entities from distribution when they have completed their assigned Work and are no longer involved in performance of scheduled Work.

a. As major revisions are made during construction, distribute current issues to the same entities listed above and make postings accordingly.

7.   Reports:  Computer generated printouts with data regarding each activity shown on the schedule shall include the following:

   a.   Description of the activity.
   b.   Activity number.
   c.   Duration.
   d.   Early start, late start, early finish, late finish, actual start and actual finish dates.
   e.   Float.
   f.   Show dates as calendar dates.
   g.   Target start and target finish dates.

8.   Report format shall be sorted in accordance with following format with "a" being the highest priority:

   a.   List of activities in ascending order according to activity number.
   b.   List of activities by amount of total float with activities having lowest float listed first, followed by activities with next lowest float.
   c.   List activities by early start date.

9.   Submit two (2) color copies each of the updated WPS to the ODR and the A/E and an electronic copy (current/active version) to the ODR at the Monthly Progress Meeting each month, illustrating the following:

   a.   Show progress on all active items.
   b.   Show actual completed Work as contrasted to estimated Work (i.e. target bar schedule).
   c.   Show critical path activities marked to distinguish them from non-critical path activities.
   d.   Show target bars from the baseline schedule.

10.   Submit a detailed, written analysis describing deviations from the previous month's schedule as follows:

   a.   Description of the critical path with changes from the previous month.
   b.   Changes in the network diagram and logic from the previous month.
   c.   Addition/deletion of activities.
   d.   Activities not finishing on the late finish date, the reason for the delay, the impact on the project and corrections to the project timeline.
   e.   Activities impacting meeting the Contract completion date and the reason and the corrective measures taken to correct the situation.
   f.   Any other items deviating from or impacting the WPS in relation to the previous month's WPS which would have an adverse effect on the Project.
   g.   Change Orders causing modifications in the Work which affect the duration, start or finish date of activities to the extent that the critical path is changed.

Note:  Each of the above items shall be addressed monthly in this report.

11.    Revisions to the schedule, including those created by Change Orders, shall be made at no cost to the Owner.

12.    Time Extensions: Contract time extensions will not be granted unless a Change Order causes either of the following:

      a.    An increase in the duration of the Critical Path.
      b.    The available float of a non-critical activity is consumed causing the activity to become critical and thereby altering the critical path.

13.    Time extensions shall be limited to the duration of the revised critical path less the Contract Time.

14.    Project Summary Schedule: A summary project bar chart schedule shall be submitted monthly.  The summary activities will match the construction items found on the Schedule Of Values.  The recommended method of producing this schedule is through the use of hammock activities.  All of the underlying construction activities should be linked to a hammock activity and the scheduled value for that item should be loaded onto the hammock activity.  The monthly submittal of this schedule should include the originally submitted schedule as a target schedule and the current status of that activity. In addition a cost weighted plan versus actual overall project progress curve should be submitted.  Immediately after the WPS has been accepted by the ODR a projected cash flow chart shall also be developed from this target schedule and transmitted to the ODR.  This cash flow chart shall show graphically projected total billings versus actual total billings.  This chart shall be updated monthly and submitted along with the Payment Application.  It is a requirement for approval of the Payment Application.

1.04    DAILY REPORTS:

A.    Prepare a daily report, recording the following information concerning events at the Site; and submit in eBuilder:

1.    List of Subcontractors at the Site with a brief description of the work being performed.
2.    Approximate count of personnel at the Site.
3.    High/low temperatures, general weather conditions.
4.    Accidents (refer to accident reports).
5.    Meetings and significant decisions.
6.    Unusual events (refer to special reports).
7.    Stoppages, delays, shortages, losses.
8.    Meter readings and similar recordings, as required.
9.    Emergency procedures, field orders.
10.    Orders/requests by governing authorities.
11.    Visitors.
12.    Services connected, disconnected.
13.    Equipment or system test and/or start-ups.
14.    Partial completions, occupancies.

     15.     Status of long lead items that affect the critical path.

## PART 2 - PRODUCTS

    NOT USED

## PART 3 - EXECUTION

    NOT USED

END OF SECTION

TAMU-01972

SECTION 01 33 00

SUBMITTAL PROCEDURES

PART 1 - GENERAL

1.01    SECTION INCLUDES:

    A.      General submittal information.
    B.      List of proposed Subcontractors and suppliers.
    C.      List of proposed materials.
    D.      Schedule of Values (SOV).

1.02    RELATED SECTIONS:

    A.      Section 01 10 00 - Summary of Work.
    B.      Section 01 25 00 - Substitution Procedures.
    C.      Section 01 32 00 - Construction Progress Documentation.
    D.      Section 01 34 00 - Shop Drawings, Product Data, and Samples.
    E.      Section 01 60 00 - Product Requirements.
    F.      Section 01 77 00 - Closeout Procedures.
    G.      All Divisions of Facility Services Subgroup - Additional submittal requirements

1.03    GENERAL REQUIREMENTS (see UGSC):

    A.      General:  Prepare a complete schedule of work-related submittals.  Submit this submittal in
            eBuilder within twenty-one (21) days after the effective date of the Notice to Proceed with
            construction (per UGSC).  Correlate this submittal schedule with the listing of subcontractors
            and with the "list of materials" as specified in the Contract Documents.

    B.      Form:  Prepare the submittal schedule in chronological order of submittals.  Show category
            of the submittal, name of Subcontractor, a generic description of work covered, related
            section numbers, activity or event number on WPS, the scheduled date for the first
            submission, resubmittal, and the final release or approval by A/E.  There should be sufficient
            time allowed for the approval process, including resubmittals, between the submission time
            and the required approval.  The Contractor should typically follow the critical timing of these
            submittals in accordance with the WPS.

    C.      Delivery:  Submittals shall be logged into eBuilder.

    D.      Approval:  When approval is required, if resubmittals are necessary they shall be made in the
            manner described for the original submission, unless specified otherwise.

1.04    LIST OF PROPOSED SUBCONTRACTORS AND SUPPLIERS:

    A.      General:  Not later than thirty (30) days after award of Contract, submit the names of
            Subcontractors and material suppliers tabulated by each portion of the Work, in addition to
            the requirements set forth in the UGSC.  Performance or non-performance of any
            Subcontractor or material supplier will not relieve the Contractor of its responsibility for
            Work as called for in the Contract Documents.

1.05    LIST OF PROPOSED MATERIALS:

A.    Submit list of materials within forty-five (45) days after issuance of Notice to Proceed in accordance with the UGSC.

B.    Materials List:  Submit a list of the following types of materials proposed for installation:

1.    Material(s) not specified. (Refer to Section 01 25 00, Substitution Procedures).
2.    Material(s) selected from a Specification naming more than one manufacturer or supplier.
3.    Material(s) selected to conform to a reference specification when no manufacturer has been named.

C.    It will be assumed that materials omitted from the list will be furnished as specified when only one manufacturer has been specified. When more than one manufacturer has been named or when reference specifications have been used the A/E's selection will govern.

D.    The list shall be complete and tabulated by, each Specification section and/or portion of the Work.  Include name of manufacturer of each material.  For materials specified by reference standards, also include the following with the listing of each such product:

1.    Address of manufacturer.
2.    Trade name.
3.    Model or catalogue designation.
4.    Manufacturer's data, including performance and test data and referenced standards.

1.06    SCHEDULE OF VALUES (see UGSC):

A.    General:

1.    Submit a Schedule of Values (SOV) in sufficient time to allow review and approval by the ODR and A/E prior to submitting first Application for Payment.  (Refer to UGSC)
2.    Upon request by A/E or ODR, furnish additional data to support SOV values given that will substantiate their correctness.
3.    Approved SOV will be used as basis for reviewing Contractor's Applications for Payment.
4.    No payment will be made to the Contractor until the ODR and the A/E have approved the SOV.

B.    Form and Content:

1.    Use the Owners componetization categories (delivered at the preconstruction meeting) for preparing the SOV.
2.    List installed value of component parts of Work in sufficient detail to serve as basis for computing values for progress payments.
3.    Line item costs shall not include General Contractor fee/overhead and profit; but, shall reflect the direct cost for labor and materials to General Contractor.
4.    Separate line item cost for each of the following General Contractor cost items:
       a.    Bonds.
       b.    Field supervision and layout.

      c.     Temporary facilities and controls.

      d.     General Contractor overhead and profit.

5.     Separate items into labor amounts and material amounts for each item.

      a.     Labor Costs:  Estimated installation costs including labor, applicable taxes, insurance, fringe benefits, erection equipment and tools.

      b.     Materials Costs:  Include estimated material and manufactured equipment costs including delivery, taxes and insurance.

6.     Combined total of all costs listed in SOV shall equal Contract Sum.

C.     Review and Resubmittal:

1.     After initial review by ODR and A/E, revise and resubmit as required.

PART 2 – PRODUCTS - NOT USED

PART 3 – EXECUTION - NOT USED

END OF SECTION

SECTION 01 34 00

SHOP DRAWINGS, PRODUCT DATA AND SAMPLES

PART 1 - GENERAL

1.01    SECTION INCLUDES:

A.    General submittal information.
B.    Architect's and Engineer's action.
C.    Shop drawings, product data and samples.
D.    Field mock-ups and field samples
E.    Color schedules
F.    Brick selection.
G.    Precast architectural concrete and cut stone approvals.
H.    Required submittals.

1.02    RELATED SECTIONS:

A.    Section 01 10 00 - Summary of Work.
B.    Section 01 25 00 - Substitution Procedures
C.    Section 01 31 00 - Project Management and Coordination.
D.    Section 01 32 00 - Construction Progress Documentation.
E.    Section 01 33 00 - Submittal Procedures.
F.    Section 01 60 00 - Product Requirements.
G.    Section 01 77 00 - Closeout Procedures.
H.    Other Technical Sections:  Additional submittal requirements.

1.03    SUBMITTALS, GENERAL:

A.    In addition to the requirements outlined in the Uniform General and Supplementary Conditions, Contractor shall comply with the following duties and responsibilities.

B.    The Contractor shall submit to the A/E for review all shop drawings, product data, samples and other submittals for all items required in the Technical Sections of the Specifications and for all items proposed for use in the Work.  Do not combine submittals for specified work with requests for substitutions.  Submit requests for substitutions in accordance with Section 01 25 00.  The Contractor will also submit one (1) complete set of review shop drawings, product data, samples and other submittals for all items proposed for use in the Work in eBuilder "For Review Only".

C.    The Contractor shall review and stamp approval and submit, with reasonable promptness and in orderly sequence, all shop drawings, product data and samples required.

D.    Submit shop drawings, product data and samples far enough in advance to allow ample time for A/E's review, resubmittal if required, and fabrication without creating any delay in the Work, or the work of any other contractor or subcontractor.

1.    Make architectural submittals a minimum of thirty (30) days prior to needed return date.

2. Make structural, mechanical and electrical submittals a minimum of thirty (30) days prior to needed return date.
3. Allow more review time for requests of substitutions.
4. Shop drawings will be submitted via eBuilder.
5. The A/E, after review and approval of submittals, will place submittal in an Approved Submittal folder in eBuilder Docs/07 Construction/Submittals/Approved Submittals.
6. The use of eBuilder submittals will be discussed at the Pre-Construction Conference.

E. Submittal Content Requirements:

1. Shop drawings shall be completely detailed and dimensioned with types, sizes, and gauges of materials noted. Where shop coat of paint is required on materials, brand name, and chemical content shall be noted on the drawings.
2. Shop drawings shall be neatly, accurately, and legibly drawn, noted and referenced.
3. Each item contained in the submittal shall be clearly referenced and noted establishing the item's location in the finished work.
4. Member and item designations shall be the same as those used on the A/E's drawings, except that, where the A/E's has used the same designation for more than one member or item, the Contractor may add a suffix to the designation to differentiate between these members.
5. Where published standard exist (such as ACI Standard 315-99 Details and Detailing of Concrete Reinforcement), these shall be followed in the preparation of shop drawings. Where no such standards are published by the industry or trade concerned, the shop drawings shall be prepared in a suitable form acceptable to the A/E.

F. Submittal Format Requirements:

1. Submittal Preparation: Mark each submittal with a permanent label or title block, as appropriate, for identification with the following information on the label or title block for proper processing and recording of action taken.
   a. Title of submittal and date submitted.
   b. Sheet number and number of sheets included (as applicable). Number drawings consecutively.
   c. Project Name, Project Number, and location of Project.
   d. Name of Architect and Architect's Project Number.
   e. Name of Contractor, subcontractor, fabricator supplier, and manufacturer, as appropriate.
   f. Name of drawing and scale (as applicable).
   g. Name and date of each revision.
   h. Cross reference to A/E's Drawings and Specification Sections, as appropriate.
   i. Provide a space on the label or adjacent to title block for the Contractor's review and approval markings, and appropriate space for the Architect's or Engineer's "Action" stamp.
   j. Name of each item on each sheet submitted and indicate its location in the Project Work.

2. Submittal Numbering System: To expedite review of shop drawings, product data, samples and other submittals, all submittals shall be assigned a submittal number clearly visible on all transmittal forms and on each copy of each submittal adjacent to Contractor's review stamp. Numbering system shall track Specifications format. In the example 03 30 00-001.0, the number represents the following:

   a. First Six Numbers: Specification Section; Section 03 00 00 in example.
   b. Seventh Through Ninth Numbers: Numerical log of submittals within each Division; Submittal number 001 in example.
   c. Last Number: Initial or re-submittal of each submittal; .0 for initial submittal, .1 for first re-submittal, and so forth.

3. Transmittal Form: Provide a letter of transmittal with each submittal, in duplicate, accurately describing the complete contents of the submittal, including the following:

   a. Project name.
   b. Date.
   c. To:
   d. From:
   e. Names of subcontractor, manufacturer and supplier.
   f. References.
   g. Category and type of submittal.
   h. Submittal purpose and description of number of sheets, type of data, equipment and product types, finishes, submittal number, and similar data.
   i. Submittal and transmittal distribution record.
   j. Signature of transmitter.
   k. Record relevant information and requests for data on the transmittal form. On the transmittal form, or on a separate sheet attached to the form, record deviations from the requirements of the Contract Documents, if any, including minor variations and limitations.

4. Submit Plumbing, Mechanical and Electrical items specified in each individual Section at the same time. Partial submittals will not be considered.

5. Bind each of the Plumbing, Mechanical and Electrical submittals into a single file; individual submittals will not be accepted. Each complete brochure shall contain a Table of Contents showing the order in which the items are arranged in the file. Arrange items in the same order in each file. Where manufacturer's literature contains information on more than one product, clearly mark the item being submitted, using the symbol or designation used to identify the item on the Drawings or in the Specifications.

6. Group only like or related items together in a single submittal. Do not combine submittals for specified work with requests for substitutions. Submit requests for substitutions as specified in Section 01 25 00.

G. Contractor Duties and Responsibilities:

1. Coordinate requirements for submission of each shop drawing, product data and sample as required to properly execute the Work and as necessary to maintain satisfactory progress of the Work in accordance with the WPS and Submittal Schedule.

TAMU-01988

2. Review shop drawings, product data, and samples prior to submission to A/E. By submitting shop drawings, product data, and samples, Contractor represents that it has verified field measurements, field construction criteria, catalog numbers and similar data, and has coordinated each submittal with requirements of the Work and of the Contract Documents. Contractor's responsibility for errors and omissions in submittals is not relieved by A/E's review of submittals. Submittals received from sources other than Contractor will be returned to sender without A/E's review "action".

3. Contractor shall certify by stamped, signed, and dated notation on each submittal, that "Submittal is in compliance with requirements of Contract Documents without deviation." Submittals without Contractors stamp and submittals which, in A/E's or ODR's opinion, are incomplete, contain numerous errors, have not been checked, or have been checked only superficially, will be returned without disposition. Delays resulting there from shall be Contractor's responsibility.

4. Contractor shall not be relieved of responsibility for any deviation from the requirements of the Contract Documents by A/E's review of shop drawings, product data, and samples unless Contractor has specifically informed the A/E in writing of such deviation at time of submission and A/E has given written acceptance to the specific deviation.

5. Contractor shall direct specific attention, in writing or on resubmitted shop drawings, product data or samples, to revisions other than those requested by A/E on previous submittals.

6. Contractor shall give prompt written notice to A/E of inability to comply with exceptions noted on the returned submittals or if unsatisfactory results are anticipated. Document specific reasons for inability to comply or specific unsatisfactory results that are anticipated. Propose substitution to comply with intent of the Contract Documents and produce satisfactory results in accordance with the substitution requirements of Section 01 25 00.

1. No portion of the Work requiring submission of a shop drawing, product data or sample shall be commenced until submittal has been reviewed with "No Exceptions Taken" status by A/E, except as otherwise provided in this Section.

2. All portions of the Work shall be in accordance with approved submittals.

H. Submittal Quantity: The Contractor shall furnish Shop Drawings submittals in eBuilder. Submit minimum of three samples of materials requiring choice of color, texture or finish. Large job site samples shall be limited to one for each approval submittal.

I. Reproduction and Distribution of Submittals After A/E's Review: A/E shall move Approved Submittals to a folder in eBuilder labeled Approved Submittals. Retain job site mock-ups and samples until removal is approved by A/E and ODR.

J. There will be no payment made for submittal preparation.

1.04 ARCHITECT'S AND ENGINEER'S ACTION (UGSC):

A. Upon receipt of submittals requiring review, the A/E will review submittals and return them to the Contractor with results of the review indicated as follows:

1. REVIEWED; NO EXCEPTIONS TAKEN: Submittal has been reviewed for the limited purpose of checking for conformance information given and design concept expressed in the Contract Documents and no exceptions are taken; Contractor may proceed with work represented in submittal, provided no deviation to Contract Documents.

2. REVIEWED; EXCEPTIONS NOTED: Submittal has been reviewed as stated above and certain exceptions are noted. Contractor may proceed with work represented in submittal, unless otherwise noted. Revise submittal, incorporating exceptions noted, and resubmit to A/E until "Reviewed; No Exceptions Taken" status is given.

3. REVIEWED; REVISE AND RESUBMIT: Submittal has been reviewed as stated in paragraph 1 above, Contractor may not proceed with work represented in submittal, and submittal is not acceptable for one of the following reasons:

    a. Not enough information is provided to make a determination.
    b. Submittal contains too many errors or omissions to make a determination.
    c. Information provided does not conform with the information given in the Contract Documents.

4. REJECTED; SUBMIT SPECIFIC ITEM: Submittal has been reviewed as stated in paragraph 1 above, work represented in submittal has not been accepted in accordance with procedures specified in Section 01 25 00; submit specified item.

1.05 SHOP DRAWINGS, PRODUCT DATA AND SAMPLES (UGSC):

A. Shop Drawings: Comply with "Submittals, General" and the following:

1. Definition: The term Shop Drawings refers to original drawings prepared by the Contractor, Subcontractor, supplier, fabricator or distributor illustrating a portion of the Work including fabrication drawings, manufacturing drawings, erection drawings, setting drawings, patterns, coordination drawings, schedules, design mix formulas, Contractor's engineering calculations, and layout drawings including ceiling layouts if different from the Contract Documents. Do not submit Contract Documents for Shop Drawings.

2. Format: Prepare drawings on minimum 8-1/2" x 11" to maximum 30" x 42" sheets. Draw plan and section details at a scale of 1" = 1' - 0", details shall be drawn at a scale of 3" = 1' - 0" or larger scale. In addition to "Submittals, General" requirements, each drawing shall be cross-referenced to A/E's Drawings.

3. Content: Shop Drawings shall include, but not be limited to the following:
    a. The size thickness of members.
    b. The method of anchoring and securing parts.
    c. The quantity and location of each item.
    d. Other pertinent data necessary to show the work to be done, where, and how it is to be done.
    e. Materials and finishes.
    f. How item fits to abutting work and requirements for related construction.
    g. Required connections.
    h. Overall size and weight.
    i. Clearances and tolerances.
    j. Verification of field conditions prior to fabrication.
    k. Coordination of Shop Drawings and data with requirements for related construction.

l.      Refer to Section 01 31 00 - Project Management and Coordination for other requirements.

B.      Product Data:

1.      Definition: Manufacturer's standard product specifications, installation instructions, rough-in diagrams and templates, standard wiring diagrams, printed performance and operational range diagrams, mill reports, operating and maintenance manuals, color charts, data sheets, brochures, drawings and diagrams, and other standard illustrative and descriptive data to clearly identify pertinent data, models and materials, uses, limitations, actual dimensions and clearances required, and technical performance data including wiring diagrams and controls.  **Specific item must be identified on catalog cut sheets.**

2.      Mark out information not applicable to this Project and supplement standard product data to show compliance with requirements.

C.      Samples:

1.      Definition:  Samples include:
    a.    Partial sections of manufactured or fabricated work.
    b.    Small cuts or containers of materials.
    c.    Complete units of repetitively-used materials.
    d.    Swatches showing full range of color, texture and pattern.
    e.    Color range sets.
    f.    Units of work to be used for independent inspection and testing.
    g.    Units of work to be used as a standard to judge materials and workmanship.
2.      Provide samples for items where specified and for items requiring a choice of color, texture or finish.  Samples shall illustrate the materials and workmanship and establish standards by which to judge the completed work.
3.      Typical office samples shall be approximately 12" square or 12" long unless otherwise noted and shall clearly illustrate the applicable function, corners, joints, related parts, attachment devices, specified finish and full range of colors.  Full size approved samples may be incorporated into the Work unless otherwise noted.

1.06    FIELD MOCK-UPS AND FIELD SAMPLES (UGSC):

A.      The Contractor shall erect and maintain mock-ups and field samples as required by the various sections of the specifications.  Mock-ups and field samples are required for, but not limited to the following:

1.      Concrete sidewalk finishes.
2.      Exterior face brick wall complete with required tooled mortar, sealants, related stonework, windows, glazing, roofing systems, flashings and other related exterior building materials. (see UGSC - Keep mock-ups clean and dry until approved).

B.      Field samples and job site mock-ups shall be erected at the Project Site at a mutually agreed location.  Contractor shall request approval for location on which to construct mock-up of field sample prior to proceeding.  Each field sample or mock-up shall be complete and illustrate the range of finish and workmanship required in the completed Work and will be used by A/E and ODR, upon approval, as a standard to judge subsequent work.

C.      Where several mock-ups of alternate construction techniques or finishes are required and prepared, each shall be labeled for clear identification indicating base construction finish material, special techniques used and where important for duplication of effect line pressures, grit classification, lengths of exposure, surface preparation, undercoats, strength of reagents, etc.

D.      Contractor shall request review of mock-up or field sample upon completion prior to proceeding with actual construction work.

E.      Contractor shall protect mock-up or field samples from damage, inclement weather, dirt and discoloration prior to and after A/E's and Owner's approval. Retain on the job as a standard reference for materials, workmanship and appearance until removal is authorized. Do not alter, move or destroy mock-up or field sample until so authorized. Remove and dispose of mock-up only after approval is given by the ODR.

1.07    COLOR SCHEDULES:

A.      After receipt of all samples, A/E will present to the ODR a proposed comprehensive color schedule for review and approval.

1.      Once approved, the colorboard will be sent to and kept at the job site for reference. A second set of approved colors, in a 3-ring binder, must be provided to the ODR.
2.      The Contractor must insure that required submittals for all items requiring color selection are accomplished in a timely manner. The A/E cannot prepare the colorboard for approval by the ODR until all items requiring color selection have been submitted.

B.      The approved color schedule will then be released to the Contractor for ordering materials.

C.      No color selection will be released until all colors are approved in the comprehensive color schedule. Any "early" selections requested, and acted upon by the Contractor, shall be at its own risk and understanding that material of color differing from the approved color schedule will be rejected.

D.      If the Contractor is unable to submit all exterior color selections/samples within sixty (60) days or all interior color selections/samples within ninety (90) days after "Notice to Proceed", the A/E may proceed with preparation of the color schedule using the color selections of a specified product. The Contractor shall be required to match the selected colors at no additional cost to the Owner of the specified product selected by the A/E.

1.08    BRICK SELECTION

Brick selection is a very important item from the Owner's perspective and timely submittals by the Contractor are important to prevent delay.

1.09    PRECAST ARCHITECTURAL CONCRETE AND CUT STONE APPROVALS (if applicable)

Contract may require a project sample of precast architectural concrete or cut stone to be constructed. After the project sample is erected, the ODR will arrange for appropriate personnel to inspect and approve the sample.

1.10    REQUIRED SUBMITTALS:

A.    General:

1.    In addition to the requirements outlined in the UGSC, Special Conditions, Division 1 and in the Technical Sections of the Specifications, the Contractor shall submit shop drawings, product data, samples, color samples, warranties, and other pertinent data as briefly scheduled herein.

2.    Refer to each individual Section of the Specifications for specific requirements of each submittal item.

3.    Where requirements are not specifically indicated, provide sufficient data as required to incorporate each item into the work.

4.    All subcontractors, suppliers, and manufacturers shall provide a warranty of materials and workmanship of not less than one year duration, and as otherwise specified (see UGSC).

B.    Submittal Legend: The following abbreviations are used in remarks column of the Submittals:

1.    SD:  Shop Drawings
2.    M:  Manufacturer's Data
3.    C:  Color Selection Required
4.    S:  Physical Samples
5.    R:  Additional Replacement Materials
6.    MO:  Maintenance and Operating Manuals
7.    IO:  Instruction of Owner's Personnel
8.    G1, G5, Etc:  Guarantee with number of years duration
9.    TR:  Test Reports
10.    CR:  Certifications

C.    Submittals:

**Division 1 - General Requirements**

| | |
|---|---|
| List of Subcontractors | within 30 days after notification of Contract Award (per UGSC) |
| List of Materials | within 45 days after issuance of Notice to Proceed (per UGSC) |
| Initial WPS | within 10 days after issuance of Notice to Proceed (per UGSC) |
| WPS | within 30 days after issuance of Notice to Proceed |
| General Contractor's Maintenance Warranty | G1 |
| Schedule of Values | not later than 45 days after issuance of Notice to Proceed and each month thereafter (per UGSC). |
| Contract Warranty and Guarantee | additions noted herein |
| Guarantees | additions noted herein |
| Project Sign | SD within 30 days |
| Maintenance | MO 4 sets prior to Final Acceptance and payment All items requiring Color Selection within 60 days |

| | |
|---|---|
| Coordination Drawings | Soil, Concrete Mix Designs M, S within 90 days after issuance of Notice to Proceed and 10 days prior to work taking place |

### Division 2 - Existing Conditions (Not Used)

### Division 3 - Concrete

| | |
|---|---|
| Concrete Formwork | SD |
| Concrete Reinforcement & Assemblies | M, TR, CR, SD, G1 |
| Cast-in-Place Concrete | M, TR, SD, CR, G1 |
| Post Tension Concrete | M, SD, TR, CR, G1 |
| Architectural Precast Concrete | M, SD, S, TR, CR, G1 |

### Division 4 - Masonry

| | |
|---|---|
| Unit Masonry | M, S, C, CR, G1 |
| Granite Veneer & Marble Stone | M, SD, S, CR, C, G5 |
| Granite Stone Counter Tops | M, SD, S, CR, C, G1 |
| Limestone Veneer | M, SD, CR, C, G5 |

### Division 5 - Metals

| | |
|---|---|
| Structural Steel | M, SD, CR, TR, G1 |
| Metal Roof Decking | M, SD, CR, TR, G1 |
| Cold Formed Metal Framing | M, SD, CR, G1 |
| Miscellaneous Metals | M, CR, C, S, SD, G1 |
| Metal Stairs | M, SD, TR, CR, G1 |
| Handrails and Railings | M, SD, CR, G1 |
| Ornamental Handrails | M, SD, CR, S, G1 |
| Ornamental Pipe Handrails | M, SD, S, CR, G1 |

### Division 6 – Wood, Plastics and Composites

| | |
|---|---|
| Rough Carpentry | M, CR, G1 |
| Glue-Laminated Wood | M, SD, S, C, G1 |
| Finish Carpentry | S, SD, G1 |
| Wood Paneling | M, S, SD, C, G1 |

### Division 7 - Thermal and Moisture Protection

| | |
|---|---|
| Fluid Applied Waterproofing | M, S, CR, SD, G10 |
| Flexible Flashing | M, S, CR, G1 |
| Dampproofing | M, G1 |
| Vapor Retarder | M, G1 |
| Building Insulation | M, S, CR, G1 |
| Cementitious Fireproofing | M, TR, G1 |
| Firestopping | M, SD, G1, Schedule |
| Standing Seam Metal Roofing | M, SD, S, C, CR, G5/20 |
| Roofing | M, SD, S, CR, C, MO, IO, G10 |

| | |
|---|---|
| Flashing and Sheet Metal | M, SD, S, CR, G2 |
| Roof Accessories | M, SD, G5 |
| Skylights | M, SD, CR, C, G5 |
| Joint Sealers | M, SD, S, CR, C, G5 |

### Division 8 - Openings

| | |
|---|---|
| Metal Doors and Frames | M, SD, CR, G1 |
| Wood Doors | M, SD, S, C, CR, G(Life) |
| Access Doors | M, SD, G1 |
| Overhead Rolling Grills | M, SD, S, G1 |
| Aluminum Storefront | M, SD, S, C, CR, TR, G5 |
| Aluminum Windows | M, SD, S, TR, CR, C, G5 |
| Finish Hardware Schedule | M, SD, S, G1/5 |
| Glass and Glazing | M, SD, S, C, G1/5 (mirrors) |

### Division 9 - Finishes

| | |
|---|---|
| Lath and Plaster | M, S, CR, C, G1 |
| Gypsum Board Systems | M, S, CR, TR, G1 |
| Tile | M, S, C, CR, R, G1 |
| Acoustical Ceiling Systems | M, SD, S, R, CR, G1 |
| Acoustical Wall Surfaces | M, S, SD, G1 |
| Wood Flooring and Ceiling | M, S, C, G1 |
| Stone Flooring | M, SD, S, CR, C, R, G5 |
| Terrazzo | M, SD, S, CR, C, MO, G1 |
| Resilient Flooring | M, SD, S, CR, R, C, G1 |
| Carpeting | M, SD, S, C, TR, R, G15 |
| Elastomeric Liquid Flooring | M, S, CR, C, G2 |
| Painting | M, SD, S, C, CR, R, G1 |
| Wallcovering | M, S, C, G1 |

### Division 10 - Specialties

| | |
|---|---|
| Markerboards | M, SD, S, C, G1/50 (writing surface) |
| Toilet Partitions | M, SD, S, C, CR, G1 |
| Metal Wall Louvers | M, SD, S, CR, C, G1 |
| Identifying Devices | M, SD, S, C, G1 |
| Fire Extinguishers and Cabinets | M, SD, C, G1 |
| Operable Partitions | M, SD, S, C, G2 |
| Toilet Accessories | M, SD, C, CR, S, G1 |
| Wardrobe Specialties | M, G1 |

### Division 11 - Equipment

| | |
|---|---|
| Projection Screens | M, SD, S, G10 |
| Loading Dock Equipment | M, SD, CR, G5 |
| Appliances | M, SD, C, S, G1 (manufacturer's warranties) |
| Darkroom Equipment | M, SD, S, C, G1 |

**Division 12 - Furnishings**

| | |
|---|---|
| Manufactured Casework | M, SD, S, C, CR, G2 |
| Horizontal Blinds | M, SD, S, C, G1 |
| Foot Grilles | M, SD, C, S, G1 |
| Multiple Seating | M, SD, S, CR, C, G1 |
| Entrance Matts | M, SD, S, G1 |

**Division 13 - Special Construction (Not Used)**

**Division 14 - Conveying Equipment**

| | |
|---|---|
| Hydraulic Elevators | M, SD, S, C, MO, IO, G1 |
| Traction Elevators | M, SD, SC, MO, IO, G1 |

**Divisions 21 to 28 – Facility Services Subgroup**

| | |
|---|---|
| Refer to the various Division Sections specific submittal requirements | M, SD, S, C, MO, IO, G1 |

**Division 31 – Earthwork**

| | |
|---|---|
| Select Structural Fill Borrow Material | TR, S, G1 |
| Lime Stabilization | TR, G1 |
| Compaction and Testing | TR, Special Provisions |
| Soil Treatment | M, G5 |
| Drilled Pier Report | M, TR, G1 |

**Division 32 – Exterior Improvements**

| | |
|---|---|
| Concrete Pavers | M, S, TR, G1 |
| Sidewalk Finish Sample | S, G1 |
| Concrete and Reinforcing Steel | M, TR, SD, G1 |
| Granite Pavers | M, TR, S, C, SD, R, G5 |
| Pavement Marking | M, C, SD, G1 |
| Chain Link Fence | M, SD, S |
| Bicycle Racks | M, SD, G1 |
| Site Furniture | M, S, C, G1 |

**Division 33 – Utilities**

| | |
|---|---|
| Water Service System | M, SD, TR, G1 |
| Fire Hydrants | M, TR, G1 |
| Storm Sewer System | M, G1 |
| Sanitary Sewer System | M, SD, G1 |

**Division 34 – Transportation (Not Used)**

PART 2 – PRODUCTS

NOT USED

PART 3 – EXECUTION

NOT USED

END OF SECTION

SECTION 01 42 00

REFERENCES

PART 1 - GENERAL

1.01      SECTION INCLUDES:

      A.      Reference Requirements.
      B.      Governing Regulations and Authorities.
      C.      Definitions

1.02      REFERENCE REQUIREMENTS:

      A.      Materials, equipment and operations specified by reference to published standards and specifications of a technical society, trade association, or other agency standard, shall comply with the requirements of the current edition of the listed document that is in effect on the issue date of the Specifications or Addendum page making reference thereto, unless otherwise specified. Make copies of referenced documents available at site, as the ODR or A/E may request.

      B.      No provision of a reference standard, specification, manual, or code shall change the duties and responsibilities of the Owner, the Contractor, the A/E and their consultants, their agents and employees from those duties and responsibilities set forth in the Contract Documents.

      C.      Acronyms for names of technical societies, associations, and agencies referenced in the Contract Documents shall be interpreted as follows:

           AA                Aluminum Association
                                   900 19th St., NW, Suite 300; Washington, DC 20006;
                                   202-862-5100
                                   www.aluminum.org

           AABC            Associated Air Balance Council
                                   1518 K Street, NW, Suite 503; Washington, DC 20005
                                   202-737-0202
                                   www.aabchq.com

           AAMA    American Architectural Manufacturers Association
                                   1827 Walden Office Square, Ste 550; Schaumburg, IL 60173-4268
                                   847-303-5664
                                   www.aamanet.org

           ANLA           American Nursery & Landscape Association
                                   1000 Vermont Ave., NW, Ste 300; Washington, DC 20005-4914
                                   202-789-2900
                                   www.anla.org

           ACI               American Concrete Institute
                                   38800 Country Club Drive; Farmington Hills, MI, 48331;
                                   248-848-3700
                                   www.concrete.org

           ACIL            American Council of Independent Laboratories
                                   1629 K Street, NW, Suite 400; Washington, DC 20006-1633
                                   202-887-5872
                                   www.acil.org

           ADC             Air Diffusion Council
                                   1000 E. Woodfield Road, Suite 102; Schaumburg, IL 60173-5921
                                   847-706-6750
                                   www.flexibleduct.org

TAMU-01998

AGC   Associated General Contractors of America
333 John Carlyle Street, Suite 200; Alexandria, VA 22314
703-548-3118
www.agc.org

AIA   America Institute of Architects
1735 New York Avenue, NW; Washington DC 20006
202-626-7300
www.aia.org

AIC   American Institute of Constructors
466 94th Avenue North; St. Petersburg, FL 33702
727-578-0317
www.aicnet.org

AISC   American Institute of Steel Construction, Inc.
One East Wacker Drive, Suite 3100; Chicago, IL 60601-2001
312-670-2400
www.aisc.org

AISI   American Iron and Steel Institute
1140 Connecticut Avenue, Suite 705; Washington, DC 20036
202-452-7100
www.steel.org

AMCA  Air Movement and Control Association
30 West University Drive; Arlington Heights, IL 60004-1893
847-394-0150
www.amca.org

ANSI   American National Standards Institute
1819 L. Street, NW, 6th Floor; Washington, DC 20036
202-293-8020
www.ansi.org

APA   American Plywood Association
P.O. Box 11700; Tacoma, WA 98411-0700
253-565-6600
www.apawood.org

ARI   Air Conditioning and Refrigeration Institute
4100 North Fairfax Drive, Suite 200; Arlington, VA 22203
703-524-8800
www.ari.org

ASHRAE American Society of Heating, Refrigerating &
Air Conditioning Engineers, Inc.
1791 Tullie Circle, NE; Atlanta, GA 30329
404-636-8400
www.ashrae.org

ASME  American Society of Mechanical Engineers
3 Park Avenue; New York, NY 10016
212-591-7000
www.asme.org

ASTM  American Society for Testing and Materials
100 Barr Harbor Drive; West Conshohocken, PA 19428-2959
610-832-9500
www.astm.org

TAMU-01199

AWI     Architectural Woodwork Institute
1952 Isaac Newton Square West; Reston, VA 20190
703-733-0600
www.awinet.org

AWPA    American Wood Preservers' Association
P.O. Box 388; Selma, Alabama 36702-0388
www.awpa.com

AWS     American Welding Society, Inc.
550 Le Jeune Road, NW; Miami, FL 33126
305-443-9353
www.aws.org

AWWA American Water Works Association
6666 West Quincy Avenue; Denver, CO 80235
303-794-7711
www.awwa.org

BHMA Builders' Hardware Manufacturers Association
355 Lexington Ave., 17th Floor; New York, NY 10017
212-297-2122
www.buildershardware.com

BIA     Brick Institute of America
11490 Commerce Park Drive, Suite 300; Reston, VA 20191
703-620-0010
www.bia.org

BICSI    Building Industry Consulting Services International
8610 Hidden River Parkway; Tampa, FL 33637
800-242-7405
www.bicsi.org

CE     Corps of Engineers (U.S. Department of the Army)

CPA     Composite Panel Association
18922 Premiere Court; Gaithersburg, MD 20879
301-670-0604
www.pbmdf.com

CPSC    Consumer Product Safety Commission
National Injury Information Clearinghouse
4330 East-West Hwy.; Bethesda, MD 20814-4408
301-504-6816
www.cpsc.gov

CRSI    Concrete Reinforcing Steel Institute
933 Plum Grove Road; Schaumburg, IL 60173-4758
847-517-1200
www.crsi.org

DHI     Door and Hardware Institute
14150 Newbrook Drive, Suite 200; Chantilly, VA 20151-2223
703-222-2010
www.dhi.org

FM     Factory Mutual Engineering and Research Organization
1151 Boston-Providence Turnpike; Norwood, MA 02062-5001
781-762-4300

FS          Federal Specification (General Services
            Administration) Specifications Unit (WFSIS)

GA          Gypsum Association
            810 First Street, NE, Suite 510; Washington, DC 20002
            202-289-5440
            www.gypsum.org

IEEE        Institute of Electrical and Electronics Engineers
            445 Hoes Lane; Piscataway, NJ 08854
            732-981-0660
            www.ieee.org

IESNA       Illuminating Engineering Society of North America
            120 Wall Street, Floor 17; New York, NY 10005
            212-248-5000
            www.iesna.org

IGCC        Insulating Glass Certification Council
            c/o ETL Testing Labs, P.O. Box 9, Henderson Harbor, NY 13651
            315-646-2234
            www.igcc.org

ILI         Indiana Limestone Institute of America
            400 Stone City Bank Building, Bedford, IN 47421
            812-275-4426
            www.iliai.com

LPI         Lightning Protection Institute
            3335 N. Arlington Hts. Road, Suite E; Arlington Hts., IL 60004
            847-577-7200
            www.lightning.org

MIL         Military Standardization Documents (U.S. Dept. of Defense)

MSS         Manufacturers Standardization Society of the Valve and Fittings Industry
            127 Park Street, NE; Vienna, VA 22180-4602
            703-281-6613
            www.mss-hq.com

NAAMM National Association of Architectural Metal Manufacturers
            8 South Michigan Avenue, Suite 1000; Chicago, IL 60603
            312-332-0405
            www.naamm.org

NCMA    National Concrete Masonry Association
            13750 Sunrise Valley Drive; Herndon, VA 20171-4662
            703-713-1900
            www.ncma.org

NEC         National Electric Code (by NFPA)
            National Elevator Industry, Inc.
            1677 County Route 64, P.O. Box 838; Salem, NY 12865-0838
            518-854-3100
            www.neii.org

NEMA        National Electrical Manufacturers Association
            1300 North 17th Street; Rosslyn, VA 22209
            703-841-3200
            www.nema.org

NFPA  National Fire Protection Association
One Batterymarch Park; Quincy, MA 02269-9101
617-770-3000
www.nfpa.org

NIST  National Institute of Standards and Technology
(formerly National Bureau of Standards; U.S. Dept. of Commerce)
Gaithersburg, MD 20899-3460
301-975-6478
www.nist.gov

NPCA  National Paint and Coatings Association
1500 Rhode Island Ave., NW; Washington, DC 20005
202-462-6272
www.paint.org

NRCA  National Roofing Contractors Association
10255 W. Higgins Road, Suite 600; Rosemont, IL 60018-5607
847-299-9070
www.nrca.net

NSF  National Sanitation Foundation
P.O. Box 130140, 789 N. Dixboro Rd; Ann Arbor, MI 48113-0140
734-769-8010
www.nsf.org

NTMA  The National Terrazzo and Mosaic Association, Inc.
201 N. Maple Avenue, Suite 208; Purcelville, VA 20132
800-323-9736
www.ntma.com

NWWDA  National Wood Window and Door Association (formerly NWMA)
1400 E. Touhy Avenue #G54; Des Plaines, IL 60018
708-299-1286
www.nwwda.org

OSHA  Occupational Safety & Health Administration (U.S. Department of Labor)
Government Printing Office
200 Constitution Avenue, NW; Washington, DC 20210
www.osha.gov

PCA  Portland Cement Association
5420 Old Orchard Road; Skokie, IL 60077
847-966-6200
www.portcement.org

PCI  Precast/Prestressed Concrete Institute
209 W. Jackson Blvd, Suite 500.; Chicago, IL 60606-6938
312-786-0300
www.pci.org

PDI  Plumbing and Drainage Institute (c/o Saul Baker)
45 Bristol Drive; South Easton, MA 02375
800-589-8956
www.pdionline.org

PS  Product Standard of NBS (U.S. Department of Commerce)

RFCI  Resilient Floor Covering Institute
401 E. Jefferson Street, Suite 102; Rockville, MD 20850
301-340-8580
www.rfci.com

TAMU-01992

RIS  Redwood Inspection Service (Grading Rules)
    405 Enfrente Drive, Suite 200; Novato, CA 94949
    415-382-0662

SDI  Steel Deck Institute
    P.O. Box 25; Fox River Grove, IL 60021
    847-458-4647
    www.sdi.org

SDI  Steel Door Institute
    30200 Detroit Road; Cleveland, OH 44145-1967
    440-899-0010
    www.steeldoor.org

SIGMA Sealed Insulating Glass Manufacturers Association
    401 N. Michigan Avenue, Suite 2400; Chicago, IL 60611
    312-644-6610

SMACNA Sheet Metal & Air Conditioning Contractors National Association, Inc.
    4201 Lafayette Center Drive; Chantilly, VA 20151-1209
    703-803-2980
    www.smacna.org

SPIB  Southern Pine Inspection Bureau (Grading Rules)
    4709 Scenic Highway, Pensacola, FL 32504-9094
    850-434-2611
    www.spib.org

SSPC  The Society for Protective Coatings
    40 24th Street, 6th Floor; Pittsburgh, PA 15222-4656
    877-281-7772
    www.sspc.org

TCA  Tile Council of America, Inc.
    100 Clemson Research Blvd.; Anderson, SC 29625
    864-646-8453
    www.tileusa.com

TIA/EIA Telecommunications Industry Association/Electronic Industries Alliance
    2500 Wilson Blvd., Suite 300; Arlington, VA 22201
    703-907-7700
    www.tiaonline.org

UL  Underwriter's Laboratories
    333 Pfingsten Road; Northbrook, IL 60062
    847-272-8800
    www.ul.com

WCLIB West Coast Lumber Inspection Bureau (Grading Rules)
    P.O. Box 23145; Portland, OR 97281
    503-639-0651
    www.wclib.com

WWPA Western Wood Products Association
    522 SW 5th Avenue, Suite 500; Portland, OR 97204-2122
    503-224-3930
    www.wwpa.org

1.03    GOVERNING REGULATIONS/AUTHORITIES:

A.    The A/E has contacted the appropriate authorities having jurisdiction for the listed regulations and codes to obtain information for preparation of the Contract Documents.  The Contractor may contact authorities having jurisdiction directly for information and decisions having bearing on the Work.

1.    Life Safety Code, NFPA 101, latest edition, and all codes referenced therein.
2.    International Building Code, latest edition, International Code Council, Inc., (for all items not covered by Life Safety Code).
3.    National Fire Codes, NFPA.
4.    State Energy Conservation Design Standard (ASHRAE 90.1-2004 Energy Standard).
5.    Other applicable ASHRAE Standards
6.    International Plumbing Code, latest edition, International Code Council, Inc.
7.    Building Service Piping, ASME/ANSI B 31.9.
8.    Texas Accessibility Standards (TAS), Texas Department of Licensing and Regulations, Architectural Barriers Act, Chapter 469, Government Code.
9.    American Disabilities Act, Part III, 28 CFR 36, July 26, 1991.
10.    Safety Code for Elevators and Escalators, ASME A 17.1 & A 17.3.
11.    TIA/EIA Standards.
12.    Texas Commission on Environmental Quality – (SWPPP)

1.04    DEFINITIONS:

A.    Require and Similar Words:  As needed to complete the Work and as directed by A/E, unless stated otherwise.

B.    Perform:  Contractor, at its expense, shall perform operations necessary to complete the Work, including furnishing of necessary labor, tools and equipment, and further including furnishing and installing of materials indicated, specified or required to complete such performance.

C.    Provide:  Contractor, at its expense, shall furnish and install the Work complete in place and ready for use, including furnishing of necessary labor, materials, tools, equipment and transportation.  Definitions apply same to future, present and past tenses, except word "provide" may mean "contingent upon" where such is context.

D.    Other Acceptable Manufacture, Equal, Or Equal, Equivalent and Words of Similar Import:  It shall be understood such words are followed by expression "in opinion of A/E" unless stated otherwise.

E.    Acceptable, Acceptance or Words of Similar Import:  Acceptance or similar import of A/E is intended unless stated otherwise.

F.    At No Extra Cost to Owner, With No Extra Compensation to Contractor, at Contractor's Expense or Terms of Similar Import:  Such terms shall be understood to mean that Contractor shall perform or provide specified products, materials or operations of the Work at no increase to Contract Sum stated in executed Contract.

G.    NIC:  Work which is not being performed or provided as part of Contract; term shall mean "Not In This Contract" or "Not a Part of the Work to be Performed or Provided by Contractor."  "NIC" work is indicated as an aid to Contractor in scheduling the amount of time and materials necessary for completion of Contract.

H.    Indicated:  The term "indicated" is a cross-reference to graphics, notes or schedules on Drawings, to other paragraphs or schedules in the Specifications, and to similar means of recording requirements in Contract Documents.  Where terms such as "shown," "noted," "scheduled," and "specified" are used in lieu of "indicated," it is for purpose of helping reader locate cross-reference, and no limitation of location is intended except as specifically noted.

I.    Directed, Requested or Similar Words:  Where not otherwise explained, terms such as "directed," "requested," "authorized," "selected," "approved," "required," "accepted," and "permitted" mean "directed by the ODR, A/E," "requested by the ODR, A/E," and similar directions by the ODR and A/E.  However, no such implied meaning will be interpreted to extend Owner's and A/E's responsibility into Contractor's area of construction supervision.

J. Approve:  Where used in conjunction with Owner's and A/E's response to submittals, requests, applications, inquiries, reports and claims by Contractor, the meaning of the term "approved" will be held to limitations of Owner's and A/E's responsibilities and duties specified in General Conditions.  In no case will "approval" by Owner and/or A/E be interpreted as a release of Contractor from responsibilities to fulfill requirements of Contract Documents.

PART 2 - PRODUCTS

 NOT USED

PART 3 - EXECUTION

 NOT USED

END OF SECTION

SECTION 01 43 00

QUALITY ASSURANCE

PART I - GENERAL

1.01    SECTION INCLUDES:

A.    General Requirements and Qualifications for Owner's Quality Assurance Testing.
B.    Concrete Inspections.
C.    Wall Closure and Above Ceiling Inspections.
D.    Pre-final Inspection.
E.    Final Inspection
F.    Final Acceptance
G.    One Year Inspection.

1.02    RELATED SECTIONS:

A.    Section 01 34 00 - Shop Drawings, Product Data, and Samples

1.03    GENERAL REQUIREMENTS FOR OWNER'S QUALITY ASSURANCE TESTING (see UGSC):

A.    The Owner/Owner's Designated Representative (ODR) will employ a testing laboratory and/or geotechnical engineering service to perform quality assurance tests and to transmit copies of test reports to Contractor. Sampling and testing that the Owner/ODR may require is specified in this section and in the various technical sections requiring quality assurance testing.  Cooperate with Owner/ODR's testing laboratory personnel, provide access to the Work, to manufacturer's and fabricator's operations, furnish incidental labor and facilities, and samples for test and inspections, as specified.

1.    Employment of testing laboratory to perform quality assurance tests is for benefit of Owner/ODR in confirming that performance and quality of the Work is in conformance with the Contract Documents.
2.    Employment of a testing laboratory by Owner/ODR in no way relieves Contractor's obligation to perform the Work in accordance with Contract Documents.
3.    Owner/ODR's testing laboratory shall not be the same as Contractor's testing laboratory used for design and certification testing unless otherwise acceptable to the A/E and Owner/ODR.
4.    Where the terms "Inspector" and "Laboratory" are used, they mean and refer to an officially designated and accredited inspector of the testing laboratory engaged by the Owner/ODR.
5.    The testing firm shall make all inspections and perform all tests in accordance with the rules and regulations of the building code, local authorities, the Specifications of the ASTM and these Contract Documents.
6.    Commercial Testing Laboratories:  In general, all Contracts awarded by SSC will require that testing not performed by the Contractor (i.e., hydrostatic testing of piping) or by the A/E (i.e., spot checking of air flow by the Engineer) will be performed by a commercial testing laboratory selected by the Owner/ODR.  The cost of such commercial testing will be paid directly by SSC.  Retesting will also be paid by the Owner/ODR, but will be reinvoiced at cost to the Contractor.  The number of copies of test reports will be determined for each individual project but in general will include:

Two copies for the Contractor;
One copy for the A/E;
One copy for SSC; and
One copy for the Construction Project Inspector.

Employment of the testing laboratory is for the benefit of the Owner/ODR for confirming that performance and quality of the Work is in conformance with the Contract Documents.
7.    The engagement of a testing laboratory by the Owner/ODR in no way relieves the Contractor of its responsibility, for full compliance of the Contract. The Contractor remains liable for the quality of the materials, products/equipment installed, and satisfactory work performance.

B.   Owner/ODR's quality assurance testing and sampling may include the following testing and other services to ensure Contract performance.

1.   Compacted Fill and Backfill:  Perform field density tests on existing subgrade at each lift.
2.   Footing Subgrades: Perform tests and visual comparisons of footing subgrades to verify design bearing capacities.
3.   Asphalt Paving and Base Material.

C.   Limits of Testing Laboratory Authority:  Laboratory is not authorized to:

1.   Approve or reject any portion of the Work.
2.   Perform any duties of the Contractor and Subcontractors.
3.   Revoke, alter, relax, expand, or release any requirement of the Contract Documents or to approve or accept any portion of the Work, except where such approval is specifically called for in the Specifications.
4.   Laboratory technicians do not act as foremen, or perform other duties for Contractor.  Work will be checked as it progresses, but failure to detect any defective work or materials shall not, in any way, prevent later rejection when such defect(s) are discovered.

1.04   CONCRETE INSPECTIONS

A.   Before the placing of any cast-in-place concrete structure, an inspection will be conducted to see that all items meet the intent of the plans or specs.  Only after all the deficiencies have been corrected will the Contractor be allowed to proceed.

1.05   WALL CLOSURE/ABOVE-CEILING INSPECTIONS (see UGSC)

A.   Before the installation of any ceiling or the closing of walls and chases, an inspection will be conducted to see that all items fully meet the plans and specs before being covered.  Only after all the deficiencies have been corrected will the Contractor be allowed to install the ceiling or close-up the wall.

A.   As a minimum, the following should be in place before an above-ceiling inspection is scheduled:

1.   All light fixtures installed and working;
2.   All plumbing installed and insulation complete;
3.   All rigid and flexible ducts installed;
4.   All required valve identification tags installed;
5.   All air devices installed and connected;
6    All controlled air tubing installed; and
7.   The ceiling support structure installed.

C.   Walls and chases will be inspected to verify the presence of blocking and bridging, and to verify electrical conduit and boxes are installed and supported properly.

D.   Those in attendance at these inspections shall include the A/E (as required), selected personnel from SSC, the General Contractor, plumbing, electrical and mechanical subcontractors.

E.   A minimum of fourteen (14) days notice shall be given to the ODR prior to these inspections.

1.06    A/E AND PROJECT INSPECTOR'S SUBSTANTIAL COMPLETION INSPECTION (see UGSC)

A.    When the Contractor feels that the Work is complete and ready for the Owner's use, it will notify the A/E and the ODR in writing fourteen (14) days prior to the date that the Work is anticipated to be complete and ready for a Substantial Completion Inspection. The A/E, along with representatives of SSC, User Coordinator, and the University will make a detailed inspection of all Work included in the Contract and the A/E will furnish to the Contractor a list of incomplete items. When all these items have been completed by the Contractor (within 30 days), the A/E and the ODR will be notified that all items of the Substantial Completion Inspection have been completed.

1.07    FINAL INSPECTION AND ACCEPTANCE (see UGSC)

A.    Upon verification by the A/E and the ODR that the deficiencies found during the Substantial Completion Inspection have been corrected, and the Work is ready for Final Inspection and Acceptance, the ODR will, within ten (10) calendar days after receiving written verification by the A/E, make a Final Inspection. When the Work is found acceptable under the Contract Documents (within 7 days) without any exceptions and the Contract is fully performed, then final payment will be made to the Contractor. Those in attendance at the Final Inspection will include the A/E, representatives of SSC, User Coordinator and Texas A&M University.

1.08    FINAL ACCEPTANCE (see UGSC)

A.    When the Work is fully complete, the A/E and construction project manager will notify SSC, recommending final acceptance of the Work. SSC will prepare a Report of Final Inspection and Acceptance.

1.09    ONE YEAR INSPECTION

A.    All Contracts awarded by SSC contain a one (1) year workmanship and material guarantee as stated in Uniform General and Supplementary Conditions, Articles 13.2 and 13.5. Defects which might result in damage to the facility or other property should be called to the attention of the Project Manager, SSC, who will notify the A/E and the Contractor.

PART 2 – PRODUCTS

NOT USED

PART 3 – EXECUTION

3.01    REINFORCING STEEL MECHANICAL SPLICES

A.    Visually inspect and report on the completed condition of each mechanical splice of reinforcing steel.

B.    Each mechanical splice shall be visually inspected to ensure compliance with building code and the manufacturer's published criteria for acceptable completed splices.

C.    Special emphasis shall be placed on inspection of the end preparation of each bar to be spliced, as required by the building code.

D.    Submit copies of manufacturer's published criteria for acceptable completed splices prior to observing mechanical splices.

E.    Reports on each mechanical splice shall indicate location of the splice, size of bars spliced, and acceptability or rejection of splice. Reasons for rejection shall be shown on each report.

3.02    CONCRETE INSPECTION AND TESTING

A.    Receive and evaluate all proposed concrete mix designs submitted by the Contractor. If the mix designs comply with the Drawings and Specifications, the laboratory shall submit a letter to the A/E certifying compliance. Mix designs not complying with the Drawings and Specifications shall be returned by the laboratory as unacceptable.

B.    Secure composite samples of concrete at the jobsite in accordance with ASTM C 172.

C.     Mold and cure three specimens from each sample in accordance with ASTM C 31.  Supervise the curing and protection provided (by others) for test specimens in the field, and the transportation from the field to the laboratory.  The test cylinders shall be stored in the field 24 hours and then be carefully transported to the laboratory and cured in accordance with ASTM C 31.

D.     Test specimens in accordance with ASTM C 39.  Two specimens shall be tested at 28 days for acceptance and one shall be tested at seven days for information.

E.     Make one strength test (three cylinders) for each 100 cubic yards or fraction thereof, of each mix design of concrete placed in any one day.

F.     Make one slump test for each set of cylinders following the procedural requirements of ASTM C 243 and ASTM C 172.  Make additional slump tests whenever the consistency of concrete appears to vary.  Do not permit placement of concrete having a measured slump outside the limits given on the Drawings, except when approved by the A/E.  Slump tests corresponding to samples from which strength tests are made shall be reported with the strength test results.  Other slump tests need not be reported.

G.     Determine total air content of air entrained normal-weight concrete sample for each strength test in accordance with ASTM C 231.

H.     Determine temperature of concrete sample for each strength test.

I.     The testing agency shall furnish and maintain a competent inspector at the mixing plant at the start of each day's mixing.  The inspector shall examine concrete materials for compliance with Specifications and approved mix design, weighing and measuring devices, proportioning and mixing of materials, the water and cement content of each batch, the general operation of the plant and the transportation of concrete to the jobsite.  The inspector shall verify that the amount of free surface moisture contained in the fine and coarse aggregate has been properly accounted for in the concrete mixing to achieve the required consistency and water cement ratio.

J.     The testing laboratory shall monitor the addition of water to the concrete at the jobsite and the length of time the concrete is allowed to remain in the truck before placement.  The personnel shall compare the mixture with the criteria on the approved mix design and report any significant deviation to the A/E, ODR, Contractor and concrete supplier.  Do not permit the addition of water which will exceed the maximum water/cement ratio for the mix as given on the approved mix design.

K.     Observe the placing of all concrete, except non-structural slabs-on-grade and sitework.  Observe and report on placing method, consolidation, cold joints, length of drop, and displacement of reinforcement.  Report deficiencies to the Contractor immediately for corrective action.  Inspections may be reduced to a periodic basis when all procedures have been deemed satisfactory by the laboratory.

L.     The testing laboratory shall certify each delivery ticket indicating class of concrete delivered (or poured), amount of water added and the time at which the cement and aggregate was dispensed into the truck, and the time at which the concrete was discharged from the truck.

M.     Evaluation and Acceptance:

1.     If the measured slump, or air content of air entrained concrete, falls outside the specified limits, a check test shall be made immediately on another portion of the same sample.  In the event of a second failure, the concrete shall be considered to have failed to meet the requirements of the specifications, and shall not be used in the structure.
2.     The strength level of the concrete will be considered satisfactory if the averages of all sets of three consecutive strength test results are equal to, or exceed specified strength and no individual test result (average of two cylinders) is below specified strength by more than 500 psi.
3.     Completed concrete work will be accepted when the requirements of "Specifications for Structural Concrete for Buildings," ACI 301, Chapter 18, have been met.

N.     Concrete Test Reports:

1.     Reports shall be made and distributed immediately after the respective tests or inspections are made.
2.     Where reports indicate deviations from the Contract Documents, they shall also include a determination of the probable cause of the deviation and, where applicable, a recommendation for corrective action.

3. Whenever the testing laboratory recognizes a trend of decreasing quality in the concrete due to changing seasons, conditions of curing, or other cause; this shall be brought to the attention of the A/E and the ODR, along with a recommendation for corrective action to be taken before the materials fall below the requirements of these Specifications.

O. Comply with ACI 311, "ACI Manual of Concrete Inspection".

P. Inspect the application of curing compound and monitor all curing conditions to assure compliance with specification requirements. Report curing deficiencies to the Contractor immediately and submit a written report to the A/E and the ODR.

END OF SECTION

SECTION 01 45 00

QUALITY CONTROL

PART 1 - GENERAL

1.01    SECTION INCLUDES:

A.    General Requirements and Qualifications for Contractor's Testing Laboratory Services.
B.    Submittals.
C.    Reference Standards.

1.02    RELATED SECTIONS:

A.    Section 01 34 00 - Shop Drawings, Product Data, and Samples
Section 01 33 00 – Submittal Procedures

1.03    GENERAL REQUIREMENTS FOR CONTRACTOR'S LABORATORY SERVICES (see UGSC):

A.    Contractor's Design and Certification Testing:  Provide services of an independent testing laboratory or facility acceptable to the A/E and the ODR to perform design and certification testing services.

1.    Submit written description of testing laboratory giving qualifications of personnel, laboratory facilities and equipment, and other information as may be requested by A/E and ODR.
2.    Contractor's testing laboratory shall not be the same as Owner's testing laboratory used for quality assurance testing unless otherwise acceptable to the A/E and ODR.

B.    Contractor's design testing and certification testing includes:

1.    Earthwork:  Identify suitable soil material at borrow material location, sampling soil material, and testing of soil material samples.
2.    Performing certified welding procedure qualification and requalification testing specified.
3.    Testing of materials when mill certificates are unavailable.
4.    Additional testing when source of material is changed after initial tests have been performed.
5.    Other testing required by other Sections of the Specifications.

1.04    QUALIFICATIONS:

A.    Laboratory Qualifications and Procedures:

1.    Meet "Recommended Requirements for Independent Laboratory Qualification," latest edition published by American Council of Independent Laboratories.  Testing firms shall meet the requirements of ASTM E 329, "Recommended Practice for Inspection and Testing Agencies for Concrete, Steel and Bituminous Materials as Used in Construction" and ASTM E 543, "Determining the Qualification of Nondestructive Testing Agencies."

2. The inspection and testing services of the testing firm shall be under the direction of a Registered Engineer licensed in the State of Texas and having at least five years engineering experience in inspection and testing of construction materials.

3. Inspecting personnel monitoring concrete work shall be ACI certified inspectors.

4. Submit copy of report of inspection of facilities made by Materials Reference Laboratory of National Bureau of Standards during most recent tour of inspection. Include memorandum of remedies of deficiencies reported by this inspection.

5. Testing Equipment: Calibrated at reasonable intervals by devices of accuracy traceable to National Bureau of Standards.

6. Tests and inspections shall be conducted in accordance with specified requirements and if not specified, in accordance with applicable standards of the American Society for Testing and Materials and other recognized authorities, as approved.

7. Primary inspectors performing structural steel inspection shall be currently certified AWS Certified Welding Inspectors (CWI), in accordance with the provisions of AWS QCI, "Standard and Guide for Qualification and Certification of Welding Inspectors." The inspector may be supported by assistant inspectors who may perform specific inspection functions under the supervision of the inspector. Assistant inspectors shall be currently certified ASW Certified Associate Welding Inspectors (CAWI). The work of assistant inspectors shall be regularly monitored by the inspector.

B. Laboratory Duties: Cooperate with A/E, ODR and Contractor. Upon notice, provide qualified personnel to perform required tests and inspections. In performing tests and inspections, Laboratory shall:

1. Comply with specified standards. Comply with building code requirements for "Special Inspection" whether or not such inspections are specified herein.

2. Ascertain compliance of materials with requirements of Contract Documents. If the material furnished and/or work performed fails to meet requirements of Contract Documents, laboratory inspector shall promptly notify the Contractor, A/E and the ODR of such failure.

3. Promptly notify ODR, Contractor and A/E of observed irregularities or deficiencies in the Work.

4. A representative of the Owner's testing laboratory, who has reviewed and is familiar with the Project and Specifications, shall participate in all preconstruction conferences. The testing firm shall coordinate material testing and inspection requirements with the Contractor and its Subcontractors consistent with the planned construction schedule. The laboratory personnel shall attend, throughout the course of the Project, such conferences as may be required or requested to address quality control issues.

5. Laboratory personnel shall inspect and/or test materials, assemblies, specimens, and work performed, including design mixes, methods and techniques and furnish report(s) to the A/E and the ODR of the progress thereof.

C. Contractor's Responsibilities:

1. Cooperate with laboratory personnel, provide access to the Work, and to manufacturer's and fabricator's operations wherever the Work is in preparation or progress.

2. Secure and deliver to the laboratory, without cost to Owner, adequate quantities of representative samples of materials proposed to be used and which require testing.

3. Furnish Incidental Labor and Facilities:
   a. To provide access to work to be tested.
   b. To obtain and handle samples at the Project Site or at the source of the product to be tested.
   c. To facilitate inspections and tests. Furnish such labor as required to assist laboratory personnel in obtaining and handling samples at the Project Site.
   d. For safe storage and curing of concrete test cylinders at Project Site and other test samples as required for field curing by ASTM C31.
4. Costs of tests, samples, and mock-ups of substitute material, where the substitution is requested by the Contractor and the tests are necessary in the opinion of the A/E to establish equality with specified items, shall be borne by the Contractor.
5. Costs of tests, samples, and mock-ups performed solely for the benefit or convenience of the Contractor shall be borne by the Contractor.
6. Notify laboratory sufficiently in advance of construction operations to allow laboratory to make assignment of personnel and scheduling of tests to complete any required checks or tests.
7. Owner's testing laboratory will conduct additional tests at Contractor's expense when initial quality control testing indicates work is defective or does not conform to requirements. Materials and workmanship not meeting the required standards or performance obligations are to be removed and replaced. Replacement and subsequent testing shall be at the expense of the Contractor.
8. Furnish concrete mix designs, in accordance with ACI 301, made by an independent testing laboratory or qualified concrete supplier. When mix designs by an independent testing laboratory are required, the laboratory shall be selected by the Contractor, approved by the A/E and ODR, and paid by the Contractor.
9. Obtain required inspections or approvals of the building official when required. All inspection requests and notifications required by the building code, are the responsibility of the Contractor.
10. Provide current welder certifications for each welder to be employed.
11. Furnish fabrication/erection inspection and testing of all welds in accordance with AWS D1.1, Chapter 6.
12. Prequalification of all welding procedures to be used in executing the Work.

1.05 SUBMITTALS:

A. General: Testing laboratory shall promptly submit written report of each and every test and inspection. Each report shall include:

1. Date issued.
2. Project title and number.
3. Testing laboratory name, address, and telephone number.
4. Name and signature of laboratory personnel.
5. Date and time of sampling or inspection.
6. Record of temperature and weather conditions.
7. Identification of product and Specification section.
8. Date of test.
9. Location of sample or test in the Project.
10. Type of inspection or test.
11. Results of tests and observation regarding compliance with Contract Documents.
12. Interpretation of test results, when requested by Architect.

B.    State in report all details of each inspection and test.  Indicate compliance or noncompliance with requirements of the Contract Documents.  Also state in report any and all unsatisfactory conditions.

C.    In addition to furnishing a written report, notify the A/E, the ODR and the Contractor verbally of any uncorrected conditions or failures to comply with the requirements of the Contract Documents.

D.    At completion of each trade or branch of the Work requiring inspecting and testing, submit a final certificate attesting to satisfactory completion of the Work and full compliance with requirements of Contract Documents.

E.    Upon completion of building, testing laboratory shall furnish, to ODR and A/E, statement that all required tests and inspections were made in accordance with requirements of Contract Documents.

1.06    REFERENCED STANDARDS

A.    The latest edition of all standards references in this section shall apply, unless noted otherwise.  In case of conflict between these Contract Documents and a referenced standard, the Contract Documents shall govern.  In case of conflict between these Contract Documents and the building code, the more stringent shall govern.

PART 2 – PRODUCTS

NOT USED

PART 3 - EXECUTION

NOT USED

END OF SECTION

SECTION 01 50 00

TEMPORARY FACILITIES AND CONTROLS

PART 1 - GENERAL

1.01    SECTION INCLUDES:

A.    General requirements.
B.    Temporary utilities and services
C.    Construction aids
D.    Barriers and enclosures.
E.    Security.
F.    Parking, access roads and traffic
G.    Temporary controls.
H.    Project identification and signs
I.    Field Offices

1.02    RELATED SECTIONS:

A.    Section 01 10 00 - Summary of Work.
B.    Section 01 74 00 - Cleaning.
C.    Section 01 77 00 - Closeout Procedures

1.03    GENERAL REQUIREMENTS:

A.    Contractor shall provide all construction facilities and temporary controls specified in this Section and as necessary for the proper and expeditious prosecution of the Work.

B.    The Contractor shall make or have made and pay all charges for all connections to and distribution from existing services and sources of supply.  **(Note:  Contractor will not be billed for utilities when the utilities are obtained from an existing building where the existing utilities are available.  Verify exact requirements with Campus Utilities (as specified herein) for construction of new buildings and work on other facilities that do not have the required temporary and/or permanent utility services utilities or are not currently metered.)**

C.    Requirements of service and utility companies relating to the Work shall be ascertained by Contractor.  Comply with all requirements, including those relating to continued protection and maintenance until completion of Work.

D.    Materials and construction for construction facilities and temporary controls may be new or used, must be adequate in capacity for required usage, and must not create unsafe conditions.  Comply with requirements of federal, state and local authorities having jurisdiction.

E.    Construction facilities and temporary controls shall be maintained by Contractor in usable condition at all times until completion of Work or when their removal is authorized by A/E or ODR.

F.    Relocate temporary services and facilities as required by progress of construction, by storage or work requirements, to accommodate legitimate requirements of the Owner and other contractors employed at the Site, and when directed by the ODR.

G.    When any portions of permanent systems are in operating condition, that part of the system may be used for construction purposes provide that the Contractor:

1.    Obtains ODR's approval,
2.    Assumes full responsibility for the system used,
3.    Pays all costs for operation, maintenance, cleaning, and restoration of the system to as new condition,
4.    Operates the system under the supervision of the Subcontractor responsible for system installation and ultimate performance,
5.    Does not effect specified warranty.

H.    Completely remove temporary services and facilities when their use is no longer required and/or at completion of Project, when directed by ODR.

I.     Clean and repair damage caused by temporary services and facilities to new condition for new Work and to a condition as good as or better than existed prior to start of Work for existing construction, services, and facilities.

1.04     TEMPORARY UTILITIES AND SERVICES:

A.     General

    1.     New temporary utility connections and metering for construction purposes
    2.     Existing utility service connections and metering in renovation and construction
    3.     Permanent new utility service upgrades, connections, and metering, for construction or renovation
    4.     Utility connections, investigations and Contractor charges for construction or renovation

B.     College Station: Texas A&M University maintains and operates full service utility production and distribution assets which serve the College Station campus. Temporary and/or permanent utility services and metering required for a project may include primary and secondary type Electrical Distribution Systems, Chilled Water, Heating Hot Water, Domestic Cold Water, Domestic Hot Water, Sanitary Sewer, and Refuse Collection.

C.     College Station: Unless otherwise noted in the contract documents, Texas A&M University, Utility Energy Services (TAMU UES) will investigate, approve, extend and activate all temporary and permanent utility services and metering to construction sites, campus facilities, buildings and structures. The extent of service connection responsibilities may differ considerably between projects and will be clearly denoted on the contract drawings.  The guidelines and procedures for utility services including forms can be found at https://utilities.tamu.edu/
Other Campuses [PM to edit]

1.05     TEMPORARY UTILITY CONNECTIONS AND METERING FOR CONSTRUCTION

A.     Temporary Telephone Service:  Provide and maintain telephone service with a minimum of one direct line instrument in the Contractor's field office.  The Contractor shall pay for costs of installation, maintenance and removal and service charges for local calls.  Toll charges shall be paid by party who places the call, except toll calls made by Owner's and A/E's personnel related to project business shall be paid for by Contractor.

B.     Temporary Toilets and Sanitation:  Provide service, clean, and maintain sanitary conveniences with proper enclosures, in conformance with requirements of local laws and ordinances governing such installations.  Post notices, take such precautions as may be necessary, and do cleaning necessary to keep the building and the premises in a sanitary condition.  From start of the Work, provide suitable temporary toilets and enclosures for the use of the workmen on the Project.  Maintain these facilities in a sanitary condition.  Use of Owner's existing toilet facilities will not be permitted.

C.     Temporary Fire Protection:  Construction practices, including cutting and welding, and fire protection during construction shall be in accordance with applicable requirements of federal, state, and local authorities having jurisdiction.  Provide prominently located multi-purpose portable fire extinguishers, with at least one in each wing on each floor.

    1.     Gasoline and other flammable liquids shall be stored in Underwriter's Laboratories listed safety containers.  Storage shall not be permitted within the building.
    2.     Do not light fires of any kind in or about the premises.  The use of salamanders is prohibited.
    3.     Schedule the Work so that the permanent fire protection system is installed and made operable at the earliest possible date.  At such time, the Contractor shall furnish sufficient hose to provide adequate coverage of each floor.
    4.     All tarpaulins that may be used for any purpose during the construction of the Work shall be made of material which is resistant to fire, water, and weather.

D.     Elevators:  Temporary use of elevators will be permitted only if acceptable to the ODR and elevator installer.  Prior to such approved temporary use, provide the following:

    1.     Arrange and pay for necessary approvals, elevator manufacturer's acceptance, and temporary use permits.

2. Install temporary protection over hoistway entrances and doors, car doors and frames, car front returns and enclosures so that elevator work will be without damage at completion of Project. Repair or replace damaged work prior to Final Inspection.

3. Provide and pay for power, operators, necessary signaling and safety devices, lights and other equipment, temporary protection and enclosures required for safe elevator operation.

4. After temporary elevator use is discontinued, remove temporary protections and enclosures.

5. Refer to appropriate section in Division 14 of these Specifications for additional requirements.

1.06 TEMPORARY AND PERMANENT SERVICE FOR NATURAL GAS

A. Natural gas services are the responsibility of the Local Distributing Company (LDC). When approved for a specific project, it shall be the responsibility of the Contractor to apply for temporary gas services directly with the LDC.

B. A Contractor shall notify the Owner of its intent to establish temporary natural gas service with the LDC. Liquefied gas, such as propane, is prohibited unless otherwise authorized in the contract documents. Liquid fuels stored and used on a construction site must be coordinated with and approved by ODR, and conform to all applicable University safety guidelines.

C. Permanent gas services to a new or existing structure, as may be required under a construction contract, including the meter installation and service extensions shall be coordinated directly with the ODR and the LDC. Utilities Energy Services will provide proper billing account information for establishing the permanent billing account upon attaining substantial completion.

For College Station: The guidelines and procedures including forms for temporary and permanent service for natural gas can be found at http://utilities.tamu.edu/guidelines-and-procedures-for-utility-service/

D. All costs associated with temporary or permanent gas service, up to the date the Owner has determined a date of substantial completion of the building, which include connection fees, fixed and/or variable monthly charges, late fees, transactions costs, disputed charges, and any other administrative costs associated with the Contractor's natural gas service account with the LDC is the sole responsibility of the Contractor.

E. A permanent natural gas account will be transferred from the Contractor to the permanent customer at substantial completion.

1.07 PERMANENT UTILITY SERVICES IN CONSTRUCTION CONTRACTS

A. The guidelines and procedures for utility services including forms can be found at http://utilities.tamu.edu/guidelines-and-procedure-for-utility-service/

1.08 METERING FOR PERMANENT UTILITY SERVICES

A. Most new campus facilities and major renovations of existing facilities will include work scope for establishing electronic utility metering. Metering devices will be certified "revenue-quality", be of the type TAMU UES has standardized on, and will be connected electronically by the Owner to the campus building automation system or power monitoring system via campus Ethernet.

B. Other Campuses [PM to edit]

C. Metering points in this project may include, but are not limited to, Electrical, Chilled Water flow and temperature difference, Heating Hot Water flow and temperature difference, Domestic Cold Water, Domestic Hot Water, and Steam. Together with the contract drawings, refer to Division 23 Mechanical, Division 26 Electrical, Division 27 Communications, and other relevant divisions for meter specification and installation on all required utility metering and for project coordination.

1.09 CONSTRUCTION AIDS:

A. Material and Personnel Hoists: The Contractor shall provide material hoists as required for normal use by all trades, without charge. The Contractor shall also provide a personnel hoist for the transportation of all workmen as required for normal use, without charge.

1. Employ qualified, skilled operators for the material and personnel hoists.
2. Provide all necessary guards, signals, safety devices, required for safe operation, and suitable runways from hoists to each floor level and roof.
3. The construction and operation of the hoists shall conform to all applicable requirements for the American Standard Safety Code for Building, the "Manual of Accident Prevention in Construction" of the AGC, and shall be approved by the insurance underwriters.

B. Temporary Stairs, Ladders, Scaffolds, Runways, and Similar Facilities:

1. Provide and maintain all temporary equipment and construction such as temporary stairs, ladders, ramps, scaffolds, hoists, runways, derricks, chutes, and similar facilities as necessary for the proper execution of the Work. Derricks, cranes, and similar facilities shall comply with local airport restrictions.
2. Provide temporary protective treads, handrails, and wall coverings at stairways.
3. Scaffolding shall be furnished, installed, maintained, and removed as necessary for proper execution of the Work and shall be erected on the side of the wall on which facing work occurs. Scaffolding shall not be built into any finish facing material.

1.10 BARRIERS AND ENCLOSURES:

A. General: Construct temporary barricades, warning signs, hazard and warning lights, walks, passage-ways, and similar temporary barriers and enclosures that are necessary to protect persons and property from hazards or damage due to construction operations, and required by university, city, state or federal laws, ordinances or codes.

B. Construction Fences: Contractor shall furnish and install construction fences and gates within the "limits of construction", prior to beginning of work so as maintain area free of unauthorized personnel and which includes Project working area and storage locations allocated by the Owner to the Contractor. Keep adjacent property free from disturbance, dust, and noise as much as feasible.

C. Non-Movable Fences: Fencing and gates shall be minimum 6'-0" high, new material, chain link fabric tightly stretched between line posts (1-5/8" O.D. galvanized iron) at not more than 10 foot centers. Tree protection posts shall be on 8 foot centers. Posts in earthen areas shall be plumbed and aligned, and firmly anchored in the ground at least 24" deep. Corner and gate posts (2-3/4" O.D. galvanized iron) shall have line posts within 6' and braced using clamps at posts. Posts that are machine pounded must be cut off flush and level at top. Gates shall be substantially constructed of materials similar to fence, equipped with hinges of adequate size and strength for operation and to maintain the gate level. Provide security chain and padlock at each gate with 2 keys furnished to ODR. In sensitive and high visibility areas, and where noted on the Drawings, install redwood slats vertically in the fence fabric to reduce public view of unsightly areas. Fence posts in permanently paved and sidewalk areas shall be set in 4" thick concrete bases, 24" square or 30" round.

D. Movable Fences: Fences that need to be moved frequently for access to the Site or to be movable tree protection shall be 6' high posts, using 5" non-climb wire fabric, 12.5 gauge galvanized wire, 2" wide x 4" high openings, attached to posts set in concrete within an old tire to prevent post bases from marring pavements and sidewalks.

E. Tree and Plant Protection: Coordinate with SSC Grounds Maintenance – Work shall typically be performed by SSC Grounds Maintenance. If work is not performed by SSC Grounds Maintenance then Contractor shall provide barricades, fences, and guards as necessary to prevent damage to existing trees and shrubs indicated to remain including, but not limited to, the following construction operations:

1. Compaction of root area by equipment or material storage,
2. Trunk damage by moving equipment, material storage, nailing or bolting,
3. Strangling by tying ropes or guy wires to trunks or large branches,
4. Poisoning by pouring solvents, gas, paint and other toxic materials on or around trees and roots,
5. Cutting roots by excavating, ditching and similar operations,
6. Damaging branches by improper pruning; notify ODR for required pruning,
7. Drought damage from failure to water or by cutting or changing normal drainage pattern past roots,
8. Changes in soil pH factor by disposal of lime and other alkali based materials such as plaster, concrete, mortar and grout,
9. Machine excavating within the drip line of trees; conduct all excavating within drip line by hand. Do not cut roots 1-1/2" in diameter and over.

F. Tree Damage: When trees other than those indicated or approved for removal are destroyed, killed or badly damaged as a result of construction operations, the Contract Sum will be reduced by the amount determined from the following International Shade Tree Conference formula: D x D x 0.7854 x $28.00, where D is the diameter of the trunk measure 12" above grade.

G. Fence Maintenance and Removal: All fencing and gates shall be maintained deep, straight and level, having a neat and uniform appearance during the construction period and upon completion, before acceptance of the Work, shall be removed from the Site and post hole filled to original condition.

H. Temporary Enclosures and Protection:

1. Provide temporary weather-tight enclosure at exterior walls for successive areas of the building as work progresses, as necessary to provide
acceptable working conditions, provide weather protection for interior materials, allow for effective temporary heating, and to prevent entry of unauthorized persons.

2. Temporary Partition and Ceiling Enclosures: Framing and sheet materials which comply with structural and fire rating requirements of applicable codes and standards.
a. Close joints between sheet materials, and seal edges and intersections with existing surfaces, to prevent penetration of dust or moisture.
b. Provide temporary doors with self-closing hardware and padlocks as required for security.
c. Provide removable portions of enclosures as necessary for work and for handling of materials.

3. Protection of Installed Work: Provide protection for installed Work so that it will be without damage at time of acceptance by ODR. Control traffic to minimize damage. Provide protective coverings at walls, projections, jambs, sills and soffits of openings. Protect finish floors and stairs from traffic, movement of heavy objects, storage and similar construction operations. Prohibit traffic and storage on waterproofed and roofed surfaces, on lawn and landscaped areas.
a. Concrete, cement, mortar, grout, sludge, plaster and similar materials shall not be placed in or washed down storm and sanitary sewers, plumbing lines or fixtures.

4. Protect improvements on Owner's and adjoining properties.

I. Site: Unless otherwise specified or directed, carefully protect existing walks, lawns, other buildings, and other work on Site, whether specifically indicated on the Drawings or not. Damaged areas of curbs, walks and paving will not be permitted to be patched; remove entire section between expansion joints in which the damage occurs and replace with construction to match existing adjacent work.

J. The Contractor is responsible for damage to the Work and injury to persons due to failure of barriers and enclosure of work to adequately protect it; and wherever evidence is found of such damage, the Owner may order the Work so damaged to be immediately removed and replaced by the Contractor. All costs and expenses for such occurrences shall be the responsibility of the Contractor at no additional expense to Owner. The Contractor's responsibility for maintenance of barriers and enclosure work, shall not cease until the Project has been completed and is accepted by the Owner.

1.11 SECURITY:

A. The Contractor shall provide a security program and facilities to protect the Work, existing facilities, and Owner's operations from unauthorized entry, vandalism, and theft. Coordinate with Owner's security program. Project security within "limits of construction" is Contractor's responsibility.

1.12 PARKING, ACCESS ROADS AND TRAFFIC:

A. Parking: Parking for workmen employed on the Site may be provided within construction limits or at a remote location, if needed, to the extent that space for that purpose may be available without interference with the activities related to performance of the Work. On campus parking, other than within construction limits, shall only be as approved by ODR. Contractor shall pay all associated parking fees.

B. Provide temporary roads as required to bring vehicles onto the Site. Restore new paving used for construction operations to new condition prior to acceptance of Work by Owner.

1. Restrict vehicles from doing unnecessary damage to the Site and any existing paving.
2. Restore all new or existing improvements damaged by this Work to original condition, as acceptable to Owner or other parties having jurisdiction.

C.    Traffic Control:  Prior to start of Work, examine construction vehicle routing, and establish safeguards and procedures necessary to carry out the Work.  In addition, be responsible for and observe the following:

1.    Be responsible for controlling construction traffic within and adjacent to the Site.
2.    Provide all entrances, lifts and safeguards required or necessary to the progress of the Work, and effectively control such traffic to provide minimum hazard to the Work and all persons.
3.    Route all construction equipment, trucks, and similar vehicles on existing public streets to and from the Site as approved by the ODR or as indicated on the Drawings.
4.    Construct and maintain temporary walks for pedestrians.  Keep streets adjacent to the Site open to vehicular and pedestrian traffic.
5.    Maintain constant access for police, fire and ambulance service.
6.    Provide and maintain for proper control of traffic and safety:
   a.    All necessary barricades, suitable and sufficient lights, reflectors, and danger signals,
   b.    Warning and closure signs, directional, and detour signs,
   c.    All traffic control devices furnished and installed in compliance with the Texas Manual on Uniform Traffic Control Devices as prepared by the State Department of Highways and Public Transportation.
7.    The Contractor shall provide on a 24 hour basis for all restricted and dangerous conditions existing on or adjacent to the Site:
   a.    For nighttime safety illuminate barricades, danger signals, warning signs and obstructions,
   b.    Keep warning lights burning from sunset until sunrise.

1.13    TEMPORARY CONTROLS:

A.    Cleaning During Construction:  Contractor at all times shall keep the premises free from accumulation of waste materials and rubbish caused by operations for the Work.  Provide a collection can at each area used for eating.  Pick up garbage daily.  Keep Project Site free of garbage, trash, vermin and rodent infestation.  Contractor, by agreement, shall require each Subcontractor to collect and deposit waste and rubbish caused by Subcontractor operations at pre-designated location.  Clean interior areas prior to start of finish Work.  Maintain areas free of dust and other contaminates during finishing operations.

B.    Noise Control:  In and around occupied areas, minimize use of noise producing equipment.  Work with noise-producing is subject, at all times, to ODR's approval of entire procedure.  Use only on a scheduled basis as agreed with ODR prior to start of Construction operations.

C.    Water Control:  Provide methods to control surface water to prevent damage to Project, site of adjoining properties.  Control fill, grade and ditch to direct surface drainage away from excavations, pits, tunnels and other construction areas.  Direct drainage to proper runoff.

1.    Provide, operate and maintain hydraulic equipment of adequate capacity to control surface and water.
2.    Dispose of drainage water in a manner to prevent flooding, erosion or other damage to any portion of site or to adjoining areas.
3.    Refer to the appropriate section in Division 2 of these Specifications for TPDES requirements.

D.    Pollution Control:

1.    Provide methods, means and facilities required to prevent contamination of soil, water or atmosphere by discharge of noxious or hazardous substances from construction operations.
2.    Provide equipment, personnel and perform emergency measures required to contain any spillages, and to remove contaminated soil or liquids.  Excavate and dispose of contaminated earth off site and replace with suitable compacted fill and topsoil.
3.    Take special measures to prevent harmful substances from entering public waters.  Prevent disposal of wastes, effluents, chemicals or other such substances adjacent to streams or in sanitary or storm sewers.
4.    Provide systems for control of atmospheric pollutants.  Prevent toxic concentrations of chemicals.  Prevent harmful dispersal of pollutants into atmosphere.

F.    Dust Control:  Provide positive methods and apply dust control materials to minimize raising dust from construction operations and provide positive means to prevent air-borne dust from dispersing into atmosphere.

1.14    PROJECT IDENTIFICATION AND SIGNS:

Project signs will not be required nor allowed on main campus. For projects on west campus or off campus facilities see the requirements listed below.

A.   Provide one construction sign shown on Contract Drawings and as specified below. No other signs may be installed anywhere on the Site (except delivery route signs deemed necessary by ODR), including signs advertising the sale of salvage.

    1.   Face Size: 4'-0" wide x 8'-0" high x 3/4" thick, located approximately 3'-0" above grade.
    2.   Sign Faces: New 3/4" exterior grade medium density overlay plywood.
    3.   Location of Sign, and Layout: By the A/E.
    4.   Sign faces shall be painted a white background color. All lettering shall be accomplished by a professional sign painter and shall be in Helvetica Medium style, upper and lower case, in black color and shall include, but not be limited to the following information:
        (1)   Project Name.
        (2)   Architect's Name.
        (3)   General Contractor's Name.

PART 2 – PRODUCTS

    NOT USED

PART 3 – EXECUTION

    NOT USED

END OF SECTION

SECTION 01 60 00

PRODUCT REQUIREMENTS

PART 1 - GENERAL

1.01    SECTION INCLUDES:

A.    General Requirements.
B.    Manufacturer's Instructions
C.    Transportation and Handling.
D.    Storage and Protection.

1.02    RELATED SECTIONS:

A.    Section 01 10 00 - Summary of Work.
B.    Section 01 25 00 - Substitution Procedures.
C.    Section 01 31 00 - Project Management and Coordination.
D.    Section 01 33 00 - Submittal Procedures:  List of Materials.
E.    Section 01 34 00 - Shop Drawings, Product Data and Samples.
F.    Section 01 50 00 - Temporary Facilities and Controls:  Material Storage Facilities.
G.    Section 01 77 00 - Closeout Procedures.

1.03    GENERAL REQUIREMENTS:

A.    In addition to Uniform General and Supplementary Conditions (UGSC)  requirements, Contractor shall use materials and equipment that are:

1.    New, unless otherwise specified, and that are of good quality, free from faults and defects, and in conformance with the requirements of the Contract Documents.
2.    Suitable for use and function intended.
3.    Corresponding in quality to related materials in the absence of a complete specification.
4.    Of quality appearance where exposed to view.
5.    Of one manufacturer or source for the same specific purpose, with uniform appearance and physical properties.
6.    Interchangeable and be the same, when required to be supplied in quantity.
7.    Free of name, trade mark, or other insignia which is intended to identify the manufacturer, vendor, or other source(s) which is surface applied or affixed to any manufactured articles, materials, and items of equipment in any public area or similar locations within the Project.  Any manufactured articles, materials, and items of equipment which bears evidence that an insignia, name, or trade mark has been removed shall not be used.  Code required labels, such as Underwriters Laboratory labels, and other identification required by the Contract Documents are accepted.

B.    Product Color, Texture, or Pattern Selection:  No work requiring the A/E's review for color, texture and pattern selection shall be fabricated, delivered or installed prior to review and selection by the A/E.

1.    Contractor shall select products of a named manufacturer that complies with the specified requirements and submit the full range of available colors, textures, patterns, including custom colors, textures and patterns for the A/E's selection.  All subsequently approved products of other manufacturers are approved contingent upon availability of equivalent colors, textures, and patterns available to the A/E for selection.
2.    When "match existing color" is indicated or specified, Contractor shall, in addition to material and construction requirements specified elsewhere, match existing color, texture, and pattern in every respect, as approved by the A/E.
3.    When materials have a natural range of color, texture, and pattern such as natural stone, brick, tile, anodized aluminum finish and other exposed materials and finishes, the Contractor shall submit required number of sets of ranges of color, texture, and pattern, including representative naturally occurring defects as appropriate, for the A/E's review.  All work fabricated and installed shall be within range of samples approved by the A/E.  In addition, Contractor shall refer selection of raw materials containing defects within limits of the A/E's approved range of samples, to the A/E to provide distribution of such throughout required work so as to avoid patterns and concentrations of such defects.

C.   Source Limitations:  To the fullest extent possible, provide products of the same generic kind, from a single source, for each item of the Work.

1.   When specified products are available from only sources that do not or cannot produce an adequate quantity to complete Project requirements in a timely manner, consult with the A/E for a determination of what product qualities are most important before proceeding.  The A/E will designate those qualities, such as visual, structural, durability, or compatibility, that are most important.  When Architect's determination has been made, select products from those sources that produce products that possess the most important qualities, to fullest extent possible.

D.   Compatibility of Options:  Where product options are permitted, select products that are compatible with other products to be incorporated into the Work, including products previously selected.

1.04   MANUFACTURER'S INSTRUCTIONS:

A.   Install products in accordance with manufacturer's printed instructions.  Obtain and distribute copies of such instructions to installer, including one copy to the A/E and one to the ODR.  Maintain one set of complete instructions at the Site during installation and until completion.

B.   Manufactured articles, materials, and items of equipment shall be handled, stored, applied, installed, connected, erected, used, cleaned, adjusted, conditioned, and protected in accordance with manufacturer's printed instructions and specifications for the Project conditions indicated, within manufacturer's published limitations, and requirements specified.

C.   Should any manufactured articles, materials, and items of equipment be found to be damaged, deteriorated, or otherwise contrary to the requirements of the Contract Documents, remove and replace such damaged or deteriorated articles, materials, and items of equipment, no matter in what stage of completion and replace with new materials.

D.   Should Project conditions or specified requirements be in conflict with manufacturer's instructions, request written clarification from the A/E before proceeding.  Do not proceed with work without clear instructions.  Do not omit any preparatory step or installation procedure unless specifically modified or exempted by Contract Documents.

E.   Keep a copy of material safety data sheets for all products used in the Work, at Contractor's field office.

1.05   TRANSPORTATION AND HANDLING (see UGSC):

A.   Arrange deliveries of materials and products in accordance with Construction Progress Schedule.

B.   Transport products by methods to avoid product damage; deliver in undamaged condition in manufacturer's unopened containers or packaging, dry.

C.   Provide equipment and personnel to handle products by methods to prevent soiling or damage.

D.   Promptly inspect shipments to ensure that products comply with requirements of the Contract Documents and approved submittals, that quantities are correct, and products are undamaged.

1.06   STORAGE AND PROTECTION:

A.   Store products in accordance with manufacturer's instructions, with seals and labels intact and legible.  Store sensitive products, including factory-finished items and similar work, in weather-tight enclosures; maintain within temperature and humidity ranges required by manufacturer's instructions.  Comply with applicable laws, ordinances and regulations for protective storage of potentially dangerous materials.

B.   For exterior storage of fabricated products, place on sloped supports above ground.  Cover products subject to deterioration with impervious sheet covering; provide ventilation to avoid condensation.

C.   Store loose granular materials on solid surfaces in a well-drained area and prevent mixing with foreign matter.

D.  Arrange storage to provide access for inspection at all times.  Periodically inspect to assure products are free from damage or deterioration, and are maintained under required conditions.

E.  At end of each day's work, cover new work likely to be damaged.  Provide substantial coverings necessary to protect installed products from damage, traffic, and subsequent construction operations.  Refer to Section 01 50 00 for additional requirements, including removal of temporary protections.

F.  Contractor shall provide inspection of Subcontractor's material for compliance with submittals on proper storage.

PART 2 - PRODUCTS

NOT USED

PART 3 - EXECUTION

NOT USED

END OF SECTION

SECTION 01 73 50

CUTTING AND PATCHING

PART 1 - GENERAL

1.01    SECTION INCLUDES:

A.    Submittals required.
B.    Materials required.
C.    Procedures for cutting and patching.

1.02    RELATED SECTIONS:

A.    Section 01 10 00 - Summary of Work.
B.    Section 01 25 00 - Substitutions Procedures.
C.    Section 01 31 00 - Project Management and Coordination.
D.    Section 01 60 00 - Product Requirements.
E.    Other Technical Sections:
        1.    Cutting and patching required being performed incidental to Work of the Section.
        2.    Advance notification to trades responsible for Work of other Sections
        3.    Coordination of trades responsible for Work of other Sections.

1.03    SUBMITTALS:

A.    Submit written request sufficiently in advance to allow ODR and A/E time to adequately review and make a determination of approval of cutting, drilling, or alteration which affects:

        1.    Work of Owner or any separate Contractor.
        2.    Structural value or integrity of any element of Project.
        3.    Integrity or effectiveness of weather-exposed or moisture-resistant elements or systems.
        4.    Efficiency, operational life, maintenance, or safety of Project equipment elements.
        5.    Visual qualities of sight-exposed elements.
        6.    Damage to existing Work or utilities.

B.    Include in request:

        1.    Identification of Project.
        2.    Location and description of affected Work.
        3.    Necessity for cutting, drilling, alteration, or excavation.
        4.    Effect on Work of Owner or any separate Contractor, or on structural or weatherproof integrity of Project.
        5.    Description of proposed Work:
                a.    Scope of cutting, patching, alteration or excavation.
                b.    Trades who will perform the Work.
                c.    Products proposed to be used.
                d.    Extent of refinishing to be done.
        6.    Alternative to cutting, drilling, patching, and excavation.
        7.    Written permission of separate contractors who's work is affected.
        8.    Date and time Work will be performed.

## PART 2 - PRODUCTS

### 2.01    MATERIALS:

A.    Provide materials and procedures required for original installation.

B.    For any change in materials, submit request for substitution under provision of Section 01 25 00 - Substitution Procedures.

## PART 3 - EXECUTION

### 3.01    GENERAL:

A.    Field Conditions:  Check and verify Contract Documents and field conditions before proceeding with Work.  If there are any questions regarding these or other coordination questions, the Contractor is responsible for obtaining clarification from the A/E before proceeding with Work or related Work in question.

B.    Execute cutting, drilling, and patching, including excavation and fill as required to complete the Work, and to:

1.    Fit the several parts together, to integrate with other Work.
2.    Uncover Work to install ill-timed Work.
3.    Remove and replace defective and non-conforming Work.
4.    Remove samples of installed Work for testing.
5.    Provide openings in elements of Work for penetrations of mechanical and electrical work.
6.    Uncover Work to allow for A/E's and ODR's observation of Work which has been covered prior to observation by A/E and ODR.

### 3.02    INSPECTION:

A.    Inspection:  Carefully examine the premises to determine the extent of Work and the condition under which it must be done, including elements subject to movement or damage during cutting, patching, excavating and backfilling.  No extra payments will be allowed for claims for additional work that could have been determined or anticipated by such inspection.  After uncovering Work, inspect conditions affecting installation of new products.

B.    Beginning of cutting, drilling, or patching means acceptance of existing conditions.

### 3.03    PREPARATION:

A.    Preparation Prior to Cutting:  Provide adequate temporary support as necessary to assure structural value or integrity of affected portion of Work.  Provide protection from elements for that portion of the Project which may be exposed by cutting and patching work, and maintain excavations free from water.

B.     Protection: Provide barricades, coverings, fences, supports, and similar temporary protections necessary to protect persons and property from injury or damage as a result of Work of this Section. Confine operations to required limits and take reasonable precautions to protect remainder of property from damage.

C.     Dust Control: Control dust resulting from cutting and patching to prevent the spread of dust to adjacent occupied areas and to avoid creation of a nuisance in the adjacent surrounding area. Use of water will be permitted as indicated. Provide drop cloths or other suitable barriers to prevent dust from traveling to adjacent areas. Seal off return air registers or other mechanical systems to prevent dust from entering such systems.

3.04     PERFORMANCE:

A.     Execute Work by methods to avoid damage to other Work, and which will provide proper surfaces to receive patching and finishing.

B.     Employ original installer to perform cutting and patching for weather-exposed, moisture-resistant elements, sight-exposed surfaces, and to preserve Owner's warranties and bonds for Work of this Contract and related work of other contracts.

C.     Cut rigid materials using masonry saw or core drill. Pneumatic tools are not allowed without prior written approval by the ODR.

D.     Restore Work which has been cut or removed using new products in accordance with requirements of Contract Documents.

E.     Fit and seal interior Work airtight to pipes, sleeves, ducts, conduit, and other penetrations through surfaces. Fit and seal for watertightness all penetrations through exterior envelope and through slabs.

F.     At penetrations of fire-rated wall, ceiling, or floor construction, completely seal all voids with fire stopping and sealant material, full thickness of the construction element to provide a smoke seal and penetration rating equivalent to adjacent rated construction. Refer to appropriate sections of Division 7 in these Specifications for requirements.

G.     Refinish surfaces to match adjacent finishes. For continuous surfaces, refinish to nearest intersection; for an assembly, refinish entire unit as follows:

1.     Walls: From floor to ceiling and between the nearest corner. New gypsum board construction meeting existing construction in same plane shall be flush with no visible joint showing,
2.     Ceiling: The complete surface,
3.     Floor: The complete surface unless otherwise shown or unless a matching patch in applied finishes can be made acceptable to A/E and ODR,
4.     Openings: The entire unit including frame,
5.     Painted Cabinets: The entire painted surface,
6.     Transparent Finish Cabinets: Finish new surfaces to match existing,
7.     Base: Between the nearest corners.

H.     Excavation: Refer to appropriate sections of these Specifications.

I.      Damage:  Restore accidental or careless damage to Work to a condition as good as or better than existed before Work was commenced and at no additional cost to the Owner.


END OF SECTION

SECTION 01 74 00

CLEANING AND WASTE MANAGEMENT

PART 1 - GENERAL

1.01    SECTION INCLUDES:

   A.    General requirements for cleaning.
   B.    Materials for cleaning.
   C.    Procedures for cleaning.

1.02    RELATED SECTIONS:

   A.    Section 01 10 00 - Summary of Work.
   B.    Section 01 33 00 - Submittal Procedures.
   C.    Section 01 50 00 - Temporary Facilities and Controls.
   D.    Section 01 77 00 - Closeout Procedures.

1.03    GENERAL REQUIREMENTS:

   A.    General:  In addition to Uniform General and Supplementary Conditions, Article 3 (see UGSC), provide progress and final cleaning as specified in this section.

   B.    Progress Cleaning:  Keep premises and public properties free from accumulations of waste, debris and rubbish, caused by operations.  Maintain Project in accord with State and local safety, health, and insurance standards.

   C.    Final Cleaning:  At completion of Work, remove waste materials, rubbish, tools, equipment, machinery and surplus materials, and clean all exposed surfaces of building and Project Site, including crawl spaces; leave Project clean and ready for occupancy.

   D.    Final Inspection:  Prior to final inspection, clean all surfaces and remove all debris from project.

PART 2 - PRODUCTS

2.01    CLEANING MATERIALS:

   A.    Use materials which will not create hazards to health or property, and which will not damage surfaces.

   B.    Use only materials and methods recommended by manufacturer of material being cleaned.

PART 3 - EXECUTION

3.01    CLEANING:

   A.    In addition to removal of debris and cleaning specified in other sections, clean interior and exterior exposed-to-view surfaces affected by Work of this Contract.

B.      Hazards Control:  Store volatile waste in covered metal containers and remove from premises daily.  Prevent accumulation of wastes which create hazardous conditions. Provide adequate ventilation during use of volatile or noxious substances.

C.      Clean permanent filters of ventilating equipment and replace disposable filters when units have been operated during construction; in addition, clean ducts, blowers, and coils when units have been operated without filters during construction.

D.      Remove waste, debris, and surplus materials from site.  Clean paving areas, walks, drives and streets in the vicinity of the building; remove mud, rubbish, waste, stains, spills, and foreign substances from paved areas and sweep clean.  Immediately clean any mud tracked out of the construction area to adjacent drives and streets by vehicles and equipment.

E.      Keep the entire construction area clean and at least weekly conduct a general clean-up operation.

F.      Keep grass/weeds cut at all times within the limits of construction; maximum time interval in growing season is two weeks.

G.      Periodically inspect, tighten and realign construction/tree protection fencing.

H.      Do not burn or bury rubbish and waste materials on the Project site.

I.      Do not dispose of volatile wastes such as mineral spirits, oil, or paint thinner in storm, sanitary drains or into the soil.

J.      Do not dispose of rubbish and wastes into streams or waterways.

K.      Do not dispose of excess concrete on the Project Site or campus.

L.      Wet down rubbish and waste to subdue dust and prevent it from blowing.

M.      Provide on Site containers for collection of waste, debris and rubbish.  Handle materials in a controlled manner with as few handlings as possible; do not drop or throw materials from heights.  Do not fence, block, cover, otherwise make inaccessible, for Owner's use, any waste containers located inside or outside construction limits.

N.      Remove temporary protection and labels not required to remain.

O.      Just prior to painting and similar finishing operations, clean interior areas ready to receive finish, and continue cleaning as needed, until building is ready for Substantial Completion.

P.      Disposal: Remove waste materials, debris and rubbish from the Project Site and provide for legal disposal at a Texas Department of Health (TDH) permitted solid waste facility.  In hauling material from the Project Site, Contractor shall prevent debris from dropping from vehicles and littering the campus or area streets and roads.  Contractor shall promptly remove any debris which falls from vehicles.

3.02     FINAL CLEANING

A.     Employ experienced workmen or professional cleaners and perform cleaning in accordance with manufacturer's written recommendations, using products approved by the manufacturer for material being cleaned.

B.     Prior to final inspection and the Owner's acceptance of the Work, perform final cleaning of all areas of the building and Project Site, performing all operations specified in the various Sections of Project Specifications.  Final cleaning operations include, but are not limited to:

   1.     Remove waste, debris, and surplus materials of any nature from Site.  Clean paving areas in the vicinity of the building; remove stains, spills, and foreign substances from paved areas and sweep paved areas clean and rake clean other surfaces of grounds,
   2.     Broom cleaning of all exposed concrete floors,
   3.     Cleaning all stonework,
   4.     Cleaning all exposed painted and unpainted metals,
   5.     Cleaning all architectural woodwork,
   6.     Cleaning all doors and polish hardware; removing excess paint and stains,
   7.     Cleaning all glass areas, exterior and interior,
   8.     Cleaning all storefront framing and doors, and glazed wall system members, exterior and interior,
   9.     Cleaning all walls and floors,
   10.     Cleaning of resilient flooring, ready for waxing by Campus Personnel [*Project Manager verify with Campus*]
   11.     Vacuum all carpeted floors,
   12.     Cleaning all toilet partitions, fixtures, and accessories,
   13.     Cleaning all exposed surfaces of light fixtures, including removal of construction dust, paint overspray, finger prints, and similar soiling from light fixture bodies, reflectors, and both sides of light fixture lenses,
   14.     Removing and disposing of all temporary protections,
   15.     Repair, patch and touch-up marred surfaces to match adjacent surfaces,
   16.     Prior to Final Completion, inspect exposed interior and exterior surfaces and work areas to verify that entire work is clean.

C.     Clean finishes free of dust, stains, films, and other foreign substances.

D.     Clean transparent and glossy materials to a polished condition; remove foreign substances. Polish reflective surfaces to a clear shine.

END OF SECTION

SECTION 01 77 00

CLOSEOUT PROCEDURES

PART 1 - GENERAL

1.01    SECTION INCLUDES:

   A.    Instruction of using personnel.
   B.    Submittals.

1.02    RELATED SECTIONS:

   A.    Section 01 10 00 - Summary of Work.
   B.    Section 01 29 00 – Payment Procedures.
   C.    Section 01 32 00 – Construction Progress Documentation.
   D.    Section 01 33 00 – Submittal Procedures.
   E.    Section 01 50 00 – Temporary Facilities and Controls.
   F.    Section 01 74 00 – Cleaning and Waste Management.

1.03    INSTRUCTION OF USING PERSONNEL:

   A.    The Contractor will provide demonstrations; conduct training and familiarization sessions for physical plant/User personnel on the mechanical and electrical systems in the facility prior to Substantial Completion inspection.  Arrangements for these instruction periods shall be made by the ODR.  Operation and maintenance manuals must be available and used during this training period. Refer to Section 01 78 23 for requirements of Operating and Maintenance Manuals.

1.04    SUBMITTALS:

   A.    Refer to Section 01 29 00 - Payment Procedures for required administrative action and submittals which must precede or coincide with Contractor's final payment application. Contractor shall deliver these submittals to ODR, properly executed, prior to the request for final payment.

   B.    Final Completion (see UGSC):  Submit written request for Final Completion inspection and the following:

      1.    Certification that Work is complete and Owner has full access and use of completed work, Contract Documents have been reviewed, and systems and equipment have been tested, are operational and User personnel have received proper instruction and training on equipment and systems.
      2.    Copy of list of items to be completed or corrected from Substantial Completion Inspection, with each item initialed and showing date completed.
      3.    Evidence of compliance with requirements of governing authorities:
         a.    Certificates of occupancy.
         b.    Certificates of final inspection for elevator, plumbing, mechanical, fire protection, electrical, and other systems required by governing authorities.
      4.    List of all Subcontractors and material suppliers and product description.  Provide name, address, and complete phone number:

   a.  Product manufacturer.

   b.  Installer (Subcontractor).

   c.  Local representative.

   d.  Local source of supply for parts and replacement.

5. Submit test/adjust/balance records; start-up performance reports, and other information relevant to Owner's occupancy.

6. Clean-up: Project site and areas used by Contractor shall be cleaned in accordance with all requirements listed in the Project Manual and Drawings.

7. Deliver all special tools and keys in relation to project equipment and devices to ODR.

8. Instruction Logs for Instruction of Owner's Operating Personnel: Provide copies of sign in sheets and attendance records of all sessions held for instructing Owner's or ODR's personnel in the operation and maintenance of installed systems and equipment.

9. Warranties: Provide a letter of warranty on Contractor's letterhead in compliance with the Uniform General and Supplementary Conditions. Provide copies of all warranties supplied to Contractor for systems or equipment installed as part of the Work.

10. Keys, Keying Schedule, and Change over of Locks: For loaned keys and access cards for existing locks and security devices, return all loaned keys and access cards. For new locks and new security devices, refer to appropriate section in Division 8 of these Specifications for requirements.

11. Spare Parts and Maintenance Material: Refer to appropriate Sections in this Specification for requirements.

12. List of Contractor's incomplete work, recognized as exceptions to Owner's Certificate of Final Acceptance.

13. Affidavit from Contractor attesting that all materials and equipment installed by Contractor are free of hazardous substances with supporting certificates from subcontractors and suppliers.

14. Release of Liens: Submit the Release of Liens on the form provided by ODR.

15. Record Drawings: Submit drawings documenting the Work as installed, including makes and model numbers for all scheduled equipment.

16. Operations and Maintenance Manuals: Refer to Section 01 78 23, Operation and Maintenance Data for requirements.

17. Consent of Surety: Submit consent of surety to final payment.

18. Certificate of Insurance for Products and Completed Operations.

19. Final Application for Payment.

## PART 2 – PRODUCTS

  NOT USED

## PART 3 – EXECUTION

  NOT USED

END OF SECTION

SECTION 01 78 20

FACILITIES MANAGEMENT DATA

PART 1 - GENERAL

1.01 SUMMARY

A.    Description:

   1.    This section specifies the standards that the Contractor shall follow for their scope of work related to Facilities Management Data (FM Data) Requirements.

   2.    This section does not negate any other section that requires Commissioning or Operations and Maintenance Data.

1.02 RELATED SECTIONS:

A.    Section 01 77 00 - Closeout Procedures
B.    Section 01 78 23 – Operations and Maintenance

1.03 FACILITY EQUIPMENT DATA

A.    Facility Equipment Information Required

   1.    The Contractor shall provide facilities information in a digital format acceptable to the Owner for all assets identified in Table 01 Asset Groups that are included in the project.  The minimum required information per asset are Floor, Location Asset Group, Description, Manufacturer, Model Number, Serial Number and Tag. Contractor shall also provide Owner a photo of the SSC asset sticker, photo of the asset's name plate data, and a photo of each asset in its final location in digital format, at least 8 megapixels and in jpg format. (See photo examples)

   2.    Floor shall designate the level (Basement, 01, 02, 03 Roof) or the exterior by Outside.

   3.    Location shall be the final room numbers assigned to each space or by use of Roof or Outside.

   4.    Asset Group shall be one of the asset groups as identified in Table 01.

   5.    Description shall be a simple description of the asset. (ex. Air Handler Unit)

   6.    Manufacturer shall be the actual manufacturer's name of the asset from the approved submittal and as installed.

7. Model Number shall be the complete model number of the asset from the approved submittal and as installed

8. Serial Number shall be the serial number for the asset as installed.

9. Tag shall be the tag designation for the asset as installed. (ex. AHU-1)

10. See Table 02 for acceptable format (.xlsx) of data collection.

11. All photographs shall be named in the following format xxxx-yyyyy-zz.jpg where "xxxx' represents the building number, "yyyyy" represents SSC barcode number and "zz" represents the picture number sequence. (ex. 1416-28044-01)

B. Barcodes

1. Barcodes shall be provided by the Owner for Contractor to place on equipment in field. The Contractor shall request these barcodes from the Owner, providing the total number of equipment assets to the Owner.

C. Final Deliverables

1. The Contractor shall provide, on a USB drive, the asset information to the owner within two (2) weeks of the substantial completion date.

1.04 MEETING

A. Contractor shall set up a meeting with the ODR and SSC to review asset groups on the project, quantity of assets on the projects, floor and location nomenclature for the project, placement of barcodes on assets and any other information necessary to complete the task prior to collecting the required information.

PART 2 - PRODUCTS

NOT USED

PART 3 - EXECUTION

Table 01 Asset Groups

| Asset Group | Asset Type | Description |
|---|---|---|
| ADA | SERIALIZED | ADA DOORS & OPENER |
| AHU | SERIALIZED | AIR HANDLING UNIT |
| AIR BLOWER | SERIALIZED | AIR BLOWER |
| AIR COMPRESSOR | SERIALIZED | AIR COMPRESSOR |
| AIR CURTAIN | SERIALIZED | AIR CURTAIN |
| AIR DEHUMIDIFIER | SERIALIZED | AIR DEHUMIDIFIER |
| AIR DRYER | SERIALIZED | AIR DRYER |
| AIR HUMIDIFIER | SERIALIZED | AIR HUMIDIFIER |
| AIR/DIRT SEPERATOR | SERIALIZED | AIR/DIRT SEPERATOR |
| AIRFLOW MEASURING STATION | SERIALIZED | AIRFLOW MEASURING STATION |
| AMMONIA REFRIG SYS | SERIALIZED | AMMONIA REFRIGERATION SYSTEM |
| ATS | SERIALIZED | AUTOMATIC TRANSFER SWITCH |
| AUTOCLAVE | SERIALIZED | AUTOCLAVE |
| AUTODOOR | SERIALIZED | AUTOMATIC DOORS |
| BACKFLOW PREVENTER | SERIALIZED | BACKFLOW PREVENTER |
| BATTERY | SERIALIZED | BATTERY SYSTEM |
| BOILER | SERIALIZED | BOILER |
| BOILER-STEAM | SERIALIZED | STEAM BOILER |
| BOILER-WATER | SERIALIZED | WATER BOILER |
| CAPACITOR BANK | SERIALIZED | CAPACITOR BANK |
| CEILING TRACK | SERIALIZED | CEILING TRACK |
| CENTRAL VACUUM EQUIPMENT | SERIALIZED | CENTRAL VACUUM EQUIPMENT |
| CHAIR LIFT | SERIALIZED | CHAIR LIFT |
| CHILLED_BEAM | SERIALIZED | CHILLED BEAM SYSTEM |
| CHILLER | SERIALIZED | CHILLER |
| CHILLER-GLYCOL | SERIALIZED | GLYCOL CHILLER |
| CHILLER-WATER | SERIALIZED | WATER CHILLER |
| CLEAN FUNNEL BOX | SERIALIZED | CLEAN FUNNEL BOX |
| CLOTHES DRYER | SERIALIZED | CLOTHES DRYER |
| COLD STORAGE ROOM | SERIALIZED | COLD STORAGE ROOM |
| COMMERCIAL DISHWASHER | SERIALIZED | COMMERCIAL DISHWASHER |
| COMPACTOR-TRASH | SERIALIZED | TRASH COMPACTOR |
| COMPRESS-BLDG | SERIALIZED | BUILDING COMPRESSOR |
| COMPRESS-LAB | SERIALIZED | MEDICAL/LAB COMPRESSOR |
| CONDENSATE TANK | SERIALIZED | CONDENSATE TANK |
| CONDENSING UNIT | SERIALIZED | CONDENSING UNIT |
| COND_BLEEDER | SERIALIZED | CONDENSATION BLEEDER |
| COND_UNIT | SERIALIZED | CONDENSING UNIT |

| COOLING TOWERS | SERIALIZED | COOLING TOWERS |
|---|---|---|
| COOL_TOWER | SERIALIZED | COOLING TOWER |
| DEHUMIDFIER | SERIALIZED | AIR DEHUMIDIFIER |
| DIGESTER | SERIALIZED | DIGESTER |
| DOCK LIFT | SERIALIZED | DOCK LIFT |
| DOOR-OVERHEAD | SERIALIZED | OVERHEAD DOORS |
| DRINKING FOUNTAIN | SERIALIZED | DRINKING FOUNTAIN |
| EFFLUENT DECON SYS | SERIALIZED | EFFLUENT DECONTAMINATION SYSTEM (EDS) |
| ELECTRIC GATE | SERIALIZED | ELECTRIC GATE |
| ELEC_GATE | SERIALIZED | ELECTRICAL GATE SYSTEM |
| ELEVATOR | SERIALIZED | ELEVATOR |
| EMERGENCY LIGHTING - BATT | SERIALIZED | EMERGENCY LIGHTING - BATTERY |
| ENERGY EXCHANGE CORE | SERIALIZED | ENERGY EXCHANGE CORE/ERU CUBE |
| ENTHALPY WHEEL | SERIALIZED | ENTHALPY WHEEL |
| ENVIRONMENTAL CHAMBER | SERIALIZED | ENVIRONMENTAL CHAMBER |
| ENVIRONMENTAL CONTROL | SERIALIZED | ENVIRONMENTAL CONTROL |
| ESCALATOR | SERIALIZED | ESCALATOR |
| EXHAUST FAN | SERIALIZED | EXHAUST FAN |
| EXIT LIGHTING - BATT | SERIALIZED | EMERGENCY EXIT LIGHTING - BATTERY |
| FAN COIL UNIT | SERIALIZED | FAN COIL UNIT |
| FAN-EXHAUST | SERIALIZED | EXHAUST FAN |
| FAN-RETURN | SERIALIZED | RETURN AIR FAN |
| FAN-STAIR | SERIALIZED | STAIRWELL PRESSURIZATION FAN |
| FAN-SUPPLY | SERIALIZED | SUPPLY FAN |
| FIRE BACKFLOW PREVENTER | SERIALIZED | FIRE BACKFLOW PREVENTER |
| FIRE PUMP | SERIALIZED | FIRE PUMP |
| FIRE READY HOOD | SERIALIZED | FIRE READY HOOD |
| FIRE-JOCKEY | SERIALIZED | JOCKEY PUMP |
| FIRE-PNL | SERIALIZED | FIRE PANEL |
| FIRE-PUMP | SERIALIZED | FIRE PUMP |
| GAS SENSOR | SERIALIZED | GAS SENSOR |
| GAS STORAGE TANK | SERIALIZED | GAS STORAGE TANK |
| GENERATOR | SERIALIZED | GENERATOR |
| GRAYWATER | SERIALIZED | GRAYWATER SYSTEM |
| HEAT EXCHANGER | SERIALIZED | HEAT EXCHANGER |
| HEAT TRACING CONTROLLER | SERIALIZED | HEAT TRACING CONTROLLER |
| HEAT_EXCH-STEAM | SERIALIZED | STEAM HEAT EXCHANGER |
| HEAT_EXCH-WATER | SERIALIZED | WATER HEAT EXCHANGER |
| HEPA FILTER | SERIALIZED | HEPA AIR FILTER |
| HOOD-VENT | SERIALIZED | VENT HOOD |
| HUMIDIFIER | SERIALIZED | AIR HUMIDIFIER |

| ICE MACHINE | SERIALIZED | ICE MACHINE |
|---|---|---|
| INCINERATOR | SERIALIZED | INCINERATOR |
| IRRIGATION CONTROLLER | SERIALIZED | IRRIGATION CONTROLLER |
| LAB EQUIP DRYING SYSTEM | SERIALIZED | LAB EQUIPMENT DRYING SYSTEM |
| LAB EQUIP WASHING SYSTEM | SERIALIZED | LAB EQUIP WASHING SYSTEM |
| LAB EXTRACTOR | SERIALIZED | LABORATORY EXTRACTOR |
| LAB FUME HOOD | SERIALIZED | LABORATORY FUME HOOD |
| LAB VACUUM/LAB AIR | SERIALIZED | LABORATORY VACUUM, LABORATORY AIR |
| LAB-VAC/AIR-SYSTEM | SERIALIZED | MEDICAL VACUUM SYSTEM |
| LIFT STATION DS | SERIALIZED | LIFT STATION DS |
| LIFT-CRANE_HOIST | SERIALIZED | CRANE & HOIST |
| LIFT-DOCK | SERIALIZED | DOCK LIFT |
| LIFT-DUMBWAITER | SERIALIZED | DUMBWAITER |
| LIFT-MISC | SERIALIZED | MISCELLANEOUS LIFT |
| LIFT-SPECIAL | SERIALIZED | LIFT (SPECIAL) |
| LIFT-WHEEL | SERIALIZED | WHEEL CHAIR LIFT |
| MIXING VALVE | SERIALIZED | MIXING VALVE |
| NAT-GAS-SYSTEM | SERIALIZED | NATURAL GAS SYSTEM |
| NITROGEN GENERATOR | SERIALIZED | NITROGEN GAS GENERATOR |
| OVERHEAD DOOR | SERIALIZED | OVERHEAD DOOR |
| OVERHEAD FAN | SERIALIZED | OVERHEAD FAN |
| PACKAGED AIR CONDITIONER | SERIALIZED | PACKAGED AIR CONDITIONER |
| PUMP | SERIALIZED | PUMP |
| PUMP-CIRC | SERIALIZED | CIRCULATION PUMP |
| PUMP-SUMP | SERIALIZED | SUMP PUMP |
| PUMP-WASTE | SERIALIZED | WASTE EJECTOR PUMP |
| RADIATOR | SERIALIZED | RADIATOR |
| REFRIG CONDENSING UNIT | SERIALIZED | REFRIGERATOR CONDENSING UNIT |
| REFRIGERATOR/FREEZER | SERIALIZED | REFRIGERATOR AND FREEZER |
| REFRIGERATOR_FREEZER | SERIALIZED | REFRIGERATOR/FREEZER |
| REFUGE SIGNAGE - BATT | SERIALIZED | AREA OF REFUGE SIGNAGE |
| RETURN AIR FAN | SERIALIZED | RETURN AIR FAN |
| SUPPLY AIR FAN | SERIALIZED | SUPPLY AIR FAN |
| SWGR | SERIALIZED | MAIN SWITCHGEAR |
| SYSTEM-FIRE-SUPPRESSION | SERIALIZED | FIRE SUPPRESSION SYSTEM |
| TANKLESS WATER HEATER | SERIALIZED | TANKLESS WATER HEATER |
| TNK-ACID | SERIALIZED | ACID TANK |
| TNK-DEAERATOR | SERIALIZED | Deaerator Tank |
| TNK-EXP | SERIALIZED | EXPANSION TANK |
| TNK-FLASH | SERIALIZED | FLASH TANK |
| TNK-FUEL | SERIALIZED | FUEL TANKS |

| | | |
|---|---|---|
| TNK-GREASE | SERIALIZED | GREASE TANK |
| TNK-SEPERATOR | SERIALIZED | OIL & SEPARATOR TANK |
| TRAP-PRIMER | SERIALIZED | TRAP PRIMER SYSTEM |
| UH-ELEC | SERIALIZED | ELECTRIC UNIT HEATER |
| UH-GAS | SERIALIZED | GAS UNIT HEATER |
| UH-STEAM | SERIALIZED | STEAM UNIT HEATER |
| UNIT HEATER | SERIALIZED | UNIT HEATER |
| UPS | SERIALIZED | UNINTERRUPTED POWER SUPPLY SYSTEM |
| VACUUM CONTAINER | SERIALIZED | VACUUM CONTAINER |
| VACUUM PRODUCER | SERIALIZED | VACUUM PRODUCER |
| VACUUM-BLDG | SERIALIZED | NON LAB/MED VACUUM |
| VACUUM-LAB | SERIALIZED | LAB/MEDICAL VACUUM |
| VAV-FP | SERIALIZED | VAV (FAN POWERED) |
| VAV-NP | SERIALIZED | VAV (NON FAN POWERED) |
| VFD | SERIALIZED | VARIABLE FREQUENCY DRIVE |
| WALL SYSTEM | SERIALIZED | WALL SYSTEM |
| WATER COOLER | SERIALIZED | ELECTRIC WATER COOLER |
| WATER FILTRATION SYSTEM | SERIALIZED | WATER FILTRATION SYSTEM |
| WATER HEATER | SERIALIZED | WATER HEATER |
| WATER SOFTENER | SERIALIZED | WATER SOFTENER |
| WATER-DI | SERIALIZED | DE-IONIZATION WATER SYSTEM |
| WATER-RO | SERIALIZED | REVERSE OSMOSIS WATER SYSTEM |
| WATER-SPECIAL | SERIALIZED | OTHER WATER FILTRATION SYSTEM |
| WELDING HOOD | SERIALIZED | WELDING HOOD |
| WINDOW A/C UNIT | SERIALIZED | WINDOW AIR CONDITIONER UNIT |

## Table 02 Data Collection

| Asset # | Floor | Location | Asset Group | Description | Manufacturer | Model | Serial # | Tag |
|---|---|---|---|---|---|---|---|---|
| 175166 | 01 | 158 | PANELBOARDS | MSA1 - Main Distribution Panel | SQUARE D | HCP | 443 810 194 303 10001 | MSA1 Main SB |
| 175167 | 01 | 119.A | FIRE PANEL | Fire Alarm Main Panel | Siemens | XLS | | NA |
| 175171 | 01 | 137 | VAV-FP | 137, 138 Music Rooms | Price | SDV5-001 | 1318991-030-001 | VAV 3-3 |
| 175172 | 01 | 141 | VAV-FP | 141 Game Room NNW | Price | SDV5-003 | 1318991-029-001 | VAV 3-1 |
| 175173 | 01 | 141 | VAV-FP | 141 Game Roon NNE | Price | SDV5-003 | 1318991-050-001 | VAV 3-31 |
| 175174 | 01 | 141 | VAV-FP | 141 Game Room NE | Price | SDV5-004 | 1318991-049-001 | VAV 3-32 |
| 175175 | 01 | 134 | VAV-FP | 134, 135, 136 Gaming Rooms | Price | SDV5-001 | 1318991-031-001 | VAV 3-4 |
| 175176 | 01 | 132 | VAV-FP | 132, 133 Office Key storage | Price | SDV5-001 | 1318991-039-001 | VAV 3-15 |
| 175177 | 01 | 151 | VAV-FP | 151 Gallery NW | Price | SDV5-005 | 1318991-040-001 | VAV 3-16 |
| 175178 | 01 | C130 | VAV-FP | C130 Corridor | Price | SDV5-001 | 1318991-033-001 | VAV 3-6 |
| 175179 | 01 | 130 | VAV-FP | 130, 131 Res Storage Copy | Price | SDV5-001 | 1318991-036-001 | VAV 3-9 |
| 175180 | 01 | 129 | VAV-FP | 129 Conference | Price | SDV5-001 | 1318991-035-001 | VAV 3-8 |
| 175181 | 01 | 128 | VAV-FP | 128 Breakroom | Price | SDV5-001 | 1318991-034-001 | VAV 3-7 |
| 175182 | 01 | 141 | VAV-FP | 141 Game room NW | Price | SDV5-004 | 1318991-048-001 | VAV 3-30 |
| 175183 | 01 | 124 | VAV-FP | 124, 125 Staff Offices | Price | SDV5-002 | 1318991-032-001 | VAV 3-5 |
| 175184 | 01 | 122 | VAV-FP | 122, 123 Staff Offices | Price | SDV5-002 | 1318991-037-001 | VAV 3-10 |
| 175185 | 01 | C115 | VAV-FP | C115 121 Corridor, Storage | Price | SDV5-003 | 1318991-041-001 | VAV 3-17 |
| 175186 | 01 | 120 | VAV-FP | 120 Catering | Price | SDV5-004 | 1318991-038-001 | VAV 3-12 |
| 175187 | 01 | 119 | VAV-FP | 119 Electrical | Price | SDV5-004 | 1341602-004-001 | VAV 3-13 |
| 175188 | 01 | 118 | VAV-FP | 118 MDF | Price | SDV5-003 | 1341602-003-001 | VAV 3-11 |
| 175189 | 01 | 151 | VAV-FP | 151 Gallery SW | Price | SDV5-005 | 1318991-044-001 | VAV 3-24 |



Sample Photos



1416-28044-01
1416-28044-02

## END OF SECTION

SECTION 01 78 23

OPERATION AND MAINTENANCE DATA

## PART 1 - GENERAL

1.1     SUMMARY

A.     This Section includes administrative and procedural requirements for preparing operation and maintenance manuals, including the following:
1.     Operation manuals for systems, subsystems, and equipment.
2.     Maintenance manuals for the care and maintenance of systems and equipment.

B.     See Divisions 02 through 49 Sections for specific operation and maintenance manual requirements for the Work in those Sections.

1.2     SUBMITTALS

A.     Manual:  Submit one copy of each manual in final form at least 30 days before final inspection.  Architect will return comments within 15 days after receipt.

1.     Correct or modify each manual to comply with Architect's comments.  Submit each corrected manual within 15 days of receipt of Architect's comments.

## PART 2 - PRODUCTS

2.1     MANUALS, GENERAL

A.     Format:  Provide the manuals electronically in Adobe™ Portable Document Format (pdf).  Bookmark the first page of each division and section.  Also bookmark the first page of each item listed in the table of contents.

B.     Organization:  Unless otherwise indicated, organize each manual into a separate section for each system and subsystem, and a separate section for each piece of equipment not part of a system.  Each manual shall contain a title page, table of contents, and manual contents.

C.     Title Page:  Enclose title page.  Include the following information:

1.     Subject matter included in manual.
2.     Name and address of Project.
3.     Name and address of Owner.
4.     Date of submittal.
5.     Name, address, and telephone number of Contractor.
6.     Name and address of Architect.
7.     Cross-reference to related systems in other operation and maintenance manuals.

D.     Table of Contents:  List each product included in manual, identified by product name, indexed to the content of the volume, and cross-referenced to Specification Section number in Project Manual.

E.     Manual Contents:  Organize into sets of manageable size.  Arrange contents alphabetically by system, subsystem, and equipment.  If possible, assemble instructions for subsystems, equipment, and components of one system into a single document.

1.     Media:  Flash Drive/Load into eBuilder.

a.     Identify flash drive with "OPERATION AND MAINTENANCE MANUAL," Building name, Building number, Project title or name, Project number, and subject matter of contents. Indicate volume number for multiple-volume sets.

2.2     OPERATION MANUALS

   A.    Content:  In addition to requirements in this Section, include operation data required in individual Specification Sections and equipment descriptions, operating standards, operating procedures, operating logs, wiring and control diagrams, and license requirements.

   B.    Descriptions:  Include the following:

         1.    Product name and model number.
         2.    Manufacturer's name.
         3.    Equipment identification with serial number of each component.
         4.    Equipment function.
         5.    Operating characteristics.
         6.    Limiting conditions.
         7.    Performance curves.
         8.    Engineering data and tests.
         9.    Complete nomenclature and number of replacement parts.

   C.    Operating Procedures:  Include start-up, break-in, and control procedures; stopping and normal shutdown instructions; routine, normal, seasonal, and weekend operating instructions; and required sequences for electric or electronic systems.

   D.    Systems and Equipment Controls:  Describe the sequence of operation, and diagram controls as installed.

   E.    Piped Systems:  Diagram piping as installed, and identify color-coding where required for identification.

2.3     PRODUCT MAINTENANCE MANUAL

   A.    Content:  Organize manual into a separate section for each product, material, and finish.  Include source information, product information, maintenance procedures, repair materials and sources, and warranties and bonds, as described below.

   B.    Source Information:  List each product included in manual, identified by product name and arranged to match manual's table of contents.  For each product, list name, address, and telephone number of Installer or supplier and maintenance service agent, and cross-reference Specification Section number and title in Project Manual.

   C.    Product Information:  Include the following, as applicable:

         1.    Product name and model number.
         2.    Manufacturer's name.
         3.    Color, pattern, and texture.
         4.    Material and chemical composition.
         5.    Reordering information for specially manufactured products.

   D.    Maintenance Procedures:  Include manufacturer's written recommendations and inspection procedures, types of cleaning agents, methods of cleaning, schedule for cleaning and maintenance, and repair instructions.

   E.    Repair Materials and Sources:  Include lists of materials and local sources of materials and related services.

   F.    Warranties and Bonds:  Include copies of warranties and bonds and lists of circumstances and conditions that would affect validity of warranties or bonds.

2.4     SYSTEMS AND EQUIPMENT MAINTENANCE MANUAL

   A.    Content:  For each system, subsystem, and piece of equipment not part of a system, include source information, manufacturers' maintenance documentation, maintenance procedures, maintenance and service schedules, spare parts list and source information, maintenance service contracts, and warranty and bond information, as described below.

   B.    Source Information:  List each system, subsystem, and piece of equipment included in manual, identified by product name and arranged to match manual's table of contents.  For each product, list name, address, and telephone number of Installer or supplier and maintenance service agent, and cross-reference Specification Section number and title in Project Manual.

C.  Manufacturers' Maintenance Documentation:  Manufacturers' maintenance documentation including maintenance instructions, drawings and diagrams for maintenance, nomenclature of parts and components, and recommended spare parts for each component part or piece of equipment:

D.  Maintenance Procedures:  Include test and inspection instructions, troubleshooting guide, disassembly instructions, adjusting instructions, and demonstration and training videorecording if available, that detail essential maintenance procedures:

E.  Maintenance and Service Schedules:  Include service and lubrication requirements, list of required lubricants for equipment, and separate schedules for preventive and routine maintenance and service with standard time allotment.

F.  Spare Parts List and Source Information:  Include lists of replacement and repair parts, with parts identified and cross-referenced to manufacturers' maintenance documentation and local sources of maintenance materials and related services.

G.  Maintenance Service Contracts:  Include copies of maintenance agreements with name and telephone number of service agent.

H.  Warranties and Bonds:  Include copies of warranties and bonds and lists of circumstances and conditions that would affect validity of warranties or bonds.


**PART 3 - EXECUTION**


3.1     MANUAL PREPARATION

A.  Emergency Manual:  Assemble a complete set of emergency information indicating procedures for use by emergency personnel and by Owner's operating personnel for types of emergencies indicated.

B.  Product Maintenance Manual:  Assemble a complete set of maintenance data indicating care and maintenance of each product, material, and finish incorporated into the Work.

C.  Operation and Maintenance Manuals:  Assemble a complete set of operation and maintenance data indicating operation and maintenance of each system, subsystem, and piece of equipment not part of a system.

D.  Manufacturers' Data:  Where manuals contain manufacturers' standard printed data, include only sheets pertinent to product or component installed.  Mark each sheet to identify each product or component incorporated into the Work.  If data include more than one item in a tabular format, identify each item using appropriate references from the Contract Documents.  Identify data applicable to the Work and delete references to information not applicable.

E.  Drawings:  Prepare drawings supplementing manufacturers' printed data to illustrate the relationship of component parts of equipment and systems and to illustrate control sequence and flow diagrams. Coordinate these drawings with information contained in Record Drawings to ensure correct illustration of completed installation.

   1.  Do not use original Project Record Documents as part of operation and maintenance manuals.

F.  Comply with Division 01 Section "Project Closeout" for schedule for submitting operation and maintenance documentation.


**END OF SECTION**

## SECTION 02 41 19 - SELECTIVE DEMOLITION

### PART 1 - GENERAL

1.1    RELATED DOCUMENTS

    A.    Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2    SUMMARY

    A.    Section Includes:
        1.    Demolition and removal of selected portions of building or structure.

1.3    DEFINITIONS

    A.    Remove:   Detach items from existing construction and legally dispose of them off-site unless indicated to be removed and salvaged or removed and reinstalled.

    B.    Remove and Salvage:   Carefully detach from existing construction, in a manner to prevent damage, and deliver to Owner ready for reuse.

    C.    Remove and Reinstall:   Detach items from existing construction, prepare for reuse, and reinstall where indicated.

    D.    Existing to Remain:   Existing items of construction that are not to be permanently removed and that are not otherwise indicated to be removed, removed and salvaged, or removed and reinstalled.

1.4    MATERIALS OWNERSHIP

    A.    Unless otherwise indicated, demolition waste becomes property of Contractor.

1.5    INFORMATIONAL SUBMITTALS

    A.    Inventory:   Submit a list of items to be removed and salvaged and deliver to Owner prior to start of demolition.

    B.    Predemolition Photographs or Video:   Submit before Work begins.

1.6    FIELD CONDITIONS

    A.    Conditions existing at time of inspection for bidding purpose will be maintained by Owner as far as practical.

    B.    Notify Architect of discrepancies between existing conditions and Drawings before proceeding with selective demolition.

    C.    Hazardous Materials:   It is not expected that hazardous materials will be encountered in the Work.
        1.    If suspected hazardous materials are encountered, do not disturb; immediately notify Architect and Owner.   Hazardous materials will be removed by Owner under a separate contract.

    D.    Storage or sale of removed items or materials on-site is not permitted.

    E.    Utility Service:   Maintain existing utilities indicated to remain in service and protect them against damage during selective demolition operations.
        1.    Maintain fire-protection facilities in service during selective demolition operations.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION**

3.1     EXAMINATION

A.     Verify that utilities have been disconnected and capped before starting selective demolition operations.

B.     Review record documents of existing construction provided by Owner.  Owner does not guarantee that existing conditions are same as those indicated in record documents.

C.     Survey existing conditions and correlate with requirements indicated to determine extent of selective demolition required.

D.     When unanticipated mechanical, electrical, or structural elements that conflict with intended function or design are encountered, investigate and measure the nature and extent of conflict.  Promptly submit a written report to Architect.

E.     Perform an engineering survey of condition of building to determine whether removing any element might result in structural deficiency or unplanned collapse of any portion of structure or adjacent structures during selective building demolition operations.
   1.     Perform surveys as the Work progresses to detect hazards resulting from selective demolition activities.

F.     Survey of Existing Conditions:   Record existing conditions by use of preconstruction photographs.
   1.     Comply with requirements specified in Section 01 32 33 "Photographic Documentation."
   2.     Inventory and record the condition of items to be removed and salvaged.  Provide photographs of conditions that might be misconstrued as damage caused by salvage operations.

3.2     UTILITY SERVICES AND MECHANICAL/ELECTRICAL SYSTEMS

A.     Existing Services/Systems to Remain:  Maintain services/systems indicated to remain and protect them against damage.
   1.     Comply with requirements for existing services/systems interruptions specified in Section 01 10 00 "Summary."

B.     Existing Services/Systems to Be Removed, Relocated, or Abandoned:  Locate, identify, disconnect, and seal or cap off indicated utility services and mechanical/electrical systems serving areas to be selectively demolished.
   1.     Arrange to shut off indicated utilities with utility companies.
   2.     If services/systems are required to be removed, relocated, or abandoned, provide temporary services/systems that bypass area of selective demolition and that maintain continuity of services/systems to other parts of building.
   3.     Disconnect, demolish, and remove fire-suppression systems, plumbing, and HVAC systems, equipment, and components indicated to be removed.
       a.     Piping to Be Removed:  Remove portion of piping indicated to be removed and cap or plug remaining piping with same or compatible piping material.
       b.     Equipment to Be Removed:  Disconnect and cap services and remove equipment.
       c.     Equipment to Be Removed and Reinstalled:  Disconnect and cap services and remove, clean, and store equipment; when appropriate, reinstall, reconnect, and make equipment operational.
       d.     Equipment to Be Removed and Salvaged:  Disconnect and cap services and remove equipment and deliver to Owner.
       e.     Ducts to Be Removed:  Remove portion of ducts indicated to be removed and plug remaining ducts with same or compatible ductwork material.

3.3     PREPARATION

A.     Site Access and Temporary Controls:  Conduct selective demolition and debris-removal operations to ensure minimum interference with roads, streets, walks, walkways, and other adjacent occupied and used facilities.
   1.     Comply with requirements for access and protection specified in Section 01 50 00 "Temporary Facilities and Controls."

B. Temporary Facilities: Provide temporary barricades and other protection required to prevent injury to people and damage to adjacent buildings and facilities to remain.
1. Provide protection to ensure safe passage of people around selective demolition area and to and from occupied portions of building.
2. Provide temporary weather protection, during interval between selective demolition of existing construction on exterior surfaces and new construction, to prevent water leakage and damage to structure and interior areas.
3. Protect walls, ceilings, floors, and other existing finish work that are to remain or that are exposed during selective demolition operations.
4. Cover and protect furniture, furnishings, and equipment that have not been removed.
5. Comply with requirements for temporary enclosures, dust control, heating, and cooling specified in Section 01 50 00 "Temporary Facilities and Controls."

3.4 SELECTIVE DEMOLITION, GENERAL

A. Removed and Salvaged Items:
1. Clean salvaged items.
2. Pack or crate items after cleaning. Identify contents of containers.
3. Store items in a secure area until delivery to Owner.
4. Transport items to Owner's storage area designated by Owner. Protect items from damage during transport and storage.

B. Removed and Reinstalled Items:
1. Clean and repair items to functional condition adequate for intended reuse.
2. Pack or crate items after cleaning and repairing. Identify contents of containers.
3. Protect items from damage during transport and storage.
4. Reinstall items in locations indicated. Comply with installation requirements for new materials and equipment. Provide connections, supports, and miscellaneous materials necessary to make item functional for use indicated.

C. Existing Items to Remain: Protect construction indicated to remain against damage and soiling during selective demolition. When permitted by Architect, items may be removed to a suitable, protected storage location during selective demolition[ and cleaned] and reinstalled in their original locations after selective demolition operations are complete.

3.5 SELECTIVE DEMOLITION PROCEDURES FOR SPECIFIC MATERIALS

A. Concrete Slabs-on-Grade: Saw-cut perimeter of area to be demolished, then break up and remove.

3.6 DISPOSAL OF DEMOLISHED MATERIALS

A. General: Except for items or materials indicated to be recycled, reused, salvaged, reinstalled, or otherwise indicated to remain Owner's property, remove demolished materials from Project site and legally dispose of them in an EPA-approved landfill.
1. Do not allow demolished materials to accumulate on-site.
2. Remove and transport debris in a manner that will prevent spillage on adjacent surfaces and areas.

B. Burning: Do not burn demolished materials.

C. Disposal: Transport demolished materials off Owner's property and legally dispose of them.

3.7 CLEANING

A. Clean adjacent structures and improvements of dust, dirt, and debris caused by selective demolition operations. Return adjacent areas to condition existing before selective demolition operations began.

**END OF SECTION 02 41 19**

**SECTION 03 30 00 - CAST-IN-PLACE CONCRETE**


**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

   A.   Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

   A.   Section includes cast-in-place concrete, including formwork, reinforcement, concrete materials, mixture design, placement procedures, and finishes, for the following:
        1.     Slabs-on-grade.

1.3     DEFINITIONS

   A.   Cementitious Materials: Portland cement alone or in combination with one or more of the following: blended hydraulic cement, fly ash and other pozzolans, ground granulated blast-furnace slag, and silica fume; subject to compliance with requirements.

1.4     ACTION SUBMITTALS

   A.   Product Data: For each type of product indicated.

   B.   Design Mixtures: For each concrete mixture, include the following:
        1.     Mixture identification.
        2.     Minimum 28-day compressive strength.
        3.     Durability exposure class.
        4.     Maximum w/cm.
        5.     Calculated equilibrium unit weight, for lightweight concrete.
        6.     Slump limit.
        7.     Air content.
        8.     Nominal maximum aggregate size.
        9.     Steel-fiber reinforcement content.
        10.    Synthetic micro-fiber content.
        11.    Indicate amounts of mixing water to be withheld for later addition at Project site if permitted.
        12.    Include manufacturer's certification that permeability-reducing admixture is compatible with mix design.
        13.    Include certification that dosage rate for permeability-reducing admixture matches dosage rate used in performance compliance test.
        14.    Intended placement method.
        15.    Submit alternate design mixtures when characteristics of materials, Project conditions, weather, test results, or other circumstances warrant adjustments.

1.5     QUALITY ASSURANCE

   A.   Installer Qualifications: A qualified installer who employs on Project personnel qualified as ACI-certified Flatwork Technician and Finisher and a supervisor who is an ACI-certified Concrete Flatwork Technician.

   B.   Testing Agency Qualifications: An independent agency, qualified according to ASTM C 1077 and ASTM E 329 for testing indicated.
        1.     Personnel conducting field tests shall be qualified as ACI Concrete Field Testing Technician, Grade 1, according to ACI CP-1 or an equivalent certification program.
        2.     Personnel performing laboratory tests shall be ACI-certified Concrete Strength Testing Technician and Concrete Laboratory Testing Technician - Grade I. Testing Agency laboratory supervisor shall be an ACI-certified Concrete Laboratory Testing Technician - Grade II.

   C.   Source Limitations: Obtain each type or class of cementitious material of the same brand from the same manufacturer's plant, obtain aggregate from single source, and obtain admixtures from single source from single manufacturer.

D. ACI Publications: Comply with the following unless modified by requirements in the Contract Documents:
   1. ACI 301, "Specifications for Structural Concrete," Sections 1 through 5.
   2. ACI 117, "Specifications for Tolerances for Concrete Construction and Materials."

E. Concrete Testing Service: Engage a qualified independent testing agency to perform material evaluation tests and to design concrete mixtures.

1.6 DELIVERY, STORAGE, AND HANDLING

A. Steel Reinforcement: Deliver, store, and handle steel reinforcement to prevent bending and damage. Avoid damaging coatings on steel reinforcement.

**PART 2 - PRODUCTS**

2.1 CONCRETE, GENERAL

A. ACI Publications: Comply with ACI 301 unless modified by requirements in the Contract Documents.

2.2 FORM-FACING MATERIALS

A. Rough-Formed Finished Concrete: Plywood, lumber, metal, or another approved material. Provide lumber dressed on at least two edges and one side for tight fit.

B. Form-Release Agent: Commercially formulated form-release agent that will not bond with, stain, or adversely affect concrete surfaces and will not impair subsequent treatments of concrete surfaces.
   1. Formulate form-release agent with rust inhibitor for steel form-facing materials.

C. Form Ties: Factory-fabricated, removable or snap-off metal or glass-fiber-reinforced plastic form ties designed to resist lateral pressure of fresh concrete on forms and to prevent spalling of concrete on removal.
   1. Furnish units that will leave no corrodible metal closer than 1 inch to the plane of exposed concrete surface.
   2. Furnish ties that, when removed, will leave holes no larger than 1 inch in diameter in concrete surface.
   3. Furnish ties with integral water-barrier plates to walls indicated to receive dampproofing or waterproofing.

2.3 STEEL REINFORCEMENT

A. Reinforcing Bars: ASTM A 615/A 615M, Grade 60, deformed.

B. Galvanized Reinforcing Bars: ASTM A 615/A 615M, Grade 60, deformed bars, ASTM A 767/A 767M, Class I zinc coated after fabrication and bending.

C. Plain-Steel Wire: ASTM A 82/A 82M, as drawn.

D. Deformed-Steel Wire: ASTM A 496/A 496M.

E. Epoxy-Coated Wire: ASTM A 884/A 884M, Class A, Type 1 coated, as-drawn, plaindeformed-steel wire, with less than 2 percent damaged coating in each 12-inch wire length.

2.4 REINFORCEMENT ACCESSORIES

A. Joint Dowel Bars: ASTM A 615/A 615M, Grade 60, plain-steel bars, cut true to length with ends square and free of burrs.

B. Bar Supports: Bolsters, chairs, spacers, and other devices for spacing, supporting, and fastening reinforcing bars and welded wire reinforcement in place. Manufacture bar supports from steel wire, plastic, or precast concrete according to CRSI's "Manual of Standard Practice," of greater compressive strength than concrete and as follows:
   1. For concrete surfaces exposed to view where legs of wire bar supports contact forms, use CRSI Class 1 plastic-protected steel wire or CRSI Class 2 stainless-steel bar supports.

2.5     CONCRETE MATERIALS

A.     Cementitious Material: Use the following cementitious materials, of the same type, brand, and source, throughout Project:
1.     Portland Cement: ASTM C 150, Type I or Type I/II, gray.

B.     Normal-Weight Aggregates: ASTM C 33, Class 3M coarse aggregate or better, graded. Provide aggregates from a single source with documented service record data of at least 10 years' satisfactory service in similar applications and service conditions using similar aggregates and cementitious materials.
1.     Maximum Coarse-Aggregate Size: 1-1/2 inches nominal.
2.     Fine Aggregate: Free of materials with deleterious reactivity to alkali in cement.

C.     Water: ASTM C 94/C 94M and potable.

2.6     ADMIXTURES

A.     Air-Entraining Admixture: ASTM C 260.

B.     Chemical Admixtures: Provide admixtures certified by manufacturer to be compatible with other admixtures and that will not contribute water-soluble chloride ions exceeding those permitted in hardened concrete. Do not use calcium chloride or admixtures containing calcium chloride.
1.     Water-Reducing Admixture: ASTM C 494/C 494M, Type A.

2.7     CURING MATERIALS

A.     Water: Potable.

B.     Clear, Waterborne, Membrane-Forming Curing Compound: ASTM C 309, Type 1, Class B, dissipating.
1.     Products: Subject to compliance with requirements, provide one of the following:
a.     Anti-Hydro International, Inc.; AH Curing Compound #2 DR WB.
b.     BASF Construction Chemicals - Building Systems; Kure 200.
c.     Dayton Superior Corporation; Day-Chem Rez Cure (J-11-W).
d.     Euclid Chemical Company (The), an RPM company; Kurez W VOX; TAMMSCURE WB 30C.
e.     L&M Construction Chemicals, Inc.; L&M Cure R.
f.     Nox-Crete Products Group; Resin Cure E.

2.8     RELATED MATERIALS

A.     Semirigid Joint Filler: Two-component, semirigid, 100 percent solids, epoxy resin with a Type A shore durometer hardness of 80 per ASTM D 2240.

B.     Bonding Agent: ASTM C 1059/C 1059M, Type II, non-redispersible, acrylic emulsion or styrene butadiene.

C.     Epoxy Bonding Adhesive: ASTM C 881, two-component epoxy resin, capable of humid curing and bonding to damp surfaces, of class suitable for application temperature and of grade to suit requirements, and as follows:
1.     Types I and II, non-load bearing, for bonding hardened or freshly mixed concrete to hardened concrete.

D.     Reglets: Fabricate reglets of not less than 0.022-inch- thick, galvanized-steel sheet. Temporarily fill or cover face opening of reglet to prevent intrusion of concrete or debris.

2.9     REPAIR MATERIALS

A.     Repair Underlayment: Cement-based, polymer-modified, self-leveling product that can be applied in thicknesses from 1/8 inch and that can be feathered at edges to match adjacent floor elevations.
1.     Cement Binder: ASTM C 150, portland cement or hydraulic or blended hydraulic cement as defined in ASTM C 219.
2.     Primer: Product of underlayment manufacturer recommended for substrate, conditions, and application.
3.     Aggregate: Well-graded, washed gravel, 1/8 to 1/4 inch or coarse sand as recommended by underlayment manufacturer.
4.     Compressive Strength: Not less than 4100 psi at 28 days when tested according to ASTM C 109/C 109M.

B.    Repair Overlayment: Cement-based, polymer-modified, self-leveling product that can be applied in thicknesses from 1/4 inch and that can be filled in over a scarified surface to match adjacent floor elevations.

    1.    Cement Binder: ASTM C 150, portland cement or hydraulic or blended hydraulic cement as defined in ASTM C 219.

    2.    Primer: Product of topping manufacturer recommended for substrate, conditions, and application.

    3.    Aggregate: Well-graded, washed gravel, 1/8 to 1/4 inch or coarse sand as recommended by topping manufacturer.

    4.    Compressive Strength: Not less than 5000 psi at 28 days when tested according to ASTM C 109/C 109M.

2.10    CONCRETE MIXTURES, GENERAL

A.    Prepare design mixtures for each type and strength of concrete, proportioned on the basis of laboratory trial mixture or field test data, or both, according to ACI 301.

    1.    Use a qualified independent testing agency for preparing and reporting proposed mixture designs based on laboratory trial mixtures.

B.    Cementitious Materials: Limit percentage, by weight, of cementitious materials other than portland cement in concrete as follows:

    1.    Fly Ash: 25 percent.

C.    Limit water-soluble, chloride-ion content in hardened concrete to [**0.06**] [**0.15**] [**0.30**] [**1.00**] percent by weight of cement.

D.    Admixtures: Use admixtures according to manufacturer's written instructions.

    1.    Use admixture in concrete, as required, for placement and workability.

    2.    Use water-reducing admixture in pumped concrete, concrete for heavy-use industrial slabs and parking structure slabs, concrete required to be watertight, and concrete with a water-cementitious materials ratio below 0.50.

2.11    FABRICATING REINFORCEMENT

A.    Fabricate steel reinforcement according to CRSI's "Manual of Standard Practice."

2.12    CONCRETE MIXING

A.    Ready-Mixed Concrete: Measure, batch, mix, and deliver concrete according to ASTM C 94/C 94M and ASTM C 1116/C 1116M, and furnish batch ticket information.

    1.    When air temperature is between 85 and 90 deg F, reduce mixing and delivery time from 1-1/2 hours to 75 minutes; when air temperature is above 90 deg F, reduce mixing and delivery time to 60 minutes.

**PART 3 - EXECUTION**

3.1    FORMWORK

A.    Design, erect, shore, brace, and maintain formwork, according to ACI 301, to support vertical, lateral, static, and dynamic loads, and construction loads that might be applied, until structure can support such loads.

B.    Construct formwork so concrete members and structures are of size, shape, alignment, elevation, and position indicated, within tolerance limits of ACI 117.

C.    Limit concrete surface irregularities, designated by ACI 347 as abrupt or gradual, as follows:

    1.    Class B, 1/4 inch for rough-formed finished surfaces.

D.    Construct forms tight enough to prevent loss of concrete mortar.

E.    Fabricate forms for easy removal without hammering or prying against concrete surfaces. Provide crush or wrecking plates where stripping may damage cast concrete surfaces. Provide top forms for inclined surfaces steeper than 1.5 horizontal to 1 vertical.

    1.    Install keyways, reglets, recesses, and the like, for easy removal.

    2.    Do not use rust-stained steel form-facing material.

F.    Set edge forms, bulkheads, and intermediate screed strips for slabs to achieve required elevations and slopes in finished concrete surfaces. Provide and secure units to support screed strips; use strike-off templates or compacting-type screeds.

G.    Provide temporary openings for cleanouts and inspection ports where interior area of formwork is inaccessible. Close openings with panels tightly fitted to forms and securely braced to prevent loss of concrete mortar. Locate temporary openings in forms at inconspicuous locations.

H.    Retain one of two options in first paragraph below. ACI 301 requires chamfers unless otherwise specified.

I.    Chamfer exterior corners and edges of permanently exposed concrete.

J.    Form openings, chases, offsets, sinkages, keyways, reglets, blocking, screeds, and bulkheads required in the Work. Determine sizes and locations from trades providing such items.

K.    Clean forms and adjacent surfaces to receive concrete. Remove chips, wood, sawdust, dirt, and other debris just before placing concrete.

L.    Retighten forms and bracing before placing concrete, as required, to prevent mortar leaks and maintain proper alignment.

M.    Coat contact surfaces of forms with form-release agent, according to manufacturer's written instructions, before placing reinforcement.

3.2    EMBEDDED ITEMS

A.    Place and secure anchorage devices and other embedded items required for adjoining work that is attached to or supported by cast-in-place concrete. Use setting drawings, templates, diagrams, instructions, and directions furnished with items to be embedded.
       1.    Install reglets to receive waterproofing and to receive through-wall flashings in outer face of concrete frame at exterior walls, where flashing is shown at lintels, shelf angles, and other conditions.

3.3    REMOVING AND REUSING FORMS

A.    General: Formwork for sides of beams, walls, columns, and similar parts of the Work that does not support weight of concrete may be removed after cumulatively curing at not less than 50 deg F for 24 hours after placing concrete. Concrete has to be hard enough to not be damaged by form-removal operations and curing and protection operations need to be maintained.
       1.    Leave formwork for beam soffits, joists, slabs, and other structural elements that supports weight of concrete in place until concrete has achieved at least 70 percent of its 28-day design compressive strength.
       2.    Remove forms only if shores have been arranged to permit removal of forms without loosening or disturbing shores.

B.    Clean and repair surfaces of forms to be reused in the Work. Split, frayed, delaminated, or otherwise damaged form-facing material will not be acceptable for exposed surfaces. Apply new form-release agent.

C.    When forms are reused, clean surfaces, remove fins and laitance, and tighten to close joints. Align and secure joints to avoid offsets. Do not use patched forms for exposed concrete surfaces unless approved by Architect.

3.4    SHORES AND RESHORES

A.    Comply with ACI 318 and ACI 301 for design, installation, and removal of shoring and reshoring.
       1.    Do not remove shoring or reshoring until measurement of slab tolerances is complete.

B.    In multistory construction, extend shoring or reshoring over a sufficient number of stories to distribute loads in such a manner that no floor or member will be excessively loaded or will induce tensile stress in concrete members without sufficient steel reinforcement.

C.    Plan sequence of removal of shores and reshore to avoid damage to concrete. Locate and provide adequate reshoring to support construction without excessive stress or deflection.

3.5     STEEL REINFORCEMENT

   A.   General: Comply with CRSI's "Manual of Standard Practice" for placing reinforcement.
       1.     Do not cut or puncture vapor retarder. Repair damage and reseal vapor retarder before placing concrete.

   B.   Clean reinforcement of loose rust and mill scale, earth, ice, and other foreign materials that would reduce bond to concrete.

   C.   Accurately position, support, and secure reinforcement against displacement. Locate and support reinforcement with bar supports to maintain minimum concrete cover. Do not tack weld crossing reinforcing bars.
       1.     Weld reinforcing bars according to AWS D1.4/D 1.4M, where indicated.

   D.   Set wire ties with ends directed into concrete, not toward exposed concrete surfaces.

3.6     JOINTS

   A.   General: Construct joints true to line with faces perpendicular to surface plane of concrete.

   B.   Revise criteria for locating construction joints in first paragraph below to suit Project.

   C.   Construction Joints: Install so strength and appearance of concrete are not impaired, at locations indicated or as approved by Architect.
       1.     Place joints perpendicular to main reinforcement. Continue reinforcement across construction joints unless otherwise indicated. Do not continue reinforcement through sides of strip placements of floors and slabs.
       2.     Form keyed joints as indicated. Embed keys at least 1-1/2 inches into concrete.
       3.     Locate joints for beams, slabs, joists, and girders in the middle third of spans. Offset joints in girders a minimum distance of twice the beam width from a beam-girder intersection.
       4.     Locate horizontal joints in walls and columns at underside of floors, slabs, beams, and girders and at the top of footings or floor slabs.
       5.     Insert spacing of construction joints in first subparagraph below if preferred.
       6.     Space vertical joints in walls as indicated. Locate joints beside piers integral with walls, near corners, and in concealed locations where possible.
       7.     Use a bonding agent at locations where fresh concrete is placed against hardened or partially hardened concrete surfaces.
       8.     Use epoxy-bonding adhesive at locations where fresh concrete is placed against hardened or partially hardened concrete surfaces.

   D.   Contraction Joints in Slabs-on-Grade: Form weakened-plane contraction joints, sectioning concrete into areas as indicated. Construct contraction joints for a depth equal to at least one-fourth  of concrete thickness as follows:
       1.     Grooved Joints: Form contraction joints after initial floating by grooving and finishing each edge of joint to a radius of 1/8 inch. Repeat grooving of contraction joints after applying surface finishes. Eliminate groover tool marks on concrete surfaces.
       2.     Sawed Joints: Form contraction joints with power saws equipped with shatterproof abrasive or diamond-rimmed blades. Cut 1/8-inch- wide joints into concrete when cutting action will not tear, abrade, or otherwise damage surface and before concrete develops random contraction cracks.

   E.   Doweled Joints: Install dowel bars and support assemblies at joints where indicated. Lubricate or asphalt coat one-half of dowel length to prevent concrete bonding to one side of joint.

3.7     WATERSTOPS

   A.   Self-Expanding Strip Waterstops: Install in construction joints and at other locations indicated, according to manufacturer's written instructions, adhesive bonding, mechanically fastening, and firmly pressing into place. Install in longest lengths practicable.

3.8     CONCRETE PLACEMENT

   A.   Before placing concrete, verify that installation of formwork, reinforcement, and embedded items is complete and that required inspections have been performed.

   B.   Do not add water to concrete during delivery, at Project site, or during placement unless approved by Architect.

C.   Before test sampling and placing concrete, water may be added at Project site, subject to limitations of ACI 301.

D.   Deposit concrete continuously in one layer or in horizontal layers of such thickness that no new concrete will be placed on concrete that has hardened enough to cause seams or planes of weakness. If a section cannot be placed continuously, provide construction joints as indicated. Deposit concrete to avoid segregation.

1.   Deposit concrete in horizontal layers of depth to not exceed formwork design pressures and in a manner to avoid inclined construction joints.

2.   Consolidate placed concrete with mechanical vibrating equipment according to ACI 301.

3.   Do not use vibrators to transport concrete inside forms. Insert and withdraw vibrators vertically at uniformly spaced locations to rapidly penetrate placed layer and at least 6 inches into preceding layer. Do not insert vibrators into lower layers of concrete that have begun to lose plasticity. At each insertion, limit duration of vibration to time necessary to consolidate concrete and complete embedment of reinforcement and other embedded items without causing mixture constituents to segregate.

E.   Deposit and consolidate concrete for floors and slabs in a continuous operation, within limits of construction joints, until placement of a panel or section is complete.

1.   Consolidate concrete during placement operations so concrete is thoroughly worked around reinforcement and other embedded items and into corners.

2.   Maintain reinforcement in position on chairs during concrete placement.

3.   Screed slab surfaces with a straightedge and strike off to correct elevations.

4.   Slope surfaces uniformly to drains where required.

5.   Begin initial floating using bull floats or darbies to form a uniform and open-textured surface plane, before excess bleedwater appears on the surface. Do not further disturb slab surfaces before starting finishing operations.

F.   Cold-Weather Placement: Comply with ACI 306.1 and as follows. Protect concrete work from physical damage or reduced strength that could be caused by frost, freezing actions, or low temperatures.

1.   When average high and low temperature is expected to fall below 40 deg F for three successive days, maintain delivered concrete mixture temperature within the temperature range required by ACI 301.

2.   Do not use frozen materials or materials containing ice or snow. Do not place concrete on frozen subgrade or on subgrade containing frozen materials.

3.   Do not use calcium chloride, salt, or other materials containing antifreeze agents or chemical accelerators unless otherwise specified and approved in mixture designs.

G.   Hot-Weather Placement: Comply with ACI 301 and as follows:

1.   Maintain concrete temperature below 90 deg F at time of placement. Chilled mixing water or chopped ice may be used to control temperature, provided water equivalent of ice is calculated to total amount of mixing water. Using liquid nitrogen to cool concrete is Contractor's option.

2.   Fog-spray forms, steel reinforcement, and subgrade just before placing concrete. Keep subgrade uniformly moist without standing water, soft spots, or dry areas.

3.9   FINISHING FORMED SURFACES

A.   Rough-Formed Finish: As-cast concrete texture imparted by form-facing material with tie holes and defects repaired and patched. Remove fins and other projections that exceed specified limits on formed-surface irregularities.

1.   Apply to concrete surfaces not exposed to public view.

B.   Related Unformed Surfaces: At tops of walls, horizontal offsets, and similar unformed surfaces adjacent to formed surfaces, strike off smooth and finish with a texture matching adjacent formed surfaces. Continue final surface treatment of formed surfaces uniformly across adjacent unformed surfaces unless otherwise indicated.

3.10   FINISHING FLOORS AND SLABS

A.   General: Comply with ACI 302.1R recommendations for screeding, restraightening, and finishing operations for concrete surfaces. Do not wet concrete surfaces.

B.   Revise locations of scratch finish in subparagraph below to suit Project.

C. Float Finish: Consolidate surface with power-driven floats or by hand floating if area is small or inaccessible to power driven floats. Restraighten, cut down high spots, and fill low spots. Repeat float passes and restraightening until surface is left with a uniform, smooth, granular texture.
   1. Apply float finish to surfaces to receive trowel finish.

D. Trowel Finish: After applying float finish, apply first troweling and consolidate concrete by hand or power-driven trowel. Continue troweling passes and restraighten until surface is free of trowel marks and uniform in texture and appearance. Grind smooth any surface defects that would telegraph through applied coatings or floor coverings.
   1. Apply a trowel finish to surfaces exposed to view.
   2. Finish surfaces to the following tolerances, according to ASTM E 1155, for a randomly trafficked floor surface:
      a. Specified overall values of flatness, F(F) 35; and of levelness, F(L) 25; with minimum local values of flatness, F(F) 24; and of levelness, F(L) 17; for slabs-on-grade.
   3. Finish and measure surface so gap at any point between concrete surface and an unleveled, freestanding, 10-ft.- long straightedge resting on two high spots and placed anywhere on the surface does not exceed 1/8 inch.

## 3.11 MISCELLANEOUS CONCRETE ITEMS

A. Filling In: Fill in holes and openings left in concrete structures after work of other trades is in place unless otherwise indicated. Mix, place, and cure concrete, as specified, to blend with in-place construction. Provide other miscellaneous concrete filling indicated or required to complete the Work.

## 3.12 CONCRETE PROTECTING AND CURING

A. General: Protect freshly placed concrete from premature drying and excessive cold or hot temperatures. Comply with ACI 306.1 for cold-weather protection and ACI 301 for hot-weather protection during curing.

B. If evaporation rate in first paragraph below is exceeded, ACI 305R states that plastic shrinkage cracking is probable. See manufacturers' literature or ACI 305R for estimated moisture-loss chart relating relative humidity, air and concrete temperature, and wind velocity to rate of evaporation.

C. Formed Surfaces: Cure formed concrete surfaces, including underside of beams, supported slabs, and other similar surfaces. If forms remain during curing period, moist cure after loosening forms. If removing forms before end of curing period, continue curing for the remainder of the curing period.

D. Unformed Surfaces: Begin curing immediately after finishing concrete. Cure unformed surfaces, including floors and slabs, concrete floor toppings, and other surfaces.

E. Cure concrete according to ACI 308.1, by one or a combination of the following methods:
   1. Curing Compound: Apply uniformly in continuous operation by power spray or roller according to manufacturer's written instructions. Recoat areas subjected to heavy rainfall within three hours after initial application. Maintain continuity of coating and repair damage during curing period.
      a. Removal: After curing period has elapsed, remove curing compound without damaging concrete surfaces by method recommended by curing compound manufacturer unless manufacturer certifies curing compound will not interfere with bonding of floor covering used on Project.

## 3.13 JOINT FILLING

A. Prepare, clean, and install joint filler according to manufacturer's written instructions.
   1. Defer joint filling until concrete has aged at least one month(s). Do not fill joints until construction traffic has permanently ceased.

B. Remove dirt, debris, saw cuttings, curing compounds, and sealers from joints; leave contact faces of joint clean and dry.

C. Install semirigid joint filler full depth in saw-cut joints and at least 2 inches deep in formed joints. Overfill joint and trim joint filler flush with top of joint after hardening.

## 3.14 CONCRETE SURFACE REPAIRS

A. Defective Concrete: Repair and patch defective areas when approved by Architect. Remove and replace concrete that cannot be repaired and patched to Architect's approval.

B.  Patching Mortar: Mix dry-pack patching mortar, consisting of one part portland cement to two and one-half parts fine aggregate passing a No. 16 sieve, using only enough water for handling and placing.

C.  Insert provision for testing repair technique on a mockup or surface to be concealed later, before repairing surfaces.

D.  Repairing Formed Surfaces: Surface defects include color and texture irregularities, cracks, spalls, air bubbles, honeycombs, rock pockets, fins and other projections on the surface, and stains and other discolorations that cannot be removed by cleaning.
    1.  Immediately after form removal, cut out honeycombs, rock pockets, and voids more than 1/2 inch in any dimension to solid concrete. Limit cut depth to 3/4 inch. Make edges of cuts perpendicular to concrete surface. Clean, dampen with water, and brush-coat holes and voids with bonding agent. Fill and compact with patching mortar before bonding agent has dried. Fill form-tie voids with patching mortar or cone plugs secured in place with bonding agent.
    2.  Repair defects on surfaces exposed to view by blending white portland cement and standard portland cement so that, when dry, patching mortar will match surrounding color. Patch a test area at inconspicuous locations to verify mixture and color match before proceeding with patching. Compact mortar in place and strike off slightly higher than surrounding surface.
    3.  Repair defects on concealed formed surfaces that affect concrete's durability and structural performance as determined by Architect.

E.  Repairing Unformed Surfaces: Test unformed surfaces, such as floors and slabs, for finish and verify surface tolerances specified for each surface. Correct low and high areas. Test surfaces sloped to drain for trueness of slope and smoothness; use a sloped template.
    1.  Repair finished surfaces containing defects. Surface defects include spalls, popouts, honeycombs, rock pockets, crazing and cracks in excess of 0.01 inch wide or that penetrate to reinforcement or completely through unreinforced sections regardless of width, and other objectionable conditions.
    2.  After concrete has cured at least 14 days, correct high areas by grinding.
    3.  Correct localized low areas during or immediately after completing surface finishing operations by cutting out low areas and replacing with patching mortar. Finish repaired areas to blend into adjacent concrete.
    4.  Correct other low areas scheduled to receive floor coverings with a repair underlayment. Prepare, mix, and apply repair underlayment and primer according to manufacturer's written instructions to produce a smooth, uniform, plane, and level surface. Feather edges to match adjacent floor elevations.
    5.  Correct other low areas scheduled to remain exposed with a repair topping. Cut out low areas to ensure a minimum repair topping depth of 1/4 inch to match adjacent floor elevations. Prepare, mix, and apply repair topping and primer according to manufacturer's written instructions to produce a smooth, uniform, plane, and level surface.
    6.  Repair defective areas, except random cracks and single holes 1 inch or less in diameter, by cutting out and replacing with fresh concrete. Remove defective areas with clean, square cuts and expose steel reinforcement with at least a 3/4-inch clearance all around. Dampen concrete surfaces in contact with patching concrete and apply bonding agent. Mix patching concrete of same materials and mixture as original concrete except without coarse aggregate. Place, compact, and finish to blend with adjacent finished concrete. Cure in same manner as adjacent concrete.
    7.  Repair random cracks and single holes 1 inch or less in diameter with patching mortar. Groove top of cracks and cut out holes to sound concrete and clean off dust, dirt, and loose particles. Dampen cleaned concrete surfaces and apply bonding agent. Place patching mortar before bonding agent has dried. Compact patching mortar and finish to match adjacent concrete. Keep patched area continuously moist for at least 72 hours.

F.  Perform structural repairs of concrete, subject to Architect's approval, using epoxy adhesive and patching mortar.

G.  Repair materials and installation not specified above may be used, subject to Architect's approval.

3.15  FIELD QUALITY CONTROL

A.  Testing and Inspecting: Owner will engage a to perform field tests and inspections and prepare test reports.

B.  Testing and Inspecting: Engage a qualified testing and inspecting agency to perform tests and inspections and to submit reports.

C.  Inspections:
1.  Steel reinforcement placement.
2.  Steel reinforcement welding.
3.  Headed bolts and studs.
4.  Verification of use of required design mixture.
5.  Concrete placement, including conveying and depositing.
6.  Curing procedures and maintenance of curing temperature.
7.  Verification of concrete strength before removal of shores and forms from beams and slabs.

D.  Concrete Tests: Testing of composite samples of fresh concrete obtained according to ASTM C 172 shall be performed according to the following requirements:
1.  Testing Frequency: Obtain one composite sample for each day's pour of each concrete mixture exceeding 5 cu. yd., but less than 25 cu. yd., plus one set for each additional 50 cu. yd. or fraction thereof.
2.  Testing Frequency: Obtain at least one composite sample for each 100 cu. yd. or fraction thereof of each concrete mixture placed each day.
    a.  When frequency of testing will provide fewer than five compressive-strength tests for each concrete mixture, testing shall be conducted from at least five randomly selected batches or from each batch if fewer than five are used.
3.  Slump: ASTM C 143/C 143M; one test at point of placement for each composite sample, but not less than one test for each day's pour of each concrete mixture. Perform additional tests when concrete consistency appears to change.
4.  Air Content: ASTM C 231, pressure method, for normal-weight concrete; one test for each composite sample, but not less than one test for each day's pour of each concrete mixture.
5.  Concrete Temperature: ASTM C 1064/C 1064M; one test hourly when air temperature is 40 deg F and below and when 80 deg F and above, and one test for each composite sample.
6.  Unit Weight: ASTM C 567, fresh unit weight of structural lightweight concrete; one test for each composite sample, but not less than one test for each day's pour of each concrete mixture.
7.  Compression Test Specimens: ASTM C 31/C 31M.
    a.  Cast and laboratory cure two sets of two standard cylinder specimens for each composite sample.
    b.  Field-cured specimens in first subparagraph below may be required to verify adequacy of curing and protection of concrete, to verify strength for tilt-up concrete and post-tensioning concrete, or to verify strength for removal of shoring and reshoring in multistory construction. Revise number of test specimens if required.
    c.  Cast and field cure two sets of two standard cylinder specimens for each composite sample.
8.  Compressive-Strength Tests: ASTM C 39/C 39M; test one set of two laboratory-cured specimens at 7 days and one set of two specimens at 28 days.
    a.  Test one set of two field-cured specimens at 7 days and one set of two specimens at 28 days.
    b.  A compressive-strength test shall be the average compressive strength from a set of two specimens obtained from same composite sample and tested at age indicated.
9.  When strength of field-cured cylinders is less than 85 percent of companion laboratory-cured cylinders, Contractor shall evaluate operations and provide corrective procedures for protecting and curing in-place concrete.
10.  Strength of each concrete mixture will be satisfactory if every average of any three consecutive compressive-strength tests equals or exceeds specified compressive strength and no compressive-strength test value falls below specified compressive strength by more than 500 psi.
11.  Test results shall be reported in writing to Architect, concrete manufacturer, and Contractor within 48 hours of testing. Reports of compressive-strength tests shall contain Project identification name and number, date of concrete placement, name of concrete testing and inspecting agency, location of concrete batch in Work, design compressive strength at 28 days, concrete mixture proportions and materials, compressive breaking strength, and type of break for both 7- and 28-day tests.
12.  Nondestructive Testing: Impact hammer, sonoscope, or other nondestructive device may be permitted by Architect but will not be used as sole basis for approval or rejection of concrete.
13.  Additional Tests: Testing and inspecting agency shall make additional tests of concrete when test results indicate that slump, air entrainment, compressive strengths, or other requirements have not been met, as directed by Architect. Testing and inspecting agency may conduct tests to determine adequacy of concrete by cored cylinders complying with ASTM C 42/C 42M or by other methods as directed by Architect.
14.  Additional testing and inspecting, at Contractor's expense, will be performed to determine compliance of replaced or additional work with specified requirements.

15. Correct deficiencies in the Work that test reports and inspections indicate do not comply with the Contract Documents.

E. Measure floor and slab flatness and levelness according to ASTM E 1155 within 48 hours of finishing.

**END OF SECTION 03 30 00**

## SECTION 03 54 16 - HYDRAULIC CEMENT UNDERLAYMENT

### PART 1 - GENERAL

1.1    RELATED DOCUMENTS

    A.    Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2    SUMMARY

    A.    Section includes hydraulic-cement-based, polymer-modified, self-leveling underlayment for application below interior floor coverings.

1.3    ACTION SUBMITTALS

    A.    Product Data:  For each type of product indicated.

    B.    Qualification Data:  For qualified Installer.

1.4    INFORMATIONAL SUBMITTALS

    A.    Product Certificates:  Signed by manufacturers of underlayment and floor-covering systems certifying that products are compatible.

1.5    QUALITY ASSURANCE

    A.    Installer Qualifications:  Installer who is approved by manufacturer for application of underlayment products required for this Project.

    B.    Product Compatibility:  Manufacturers of underlayment and floor-covering systems certify in writing that products are compatible.

    C.    Fire-Resistance Ratings:  Where indicated, provide hydraulic-cement underlayment systems identical to those of assemblies tested for fire resistance per ASTM E 119 by a qualified testing agency.  Identify products with appropriate markings of applicable testing agency.
        1.    Indicate design designations from UL's "Fire Resistance Directory" or from the listings of another qualified testing agency.

1.6    DELIVERY, STORAGE, AND HANDLING

    A.    Store materials to comply with manufacturer's written instructions to prevent deterioration from moisture or other detrimental effects.

1.7    PROJECT CONDITIONS

    A.    Environmental Limitations:  Comply with manufacturer's written instructions for substrate temperature, ventilation, ambient temperature and humidity, and other conditions affecting underlayment performance.
        1.    Place hydraulic-cement-based underlayments only when ambient temperature and temperature of substrates are between 50 and 80 deg F.

1.8    COORDINATION

    A.    Coordinate application of underlayment with requirements of floor-covering products and adhesives, to ensure compatibility of products.

## PART 2 - PRODUCTS

2.1     HYDRAULIC-CEMENT-BASED UNDERLAYMENTS

A.      Underlayment:  Hydraulic-cement-based, polymer-modified, self-leveling product that can be applied in minimum uniform thickness of 1/4 inch and that can be feathered at edges to match adjacent floor elevations.
1.      Products:  Subject to compliance with requirements, provide one of the following :
    a.      Ardex; K-15 Self-Leveling Underlayment Concrete.
    b.      BASF Construction Chemicals, Inc.; MBT Mastertop 110 Plus Underlayment
    c.      Dayton Superior Corporation; LeveLayer.
    d.      MAPEI Corporation; Ultraplan Easy .
    e.      Maxxon Corporation; Level-Right.
    f.      Specialty Construction Brands, Inc., an H.B. Fuller company; TEC Smooth Start TEC EZ Level.
    g.      Teck Specialties; Teck 2800.
    h.      USG Corporation; Levelrock SLC 300.
2.      Cement Binder:  ASTM C 150, portland cement, or hydraulic or blended hydraulic cement as defined by ASTM C 219.
3.      Compressive Strength:  Not less than 4000 psi at 28 days when tested according to ASTM C 109/C 109M.
4.      Underlayment Additive:  Resilient-emulsion product of underlayment manufacturer, formulated for use with underlayment when applied to substrate and conditions indicated.

B.      Aggregate:  Well-graded, washed gravel, 1/8 to 1/4 inch; or coarse sand as recommended by underlayment manufacturer.
1.      Provide aggregate when recommended in writing by underlayment manufacturer for underlayment thickness required.

C.      Water:  Potable and at a temperature of not more than 70 deg F.

D.      Primer:  Product of underlayment manufacturer recommended in writing for substrate, conditions, and application indicated.
1.      Primer shall have a VOC content of 200 g/L or less when calculated according to 40 CFR 59, Subpart D.

## PART 3 - EXECUTION

3.1     EXAMINATION

A.      Examine substrates, with Installer present, for conditions affecting performance.
1.      Proceed with application only after unsatisfactory conditions have been corrected.

3.2     PREPARATION

A.      General:  Prepare and clean substrate according to manufacturer's written instructions.
1.      Treat nonmoving substrate cracks according to manufacturer's written instructions to prevent cracks from telegraphing (reflecting) through underlayment.
2.      Fill substrate voids to prevent underlayment from leaking.

B.      Adhesion Tests:  After substrate preparation, test substrate for adhesion with underlayment according to manufacturer's written instructions.

3.3     APPLICATION

A.      General:  Mix and apply underlayment components according to manufacturer's written instructions.
1.      Close areas to traffic during underlayment application and for time period after application recommended in writing by manufacturer.
2.      Coordinate application of components to provide optimum underlayment-to-substrate and intercoat adhesion.

B.      Apply primer over prepared substrate at manufacturer's recommended spreading rate.

C.     Apply underlayment to produce uniform, level surface.
1.     Apply a final layer without aggregate to product surface.
2.     Feather edges to match adjacent floor elevations.

D.     Cure underlayment according to manufacturer's written instructions. Prevent contamination during application and curing processes.

E.     Do not install floor coverings over underlayment until after time period recommended in writing by underlayment manufacturer.

F.     Remove and replace underlayment areas that evidence lack of bond with substrate, including areas that emit a "hollow" sound when tapped.

3.4     PROTECTION

A.     Protect underlayment from concentrated and rolling loads for remainder of construction period.

**END OF SECTION 03 54 16**

TAMU-01251

## SECTION 06 10 53 - MISCELLANEOUS ROUGH CARPENTRY

## PART 1 - GENERAL

1.1    RELATED DOCUMENTS

   A.    Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2    SUMMARY

   A.    Section Includes:
      1.    Wood blocking, cants, and nailers.

1.3    DEFINITIONS

   A.    Dimension Lumber:  Lumber of 2 inches nominal or greater but less than 5 inches nominal in least dimension.

   B.    Lumber grading agencies, and the abbreviations used to reference them, include the following:
      1.    NeLMA:  Northeastern Lumber Manufacturers' Association.
      2.    NHLA:  National Hardwood Lumber Association.
      3.    NLGA:  National Lumber Grades Authority.
      4.    SPIB:  The Southern Pine Inspection Bureau.
      5.    WCLIB:  West Coast Lumber Inspection Bureau.
      6.    WWPA:  Western Wood Products Association.

1.4    ACTION SUBMITTALS

   A.    Product Data:  For each type of process and factory-fabricated product.  Indicate component materials and dimensions and include construction and application details.
      1.    Include data for wood-preservative treatment from chemical treatment manufacturer and certification by treating plant that treated materials comply with requirements.  Indicate type of preservative used and net amount of preservative retained.
      2.    Include data for fire-retardant treatment from chemical treatment manufacturer and certification by treating plant that treated materials comply with requirements.  Include physical properties of treated materials based on testing by a qualified independent testing agency.
      3.    For fire-retardant treatments, include physical properties of treated lumber both before and after exposure to elevated temperatures, based on testing by a qualified independent testing agency according to ASTM D 5664.
      4.    For products receiving a waterborne treatment, include statement that moisture content of treated materials was reduced to levels specified before shipment to Project site.
      5.    Include copies of warranties from chemical treatment manufacturers for each type of treatment.

1.5    INFORMATIONAL SUBMITTALS

   A.    Evaluation Reports:  For the following, from ICC-ES:
      1.    Preservative-treated wood.
      2.    Fire-retardant-treated wood.
      3.    Power-driven fasteners.
      4.    Powder-actuated fasteners.
      5.    Expansion anchors.
      6.    Metal framing anchors.

1.6    QUALITY ASSURANCE

   A.    Source Limitations for Fire-Retardant-Treated Wood: Obtain each type of fire-retardant-treated wood product through one source from a single producer.

   B.    Testing Agency Qualifications:  For testing agency providing classification marking for fire-retardant treated material, an inspection agency acceptable to authorities having jurisdiction that periodically performs

inspections to verify that the material bearing the classification marking is representative of the material tested.

1.7     DELIVERY, STORAGE, AND HANDLING

A.     Stack lumber flat with spacers beneath and between each bundle to provide air circulation.  Protect lumber from weather by covering with waterproof sheeting, securely anchored.  Provide for air circulation around stacks and under coverings.

**PART 2 - PRODUCTS**

2.1     WOOD PRODUCTS, GENERAL

A.     Do not use material that is warped or that does not comply with requirements for untreated material.

B.     Lumber:  DOC PS 20 and applicable rules of grading agencies indicated.  If no grading agency is indicated, provide lumber that complies with the applicable rules of any rules-writing agency certified by the ALSC Board of Review.  Provide lumber graded by an agency certified by the ALSC Board of Review to inspect and grade lumber under the rules indicated.
   1.     Factory mark each piece of lumber with grade stamp of grading agency.
   2.     For exposed lumber indicated to receive a stained or natural finish, mark grade stamp on end or back of each piece.
   3.     Where nominal sizes are indicated, provide actual sizes required by DOC PS 20 for moisture content specified.  Where actual sizes are indicated, they are minimum dressed sizes for dry lumber.
   4.     Provide dressed lumber, S4S, unless otherwise indicated.

C.     Maximum Moisture Content of Lumber:  15 percent unless otherwise indicated.

2.2     WOOD-PRESERVATIVE-TREATED MATERIALS

A.     Preservative Treatment by Pressure Process:  AWPA U1; Use Category UC2.
   1.     Preservative Chemicals:  Acceptable to authorities having jurisdiction and containing no arsenic or chromium.
   2.     For exposed items indicated to receive a stained or natural finish, use chemical formulations that do not require incising, contain colorants, bleed through, or otherwise adversely affect finishes.

B.     Kiln-dry lumber after treatment to a maximum moisture content of 19 percent.  Do not use material that is warped or does not comply with requirements for untreated material.

C.     Mark lumber with treatment quality mark of an inspection agency approved by the ALSC Board of Review.
   1.     For exposed lumber indicated to receive a stained or natural finish, mark end or back of each piece.

D.     Application:  Treat items indicated on Drawings, and the following:
   1.     Wood cants, nailers, curbs, equipment support bases, blocking, stripping, and similar members in connection with roofing, flashing, vapor barriers, and waterproofing.
   2.     Wood sills, sleepers, blocking, and similar concealed members in contact with masonry or concrete.
   3.     Wood framing and furring attached directly to the interior of below-grade exterior masonry or concrete walls.
   4.     Wood framing members that are less than 18 inches above the ground in crawl spaces or unexcavated areas.
   5.     Wood floor plates that are installed over concrete slabs-on-grade.

2.3     FIRE-RETARDANT-TREATED MATERIALS

A.     General:  Where fire-retardant-treated materials are indicated, use materials complying with requirements in this article, that are acceptable to authorities having jurisdiction, and with fire-test-response characteristics specified as determined by testing identical products per test method indicated by a qualified testing agency.

B. Fire-Retardant-Treated Lumber and Plywood by Pressure Process:  Products with a flame spread index of 25 or less when tested according to ASTM E 84, and with no evidence of significant progressive combustion when the test is extended an additional 20 minutes, and with the flame front not extending more than 10.5 feet beyond the centerline of the burners at any time during the test.

    1. Use treatment that does not promote corrosion of metal fasteners.

    2. Interior Type A:  Treated materials shall have a moisture content of 28 percent or less when tested according to ASTM D 3201 at 92 percent relative humidity.  Use where exterior type is not indicated.

    3. Design Value Adjustment Factors:  Treated lumber shall be tested according ASTM D 5664, and design value adjustment factors shall be calculated according to ASTM D 6841]

C. Kiln-dry lumber after treatment to a maximum moisture content of 19 percent.  Kiln-dry plywood after treatment to a maximum moisture content of 15 percent.

D. Identify fire-retardant-treated wood with appropriate classification marking of testing and inspecting agency acceptable to authorities having jurisdiction.

E. For exposed items indicated to receive a stained or natural finish, use chemical formulations that do not bleed through, contain colorants, or otherwise adversely affect finishes.

F. Application:  Treat all miscellaneous carpentry unless otherwise indicated.

    1. Concealed blocking.

    2. Roof framing and blocking.

    3. Wood cants, nailers, curbs, equipment support bases, blocking, and similar members in connection with roofing.

    4. Plywood backing panels.

2.4 MISCELLANEOUS LUMBER

A. General:  Provide miscellaneous lumber indicated and lumber for support or attachment of other construction, including the following:

    1. Blocking.

    2. Nailers.

    3. Rooftop equipment bases and support curbs.

    4. Cants.

B. For items of dimension lumber size, provide Construction or No. 2 grade lumber of any species.

    1. Mixed southern pine; SPIB.

C. For concealed boards, provide lumber with 15 percent maximum moisture content and any of the following species and grades:

    1. Spruce-pine-fir (south) or spruce-pine-fir, Construction or No. 2 Common grade; NeLMA, NLGA, WCLIB, or WWPA.

D. For blocking not used for attachment of other construction, Utility, Stud, or No. 3 grade lumber of any species may be used provided that it is cut and selected to eliminate defects that will interfere with its attachment and purpose.

E. For blocking and nailers used for attachment of other construction, select and cut lumber to eliminate knots and other defects that will interfere with attachment of other work.

2.5 FASTENERS

A. General:  Provide fasteners of size and type indicated that comply with requirements specified in this article for material and manufacture.

    1. Where carpentry is exposed to weather, in ground contact, pressure-preservative treated, or in area of high relative humidity, provide fasteners of Type 304 stainless steel.

B. Nails, Brads, and Staples:  ASTM F 1667.

C. Power-Driven Fasteners:  NES NER-272.

D. Wood Screws:  ASME B18.6.1.

E. Screws for Fastening to Metal Framing:  ASTM C 1002, length as recommended by screw manufacturer for material being fastened.

F. Lag Bolts:  ASME B18.2.1.

G. Bolts:  Steel bolts complying with ASTM A 307, Grade A; with ASTM A 563 hex nuts and, where indicated, flat washers.

H. Expansion Anchors:  Anchor bolt and sleeve assembly of material indicated below with capability to sustain, without failure, a load equal to 6 times the load imposed when installed in unit masonry assemblies and equal to 4 times the load imposed when installed in concrete as determined by testing per ASTM E 488 conducted by a qualified independent testing and inspecting agency.
   1. Material:  Carbon-steel components, zinc plated to comply with ASTM B 633, Class Fe/Zn 5.


**PART 3 - EXECUTION**

3.1 INSTALLATION, GENERAL

A. Use fasteners of appropriate type and length. Predrill members when necessary to avoid splitting wood. Indicate that bolts and nuts are to be recessed flush with surface, unless otherwise indicated.

B. Sheathing boards are to be installed flush and plumb with the joints between the boards not to exceed 1/8-inch. Wherever possible, the finished edge is to face the perimeter of rough openings (exposed gypsum is not a suitable substrate for the air barrier's self-adhered membrane).

C. Set carpentry to required levels and lines, with members plumb, true to line, cut, and fitted.  Fit carpentry to other construction; scribe and cope as needed for accurate fit.  Locate nailers, blocking, and similar supports to comply with requirements for attaching other construction.

D. Where wood-preservative-treated lumber is installed adjacent to metal decking, install continuous flexible flashing separator between wood and metal decking.

E. Framing Standard:  Comply with AF&PA's WCD 1, "Details for Conventional Wood Frame Construction," unless otherwise indicated.

F. Install plywood backing panels by fastening to studs; coordinate locations with utilities requiring backing panels.  Install fire-retardant treated plywood backing panels with classification marking of testing agency exposed to view.

G. Do not splice structural members between supports unless otherwise indicated.

H. Provide blocking and framing as indicated and as required to support facing materials, fixtures, specialty items, and trim.
   1. Provide metal clips for fastening gypsum board or lath at corners and intersections where framing or blocking does not provide a surface for fastening edges of panels.  Space clips not more than 16 inches o.c.

I. Provide fire blocking in furred spaces, stud spaces, and other concealed cavities as indicated and as follows:
   1. Fire block furred spaces of walls, at each floor level, at ceiling, and at not more than 96 inches o.c. with solid wood blocking or noncombustible materials accurately fitted to close furred spaces.
   2. Fire block concealed spaces of wood-framed walls and partitions at each floor level, at ceiling line of top story, and at not more than 96 inches o.c.  Where fire blocking is not inherent in framing system used, provide closely fitted solid wood blocks of same width as framing members and 2-inch nominal thickness.
   3. Fire block concealed spaces between floor sleepers with same material as sleepers to limit concealed spaces to not more than 100 sq. ft. and to solidly fill space below partitions.
   4. Fire block concealed spaces behind combustible cornices and exterior trim at not more than 20 feet o.c.

J. Sort and select lumber so that natural characteristics will not interfere with installation or with fastening other materials to lumber.  Do not use materials with defects that interfere with function of member or pieces that are too small to use with minimum number of joints or optimum joint arrangement.

K. Comply with AWPA M4 for applying field treatment to cut surfaces of preservative-treated lumber.
   1. Use inorganic boron for items that are continuously protected from liquid water.
   2. Use copper naphthenate for items not continuously protected from liquid water.

L.  Securely attach carpentry work to substrate by anchoring and fastening as indicated, complying with the following:
1.  NES NER-272 for power-driven fasteners.
2.  Table 2304.9.1, "Fastening Schedule," in ICC's International Building Code.
3.  Table R602.3(1), "Fastener Schedule for Structural Members," and Table R602.3(2), "Alternate Attachments," in ICC's International Residential Code for One- and Two-Family Dwellings.

M.  Use steel common nails unless otherwise indicated.  Select fasteners of size that will not fully penetrate members where opposite side will be exposed to view or will receive finish materials.  Make tight connections between members.  Install fasteners without splitting wood.  Drive nails snug but do not countersink nail heads unless otherwise indicated.

3.2    WOOD BLOCKING, AND NAILER INSTALLATION

A.  Install where indicated and where required for attaching other work.  Form to shapes indicated and cut as required for true line and level of attached work.  Coordinate locations with other work involved.

B.  Attach items to substrates to support applied loading.  Recess bolts and nuts flush with surfaces unless otherwise indicated.

3.3    PROTECTION

A.  Protect wood that has been treated with inorganic boron (SBX) from weather.  If, despite protection, inorganic boron-treated wood becomes wet, apply EPA-registered borate treatment.  Apply borate solution by spraying to comply with EPA-registered label.

B.  Protect miscellaneous rough carpentry from weather.  If, despite protection, miscellaneous rough carpentry becomes wet, apply EPA-registered borate treatment.  Apply borate solution by spraying to comply with EPA-registered label.

**END OF SECTION 06 10 53**

## SECTION 07 84 13 - PENETRATION FIRESTOPPING

### PART 1 - GENERAL

1.1 RELATED DOCUMENTS

    A.    Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2 SUMMARY

    A.    Section Includes:
        1.    Penetrations in fire-resistance-rated walls.
        2.    Penetrations in horizontal assemblies.

1.3 ACTION SUBMITTALS

    A.    Product Data:  For each type of product indicated.

    B.    Product Schedule:  For each penetration firestopping system.  Include location and design designation of qualified testing and inspecting agency.
        1.    Where Project conditions require modification to a qualified testing and inspecting agency's illustration for a particular penetration firestopping condition, submit illustration, with modifications marked, approved by penetration firestopping manufacturer's fire-protection engineer as an engineering judgment or equivalent fire-resistance-rated assembly.

1.4 INFORMATIONAL SUBMITTALS

    A.    Qualification Data:  For qualified Installer.

    B.    Installer Certificates:  From Installer indicating penetration firestopping has been installed in compliance with requirements and manufacturer's written recommendations.

    C.    Product Test Reports:  Based on evaluation of comprehensive tests performed by a qualified testing agency, for penetration firestopping.

1.5 QUALITY ASSURANCE

    A.    Installer Qualifications:  A firm that has been approved by FM Global according to FM Global 4991, "Approval of Firestop Contractors," or been evaluated by UL and found to comply with its "Qualified Firestop Contractor Program Requirements."

    B.    Fire-Test-Response Characteristics: Penetration firestopping shall comply with the following requirements:
        1.    Penetration firestopping tests are performed by a qualified testing agency acceptable to authorities having jurisdiction.
        2.    Penetration firestopping is identical to those tested per testing standard referenced in "Penetration Firestopping" Article.  Provide rated systems complying with the following requirements:
            a.    Penetration firestopping products bear classification marking of qualified testing and inspecting agency.
            b.    Classification markings on penetration firestopping correspond to designations listed by the following:
                1)    UL in its "Fire Resistance Directory."

1.6 PROJECT CONDITIONS

    A.    Environmental Limitations:  Do not install penetration firestopping when ambient or substrate temperatures are outside limits permitted by penetration firestopping manufacturers or when substrates are wet because of rain, frost, condensation, or other causes.

    B.    Install and cure penetration firestopping per manufacturer's written instructions using natural means of ventilations or, where this is inadequate, forced-air circulation.

TAMU-01053

1.7     COORDINATION

A.     Coordinate construction of openings and penetrating items to ensure that penetration firestopping is installed according to specified requirements.

B.     Coordinate sizing of sleeves, openings, core-drilled holes, or cut openings to accommodate penetration firestopping.

**PART 2 - PRODUCTS**

2.1     MANUFACTURERS

A.     Manufacturers: Subject to compliance with requirements, provide products by one of the following:
1.     Hilti, Inc.
2.     RectorSeal Corporation.
3.     Specified Technologies Inc.
4.     3M Fire Protection Products.

2.2     PENETRATION FIRESTOPPING

A.     Provide penetration firestopping that is produced and installed to resist spread of fire according to requirements indicated, resist passage of smoke and other gases, and maintain original fire-resistance rating of construction penetrated.  Penetration firestopping systems shall be compatible with one another, with the substrates forming openings, and with penetrating items if any.

B.     Penetrations in Fire-Resistance-Rated Walls:  Provide penetration firestopping with ratings determined per ASTM E 814 or UL 1479, based on testing at a positive pressure differential of 0.01-inch wg.
1.     Fire-resistance-rated walls include fire walls fire-barrier walls smoke-barrier walls and fire partitions.
2.     F-Rating:  Not less than the fire-resistance rating of constructions penetrated.

C.     Penetrations in Horizontal Assemblies:  Provide penetration firestopping with ratings determined per ASTM E 814 or UL 1479, based on testing at a positive pressure differential of 0.01-inch wg.
1.     Horizontal assemblies include floors floor/ceiling assemblies and ceiling membranes of roof/ceiling assemblies.
2.     F-Rating:  At least 1 hour, but not less than the fire-resistance rating of constructions penetrated.
3.     T-Rating:  At least 1 hour, but not less than the fire-resistance rating of constructions penetrated except for floor penetrations within the cavity of a wall.

D.     Exposed Penetration Firestopping:  Provide products with flame-spread and smoke-developed indexes of less than 25 and 450, respectively, as determined per ASTM E 84.

E.     Accessories:  Provide components for each penetration firestopping system that are needed to install fill materials and to maintain ratings required.   Use only those components specified by penetration firestopping manufacturer and approved by qualified testing and inspecting agency for firestopping indicated.
1.     Permanent forming/damming/backing materials, including the following:
a.     Slag-wool-fiber or rock-wool-fiber insulation.
b.     Sealants used in combination with other forming/damming/backing materials to prevent leakage of fill materials in liquid state.
c.     Fire-rated form board.
d.     Fillers for sealants.
2.     Temporary forming materials.
3.     Substrate primers.
4.     Collars.
5.     Steel sleeves.

2.3     FILL MATERIALS

A.     Latex Sealants:  Single-component latex formulations that do not re-emulsify after cure during exposure to moisture.

B.     Firestop Devices:  Factory-assembled collars formed from galvanized steel and lined with intumescent material sized to fit specific diameter of penetrant.

C. Intumescent Composite Sheets: Rigid panels consisting of aluminum-foil-faced elastomeric sheet bonded to galvanized-steel sheet.

D. Intumescent Putties: Nonhardening dielectric, water-resistant putties containing no solvents, inorganic fibers, or silicone compounds.

E. Intumescent Wrap Strips: Single-component intumescent elastomeric sheets with aluminum foil on one side.

F. Mortars: Prepackaged dry mixes consisting of a blend of inorganic binders, hydraulic cement, fillers, and lightweight aggregate formulated for mixing with water at Project site to form a nonshrinking, homogeneous mortar.

G. Pillows/Bags: Reusable heat-expanding pillows/bags consisting of glass-fiber cloth cases filled with a combination of mineral-fiber, water-insoluble expansion agents, and fire-retardant additives. Where exposed, cover openings with steel-reinforcing wire mesh to protect pillows/bags from being easily removed.

H. Silicone Foams: Multicomponent, silicone-based liquid elastomers that, when mixed, expand and cure in place to produce a flexible, nonshrinking foam.

I. Silicone Sealants: Single-component, silicone-based, neutral-curing elastomeric sealants of grade indicated below:
1. Grade: Pourable (self-leveling) formulation for openings in floors and other horizontal surfaces, and nonsag formulation for openings in vertical and sloped surfaces, unless indicated firestopping limits use of nonsag grade for both opening conditions.

## 2.4 MIXING

A. For those products requiring mixing before application, comply with penetration firestopping manufacturer's written instructions for accurate proportioning of materials, water (if required), type of mixing equipment, selection of mixer speeds, mixing containers, mixing time, and other items or procedures needed to produce products of uniform quality with optimum performance characteristics for application indicated.

## PART 3 - EXECUTION

### 3.1 EXAMINATION

A. Examine substrates and conditions, with Installer present, for compliance with requirements for opening configurations, penetrating items, substrates, and other conditions affecting performance of the Work.

B. Proceed with installation only after unsatisfactory conditions have been corrected.

### 3.2 PREPARATION

A. Surface Cleaning: Clean out openings immediately before installing penetration firestopping to comply with manufacturer's written instructions and with the following requirements:
1. Remove from surfaces of opening substrates and from penetrating items foreign materials that could interfere with adhesion of penetration firestopping.
2. Clean opening substrates and penetrating items to produce clean, sound surfaces capable of developing optimum bond with penetration firestopping. Remove loose particles remaining from cleaning operation.
3. Remove laitance and form-release agents from concrete.

B. Priming: Prime substrates where recommended in writing by manufacturer using that manufacturer's recommended products and methods. Confine primers to areas of bond; do not allow spillage and migration onto exposed surfaces.

C. Masking Tape: Use masking tape to prevent penetration firestopping from contacting adjoining surfaces that will remain exposed on completion of the Work and that would otherwise be permanently stained or damaged by such contact or by cleaning methods used to remove stains. Remove tape as soon as possible without disturbing firestopping's seal with substrates.

3.3     INSTALLATION

A.    General:  Install penetration firestopping to comply with manufacturer's written installation instructions and published drawings for products and applications indicated.

B.    Install forming materials and other accessories of types required to support fill materials during their application and in the position needed to produce cross-sectional shapes and depths required to achieve fire ratings indicated.
1.    After installing fill materials and allowing them to fully cure, remove combustible forming materials and other accessories not indicated as permanent components of firestopping.

C.    Install fill materials for firestopping by proven techniques to produce the following results:
1.    Fill voids and cavities formed by openings, forming materials, accessories, and penetrating items as required to achieve fire-resistance ratings indicated.
2.    Apply materials so they contact and adhere to substrates formed by openings and penetrating items.
3.    For fill materials that will remain exposed after completing the Work, finish to produce smooth, uniform surfaces that are flush with adjoining finishes.

3.4     IDENTIFICATION

A.    Identify penetration firestopping with preprinted metal or plastic labels.  Attach labels permanently to surfaces adjacent to and within 6 inches of firestopping edge so labels will be visible to anyone seeking to remove penetrating items or firestopping.  Use mechanical fasteners or self-adhering-type labels with adhesives capable of permanently bonding labels to surfaces on which labels are placed.  Include the following information on labels:
1.    The words "Warning - Penetration Firestopping - Do Not Disturb.  Notify Building Management of Any Damage."
2.    Contractor's name, address, and phone number.
3.    Designation of applicable testing and inspecting agency.
4.    Date of installation.
5.    Manufacturer's name.
6.    Installer's name.

3.5     FIELD QUALITY CONTROL

A.    Owner will engage a qualified testing agency to perform tests and inspections.

B.    Where deficiencies are found or penetration firestopping is damaged or removed because of testing, repair or replace penetration firestopping to comply with requirements.

C.    Proceed with enclosing penetration firestopping with other construction only after inspection reports are issued and installations comply with requirements.

3.6     CLEANING AND PROTECTION

A.    Clean off excess fill materials adjacent to openings as the Work progresses by methods and with cleaning materials that are approved in writing by penetration firestopping manufacturers and that do not damage materials in which openings occur.

B.    Provide final protection and maintain conditions during and after installation that ensure that penetration firestopping is without damage or deterioration at time of Substantial Completion.  If, despite such protection, damage or deterioration occurs, immediately cut out and remove damaged or deteriorated penetration firestopping and install new materials to produce systems complying with specified requirements.

3.7     PENETRATION FIRESTOPPING SCHEDULE

A.    Where UL-classified systems are indicated, they refer to system numbers in UL's "Fire Resistance Directory" under product Category XHEZ.

B.    Penetration firestopping to be installed to maintain wall and horizontal rating requirements as indicated on drawings.

**END OF SECTION 07 84 13**

**SECTION 07 84 46 - FIRE-RESISTIVE JOINT SYSTEMS**

**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

   A.   Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

   A.   Section Includes:
        1.      Joints in or between fire-resistance-rated constructions.

1.3     ACTION SUBMITTALS

   A.   Product Data:  For each type of product indicated.

1.4     INFORMATIONAL SUBMITTALS

   A.   Qualification Data:  For qualified Installer.

   B.   Installer Certificates:   From Installer indicating fire-resistive joint systems have been installed in compliance with requirements and manufacturer's written recommendations.

   C.   Product Test Reports:  Based on evaluation of comprehensive tests performed by a qualified testing agency, for fire-resistive joint systems.

1.5     QUALITY ASSURANCE

   A.   Installer Qualifications:  A firm that has been approved by FM Global according to FM Global 4991, "Approval of Firestop Contractors," or been evaluated by UL and found to comply with UL's "Qualified Firestop Contractor Program Requirements."

   B.   Fire-Test-Response Characteristics:   Fire-resistive joint systems shall comply with the following requirements:
        1.      Fire-resistive joint system tests are performed by a qualified testing agency acceptable to authorities having jurisdiction.
        2.      Fire-resistive joint systems are identical to those tested per testing standard referenced in "Fire-Resistive Joint Systems" Article.  Provide rated systems complying with the following requirements:
                a.      Fire-resistive joint system products bear classification marking of qualified testing agency.
                b.      Fire-resistive joint systems correspond to those indicated by reference to designations listed by the following:
                        1)      UL in its "Fire Resistance Directory."

1.6     PROJECT CONDITIONS

   A.   Environmental Limitations:   Do not install fire-resistive joint systems when ambient or substrate temperatures are outside limits permitted by fire-resistive joint system manufacturers or when substrates are wet due to rain, frost, condensation, or other causes.

   B.   Install and cure fire-resistive joint systems per manufacturer's written instructions using natural means of ventilation or, where this is inadequate, forced-air circulation.

1.7     COORDINATION

   A.   Coordinate construction of joints to ensure that fire-resistive joint systems are installed according to specified requirements.

   B.   Coordinate sizing of joints to accommodate fire-resistive joint systems.

TAMU-01261

**PART 2 - PRODUCTS**

2.1    FIRE-RESISTIVE JOINT SYSTEMS

A.    Where required, provide fire-resistive joint systems that are produced and installed to resist spread of fire according to requirements indicated, resist passage of smoke and other gases, and maintain original fire-resistance rating of assemblies in or between which fire-resistive joint systems are installed.  Fire-resistive joint systems shall accommodate building movements without impairing their ability to resist the passage of fire and hot gases.

B.    Joints in or between Fire-Resistance-Rated Construction:  Provide fire-resistive joint systems with ratings determined per ASTM E 1966 or UL 2079:
1.    Joints include those installed in or between fire-resistance-rated walls floor or floor/ceiling assemblies and roofs or roof/ceiling assemblies.
2.    Fire-Resistance Rating:  Equal to or exceeding the fire-resistance rating of construction they will join.
3.    Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
a.    Hilti, Inc.
b.    RectorSeal Corporation.
c.    Specified Technologies Inc.
d.    3M Fire Protection Products.

C.    Joints in Smoke Barriers:  Provide fire-resistive joint systems with ratings determined per UL 2079.
1.    L-Rating:  Not exceeding 5.0 cfm/ft of joint at 0.30 inch wg at both ambient and elevated temperatures.
2.    Manufacturers: Subject to compliance with requirements, provide products by one of the following:
a.    Hilti, Inc.
b.    RectorSeal Corporation.
c.    Specified Technologies Inc.
d.    3M Fire Protection Products.

D.    Accessories:  Provide components of fire-resistive joint systems, including primers and forming materials, that are needed to install fill materials and to maintain ratings required.  Use only components specified by fire-resistive joint system manufacturer and approved by the qualified testing agency for systems indicated.


**PART 3 - EXECUTION**

3.1    EXAMINATION

A.    Examine substrates and conditions, with Installer present, for compliance with requirements for joint configurations, substrates, and other conditions affecting performance of the Work.

B.    Proceed with installation only after unsatisfactory conditions have been corrected.

3.2    PREPARATION

A.    Surface Cleaning:  Clean joints immediately before installing fire-resistive joint systems to comply with fire-resistive joint system manufacturer's written instructions and the following requirements:
1.    Remove from surfaces of joint substrates foreign materials that could interfere with adhesion of fill materials.
2.    Clean joint substrates to produce clean, sound surfaces capable of developing optimum bond with fill materials.  Remove loose particles remaining from cleaning operation.
3.    Remove laitance and form-release agents from concrete.

B.    Priming:  Prime substrates where recommended in writing by fire-resistive joint system manufacturer using that manufacturer's recommended products and methods.  Confine primers to areas of bond; do not allow spillage and migration onto exposed surfaces.

C.    Masking Tape:  Use masking tape to prevent fill materials of fire-resistive joint system from contacting adjoining surfaces that will remain exposed on completion of the Work and that would otherwise be permanently stained or damaged by such contact or by cleaning methods used to remove stains.  Remove tape as soon as possible without disturbing fire-resistive joint system's seal with substrates.

3.3     INSTALLATION

A.     General:  Install fire-resistive joint systems to comply with manufacturer's written installation instructions and published drawings for products and applications indicated.

B.     Install forming materials and other accessories of types required to support fill materials during their application and in position needed to produce cross-sectional shapes and depths required to achieve fire ratings indicated.
   1.     After installing fill materials and allowing them to fully cure, remove combustible forming materials and other accessories not indicated as permanent components of fire-resistive joint system.

C.     Install fill materials for fire-resistive joint systems by proven techniques to produce the following results:
   1.     Fill voids and cavities formed by joints and forming materials as required to achieve fire-resistance ratings indicated.
   2.     Apply fill materials so they contact and adhere to substrates formed by joints.
   3.     For fill materials that will remain exposed after completing the Work, finish to produce smooth, uniform surfaces that are flush with adjoining finishes.

3.4     IDENTIFICATION

A.     Identify fire-resistive joint systems with preprinted metal or plastic labels.  Attach labels permanently to surfaces adjacent to and within 6 inches of joint edge so labels will be visible to anyone seeking to remove or penetrate joint system.  Use mechanical fasteners or self-adhering-type labels with adhesives capable of permanently bonding labels to surfaces on which labels are placed.  Include the following information on labels:
   1.     The words "Warning - Fire-Resistive Joint System - Do Not Disturb.  Notify Building Management of Any Damage."
   2.     Contractor's name, address, and phone number.
   3.     Designation of applicable testing agency.
   4.     Date of installation.
   5.     Manufacturer's name.
   6.     Installer's name.

3.5     FIELD QUALITY CONTROL

A.     Inspecting Agency:  Owner will engage a qualified testing agency to perform tests and inspections.

B.     Where deficiencies are found or fire-resistive joint systems are damaged or removed due to testing, repair or replace fire-resistive joint systems so they comply with requirements.

C.     Proceed with enclosing fire-resistive joint systems with other construction only after inspection reports are issued and installations comply with requirements.

3.6     CLEANING AND PROTECTING

A.     Clean off excess fill materials adjacent to joints as the Work progresses by methods and with cleaning materials that are approved in writing by fire-resistive joint system manufacturers and that do not damage materials in which joints occur.

B.     Provide final protection and maintain conditions during and after installation that ensure fire-resistive joint systems are without damage or deterioration at time of Substantial Completion.  If damage or deterioration occurs despite such protection, cut out and remove damaged or deteriorated fire-resistive joint systems immediately and install new materials to produce fire-resistive joint systems complying with specified requirements.

3.7     FIRE-RESISTIVE JOINT SYSTEM SCHEDULE

A.     Where UL-classified systems are indicated, they refer to system numbers in UL's "Fire Resistance Directory" under product Category XHBN or Category XHDG.

B.     Refer to Drawings for specific scheduled applications.

**END OF SECTION 07 84 46**

**SECTION 07 92 00 - JOINT SEALANTS**

**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

    A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

    A.     Section Includes:
        1.     Nonstaining silicone joint sealants.
        2.     Mildew-resistant joint sealants.
        3.     Butyl joint sealants.
        4.     Latex joint sealants.

1.3     ACTION SUBMITTALS

    A.     Product Data: For each joint-sealant product.

    B.     Samples for Initial Selection: Manufacturer's color charts consisting of strips of cured sealants showing the full range of colors available for each product exposed to view.

    C.     Joint-Sealant Schedule: Include the following information:
        1.     Joint-sealant application, joint location, and designation.
        2.     Joint-sealant manufacturer and product name.
        3.     Joint-sealant formulation.
        4.     Joint-sealant color.

1.4     INFORMATIONAL SUBMITTALS

    A.     Product Test Reports: For each kind of joint sealant, for tests performed by manufacturer

    B.     Field-Adhesion-Test Reports: For each sealant application tested.

1.5     QUALITY ASSURANCE

    A.     Installer Qualifications: An authorized representative who is trained and approved by manufacturer.

    B.     Product Testing: Test joint sealants using a qualified testing agency.
        1.     Testing Agency Qualifications: Qualified according to ASTM C 1021 to conduct the testing indicated.

    C.     Sealant Log: Provide sealant logs.

1.6     FIELD CONDITIONS

    A.     Do not proceed with installation of joint sealants under the following conditions:
        1.     When ambient and substrate temperature conditions are outside limits permitted by joint-sealant manufacturer or are below 40 deg F.
        2.     When joint substrates are wet.
        3.     Where joint widths are less or greater than those allowed by joint-sealant manufacturer for applications indicated.
        4.     Where contaminants capable of interfering with adhesion have not yet been removed from joint substrates.

1.7     WARRANTY

    A.     Special Installer's Warranty: Installer agrees to repair or replace joint sealants that do not comply with performance and other requirements specified in this Section within specified warranty period.
        1.     Warranty Period: Two years from date of Substantial Completion.

TAMU-01264

B.  Special Manufacturer's Warranty: Manufacturer agrees to furnish joint sealants to repair or replace those joint sealants that do not comply with performance and other requirements specified in this Section within specified warranty period.
    1.  Warranty Period: Silicone Sealants; Twenty years from date of Substantial Completion

C.  Special warranties specified in this article exclude deterioration or failure of joint sealants from the following:
    1.  Movement of the structure caused by stresses on the sealant exceeding sealant manufacturer's written specifications for sealant elongation and compression.
    2.  Disintegration of joint substrates from causes exceeding design specifications.
    3.  Mechanical damage caused by individuals, tools, or other outside agents.
    4.  Changes in sealant appearance caused by accumulation of dirt or other atmospheric contaminants.


## PART 2 - PRODUCTS

2.1  JOINT SEALANTS, GENERAL

A.  Compatibility: Provide joint sealants, backings, and other related materials that are compatible with one another and with joint substrates under conditions of service and application, as demonstrated by joint-sealant manufacturer, based on testing and field experience.

B.  Colors of Exposed Joint Sealants:  Match adjacent substrates unless indicated otherwise.

2.2  SILICONE JOINT SEALANTS

A.  Silicone, ASTM C920, Type S, Grade NS, Class 50, Use NT, Nonstaining ASTM C 1248: single-component, nonsag, plus 50 percent and minus 50 percent movement capability, nontraffic-use, neutral-curing silicone joint sealant.
    1.  Products: Subject to compliance with requirements, provide one of the following:
        a.  Dow Corning Corporation; 795.
        b.  GE Construction Sealants; SilPruf NB.
        c.  Pecora Corporation; 864NST .
        d.  Tremco Incorporated; Spectrem 2 .
        e.  Sika Corporation;   Silasil WS295.
    1.  Description: Neutral, one-part silicone sealant.
    2.  Usage: Structural glazing, steel, anodized aluminum, glass and painted metal.

B.  Silicone, ASTM C920, Type S, Grade NS, Class 50, Use NT, Nonstaining ASTM C 124:, single-component, nonsag, plus 50 percent and minus 50 percent movement capability, nontraffic-use, neutral-curing silicone joint sealant.
    1.  Products: Subject to compliance with requirements, provide one of the following:
        a.  Dow Corning Corporation; 791.
        b.  GE Construction Sealants.
        c.  Pecora Corporation.
        d.  Tremco Incorporated.
        e.  Sika Corporation.
    2.  Description: Neutral, one-part silicone sealant.
    3.  Usage: Steel, anodized aluminum, glass and painted metal, non-porous substrates, curtain walls, fluid-applied air barrier.

C.  Silicone, ASTM C920, Type S, Grade NS, Class 25, Use NT, Nonstaining ASTM C 1248:single-component, nonsag, plus 25 percent and minus 25 percent movement capability, nontraffic-use, neutral-curing silicone joint sealant.
    1.  Products: Subject to compliance with requirements, provide one of the following:
        a.  Dow Corning Corporation; 758.
        b.  GE Construction Sealants.
        c.  Pecora Corporation.
        d.  Tremco Incorporated.
    2.  Description: Neutral one part silicone sealant, designed for adhering to low energy surfaces common in sheet or peel and stick weather resistant barriers.
    3.  Usage: Typical use at self-adhering sheet membrane or flexible flashing with polyethylene surfaces.

D. Silicone, ASTM C920, Type S, Grade NS, Class 100/50, Use NT, Nonstaining ASTM C 1248: single-component, nonsag, plus 100 percent and minus 50 percent movement capability, nontraffic-use, neutral-curing silicone joint sealant.
   1. Products: Subject to compliance with requirements, provide one of the following:
      a. Dow Corning Corporation; 790.
      b. GE Construction Sealants.
      c. Pecora Corporation.
      d. Tremco Incorporated.
   2. Description: Ultra-low-modulus sealant for new and remedial construction joint sealing applications.
   3. Usage: Natural stone, concrete, cast stone, CMU, brick and metals where more significant joint movement is anticipated.

E. Silicone, ASTM C920, Type S, Grade NS, Class 50, Use NT, Nonstaining ASTM C 1248: single-component, nonsag, plus 50 percent and minus 50 percent movement capability, nontraffic-use, neutral-curing silicone joint sealant.
   1. Products: Subject to compliance with requirements, provide one of the following:
      a. Dow Corning Corporation; 756.
      b. GE Construction Sealants.
      c. Pecora Corporation.
      d. Tremco Incorporated.
   2. Description: Medium-modulus elastomeric sealant designed for weather-proofing sensitive porous stone and metal panel substrates. Reduced residue rundown or dirt pick up, substrate staining and adheres unprimed to porous and non-porous substrates.
   3. Usage: Alternative for natural stone, cast stone, CMU, brick masonry and metal substrates where joint movement of up to +/- 50% is anticipated.

2.3 MILDEW-RESISTANT JOINT SEALANTS

A. Mildew-Resistant Joint Sealants: Formulated for prolonged exposure to humidity with fungicide to prevent mold and mildew growth.

B. Silicone, Mildew Resistant, Acid Curing, S, NS, 25, NT: Mildew-resistant, single-component, nonsag, plus 25 percent and minus 25 percent movement capability, nontraffic-use, acid-curing silicone joint sealant; ASTM C 920, Type S, Grade NS, Class 25, Use NT.
   1. Products: Subject to compliance with requirements, provide one of the following:
      a. Dow Corning Corporation; 786-M White.
      b. GE Construction Sealants; SCS1700 Sanitary.
      c. Tremco Incorporated; Tremsil 200.
      d. Sika Corporation; Sikasil GP.
   2. Usage: Seal nonporous surfaces around showers, tubs, sinks and plumbing fixtures where conditions of high humidity and temperature extremes exist. Typical applications include: • Sealing around shower-tub enclosures, tubs, sinks, urinals and whirlpools • Sealing around bathroom fixtures • Waterproofing rimless sinks • Ceramic tile grouting.

2.4 BUTYL JOINT SEALANTS

A. Butyl-Rubber-Based Joint Sealants: ASTM C 1311.
   1. Products: Subject to compliance with requirements, provide one of the following:
      a. Pecora Corporation; BA-98.
      b. Sika; SikaLastomer 511
   2. Usage: Concealed mastics, flashings, aluminum thresholds, sill plates.

2.5 LATEX JOINT SEALANTS

A. Acrylic Latex: Acrylic latex or siliconized acrylic latex, ASTM C 834, Type OP, Grade NF.
   1. Products: Subject to compliance with requirements, provide one of the following:
      a. Pecora Corporation; AC-20.
      b. Sherwin-Williams Company (The); 850A .
      c. Tremco Incorporated; Tremflex 834.
   2. Usage: General purpose interior and exterior caulking and as a back bedding glazing compound. Use on vinyl, aluminum and wood siding as well as on bathroom and kitchen fixtures.

2.6    JOINT-SEALANT BACKING

A.    Sealant Backing Material, General: Nonstaining; compatible with joint substrates, sealants, primers, and other joint fillers; and approved for applications indicated by sealant manufacturer based on field experience and laboratory testing.
   1.    Manufacturers: Subject to compliance with requirements,   provide products by one of the following:
      a.    BASF Construction Chemicals, LLC, Building Systems.
      b.    Construction Foam Products, a division of Nomaco, Inc.

B.    Backer Rod: ASTM 1330. Type C (closed-cell material with a surface skin), Type O (open-cell material), Type B (bicellular material with a surface skin),   or any of the preceding types, as approved in writing by joint-sealant manufacturer for joint application indicated, and of size and density to control sealant depth and otherwise contribute to producing optimum sealant performance.
   1.    Dual sealant joint conditions:
      a.    At interior sealant joint: Use Type O (Open) at inner line of sealant in two-stage sealant
      b.    At Exterior sealant joint: Use Type B (bicellular material with a surface skin) in outer line of sealant.

C.    Bond-Breaker Tape: Polyethylene tape or other plastic tape recommended by sealant manufacturer for preventing sealant from adhering to rigid, inflexible joint-filler materials or joint surfaces at back of joint. Provide self-adhesive tape where applicable.

2.7    MISCELLANEOUS MATERIALS

A.    Primer: Material recommended by joint-sealant manufacturer where required for adhesion of sealant to joint substrates indicated, as determined from preconstruction joint-sealant-substrate tests and field tests.

B.    Cleaners for Nonporous Surfaces: Chemical cleaners acceptable to manufacturers of sealants and sealant backing materials, free of oily residues or other substances capable of staining or harming joint substrates and adjacent nonporous surfaces in any way, and formulated to promote optimum adhesion of sealants to joint substrates.

C.    Masking Tape: Nonstaining, nonabsorbent material compatible with joint sealants and surfaces adjacent to joints.

D.    Weep Tubes to Weep Space Between Inner and Outer Seals on Concrete Panels: Weep and Vent Tubes: Clear plastic (PVC) UV-stable reticulated tubing, minimum ¼-inch (6.35mm) inside diameter, and of length as required to extend between exterior face of sealant and open cavity behind.


**PART 3 - EXECUTION**

3.1    EXAMINATION

A.    Examine joints indicated to receive joint sealants, with Installer present, for compliance with requirements for joint configuration, installation tolerances, and other conditions affecting performance of the Work.

B.    Proceed with installation only after unsatisfactory conditions have been corrected.

3.2    PREPARATION

A.    Surface Cleaning of Joints: Clean out joints immediately before installing joint sealants to comply with joint-sealant manufacturer's written instructions and the following requirements:
   1.    Remove all foreign material from joint substrates that could interfere with adhesion of joint sealant, including dust, paints (except for permanent, protective coatings tested and approved for sealant adhesion and compatibility by sealant manufacturer), old joint sealants, oil, grease, waterproofing, water repellents, water, surface dirt, and frost.
   2.    Clean porous joint substrate surfaces by brushing, grinding, mechanical abrading, or a combination of these methods to produce a clean, sound substrate capable of developing optimum bond with joint sealants. Remove loose particles remaining after cleaning operations above by vacuuming or blowing out joints with oil-free compressed air. Porous joint substrates include the following:
      a.    Concrete.
      b.    Masonry.
      c.    Unglazed surfaces of ceramic tile.
      d.    Exterior insulation and finish systems.
   3.    Remove laitance and form-release agents from concrete.

4. Clean nonporous joint substrate surfaces with chemical cleaners or other means that do not stain, harm substrates, or leave residues capable of interfering with adhesion of joint sealants. Nonporous joint substrates include the following:
   a. Metal.
   b. Glass.
   c. Porcelain enamel.
   d. Glazed surfaces of ceramic tile.

B. Joint Priming: Prime joint substrates where recommended by joint-sealant manufacturer or as indicated by preconstruction joint-sealant-substrate tests or prior experience. Apply primer to comply with joint-sealant manufacturer's written instructions. Confine primers to areas of joint-sealant bond; do not allow spillage or migration onto adjoining surfaces.
   1. Limit priming to areas that will be covered with sealant in the same day. Unless recommended otherwise by the sealant manufacturer, re-prime areas exposed for more than 24 hours.

C. Masking Tape: Use masking tape where required to prevent contact of sealant or primer with adjoining surfaces that otherwise would be permanently stained or damaged by such contact or by cleaning methods required to remove sealant smears. Remove tape immediately after tooling without disturbing joint seal.

## 3.3 DUAL SEALANT JOINT

A. All exterior joint sealants in building envelope around openings and within panel joints to have double line of sealant.

B. At base of all panel joints, provide dual joint sealant with weep tubes for moisture drainage.

C. General Contractor to sequence dual joint sealant installation to ensure that the interior line of sealant is allowed to adequately cure prior to exterior joint sealant installation.

D. Temporary terminations are required to protect installed sealant and sealant backings from moisture contamination at the end of each work day.

## 3.4 INSTALLATION OF JOINT SEALANTS

A. General: Comply with joint-sealant manufacturer's written installation instructions for products and applications indicated, unless more stringent requirements apply.

B. Sealant Installation Standard: Comply with recommendations in ASTM C 1193 for use of joint sealants as applicable to materials, applications, and conditions indicated.

C. Install sealant backings of kind indicated to support sealants during application and at position required to produce cross-sectional shapes and depths of installed sealants relative to joint widths that allow optimum sealant movement capability.
   1. Do not leave gaps between ends of sealant backings.
   2. Do not stretch, twist, puncture, or tear sealant backings.
   3. Remove absorbent sealant backings that have become wet before sealant application, and replace them with dry materials.

D. Install bond-breaker tape behind sealants where sealant backings are not used between sealants and backs of joints.

E. Install sealants using proven techniques that comply with the following and at the same time backings are installed:
   1. Place sealants so they directly contact and fully wet joint substrates.
   2. Completely fill recesses in each joint configuration.
   3. Produce uniform, cross-sectional shapes and depths relative to joint widths that allow optimum sealant movement capability.

F. Tooling of Nonsag Sealants: Immediately after sealant application and before skinning or curing begins, tool sealants according to requirements specified in subparagraphs below to form smooth, uniform beads of configuration indicated; to eliminate air pockets; and to ensure contact and adhesion of sealant with sides of joint.
   1. Remove excess sealant from surfaces adjacent to joints.
   2. Use tooling agents that are approved in writing by sealant manufacturer and that do not discolor sealants or adjacent surfaces.
   3. Provide concave joint profile per Figure 8A in ASTM C 1193 unless otherwise indicated.

3.5     CLEANING

A.     Clean off excess sealant or sealant smears adjacent to joints as the Work progresses by methods and with cleaning materials approved in writing by manufacturers of joint sealants and of products in which joints occur.

3.6     PROTECTION

A.     Protect joint sealants during and after curing period from contact with contaminating substances and from damage resulting from construction operations or other causes so sealants are without deterioration or damage at time of Substantial Completion. If, despite such protection, damage or deterioration occurs, cut out, remove, and repair damaged or deteriorated joint sealants immediately so installations with repaired areas are indistinguishable from original work.

**END OF SECTION 07 92 00**

**SECTION 08 16 13 - FIBERGLASS REINFORCED DOORS AND FRAMES**

**PART 1 -   GENERAL**

1.1      SUMMARY

   A.      Section Includes:
           1.      Fiberglass Reinforced Plastic (FRP) Doors.
           2.      Fiberglass Door Frames.
           3.      Fiberglass Louvers.

1.2      SUBMITTALS

   A.      Product Data:  Manufacturer's data sheets on each product to be used, including:
           1.      Preparation instructions and recommendations.
           2.      Storage and handling requirements and recommendations.
           3.      Installation methods.

   B.      Shop Drawings:
           1.      Elevations:  Dimensioned elevation of each type door opening assembly in project; indicate sizes and locations of door hardware, and lites and louvers, if specified.
           2.      Details:  Installation details of each type installation condition in project; indicate installation details of glazing, if specified.
           3.      Schedule:  Indicate each door opening assembly in project; cross-reference to plans, elevations, and details.

   C.      Verification Samples:  For each finish product specified, two samples, minimum size 6 inches (150 mm) square, representing actual product, color, and patterns.

   D.      Test Reports: Certified test reports showing compliance with specified performance characteristics and physical properties.

   E.      Closeout: Submit warranty documents specified herein.

1.3      QUALITY ASSURANCE

   A.      Manufacturer Qualifications: Company specializing in manufacturing fiberglass doors and frames with a minimum documented experience of ten years.

   B.      Installer Qualifications: Company specializing in installation of fiberglass doors and frames with minimum three years documented experience.

1.4      DELIVERY, STORAGE, AND HANDLING

   A.      Deliver materials in manufacturer's unopened, undamaged packaging, with manufacturer's labels intact.

   B.      Inspect and report damage to doors at time of delivery.

   C.      Store products in manufacturer's unopened packaging until ready for installation.

   D.      Store door assemblies in on end, to prevent damage to face corners and edges.

1.5      WARRANTY

   A.      Manufacturer's Warranty:  Manufacturer's 15-year warranty against failure due to corrosion from specified environment and against failure due to materials and workmanship, including warp, separation or de-lamination, and expansion of the core.

## PART 2 - PRODUCTS

2.1    PERFORMANCE REQUIREMENTS

A.    Door opening assemblies:
1.    Maximum flame spread 25 in accordance with ASTM E 84, self-extinguishing in accordance with ASTM D 635.

2.2    MANUFACTURERS

A.    Acceptable Manufacturer:
1.    Tiger Door

2.3    MATERIALS

A.    Fiberglass Mat: Glass fiber chopped strand, minimum 1.5 ounces per square foot.

B.    Resins:    Manufacturer's formulation for fabricating units to meet specified requirements. Adhesive bonded stiles and rails are prohibited.

C.    Anchors:  Manufacturer's standard stainless steel anchors required for opening condition and material of structures.

D.    Fasteners:  Stainless steel.

2.4    COMPONENTS

A.    Non-rated Fiberglass Reinforced Plastic (FRP) Doors:
1.    Thickness:  1-3/4 inches.
2.    Construction:
    a.    Core:  Polypropylene Honeycomb (Interior Doors)
    b.    Door Plates:  Molded in one continuous piece, resin reinforced with hand-laid glass fiber mat, nominal 1/8 inch thick, minimum 25 mil gel-coated surface.
    c.    Door Edges:  Minimum 3 layers resin-reinforced glass fiber mat, nominal 3/8 inch thick, machine tooled to create a seamless monolithic panel.
3.    Sizes: Indicated on Drawings.
4.    Finish:  Smooth gloss surface, minimum value of 88 in accordance with ASTM D 523.
5.    Color:  Refer to Architect's Master Schedule.

B.    Non-rated Fiberglass Frames:
1.    Construction:  One-piece pultruded fiberglass reinforced plastic, minimum 1/4 inch wall thickness, jamb-to-head joints mitered and reinforced with FRP clips and stainless steel fasteners; conforming to SDI requirements for performance equivalent to 16 gage steel frames.
2.    Frame profile:    As indicated on frame type Drawings.
3.    Sizes:  As indicated on door schedule.
4.    Finish:  Refer to Architect's Master Schedule.

C.    Frame Anchors:  Stainless Steel anchors. Types recommended by manufacturer for project conditions.

D.    Louvers in Non-rated Doors:
1.    Construction:  Molded solid vanes; pultruded fiberglass reinforced plastic construction.
2.    Sizes: Indicated on Drawings.
3.    Finish:  Refer to Architect's Master Schedule.

E.    Door Hardware:  Specified Section 08 71 00.

2.5    FABRICATION

A.    Fiberglass Reinforced Plastic (FRP) Doors:
1.    Minimum glass fiber to resin ratio:  30 percent.
2.    Mortise for lockset, and recess for strike plate in lock stile.
3.    Embed steel reinforcement for hinges in fiberglass matrix; provide for hinge leaf recesses in hinge stile.

B.    Fiberglass Frames:
1.    Mortise for lock strike, and recess for strike plate in lock jamb.
2.    Reinforce for hinges and other indicated hardware.

## PART 3 - EXECUTION

### 3.1 EXAMINATION

A. Verify openings are ready to receive work and opening dimensions and clearances are as indicated on approved shop drawings. Do not begin installation until openings have been properly prepared.

B. If opening preparation is the responsibility of another installer, notify Architect of unsatisfactory preparation before proceeding.

### 3.2 PREPARATION

A. Acclimate doors and frames to site conditions for a minimum of 24 hours before installation.

B. Do not remove labels from fire-rated doors and frames.

### 3.3 INSTALLATION

A. Install door opening assemblies in accordance with approved shop drawings, SDI 100, and manufacturer's printed installation instructions, using installation methods and materials specified in installation instructions.

B. Use anchorage devices to securely fasten sliding door assembly to wall construction without distortion or imposed stresses.

C. Coordinate installation of thermal insulation at shim spaces at frame perimeter.

D. Installation of door hardware is specified in Section 08 71 00.

E. Install door hardware in accordance with manufacturer's printed instructions.

F. Site Tolerances: Maintain plumb and level tolerances specified in manufacturer's printed installation instructions.

### 3.4 ADJUSTING

A. Adjust doors in accordance with door manufacturer's maintenance instructions to swing open and shut without binding, and to remain in place at any angle without being moved by gravitational influence.

B. Adjust door hardware to operate correctly in accordance with hardware manufacturer's maintenance instructions.

### 3.5 CLEANING

A. Clean surfaces of door opening assemblies and sight-exposed door hardware in accordance with manufacturer's maintenance instructions.

B. Remove labels and visible markings.

### 3.6 PROTECTION

A. Protect installed products until completion of project.

B. Touch-up, repair or replace damaged products before Substantial Completion.

**END OF SECTION**

**SECTION 08 31 13 - ACCESS DOORS AND FRAMES**


**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

   A.    Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

   A.    Section Includes:
         1.     Access doors and frames for walls and ceilings.

1.3     ACTION SUBMITTALS

   A.    Product Data: For each type of product.
         1.     Include construction details, fire ratings, materials, individual components and profiles, and finishes.

   B.    Shop Drawings:
         1.     Include plans, elevations, sections, details, and attachments to other work.
         2.     Detail fabrication and installation of access doors and frames for each type of substrate.

   C.    Product Schedule: Provide complete access door and frame schedule, including types, locations, sizes, latching or locking provisions, and other data pertinent to installation.


**PART 2 - PRODUCTS**

2.1     ACCESS DOORS AND FRAMES FOR WALLS AND CEILINGS

   A.    Source Limitations: Obtain each type of access door and frame from single source from single manufacturer.

   B.    Manufacturers: Subject to compliance with requirements, provide products by one of the following:
         1.     Acudor Products, Inc.
         2.     Babcock-Davis.
         3.     J. L. Industries, Inc.; Div. of Activar Construction Products Group.
         4.     Karp Associates, Inc.
         5.     Larsen's Manufacturing Company.
         6.     Milcor Inc.
         7.     Nystrom, Inc.

   C.    Basis of Design: Refer to Architect's Master Schedule.

2.2     MATERIALS

   A.    Steel Plates, Shapes, and Bars: ASTM A 36/A 36M.

   B.    Steel Sheet: Uncoated or electrolytic zinc coated, ASTM A 879/A 879M, with cold-rolled steel sheet substrate complying with ASTM A 1008/A 1008M, Commercial Steel (CS), exposed.

   C.    Stainless-Steel Sheet, Strip, Plate, and Flat Bars: ASTM A 666, [Type 304] [Type 316]. Remove tool and die marks and stretch lines or blend into finish.

   D.    Frame Anchors: Same type as door face.

   E.    Inserts, Bolts, and Anchor Fasteners: Hot-dip galvanized steel according to ASTM A 153/A 153M or ASTM F 2329.

2.3     FABRICATION

   A.    General: Provide access door and frame assemblies manufactured as integral units ready for installation.

B. Metal Surfaces: For metal surfaces exposed to view in the completed Work, provide materials with smooth, flat surfaces without blemishes. Do not use materials with exposed pitting, seam marks, roller marks, rolled trade names, or roughness.

C. Doors and Frames: Grind exposed welds smooth and flush with adjacent surfaces. Furnish attachment devices and fasteners of type required to secure access doors to types of supports indicated.
1. For concealed flanges with drywall bead, provide edge trim for gypsum board and gypsum base securely attached to perimeter of frames.
2. Provide mounting holes in frames for attachment of units to metal or wood framing.
3. Provide mounting holes in frame for attachment of masonry anchors.

D. Recessed Access Doors: Form face of panel to provide recess for application of applied finish. Reinforce panel as required to prevent buckling.

E. Latching Mechanisms: Furnish number required to hold doors in flush, smooth plane when closed.

2.4    FINISHES

A. Comply with NAAMM's "Metal Finishes Manual for Architectural and Metal Products" for recommendations for applying and designating finishes.

B. Protect mechanical finishes on exposed surfaces from damage by applying a strippable, temporary protective covering before shipping.

C. Appearance of Finished Work: Noticeable variations in same piece are not acceptable. Variations in appearance of adjoining components are acceptable if they are within the range of approved Samples and are assembled or installed to minimize contrast.

D. Steel and Metallic-Coated-Steel Finishes:
1. Factory Finish: Immediately after cleaning and pretreating, apply manufacturer's standard two-coat, baked-on finish consisting of prime coat and thermosetting topcoat, with a minimum dry-film thickness of 1 mil for topcoat.

**PART 3 - EXECUTION**

3.1    EXAMINATION

A. Examine substrates for compliance with requirements for installation tolerances and other conditions affecting performance of the Work.

B. Proceed with installation only after unsatisfactory conditions have been corrected.

3.2    INSTALLATION

A. Comply with manufacturer's written instructions for installing access doors and frames.

B. Install doors flush with adjacent finish surfaces or recessed to receive finish material.

3.3    ADJUSTING

A. Adjust doors and hardware, after installation, for proper operation.

B. Remove and replace doors and frames that are warped, bowed, or otherwise damaged.

**END OF SECTION 08 31 13**

## SECTION 08 71 00 - DOOR HARDWARE

### PART 1 - GENERAL

1.1     RELATED DOCUMENTS

A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

A.     This Section includes the following:
1.     Commercial door hardware for the following:
a.     Swinging doors.
2.     Cylinders for doors specified in other Sections.

B.     Products furnished, but not installed, under this Section include the following.  Coordinating, purchasing, delivering, and scheduling remain requirements of this Section.

1.3     SUBMITTALS

A.     Product Data:  Include installation details, material descriptions, dimensions of individual components and profiles, and finishes.

B.     Shop Drawings:  Details of electrified and access control hardware, indicating the following:
1.     System Block Wiring Diagrams:  Detail wiring for power, signal, and control systems and differentiate between manufacturer-installed and field-installed wiring.  Include the following for each unique electrified opening:
a.     Point-to-point system wiring and riser diagrams.
b.     Elevation diagram of each door.
c.     Operational description.

C.     Door Hardware Schedule:  Prepared by or under the supervision of supplier, detailing fabrication and assembly of door hardware, as well as procedures and diagrams.  Coordinate the final Door Hardware Schedule with doors, frames, and related work to ensure proper size, thickness, hand, function, and finish of door hardware.
1.     Format:  Comply with scheduling sequence and vertical format in DHI's "Sequence and Format for the Hardware Schedule." Furnish submittal in accordance with 013300 Submittal Procedures.
2.     Organization:  Organize the Door Hardware Schedule into door hardware sets indicating complete designations of every item required for each door or opening.
a.     Organize door hardware sets in same order as in the Door Hardware Sets at the end of Part 3.  Submittals that do not follow the same format and order as the Door Hardware Sets will be rejected and subject to resubmission.
3.     Content:  Include the following information:
a.     Type, style, function, size, label, hand, and finish of each door hardware item.
b.     Manufacturer of each item.
c.     Fastenings and other pertinent information.
d.     Location of door hardware set, cross-referenced to Drawings, both on floor plans and in door and frame schedule.
e.     Explanation of abbreviations, symbols, and codes contained in schedule.
f.     Mounting locations for door hardware.
g.     Door and frame sizes and materials.
h.     Description of each electrified door hardware function, including location, sequence of operation, and interface with other building control systems.
1)     Sequence of Operation:  Include description of component functions including, but not limited to, the following situations:  normal secured/unsecured state of door; authorized access; authorized egress; unauthorized access; unauthorized egress; fire alarm and loss of power conditions.
4.     Submittal Sequence:   Submit the final Door Hardware Schedule at earliest possible date, particularly where approval of the Door Hardware Schedule must precede fabrication of other work that is critical in the Project construction schedule.  Include Product Data, Samples, Shop Drawings of other work

affected by door hardware, and other information essential to the coordinated review of the Door Hardware Schedule.

D.    Keying Schedule:   Prepared under the supervision of the Owner, separate schedule detailing final keying instructions for locksets and cylinders in writing.   Include keying system explanation, door numbers, key set symbols, hardware set numbers and special instructions.   Owner to approve submitted keying schedule prior to the ordering of permanent cylinders.

E.    Maintenance Data:   For each type of door hardware to include in maintenance manuals specified in Division 1. Upon completion of construction and building turnover, furnish two (2) complete maintenance manuals to the owner. Manuals to include the following items:
1.    Approved hardware schedule, catalog cuts and keying schedule.
2.    Furnish keying bitting list in paper and electronic format by registered mail directly to facility manager owner.
3.    Hardware installation and adjustment instructions.
4.    Manufacturer's written warranty information.
5.    Wiring diagrams, elevation drawings and operational descriptions for all electronic openings.

1.4    QUALITY ASSURANCE

A.    Door Hardware Installer Qualifications:   An experienced and factory trained Installer who has completed both standard and electrified builders hardware and integrated access control installations similar in material, design, and extent to that indicated for this Project and whose work has resulted in construction with a record of successful in-service performance.

B.    Door Hardware Supplier Qualifications:   Door hardware supplier with warehousing facilities in Project's vicinity which is not more then a half day of travel from the jobsite and who employs a qualified Architectural Hardware Consultant or equivalent experience available during the course of the Work to consult with Contractor, Architect, and Owner about door hardware and keying.   Supplier recognized by manufacturers to be a direct factory-authorized distributor of the specified hardware products. Supplier is required to be available for onsite meetings with two days notice regarding issues that arise with opening functions, installation, keying, on-site warehousing, trouble shooting of products, and final punch out related issues.
1.    Scheduling Responsibility:   Preparation of door hardware and keying schedules.

C.    Architectural Hardware Consultant Qualifications:   A person who is currently certified by the Door and Hardware Institute as an Architectural Hardware Consultant (AHC) and who is experienced in providing consulting services for door hardware installations that are comparable in material, design, and extent to that indicated for this Project.

D.    Source Limitations:   Obtain each type and variety of aluminum, steel and wood door hardware from the same single source manufacturer and supplier, unless otherwise indicated.
1.    Furnish electrified door hardware from the same manufacturer as mechanical door hardware, unless otherwise indicated.   Electrified modifications or enhancements made to a source manufacturer's product line by a secondary or third party source will not be accepted.
2.    Furnish standard door hardware, electrified door hardware and access control door hardware as a single sourced package from the same qualified supplier.
3.    Furnish exterior door hardware from the same manufactures as the interior door hardware, no deviations will be allowed.

E.    Regulatory Requirements:   Comply with provisions of the following:
1.    Where indicated to comply with accessibility requirements, comply with "Americans with Disabilities Act" (ADA), "Accessibility Guidelines for Buildings and Facilities (ADAAG)," ANSI A117.1, and "Texas Accessibility Standards" (TAS) as follows:
a.    Handles, Pulls, Latches, Locks, and other Operating Devices:   Shape that is easy to grasp with one hand and does not require tight grasping, tight pinching, or twisting of the wrist.
b.    Door Closers:   Comply with the following maximum opening-force requirements indicated:
1)    Interior Hinged Doors:   5 lbfapplied perpendicular to door.
2)    Fire Doors:   Minimum opening force allowable by authorities having jurisdiction.
c.    Thresholds:   Not more than 1/2 inch high.   Bevel raised thresholds with a slope of not more than 1:2.
2.    NFPA 101:   Comply with the following for means of egress doors:
a.    Latches, Locks, and Exit Devices:   Not more than 15 lbfto release the latch.   Locks shall not require the use of a key, tool, or special knowledge for operation.
b.    Thresholds:   Not more than 1/2 inchhigh.
3.    Applicable building code, as indicated on drawings.

1.5    DELIVERY, STORAGE, AND HANDLING

A.    Shipment of door hardware as detailed in approved Door Hardware Schedule Shop Drawings to be inventoried on site and upon receipt of material is secure in lock-up room furnished with shelving for door hardware.   Do not store electronic access control hardware, software or accessories at Project site without prior authorization and climate controlled facility, failure to do so will void electronic warranties.

B.    Tag each item or package separately with identification related to the final Door Hardware Schedule, and include basic installation instructions with each item or package.

C.    Deliver permanent keys, cylinders, cores, access control credentials, electronic key software with loaded bitting and key records per cylinder, and related accessories directly to Owner via registered mail or overnight package service.   Instructions for delivery to the Owner shall be established at the "Keying Conference".   Hardware Supplier must be a regional supplier to address owner questions and concerns relating to keying issues that arise as project close-out .

1.6    COORDINATION

A.    Templates:   Door Hardware Supplier to furnish and distribute to the parties involved for templating for doors, frames, and other work specified to be factory prepared for installing standard, electrified and access control door hardware.   Check Shop Drawings of other work to confirm that adequate provisions are made for locating and installing hardware to comply with indicated requirements.

B.    Access Control and Electrical Connections:   Door Hardware supplier with door and frame supplier and security consultant to coordinate the layout and installation of scheduled electrified door hardware with required connections to source power junction boxes, power supplies and security products.

C.    Keying Conference:   Door Hardware Supplier to conduct keying conference to comply with requirements in Division 1 Section "Project Meetings."   Keying conference to incorporate the following criteria into the final keying schedule document:
1.    Function of building, purpose of each area and degree of security required.
2.    Plans for existing and future key system expansion.
3.    Review all lock and exit device functions when reviewing keying requirements.
4.    Requirements for key control system.
5.    Installation of permanent keys and cylinder cores.
6.    Address the requirements for delivery of keys.
7.    Address keying and cylinder stamping (identification) as required by owner or owner representative.
8.    Establish method of submitting electronic format of keying systems and diagram and to be produced and furnished by Hardware Supplier.

D.    Pre-Installation Conference:   Hardware Supplier to conduct conference at Project site attended by representatives of Door Hardware Manufacturers, Hardware Installers, Owner Representative and General Contractor to review proper hardware installation methods and the procedures for receiving and handling hardware. On site training should address a minimum installation of each piece of hardware (electrical, closers, locksets, cylinders and exit devices) by qualified Hardware Supplier and Manufacturers. At completion of installation and final walk through, furnish written certification that hardware items were applied according to conference recommendations and to finish hardware specifications.

1.7    WARRANTY

A.    General Warranty:   Special warranties specified in this Article shall not deprive Owner of other rights Owner may have under other provisions of the Contract Documents and shall be in addition to, and run concurrent with, other warranties made by Contractor under requirements of the Contract Documents.

B.    Special Warranty:   Written warranty, executed by manufacturer agreeing to repair or replace components of standard, electrified hardware and access control hardware that fails in materials or workmanship within specified warranty period.   Failures include, but are not limited to, the following:
1.    Structural failures including excessive deflection, cracking, or breakage.
2.    Faulty operation of the hardware.
3.    Deterioration of metals, metal finishes, and other materials beyond normal weathering.

C.    Warranty Period:   Two year from date of Substantial Completion, unless otherwise indicated.

TAMU x01283

D.   Special Warranty Periods:
1.   Five years for mortise locksets.
2.   Five years for exit devices.
3.   Ten years for manual door closers.
4.   One year for electromechanical door hardware.
5.   Five years for Thresholds, Door Sweeps, Gasketing, Perimeter Weatherstripping.

E.   Extended Warranty:  As requested by the Owner, furnish a separate optional extended warranty and maintenance contract for power assist operated openings.   .

## 1.8   MAINTENANCE SERVICE

A.   Maintenance Tools and Instructions:   Furnish a complete set of specialized tools to Owner and maintenance instructions as needed for Owner's continued adjustment, maintenance, and removal and replacement of door hardware.

B.   Maintenance Service:   Beginning at Substantial Completion, furnish six months' full maintenance by skilled employees of door hardware suppliers and installers.   Include quarterly preventive maintenance, repair or replacement of worn or defective components, lubrication, cleaning, and adjusting as required for proper door opening operation.   Furnish parts and supplies as used in the manufacture and installation of original products.

## PART 2 - PRODUCTS

### 2.1   SCHEDULED DOOR HARDWARE

A.   General:  Furnish door hardware for each door to comply with requirements in this Section and the Door Hardware Schedule at the end of Part 3.
1.   Door Hardware Sets:   Furnish quantity, item, size, finish or color indicated for named products listed in Hardware Sets.
2.   Sequence of Operation:   Furnish electrified and access control hardware function, sequence of operation, and interface with other building control systems indicated.

B.   Designations:   Requirements for design, grade, function, finish, size, and other distinctive qualities of each type of door hardware are indicated in the Door Hardware Schedule at the end of Part 3.   Products are identified by using door hardware designations, as follows:
1.   Named Manufacturer's Products:   Product designation and manufacturer are listed for each door hardware type required for the purpose of establishing requirements.   Manufacturers' names are abbreviated in the Door Hardware Schedule. (Source manufacturer listed in boldface).

### 2.2   HINGES AND PIVOTS

A.   Manufacturers:   Subject to compliance with requirements, furnish products by one of the following:
1.   Hinges:
a.   Hager Companies (HA).
b.   McKinney Products (MC).
c.   Stanley Hardware (ST).
d.   Ives (IV)
2.   Continuous Barrel Hinges (Stainless Steel):
a.   McKinney Products (MC).
b.   Markar Manufacturing (MA).
c.   Pemko Manufacturing (PE).
d.   Select Hinges (SH).
e.   Ives (IV)

B.   Standards: BHMA Certified products complying with the following:
1.   Butts and Hinges:   BHMA A156.1.
2.   Continuous Geared Hinges:   BHMA A156.26.
3.   Pivots:   BHMA A156.4.
4.   Template Hinge Dimensions:   BHMA A156.7.
5.   Self-Closing Hinges:   BHMA A156.17.
6.   Floor Hinges:   BHMA A156.4.

C.   Quantity:   Furnish the following, unless otherwise indicated:

1. Two Hinges: For doors with heights up to 60 inches
2. Three Hinges: For doors with heights 61 to 90 inches
3. Four Hinges: For doors with heights 91 to 120 inches

D. For doors with heights more than 120 inchesfurnish 4 hinges, plus 1 hinge for every 30 inchesof door height greater than 120 inchesPivot Hinges: Furnish 3/4" offset, single acting pivots with one intermediate pivot for doors less than 91 inches high and two intermediate pivots for doors between 91 inches and 121 inches in height. Space intermediate pivots equally not less than 25 inches on center apart or not more than 35 inches on center for doors over 121 inches high.

E. Floor Pivots: Furnish 3/4" offset, single acting floor closer complete with top and intermediate pivots according to manufacturer's recommendation. Options include availability for use on fire labeled; lead lined and extra heavy weight doors. Furnish independent and adjustable valves for closing speed, latch speed, and backcheck with built in dead stop and hold open features as specified.
   1. Flush Floor Plates and Thresholds: Furnish finish cover plates or thresholds as indicated in door hardware sets for floor hinges. Match door hardware finish, unless otherwise indicated.

F. Hinge Size: Furnish the following, unless otherwise indicated, with hinge widths sized for door thickness and clearances required:

| Maximum Door Size (inches) | Hinge Height (inches) | Metal Thickness (inches) | |
| --- | --- | --- | --- |
| | | Standard Weight | Heavy Weight |
| 36-in by 86-in by 1-3/4 | 4-1/2 | 0.134 | 0.180 |
| < 36-in by 120-in by 1-3/4 | 5 | 0.146 | 0.190 |

2.3 Hinge Weight and Base Material: Unless otherwise indicated, furnish the following:
   1. Exterior Doors: Heavy weight, non-ferrous, ball bearing hinges.
   2. Interior Doors: Heavy weight, ball bearing hinges unless Hardware Sets indicate standard weight.
      a. Standard weight hinges can be used at Mechanical, Electrical, IDF, Data, and Offices with out closers openings, regardless of specified hinge weight in hardware sets.

B. Hinge Height Clarifications: Where uneven door leafs occur, the widest door leaf in the pair determines the height and weight of the hinges on the inactive and active door leafs; to ensure equal size hinges on opening.

C. Hinge Weight Clarification: If heavy weight hinges are specified in hardware sets for interior aluminum frames then standard weight hinges can be used. If aluminum frame opening has a door 42 inches or greater then provide an additional hinge in lieu of heavy weight or 5 inch hinges.

D. Hinge Options: Comply with the following where indicated in the Door Hardware Schedule or on Drawings:
   1. Non-removable Pins: Furnish set screw in hinge barrel that, when tightened into a groove in hinge pin, prevents removal of pin while door is closed; for the following applications:
      a. Out-swinging exterior doors.
      b. Out-swinging access controlled doors.
   2. Electric Hinges: Furnish electric transfer hinges with standardized plug connectors to accommodate up to twelve (12) wires. Connectors plug directly to through-door wiring harnesses for connection to electric locking devices and power supplies. Furnish sufficient number of concealed wires to accommodate electric function of specified hardware.

E. Continuous Barrel Hinges (Stainless Steel): Hinges to be made of 14 GA. type 304 Stainless Steel with concealed Teflon-coated stainless steel pin, and twin self-lubricated nylon bearings at each 2 inch knuckle. Fabricate hinges non-handed and to template screw locations.

F. Accessible Electrical Transfer Continuous Hinges: Furnish electric transfer continuous hinges with a 12" removable hinge modification accessible without de-mounting door from the frame and standardized plug connectors to accommodate up to twelve (12) wires. Connectors plug directly to through-door wiring harnesses for connection to electric locking devices and power supplies. Furnish sufficient number of concealed wires to accommodate electric function of specified hardware.

G. Furnish mortar guard enclosure on frames at each electrical hinge location specified.

2.4 DOOR BOLTS

A. Manufacturers: Subject to compliance with requirements, furnish products by one of the following:
   1. Surface Bolts: Flush Bolts and Coordinators:
      a. McKinney Products (MC).

       b.     Rockwood Manufacturing (RO).
       c.     Trimco Manufacturing (TR).
       d.     Ives (IV).

B.    Standards:   Comply with the following:
    1.     Surface Bolts:  BHMA A156.16.
    2.     Automatic and Self-Latching Flush Bolts:  BHMA A156.3.
    3.     Manual Flush Bolts:  BHMA A156.16.

C.    Surface Bolts and Flush Bolts:  BHMA Certified Grade 1.

D.    Furnish bolts with top rod of sufficient length to allow bolt location approximately six feet from the floor regardless if detailed as such in hardware sets.  Furnish dust proof strikes for bottom bolts.  Surface bolts to be 8" in length, unless otherwise noted and U.L. listed for labeled fire doors.

E.    Furnish Self-Latching flush bolts as follows:
    1.     Access control inactive door leaf.
    2.     Uneven inactive door leaf.

F.    Bolt Throw:  Comply with testing requirements for length of bolts to comply with labeled fire door requirements, and as follows:
    1.     Mortise Flush Bolts:  Minimum 3/4-inch throw.

2.5    LOCKS AND LATCHES

A.    Manufacturers:  Subject to compliance with requirements, furnish products by one of the following:
    1.     Mechanical Mortise Locks and Latches:
       a.     Best Access Systems (BE) – 45H Series.
       b.     Sargent Manufacturing (SA) - 8200 Series.
       c.     Schlage (SC) – L9000 Series
    2.     Mechanical Bored Locks and Latches:
       a.     Best Access Systems (BE) – 93K Series
       b.     Sargent Manufacturing (SA) - 10-Line Series.
       c.     Schlage (SC) – ND Series
    3.     Interconnected Locks and Latches:
       a.     Sargent Manufacturing (SA) - 7500 Series.
       b.     Schlage (SC) – H Series
    4.     Auxiliary Cylindrical Deadbolts:
       a.     Best Access Systems (BE) – T Series
       b.     Sargent Manufacturing (SA) - 480 Series.
       c.     Schlage (SC) – B600 Series
    5.     Auxiliary Mortise Deadbolts:
       a.     Best Access Systems (BE) –  48H Series
       b.     Sargent Manufacturing (SA) - 4870 Series.
       c.     Schlage (SC) –  L400 Series

B.    Standards:   Comply with the following:
    1.     Mortise Locks and Latches:  BHMA A156.13.
    2.     Bored Locks and Latches:  BHMA A156.2.
    3.     Interconnected Locks and Latches:  BHMA A156.12.
    4.     Auxiliary Locks:  BHMA A156.5.

C.    Mortise Locks:  BHMA Certified Grade 1, Series 1000.

D.    Bored Locks:  BHMA Certified Grade 1, Series 4000.

E.    Interconnected Locks:  BHMA Certified Grade 2, Series 5000.

F.    Auxiliary Locks:  BHMA Certified Grade 1.

G.    Lock Trim:  Match the following design style:
    1.     Levers:
       a.     Best Access System (BE) – 15H/15D
       b.     Sargent Manufacturing (SA) – LNL/LL
       c.     Schlage (SC) – 06A/RHO

H.    Lock Functions:  Function numbers and descriptions indicated in the Door Hardware Schedule comply with the following:
1.     Mortise Locks:  BHMA A156.13.
2.     Bored Locks:  BHMA A156.2.
3.     Interconnected Locks:  BHMA A156.12.

I.    Lock Throw:  Comply with testing requirements for length of bolts to comply with labeled fire door requirements, and as follows:
1.     Mortise Locks:  Minimum 3/4-inchlatchbolt throw, with stainless steel bolt.
2.     Bored Locks:  Minimum 1/2-inchlatchbolt throw, 3/4" latchbolt throw at fire rated pairs.
3.     Deadbolts:  Minimum 1-inch bolt throw.

J.    Backset:  2-3/4 inchesunless otherwise indicated.

2.6    CYLINDERS AND KEYING

A.    Furnish Patented, High, Security cylinders utilizing a unique factory code pattern that is both geographically and time zoned protected.  A letter of authorization under the letterhead of the End User must accompany purchases of any products which involve patented cylinders, keys and accessories.  Manufacturers of patented security cylinders to allow the ability for both security and conventional cylinders to be used together under the same facility master or grandmaster key system.  The End User is required to have the ability for on-site cylinder pinning and original key cutting.

B.    Manufacturers:  Subject to compliance with requirements, furnish products by one of the following:
1.     Patented Cylinders:
    a.    Best Access Systems (BE) -  MX8 Patented Cylinders.
    b.    Medeco Cylinders (ME) – X4 Patented Cylinders.
    c.    Sargent Manufacturing (SA) – XC or Signature Patented Cylinders.
    d.    Schlage (SC) – Everest Patented Cylinders.
2.     Security Cylinders:
    a.    Sargent Manufacturing (SA) - Signature Patented Cylinders.
    b.    Schlage (SC) – Primus Security Cylinders.
3.     High Security Cylinders:
    a.    Sargent Manufacturing (SA) – UL437 Signature High Security Cylinders.
    b.    Schlage (SC) – Everest Primus High Security Cylinders.

C.    Standards:  Comply with the following:
1.     Cylinders:  BHMA A156.5.
2.     Key Control System:  BHMA A156.5.

D.    Cylinder Grade:  BHMA Certified Grade 1.

E.    Permanent Cores:  Manufacturer's standard; finish face to match lockset; complying with the following:
1.     Removable Cores:  Core insert, removable by use of a special key, and for use with only the core manufacturer's cylinder and door hardware.

F.    Construction Keying:  Comply with the following:
1.     Construction Master keying:  Furnish temporary construction master keyed cores that are replaceable by permanent cores.  Furnish construction master keys in quantity as required by project Contractor.

G.    Keying System:  Unless otherwise indicated, furnish for a keying system complying with the following requirements:
1.     New Grand Master Key System:  Cylinders are factory keyed operated by a change key, master key, and a grand master key.  Conduct keying meeting with End User to define and document keying system instructions and requirements.

H.    Keys:  Furnish nickel-silver keys complying with the following:
1.     Stamping:  Permanently inscribe each key with a visual key control number and as directed by Owner.
2.     Quantity:  Furnish the following:
    a.    Cylinder Change Keys (Per Key Set):  Four.
    b.    Master Keys (Per Level):  Five.
    c.    Grand Master Keys:  Two.
    d.    Construction Control Keys:  Two.

      e.      Permanent Control Keys:   Two.
      f.       Extra Keyed Permanent Cores:   Ten.
      g.      Extra Blank Keys:   Fifty.

I.     Key Registration List:  Furnish keying transcript list to Owner's representative for lock cylinders.

J.     Key Control System:  Furnish one lockable cabinet for key control and storage for up to 150 percent capacity, type and model to be determined in the keying meeting with the owner.  Furnish End User with one copy of "Key Wizard" key management software program.

## 2.7    STRIKES

A.     Manufacturers:  Subject to compliance with requirements, furnish products by one of the following:
1.    Electric Strikes: BHMA Certified Grade 1.
      a.     Folger Adam EDC (FO) – 300, 700 Series.
      b.     Hanchett Entry Systems (HES) – 1000, 5900, 9600 Series.
      c.     Von Duprin (VO) 4200, 5100, 6200, 6300, 6400 Series.

B.     Standards:  Comply with the following:
1.    Strikes for Bored Locks and Latches:  BHMA A156.2.
2.    Strikes for Mortise Locks and Latches:  BHMA A156.13.
3.    Strikes for Interconnected Locks and Latches:  BHMA A156.12.
4.    Strikes for Auxiliary Deadlocks:  BHMA A156.5.
5.    Dustproof Strikes:  BHMA A156.16.
6.    Electric Strikes:  BHMA A156.5.

C.     Strikes:  Furnish manufacturer's standard strike with strike box for each latch or lock bolt, with curved lip extended to protect frame, finished to match door hardware set, unless otherwise indicated, and as follows:
1.    Flat-Lip Strikes:  For locks with three-piece antifriction latchbolts, as recommended by manufacturer.
2.    Extra-Long-Lip Strikes:  For locks used on frames with applied wood casing trim.
3.    Aluminum-Frame Strike Box:  Furnish manufacturer's special strike box fabricated for aluminum framing.

## 2.8    EXIT DEVICES

A.     Manufacturers:  Subject to compliance with requirements, furnish products by one of the following:
1.    Exit Devices:
      a.     Sargent Manufacturing (SA) - 80 Series.
      b.     Stanley – Apex 2000 series
      c.     Von Duprin (VO) – 35A/98 Series.
2.    Exit Device Trim, Pull/Lever:
      a.     Sargent Manufacturing (SA) – FSW/ETL
      b.     Stanley – Apex 2000 series
      c.     Von Duprin (VO) – 990/994L-06
3.    Electrified Options:  As indicated in hardware sets, furnish electrified exit device options including: electric latch retraction, electric dogging, outside door trim control, exit alarm, delayed egress, latchbolt monitoring, lock/unlock status monitoring, touchbar monitoring and request-to-exit signaling. Unless otherwise indicated, furnish electrified exit devices standard as fail secure on lever or trim side, always free egress on push side or fail safe.
      a.     If exit device requires over 1 amp of in-rush then furnish manufactures power supply to comply with warranty requirements, one power supply per two door leafs. Furnish power supply with applicable relay and control boards for complete operation and integration of associated hardware with opening which may require: auto operator, card access, fire alarm, delayed egress and alarmed control boards devices.
      b.     If exit devices requires over 1 amp of in-rush then furnish Electric Power Transfer (EPT), coordinate preps of door, frame and continuous hinges; unless exit device manufacture has approved listed through wire products with standardized connectors.

B.     Standard:  BHMA A156.3.

C.     Exit Devices:  BHMA Certified Grade 1.

D.     Panic Exit Devices:  Listed and labeled by a testing and inspecting agency acceptable to authorities having jurisdiction, for panic protection, based on testing according to UL 305.

E. Fire Exit Devices:   Complying with NFPA 80 that are listed and labeled by a testing and inspecting agency acceptable to authorities having jurisdiction, for fire and panic protection, based on testing according to UL 305 and NFPA 252.

F. Ornamental Bar Exit Devices and Pulls:   UL listed devices that have been panic load tested for use on all-glass entrance doors and fabricated principally from 1-1/4" diameter satin finished stainless steel tubing. Operation:   The top latch bolt of the panic device shall be retracted by pushing the interior "L" shaped crash bar. In addition a built-in dogging device shall be provided which keeps the latch bolt in the retracted position and the crash bar becomes fixed. An exterior key cylinder for entry shall also be provided with each device.
   1. Product Reference:   CR Laurence PA100 Panic Device x 3/4 Height Straight Handle on Exterior, or equivalent from Blumcraft. Custom outside pull is required to be full height of the door less 24 inches, locate pull in center of door height. One door leaf is required to have key override for emergency access. Provide mounting accessories for complete installation for door type in approved shop drawings.
   2. Electric Access: Coordinate with aluminum frame and glass door supplier applicable brackets and mounting accessories for electric strikes by CR Laurence ESK w/ 310 Series.

G. Surface Vertical Rod Exit Devices:   Furnish and install interior surface and concealed vertical rod exit devices as Less Bottom Rod unless otherwise indicated.

H. Dummy Push Bar:   Nonfunctioning push bar matching functional push bar.

I. Outside Trim: Match design for locksets and latchsets, unless otherwise indicated.

J. Through Bolt Installation:   For exit devices and trim as required for fire rated wood doors. Where through bolts are used, coordinate the color of bolt on opposite of device with BHMA finish color similar to the color of door finish surface.

2.9   CLOSERS and POWER OPERATORS

A. Manufacturers:   Subject to compliance with requirements, furnish products by one the following:
   1. Surface-Mounted Closers (Heavy Duty): BHMA Certified Grade 1.
      a. LCN Door Closers (LC) – 4040XP Series with heavy duty arms.
      b. Norton Door Controls (NO) - 9500 Series with heavy duty arms.
      c. Sargent Manufacturing (SA) - 281 Series with heavy duty arms.
   2. Surface-Mounted Closers (Standard Duty): BHMA Certified Grade 1.
      a. LCN Door Closers (LC) – 1450 Series.
      b. Norton Door Controls (NO) - 8500 Series.
      c. Sargent Manufacturing (SA) - 1431 Series.
   3. Closer Holder Release (Detector) Devices: BHMA Certified Grade 1.
      a. LCN Door Closers (LC) –   4040SE Series
      b. Norton Door Controls (NO) - 7700PT(D) Series.
      c. Sargent Manufacturing (SA) -351 EHT(D) Series
   4. Power Assist Operators: BHMA Certified Grade 1.
      a. Besam Manufacturing (BM) –   SW-100 Series.
      b. LCN Door Closers (LC) – 4640 Series.
      c. Norton Door Controls (NO) – Norton 5900 X-in Series.
      d. Sargent Manufacturing (SA) - MPower 4000 Series.
      e. Stanley (ST) – Magic Force Series.

B. Standards:   Comply with the following:
   1. Closers:   BHMA A156.4.
   2. Power Operators:   BHMA A156.19.

C. Size of Units:   Unless otherwise indicated, comply with manufacturer's written recommendations for sizing of door closers depending on size of door, exposure to weather, and anticipated frequency of use.   Furnish non-handed, factory-sized closers adjustable to meet field conditions and requirements for opening force.

D. Closer Options:   As indicated in hardware sets, furnish door closer options including: delayed action, hold open arms, extra duty parallel arms, positive stop/hold open arms, compression stop/hold open arms, special mounting brackets, spacers and drop plates.   Through bolt type mounting is required as indicated in the door hardware sets. Where through bolts are used, coordinate the color of bolt on opposite of device with BHMA finish color similar to the color of door finish surface.
   1. Furnish Delayed Action (DA) feature in closers at Laboratories, Shipping and Receiving doors and where cart traffic is active.
   2. Furnish shock absorbing arm such as Spring or Rubber Cushion at exterior outswing openings.

E.   Power assist operators as surface mounted, electric low energy type conforming to ANSI A156.19 requirements and capable of meeting ANSI A117.1 guidelines. Outputs and relays required to be on board in the operator to allow for coordination of exit device latch retraction, electric strikes, magnetic locks, card readers, safety and motion sensors and specified auxiliary contacts.
   1.   Outputs and relays on board the operator allow for coordination of exit device latch retraction, electric strikes, magnetic locks, card readers, safety and motion sensors and specified auxiliary contacts.
   2.   Electronic Controls to be microprocessor controlled unit shall control the operation and switching of the swing power operator.  The electronic control furnished with low voltage power supply for all means of actuation.  Electronic encoder to determine absolute open and close position.

2.10   OPERATING and PROTECTIVE TRIM UNITS

A.   Manufacturers:  Subject to compliance with requirements, furnish products by one of the following:
   1.   Metal Protective Trim Units:
      a.   McKinney Products (MC).
      b.   Ives (IV).
      c.   Rockwood Manufacturing (RO).
      d.   Trimco Manufacturing (TR).

B.   Standard:  Comply with BHMA A156.6.

C.   Materials:  Fabricate protection plates from the following:
   1.   Brass/Bronze and Stainless Steel:  .050 inchesthick, beveled four sides (B4E) with countersunk screw holes.

D.   Push-Pull Design:  1" Round with 10" Centers.  Furnish 90 degree offset pulls at exterior openings.

E.   Fasteners:  Furnish manufacturer's designated fastener type as indicated in door hardware sets.

F.   Furnish protection plates sized 2 inchesless than door width (LDW) on push side and 1 inch less door width on pull side by height specified in door hardware sets.

G.   Coordinate stainless steel hinges, door edges, kickplates and armor plates with less then .09375 inches between meeting edges, regardless of specified sizes in hardware sets.

2.11   STOPS AND HOLDERS

A.   Manufacturers:  Subject to compliance with requirements, furnish products by one of the following:
   1.   Stops and Holders:
      a.   McKinney Products (MC).
      b.   Ives (IV).
      c.   Rockwood Manufacturing (RO).
      d.   Trimco Manufacturing (TR).

B.   Standards:  Comply with the following:
   1.   Stops and Bumpers:  BHMA A156.16.
   2.   Electromagnetic Door Holders:  BHMA A156.15.
   3.   Combination Overhead Holders and Stops:  BHMA A156.8.
   4.   Door Silencers:  BHMA A156.16.

C.   Stops and Bumpers:  BHMA Certified Grade 1.

D.   Combination Overhead Stops and Holders:  Certified BHMA Grade 1.
   1.   Glynn-Johnson (GJ) – 100 Concealed and 90 Surface Series
   2.   Rixson Hardware (RX) – 1 Concealed and 9 Surface Series.
   3.   Sargent Hardware (SA) – 600 Concealed and 500 Surface Series.

E.   Provide Overhead Concealed stops at public spaces such as conference, corridors, and office spaces where wall or floor stops are not applicable condition.

F.   Provide Overhead Surface stops at non-public spaces such as mechanical, electrical, storage spaces.

G.   Floor Stops:  For doors, unless wall or other type stops are scheduled or indicated.  Do not mount floor stops where they will impede traffic.
   1.   Where floor or wall stops are not appropriate, furnish overhead stops.

H. Silencers for Metal Door Frames: BHMA Grade 1; neoprene or rubber, minimum diameter 1/2 inchfabricated for drilled-in application to frame. Furnish (3) per single door and (2) per paired door frame if applied gasketing is not specified in Hardware Sets.

2.12 DOOR THRESHOLDS, WEATHERSTRIPPING AND GASKETING

A. Manufacturers: Subject to compliance with requirements, furnish products by one of the following:
1. Door Thresholds, Weatherstripping and Gasket Seals:
   a. McKinney Weatherstripping Products (MW).
   b. NGP Manufacturing (NG)
   c. Pemko Manufacturing (PE).
   d. Zero International (ZE)

B. Standard: Comply with BHMA A156.22.

C. General: Furnish continuous weatherstrip seal on exterior doors and smoke, light, or sound gasketing on interior doors where specified. Furnish non-corrosive fasteners for exterior applications.
1. Perimeter Gasketing: Apply to head and jamb, forming seal between door and frame. Install header seal before mounting door closer arms.
2. Meeting Stile Astragals: Fasten to meeting stiles, forming seal when doors are closed.
3. Door Sweep: Apply to bottom of door, forming seal with threshold when door is closed.

D. Basic Sound Seal Requirement: Whether indicated on the drawings or not, furnish gasketing MCKS88BL at sound rated wall types and at the following areas for limiting of sound transmission: private offices, exams, conference, private toilets, corridor openings, rooms and similar sound sensitive area.

E. Provide Door Bottom Sweeps at Outswing Doors:
1. Exterior Outswing Openings without Overhead Protection:
   a. McKinney Weatherstripping Products (MW):MCK345ANB
   b. NGP Manufacturing (NG): C627A
   c. Pemko Manufacturing (PE): 345ANB
2. Exterior Outswing Openings with Overhead Protection:
   a. McKinney Weatherstripping Products (MW): MCK315CN
   b. NGP Manufacturing (NG): 202NA
   c. Pemko Manufacturing (PE): 315CN
3. Exterior Hollow Metal Inswing Openings with or with out Overhead Protection:
   a. McKinney Weatherstripping Products (MW): MCK420APKL
   b. NGP Manufacturing (NG): 320N
   c. Pemko Manufacturing (PE): 420APKL

2.13 FABRICATION

A. Fasteners: Furnish door hardware manufactured to comply with published templates generally prepared for machine, wood, and sheet metal screws. Furnish screws according to manufacturers recognized installation standards for application intended.
1. Furnish manufactures templated and approved stainless steel screws and fasteners for stainless steel hardware specified in the hardware sets.

B. Mounting Accessories: Furnish drop plates, filler brackets, extended length screws, through bolts, and accessories for complete mounting with door, frame, light kits, applied molding and special applications as part of the base bid with complete installation per manufactures recommendations.

2.14 FINISHES

A. Standard: Comply with BHMA A156.18.

B. Furnish quality of finish, including thickness of plating or coating (if any), composition, hardness, and other qualities complying with manufacturer's standards, but in no case less than specified by referenced standards for the applicable units of hardware.

C. Protect mechanical finishes on exposed surfaces from damage by applying a strippable and temporary protective covering before shipping to jobsite.

D. Finishes on locksets, latchsets and exit devices to incorporate an FDA recognized antimicrobial coating (MicroShield ) listed for use on medical and food preparation equipment that will suppress the growth and spread of a broad range of bacteria, algae, fungus, mold and mildew.

E.   Furnish clear powder coat finish at exit devices located on exterior openings such as gates and at pool exit doors.

F.   BHMA Designations:   Comply with base material and finish requirements indicated by the following:
1.   BHMA 600:   Primed for painting, over steel base metal.
2.   BHMA 605:   Bright brass, clear coated, over brass base metal.
3.   BHMA 606:   Satin brass, clear coated, over brass base metal.
4.   BHMA 609:   Satin brass, blackened, satin relieved, clear coated, over brass base metal.
5.   BHMA 611:   Bright bronze, clear coated, over bronze base metal.
6.   BHMA 612:   Satin bronze, clear coated, over bronze base metal.
7.   BHMA 613:   Dark-oxidized satin bronze, oil rubbed, over bronze base metal.
8.   BHMA 618:   Bright nickel plated, clear coated, over brass or bronze base metal.
9.   BHMA 619:   Satin nickel plated, clear coated, over brass or bronze base metal.
10.   BHMA 622:   Flat black coated, over brass or bronze base metal.
11.   BHMA 623:   Light-oxidized statuary bronze, clear coated, over bronze base metal.
12.   BHMA 624:   Dark-oxidized statuary bronze, clear coated, over bronze base metal.
13.   BHMA 625:   Bright chromium plated over nickel, over brass or bronze base metal.
14.   BHMA 626:   Satin chromium plated over nickel, over brass or bronze base metal.
15.   BHMA 627:   Satin aluminum, clear coated, over aluminum base metal.
16.   BHMA 628:   Satin aluminum, clear anodized, over aluminum base metal.
17.   BHMA 629:   Bright stainless steel, over stainless-steel base metal.
18.   BHMA 630:   Satin stainless steel, over stainless-steel base metal.
19.   BHMA 651:   Bright chromium plated over nickel, over steel base metal.
20.   BHMA 652:   Satin chromium plated over nickel, over steel base metal.
21.   BHMA 689:   Aluminum painted, over any base metal.
22.   BHMA 690:   Dark bronze painted, over any base metal.
23.   BHMA 691:   Light bronze painted, over any base metal.
24.   BHMA 717:   Bright aluminum, uncoated; aluminum base metal.
25.   BHMA 718:   Satin aluminum, uncoated; aluminum base metal.
26.   BHMA 722:   Dark-oxidized bronze, oil rubbed, over architectural bronze base metal.

## PART 3 - EXECUTION

3.1   EXAMINATION

A.   Examine doors and frames, with Installer present, for compliance with requirements for installation tolerances, labeled fire door assembly construction, wall and floor construction, and other conditions affecting performance.

B.   Examine roughing-in for electrical source power to verify actual locations of wiring connections before electrified door hardware installation.

C.   Proceed with installation only after unsatisfactory conditions have been corrected.

D.   Notify architect of any discrepancies or conflicts between the door schedule, door types, drawings and scheduled hardware.   Proceed only after such discrepancies or conflicts have been resolved in writing.

3.2   INSTALLATION

A.   Mounting Heights:   Mount door hardware units at heights indicated in following applicable publications, unless specifically indicated or required to comply with governing regulations.

B.   Install each door hardware item to comply with manufacturer's written instructions.   Where cutting and fitting are required to install door hardware onto or into surfaces that are later to be painted or finished in another way, coordinate removal, storage, and reinstallation of surface protective trim units with finishing work specified in Division 9 Sections.   Do not install surface-mounted items until finishes have been completed on substrates involved.

C.   Furnish and coordinate concealed wood blocking for wall mount stops as detailed in Door Hardware Schedule.

D.   Thresholds:   Set thresholds for exterior and acoustical doors in full bed of sealant complying with requirements specified in Division 7 Section "Joint Sealants."

3.3    FIELD QUALITY CONTROL

A.    The Contractor shall comply with AIA A201 1997 section 3.3.1 which reads as follows: "The Contractor shall be solely responsible for and have control over construction means, methods, techniques, sequences and procedures and for coordinating all portions of the Work under the Contract, unless the contract Documents give other specific instructions concerning these matters."

B.    Field Inspection:   Supplier and Door Hardware Manufacturer will perform a final inspection of installed door hardware and state in report whether work complies with or deviates from requirements, including whether door hardware is properly installed, operating and adjusted.
     1.    Access Control System Consultant will inspect integrated electronic and access control hardware and state in report whether installed work complies with or deviates from requirements, including whether electronic and access control hardware is properly installed and performing according to system operational descriptions.
          a.    Inspection:   Verify that units and controls are properly installed, connected, and labeled and that interconnecting wires and terminals are identified.
          b.    Pre-testing:   Program and adjust the system and pretest all components, wiring, and functions to verify they conform to specified requirements.   Replace malfunctioning or damaged items with new items.
          c.    Acceptance Test Schedule:   Schedule tests after pre-testing has been successfully completed and system has been in normal functional operation for at least 2 weeks.
          d.    Retest:   Correct deficiencies identified by tests and observations and retest until specified requirements are met.

3.4    ADJUSTING

A.    Initial Adjustment:   Adjust and check each operating item of door hardware and each door to ensure proper operation or function of every unit.   Replace units that cannot be adjusted to operate as intended.   Adjust door control devices to compensate for final operation of heating and ventilating equipment and to comply with referenced accessibility requirements.
     1.    Door Closers:   Adjust sweep period so that, from an open position of 70 degrees, the door will take at least 3 seconds to move to a point 3 inches from the latch, measured to the leading edge of the door.

B.    Six-Month Adjustment:   Approximately six months after date of Substantial Completion, Installer shall perform the following:
     1.    Examine and readjust each item of door hardware as necessary to ensure function of doors, door hardware, and electrified door hardware.
     2.    Consult with and instruct Owner's personnel on recommended maintenance procedures.
     3.    Replace door hardware items that have deteriorated or failed due to faulty design, materials, or installation of door hardware units.

3.5    CLEANING AND PROTECTION

A.    Clean adjacent surfaces soiled by door hardware installation.

B.    Clean operating items as necessary to restore proper finish. Furnish final protection and maintain conditions that ensure door hardware is without damage or deterioration at time of owner occupancy.

3.6    DEMONSTRATION

A.    Engage a factory-authorized service representative to train Owner's maintenance personnel to adjust, operate, and maintain door hardware and door hardware finishes.

**END OF SECTION**

**SECTION 09 21 16.23 - GYPSUM BOARD SHAFT WALL ASSEMBLIES**


**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

   A.   Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

   A.   Section Includes: Gypsum board shaft wall assemblies for the following:
        1.      Chase enclosures.

1.3     ACTION SUBMITTALS

   A.   Product Data: For each component of gypsum board shaft wall assembly.

1.4     QUALITY ASSURANCE

   A.   Fire-Resistance Ratings:  Provide materials and construction identical to those of assemblies with fire-resistance ratings determined according to ASTM E 119 by a testing and inspecting agency.

   B.   STC-Rated Assemblies:  Provide materials and construction identical to those of assemblies tested according to ASTM E 90 and classified according to ASTM E 413 by a testing and inspecting agency.

1.5     DELIVERY, STORAGE, AND HANDLING

   A.   Store materials inside under cover and keep them dry and protected against weather, condensation, direct sunlight, construction traffic, and other potential causes of damage. Stack panels flat and supported on risers on a flat platform to prevent sagging.

1.6     FIELD CONDITIONS

   A.   Environmental Limitations: Comply with ASTM C 840 requirements or with gypsum board manufacturer's written recommendations, whichever are more stringent.

   B.   Do not install interior products until installation areas are enclosed and conditioned.

   C.   Do not install panels that are wet, moisture damaged, or mold damaged.
        1.      Indications that panels are wet or moisture damaged include, but are not limited to, discoloration, sagging, and irregular shape.
        2.      Indications that panels are mold damaged include, but are not limited to, fuzzy or splotchy surface contamination and discoloration.


**PART 2 - PRODUCTS**

2.1     SUSTAINABILITY REQUIREMENTS

   A.   Low Emitting Requirements: Provide product that meets low emitting criteria listed in section 01 81 13.02 – Sustainable Design Requirements.

2.2     PERFORMANCE REQUIREMENTS

   A.   Fire-Resistance-Rated Assemblies: For fire-resistance-rated assemblies, provide materials and construction identical to those tested in assembly indicated according to ASTM E 119 by an independent testing agency.

2.3     GYPSUM BOARD SHAFT WALL ASSEMBLIES

   A.   Fire-Resistance Rating: As indicated.

B. Studs: Manufacturer's standard profile for repetitive members, corner and end members, and fire-resistance-rated assembly indicated.
1. Depth: 2-1/2 inches unless otherwise indicated or required to comply with span and deflection design criteria.
2. Minimum Base-Metal Thickness: 0.018 inch.

C. Runner Tracks: Manufacturer's standard J-profile track with manufacturer's standard long-leg length, but at least 2 inches long and matching studs in depth.
1. Minimum Base-Metal Thickness: Matching steel studs.

D. Firestop Tracks: Provide firestop track at head of shaft wall on each floor level.

E. Room-Side Finish: As indicated.

F. Shaft-Side Finish: As indicated.

G. Insulation: Sound attenuation blankets.

2.4 PANEL PRODUCTS

A. Panel Size: Provide in maximum lengths and widths available that will minimize joints in each area and that correspond with support system indicated.

B. Gypsum Shaftliner Board, Type X: ASTM C 1396/C 1396M; manufacturer's proprietary fire-resistive liner panels with paper faces.
1. Products: Subject to compliance with requirements, provide one of the following:
    a. American Gypsum; Shaft Liner.
    b. CertainTeed Corp.; ProRoc Shaftliner.
    c. Georgia-Pacific Gypsum LLC, Subsidiary of Georgia Pacific; ToughRock Fireguard Shaftliner.
    d. National Gypsum Company; Gold Bond Brand Fire-Shield Shaftliner.
    e. USG Corporation; Sheetrock Brand Gypsum Liner Panel.
2. Thickness: 1 inch.
3. Long Edges: Double bevel.

C. Gypsum Shaftliner Board, Moisture-and Mold-Resistant Type X: ASTM C 1396/C 1396M; manufacturer's proprietary fire-resistive liner panels with moisture- and mold-resistant core and surfaces.
1. Products: Subject to compliance with requirements, provide one of the following:
    a. CertainTeed Corp.; ProRoc Moisture and Mold Resistant Shaftliner.
    b. Georgia-Pacific Gypsum LLC, Subsidiary of Georgia Pacific; Dens-Glass Ultra Shaftliner.
    c. National Gypsum Company; Gold Bond Brand Fire-Shield Shaftliner XP.
    d. USG Corporation; Sheetrock Brand Mold Tough Gypsum Liner Panel.
2. Thickness: 1 inch.
3. Long Edges: Double bevel.
4. Mold Resistance: ASTM D 3273, score of 10 as rated according to ASTM D 3274.

D. Gypsum Board: As specified in Section 09 29 00 "Gypsum Board."

2.5 NON-LOAD-BEARING STEEL FRAMING

A. Steel Framing Members: Comply with AISI S 200 and ASTM C 645 requirements for metal unless otherwise indicated.
1. Protective Coating: ASTM A 653/A 653M, G40, hot-dip galvanized unless otherwise indicated.

B. Firestop Tracks: Top runner manufactured to allow partition heads to expand and contract with movement of the structure while maintaining continuity of fire-resistance-rated assembly indicated; in thickness not less than indicated for studs and in width to accommodate depth of studs.
1. Products: Subject to compliance with requirements, provide one of the following:
    a. ClarkDietrich Building Systems; Blazeframe.
    b. Fire Trak Corp.; Fire Trak System attached to studs with Fire Trak Posi Klip.
    c. Steel Network Inc. (The); VertiClip SLD or VertiTrack VTD Series.

2.6 AUXILIARY MATERIALS

A. General: Provide auxiliary materials that comply with manufacturer's written recommendations.

B.   Trim Accessories: Cornerbead, edge trim, and control joints of material and shapes as specified in Section 09 29 00 "Gypsum Board" that comply with gypsum board shaft wall assembly manufacturer's written recommendations for application indicated.

C.   Steel Drill Screws: ASTM C 1002 unless otherwise indicated.

D.   Track Fasteners: Power-driven fasteners of size and material required to withstand loading conditions imposed on shaft wall assemblies without exceeding allowable design stress of track, fasteners, or structural substrates in which anchors are embedded.
1.   Expansion Anchors: Fabricated from corrosion-resistant materials, with capability to sustain, without failure, a load equal to 5 times design load, as determined by testing according to ASTM E 488 conducted by a qualified testing agency.
2.   Power-Actuated Anchors: Fastener system of type suitable for application indicated, fabricated from corrosion-resistant materials, with capability to sustain, without failure, a load equal to 10 times design load, as determined by testing according to ASTM E 1190 conducted by a qualified testing agency.

E.   Sound Attenuation Blankets: As specified in 09 81 16 Acoustical Blanket Insulation

F.   Acoustical Sealant: As specified in Section 07 92 00 "Joint Sealants."


**PART 3 - EXECUTION**

3.1   EXAMINATION

A.   Examine substrates to which gypsum board shaft wall assemblies attach or abut, with Installer present, including hollow-metal frames, elevator hoistway door frames, cast-in anchors, and structural framing. Examine for compliance with requirements for installation tolerances and other conditions affecting performance.

B.   Examine panels before installation. Reject panels that are wet, moisture damaged, or mold damaged.

C.   Proceed with installation only after unsatisfactory conditions have been corrected.

3.2   INSTALLATION

A.   General: Install gypsum board shaft wall assemblies to comply with requirements of fire-resistance-rated assemblies indicated, manufacturer's written installation instructions, and ASTM C 754 other than stud-spacing requirements.

B.   Do not bridge building expansion joints with shaft wall assemblies; frame both sides of expansion joints with furring and other support.

C.   Install supplementary framing in gypsum board shaft wall assemblies around openings and as required for blocking, bracing, and support of gravity and pullout loads of fixtures, equipment, services, heavy trim, furnishings, wall-mounted door stops, and similar items that cannot be supported directly by shaft wall assembly framing.
1.   Reinforcing: Where handrails directly attach to gypsum board shaft wall assemblies, provide galvanized steel reinforcing strip with 0.033-inch minimum thickness of base metal (uncoated), accurately positioned and secured behind at least one layer of face panel.

D.   Penetrations: At penetrations in shaft wall, maintain fire-resistance rating of shaft wall assembly by installing supplementary steel framing around perimeter of penetration and fire protection behind boxes containing wiring devices, elevator call buttons, elevator floor indicators, and similar items.

E.   Isolate perimeter of gypsum panels from building structure to prevent cracking of panels, while maintaining continuity of fire-rated construction.

F.   Firestop Tracks: Where indicated, install to maintain continuity of fire-resistance-rated assembly indicated.

G.   Control Joints: Install control joints according to ASTM C 840 and in specific locations approved by Architect while maintaining fire-resistance rating of gypsum board shaft wall assemblies.

H.   Sound-Rated Shaft Wall Assemblies: Seal gypsum board shaft walls with acoustical sealant at perimeter of each assembly where it abuts other work and at joints and penetrations within each assembly.

I.    Cant Panels: At projections into shaft exceeding 4 inches and where indicated, install 1/2- or 5/8-inch-thick gypsum board cants covering tops of projections.

1.    Slope cant panels at least 75 degrees from horizontal. Set base edge of panels in adhesive and secure top edges to shaft walls at 24 inches o.c. with screws fastened to shaft wall framing.

2.    Where steel framing is required to support gypsum board cants, install framing at 24 inches o.c. and extend studs from the projection to shaft wall framing.

J.    Installation Tolerance: Install each framing member so fastening surfaces vary not more than 1/8 inch from the plane formed by faces of adjacent framing.

3.3    PROTECTION

A.    Protect installed products from damage from weather, condensation, direct sunlight, construction, and other causes during remainder of the construction period.

B.    Remove and replace panels that are wet, moisture damaged, or mold damaged.

1.    Indications that panels are wet or moisture damaged include, but are not limited to, discoloration, sagging, and irregular shape.

2.    Indications that panels are mold damaged include, but are not limited to, fuzzy or splotchy surface contamination and discoloration.

**END OF SECTION 09 21 16.23**

## SECTION 09 22 16 - NON-STRUCTURAL METAL FRAMING

### PART 1 - GENERAL

1.1     RELATED DOCUMENTS

   A.   Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

   A.   Section Includes:
        1.   Non-load-bearing steel framing systems for interior gypsum board assemblies.
        2.   Suspension systems for interior gypsum ceilings, soffits, and grid systems.

1.3     ACTION SUBMITTALS

   A.   Product Data:   For each type of product.

1.4     INFORMATIONAL SUBMITTALS

   A.   Evaluation Reports:   Submit evaluation reports certified under an independent third party inspection program administered by an agency accredited by IAS to ICC-ES AC98, IAS Accreditation Criteria for Inspection Agencies..

1.5     QUALITY ASSURANCE

   A.   Code-Compliance Certification of Studs and Tracks: Provide documentation that framing members are certified according to the product-certification program of the Steel Framing Industry Association (SFIA) or be a part of a similar organization that provides verifiable code compliance program.

1.6     DELIVERY, STORAGE, AND HANDLING

   A.   Protect cold-formed metal framing from corrosion, deformation, and other damage during delivery, storage, and handling as required by AISI's "Code of Standard Practice".

### PART 2 - PRODUCTS

2.1     SUSTAINABILITY REQUIREMENTS

   A.   Low Emitting Requirements: Provide product that meets low emitting criteria listed in section 01 81 13.02 – Sustainable Design Requirements.

2.2     PERFORMANCE REQUIREMENTS

   A.   Fire-Test-Response Characteristics:     For fire-resistance-rated assemblies that incorporate non-load-bearing steel framing, provide materials and construction identical to those tested in assembly indicated, according to ASTM E 119 by an independent testing agency.

   B.   Design framing systems in accordance with American Iron and Steel Institute Publication "S220 - North American Specification for the Design of Cold-Formed Steel Framing - Nonstructural Members", except as otherwise shown or specified.

2.3     MANUFACTURERS

   A.   Manufacturers:   Subject to compliance with requirements, provide products by one of the following:
        1.   CEMCO Steel Framing Systems
        2.   ClarkDietrich Building Systems.
        3.   MarinoWARE.
        4.   Mill Steel Framing

B. Framing Members, General:   Comply with AISI S 200 and ASTM C 645 for conditions indicated.
1. Steel Sheet Components:   Comply with ASTM C 645 requirements for metal unless otherwise indicated.
2. Protective Coating: ASTM A 653/A 653M, G40 (Z120), Coating with equivalent corrosion resistance of ASTM A 653/A 653M, G40 (Z120) or DiamondPlus coating; roll-formed from steel meeting mechanical and chemical requirements of ASTM A 1003 with a zinc-based coating.  Galvannealed products are not acceptable.,
    a. Coatings shall demonstrate equivalent corrosion resistance with an evaluation report acceptable to the authorities having jurisdiction.

C. Studs and Runners:   ASTM C 645.
1. Steel Studs and Runners:
    a. Minimum Base-Steel Thickness:   25 gage unless indicated otherwise on Drawings or below.
        1) Interior Metal Stud/Gypsum Board Assemblies, Typical Locations:   Withstand lateral loading (air pressure) of 5 psf with deflection limit not more than L/240 of partition height.
        2) Interior Metal Stud/Gypsum Board Assemblies at Atriums, Lobbies, Service Corridors, Exit Corridors, Elevator Lobbies, Vertical Shafts, and walls receiving plaster veneer:   Withstand lateral loading (air pressure) of 7.5 psf with deflection limit not more than L/360 of partition height
        3) Interior Metal Stud/Gypsum Board Assemblies at Locations with Ceramic Tile or Other Hard Surface Finishes:   Withstand typical lateral loading (air pressure) with deflection limit not more than L/360 of partition height, minimum 20 gage studs at 16 inches on center.
        4) Where wall mounted equipment, woodwork, and casework items are indicated or elsewhere as shown on Drawings, provide minimum 16 gage studs
        5) At jambs of openings provide two minimum 20 gage studs.
        6) Ceilings: At ceilings using mold-mildew resistant gypsum framing to be 16 inches o.c. for 5/8 inches gypsum
        7) Refer to Division 5 for stud framing which is exposed to wind loads and for studs carrying heavy vertical loads (cement plaster, manufactured stone masonry, stone tile thicker than 3/4 inch, etc.)
    b. Where partition heights exceed stud manufacturer's recommended spans, provide one of the following:
        1) Heavier stud gage.
        2) Closer stud spacing.
        3) Deeper stud size (space permitting); As approved by Architect.
        4) Above ceiling bracing, anchored to structure above.
    c. Depth: As indicated on Drawings.
1. Equivalent Gauge Steel Studs and Runners:
    a. Product:   ClarkDietrich Building Systems; ProSTUD 25 (25EQ) and ProTRAK 25 (25EQ), or comparable products.
    b. Minimum Base-Steel Thickness: 0.0150 inch.
2. "EQ" (Equivalent Gauge Thickness) Steel Studs and Runners:   Members that can show certified third party testing with gypsum board in accordance with ICC ES AC86 (Approved August 2015) need not meet the minimum thickness limitation or minimum section properties set forth in ASTM C 645.   The submission of an evaluation report is acceptable to show conformance to this requirement.

D. Slip-Type Head Joints:   Where indicated, provide one of the following:
1. Deflection Track:   Steel sheet top runner manufactured to prevent cracking of finishes applied to interior partition framing resulting from deflection of structure above; in thickness not less than indicated for studs and in width to accommodate depth of studs.
    a. Products:   Subject to compliance with requirements, provide one of the following:
        1) ClarkDietrich Building Systems; BlazeFrame DSL Slotted Deflection Track.

E. Flat Strap and Backing Plate:   Steel sheet for blocking and bracing in length and width indicated.
1. Minimum Base-Steel Thickness:   0.018 inch.

F. Backing Plate:   Proprietary fire-retardant-treated wood blocking and bracing in width indicated.
1. ClarkDietrich Building Systems; Danback Fire-Retardant Treated Wood Backing Plate D16F or D24F, or a comparable product.

G. Cold-Rolled Channel Bridging:  Steel, 0.053-inch minimum base-steel thickness, with minimum 1/2-inch-wide flanges.
    1. Product:  ClarkDietrich Building Systems; Cold-Formed U-Channel and EasyClip U-Series Angle U543, U545, U547, or a comparable product.
    2. Depth: As indicated on Drawings.
    3. Clip Angle:  Not less than 1-1/2 by 1-1/2 inches, 0.0538-inch- thick, galvanized steel.

H. Hat-Shaped, Rigid Furring Channels:  ASTM C 645.
    1. Minimum Base-Steel Thickness: 0.018 inch.
    2. Depth: 7/8 inch.

I. Resilient Furring Channels:   1/2-inch- deep, steel sheet members designed to reduce sound transmission.
    1. Configuration: Asymmetrical.
    2. Basis of Design: Clark Dietrich, RC Deluxe single leg resilient channel.

J. Cold-Rolled Furring Channels:   0.053-inch uncoated-steel thickness, with minimum 1/2-inch- wide flanges.
    1. Depth: 3/4 inch.
    2. Furring Brackets:  Adjustable, corrugated-edge type of steel sheet with minimum uncoated-steel thickness of 0.033 inch.
    3. Tie Wire:  ASTM A 641/A 641M, Class 1 zinc coating, soft temper, 0.062-inch- diameter wire, or double strand of 0.048-inch- diameter wire.

K. Z-Shaped Furring:  With slotted or nonslotted web, face flange of 1-1/4 inches, wall attachment flange of 7/8 inch, minimum uncoated-metal thickness of 0.018 inch, and depth required to fit insulation thickness indicated.

## 2.4  SUSPENSION SYSTEMS

A. Tie Wire:  ASTM A 641/A 641M, Class 1 zinc coating, soft temper, 0.062-inch- diameter wire, or double strand of 0.048-inch- diameter wire.

B. Hanger Attachments to Concrete:
    1. Anchors:  Fabricated from corrosion-resistant materials with holes or loops for attaching wire hangers and capable of sustaining, without failure, a load equal to 5 times that imposed by construction as determined by testing according to ASTM E 488 by an independent testing agency.
        a. Type: Postinstalled, expansion anchor.
    2. Powder-Actuated Fasteners:  Suitable for application indicated, fabricated from corrosion-resistant materials with clips or other devices for attaching hangers of type indicated, and capable of sustaining, without failure, a load equal to 10 times that imposed by construction as determined by testing according to ASTM E 1190 by an independent testing agency.

C. Wire Hangers:  ASTM A 641/A 641M, Class 1 zinc coating, soft temper, 0.16 inch in diameter.

D. Flat Hangers:  Steel sheet, 1 by 3/16 inch by length indicated.

E. Carrying Channels:  Cold-rolled, commercial-steel sheet with a base-steel thickness of 0.053 inch and minimum 1/2-inch- wide flanges.
    1. Depth: 2-1/2 inches.

F. Furring Channels (Furring Members):
    1. Cold-Rolled Channels:  0.053-inch uncoated-steel thickness, with minimum 1/2-inch- wide flanges, 3/4 inch deep.
    2. Steel Studs and Runners:  ASTM C 645.
        a. Minimum Base-Steel Thickness:  0.018 inch.
        b. Depth: 1-5/8 inches.
    3. Equivalent Gauge Steel Studs and Runners:
        a. ClarkDietrich Building Systems; ProSTUD 25 (25EQ) and ProTRAK 25 (25 EQ), or comparable products.
        b. Minimum Base-Steel Thickness: 0.0150 inch.
    4. Hat-Shaped, Rigid Furring Channels:  ASTM C 645, 7/8 inch deep.
        a. Minimum Base-Metal Thickness: 0.018 inch.
    5. Resilient Furring Channels:   1/2-inch- deep members designed to reduce sound transmission.
        a. ClarkDietrich Building Systems; RC Deluxe (RCSD) Resilient Channel
        b. Configuration: Asymmetrical.

G. Grid Suspension System for Gypsum Board Ceilings:  ASTM C 645, direct-hung system composed of main beams and cross-furring members that interlock.
   1. Products:  Subject to compliance with requirements, provide one of the following:
      a. Armstrong World Industries, Inc.; Drywall Grid Systems.
      b. Chicago Metallic Corporation; Drywall Grid System.
      c. USG Corporation; Drywall Suspension System.

## 2.5 AUXILIARY MATERIALS

A. General:  Provide auxiliary materials that comply with referenced installation standards.

B. Fasteners for Metal Framing:  Of type, material, size, corrosion resistance, holding power, and other properties required to fasten steel members to substrates.

C. Isolation Strip at Exterior Walls:  Provide the following:
   1. Foam Gasket:  Adhesive-backed, closed-cell vinyl foam strips that allow fastener penetration without foam displacement, 1/8 inch thick, in width to suit steel stud size.


## PART 3 - EXECUTION

### 3.1 EXAMINATION

A. Examine areas and substrates, with Installer present, and including welded hollow-metal frames, cast-in anchors, and structural framing, for compliance with requirements and other conditions affecting performance of the Work.

B. Proceed with installation only after unsatisfactory conditions have been corrected.

### 3.2 PREPARATION

A. Suspended Assemblies:  Coordinate installation of suspension systems with installation of overhead structure to ensure that inserts and other provisions for anchorages to building structure have been installed to receive hangers at spacing required to support the Work and that hangers will develop their full strength.
   1. Furnish concrete inserts and other devices indicated to other trades for installation in advance of time needed for coordination and construction.

### 3.3 INSTALLATION, GENERAL

A. Installation Standard:  ASTM C 754.
   1. Gypsum Plaster Assemblies:  Also comply with requirements in ASTM C 841 that apply to framing installation.
   2. Portland Cement Plaster Assemblies:  Also comply with requirements in ASTM C 1063 that apply to framing installation.
   3. Gypsum Veneer Plaster Assemblies:  Also comply with requirements in ASTM C 844 that apply to framing installation.
   4. Gypsum Board Assemblies:  Also comply with requirements in ASTM C 840 that apply to framing installation.

B. Install supplementary framing, and blocking to support fixtures, equipment services, heavy trim, grab bars, toilet accessories, furnishings, or similar construction.

C. Install bracing at terminations in assemblies.

D. Do not bridge building control and expansion joints with non-load-bearing steel framing members.  Frame both sides of joints independently.

### 3.4 INSTALLING FRAMED ASSEMBLIES

A. Install framing system components according to spacings indicated, but not greater than spacings required by referenced installation standards for assembly types.
   1. Single-Layer Application: 16 inches o.c. unless otherwise indicated.
   2. Multilayer Application: 16 inches o.c. unless otherwise indicated.
   3. Partitions with Security Mesh: 8 inches (203 mm) o.c., unless otherwise indicated or required to comply with span and deflection design criteria.

B. Where studs are installed directly against exterior masonry walls or dissimilar metals at exterior walls, install isolation strip between studs and exterior wall.

C. Install studs so flanges within framing system point in same direction.

D. Install tracks (runners) at floors and overhead supports. Extend framing full height to structural supports or substrates above suspended ceilings except where partitions are indicated to terminate at suspended ceilings. Continue framing around ducts penetrating partitions above ceiling.
   1. Slip-Type Head Joints: Where framing extends to overhead structural supports, install to produce joints at tops of framing systems that prevent axial loading of finished assemblies.
   2. Door Openings: Screw vertical studs at jambs to jamb anchor clips on door frames; install runner track section (for cripple studs) at head and secure to jamb studs.
      a. Install two studs at each jamb unless otherwise indicated.
      b. Install cripple studs at head adjacent to each jamb stud, with a minimum 1/2-inch clearance from jamb stud to allow for installation of control joint in finished assembly.
      c. Extend jamb studs through suspended ceilings and attach to underside of overhead structure.
   3. Other Framed Openings: Frame openings other than door openings the same as required for door openings unless otherwise indicated. Install framing below sills of openings to match framing required above door heads.
   4. Fire-Resistance-Rated Partitions: Install framing to comply with fire-resistance-rated assembly indicated and support closures and to make partitions continuous from floor to underside of solid structure.
      a. Firestop Track: Where indicated, install to maintain continuity of fire-resistance-rated assembly indicated.
   5. Sound-Rated Partitions: Install framing to comply with sound-rated assembly indicated.
   6. Curved Partitions:
      a. Begin and end each arc with a stud, and space intermediate studs equally along arcs. On straight lengths of no fewer than two studs at ends of arcs, place studs 6 inches o.c.

E. Direct Furring:
   1. Attach to concrete or masonry with stub nails, screws designed for masonry attachment, or powder-driven fasteners spaced 24 inches o.c.

F. Z-Furring Members:
   1. Erect insulation, specified in Section 07 21 00 "Thermal Insulation," vertically and hold in place with Z-furring members spaced 24 inches o.c.
   2. Except at exterior corners, securely attach narrow flanges of furring members to wall with concrete stub nails, screws designed for masonry attachment, or powder-driven fasteners spaced 24 inches o.c.
   3. At exterior corners, attach wide flange of furring members to wall with short flange extending beyond corner; on adjacent wall surface, screw-attach short flange of furring channel to web of attached channel. At interior corners, space second member no more than 12 inches from corner and cut insulation to fit.

G. Installation Tolerance: Install each framing member so fastening surfaces vary not more than 1/8 inch from the plane formed by faces of adjacent framing.

3.5 INSTALLING SUSPENSION SYSTEMS

A. Install suspension system components according to spacings indicated, but not greater than spacings required by referenced installation standards for assembly types.
   1. Hangers: 48 inches o.c.
   2. Carrying Channels (Main Runners): 48 inches o.c.
   3. Furring Channels (Furring Members): 16 inches o.c.

B. Isolate suspension systems from building structure where they abut or are penetrated by building structure to prevent transfer of loading imposed by structural movement.

C. Suspend hangers from building structure as follows:
   1. Install hangers plumb and free from contact with insulation or other objects within ceiling plenum that are not part of supporting structural or suspension system.
      a. Splay hangers only where required to miss obstructions and offset resulting horizontal forces by bracing, countersplaying, or other equally effective means.

2. Where width of ducts and other construction within ceiling plenum produces hanger spacings that interfere with locations of hangers required to support standard suspension system members, install supplemental suspension members and hangers in the form of trapezes or equivalent devices.

a. Size supplemental suspension members and hangers to support ceiling loads within performance limits established by referenced installation standards.

3. Wire Hangers: Secure by looping and wire tying, either directly to structures or to inserts, eye screws, or other devices and fasteners that are secure and appropriate for substrate, and in a manner that will not cause hangers to deteriorate or otherwise fail.

4. Flat Hangers: Secure to structure, including intermediate framing members, by attaching to inserts, eye screws, or other devices and fasteners that are secure and appropriate for structure and hanger, and in a manner that will not cause hangers to deteriorate or otherwise fail.

5. Do not attach hangers to steel roof deck.

6. Do not attach hangers to permanent metal forms. Furnish cast-in-place hanger inserts that extend through forms.

7. Do not connect or suspend steel framing from ducts, pipes, or conduit.

D. Fire-Resistance-Rated Assemblies: Wire tie furring channels to supports.

E. Grid Suspension Systems: Attach perimeter wall track or angle where grid suspension systems meet vertical surfaces. Mechanically join main beam and cross-furring members to each other and butt-cut to fit into wall track.

F. Installation Tolerances: Install suspension systems that are level to within 1/8 inch in 12 feet measured lengthwise on each member that will receive finishes and transversely between parallel members that will receive finishes.

**END OF SECTION 09 22 16**

**SECTION 09 29 00 - GYPSUM BOARD**

**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

    A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

    A.     Section Includes:
        1.     Interior gypsum board.
        2.     Specialty Gypsum Board
        3.     Tile backing panels.
        4.     Trim Accessories

1.3     ACTION SUBMITTALS

    A.     Product Data: For each type of product.

1.4     DELIVERY, STORAGE AND HANDLING

    A.     Store materials inside under cover and keep them dry and protected against weather, condensation, direct sunlight, construction traffic, and other potential causes of damage. Stack panels flat and supported on risers on a flat platform to prevent sagging.

1.5     FIELD CONDITIONS

    A.     Environmental Limitations: Comply with ASTM C 840 requirements or gypsum board manufacturer's written recommendations, whichever are more stringent.

    B.     Do not install paper-faced gypsum panels until installation areas are enclosed and conditioned.
        1.     At Contractor's request, Owner and Architect may consider the following strategies pending approval by the gypsum board manufacturer.
            a.     If building is not enclosed and rain or increased moisture is likely, Glass-Mat Interior Gypsum Board panel products may be used without additional cost to the Owner. Texture of fiberglass facer will require additional preparation including skim on entire panel to smooth out surface in preparation for painted finishes.
            b.     If building is enclosed but not conditioned and no rain or increased moisture is likely, then Moisture- and Mold-Resistant Gypsum Board panel products may be used without additional cost to the Owner.
        2.     Any panel products installed during construction that is damaged, has excessive moisture content exceeding manufacturer's recommendation or shows signs of mold or water damage must be replaced by the contractor.

    C.     Do not install panels that are wet, those that are moisture damaged, and those that are mold damaged.
        1.     Indications that panels are wet or moisture damaged include, but are not limited to, discoloration, sagging, or irregular shape.
        2.     Indications that panels are mold damaged include, but are not limited to, fuzzy or splotchy surface contamination and discoloration.

    D.     Install cavity wall insulation and interior gypsum board only after building is enclosed with exterior wall assembly as detailed in the drawings.

## PART 2 - PRODUCTS

2.1     PERFORMANCE REQUIREMENTS

A.     Fire-Resistance-Rated Assemblies: For fire-resistance-rated assemblies, provide materials and construction identical to those tested in assembly indicated according to ASTM E 119 by an independent testing agency.

2.2     GYPSUM BOARD, GENERAL

A.     Size: Provide maximum lengths and widths available that will minimize joints in each area and that correspond with support system indicated.

2.3     INTERIOR GYPSUM BOARD

A.     Manufacturers: Subject to compliance with requirements, provide products by one of the following:
1.     American Gypsum.
2.     CertainTeed Corp.
3.     Georgia-Pacific Gypsum LLC.
4.     National Gypsum Company.
5.     PABCO Gypsum.
6.     USG Corporation.

B.     Gypsum Board, Type X: ASTM C 1396/C 1396M.
1.     Thickness: 5/8 inch.
2.     Long Edges: Tapered.

C.     Gypsum Ceiling Board: ASTM C 1396/C 1396M.
1.     Thickness: 1/2 inch.
2.     Long Edges: Tapered.

D.     Moisture- and Mold-Resistant Gypsum Board: ASTM C 1396/C 1396M. With moisture- and mold-resistant core and paper surfaces.
1.     Core: As indicated.
2.     Long Edges: Tapered.
3.     Mold Resistance: ASTM D 3273, score of 10 as rated according to ASTM D 3274.

2.4     SPECIALTY GYPSUM BOARD

A.     Gypsum Board, Type C: ASTM C 1396/C 1396M. Manufactured to have increased fire-resistive capability.
1.     Products: Subject to compliance with requirements, provide one of the following:
a.     American Gypsum; Firebloc Type C.
b.     CertainTeed Corp.; ProRoc Type C.
c.     Georgia-Pacific Gypsum LLC; Fireguard C.
d.     National Gypsum Company; Gold Bond Fire-Shield C.
e.     USG Corporation; Firecode C Core.
2.     Thickness: As required by fire-resistance-rated assembly indicated on Drawings.
3.     Long Edges: Tapered.

B.     Glass-Mat Interior Gypsum Board: ASTM C 1658/C 1658M. With fiberglass mat laminated to both sides. Specifically designed for pre-rock interior use before building is completely enclosed.
1.     Products: Subject to compliance with requirements, provide one of the following:
a.     Georgia-Pacific Gypsum LLC; DensArmour Plus.
b.     National Gypsum Company; Gold Bond eXP Interior Extreme
c.     USG Corporation; Sheetrock Glass-Mat Panels Mold Tough.
2.     Core: 5/8 inch, Type X .
3.     Long Edges: Tapered.
4.     Mold Resistance: ASTM D 3273, score of 10 as rated according to ASTM D 3274.
5.     Texture of fiberglass facer will require additional preparation including skim on entire panel to smooth out surface in preparation for painted finishes.

2.5     TILE BACKING PANELS

   A.    Glass-Mat, Water-Resistant Backing Board: ASTM C 1178/C 1178M, with manufacturer's standard edges.
         1.    Products: Subject to compliance with requirements, provide one of the following:
               a.    CertainTeed Corp.; GlasRoc Tile Backer.
               b.    Georgia-Pacific Gypsum LLC; DensShield Tile Backer.
               c.    National Gypsum; eXP Tile Backer.
               d.    USG Corporation; DUROCK Glass Mat Tile Backerboard.
         Core: 5/8 inch, Type X.
         2.    Mold Resistance: ASTM D 3273, score of 10 as rated according to ASTM D 3274.

   B.    Cementitious Backer Units: ANSI A118.9 and ASTM C 1288 or 1325, with manufacturer's standard edges.
         1.    Products: Subject to compliance with requirements, provide one of the following:
               a.    CertainTeed Corp.; FiberCement .
               b.    James Hardie Building Products, Inc.; Hardiebacker.
               c.    National Gypsum Company, Permabase Cement Board.
               d.    USG Corporation; DUROCK Cement Board.
         2.    Thickness: 5/8 inch, or as indicated on drawings.
         3.    Mold Resistance: ASTM D 3273, score of 10 as rated according to ASTM D 3274.

   A.    Schedule:
         1.    Showers – Cementitious Backer Unit
         2.    Large Format Tile (>15 inches) - Cementitious Backer Unit
         3.    Other Locations – Glass-Mat Backing Board

2.6     TRIM ACCESSORIES

   A.    Interior Trim: ASTM C 1047.
         1.    Material: Galvanized or aluminum-coated steel sheet or rolled zinc.
         2.    Shapes:
               a.    Cornerbead.
               b.    Bullnose bead.
               c.    LC-Bead: J-shaped; exposed long flange receives joint compound.
               d.    L-Bead: L-shaped; exposed long flange receives joint compound.
               e.    U-Bead: J-shaped; exposed short flange does not receive joint compound.
               f.    Expansion (control) joint.
                     1)    For expansion (control) joints that are in rated partitions, provide Fire Rated 093V
                           expansion bead with intumescent tape by Trim-Tex.

   B.    Aluminum Trim: Extruded accessories of profiles and dimensions indicated.
         1.    Manufacturers: Subject to compliance with requirements, provide products by one of the following:
               a.    Fry Reglet Corp.
               b.    Gordon, Inc.
               c.    Pittcon Industries.
         2.    Basis of Design: Refer to Architect's Master Schedule
         3.    Aluminum: Alloy and temper with not less than the strength and durability properties of ASTM B
               221, Alloy 6063-T5.

2.7     JOINT TREATMENT MATERIALS

   A.    General: Comply with ASTM C 475/C 475M.

   B.    Joint Tape:
         1.    Interior Gypsum Board: Paper.
         2.    Glass-Mat Gypsum Sheathing Board: 10-by-10 glass mesh.
         3.    Tile Backing Panels: As recommended by panel manufacturer.

   C.    Joint Compound for Interior Gypsum Board: For each coat use formulation that is compatible with other
         compounds applied on previous or for successive coats.
         1.    Prefilling: At open joints, rounded or beveled panel edges, and damaged surface areas, use
               setting-type taping compound.
         2.    Embedding and First Coat: For embedding tape and first coat on joints, fasteners, and trim flanges,
               use drying-type, all-purpose compound.
               a.    Use setting-type compound for installing paper-faced metal trim accessories.
         3.    Fill Coat: For second coat, use drying-type, all-purpose compound.

      4.      Finish Coat: For third coat, use drying-type, all-purpose compound.

      5.      Skim Coat: For final coat of Level 5 finish, use drying-type, all-purpose compound.

  D.   Joint Compound for Tile Backing Panels:

      1.      Glass-Mat, Water-Resistant Backing Panel: As recommended by backing panel manufacturer.

      2.      Cementitious Backer Units: As recommended by backer unit manufacturer.

## 2.8 AUXILIARY MATERIALS

A. General: Provide auxiliary materials that comply with referenced installation standards and manufacturer's written recommendations.

B. Laminating Adhesive: Adhesive or joint compound recommended for directly adhering gypsum panels to continuous substrate.

      1.      Laminating adhesive shall have a VOC content of 50 g/L or less when calculated according to 40 CFR 59, Subpart D (EPA Method 24).

C. Steel Drill Screws: ASTM C 1002, unless otherwise indicated.

      1.      Use screws complying with ASTM C 954 for fastening panels to steel members from 0.033 to 0.112 inch thick.

      2.      For fastening cementitious backer units, use screws of type and size recommended by panel manufacturer.

D. Acoustical Joint Sealant: Manufacturer's standard nonsag, paintable, nonstaining latex sealant complying with ASTM C 834. Product effectively reduces airborne sound transmission through perimeter joints and openings in building construction as demonstrated by testing representative assemblies according to ASTM E 90.

      1.      Products: Subject to compliance with requirements, provide one of the following:

         a.      Pecora Corporation; AC-20 FTR or AIS-919.

         b.      Specified Technologies, Inc.; Smoke N Sound Acoustical Sealant.

         c.      USG Corporation; SHEETROCK Acoustical Sealant.

      2.      Acoustical joint sealant shall have a VOC content of 250 g/L or less when calculated according to 40 CFR 59, Subpart D (EPA Method 24).

## PART 3 - EXECUTION

### 3.1 EXAMINATION

A. Examine areas and substrates including welded hollow-metal frames and framing, with Installer present, for compliance with requirements and other conditions affecting performance.

B. Examine panels before installation. Reject panels that are wet, moisture damaged, and mold damaged.

C. Proceed with installation only after unsatisfactory conditions have been corrected.

### 3.2 APPLYING AND FINISHING PANELS, GENERAL

A. Comply with ASTM C 840.

B. Install ceiling panels across framing to minimize the number of abutting end joints and to avoid abutting end joints in central area of each ceiling. Stagger abutting end joints of adjacent panels not less than one framing member.

C. Install panels with face side out. Butt panels together for a light contact at edges and ends with not more than 1/16 inch of open space between panels. Do not force into place.

D. Locate edge and end joints over supports, except in ceiling applications where intermediate supports or gypsum board back-blocking is provided behind end joints. Do not place tapered edges against cut edges or ends. Stagger vertical joints on opposite sides of partitions. Do not make joints other than control joints at corners of framed openings.

E. Form control and expansion joints with space between edges of adjoining gypsum panels.

F.   Cover both faces of support framing with gypsum panels in concealed spaces (above ceilings, etc.), except in chases braced internally.
1.   Unless concealed application is indicated or required for sound, fire, air, or smoke ratings, coverage may be accomplished with scraps of not less than 8 sq. ft. in area.
2.   Fit gypsum panels around ducts, pipes, and conduits.
3.   Where partitions intersect structural members projecting below underside of floor/roof slabs and decks, cut gypsum panels to fit profile formed by structural members; allow 1/4- to 3/8-inch- wide joints to install sealant.

G.   Isolate perimeter of gypsum board applied to non-load-bearing partitions at structural abutments, except floors. Provide 1/4- to 1/2-inch- wide spaces at these locations and trim edges with edge trim where edges of panels are exposed. Seal joints between edges and abutting structural surfaces with acoustical sealant.

H.   Attachment to Steel Framing: Attach panels so leading edge or end of each panel is attached to open (unsupported) edges of stud flanges first.

I.   STC-Rated Assemblies: Seal construction at perimeters, behind control joints, and at openings and penetrations with a continuous bead of acoustical sealant. Install acoustical sealant at both faces of partitions at perimeters and through penetrations. Comply with ASTM C 919 and with manufacturer's written recommendations for locating edge trim and closing off sound-flanking paths around or through assemblies, including sealing partitions above acoustical ceilings.

J.   Install sound attenuation blankets before installing gypsum panels unless blankets are readily installed after panels have been installed on one side.

3.3   APPLYING INTERIOR GYPSUM BOARD

A.   Install interior gypsum board in the following locations:
1.   Type X: Vertical surfaces unless otherwise indicated.
2.   Flexible Type: Apply in double layer at curved assemblies.
3.   Ceiling Type: Ceiling surfaces.

B.   Single-Layer Application:
1.   On ceilings, apply gypsum panels before wall/partition board application to greatest extent possible and at right angles to framing unless otherwise indicated.
2.   On partitions/walls, apply gypsum panels vertically (parallel to framing unless otherwise indicated or required by fire-resistance-rated assembly, and minimize end joints.
   a.   Stagger abutting end joints not less than one framing member in alternate courses of panels.
   b.   At stairwells and other high walls, install panels horizontally unless otherwise indicated or required by fire-resistance-rated assembly.
3.   On Z-furring members, apply gypsum panels vertically (parallel to framing) with no end joints. Locate edge joints over furring members.
4.   Fastening Methods: Apply gypsum panels to supports with steel drill screws.

C.   Multilayer Application:
1.   On ceilings, apply gypsum board indicated for base layers before applying base layers on walls/partitions; apply face layers in same sequence. Apply base layers at right angles to framing members and offset face-layer joints one framing member, 16 inches minimum, from parallel base-layer joints, unless otherwise indicated or required by fire-resistance-rated assembly.
2.   On partitions/walls, apply gypsum board indicated for base layers and face layers vertically (parallel to framing) with joints of base layers located over stud or furring member and face-layer joints offset at least one stud or furring member with base-layer joints, unless otherwise indicated or required by fire-resistance-rated assembly. Stagger joints on opposite sides of partitions.
3.   On Z-furring members, apply base layer vertically (parallel to framing) and face layer either vertically (parallel to framing) or horizontally (perpendicular to framing) with vertical joints offset at least one furring member. Locate edge joints of base layer over furring members.
4.   Fastening Methods: Fasten base layers and face layers separately to supports with screws.

D.   Laminating to Substrate: Where gypsum panels are indicated as directly adhered to a substrate (other than studs, joists, furring members, or base layer of gypsum board), comply with gypsum board manufacturer's written recommendations and temporarily brace or fasten gypsum panels until fastening adhesive has set.

TAMU-02102

3.4     APPLYING TILE BACKING PANELS

A.    Cementitious Backer Units: ANSI A108.11.

B.    Where tile backing panels abut other types of panels in same plane, shim surfaces to produce a uniform plane across panel surfaces.

3.5     INSTALLING TRIM ACCESSORIES

A.    General: For trim with back flanges intended for fasteners, attach to framing with same fasteners used for panels. Otherwise, attach trim according to manufacturer's written instructions.

B.    Control Joints: Install control joints at locations indicated on Drawings or as required according to ASTM C 840 and in specific locations approved by Architect for visual effect.
1.    Wall: Control joints shall be installed where a wall or partition runs in an uninterrupted straight plane exceeding 30 linear feet, or 900 sq ft.
2.    Ceiling with Perimeter relief: Control joints in interior ceilings with perimeter relief shall be installed so that linear dimensions between control joints do not exceed 50 ft or 2500 sq. ft
3.    Ceiling, without perimeter relief: Control joints in interior ceilings without perimeter relief shall be installed so that linear dimensions between control joints do not exceed 30 ft
4.    Exterior: Control joints in exterior ceilings and soffits shall be installed so that linear dimensions between control joints do not exceed 30 ft. at acoustical or fire-rated walls: Where a control joint occurs in an acoustical or fire rated system, blocking shall be provided behind the control joint by using a backing material such as 5/8 in. type X gypsum panel products, mineral fiber, or other tested equivalent.

C.    Interior Trim: Install in the following locations:
1.    Cornerbead: Use at outside corners unless otherwise indicated.
2.    Bullnose Bead: Use where indicated.
3.    LC-Bead: Use at exposed panel edges.
4.    L-Bead: Use where indicated.
5.    U-Bead: Use where indicated.
6.    Expansion (control) joint

D.    Aluminum Trim: Install in locations indicated on Drawings.

3.6     FINISHING GYPSUM BOARD

A.    General: Treat gypsum board joints, interior angles, edge trim, control joints, penetrations, fastener heads, surface defects, and elsewhere as required to prepare gypsum board surfaces for decoration. Promptly remove residual joint compound from adjacent surfaces.

B.    Prefill open joints, rounded or beveled edges, and damaged surface areas.

C.    Apply joint tape over gypsum board joints, except for trim products specifically indicated as not intended to receive tape.

D.    Gypsum Board Finish Levels: Finish panels to levels indicated below and according to ASTM C 840:
1.    Level 1: Ceiling plenum areas, concealed areas, and where indicated.
2.    Level 2: Panels that are substrate for tile and where indicated on Drawings.
3.    Level 3: Beneath wall coverings.
4.    Level 4: At panel surfaces that will be exposed to view unless otherwise indicated.
      a.    Primer and its application to surfaces are specified in Section 09 91 00 "Painting."
5.    Level 5: Where indicated on Drawings.
      a.    Primer and its application to surfaces are specified in Section 09 91 00 "Painting."

E.    Glass-Mat Faced Panels: Finish according to manufacturer's written instructions.

F.    Cementitious Backer Units: Finish according to manufacturer's written instructions.

3.7     PROTECTION

A.    Protect adjacent surfaces from drywall compound and promptly remove from floors and other non-drywall surfaces. Repair surfaces stained, marred, or otherwise damaged during drywall application.

B.    Protect installed products from damage from weather, condensation, direct sunlight, construction, and other causes during remainder of the construction period.

C.    Remove and replace panels that are wet, moisture damaged, and mold damaged.
    1.    Indications that panels are wet or moisture damaged include, but are not limited to, discoloration, sagging, or irregular shape.
    2.    Indications that panels are mold damaged include, but are not limited to, fuzzy or splotchy surface contamination and discoloration.

**END OF SECTION 09 29 00**

## SECTION 09 30 00 - TILING

## PART 1 - GENERAL

1.1     RELATED DOCUMENTS

A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

A.     Section Includes:
1.     Ceramic tile
2.     Waterproof membrane.
3.     Crack isolation membrane.
4.     Metal edge strips.

1.3     DEFINITIONS

A.     General: Definitions in the ANSI A108 series of tile installation standards and in ANSI A137.1 apply to Work of this Section unless otherwise specified.

B.     ANSI A108 Series: ANSI A108.01, ANSI A108.02, ANSI A108.1A, ANSI A108.1B, ANSI A108.1C, ANSI A108.4, ANSI A108.5, ANSI A108.6, ANSI A108.8, ANSI A108.9, ANSI A108.10, ANSI A108.11, ANSI A108.12, ANSI A108.13, ANSI A108.14, ANSI A108.15, ANSI A108.16, and ANSI A108.17, which are contained in its "Specifications for Installation of Ceramic Tile."

C.     Module Size: Actual tile size plus joint width indicated.

D.     Face Size: Actual tile size, excluding spacer lugs.

1.4     PREINSTALLATION MEETINGS

A.     Preinstallation Conference: Conduct conference at Project site.
1.     Review requirements in ANSI A108.01 for substrates and for preparation by other trades.

1.5     ACTION SUBMITTALS

A.     Product Data: For each type of product.

B.     Samples for Verification:
1.     Full-size units of each type and composition of tile and for each color and finish required.

1.6     INFORMATIONAL SUBMITTALS

A.     Qualification Data: For Installer.

B.     Master Grade Certificates: For each shipment, type, and composition of tile, signed by tile manufacturer and Installer.

C.     Product Certificates: For each type of product.

D.     Product Test Reports: For tile-setting and -grouting products.

E.     Slip Resistance Testing Results: Submit test reports from qualified independent testing laboratory indicating and interpreting test results relative to compliance of flooring with requirements specified for slip resistance.

1.7     QUALITY ASSURANCE

A.     Installer Qualifications:
1.     Installer is a five-star member of the National Tile Contractors Association or a Trowel of Excellence member of the Tile Contractors' Association of America.
2.     Installer's supervisor for Project holds the International Masonry Institute's Foreman Certification.

TAMU-012305

3.   Installer employs Ceramic Tile Education Foundation Certified Installers or installers recognized by the U.S. Department of Labor as Journeyman Tile Layers.

4.   Installer employ at least one individual for the project that has completed the Advanced Certification for Tile Installers (ACT) certification for installation of large format tile and substrate preparation, membranes, mud (mortar bed) floors, mud (mortar ) walls, shower receptors.

1.8     DELIVERY, STORAGE, AND HANDLING

A.   Deliver and store packaged materials in original containers with seals unbroken and labels intact until time of use. Comply with requirements in ANSI A137.1 for labeling tile packages.

B.   Store tile and cementitious materials on elevated platforms, under cover, and in a dry location.

C.   Store aggregates where grading and other required characteristics can be maintained and contamination can be avoided.

D.   Store liquid materials in unopened containers and protected from freezing.

1.9     FIELD CONDITIONS

A.   Environmental Limitations: Do not install tile until construction in spaces is complete and ambient temperature and humidity conditions are maintained at the levels indicated in referenced standards and manufacturer's written instructions.


**PART 2 - PRODUCTS**

2.1     SUSTAINABILITY REQUIREMENTS

A.   Low Emitting Requirements: Provide product that meets low emitting criteria listed in section 01 81 13.02 – Sustainable Design Requirements.

2.2     MANUFACTURERS

A.   Source Limitations for Tile: Obtain tile of each type and color or finish from single source or producer.
1.   Obtain tile of each type and color or finish from same production run and of consistent quality in appearance and physical properties for each contiguous area.

B.   Source Limitations for Setting and Grouting Materials: Obtain ingredients of a uniform quality for each mortar, adhesive, and grout component from single manufacturer and each aggregate from single source or producer.
1.   Obtain setting and grouting materials, except for unmodified Portland cement and aggregate, from single manufacturer.
2.   Obtain waterproof membrane and crack suppressant membranes, except for sheet products, from manufacturer of setting and grouting materials.

2.3     PRODUCTS, GENERAL

A.   ANSI Ceramic Tile Standard: Provide tile that complies with ANSI A137.1 for types, compositions, and other characteristics indicated.
1.   Provide tile complying with Standard grade requirements unless otherwise indicated.

B.   ANSI Standards for Tile Installation Materials: Provide materials complying with ANSI A108.02, ANSI standards referenced in other Part 2 articles, ANSI standards referenced by TCNA installation methods specified in tile installation schedules, and other requirements specified.

C.   Factory Blending: For tile exhibiting color variations within ranges, blend tile in factory and package so tile units taken from one package show same range in colors as those taken from other packages and match approved Samples.

D.   Mounting: For factory-mounted tile, provide back- or edge-mounted tile assemblies as standard with manufacturer unless otherwise indicated.
1.   Where tile is indicated for installation on exteriors, do not use back- or edge-mounted tile assemblies unless tile manufacturer specifies in writing that this type of mounting is suitable for installation indicated and has a record of successful in-service performance.

2.4     CERAMIC TILE

   A.     Acceptable Manufacturers:
      1.     Daltile.

   B.     Basis of Design: As indicated in the Architect's Master Schedule.

   C.     Coefficient of Friction: Tiles suitable for level interior spaces expected to be walked upon shall have a wet DCOF of 0.42 or greater when tested per the DCOF AcuTest.

   D.     Trim Units: Coordinated with sizes and coursing of adjoining flat tile where applicable and matching characteristics of adjoining flat tile. Provide shapes as follows, selected from manufacturer's standard shapes:

2.5     WATERPROOF MEMBRANE

   A.     General: Manufacturer's standard product, selected from the following, that complies with ANSI A118.10 and is recommended by the manufacturer for the application indicated. Include reinforcement and accessories recommended by manufacturer.

   B.     Chlorinated Polyethylene Sheet: Nonplasticized, chlorinated polyethylene faced on both sides with nonwoven polyester fabric.
      1.     Products: Subject to compliance with requirements, provide one of the following:
         a.     Noble Company (The); Nobleseal TS.
         b.     Schluter Systems; Kerdi
         c.     MAPEI Corporation; Mapeguard WP 200
      2.     Nominal Thickness: 0.030 inch.

   C.     Fabric--Reinforced, Fluid-Applied Membrane: System consisting of liquid-latex rubber or elastomeric polymer and continuous fabric reinforcement.
      1.     Products: Subject to compliance with requirements, provide one of the following:
         a.     Custom Building Products; 9240 Waterproofing and Anti-Fracture Membrane.
         b.     Laticrete International, Inc.; Hydro Ban.
         c.     MAPEI Corporation; Mapelastic Aquadefense.
         d.     Texrite; Hydrorite with Texrite fibermesh.
         e.     Sika Corp.; SikaTile; Moisture Guard 100

2.6     CRACK ISOLATION MEMBRANE

   A.     General: Manufacturer's standard product that complies with ANSI A118.12 for   high performance and is recommended by the manufacturer for the application indicated. Include reinforcement and accessories recommended by manufacturer.

   B.     Chlorinated Polyethylene Sheet: Nonplasticized, chlorinated polyethylene faced on both sides with nonwoven polyester fabric; 0.030-inch nominal thickness.
      1.     Products: Subject to compliance with requirements, provide one of the following:
         a.     Noble Company (The); Nobleseal CIS.
         b.     Schluter Systems; Ditra
         c.     MAPEI Corporation; Mapeguard CI

   C.     Fabric-Reinforced, Fluid-Applied Membrane: System consisting of liquid-latex rubber or elastomeric polymer and fabric reinforcement.
      1.     Products: Subject to compliance with requirements, provide one of the following:
         a.     Custom Building Products; 9240 Waterproofing and Anti-Fracture Membrane.
         b.     Laticrete International, Inc.; Hydro Ban.
         c.     MAPEI Corporation; Mapelastic CI
         d.     Texrite; Hydro-rite with Texrite fibermesh.
         e.     Sika Corp.; SikaTile 200 Fracture Guard (dedicated crack isolation membrane)
         f.     Sika Corp.; SikaTile 100 Moisture Guard (crack isolation/waterproof membrane)

2.7 MORTAR BOND COAT / SETTING MATERIALS

A. Large & Heavy Tile Mortar with Polymer (formerly Medium Bed): for large, heavy, ceramic tile and stone. Used with stone or tile units (square, rectangular, plank sizes), an ANSI A118.11; product approved by manufacturer for application thickness of 5/8 inch (16 mm).
  1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
    a. Bostik, Inc.
    b. Custom Building Products.
    c. Laticrete International, Inc.; 4XLT
    d. MAPEI Corporation; Keraflex Plus
    e. Texrite; Total Contact
    f. Sika Corp.; SikaTile 450 LHT Secure Set
  2. Basis of Design: Texrite; Total Contact
  3. Provide prepackaged, dry-mortar mix containing dry, redispersible, vinyl acetate or acrylic additive to which only water must be added at Project site.
  4. Back butter all tile prior to installing tile on mortar bed.

B. Epoxy Thinset Mortar: ANSI A118.3, water cleanable; 100 percent solids epoxy thin-set mortar.
  1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
    a. Ardex Americas.
    b. Custom Building Products.
    c. Laticrete International, Inc.
    d. MAPEI Corporation; Kerapoxy 410
    e. Texrite
    f. Sika Corp.; SikaTile 825 Epoxy Mortar and Grout
  2. Basis of Design: Texrite; Epoxyplus TS
  3. Water cleanable epoxy thin-set with 2-hour cleaning time.100% solid epoxy resins and hardeners, with non-sag additive included in unit .
  4. Provide product capable of withstanding continuous and intermittent exposure to temperatures of up to 140 degrees F and 212 degrees F (60 degrees C and 100 degrees C), respectively, and certified by manufacturer for intended use.
  5. Color number and name: Selected by Architect.

2.8 GROUT MATERIALS

A. Water-Cleanable Epoxy Grout: ANSI A118.3.
  1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
    a. Bostik, Inc.
    b. Custom Building Products.
    c. Laticrete International, Inc
    d. MAPEI Corporation; Kerapoxy CQ
    e. Texrite
    f. Sika Corp.; SikaTile 825 Epoxy Mortar & Grout
  2. Basis of Design: Texrite; EpoxyPlus
  3. Water cleanable grout with 2-hour cleaning time.100% solid epoxy resins and hardeners, with non-sag additive included in unit.

2.9 MISCELLANEOUS MATERIALS

A. Trowelable Underlayments and Patching Compounds: Latex-modified, Portland cement-based formulation provided or approved by manufacturer of tile-setting materials for installations indicated.
  1. Basis of Design: MAPEI Coproration; Mapecem Quickckpatch

B. Metal Edge Strips: Angle or L-shaped, height to match tile and setting-bed thickness, metallic or combination of metal and PVC or neoprene base, designed specifically for flooring applications; stainless-steel, ASTM A 666, 300 Series exposed-edge material.
  1. Manufacturers: Subject to compliance with requirements, provide products by the following:
  2. Basis-of-Design Product: Schluter Systems L.P.

C. Tile Cleaner: A neutral cleaner capable of removing soil and residue without harming tile and grout surfaces, specifically approved for materials and installations indicated by tile and grout manufacturers.

2.10    ELASTOMERIC SEALANTS

A.    General:  Provide sealants, primers, backer rods, and other sealant accessories that comply with the following requirements and with the applicable requirements in Division 07 Section "Joint Sealants" and that do not stain stone.
   1.    Use sealants that have a VOC content of 250 g/L or less when calculated according to 40 CFR 59, Subpart D.
   2.    Use primers, backer rods, and sealant accessories recommended by sealant manufacturer.

B.    Colors:  Provide colors of exposed sealants to match colors of grout in stone  adjoining sealed joints unless otherwise indicated.

C.    Multipart, Pourable Urethane Sealant for Use T:  ASTM C 920; Type M; Grade P; Class 25; Uses T, M, A, and, as applicable to joint substrates indicated, O.


**PART 3 - EXECUTION**

3.1    EXAMINATION

A.    Examine substrates, areas, and conditions where tile will be installed, with Installer present, for compliance with requirements for installation tolerances and other conditions affecting performance of the Work.
   1.    Verify that substrates for setting tile are firm; dry; clean; free of coatings that are incompatible with tile-setting materials, including curing compounds and other substances that contain soap, wax, oil, or silicone; and comply with flatness tolerances required by ANSI A108.01 for installations indicated.
   2.    Verify that concrete substrates for tile floors installed with thinset large and heavy tile mortar comply with surface finish requirements in ANSI A108.01 for installations indicated.
      a.    Verify that surfaces that received a steel trowel finish have been mechanically scarified.
      b.    Verify that protrusions, bumps, and ridges have been removed by sanding or grinding.
   3.    Verify that installation of grounds, anchors, recessed frames, electrical and mechanical units of work, and similar items located in or behind tile has been completed.
   4.    Verify that joints and cracks in tile substrates are coordinated with tile joint locations; if not coordinated, adjust joint locations in consultation with Architect.

B.    Proceed with installation only after unsatisfactory conditions have been corrected.

3.2    PREPARATION

A.    Fill cracks, holes, and depressions in concrete substrates for tile floors installed with  thinset or large  and heavy tile mortar with trowelable leveling and patching compound specifically recommended by tile-setting material manufacturer.

B.    Where indicated, prepare substrates to receive waterproofing by applying a reinforced mortar bed that complies with ANSI A108.1A and is sloped 1/4 inch per foot toward drains.

C.    Blending: For tile exhibiting color variations, verify that tile has been factory blended and packaged so tile units taken from one package show same range of colors as those taken from other packages and match approved Samples. If not factory blended, either return to manufacturer or blend tiles at Project site before installing.

3.3    CERAMIC TILE INSTALLATION

A.    Comply with TCNA's "Handbook for Ceramic, Glass, and Stone Tile Installation" for TCNA installation methods specified in tile installation schedules. Comply with parts of the ANSI A108 series "Specifications for Installation of Ceramic Tile" that are referenced in TCNA installation methods, specified in tile installation schedules, and apply to types of setting and grouting materials used.
   1.    For the following installations, follow procedures in the ANSI A108 series of tile installation standards for providing 95 percent mortar coverage:
      a.    Tile floors in wet areas.
      b.    Tile floors consisting of tiles 8 by 8 inches or larger.
      c.    Tile floors consisting of rib-backed tiles.

B.    Extend tile work into recesses and under or behind equipment and fixtures to form complete covering without interruptions unless otherwise indicated. Terminate work neatly at obstructions, edges, and corners without disrupting pattern or joint alignments.

C. Accurately form intersections and returns. Perform cutting and drilling of tile without marring visible surfaces. Carefully grind cut edges of tile abutting trim, finish, or built-in items for straight aligned joints. Fit tile closely to electrical outlets, piping, fixtures, and other penetrations so plates, collars, or covers overlap tile.

D. Provide manufacturer's standard trim shapes where necessary to eliminate exposed tile edges.

E. Where accent tile differs in thickness from field tile, vary setting-bed thickness so that tiles are flush.

F. Jointing Pattern: Lay tile in grid pattern unless otherwise indicated. Lay out tile work and center tile fields in both directions in each space or on each wall area. Lay out tile work to minimize the use of pieces that are less than half of a tile. Provide uniform joint widths unless otherwise indicated.
   1. For tile mounted in sheets, make joints between tile sheets same width as joints within tile sheets so joints between sheets are not apparent in finished work.
   2. Where adjoining tiles on floor, base, walls, or trim are specified or indicated to be same size, align joints.
   3. Where tiles are specified or indicated to be whole integer multiples of adjoining tiles on floor, base, walls, or trim, align joints unless otherwise indicated.

G. Lay out tile wainscots to dimensions indicated or to next full tile beyond dimensions indicated.

H. Expansion Joints: Provide expansion joints and other sealant-filled joints, including control, contraction, and isolation joints, as required. Form joints during installation of setting materials, mortar beds, and tile. Do not saw-cut joints after installing tiles.
   1. Where joints occur in concrete substrates, locate joints in tile surfaces directly above them.
   2. Joint Sealant: Color to match adjacent tile grout color.

I. Metal Edge Strips: Install where exposed edge of tile flooring meets carpet, wood, or other flooring that finishes flush with top of tile.

J. Grout Sealer: Apply grout sealer to cementitious grout joints in tile floors according to grout-sealer manufacturer's written instructions. As soon as grout sealer has penetrated grout joints, remove excess sealer and sealer from tile faces by wiping with soft cloth.

K. Install expansion and control joints in accordance with TCA method EJ171.

3.4 TILE BACKING PANEL INSTALLATION

A. Install panels and treat joints according to ANSI A108.11 and manufacturer's written instructions for type of application indicated. Use latex-Portland cement mortar for bonding material unless otherwise directed in manufacturer's written instructions.

3.5 WATERPROOFING INSTALLATION

A. Install waterproofing to comply with ANSI A108.13 and manufacturer's written instructions to produce waterproof membrane of uniform thickness that is bonded securely to substrate.

B. Allow waterproofing to cure and verify by testing that it is watertight before installing tile or setting materials over it.

3.6 CRACK ISOLATION MEMBRANE INSTALLATION

A. Install crack isolation membrane to comply with ANSI A108.17 and manufacturer's written instructions to produce membrane of uniform thickness that is bonded securely to substrate.

B. Allow crack isolation membrane to cure before installing tile or setting materials over it.

3.7 ADJUSTING AND CLEANING

A. Remove and replace tile that is damaged or that does not match adjoining tile. Provide new matching units, installed as specified and in a manner to eliminate evidence of replacement.

B.  Cleaning: On completion of placement and grouting, clean all ceramic tile surfaces so they are free of foreign matter.

1.  Remove grout residue from tile as soon as possible.

2.  Clean grout smears and haze from tile according to tile and grout manufacturer's written instructions but no sooner than 10 days after installation. Use only cleaners recommended by tile and grout manufacturers and only after determining that cleaners are safe to use by testing on samples of tile and other surfaces to be cleaned. Protect metal surfaces and plumbing fixtures from effects of cleaning. Flush surfaces with clean water before and after cleaning.

3.8  PROTECTION

A.  Protect installed tile work with kraft paper or other heavy covering during construction period to prevent staining, damage, and wear. If recommended by tile manufacturer, apply coat of neutral protective cleaner to completed tile walls and floors.

B.  Prohibit foot and wheel traffic from tiled floors for at least seven days after grouting is completed.

C.  Before final inspection, remove protective coverings and rinse neutral protective cleaner from tile surfaces.

3.9  TILE INSTALLATION SCHEDULE

A.  Refer to Architect's Tile Installation drawings.

**END OF SECTION 09 30 00**

## SECTION 09 81 16 - ACOUSTICAL BLANKET INSULATION

### PART 1 - GENERAL

1.1     SUMMARY

A.     Section Includes:
1.     Concealed building acoustical insulation.

1.2     ACTION SUBMITTALS

A.     Product Data:   For each type of product indicated.

1.3     QUALITY ASSURANCE

A.     Source Limitations:   Obtain each type of building insulation through one source.

B.     Fire-Test-Response Characteristics:   Provide insulation and related materials with the fire-test-response characteristics indicated, as determined by testing identical products per test method indicated below by UL or another testing and inspecting agency acceptable to authorities having jurisdiction.   Identify materials with appropriate markings of applicable testing and inspecting agency.
1.     Surface-Burning Characteristics:   ASTM E 84.
2.     Fire-Resistance Ratings:   ASTM E 119.
3.     Combustion Characteristics:   ASTM E 136.

1.4     DELIVERY, STORAGE, AND HANDLING

A.     Protect insulation materials from physical damage and from deterioration by moisture, soiling, and other sources.   Store inside and in a dry location.   Comply with manufacturer's written instructions for handling, storing, and protecting during installation.

### PART 2 - PRODUCTS

2.1     MANUFACTURERS

A.     Manufacturers:   Subject to compliance with requirements, provide products by one of the following:
1.     Glass-Fiber Insulation:
a.     CertainTeed Corporation.
b.     Cameron Ashely Building Products. .
c.     Johns Manville.
d.     Knauf Insulation.
e.     Owens Corning.
2.     Basis of Design: Knauf Insulation; EcoBatt with ECOSE

2.2     INSULATING MATERIALS

A.     General:   Provide insulating materials that comply with requirements and with referenced standards.
1.     Preformed Units:   Sizes to fit applications indicated; selected from manufacturer's standard thicknesses, widths, and lengths.

B.     Unfaced, Flexible Glass-Fiber Board Insulation (in walls and above ceilings):   ASTM C 665, Type I; with maximum flame-spread and smoke-developed indices of 25 and 50, respectively; and of the following properties:
1.     Combustion Characteristics:   Passes ASTM E 136.

C.     Thickness: As indicated on the Architect's Partition Type sheet.

## PART 3 - EXECUTION

### 3.1 EXAMINATION

A.  Examine substrates and conditions, with Installer present, for compliance with requirements for Sections in which substrates and related work are specified and other conditions affecting performance.

B.  Proceed with installation only after unsatisfactory conditions have been corrected.

### 3.2 PREPARATION

A.  Clean substrates of substances harmful to insulations or vapor retarders, including removing projections capable of puncturing vapor retarders or of interfering with insulation attachment.

### 3.3 INSTALLATION, GENERAL

A.  Comply with insulation manufacturer's written instructions applicable to products and application indicated.

B.  Install insulation that is undamaged, dry, and unsoiled and that has not been left exposed at any time to ice and snow.

C.  Extend insulation in thickness indicated to envelop entire area to be insulated.  Cut and fit tightly around obstructions and fill voids with insulation.  Remove projections that interfere with placement.

D.  Water-Piping Coordination:  If water piping is located on inside of insulated exterior walls, coordinate location of piping to ensure that it is placed on warm side of insulation and insulation encapsulates piping.

E.  Apply single layer of insulation to produce thickness indicated, unless multiple layers are otherwise shown or required to make up total thickness.

F.  Where glass-fiber blankets are indicated for sound attenuation above ceilings, install blanket insulation over entire ceiling area in thicknesses indicated.  Extend insulation 48 inches up either side of partitions.

### 3.4 INSTALLATION OF GENERAL BUILDING INSULATION

A.  Install blankets in cavities formed by framing members according to the following requirements:
1.  Use blanket widths and lengths that fill the cavities formed by framing members.  If more than one length is required to fill cavity, provide lengths that will produce a snug fit between ends.
2.  Place blankets in cavities formed by framing members to produce a friction fit between edges of insulation and adjoining framing members.
3.  For metal-framed wall cavities where cavity heights exceed 96 inches, support unfaced blankets mechanically and support faced blankets by taping stapling flanges to flanges of metal studs.

### 3.5 PROTECTION

A.  Protect installed insulation from damage due to harmful weather exposures, physical abuse, and other causes.  Provide temporary coverings or enclosures where insulation is subject to abuse and cannot be concealed and protected by permanent construction immediately after installation.

**END OF SECTION 09 81 16**

**SECTION 09 91 00 - PAINTING**


**PART 1 - GENERAL**

1.1     SUMMARY

   A.     Related Documents: General and Supplementary Conditions of the Contract, Division 01 General Requirements, and Drawings are applicable to this Section.

   B.     Section Includes:
       1.     Complete surface preparation and finishing for field application of coatings and requirements for field finishing mechanical and electrical equipment.
       2.     Examine specifications for various other trades and their provisions regarding their painting. Surfaces that are left unfinished by other sections of the specifications shall be painted or finished as a part of this Section.
       3.     Colors, including deep tones, will be selected by the Architect.   Number of colors to be used on job will be determined by Architect.

1.2     SURFACES NOT TO RECEIVE FIELD FINISHING

   A.     Do not paint copper, bronze, chrome plated items, nickel, stainless steel, Monel metal, lead, face brick, prefinished wall, ceiling, and floor coverings, items with factory applied final finish (except where exposed on roofs and in finished spaces), elevator shafts, crawl spaces, chases, and plenums above suspended ceilings unless otherwise specified or scheduled.

1.3     DEFINITIONS

   A.     Conform to ASTM D16 for interpretation of terms used in this Section.

1.4     QUALITY ASSURANCE

   A.     Product Manufacturer:  Company specializing in manufacturing quality paint and finish products with 3 years experience.

   B.     Applicator:   Company specializing in commercial painting and finishing with 2 years experience.

   C.     Product Labels:   Include manufacturer's name, type of paint, stock number, color and label analysis on label of containers.

1.5     REGULATORY REQUIREMENTS

   A.     Conform to applicable building code for flame spread/fuel contribution/smoke development rating requirements for finishes.

   B.     Comply with applicable city, county, state, and federal requirements and ordinances regarding maximum VOC (Volatile Organic Compound) content of all coatings.

1.6     TESTS

   A.     Provide periodic testing with Wet Film Thickness gage to verify that proper thickness of finish coatings are being applied.

1.7     SUBMITTALS

   A.     Provide product data describing physical performance criteria and composition on all finishing products.

   B.     Samples, 12 by 12 inches in size illustrating range of colors and textures selected for each surface finishing product scheduled.

1.8     DELIVERY, STORAGE, AND HANDLING

   A.     Deliver, store, and protect products under provisions of Division 1 section "Product Requirements"

   B.     Deliver products to site in sealed and labeled containers; inspect to verify acceptance.

C. Container labeling to include manufacturer's name, type of paint, brand name, brand code, coverage, surface preparation, drying time, cleanup, color designation, and instructions for mixing and reducing.

D. Store paint materials at minimum ambient temperature of 45 degrees F and a maximum of 90 degrees F, in well ventilated area, unless required otherwise by manufacturer's instructions.

E. Take precautionary measures to prevent fire hazards and spontaneous combustion.

1.9 ENVIRONMENTAL REQUIREMENTS

A. Do not apply materials when surface and ambient temperatures are outside the ranges required by paint manufacturer.

B. Provide continuous ventilation and heating facilities to maintain surface and ambient temperatures above 45 degrees F for 24 hours before, during, and 48 hours after application of finishes, unless required otherwise by manufacturer's instructions.

C. Do not apply exterior coatings during rain or snow, or when relative humidity is above 75 percent, unless required otherwise by manufacturer's instructions.

D. Minimum Application Temperatures for Latex Paints: 45 degrees F for interiors; 50 degrees F for exterior; unless required otherwise by manufacturer's instructions.

E. Minimum Application Temperature for Varnish and Finishes: 65 degrees F for interior or exterior, unless required otherwise by manufacturer's instructions.

F. Provide lighting level of 80 ft candles measured mid- height at substrate surface.

1.10 EXTRA STOCK

A. Provide a 5 gallon container of each color to Owner.

B. Label each container with color, color number, texture, and room locations, in addition to the manufacturer's label.

1.11 SCAFFOLDS AND PROTECTION

A. Provide adequate safe ladders, scaffolds, and stages necessary to complete work.

B. Protect completed finish and paint work, and protect adjacent finish surfaces from paint splatter, spills and stains. Use adequate drop cloths and masking procedures during progress of work.

1.12 PRECAUTIONS

A. Do not store paints, oils, thinners and other flammable items inside the building and shall be stored in approved containers when not in actual use during the painting job. The fire hazard shall be kept at a minimum.

B. Precaution shall be taken to protect the public and construction workers during the progress of the work.

C. Furnish a temporary fire extinguisher of suitable chemicals and capacity, located near flammable materials.


**PART 2 - PRODUCTS**

2.1 SUSTAINABILITY REQUIREMENTS

A. Low Emitting Requirements: Provide product that meets low emitting criteria listed in section 018113.02 – Sustainable Design Requirements.

2.2 MANUFACTURERS

A. Acceptable Manufacturers: Subject to compliance with requirements indicated, provide products of one of the following:
1. Benjamin Moore.
2. PPG Paints
3. Sherwin-Williams.

B.    Materials selected for coating systems for each type surface shall be product of a single manufacturer unless otherwise specified.   Secondary products such as linseed oil, turpentine and shellacs shall be first quality products of a reputable manufacturer.

2.3    MATERIALS

A.    Coatings:   Ready mixed. Process pigments to a soft paste consistency, capable of being readily and uniformly dispersed to a homogeneous coating with good flow and brushing properties; capable of drying or curing free of streaks or sags.

B.    Accessory Materials:   Linseed oil, shellac, turpentine, paint thinners and other materials not specifically indicated but required to achieve the finishes specified, of commercial quality.

C.    Patching Materials: Latex filler.

2.4    FINISHES

A.    Color and Sheen: As indicated on Architect's Master Schedule.


**PART 3 - EXECUTION**

3.1    EXAMINATION

A.    Verify that surfaces and substrate conditions are ready to receive work as instructed by the product manufacturer.

B.    Examine surfaces scheduled to be finished prior to commencement of work.   Report to Architect any condition that may potentially affect proper application.

C.    Measure moisture content of surfaces using an electronic moisture meter.   Do not apply finishes unless moisture content of surfaces are below the following maximums
       1.    Plaster and Gypsum Wallboard:   12 percent.
       2.    Masonry, Concrete, and Concrete Unit Masonry:   12 percent.
       3.    Interior Located Wood:   15 percent, measured in accordance with ASTM D2016.
       4.    Exterior Located Wood:   15 percent, measured in accordance with ASTM D2016.
       5.    Concrete Floors:   8 percent.

D.    Test shop applied primers for compatibility with subsequent cover materials.

E.    Beginning of installation means acceptance of existing surfaces and substrate.

3.2    PREPARATION

A.    Remove electrical plates, hardware, light fixture trim, and fittings prior to preparing surfaces or finishing.

B.    Correct minor defects and clean surfaces which affect work of this Section. Remove existing coatings which exhibit loose surface defects.

C.    Shellac and seal marks which may bleed through surface finishes.

D.    Impervious Surfaces:   Remove mildew by scrubbing with solution of tri-sodium phosphate and bleach. Rinse with clean water and allow surface to dry.

E.    Gypsum Board Surfaces:   Latex fill minor defects.   Spot prime defects after repair.

3.3    SURFACE PREPARATION OF PREVIOUSLY COATED SURFACES

A.    General:
       1.    Remove cracked and deteriorated sealants and calking.
       2.    Remove chalk deposits and loose, blistered, peeling, scaling, or crazed finish to bare base material or sound substrate by scraping and sanding.
       3.    Wash surfaces with solution of TSP to remove wax, oil, grease, and other foreign material; rinse, and allow to dry.   Exercise caution that TSP solution does not soften existing coating.
       4.    Abrade glossy surfaces by sanding or wiping with liquid de-glosser.
       5.    Remove mildew as specified above.

6. Test compatibility of existing coatings by applying new coating to small, inconspicuous area. If new coatings lift or blister existing coatings, request recommendation from Architect.

7. Apply specified primer to surfaces scheduled to receive coatings.

B. Gypsum Wallboard:

1. Fill cracks and voids with spackling compound.

2. Apply primer over bare surfaces and newly applied texture coatings.

## 3.4 PROTECTION

A. Protect elements surrounding the work of this Section from damage or disfiguration.

B. Repair damage to other surfaces caused by work of this Section.

C. Furnish drop cloths, shields, and protective methods to prevent spray or droppings from disfiguring other surfaces.

D. Remove empty paint containers from site.

## 3.5 APPLICATION

A. The intent of these Specifications is to produce the highest quality appearance of paint and finish surfaces. Employ skilled mechanics only. The proper preparation of all surfaces will be strictly enforced and wherever finished surfaces show any defects due to improper preparation, workmanship, etc., the defects shall be removed and the work refinished at the expense of the Contractor.

B. Apply products in accordance with manufacturer's instructions. Final finish coats shall have visual evidence of solid hiding and uniform appearance, and shall be free and smooth of brush marks, streaks, sags, runs, laps, or skipped areas.

C. Do not apply finishes to surfaces that are not dry.

D. Apply each coat to uniform finish and thickness.

E. Apply each coat of paint slightly darker than preceding coat unless otherwise approved.

F. Sand lightly between coats on wood and metal items to achieve required finish.

G. Allow applied coat to dry before next coat is applied.

H. Where clear finishes are required, tint fillers to match wood. Work fillers into the grain before set. Wipe excess from surface.

I. Prime back surfaces of interior and exterior woodwork scheduled to be painted with primer paint.

J. Prime back surfaces of interior woodwork scheduled to receive stain or varnish finish with gloss varnish reduced 25 percent with mineral spirits.

K. Edges of paint adjoining other materials or colors shall be sharp and clean with no overlapping.

## 3.6 FINISHING MECHANICAL AND ELECTRICAL EQUIPMENT

A. Paint all shop primed equipment. Paint shop prefinished items where exposed to view in finished spaces. In mechanical rooms, repair shop pre-finished coatings which have been scratched or otherwise damaged with identical touch-up paint. Sand prior to touching up as required.

B. Remove unfinished louvers, grilles, covers, and access panels on mechanical and electrical components and paint separately.

C. Paint all grilles, registers, diffusers, and speaker grilles to match adjacent wall and ceiling surfaces, except that factory pre-finished items need not be painted if installed in a suspended acoustical ceiling system where the acoustical panels match the mechanical or electrical item color.

D. In all finished spaces, prime and paint exposed pipes, conduit, boxes, ducts, hangers, brackets, collars and supports. Paint to match adjacent surfaces.

E. Repair or replace identification markings on mechanical or electrical equipment when painted accidentally.

F. Paint interior surfaces of air ducts and convectors that are visible through grilles and louvers with one coat of flat black paint, to limit of sight line. Paint dampers exposed behind louvers, grilles, and convector to match face panels.

G.    Paint all surfaces of plywood backboards for electrical and telephone equipment before installing equipment.

H.    Replace electrical plates, hardware, light fixture trim, and fittings removed prior to finishing.

I.    Paint exposed air handlers, roof ventilators, goose necks, exhaust fans and other items on the roof with 2 coats exterior enamel. Prepare surfaces in accordance with the base metal or primer as specified herein.

J.    Paint concrete support bases with gray floor deck enamel.

K.    Pipe hangers and other supports need not be painted except where installed in crawl spaces, where they shall be painted with a thick coat of asphaltic paint.

3.7    CLEANING/TOUCH-UP

A.    As Work proceeds, promptly remove paint where spilled, splashed, or spattered.

B.    During progress of Work maintain premises free of unnecessary accumulation of tools, equipment, surplus materials, and debris.

C.    Collect cotton waste, cloths, and material which may constitute a fire hazard, place in closed metal containers and remove daily from site.

D.    Spot painting will be allowed to correct soiled or damaged paint surfaces only when touch-up spot will blend into surrounding finish and is invisible to normal viewing (as determined by the Architect).  Otherwise, re-coat entire section to corners or to a visible stopping point.

3.8    V.O.C. (VOLATILE ORGANIC COMPOUND) COMPLIANCE

A.    Products listed in following schedule and/or substitutes proposed for use by Contractor must be formulated to meet all applicable ordinances and regulations regarding maximum V.O.C. content. Utilize products which have been specially formulated to need such requirements.

3.9    INTERIOR PAINT SCHEDULE

A.    Drywall (Gypsum):
    1.    Latex:
        a.    Benjamin Moore:
            1)    Primer: UltraSpec 500 Zero VOC Latex Primer.
            2)    Finish Coats: UltraSpec 500 Zero VOC Interior.
        b.    PPG:
            1)    Primer: One coat Speedhide latex sealer 6-2 primer
            2)    Finish Coats: Two coats Speedhide zero VOC latex
        c.    Sherwin-Williams:
            1)    Primer: One coat ProMar 200 Zero VOC Interior Latex Primer, B28W2600
            2)    Finish Coats:   Two coats ProMar 200 Zero VOC

B.    Drywall (Gypsum - High Traffic Corridors, Stairwells)
        a.    Benjamin Moore:
            1)    Primer: One coat HB-2100 Inslx High Build Primer.
            2)    Finish Coats: Two Coats Pre-Catalyzed WB Primer
        b.    Sherwin-Williams:
            1)    Primer: One coat High Build Latex Primer B28W8601
            2)    Finish Coats: Two coats Pro Industrial Pre-Catalyzed Waterbased Epoxy.

C.    Drywall (Gypsum – Wet Locations)
    1.    Epoxy
        a.    Sherwin-Williams:
            1)    Primer: One coat ProMar 200 Zero VOC Latex Primer, B28W02600
            2)    Finish Coats: Two coats Pro Industrial Water Based Catalyzed Epoxy B73 series.

**END OF SECTION**

## SECTION 10 28 00 - TOILET, BATH, AND CUSTODIAL ACCESSORIES

### PART 1 - GENERAL

1.1     RELATED DOCUMENTS

    A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

    A.     Section Includes:
       1.     Restroom accessories.
       2.     Shower accessories.
       3.     Underlavatory guards.

1.3     ACTION SUBMITTALS

    A.     Product Data: For each type of product indicated. Include the following:
       1.     Construction details and dimensions.
       2.     Anchoring and mounting requirements, including requirements for cutouts in other work and substrate preparation.
       3.     Material and finish descriptions.
       4.     Features that will be included for Project.
       5.     Manufacturer's warranty.

    B.     Product Schedule: Indicating types, quantities, sizes, and installation locations by room of each accessory required.
       1.     Identify locations using room designations indicated.
       2.     Identify products using designations indicated.

1.4     INFORMATIONAL SUBMITTALS

    A.     Warranty: Sample of special warranty.

1.5     CLOSEOUT SUBMITTALS

    A.     Maintenance Data: For toilet and bath accessories to include in maintenance manuals.

1.6     QUALITY ASSURANCE

    A.     Single Source Limitations: For products listed together in the same Part 2 articles, obtain products from single source from single manufacturer.

    B.     Inserts and Anchorages: Furnish accessory manufacturers' standard inserts and anchoring devices that must be set in concrete or built into masonry. Coordinate delivery with other Work to avoid delay.

1.7     COORDINATION

    A.     Coordinate accessory locations with other work to prevent interference with clearances required for access by people with disabilities, and for proper installation, adjustment, operation, cleaning, and servicing of accessories.

    B.     Deliver inserts and anchoring devices set into concrete or masonry as required to prevent delaying the Work.

1.8     WARRANTY

    A.     Special Mirror Warranty: Manufacturer's standard form in which manufacturer agrees to replace mirrors that develop visible silver spoilage defects and that fail in materials or workmanship within specified warranty period.
       1.     Warranty Period: 15 years from date of Substantial Completion.

**PART 2 - PRODUCTS**

2.1     MATERIALS

A.     Stainless Steel: ASTM A 666, Type 304, 0.031-inch minimum nominal thickness unless otherwise indicated.

B.     Steel Sheet: ASTM A 1008/A 1008M, Designation CS (cold rolled, commercial steel), 0.036-inch minimum nominal thickness.

C.     Galvanized-Steel Sheet: ASTM A 653/A 653M, with G60 hot-dip zinc coating.

D.     Galvanized-Steel Mounting Devices: ASTM A 153/A 153M, hot-dip galvanized after fabrication.

E.     Fasteners: Screws, bolts, and other devices of same material as accessory unit and tamper-and-theft resistant where exposed, and of galvanized steel where concealed.

F.     Mirrors: ASTM C 1503, Mirror Glazing Quality, clear-glass mirrors, nominal 6.0 mm thick.

G.     ABS Plastic: Acrylonitrile-butadiene-styrene resin formulation.

2.2     RESTROOM ACCESSORIES

A.     Basis-of-Design Product: Subject to compliance with requirements, provide product indicated on Drawings or comparable product by one of the following:
       1.     American Specialties, Inc.
       2.     Bobrick Washroom Equipment, Inc.
       3.     Bradley Corporation.
       4.     GAMCO
       5.     Georgia-Pacific LLC.

B.     Basis of Design:  Bobrick Washroom Equipment, Inc, accessories indicated on As scheduled on Drawings and Architect's Master Schedule.

2.3     SHOWER ACCESSORIES

A.     Manufacturers: Subject to compliance with requirements, provide products by one of the following:
       1.     American Specialties, Inc.
       2.     Bobrick Washroom Equipment, Inc.
       3.     Bradley Corporation.
       4.     GAMCO
       5.     Georgia-Pacific LLC.

B.     Basis of Design:  Bobrick Washroom Equipment, Inc, accessories indicated on Architect's Master Schedule.

2.4     UNDERLAVATORY GUARDS

A.     Basis-of-Design Product: Subject to compliance with requirements, provide product indicated on Drawings or comparable product by one of the following:
       1.     Truebro by IPS Corporation.

B.     Underlavatory Guard:
       1.     Description: Insulating pipe covering for supply and drain piping assemblies that prevent direct contact with and burns from piping; allow service access without removing coverings.
       2.     Material and Finish: Antimicrobial, molded plastic, white.

2.5     FABRICATION

A.     Names or labels are not permitted on exposed faces of toilet and bath accessory units.  On either interior surface not exposed to view or on back surface, provide identification of each accessory item either by a printed, waterproof label or a stamped nameplate indicating manufacturer's name and product model number.

B.     General: Fabricate units with tight seams and joints, and exposed edges rolled. Hang doors and access panels with full-length, continuous hinges. Equip units for concealed anchorage and with corrosion-resistant backing plates.

C. Keys: Provide universal keys for internal access to accessories for servicing and resupplying. Provide minimum of six keys to Owner's representative.

## PART 3 - EXECUTION

3.1 INSTALLATION

A. Installation shall meet or exceed all applicable federal, state and local requirements, referenced standards and conform to codes and ordinances of authorities having jurisdiction.

B. Install accessories according to manufacturers' written instructions, using fasteners appropriate to substrate indicated and recommended by unit manufacturer. Install units level, plumb, and firmly anchored in locations and at heights indicated.

C. Grab Bars: Install to withstand a downward load of at least 400 lbf, when tested according to ASTM F 446.

3.2 ADJUSTING AND CLEANING

A. Adjust accessories for unencumbered, smooth operation. Replace damaged or defective items.

B. Remove temporary labels and protective coatings.

C. Clean and polish exposed surfaces according to manufacturer's written recommendations.

**END OF SECTION 10 28 00**

**SECTION 12 36 62 – SOLID SURFACING MATERIAL**

**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

    A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

    A.     This Section includes solid surfacing for the following:
        1.     Lavatory tops
        2.     Custom Shower Pans/Shower Receptors
        3.     Shower and Tub Wall Panels
        4.     Shower Accessories and Trim Moldings

1.3     ACTION SUBMITTALS

    A.     Product Data:   For each type of product indicated.

    B.     Shop Drawings:  Show thickness, finish, layout, and anchorage details.  Indicate attachment methods, seams, joint treatments, and supports.
        1.     Show locations and sizes of cutouts and holes for plumbing fixtures, faucets, soap dispensers, and other items installed in countertops for architectural woodwork
        2.     Show seam locations.
        3.     Full-size details, edge details, attachments, etc
        4.     Locations and sizes of furring, blocking, including concealed blocking and reinforcement specified in other Sections

    C.     Samples for Verification:   For the following:
        1.     Solid surfacing materials, 6 inches square.

1.4     CLOSEOUT SUBMITTALS

    A.     Maintenance Data:   Submit manufacturer's recommended cleaning and maintenance procedures.

1.5     QUALITY ASSURANCE

    A.     Fabricator Qualifications:  Company specializing in fabricating engineered stone surfacing material with minimum 5 years experience.

    B.     Fire-Test-Response Characteristics:   Provide surfacing material with the following surface-burning characteristics (if required by code) as determined by testing identical products per ASTM E 84 by UL or another testing and inspecting agency acceptable to authorities having jurisdiction:
        1.     Class I per ASTM E-84 including:
            a.     Flame Spread:   25 or less.

1.6     PROJECT CONDITIONS

    A.     Field Measurements:  Where surfacing is indicated to fit to other construction, verify dimensions of other construction by field measurements before fabrication and indicate measurements on Shop Drawings. Coordinate fabrication schedule with construction progress to avoid delaying the Work.

1.7     WARRANTY

    A.     Manufacturer's 10 year warranty against defects in materials.  Warranty shall provide material and labor to repair or replace defective materials.  Damage caused by physical or chemical abuse or damage from excessive heat will not be warranted.

TAMU-01328

## PART 2 - PRODUCTS

2.1     SOLID SURFACING

A.     Acceptable Manufacturers and Products:  Subject to compliance with requirements, provide one of the following products:
1.     Inpro
2.     Wiltcher

B.     Basis of Design:  Refer to Master Schedule.

2.2     MATERIALS

A.     Solid Surfacing:  Nonporous surfacing material composed of a unique blend of natural minerals and high-performance acrylic meeting the following criteria:
1.     Wear and Cleanability: Passes per ASI Z124.3.
2.     Abrasion Resistance: No loss of pattern per NEMA LD3-3.01 and ANSI Z 124.3; weight loss, 1,000 cycles, 0.2 gm; wear, 10,000 cycles, 0.008 inches.
3.     Boiling Water Surface Resistance: No change per NEMA LD3-3.05.
4.     High Temperature Resistance: No change per NEMA LD3-3.06.
5.     Conductive Heat Resistance: No change per NEMA LD3-3.08.
6.     Impact Resistance, Notched Izod: 0.28 ft-lbs/in of notch per ASTM D 256, Method A.
7.     Impact Resistance, Ball Drop: 3/4 inch thick sheet, 36 inches with 1/2 pound ball, no failure per NEMA LD3-3.03.
8.     Stain Resistance: Passes, Rating-41, modified with additional stains used, per ANSI Z124.3.
9.     Weatherability: No change, 1000 hours, per ASTM D 1499.
10.    Fungi and Bacteria: No attack per ASTM G 21, G 22.
11.    Water Absorption: 3/4 inch sheet, 0.04 percent after 24 hours, 0.94 percent long term, per ASTM D 570.
12.    Flammability: Solid colors per ASTM E 84.
       a.     Flame Spread: Less than 5.
       b.     Smoke Developed: Less than 15.
       c.     Class Rating: 1.
13.    Thickness: 1/2 inch (12 mm) unless noted or scheduled otherwise.
14.    Colors and Sheen: Refer to Master Schedule.

2.3     MISCELLANEOUS MATERIALS

A.     Adhesives and Cements:   Non-staining, type as recommended by engineered stone manufacturer.
1.     Waterproof, permanent material which will not induce mildew and fungus growth.

B.     Joint Sealants:   Two part color matched polyester knife grade adhesive.

C.     Special Features:   Provide edge treatments as detailed in Drawings.

2.4     FABRICATION

A.     Assemble work at shop and deliver to job ready for installation.  Manufacture in largest practical lengths with seams in least conspicuous locations.

B.     Fabricate work square and to required lines.

C.     Recess and conceal fasteners, connections, and reinforcing.

D.     Design construction and installation details to allow for expansion and contraction of materials.  Properly frame material with tight, hairline joints held rigidly in place.

E.     Comply with adhesive manufacturer's recommendations for adhesive shelf life, pot life, working life, mixing, spreading, assembly time, time under pressure and ambient temperatures.

F.     Fabricate countertops with backsplash and side splashes to profiles indicated or detailed.

G.     Fabricate items to profiles shown with connections and supports as detailed or as required for proper installation per manufacturer's recommendations.

H. Provide cut-outs for plumbing fixtures and trim, washroom accessories, appliances, and related items. Confirm layout with manufacturer's cut-outs templates before beginning work. Round corners of cut-outs and sand edges smooth.

I. Do not exceed manufacturer's recommended unsupported overhang distances.

J. Finish exposed surfaces smooth and polish to a sheen indicated.

K. Radius corners and edges.

## PART 3 - EXECUTION

3.1 INSTALLATION

A. Install in accordance with manufacturer's printed instructions and approved shop drawings. Provide templates and rough-in measurements.

B. Install surfacing true in line and plane, level, rigid and solidly adhered to substrate.

C. Pre-fit items: Adjust supports to make fit. Align joints over support framing.
   1. Provide intermediate supports to that material will not span more than 3 feet in any direction.
   2. Cantilevers shall not exceed 12 inches without supplementary support.

D. Apply dabs of mastic on supports; place items on supports and attach.

E. Install with minimum number of joints practical, using full-length pieces from maximum lengths available. Cope at returns and square at corners to produce tight-fitting joints with full-surface contact throughout length of joint. Radius cutouts with minimum 3/8 inch corner radius.

F. Install splashes using adhesive. Apply adhesive to back surface only. Place thin bead of seam adhesive along edge where splashes seat.

3.2 TOLERANCES

A. Variation in Component Size: Plus or minus 1/8 inch over 10'-0" length.

B. Location of Openings: Plus or minus 1/8 inch from indicated location.

C. Install countertops level to within 1/8 inch in 10 feet.

D. Allow minimum 1/16 inch clearance between edges of countertops and adjacent walls.

E. Maximum Offset From True Position: 1/8 inch.

3.3 CLEANING

A. Clean and polish fabrications in accordance with manufacturer's instructions.

**END OF SECTION**

**SECTION 210055 - BASIC FIRE SUPPRESSION MATERIALS AND METHODS**

**PART 1 - GENERAL**

1.1     SUMMARY

A.      This Section includes the following basic Fire Suppression materials and methods to complement other Fire Suppression Sections.
1.      Piping materials and installation
2.      Escutcheons.
3.      Sleeves.
4.      Mechanical sleeve seals.
5.      Installation requirements common to equipment specification sections.
6.      Fire Suppression Piping and Equipment Demolition.
7.      Painting and finishing.

B.      Pipe and pipe fitting materials are specified in Plumbing piping system Sections, if applicable.

1.2     DEFINITIONS

A.      Finished Spaces:  Spaces other than mechanical and electrical equipment rooms, furred spaces, pipe and duct shafts, unheated spaces immediately below roof, spaces above ceilings, unexcavated spaces, crawl spaces, and tunnels.

B.      Exposed, Interior Installations:  Exposed to view indoors.  Examples include finished occupied spaces and mechanical equipment rooms.

C.      Exposed, Exterior Installations:  Exposed to view outdoors, or subject to outdoor ambient temperatures and weather conditions.  Examples include rooftop locations.

D.      Concealed, Interior Installations:  Concealed from view and protected from physical contact by building occupants.  Examples include above ceilings and in duct shafts.

E.      Concealed, Exterior Installations:  Concealed from view and protected from weather conditions and physical contact by building occupants, but subject to outdoor ambient temperatures.  Examples include installations within unheated shelters.

1.3     SUBMITTALS

A.      Product Data:  For escutcheon, sleeves, and mechanical sleeve seals.

1.4     QUALITY ASSURANCE

A.      Comply with ASME A13.1 for lettering size, length of color field, colors, and viewing angles of identification devices.

B.      Equipment Selection:  Equipment of higher electrical characteristics, physical dimensions, capacities, and ratings may be furnished provided such proposed equipment is approved in writing and connecting mechanical and electrical services, circuit breakers, conduit, motors, bases, and equipment spaces are increased.  Additional costs shall be approved in advance by appropriate Contract Modification for these increases.  If minimum energy ratings or efficiencies of equipment are specified, equipment must meet design and commissioning requirements.

1.5     DELIVERY, STORAGE, AND HANDLING

A.      Deliver pipes and tubes with factory-applied end caps.  Maintain end caps through shipping, storage, and handling to prevent pipe end damage and prevent entrance of dirt, debris, and moisture.

B.    Protect stored pipes and tubes from moisture and dirt.  Elevate above grade.  Do not exceed structural capacity of floor, if stored inside.

C.    Protect flanges, fittings, and piping specialties from moisture and dirt.


1.6    SEQUENCING AND SCHEDULING

A.    Coordinate Fire Suppression equipment installation with other building components.

B.    Arrange for pipe spaces, chases, slots, and openings in building structure during progress of construction to allow for plumbing installations.

C.    Coordinate installation of required supporting devices and set sleeves in poured-in-place concrete and other structural components, as they are constructed.

D.    Sequence, coordinate, and integrate installations of plumbing materials and equipment for efficient flow of the Work.  Coordinate installation of large equipment requiring positioning before closing in building.

E.    Coordinate connection of Fire Suppression systems with exterior underground and overhead utilities and services.  Comply with requirements of governing regulations, franchised service companies, and controlling agencies.

F.    Coordinate installation of identifying devices after completing covering and painting, if devices are applied to surfaces.  Install identifying devices before installing acoustical ceilings and similar concealment.


**PART 2 - PRODUCTS**


2.1    MANUFACTURERS

A.    Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
      1.    Mechanical Sleeve Seals:
            a.    Calpico, Inc.
            b.    Metraflex Co.
            c.    Thunderline/Link-Seal.


2.2    MECHANICAL SLEEVE SEALS

A.    Description:  Modular sealing element unit, designed for field assembly, used to fill annular space between pipe and sleeve.

      1.    Sealing Elements:  EPDM-rubber interlocking links shaped to fit surface of pipe.  Include type and number required for pipe materials and size of pipe.
      2.    Pressure Plates:  Stainless steel.
      3.    Connecting Bolts and Nuts:  Stainless steel of length required to secure pressure plates to sealing elements.


2.3    PIPING SPECIALTIES

A.    Sleeves:  The following materials are for wall, floor, slab, and roof penetrations:
      1.    Steel Sheet Metal:  16 gage, galvanized, round tube closed with welded longitudinal joint.
      2.    Steel Pipe:  ASTM A 53, Type E, Grade A, Schedule 40, galvanized, plain ends.
      3.    Sleeve Fasteners: Manufactured, steel clips for securement during pour. Equal to B-line, BD40, BE-5-8 or BE-9-12.

B.    Escutcheons:  Manufactured wall, ceiling, and floor plates; deep-pattern type if required to conceal protruding fittings and sleeves.
      1.    ID:  Closely fit around pipe, tube, and insulation of insulated piping.
      2.    OD:  Completely cover opening.

3.  Cast Brass:  One piece, with set screw.  (split face acceptable for existing piping)
    a.  Finish:  Polished chrome-plate.

## PART 3 - EXECUTION

3.1  PIPING SYSTEMS - COMMON REQUIREMENTS AND APPLICATIONS

A.  General:  Install piping as described below, unless piping Sections specify otherwise.  Individual piping Sections specify unique piping installation requirements.

B.  General Locations and Arrangements:  Drawing plans, schematics, and diagrams indicate general location and arrangement of piping systems.  Indicated locations and arrangements were used to size pipe and calculate friction loss, expansion, pump sizing, and other design considerations.  Install piping as indicated, unless deviations to layout are approved on Coordination Drawings.

C.  Install piping at indicated slope.

D.  Install components with pressure rating equal to or greater than system operating pressure.

E.  Install piping in concealed interior and exterior locations, except in equipment rooms and service areas.

F.  Install piping free of sags and bends.

G.  Install exposed interior and exterior piping at right angles or parallel to building walls.  Diagonal runs are prohibited, unless otherwise indicated.

H.  Install piping tight to slabs, beams, joists, columns, walls, and other building elements.  Allow sufficient space above removable ceiling panels to allow for ceiling panel removal.

I.  Install piping to allow application of insulation plus 1-inch clearance around insulation.

J.  Locate groups of pipes parallel to each other, spaced to permit valve servicing.

K.  Install fittings for changes in direction and branch connections.

L.  Install couplings according to manufacturer's written instructions.

N.  Fire-Barrier Penetrations:  Maintain indicated fire rating of walls, partitions, ceilings, and floors at pipe penetrations.  Seal pipe penetrations with firestop materials.  Comply with requirements in Specification Section "Penetration Firestopping" for firestop materials and installations.
    1.  Fire-stop all sleeves at floor penetrations of multistory buildings including underfloor penetrations.

3.2  ESCUTCHEON REQUIREMENTS

A.  Install escutcheons at pipe penetrations of walls, ceilings, and floors in finished areas.
    1.  Escutcheons for New Piping:
        a.  Piping exposed through floors and walls in finished areas:  One piece, cast brass with polished chrome-plated finish with set screw.  Deep escutcheons to be provided where standard depth will not fit.
        b.  Escutcheons shall cover entire hole penetration.
        c.  Escutcheon to be appropriately sized for pipe.
    2.  Escutcheons for Existing piping:
        a.  Piping exposed through floors and walls in finished areas:  Split plate, cast brass with polished chrome-plated finish with set screw.  Deep escutcheons to be provided where standard depth will not fit.
        b.  Escutcheons shall cover entire hole penetration.
        c.  Escutcheon to be appropriately sized for pipe.
    3.  Install escutcheons at wall, floor, and ceiling penetrations in exposed finished locations and within cabinets and millwork.  Use deep-pattern escutcheons if required to conceal protruding pipe fittings.

3.3     PIPE SLEEVE INSTALLATION REQUIREMENTS

A.     Sleeves are required for all through floor and wall penetrations.  Sleeves to be set and poured in place (in slab applications), secure all sleeves with fasteners. Sleeves to extend 2 inches past face of floor or wall.  Pipe sleeve in finished areas to be flush with wall or floor for installation of escutcheon. Install sleeves in new partitions, slabs, and walls as they are built.

B.     Pipe sleeves are required at all through wall and floor penetrations.

C.     Install sleeve materials according to the following applications:
1.     Sleeves for Piping Passing through Concrete Floor Slabs:  galvanized steel pipe.
2.     Sleeves for Piping Passing through Concrete Floor Slabs of Mechanical Equipment Areas or Other Wet Areas:  Galvanized-steel pipe sleeves.
    a.     Extend sleeves 2 inches above finished floor level.
    b.     For pipes penetrating floors with membrane waterproofing, extend cast-iron sleeve fittings below floor slab as required to secure clamping ring if ring is specified.  Secure flashing between clamping flanges.  Install section of cast-iron soil pipe to extend sleeve to 2 inches above finished floor level.  Comply with requirements in Division 07 Section "Sheet Metal Flashing and Trim" for flashing.
    c.     Sleeves for Piping Passing through Gypsum-Board Partitions:
        1)     Galvanized-steel pipe sleeves, or galvanized-steel sheet metal sleeve.
        2)     Exception:  Sleeves are not required for water supply tubes and waste pipes for individual plumbing fixtures if escutcheons will cover openings.
    d.     Sleeves for Piping Passing through Concrete Roof Slabs:  Reference Structural/Architectural details.
    e.     Sleeves for Piping Passing through Concrete Walls:
        1)     Galvanized-steel pipe sleeves.
        2)     Install sleeves that are large enough to provide 1-inch annular clear space between sleeve and pipe or pipe insulation when sleeve seals are used.

D.     Ratproofing: The open space around all piping, ductwork, etc. passing through the ground floor and/or exterior walls shall be ratproofed in a manner acceptable to the Owner's Representative.

E.     Mechanical sleeve seals
1.     Install sleeve seals in sleeves in exterior concrete walls at water-service piping entries into building.  Sleeves must be poured in place.  Installation of sleeves after wall is constructed is not acceptable.
2.     Select type and number of sealing elements required for pipe material and size.  Position pipe in center of sleeve.  Assemble sleeve seal components and install in annular space between pipe and sleeve.  Tighten bolts against pressure plates that cause sealing elements to expand and make watertight seal.
3.     For exterior wall penetrations below grade, seal annular space between sleeve and pipe using sleeve seals specified in this Section.
    a.     Install sleeves that are large enough to provide 1/4-inch annular clear space between sleeve and pipe or pipe insulation unless otherwise indicated. Seal annular space with water tight sealant (equal to NP-1). All sleeves and penetrations to maintain rating of wall/floor. Seal pipe penetrations with fire-stopping materials.

F.     Piping Connections:  Make connections according to the following, unless otherwise indicated:
1.     Install unions, in piping 2-inch NPS and smaller, adjacent to each valve and at final connection to each piece of equipment with 2-inch NPS or smaller threaded pipe connection.
2.     Install flanges, in piping 2-1/2-inch NPS and larger, adjacent to flanged valves and at final connection to each piece of equipment with flanged pipe connection.

3.4     EQUIPMENT INSTALLATION – COMMON REQUIREMENTS

A.     Install equipment to provide maximum possible headroom, if mounting heights are not indicated.

B.     Install equipment according to approved submittal data.  Portions of the Work are shown only in diagrammatic form.  Refer conflicts to Architect.

C.    Install equipment level and plumb, parallel and perpendicular to other building systems and components in exposed interior spaces, unless otherwise indicated.

D.    Install mechanical equipment to facilitate service, maintenance, and repair or replacement of components. Connect equipment for ease of disconnecting, with minimum interference to other installations.

E.    Install equipment giving right of way to piping installed at required slope.

3.5    PAINTING AND FINISHING

A.    Apply paint to exposed piping according to the following, unless otherwise indicated:
1.    Interior, Ferrous Piping: Use semigloss, acrylic-enamel finish. Include finish coat over enamel undercoat and primer.
2.    Interior, Galvanized-Steel Piping: Use semigloss, acrylic-enamel finish. Include two finish coats over galvanized metal primer.
3.    Interior, Ferrous Supports: Use semigloss, acrylic-enamel finish. Include finish coat over enamel undercoat and primer.
4.    Exterior, Ferrous Piping: Use semigloss, acrylic-enamel finish. Include two finish coats over rust-inhibitive metal primer.
5.    Exterior, Galvanized-Steel Piping: Use semigloss, acrylic-enamel finish. Include two finish coats over galvanized metal primer.
6.    Exterior, Ferrous Supports: Use semigloss, acrylic-enamel finish. Include two finish coats over rust-inhibitive metal primer.

B.    Do not paint piping specialties with factory-applied finish.

C.    Extend paint up to, not including, sprinkler heads.

D.    Damage and Touchup: Repair marred and damaged factory-painted finishes with materials and procedures to match original factory finish.

3.6    DEMOLITION

A.    Cut, channel, chase, and drill floors, walls, partitions, ceilings, and other surfaces necessary for Fire Suppression installations. Perform cutting by skilled mechanics of trades involved.

B.    Repair cut surfaces to match adjacent surfaces.

3.7    CUTTING AND PATCHING

A.    Disconnect, demolish, and remove Work specified in Fire Suppression Sections.

B.    If pipe or equipment to remain is damaged or disturbed, remove damaged portions and install new products of equal capacity and quality.

C.    Accessible Work: Remove indicated exposed pipe and ductwork in its entirety.

D.    Work Abandoned in Place: Cut and remove underground pipe a minimum of 2 inches beyond face of adjacent construction. Cap and patch surface to match existing finish.

E.    Removal: Remove indicated equipment from Project site.

F.    Temporary Disconnection: Remove, store, clean, reinstall, reconnect, and make operational equipment indicated for relocation.

**END OF SECTION**

**SECTION 210100 - SPECIAL CONDITIONS FOR ALL FIRE SUPPRESSION WORK**

**PART 1 - GENERAL**

1.1     DESCRIPTION OF WORK

A.      This section covers the general provisions of the fire suppression specifications applicable to the following systems:
1.      Fire Protection.

1.2     DRAWINGS

A.      These specifications are accompanied by drawings of the building and details of the installations showing the locations of equipment, piping, etc.  The drawings and these specifications are complementary to each other; requirements described in one or the other shall be considered binding as if described in both.

B.      If any departures from the drawings are deemed necessary by the Contractor, details of such departures and the reasons therefore shall be submitted to the Owner's Representative for approval.  No departures shall be made without prior written approval by the Owner's Representative.

C.      There are intricacies of construction which are impractical to specify or indicate in detail; means and methods for performing such work shall adhere to commonly accepted industry standards.

D.      It is the Contractor's responsibility to properly use all information found on the Architectural, Structural, Mechanical and Electrical drawings and applicable shop drawings where such information affects his work.

E.      For new buildings, all final dimensions shall be scaled from the drawings, unless otherwise noted. For work associated with existing buildings (renovations and additions), all final dimensions shall be field verified.

1.3     CONSTRUCTION REQUIREMENTS

A.      The architectural, civil, structural, electrical, plumbing, fire protection and Fire Suppression drawings, and specifications are all part of the Contract Documents.  In many instances there are details described another trade's drawings that are not necessarily included or referenced in the fire suppression drawings.  It is the Contractor's responsibility to review in detail all parts of the Contract Documents prior to submitting a bid.  Failure to comply with this requirement shall not relieve the Contractor of responsibility or be used as cause for additional compensation because architectural, structural, or electrical details were not included in the fire suppression drawings.

B.      It is the intent of the Contract Documents to provide complete and fully functional installation in every respect.  Material and/or construction details not specifically described in the Contract Documents, but commonly considered incidental to the industry, are required by the Contractor.

C.      The Contractor shall be responsible for fitting his material and apparatus into the building and shall carefully lay out his work at the site to conform to the structural conditions, to avoid all obstructions, to comply with Codes, to facilitate the work of other trades, to conform to the details of the installation supplied by the manufacturer of the equipment to be installed, and thereby to provide an integrated satisfactory operating installation.

D.      Final placement of serviceable equipment shall be carefully coordinated with all other trades to ensure sufficient clearance for maintenance according to manufacturer's recommendations.  Lubricating orifices and adjustable components shall be easily accessible.  Piping, conduit, valve stems, cabling and other building systems shall not interfere with service space.

E.      Location of Exposed Devices
1.      All exposed devices (sprinkler heads, fire risers, pumps, etcetera) shall be referenced to fixed data points that are coordinated with all trades; shall be located to present symmetrical arrangements with respect to the fixed data point; and shall facilitate the proper arrangements of acoustical ceiling tiles.

Fixed data points shall include such features as wall and ceiling lines, soffits, balanced border widths, masonry joints, etc. Devices located in acoustical ceiling tiles shall occur symmetrically in tile joints or in the centers of whole tiles. The final determination of the exact location of each outlet and the arrangements to be followed shall be acceptable to the Owner's Representative.

## 1.4 QUALIFICATIONS

A. Contractor must have minimum of five years experience installing fire suppression systems similar to those described in these Contract Documents.

B. Contractor must be licensed and hold a current contracting license that has been valid for a minimum of five years in the State of Texas.

C. Plan preparation shall be performed at minimum by RME-G.

D. Site Supervisor shall be RME-G.

E. Contractor must be able to bond work for payment and performance of work being bid. Contractor's bonding agency shall have a Best's insurance rating of A or A+.

## 1.5 MATERIAL AND EQUIPMENT REQUIREMENTS

A. Manufacturer's Instructions: The manufacturer's published instructions shall be followed for preparing, assembling, installing, erecting, and cleaning manufacturer materials or equipment, unless otherwise indicated. The Contractor shall promptly notify the Owner's Representative in writing of any conflict between the requirements of the Contract Documents and the manufacturer's direction and shall obtain the clarification of the Owner's Representative before proceeding with the work. Should the Contractor perform any such work that does not comply with the manufacturer's directions or such clarification by the Owner's Representative, he shall bear all costs arising in connection with the correction of the deficiencies.

B. Storage at Site: The Contractor shall not receive material or equipment at the jobsite until there is suitable space provided to properly protect equipment from rust, drip, humidity, and dust damage and from surrounding work.

C. Capacities shall be not less than those indicated and shall be such that no component or system becomes inoperative or is damaged because of startup or other overload conditions.

D. Conformance to Agency Requirements: Where materials or equipment are specified to be approved, listed, tested, or labeled by the Underwriters Laboratories, Inc., or constructed and/or tested in accordance with the standards of the American Society of Mechanical Engineers, the Contractor shall submit proof that the items furnished under this section of the specifications conform to such requirements. The label of Underwriters Laboratories, Inc. applied to the item will be acceptable as sufficient evidence that the items conform to such requirements. The ASME stamp or the AMCA label will be acceptable as sufficient evidence that the items conform to the respective requirements.

E. Nameplates: Each major component of equipment shall have the manufacturer's name, address, and model-identification number on a plate securely attached to the item of equipment. All data on nameplates shall be legible at the time of Final Inspection.

F. Prevention of Rust: Standard factory finish will be acceptable on equipment specified by model number; otherwise surfaces of ferrous metal shall be given a rust-inhibiting coating. The treatment shall withstand 200 hours in salt-spray fog test, in accordance with Method 6061 of Federal Standard No. 141. Immediately after completion of the test, the specimen shall show no signs of wrinkling or cracking and no signs of rust creepage beyond 1/8 inch on either side of the scratch mark. Where rust inhibitor coating is specified hereinafter, any treatment that will pass the above test is acceptable unless a specific coating is specified, except that coal tar or asphalt-type coatings will not be acceptable unless so stated for a specific item. Where steel is specified to be hot-dip galvanized, mill-galvanized sheet steel may be used provided all raw edges are painted with a zinc-pigmented paint conforming to Military Specification MIL-P-26915.

G.    Protection from Moving Parts:  Belts, pulleys, chains, gears, couplings, projecting setscrews, keys, and other rotating parts located so that any person can come in close proximity thereto, shall be fully enclosed or properly guarded.

H.    Drive Guards:  For machinery and equipment, provide guards as shown in AMCA 410 for belts, chains, couplings, pulleys, sheaves, shafts, gears, and other moving parts regardless of height above the floor. Drive guards may be excluded where motors and drives are inside factory-fabricated air handling units casings.  Guards shall be constructed of sheet steel, cast iron, expanded metal, or wire mesh rigidly secured so as to be removable without disassembling pipe duct or electrical connection to equipment. Provide a 1-inch diameter hole in each drive guard at each shaft center to allow access for speed measurement.

I.    Verifications of Dimensions: The Contractor shall be responsible for the coordination and proper relation of his work to the building structure and to the work of all trades.  The Contractor shall visit the premises and thoroughly familiarize himself with all details of the work and working conditions, to verify all dimensions in the field, and to advise the Owner's Representative of any discrepancy before performing any work. Adjustments to the work required in order to facilitate a coordinated installation shall be made at no additional cost to the Owner, Architect, or Engineer.

J.    Standard Products:  Materials and equipment to be provided shall be the standard catalog products of manufacturers regularly engaged in the manufacture of products conforming to these specifications, and shall essentially duplicate materials and equipment that have been in satisfactory use at least two years.

1.6    INSPECTION OF THE SITE

A.    The Contractor shall visit the site, verifying all existing items indicated on drawings and/or specified, and familiarize himself with the existing work conditions, hazards, grades, actual formations, soil conditions, structures, utilities, equipment, systems, facilities, and local requirements.  The submission of bids shall be deemed evidence of such visits.  All proposals shall take these existing conditions into consideration, and the lack of specific information shall not relieve the Contractor of any responsibility.

1.7    UTILITY LOCATIONS AND ELEVATIONS

A.    Locations and elevations of the various utilities included within the scope of this work have been obtained from substantially reliable sources and are offered separately from the Contract Documents, as a general guide only, without guarantee as to accuracy.  Examine the site, the locations, and availability of all utilities and services required for their relation to the work.  Verify the location of all existing site utilities with each responsible utility company or applicable party.  The Contractor shall repair all damage to existing utilities, whether indicated on the drawings or not, at his sole expense.

1.8    PERMITS, UTILITY CONNECTIONS, AND INSPECTIONS

A.    Permitting Fees: Contractor shall pay for all fees associated with permits required by municipal authorities having jurisdiction.

B.    Tapping and Impact Fees: Contractor shall pay for all fees associated with tapping into municipal utility mains, including domestic water.  Impact fees will be paid for by the Owner.

C.    Compliance: The Contractor shall comply in every respect with all requirements of local authorities having jurisdiction, including building inspections, fire marshal, local ordinances and codes, and utility company requirements.  In no case does this relieve the Contractor of the responsibility of complying with these specifications and drawings where specified conditions are of a higher quality than the requirements of the above-specified authorities.  Where requirements of the specifications and drawings are below the requirements of the above offices having jurisdiction, the Contractor shall make installations in compliance with the requirements of the above authorities.

D.    Utilities: The Contractor shall coordinate with the various utility companies involved in this project and shall provide required utility relocations, extensions, modifications, and/or changes (complete in all respects) as described in the Contract Documents.  Contractor shall verify the location of all existing utilities with the applicable Utility Company.  The Contractor shall be responsible for all damages to existing utilities, whether

indicated on drawings or not, and repair all damage to existing utilities as acceptable to the affected Utility Company.

E.    Certification:  Prior to final acceptance, the Contractor shall furnish a certificate of acceptance from the inspection departments having jurisdiction over the work for any and all work installed under this Contract. Any additional labor costs incurred as a result of a substitution shall be the Contractor's responsibility.

1.9    SUBSTITUTION OF MATERIALS AND EQUIPMENT

A.    No substitution of materials or equipment herein specified or called for on the drawings will be permitted, except by written permission of the Owner's Representative.  Where several makes of equipment or material are mentioned, any item named may be bid upon provided it meets space, capacity specifications, and other requirements.

1.10    SUBMITTALS

A.    Submittals for Review:
1.    As soon as practical or within 30 days after the date of contract award or notice to proceed, and before purchasing or starting installation of any materials or equipment, the Contractor shall submit for review sufficient material and equipment data to indicate that all requirements of the specifications have been met and samples shall be furnished when requested.  All manufacturer's data used as part of the submittal shall have all non-applicable features crossed out or deleted in a manner that will clearly indicate exactly what is to be furnished.
2.    Four (4) copies of the submittal list and detailed submittals (for the Owner's and A/E's use) shall be submitted to the Owner's Representative.  The Contractor is requested to include a minimum of three (3) additional copies for insertion in the project's Owner's Manuals at the completion of the project, and the number of additional copies the Contractor requires for his and his subcontractor's use during the project's construction.  The detailed submittals shall be accompanied by the same number of sets of pictorial and descriptive data derived from the manufacturer's catalogs and sales literature or incorporated in the shop drawings.  The Contractor may provide a detailed submittal on any item even though not required by the Owner's Representative.

B.    Format
1.    Submittals shall in pdf format.  The front sleeve shall have a cover sheet with the title "FIRE SUPPRESSION SUBMITTALS" centered in large print.  Below the title shall be the name of the project, the date, the project location, the name and address of the contractor, the name and address of the subcontractor and the name and address of the engineer(s) in smaller print.
2.    Provide a Table of Contents that summarizes the information being submitted according to specification section.
3.    Submittals shall be tab divided by specification section; **all sections** identified in the project specifications shall have a tab.  When no information is being provided concerning a particular specification section, insert a single dated sheet that explains the circumstances.

C.    Content:
1.    The Contractor shall prepare or cause to be prepared shop drawings, product data, materials and equipment lists, diagrams, data, samples, and other submittals as required by the contract documents, hereinafter referred to as "Submittal Data."  The Contractor shall review and approve all submittal data for compliance with the contract documents, manufacturer's recommendations, adequacy, clearances, code compliance, safety, and coordination with associated work.
2.    The Contractor shall submit approved submittal data to the Owner's Representative for review and comment as to general conformance with the design concept and general compliance with information given in the contract documents.  Owner's Representative's review shall not include review of quantities, dimensions, weights or gauges, fabrication processes, construction methods, coordination with other trades or work, or construction safety and precautions, all of which are the sole responsibility of the Contractor.
3.    The Contractor shall clearly and specifically identify and call to the attention of the Owner's Representative any deviation from the contract documents for which Owner acceptance is desired. The responsibility for such a deviation accepted by the Owner shall remain with the Contractor.
4.    Timeliness:  The burden of timeliness in the complete cycle of submittal data is on the Contractor. The Contractor shall allow a minimum of two (2) weeks' time frame for review of each submission by the Owner's Representative.  The Contractor is responsible for allowing sufficient time in the

construction schedule to cover the aforementioned cycles of data processing, including time for all re-submission cycles on nonconforming materials, equipment, etc. covered by the data submitted. Construction delays and/or lack of timeliness in the above regard are the responsibility of the Contractor and will not justify any request for scheduled construction time extensions or extra compensation.

5. Work performed in accordance with approved submittal data that is not in accordance with the Contract Documents and did not have the specific acceptance of the Owner's Representative shall be replaced at Contractor's cost.

D. Re-submittals
1. Re-submit entire submittal in accordance with afore mentioned format and content requirements. **Loose-leaf or piecemeal re-submittals are not acceptable.** New and/or revised data for each section shall be prefaced with a colored (yellow, pink, orange, etc) cover sheet that identifies (in a word or two) the materials and/or equipment being re-submitted. Typeset the words "REVISED SUBMITTAL NO. 1 (or 2, 3 as applicable)" centered at the bottom of the cover sheet.
2. Subsequent re-submittals (second and third, if necessary) shall have different colored cover sheets to distinguish between the various re-submittals.
3. Include a cover letter at front of binder that specifically responds to each "REVISE AND RE-SUBMIT COMMENT" or "REJECTED" comment by number. Example responses would include the following:
    a. RESPONSE: "Please see attached re-submittal."
    b. RESPONSE: "Will be re-submitted at a later date."
    c. RESPONSE: "Requirement for (xxxxxx) was deleted in Addendum No. 2."
    d. RESPONSE: "Exception requested based on Section xx, Paragraph x.x.x."

E. These paragraphs related to Fire Suppression submittal data supersede any conflicting requirements contained in Division 01 sections.

## 1.11 ACCEPTANCE OF MATERIALS AND EQUIPMENT

A. All equipment installed on this project shall have **local (within 125 miles)** representation, local factory-authorized service, and a local stock of repair parts. This requirement is essential and will be strictly reviewed by the Owner's Representative prior to concurrence with the Contractor's approval for all submittals covered by Fire Suppression sections of this Specification.

B. NOTICE: The Contractor is responsible for providing materials and equipment that conform to the requirements of the project manual in every respect unless a deviation has been "accepted" in writing. Removal of any nonconforming materials and equipment and the replacement with conforming materials and equipment shall be at the Contractor's sole expense, regardless of when nonconformance was discovered.

C. Approval of materials and equipment shall be based on manufacturer's published data and shall be tentatively subject to the submission of complete shop drawings which comply with the contract documents. Approval is also dependent upon the existence of adequate and acceptable clearances for entry, servicing, and maintenance.

D. Approval of materials and equipment under this provision shall not be construed as authorizing any deviations from the specifications unless the attention of the Owner's Representative has been directed in writing to the specific deviations. Data submitted shall not contain unrelated information unless all pertinent information is properly identified.

E. Physical Size of Equipment: Space is critical; therefore, equipment of larger sizes than shown, even though of approved manufacturer, will not be acceptable unless it can be demonstrated that ample space exists for proper installation, operation, and maintenance.

## 1.12 SHOP DRAWINGS

A. As soon as practicable after the award of contract and approval of materials and equipment, but prior to installation, complete and detailed shop drawings of the Fire Suppression System shall be submitted for review and comment. The following systems are to be coordinated on the Shop Drawings:
1. Equipment arrangements.
2. Duct layouts.

3. Piping layouts.
4. Cable Tray.
5. Sprinkler locations.
6. Other details as directed by the Owner's Representative. Composite drawings of areas requiring coordination between trades shall be provided and expedited to eliminate conflicts and to ensure maximum cooperation and work progress.

B. Work performed without benefit of reviewed and approved shop drawings **will not be recommended for payment by the Engineer** until such time as the shop drawings are submitted, reviewed, and approved. Any work performed without the benefit of reviewed and approved shop drawings may require removal, relocation, and/or replacement at the Contractor's sole expense in order to resolve conflicts between the various systems and provide the performance specified.

C. All installation of equipment, fixtures, terminal devices, etc. shall be made in accordance with approved composite shop drawings. The Contractor shall modify installation and relocate installed work to provide code clearances, service access, and eliminate conflict with other systems.

D. Submit approved shop drawings in pdf format.

E. Shop drawing submittal shall be approved by the AHJ.

## 1.13 SITE OBSERVATION

A. Site observation by the Architect, Engineer, and/or Owner's Representative is for the express purpose of verifying compliance by the Contractor with the contract documents, and shall not be construed as construction supervision nor indication of approval of the manner or location in which the work is being performed as being a safe practice or place.

## 1.14 SUPERVISION

A. In addition to the Superintendent required under the conditions of the contract, each subcontractor shall keep a competent superintendent or foreman on the job at all times.

B. It shall be the responsibility of each superintendent to study all plans and familiarize himself with the work to be done by other trades. He shall coordinate his work with other trades and, before material is fabricated or installed, make sure that his work will not cause an interference with another trade. Where interferences are encountered, they shall be resolved at the jobsite by the superintendents involved. Where interferences cannot be resolved without major changes to the plans, the matter shall be referred to the Owner's Representative for comments.

## 1.15 OPERATION PRIOR TO COMPLETION

A. When any piece of mechanical equipment is operable and it is to the advantage of the Contractor to operate the equipment, he may do so, providing that he properly supervises the operation and has the written permission of the Owner's Representative to do so. The warranty period shall not commence, however, until such time as the equipment is operated for the beneficial use of the Owner or date of substantial completion, whichever occurs first.

B. Regardless of whether or not the equipment has or has not been operated, the Contractor shall properly clean the equipment, properly adjust, and complete all deficiency list items before final acceptance by the Owner. The date of acceptance and the start of the warranty may not be the same date.

C. Final inspection and testing shall be witnessed by AHJ or their authorized representative.

## 1.16 MANUFACTURER'S RECOMMENDATIONS

A. The manufacturer's published directions shall be followed in the delivery, storage, protection, installation, piping, and wiring of all equipment and material. The Contractor shall promptly notify the Owner's Representative, in writing, of any conflict between the requirements of the contract documents and the manufacturer's directions, and shall obtain the Owner's Representative's comments before proceeding with

the work. Should the Contractor perform any such work that does not comply with the manufacturer's directions or applicable comments from the Owner's Representative, he shall bear all costs arising in connection with the correction of such deficiencies.

1.17    CHECKING AND TESTING MATERIALS AND/OR EQUIPMENT

A.    Before final acceptance of the work, an authorized representative of the manufacturer of the installed materials and/or equipment shall personally inspect the installation and operation of his materials and/or equipment to determine that it is properly installed and in proper operating order. Testing and checking shall be accomplished during the course of the work where required by work being concealed, and at the completion of the work otherwise. In addition, the Contractor shall submit to the Owner's Representative a signed statement from each representative certifying as follows:
1.    "I certify that the materials and/or equipment listed below have been personally inspected by the undersigned authorized manufacturer's representative and is properly installed and operating in accordance with the manufacturer's recommendations and are asbestos free."

1.18    OPERATING AND MAINTENANCE INSTRUCTION

A.    The Contractor shall prepare for the owner's manual hereinafter specified complete sets of operating and maintenance instructions, system piping, valving, control and interlock diagrams, manuals, parts lists, etc. for each item of equipment. These are to be assembled as hereinafter specified for owner's manual.

B.    In addition, the Contractor shall provide the service of a competent engineer or a technician acceptable to the Owner's Representative to instruct a representative of the Owner in the complete and detailed operation of all equipment and systems. These instructions shall be provided for a period of sufficient duration to fully accomplish the desired results. Upon completion of these instructions, a letter of release will be required, acknowledged by the Owner, stating the dates of instruction and personnel to whom instructions were given.

C.    Additional diagrams, operating instructions, etc. shall be provided as specified hereinafter in the other sections of these specifications.

1.19    MATERIAL AND EQUIPMENT SCHEDULES

A.    Contractor shall refer to both drawings and specification for schedules. Where reference is made to items "scheduled on drawings" or "scheduled in specifications," same shall include schedules contained in both the drawings and the specifications. The Contractor's attention is directed to the various specification sections and drawings for schedules.

1.20    APPLICABLE CODES AND STANDARDS

A.    The installation shall meet the minimum standards prescribed in the latest editions of the following listed codes and standards, which are made a part of these specifications, except as may be hereinafter specifically modified in these specifications and associated drawings.
1.    National Fire Protection Association Standards (NFPA):
NFPA 10 - Portable Fire Extinguishers
NFPA 13 – Standard for the installation of sprinkler systems.
NFPA 54 - National Fuel and Gas Code
NFPA 70 - National Electrical Code
NFPA 90A - Air Conditioning Systems
NFPA 101 - Life Safety Code
NFPA 255 - Method of Test of Surface Burning Characteristics of Building Materials
2.    American National Standards Institute (ANSI):
15-78 - Safety Code for Mechanical Refrigeration
C.2 - 1984 National Electrical Safety Code
A117.1 - Handicapped Code
3.    American Society of Mechanical Engineers (ASME): Section IV, V, CSD-1
4.    American Water Works Association (AWWA): All applicable manuals and standards.
5.    American Society of Testing Materials (ASTM): All applicable manuals and standards.

6.    National Electrical Manufacturers' Association (NEMA): All applicable manuals and standards.
7.    Occupational Safety and Health ACT (OSHA):
National Sanitation Foundation - Standard No. 2
8.    American Society of Heating, Refrigeration, and Air conditioning Engineers (ASHRAE):
90-80 Energy Conservation in New Building Design
2001 ASHRAE Handbook of Fundamentals
9.    Americans with Disabilities Act, 1990
10.   American Gas Association (AGA)
11.   Underwriters Laboratories, Inc. (UL)
12.   Manufacturer's Standardization Society of the Valve and Fitting Industry (MSS)
13.   Applicable State Building Codes (International Building Codes, as amended):
14.   Applicable State Mechanical Code (International Mechanical Code, as amended).
15.   Applicable State Plumbing Code (International Plumbing Code, as amended).
16.   Applicable State Energy Code (International Energy Conservation Code, as amended).

B.    All materials and workmanship shall comply with all applicable city, state, and national codes, specifications, and industry standards. All materials shall be listed by the Underwriters Laboratories, Inc. as conforming to its standards and so labeled in every case where such a standard has been established for the particular type of material in question.

C.    The contract documents are intended to comply with the aforementioned rules and regulations; however, some discrepancies may occur. Where such discrepancies occur, the Contractor shall immediately notify the Owner's Representative in writing of said discrepancies and apply for an interpretation. Should the discovery and notification occur after the execution of a contract, any additional work required for compliance with said regulations shall be paid for as covered by Division 1 of these contract documents, providing no work or fabrication of materials has been accomplished in a manner of noncompliance. Should the Contractor fabricate and/or install materials and/or workmanship in such a manner that does not comply with the applicable codes, rules, and regulations, the Contractor who performed such work shall bear all costs arising in correcting these deficiencies to comply with said rules and regulations.

## 1.21    DEFINITIONS

A.    Refer to the condition of the contract for Division 1 for additional requirements regarding definitions.

B.    Where "as required" or "as necessary" is used in these specifications or on the drawings, it shall mean "that situations exist that are not necessarily described in detail or indicated that may cause the Contractor certain complications in performing the work described or indicated. These complications entail the normal coordination activities expected of the Contractor where multiple trades are involved and new or existing construction causes deviations to otherwise simplistic approaches to the work to be performed. The term shall not be interpreted to permit an option on the part of the Contractor to achieve the end result."

C.    Where "and/or" is used in these specifications or on the drawings, it shall mean "that situations exist where either one or both conditions occur or are required and shall not be interpreted to permit an option on the part of the Contractor.

## 1.22    FINAL INSPECTION

A.    Refer to Division 1 for additional requirements for final inspection.

B.    It shall be the responsibility of the Contractor to personally conduct a careful inspection, assuring himself that the work on the project is ready for final acceptance and developing his own "punch lists," before calling upon the Owner's Representative to make a final inspection. Failure of the Contractor to conduct such inspections and provide the Owner's Representative with a copy of his "punch lists" prior to the final inspection shall be adequate cause for the Owner's Representative to cancel any Contractor-requested final inspection.

C.    In order not to delay final acceptance of the work, the Contractor shall conduct his own "final inspections" prior to requesting the Owner's Representative to "final" the project; will have all necessary bonds, guarantees, receipts, affidavits, etc. called for in the various articles of this specification prepared and signed in advance; and together with a letter of transmittal listing each paper included, shall deliver the same to the Owner's Representative at or before the time of said final inspection. The Contractor is

cautioned to check over each bond, receipt, etc. before preparing same for submission to see that the terms check with the requirements of the specifications.

D.     The final inspection will be made jointly by the AHJ or their approved representative.

1.23     REQUIREMENTS FOR FINAL ACCEPTANCE

A.     Requirements for final acceptance shall include but not be limited to the Contractor accomplishing the following:
1.     Construction:  Complete all construction.
2.     Deficiency Lists:  Correct all deficiencies listed at time of Substantial Completion.
3.     Owner's Manual:  Submit at least 30 days prior to final acceptance on (1) copy of the owner's manual for the Owner's Representative's review and comments.  Following acceptance, prepare three (3) copies of bound and indexed owner's manual, to be delivered at the time of final acceptance, which shall include but not be limited to the following:
   a.     System operating instructions.
   b.     System control drawings.
   c.     System interlock drawings.
   d.     System maintenance instructions.
   e.     Manufacturers', suppliers', and subcontractors' names, addresses, and telephone numbers, both local representatives and manufacturers' service headquarters.
   f.     Equipment operating and maintenance instructions and parts lists.
   g.     Manufacturer's certifications (see Checking and Testing Materials and/or Equipment, this section).
   h.     Contractor's warranty.
   i.     Acceptance certificates of authorities having jurisdiction.
   j.     Log of all tests made during course of work.
   k.     Owner's acknowledgment of receipt of instruction, enumerating items in owner's manual.
   l.     List of manufacturers' guarantees executed by the Contractor.
   m.     Certified performance curves.
   n.     Owner's acknowledgment of items of equipment or accessories indicated or specified to be turned over to Owner.
4.     Instructions:
   a.     Verbal, as herein specified.
   b.     Posted, framed under glass or plastic laminated:
      1)     System operating instructions.
      2)     System control drawings.
      3)     System interlock drawings.
5.     Record Drawings: Deliver the specified record drawings to the Owner's Representative.

1.24     RECORD DRAWINGS

A.     The Contractor shall maintain a set of contract drawings (black-line prints) at the jobsite on which he shall indicate the installed (as-built) locations.

B.     Drawings shall be used for construction reference and shall not leave the field office of the jobsite.

C.     Drawings shall include all addenda, ASI's, Change Orders, and existing conditions and equipment that are not reflected in the original contract drawings.

D.     Upon completion of work, the Contractor shall obtain CAD files of the contract drawings from the Owner's Representative and transfer the above as-built information into these files.  The as-built files shall be permanently marked "RECORD DRAWINGS" and printed on full-size Mylar sheets. Upon completion, the CAD files shall be transferred to CD in AutoCAD 2010 format.  Both the CAD files CD and Mylar drawings shall be submitted to the Owner's Representative as part of the Close-out Submittals.

E.     Refer to Division 1 paragraph entitled "Record Documents" for additional requirements.

1.25     ALTERNATE PROPOSALS

A. Alternate proposals are summarized in Division 1 and on the bid proposal form. Refer to all sections of the specifications and the drawings to determine the exact extent and scope of the various alternate proposals as each pertains to the work of the various trades.

1.26    WARRANTY

A. General: All work performed (including equipment and materials furnished) under the various sections of these specifications shall be 100% warranted, for a period of one (1) year from the date of final acceptance thereof, against defective materials, design, and unauthorized substitution. Upon receipt of note of failure of any part of the guaranteed equipment and/or facilities during the guaranty period, the affected part(s) or facilities shall be replaced promptly with new parts, etc. by and at the expense of the Contractor. Further, the Contractor shall properly obtain, execute, and forward any and all manufacturer's warranties on equipment furnished under the Contract. Refer to Division 1 for additional requirements.

B. Extended Period: The Contractor shall provide all extended time warranties available from the manufacturer of the equipment provided as standard at no additional cost. This includes all extended warranties where specified with certain equipment as directed in other sections of this Specification.

## PART 2 - PRODUCTS

2.1    MATERIALS AND WORKMANSHIP

A. All materials, unless otherwise specified, shall be current United States manufacture, new, free from all defects, and of the best quality. Foreign goods specifically approved for use by the Owner's Representative prior to bidding may be furnished.

B. Materials and equipment shall be installed in accordance with the manufacturer's recommendations and the best standard practice for the type of work involved. All work shall be executed by mechanics skilled in their respective trades, and the installations shall present a neat, precise appearance.

C. The responsibility for the furnishing and installation of the proper fire suppression equipment and/or material as intended rests entirely upon the Contractor. The Contractor shall request advice and supervisory assistance from the representative of specific manufacturers during the installation.

2.2    FLAME SPREAD AND SMOKE DEVELOPED PROPERTIES OF MATERIALS

A. All materials in concealed locations, including any above-ceiling area, shall have a flame spread rating not over 25 without evidence of continued progressive combustion and a smoke developed rating no higher than 50. Flame spread and smoke developed ratings shall be in accordance with NFPA Standard No. 255.

2.3    FIRE AND SMOKE PARTITION, WALL, AND/OR FLOOR PENETRATIONS

A. Pipe, conduit, etc. shall pass through fire- or smoke-rated floors, partitions, walls, or other barriers within a UL-listed assembly which shall maintain the rating of the applicable wall, floor, partition, or barrier.

B. The Contractor shall review the architectural and structural drawings and determine the location of the fire-rated building elements. Where these elements are penetrated, UL-listed fire-rated penetration assemblies approved by the local authority shall be provided in accordance with the manufacturer's instructions to obtain the required rating.

2.4    FOUNDATIONS / HOUSEKEEPING PADS

A. General: All special foundations and supports required for the proper installation of equipment and pipe shall be provided as hereinafter specified and under the section of the specifications covering the equipment, unless otherwise indicated on the drawings.

B. All equipment shall receive concrete housekeeping pads unless otherwise noted. Equipment to be receive pads are to include (but not limited to): air compressors, fire pumps, etc.

C.  Concrete foundations for the support of equipment such as floor-mounted pumps, equipment, etc. shall be not less than 5 1/2 inches high and not less than 4 inches larger (in both directions) than supported unit, unless otherwise noted and shall be poured in forms built of new dressed lumber. All corners of the foundations shall be neatly chaffered by means of sheet metal or triangular wood strips nailed to the form. Pads shall not be laid out directly against walls or structures. 2 inches shall be left available for pad form work. Foundation bolts shall be placed in the forms when the concrete is poured, the bolts being correctly located by means of templates. Allow 1 inch below the equipment bases for alignment and grouting (where applicable). Foundations for equipment located on the exterior of the building shall be provided as indicated. Foundations shall be constructed in accordance with approved shop drawings and shall be reinforced with #4 bars at 12 inches on center both ways (minimum).

2.5     FLOOR AND CEILING PLATES

A.  Except as otherwise noted, provide one-piece chrome-plated brass floor and ceiling plates (or escutcheons) around all pipes, conduits, etc. passing through walls, floors, or ceilings in any spaces, except underfloor and attic spaces. Plates shall be sized to fit snugly against the outside of the pipe or against the outside of insulation on lines which are insulated, and positively secured to such pipe or insulation. Plates will not be required for piping where pipe sleeves extend ¾ of an inch above finish floor and are concealed. Plates shall be one piece.

**PART 3 - EXECUTION**

3.1     SPACE AND EQUIPMENT ARRANGEMENT

A.  The size of equipment indicated on the drawings is based on the dimensions of a particular manufacturer. While other manufacturers will be acceptable, it is the responsibility of the Contractor to determine whether the equipment he proposes to furnish will fit in the space. Shop drawings shall be prepared when required by the Owner's Representative to indicate a suitable arrangement.

B.  All equipment shall be installed in a manner to permit access to all surfaces.

3.2     PROTECTION

A.  The Contractor shall take such precautions as may be necessary to properly protect all materials and equipment from damage from the time of delivery until the completion of work. This shall include the erection of all required temporary shelters and supports to adequately protect any items stored in the open on the site from the weather, the ground and surrounding work; the cribbing of any items above the floor of the construction; and the covering of items in the uncompleted building with tarpaulins or other protective covering. Failure on the part of the Contractor to comply with the above will be sufficient cause for the rejection of the items in question.

B.  The Contractor shall protect existing facilities, the work of others, and the premises from any and all damages that may be made possible by the execution of work.

C.  Equipment and materials shall be protected from rust both before and after installation. Any equipment or materials found in a rusty condition at the time of final inspection must be cleaned of rust and repainted as specified elsewhere in these specifications.

3.3     COOPERATION BETWEEN TRADES AND WITH OTHER CONTRACTORS

A.  Each trade, subcontractor, and/or Contractor must work in harmony with the various trades, subcontractors, and/or Contractors on the job as may be required to facilitate the progress to the best advantage of the job as a whole. Each trade, subcontractor, and/or Contractor must pursue its work promptly and carefully so as not to delay the general progress of the job. This Contractor shall work in harmony with Contractors working under other contracts on the premises.

B.  It shall be the responsibility of each trade to cooperate fully with the other trades on the job to help keep the jobsite in a clean and safe condition. At the end of each day's work, each trade shall properly store all of its

tools, equipment, and materials and shall clean its debris from the job. Upon the completion of the job, each trade shall immediately remove all of its tools, equipment, any surplus materials, and all debris caused by its portion of the work.

3.4     PRECEDENCE OF MATERIALS AND COORDINATION OF WORK

A.     These specifications and the accompanying drawings are intended to cover systems which will not interfere with the structural design of the building, which will fit into the several available spaces, and which will ensure complete and satisfactory systems. Each subcontractor and/or trade shall be responsible for the proper fitting of his material and apparatus into the building.

B.     The work of the various trades shall be performed in the most direct and workmanlike manner without hindering or handicapping the work of other trades. Piping interferences shall be handled by giving precedence to pipe lines which require a stated grade for proper operation. Where space requirements conflict, the following order or precedence shall, in general, be observed:
    1.     Building lines.
    2.     Structural members.
    3.     Light fixtures.
    4.     Soil and drain piping.
    5.     Condensate drains.
    6.     Vent piping.
    7.     Supply, return, and outside air ductwork.
    8.     Exhaust ductwork.
    9.     HVAC water and steam piping.
    10.    Steam condensate piping.
    11.    Fire protection piping.
    12.    Natural gas piping.
    13.    Domestic water (cold and hot).
    14.    Refrigerant piping.
    15.    Electrical conduit.

C.     The light fixture grid layout as indicated on the drawings must be maintained. This Contractor shall refer to all light fixture plans and details indicated on the drawings and shall coordinate the location of dampers, supply grilles, return air grilles, sprinkler heads, etc. with the location of the light fixtures to assure proper access to all items in a manner acceptable to the Owner's Representative.

3.5     CONNECTIONS FOR OTHERS

A.     After the equipment is set in place, this Contractor shall make all final connections and shall provide all required pipe, fittings, valves, traps, connectors, etc.

B.     Provide all air gap fittings required, using materials hereinbefore specified. In each water line serving an item of equipment or piece of machinery, provide a shutoff valve.

C.     Provide all transition pieces, etc. required for a complete installation of equipment provided by others.

3.6     INSTALLATION METHODS

A.     Where to Conceal: All pipes and conduits shall be concealed in pipe chases, walls, furred spaces, below suspended floors, or above the ceilings of the building unless otherwise indicated.

B.     Where to Expose: In mechanical rooms, janitor's closets tight against pan soffits in exposed Tee structures, or storage spaces, but only where necessary, piping and conduit may be run exposed. All exposed piping and conduit shall be run in the neatest, most inconspicuous manner, and parallel or perpendicular to the building lines. All exposed piping to be coordinated with Architect.

C.     Support: All piping and conduit shall be adequately and properly supported from the building structure by means of hanger rods or clamps to walls as herein specified.

D.   Maintaining Clearance:  Where limited space is available above the ceilings and below concrete beams or other deep projections, pipe and conduit shall be sleeved through the projection where it crosses, rather than hung below them, in a manner to provide maximum above-floor clearance.  Sleeves shall be as herein specified.  Approval shall be obtained from the Owner's Representative for each penetration.

E.   All pipe, conduits, etc. shall be cut accurately to measurements established at the building and shall be worked into place without springing or forcing.  All pipes, and conduits run exposed in machinery and equipment rooms shall be installed parallel to the building lines, except that they shall be sloped to obtain the proper pitch.  Piping run in furred ceilings, etc. shall be similarly installed, except as otherwise shown.  Conduits in furred ceilings and in other concealed spaces may be run at angles to the construction but shall be neatly grouped and racked indicating good workmanship.  All conduit and pipe openings shall be kept closed until the systems are closed with final connections.

F.   Special Requirements:
1.   There shall be no pipe joints nearer than 12 inches to a wall, ceiling, or floor penetration unless pipe joint is a welded or mechanically-coupled-type joint.
2.   The Contractor shall study all construction documents and carefully lay out all work in advance of fabrication and erection in order to meet the requirements of the extremely limited spaces.  Where conflicts occur, the Contractor shall meet with all involved trades and the Owner's Representative and resolve the conflict prior to erection of any work in the area involved.
3.   Prior to the installation of any ceiling material, gypsum, plaster, or acoustical board, the Contractor shall notify the Owner's Representative so that arrangements can be made for an inspection of the above-ceiling area about to be "sealed off."  The Contractor shall give as much advance notice as possible up to five (5) working days, but in no case less than three (3) working days.
4.   The purpose of this inspection is to verify the completeness and quality of the installation of the air conditioning systems, the plumbing systems, and any other special above-ceiling systems such as pneumatic tube.  The ceiling supports (tee bar or lath) should be in place so that access panel and light fixture locations are identifiable and so that clearances and access provisions may be evaluated.
5.   No ceiling material shall be installed until the deficiencies listed from this inspection have been corrected to the satisfaction of the Owner's Representative.

3.7   TESTS AND INSPECTIONS

A.   General:  The Contractor shall make all tests deemed necessary by the inspection departments of the authority having jurisdiction (AHJ is defined as the Texas A&M University System Fire Protection Manager and the Texas A&M university San Antonio Department of Environmental Health and Safety), Board of Underwriters, etc.  He shall provide all equipment, materials, and labor for making such tests.  Fuel and electrical energy for system operational tests following beneficial occupancy by the Owner will be paid for by the Owner.

B.   Other:  Additional tests specified hereinafter under the various specification sections shall be made.

C.   Notification:  The Owner's Representative shall be notified at his office 36 hours prior to each test and other specifications requirements requiring action on the part of the Owner, Architect, Engineer, and/or Owner's Representative.

D.   Test Logs:  All tests which the Contractor conducts shall have pertinent data logged by the Contractor at the time of testing.  Data shall include date, time, personnel, description and extent of system tested, test conditions, test results, specified results, and any other pertinent data.  Data shall be delivered to the Owner's Representative as specified under "Requirements for Final Acceptance.  Prior to final inspection and testing, contractor shall fill out checklist and sign as required by the Texas A&M University System.

E.   Inspections:  In general, an inspection by the Owner's Representative shall be required prior to closing up any work and prior to beneficial occupancy or final project completion.  The closing up of work includes, but is not limited to, pipe and conduit installations prior to backfilling; mechanical, electrical, and fire protection work prior to placement of concrete; or closing up walls and overhead mechanical, electrical, and fire protection work prior to installation of the ceiling.

3.8   DISCHARGE OF WASTES FROM CONSTRUCTION SITE

A.    The Contractor shall comply with all applicable provisions of local, state, and federal laws regarding the discharge of wastes into sewer and waterways.  Special caution shall be exercised to prevent the discharge of wastes which contain oil, tar, asphalt, roofing compound, kerosene, gasoline, paint, mud, cement, lime, or other materials which would degrade the water quality of the receiving water course.  The Contractor shall construct and maintain oil interceptors, settling basins, acid neutralization tanks, and/or other effective pollution countermeasures, as required by the Texas Water Quality Board.

**END OF SECTION**

**SECTION 210513 - COMMON WORK RESULTS FOR FIRE SUPPRESSION**

**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

    A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

    A.     This Section includes the following:
        1.     Piping materials and installation instructions.
        2.     Mechanical sleeve seals.
        3.     Sleeves.
        4.     Escutcheons.
        5.     Grout.
        6.     Fire-suppression equipment and piping demolition.
        7.     Equipment installation requirements common to equipment sections.
        8.     Painting and finishing.
        9.     Concrete bases.
       10.    Supports and anchorages.

1.3     DEFINITIONS

    A.     Finished Spaces:  Spaces other than mechanical and electrical equipment rooms, furred spaces, pipe chases, unheated spaces immediately below roof, spaces above ceilings, unexcavated spaces, crawlspaces, and tunnels.

    B.     Exposed, Interior Installations:  Exposed to view indoors.  Examples include finished occupied spaces and mechanical equipment rooms.

    C.     Exposed, Exterior Installations:  Exposed to view outdoors or subject to outdoor ambient temperatures and weather conditions.  Examples include rooftop locations.

    D.     Concealed, Interior Installations:  Concealed from view and protected from physical contact by building occupants.  Examples include above ceilings and in chases.

    E.     Concealed, Exterior Installations:  Concealed from view and protected from weather conditions and physical contact by building occupants but subject to outdoor ambient temperatures.  Examples include installations within unheated shelters.

    F.     The following are industry abbreviations for plastic materials:
        1.     CPVC:  Chlorinated polyvinyl chloride plastic.

    G.     The following are industry abbreviations for rubber materials:
        1.     EPDM:  Ethylene-propylene-diene terpolymer rubber.
        2.     NBR:  Acrylonitrile-butadiene rubber.

1.4     SUBMITTALS

    A.     Product Data:  For the following:
        1.     Mechanical sleeve seals.
        2.     Escutcheons.

B.    Welding certificates.


1.5    QUALITY ASSURANCE

A.    Steel Support Welding:  Qualify processes and operators according to AWS D1.1, "Structural Welding Code--Steel."

B.    Steel Pipe Welding:  Qualify processes and operators according to ASME Boiler and Pressure Vessel Code:  Section IX, "Welding and Brazing Qualifications."
   1.    Comply with provisions in ASME B31 Series, "Code for Pressure Piping."
   2.    Certify that each welder has passed AWS qualification tests for welding processes involved and that certification is current.

C.    Electrical Characteristics for Fire-Suppression Equipment:  Equipment of higher electrical characteristics may be furnished provided such proposed equipment is approved in writing and connecting electrical services, circuit breakers, and conduit sizes are appropriately modified.  If minimum energy ratings or efficiencies are specified, equipment shall comply with requirements.


1.6    DELIVERY, STORAGE, AND HANDLING

A.    Deliver pipes and tubes with factory-applied end caps.  Maintain end caps through shipping, storage, and handling to prevent pipe end damage and to prevent entrance of dirt, debris, and moisture.


1.7    COORDINATION

A.    Arrange for pipe spaces, chases, slots, and openings in building structure during progress of construction, to allow for fire-suppression installations.

B.    Coordinate installation of required supporting devices and set sleeves in poured-in-place concrete and other structural components as they are constructed.

C.    Coordinate requirements for access panels and doors for fire-suppression items requiring access that are concealed behind finished surfaces.  Access panels and doors are specified in Division 08 Section "Access Doors and Frames."


**PART 2 - PRODUCTS**


2.1    MANUFACTURERS

A.    In other Part 2 articles where subparagraph titles below introduce lists, the following requirements apply for product selection:
   1.    Available Manufacturers:  Subject to compliance with requirements, manufacturers offering products that may be incorporated into the Work include, but are not limited to, the manufacturers specified.
   2.    Manufacturers:  Subject to compliance with requirements, provide products by the manufacturers specified.


2.2    PIPE, TUBE, AND FITTINGS

A.    Refer to individual Fire Suppression Sections for pipe, tube, and fitting materials and joining methods.

B.    Pipe Threads:  ASME B1.20.1 for factory-threaded pipe and pipe fittings.

2.3     JOINING MATERIALS

A.      Refer to individual Fire Suppression Sections for joining materials not listed below.


2.4     MECHANICAL SLEEVE SEALS

A.      Description:  Modular sealing element unit, designed for field assembly, to fill annular space between pipe and sleeve.
    1.      Manufacturers:
            a.      Advance Products & Systems, Inc.
            b.      Calpico, Inc.
            c.      Metraflex Co.
            d.      Pipeline Seal and Insulator, Inc.
    2.      Sealing Elements:  EPDM interlocking links shaped to fit surface of pipe.  Include type and number required for pipe material and size of pipe.
    3.      Pressure Plates:  Carbon steel.  Include two for each sealing element.
    4.      Connecting Bolts and Nuts:  Carbon steel with corrosion-resistant coating of length required to secure pressure plates to sealing elements.  Include one for each sealing element.


2.5     SLEEVES

A.      Galvanized-Steel Sheet:  0.0239-inch minimum thickness; round tube closed with welded longitudinal joint.

B.      Steel Pipe:  ASTM A 53, Type E, Grade B, Schedule 40, galvanized, plain ends.

C.      Cast Iron:  Cast or fabricated "wall pipe" equivalent to ductile-iron pressure pipe, with plain ends and integral waterstop, unless otherwise indicated.

D.      Stack Sleeve Fittings:  Manufactured, cast-iron sleeve with integral clamping flange.  Include clamping ring and bolts and nuts for membrane flashing.
    1.      Underdeck Clamp:  Clamping ring with set screws.

E.      Molded PVC:  Permanent, with nailing flange for attaching to wooden forms.

F.      PVC Pipe:  ASTM D 1785, Schedule 40.

G.      Molded PE:  Reusable, PE, tapered-cup shaped and smooth-outer surface with nailing flange for attaching to wooden forms.


2.6     ESCUTCHEONS

A.      Description: Manufactured wall and ceiling escutcheons and floor plates, with an ID to closely fit around pipe, tube, and insulation of insulated piping and an OD that completely covers opening.

B.      One-Piece, Deep-Pattern Type:  Deep-drawn, box-shaped brass with polished chrome-plated finish.

C.      One-Piece, Cast-Brass Type:  With set screw.
    1.      Finish:  Polished chrome-plated.

D.      Split-Casting, Cast-Brass Type:  With concealed hinge and set screw.
    1.      Finish: Polished chrome-plated.

E.      One-Piece, Stamped-Steel Type:  With set screw and chrome-plated finish.

F.      Split-Plate, Stamped-Steel Type:  With concealed hinge, spring clips, and chrome-plated finish.

G. One-Piece, Floor-Plate Type: Cast-iron floor plate.

H. Split-Casting, Floor-Plate Type: Cast brass with concealed hinge and set screw.

2.7 GROUT

A. Description: ASTM C 1107, Grade B, nonshrink and nonmetallic, dry hydraulic-cement grout.
   1. Characteristics: Post-hardening, volume-adjusting, nonstaining, noncorrosive, nongaseous, and recommended for interior and exterior applications.
   2. Design Mix: 5000-psi, 28-day compressive strength.
   3. Packaging: Premixed and factory packaged.

**PART 3 - EXECUTION**

3.1 PIPING SYSTEMS - COMMON REQUIREMENTS

A. Install piping according to the following requirements and Division 21 Sections specifying piping systems.

B. Drawing plans, schematics, and diagrams indicate general location and arrangement of piping systems. Indicated locations and arrangements were used to size pipe and calculate friction loss, expansion, pump sizing, and other design considerations. Install piping as indicated unless deviations to layout are approved on Coordination Drawings.

C. Install piping in concealed locations, unless otherwise indicated and except in equipment rooms and service areas.

D. Install piping indicated to be exposed and piping in equipment rooms and service areas at right angles or parallel to building walls. Diagonal runs are prohibited unless specifically indicated otherwise.

E. Install piping above accessible ceilings to allow sufficient space for ceiling panel removal.

F. Install piping to permit valve servicing.

G. Install piping at indicated slopes.

H. Install piping free of sags and bends.

I. Install fittings for changes in direction and branch connections.

J. Install piping to allow application of insulation.

K. Select system components with pressure rating equal to or greater than system operating pressure.

L. Install escutcheons for penetrations of walls, ceilings, and floors according to the following:
   1. New Piping:
      a. Piping with Fitting or Sleeve Protruding from Wall: One-piece, deep-pattern type.
      b. Chrome-Plated Piping: One-piece, cast-brass type with polished chrome-plated finish.
      c. Insulated Piping: One-piece, stamped-steel type with spring clips.
      d. Bare Piping at Wall and Floor Penetrations in Finished Spaces: One-piece, cast-brass type with polished chrome-plated finish.
      e. Bare Piping at Wall and Floor Penetrations in Finished Spaces: One-piece, stamped-steel type.
      f. Bare Piping at Ceiling Penetrations in Finished Spaces: One-piece, cast-brass type with polished chrome-plated finish.
      g. Bare Piping at Ceiling Penetrations in Finished Spaces: One-piece, stamped-steel type and set screw.

      h.     Bare Piping in Unfinished Service Spaces: One-piece, cast-brass type with polished chrome-plated finish.

      i.     Bare Piping in Unfinished Service Spaces: One-piece, stamped-steel type with concealed.

      j.     Bare Piping in Equipment Rooms: One-piece, cast-brass type.

      k.     Bare Piping in Equipment Rooms: One-piece, stamped-steel type with set screw.

      l.     Bare Piping at Floor Penetrations in Equipment Rooms: One-piece, floor-plate type.

M.    Sleeves are not required for core-drilled holes.

N.    Permanent sleeves are not required for holes formed by removable PE sleeves.

O.    Install sleeves for pipes passing through concrete and masonry walls and concrete floor and roof slabs.

P.    Install sleeves for pipes passing through concrete and masonry walls, gypsum-board partitions, and concrete floor and roof slabs.

    1.    Cut sleeves to length for mounting flush with both surfaces.

      a.    Exception: Extend sleeves installed in floors of mechanical equipment areas or other wet areas 2 inches above finished floor level. Extend cast-iron sleeve fittings below floor slab as required to secure clamping ring if ring is specified.

    2.    Install sleeves in new walls and slabs as new walls and slabs are constructed.

    3.    Install sleeves that are large enough to provide 1/4-inch annular clear space between sleeve and pipe or pipe insulation. Use the following sleeve materials:

      a.    Steel Pipe Sleeves: For pipes smaller than NPS 6.

      b.    Steel Sheet Sleeves: For pipes NPS 6 and larger, penetrating gypsum-board partitions.

      c.    Stack Sleeve Fittings: For pipes penetrating floors with membrane waterproofing. Secure flashing between clamping flanges. Install section of cast-iron soil pipe to extend sleeve to 2 inches above finished floor level. Refer to Specification Section "Sheet Metal Flashing and Trim" for flashing.

         1)    Seal space outside of sleeve fittings with grout.

    4.    Except for underground wall penetrations, seal annular space between sleeve and pipe or pipe insulation, using joint sealants appropriate for size, depth, and location of joint. Refer to Specification Section "Joint Sealants" for materials and installation.

Q.    Aboveground, Exterior-Wall Pipe Penetrations: Seal penetrations using sleeves and mechanical sleeve seals. Select sleeve size to allow for 1-inch annular clear space between pipe and sleeve for installing mechanical sleeve seals.

    1.    Install steel pipe for sleeves smaller than 6 inches in diameter.

    2.    Install cast-iron "wall pipes" for sleeves 6 inches and larger in diameter.

    3.    Mechanical Sleeve Seal Installation: Select type and number of sealing elements required for pipe material and size. Position pipe in center of sleeve. Assemble mechanical sleeve seals and install in annular space between pipe and sleeve. Tighten bolts against pressure plates that cause sealing elements to expand and make watertight seal.

R.    Underground, Exterior-Wall Pipe Penetrations: Install cast-iron "wall pipes" for sleeves. Seal pipe penetrations using mechanical sleeve seals. Select sleeve size to allow for 1-inch annular clear space between pipe and sleeve for installing mechanical sleeve seals.

    1.    Mechanical Sleeve Seal Installation: Select type and number of sealing elements required for pipe material and size. Position pipe in center of sleeve. Assemble mechanical sleeve seals and install in annular space between pipe and sleeve. Tighten bolts against pressure plates that cause sealing elements to expand and make watertight seal.

S.    Fire-Barrier Penetrations: Maintain indicated fire rating of walls, partitions, ceilings, and floors at pipe penetrations. Seal pipe penetrations with firestop materials. Refer to Specification Section "Penetration Firestopping" for materials.

T.    Verify final equipment locations for roughing-in.

U.    Refer to equipment specifications in other Sections of these Specifications for roughing-in requirements.

3.2     PAINTING

A.      Painting of fire-suppression systems, equipment, and components is specified in Specification Sections "Interior Painting" and "Exterior Painting."

B.      Damage and Touchup: Repair marred and damaged factory-painted finishes with materials and procedures to match original factory finish.

C.      Sprinkler heads are **not** to be painted.

3.3     CONCRETE BASES

A.      Concrete Bases: Anchor equipment to concrete base according to equipment manufacturer's written instructions and according to seismic codes at Project.

1.      Construct concrete bases of dimensions indicated, but not less than 4 inches larger in both directions than supported unit.
2.      Install dowel rods to connect concrete base to concrete floor. Unless otherwise indicated, install dowel rods on 18-inch centers around the full perimeter of the base.
3.      Install epoxy-coated anchor bolts for supported equipment that extend through concrete base, and anchor into structural concrete floor.
4.      Place and secure anchorage devices. Use supported equipment manufacturer's setting drawings, templates, diagrams, instructions, and directions furnished with items to be embedded.
5.      Install anchor bolts to elevations required for proper attachment to supported equipment.
6.      Install anchor bolts according to anchor-bolt manufacturer's written instructions.
7.      Use 3000-psi, 28-day compressive-strength concrete and reinforcement as specified in Division 03.

3.4     ERECTION OF METAL SUPPORTS AND ANCHORAGES

A.      Refer to Specification Section "Metal Fabrications" for structural steel.

B.      Cut, fit, and place miscellaneous metal supports accurately in location, alignment, and elevation to support and anchor fire-suppression materials and equipment.

C.      Field Welding: Comply with AWS D1.1.

3.5     GROUTING

A.      Mix and install grout for fire-suppression equipment base bearing surfaces, pump and other equipment base plates, and anchors.

B.      Clean surfaces that will come into contact with grout.

C.      Provide forms as required for placement of grout.

D.      Avoid air entrapment during placement of grout.

E.      Place grout, completely filling equipment bases.

F.      Place grout on concrete bases and provide smooth bearing surface for equipment.

G.      Place grout around anchors.

H.      Cure placed grout.

**END OF SECTION**

**SECTION 211313 - FIRE SUPPRESSION PIPING WET-PIPE SPRINKLER SYSTEM**

**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

A.      Drawings and general provision of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2     SUMMARY

A.      This Section includes the following fire-suppression piping system(s) inside the building. See other specification sections for additional systems requirements.
1.      Wet-pipe sprinkler systems.

B.      Related Sections include the following:
1.      Specification Section "Fire Alarm" for alarm devices not specified in this Section.
2.      Specification Section "Basic Fire Protection Materials and Methods."
3.      Specification Section "Special Conditions for all Fire Suppression Work."

C.      Scope of Work: Install a complete wet-pipe fire sprinkler system **Per NFPA**.

1.3     DEFINITIONS

A.      High-Pressure Piping System: Fire-suppression piping system designed to operate at working pressure high than standard 175 psig.

B.      Underground Service-Entrance Piping: Underground service piping below the building.

C.      AHJ: Texas A&M University System Fire Protection System Fire Protection Manager and the Texas A&M University San Antonio Department of Environmental Health and Safety.

1.4     SYSTEM DESCRIPTION

A.      Wet-Pipe Sprinkler System: Automatic sprinklers are attached to piping containing water and that is connected to water supply. Water discharges immediately from sprinklers when they are opened. Sprinklers open when heat melts fusible link or destroys frangible device. Hose connections are included if indicated.

1.5     PERFORMANCE REQUIREMENTS

A.      Standard Piping System Component Working Pressure: Listed for at least 175 psig.

B.      Fire-suppression sprinkler system design shall be approved for authorities having jurisdiction.
1.      Margin of Safety for Available Water Flow and Pressure: 10 percent, including losses through water-service piping; valves, and backflow preventers.
2.      Sprinkler Occupancy Hazard Classifications:
a.      Building Service Areas: Ordinary Hazard, Group 1.
b.      Electrical Equipment Rooms: Ordinary Hazard, Group 1.
c.      General Storage Areas: Ordinary Hazard, Group 1.
d.      Mechanical Equipment Rooms: Ordinary Hazard, Group 1.
e.      Office and Public Areas: Light Hazard.
3.      Minimum Density for Automatic-Sprinkler Piping Design:
a.      Light-Hazard Occupancy: 0.10 gpm over 1500-sq.ft. (6.3 mL/s over 139-sq. m) area.

        b.      Ordinary-hazard, Group 1 Occupancy: 0.15 gpm over 1500-sq. ft. (9.5 mL/s over 139-sq. m) area.

    4.    Total Combined Hose-Stream Demand Requirement: According to NFPA 13, unless otherwise indicated:

        a.      Light-Hazard Occupancies: 100 gpm (6.3 L/s) for 30 minutes.

        b.      Ordinary-Hazard Occupancies: 250 gpm (15.75 L/s) for 60 to 90 minutes.

    5.    Standpipe System:

        a.      Class I, Automatic Wet.

## 1.6 SUBMITTALS

A. Product Data: For the following: **All products must be UL and/or FMG**

1. Piping materials, including dielectric fittings and sprinkler specialty fittings.
2. Pipe hangers and supports.
3. Valves, including listed fire-protection valves, unlisted general-duty valves, and specialty valves and trim.
4. Sprinklers, escutcheons, and guards. Include sprinkler flow characteristics, mounting, finish, and other pertinent data.
5. Hose connections, including size, type, and finish.
6. Hose stations, including size, type, and finish of hose connections; type and length of fire hoses; finish of fire hose couplings; type, material, and finish of nozzles; and finish of rack.
7. Alarm devices, including electrical data.

B. Shop Drawings: Diagram power, signal, and control wiring.

C. Fire-hydrant flow test report.

D. Approved Sprinkler Piping Drawings: Working Plans, prepared according to NFPA 13, that have been approved by authorities having jurisdiction, including hydraulic calculations.

E. Field Test Reports and Certificates: Indicate and interpret test results for compliance with performance requirements and as described in NFPA 13. Include "Contractor's Material and Test Certificate for Aboveground Piping" and "contractor's Material and Test Certificate for Underground Piping."

F. Welding certificates.

G. Field quality-control test reports.

H. Operation and Maintenance Data: For sprinkler specialties to include in emergency, operation and maintenance manuals.

## 1.7 QUALITY ASSURANCE

A. Installer Qualifications: Installer's responsibilities include designing, fabricating, and installing fire-suppression systems and providing design services needed to assume engineering responsibility. Base calculations on results of fire-hydrant flow test.  All work is to be executed by an RME employed by the installing contractor.

B. Welding: Qualify processes and operators according to ASME Boiler and Pressure Vessel Code: Section IX.

C. Steel Pipe Welding: Quality processes and operators according to ASME Boiler and Pressure Vessel Code: Section IX, "Welding and Brazing Qualifications."

1. Comply with provisions in ASME B31 Series, "Code for Pressure Piping."
2. Certify that each welder has passed AWS qualification tests for welding processes involved and that certification is current.

D. NFPA Standards: Fire-suppression-system equipment, specialties, accessories, installation, and testing shall comply with the following:

1. NFPA 13, "Installation of Sprinkler Systems."
2. NFPA 14, ""Standard for the Installation of Standpipe and Hose Systems"
3. NFPA 230, "Fire Protection of Storage."
4. NFPA 231, "Standard for General Storage."

1.8 COORDINATION

A. Coordinate layout and installation of sprinklers with other construction that penetrates ceilings, including light fixtures, HVAC equipment, and partition assemblies.

1.9 EXTRA MATERIALS

A. Furnish extra materials described below that match products installed and that are packaged with protective covering for storage and identified with labels describing contents.
   1. Sprinkler Cabinets: Finished, wall-mounting, steel cabinet with hinged cover, with space for minimum of six spare sprinklers plus sprinkler wrench. Include number of sprinklers required by NFPA 13 and sprinkler wrench. Include separate cabinet with sprinklers and wrench for each type of sprinkler on Project.

1.10 STORAGE OF MATERIALS

A. Store all piping on site in a clean, dry, clear area on the jobsite – covered and protected from the elements. Pipe is not to be directly on the ground, support pipe off of ground by wood blocking or other material. All pipe ends are to be capped and protected from the elements until piping is ready for installation. Any piping not covered or protected will be required to be removed from the jobsite and replaced at no cost to the owner.

**PART 2 - PRODUCTS**

2.1 MANUFACTURERS

A. Provide products from one of the following manufacturers:
   1. Viking Corp.
   2. Anvil International, Inc.
   3. VGS by Viking
   4. Flex head
   5. ARGCO (Allied Rubber & Gasket Co.)
   6. Tyco
   7. Victaulic Co. of America
   8. Ward Manufacturing
   9. Milwaukee Valve Company
   10. Sigma Valve Co.
   11. Mueller Company
   12. NIBCO
   13. Reliable Automatic Sprinkler Co., Inc.
   14. Watts Industries, Inc.; Water Products Div.
   15. Guardian Fire Equipment Incorporated

2.2 DUCTILE-IRON PIPE AND FITTINGS

A. Mechanical-Joint, Ductile-Iron Pipe: AWWA C151, with mechanical-joint bell end and plain end.
   1. Mechanical-Joint, Ductile-Iron Fittings: AWWA C110, ductile- or gray-iron standard pattern.
   2. Glands, Gaskets, and Bolts: AWWA C111, ductile- or gray-iron gland, rubber gasket, and steel bolts and nuts.

B. Push-on-Joint, Ductile-Iron Fittings: AWWA C151, with push-on-joint bell end and plain end.

1. Push-on-Joint, Ductile-Iron Fittings: AWWA C110, ductile- or gray-iron standard pattern.
2. Gaskets: AWWA C111, rubber.

C. Corrosion-Protective Encasement for Piping
1. Encasement for Underground Metal Piping: ASTM A674 or AWWA C105, PE film, 0.008-inch minimum thickness, tube or sheet.

## 2.3    STEEL PIPE AND FITTINGS

A. All steel pipe to be threaded end, grooved end or weld-thread/grooved-end only. Hex/ reducing bushing, locking lug or saddle fittings are NOT acceptable.

B. Threaded-End, Standard-Weight Schedule 40 Steel Pipe: ASTM 135 and with factory- or field-formed threaded ends.
1. Cast-Iron Threaded: ASME B16.1, Class 125.
2. Malleable-Iron Threaded Fittings: ASME B16.3, Class 150.
3. Steel Threaded Pipe Nipples: ASME A733, made of ASTM A 53/A 53M or ASTM A106, Schedule 40. Include ends matching joining method.

C. Grooved-End, Standard-Weight Schedule 40 Steel Pipe: ASTM A 135 and with factory- or field-formed, square-cut- or roll-grooved ends.
1. Grooved-End Fittings: UL-listed, ASTM A 536, ductile-iron casting with OD matching steel-pipe OD.
2. Grooved-End-Pipe Couplings: UL 213 and AWWA C606, rigid pattern, unless otherwise indicated; gasketed fitting matching steel-pipe OD. Include ductile-iron housing with keys matching steel-pipe and fitting grooves, pre-lubricated rubber gasket listed for use with housing, and steel bolts and nuts.

D. Welded-Threaded-End/Grooved-End, Schedule 40 Steel Fittings: ASTM A 53, Grade A (Weld-o-let).
1. UL/FM approved.
2. Size-on-Size not permitted.

## 2.4    SPRINKLER SPECIALTY FITTINGS

A. Sprinkler specialty fittings shall be UL listed or FMG approved, with 175-psig minimum working-pressure rating and made of materials compatible with piping.

B. Sprinkler Drain and Alarm Test Fittings: Cast- or ductile-iron body; with threaded inlet and outlet, test valve and orifice and sight glass.

C. Sprinkler Branch-Line Test Fittings: Brass body with threaded inlet, capped drain outlet, and threaded outlet for sprinkler.

D. Sprinkler Inspector's Test Fitting: Cast- or ductile-iron housing with threaded inlet and drain outlet and sight glass.

E. Drop-Nipple Fittings: UL 1474, adjustable with threaded inlet and outlet and seals.

F. Flexible Drops: Flexible drops are NOT allowed.

## 2.5    LISTED FIRE-PROTECTION VALVES

A. Valves shall be UL listed or FMG approved, with 175-psig minimum pressure rating.

B. Ball Valves: Comply with UL 1091, except with ball instead of disc.
1. NPS 1-1/2 and Smaller: Bronze body with threaded ends.
2. NPS 2 and NPS 2-1/2: Bronze body with threaded ends or ductile-iron body with grooved ends.
3. NPS 3: Ductile-iron body with grooved ends.

C. Butterfly Valves: UL 1091.
1. NPS 2 and Smaller: Bronze body with threaded ends.
2. NPS 2-1/2 and Larger: Bronze, cast-iron, or ductile-iron body; wafer type or with flanged or grooved ends.

D. Check Valves NPS 2 and Larger: UL 312, swing type, cast-iron body with flanged or grooved ends.

E. Gate Valves: UL 262, OS&Y type.
1. NPS 2 and Smaller: Bronze body with threaded ends.
2. NPS 2-1/2 and Larger: Cast-iron body with flanged ends.

2.6 UNLISTED GENERAL-DUTY VALVES

A. Ball Valves NPS 2 and Smaller: 2-piece copper-alloy body with stainless steel trim, 600-psig minimum CWP rating, blowout-proof stem, and threaded ends.

B. Check Valves NPS 2 and Smaller: Type 4, Class 125 minimum, swing type with bronze body, nonmetallic disc, and threaded ends.

C. Gate Valves NPS 2 and Smaller: Type 2, Class 125 minimum, with bronze body, solid wedge, and threaded ends.

D. Globe Valves NPS 2 and Smaller: Type 2, Class 125 minimum, with bronze body, nonmetallic disc, and threaded ends.

2.7 SPECIALTY VALVES

A. Sprinkler System Control Valves: UL listed or FMG approved, cast- or ductile-iron body with flanged or grooved ends, and 175-psig minimum pressure rating.
1. Alarm Check Valves: UL 193, designed for horizontal or vertical installation, with bronze grooved seat with O-ring seals, single-hinge pin, and latch design. Include trim sets for bypass, drain, electrical sprinkler alarm switch, pressure gages, retarding chamber and fill-line attachment with strainer.
   a. Drip Cup Assembly: Pipe drain without valves and separate from main drain piping.
   b. Drip Cup Assembly: Pipe drain with check valve to main drain piping.

B. Automatic Drain Valves: UL 1726, NPS 3/4, ball-check device with threaded ends.

2.8 SPRINKLERS

A. Sprinklers shall be UL listed or FMG approved, Viking or equal with 175-psig minimum pressure rating.

B. Automatic Sprinklers: With heat-responsive element complying with the following:
1. UL 199, for nonresidential applications.
2. UL 1767, for early-suppression, fast-response applications.

C. Sprinkler types, features and options as follows: Viking or equal
1. Concealed ceiling sprinklers, including cover plate.
2. Extended-coverage sprinklers.
3. Flow-control sprinklers, with automatic open and shutoff feature.
4. Flush ceiling sprinklers, including escutcheon.
5. High-pressure sprinklers.
6. Institution sprinklers, made with a small, breakaway projection.
7. Open sprinklers.
8. Pendent sprinklers.
9. Pendent, dry-type sprinklers.
10. Quick-response sprinklers.
11. Recessed sprinklers, including escutcheon.

12. Sidewall sprinklers.
13. Sidewall, dry-type sprinklers.
14. Upright sprinklers.

D. Sprinkler Finishes: Chrome plated, bronze, and painted.

E. Special Coatings: Wax, lead, ENT and corrosion-resistant paint.

F. Sprinkler Escutcheons: Materials, types and finishes for the following sprinkler mounting applications. Escutcheons for concealed, flush, and recessed-type sprinklers are specified with sprinklers.
1. Ceiling Mounting: Chrome-plated steel, one piece, flat.
2. Sidewall Mounting: Chrome-plated steel, one piece, flat.

G. Sprinkler Guards: Viking or equal Wire-cage type, including fastening device for attaching to sprinkler.

## 2.9 HOSE CONNECTIONS

A. Description: UL 668, brass or bronze, 300-psig minimum pressure rating, hose valve for connecting fire hose. Include angle or gate pattern design, as indicated; female NPS inlet and male hose outlet; and lugged cap, gasket, and chain. Include NPS 1-1/2 or NPS 2-1/2 as indicated, and hose valve threaded according to NFPA 1963 and matching local fire department threads.
1. Valve Operation: Nonadjustable type.
2. Finish: Rough metal or chrome-plated, as indicated.

## 2.10 FIRE DEPARTMENT CONNECTIONS

A. Exposed, Freestanding-Type, Fire Department Connections: UL 405, 175-psig minimum pressure rating; with corrosion-resistant-metal body, brass inlets with threads according to NFPA 1963 and matching local fire department sizes and threads, and bottom outlet with pipe threads. Include brass lugged caps, gaskets, and brass chains; brass lugged swivel connection and drop clapper for each hose-connection inlet; 18-inch-high, brass sleeve; and round, floor, brass escutcheon plate with marking "AUTO SPKR & STANDPIPE."
1. Finish Including Sleeve: Polished brass.

B. Wall-Type, Fire Department Connection: UL 405, 175-psig minimum pressure rating, with corrosion-resistant-metal body with brass inlets, brass wall escutcheon plate, brass lugged caps with gaskets and brass chains, and brass lugged swivel connections. Include inlets with threads according to NFPA 1963 and matching local fire department sizes and threads, outlet with pipe threads, extension pipe nipples, check devices or clappers for inlets, and escutcheon plate with marking similar to "AUTO SPKR & STANDPIPE."
1. Type: Flush, with multiple inlets and square or rectangular escutcheon plate.
2. Type: Exposed, projecting, with two inlets and round escutcheon plate.
3. Finish: Polished brass.

C. Provide FDC signage in accordance with Texas State Fire Marshal's Office Notice.

## 2.11 ALARM DEVICES

A. Alarm-device types shall match piping and equipment connections.

B. Water-Motor-Operated Alarm: UL 753, mechanical-operation type with pelton-wheel operator with shaft length, bearings, and sleeve to suit wall construction and 10-inch diameter, cast-aluminum alarm gong with red-enamel factory finish. Include NPS 3/4 inlet and NPS 1 drain connections.

C. Water-Flow Indicator: UL 346, electrical-supervision, paddle-operated-type, water-flow detector with 250-psig pressure rating and designed for horizontal or vertical installation. Include two single pole, double-throw circuit switches for isolated alarm and auxiliary contacts, 7A, 125-V ac and 0.25 A, 24-V

dc; complete with factory-set, field-adjustable retard element to prevent false signals and tamperproof cover that sends signal if removed.

D.    Pressure Switch: UL 753, electrical-supervision-type, water-flow switch with retard feature. Include single-pole, double-throw, normally closed contacts and design that operates on rising pressure and signals water flow.

E.    Valve Supervisory Switch: UL 753, electrical, single-pole, double-throw switch with normally closed contacts. Include design that signals controlled valve is in other than fully open position.

## 2.12    PRESSURE GAGES

A.    Description: UL 393, 3-1/2 to 4-1/2-inch diameter, dial pressure gage with range of 0 to 250 psig minimum.
1.    Water System Piping: Include caption "WATER" or "AIR/WATER" on dial face.
2.    Air System Piping: Include retard feature and caption "AIR" or "AIR/WATER" on dial face.

## PART 3 - EXECUTION

### 3.1    PREPARATION

A.    Perform fire-hydrant flow test according to NFPA 13, FMG and NFPA 291. Use results for system design calculations required in Part 1 "Quality Assurance" Article.

B.    Report test results promptly and in writing.

### 3.2    EXAMINATION

A.    Examine roughing-in for hose connections and stations to verify actual locations of piping connections before installation.

B.    Examine walls and partitions for suitable thicknesses, fire- and smoke-rated construction, framing for hose-station cabinets, and other conditions where hose connections and stations are to be installed.

C.    Proceed with installation only after unsatisfactory conditions have been corrected.

### 3.3    PIPING APPLICATIONS, GENERAL

A.    Shop weld pipe joints welded piping as indicated.

B.    Flanges, flanged fittings, unions, nipples, and transition and special fittings with finish and pressure ratings same as or higher than system's pressure rating may be used in aboveground applications, unless otherwise indicated.

C.    Piping between Fire Department Connections and Check Valves: Galvanized, standard-weight Schedule 40 steel pipe with threaded ends; cast- or malleable-iron threaded fittings; and threaded joints.

D.    Underground Service-Entrance Piping: Ductile-iron, mechanical-joint pipe and fittings and restrained joints. Include corrosion-protective encasement.

### 3.4    SPRINKLER SYSTEM PIPING APPLICATIONS

A.    Standard-pressure, Wet-Pipe Sprinkler System, 175-psig Maximum Working Pressure;

1.  All piping NPS 2 and smaller shall be the following: Standard weight Schedule 40 threaded steel pipe, cast or malleable iron threaded fittings.
2.  All piping NPS 2-1/2 and larger shall be the following: Schedule 40 steel pipe, grooved fittings and welded fittings.

B.  Water Service Pipe (up to Alarm Riser)
    1.  Mechanical-Joint, Ductile Iron and fittings (above ground).
    2.  Push-on-joint, Ductile Iron (underground).

## 3.5 VALVE APPLICATIONS

A.  Drawings indicate valve types to be used. Where specific valve types are not indicated, the following requirements apply:
    1.  Listed Fire-Protection Valves: UL listed and FMG approved for applications where required by NFPA 13.
        a.  Shutoff Duty: Use ball, butterfly, or gate valves.
    2.  Unlisted General-Duty Valves: For applications where UL-listed and FMG-approved valves are not required by NFPA 13.
        a.  Shutoff Duty: Use ball, butterfly, or gate valves.

## 3.6 JOINT CONSTRUCTION

A.  Refer to Specification Section "Basic Fire Suppression Materials and Methods" for basic piping joint construction.

B.  Threaded Joints: Comply with NFPA 13 for pipe thickness and threads. Do not thread nipples shorter than 8 inches with wall thickness less than Schedule 40 unless approved by authorities having jurisdiction and threads are checked by a ring gage and comply with ASME B1.20.1.

C.  Grooved Joints: Assemble joints with listed Viking or equal coupling and gasket, lubricant, and bolts.
    1.  Steel Pipe: Square-cut or roll-groove piping. Use grooved-end fittings and rigid, grooved-end-pipe couplings, unless otherwise indicated.

D.  Malleable Iron Joints:
    1.  Locking-lug fittings UL 213, malleable iron body with retainer lugs that require one quarter turn to secure pipe in fitting.

## 3.7 SERVICE-ENTRANCE PIPING

A.  Connect fire-suppression piping to water-service piping of size and in location indicated for service entrance to building. Refer to Specification Section "Water Distribution" for exterior piping.

B.  Install shutoff valve, check valve, pressure gage and drain at connection to water service.

## 3.8 PIPING INSTALLATION

A.  Refer to Specification Section "Basic Fire Suppression Materials and Methods" for basic piping installation.

B.  Locations and Arrangements: Drawing plans, schematics, and diagrams indicate general location and arrangement of piping. Install piping as indicated, as far as practical.
    1.  Deviations from approved working plans for piping require written approval from authorities having jurisdiction. File written approval with Architect before deviating from approved working plans.

C.  Install underground ductile-iron service-entrance piping according to NFPA 24 and with restrained joints. Encase piping in corrosion-protective encasement.

D.  Use approved fittings to make changes in direction, branch takeoffs from mains, and reductions in pipe sizes. Saddle fittings or saddle couplings are NOT approved.

E.  Install unions adjacent to each valve in pipes NPS 2 and smaller. Unions are not required on flanged devices or in piping installations using grooved joints.

F.  Install flanges or flange adapters on valves, apparatus, and equipment having NPS 2-1/2 and larger connections.

G.  Install "Inspector's Test Connections" in sprinkler system piping, complete with shutoff valve, sized and located according to NFPA 13.

H.  Install sprinkler piping with drains for complete system drainage.

I.  Install sprinkler zone control valves, test assemblies and drain risers adjacent to standpipes when sprinkler piping is connected to standpipes.

J.  Bushings are not permitted.

K.  Install drain valves on standpipes.

L.  Install ball drip valves to drain piping between fire department connections and check valves. Drain to floor drain or outside building.

M.  Install alarm devices in piping systems.

N.  Hangers and Supports: Comply with NFPA 13 for hanger materials.
    1.  Install sprinkler system piping according to NFPA 13.
    2.  All hangers and supports to be galvanized.
    3.  All supports to be secured to building structure.
    4.  All supports to be listed as a support system (pipe not acceptable as supports).
    5.  Pipe Support:  All pipes throughout the building, both horizontal and vertical, shall be adequately supported from the construction to line of grade, with proper provision for expansion, contraction, vibration elimination, and anchorage. Vertical pipe shall be supported from floor lines with riser clamps sized to fit the lines and to adequately support their weight. At the bases of lines, where required for proper support, provide anchor base fittings or other approved supports.

O.  Install pressure gages on riser or feed main, at each sprinkler test connection, and at top of each standpipe. Include pressure gages with connection not less than NPS 1/4 and with soft metal seated globe valve, arranged for draining pipe between gage and valve. Install gages to permit removal, and install where they will not be subject to freezing.

P.  Fill wet-pipe sprinkler system piping with water.


3.9     VALVE INSTALLATION

A.  Install listed fire-protection valves, unlisted general-duty valves, specialty valves and trim, controls, and specialties according to NFPA 13 and authorities having jurisdiction.

B.  Install listed fire-protection shutoff valves supervised-open, located to control sources of water supply except from fire department connections. Install permanent identification signs indicating portion of system controlled by each valve.

C.  Install check valve in each water-supply connection. Install backflow preventers instead of check valves in potable-water supply sources.

D.  Specialty Valves:
    1.  Alarm Check Valves: Install in vertical position for proper direction of flow, including bypass check valve and retarding chamber drain-line connection.

3.10    SPRINKLER APPLICATIONS

A.    Drawings indicate sprinkler types to be used. Where specific types are not indicated, use the following sprinkler types:
1.    Rooms without Ceilings: Upright sprinklers.
2.    Rooms with Suspended Ceilings: Recessed sprinklers.
3.    Platforms: Concealed sprinklers.
4.    Wall Mounting: Sidewall sprinklers.
5.    Spaces Subject to Freezing: Pendent, dry sprinklers; and sidewall, dry sprinklers as indicated.
6.    Special Applications: Quick-response sprinklers where indicated.
7.    Sprinkler Finishes:
a.    Upright, Pendent, and Sidewall Sprinklers: Chrome plated in finished spaces exposed to view; rough bronze in unfinished spaces not exposed to view; wax coated where exposed to acids, chemicals, or other corrosive fumes.
b.    Concealed Sprinklers: Rough brass, with factory-painted white cover plate.
c.    Recessed Sprinklers: Bright chrome, with bright chrome escutcheon.

3.11    SPRINKLER INSTALLATION

A.    Install sprinklers in suspended ceilings in center of narrow dimension and at 1/4, 1/2, or 3/4 points of long dimension of acoustical ceiling panels and tiles.

B.    Do not install pendent or sidewall, wet-type sprinklers in areas subject to freezing. Use dry-type sprinklers with water supply from heated space.

3.12    FIRE DEPARTMENT CONNECTION INSTALLATION

A.    Install freestanding-type, fire department connection in level surface.
1.    Install protective pipe bollards on three sides of each fire department connection. Refer to Specification Section "Metal Fabrications" for pipe bollards.

B.    Install wall-type, Fire Department connection in vertical wall (reference details).

C.    Install ball drip valve at each check valve for fire department connection.

3.13    CONNECTIONS

A.    Drawings indicate general arrangement of piping, fittings, and specialties.

B.    Install piping adjacent to equipment to allow service and maintenance.

C.    Connect water-supply piping to fire-suppression piping. Include backflow preventer between potable-water piping and fire-suppression piping. Refer to Specification Section "Plumbing Specialties" for backflow preventers.

D.    Install ball drip valves at each check valve for fire department connection. Drain to floor drain or outside building.

E.    Connect piping to specialty valves, hose valves, specialties, fire department connections, and accessories.

F.    Electrical Connections: Power wiring is specified in Electrical Specifications.

G.    Connect alarm devices to fire alarm.

H.    Ground equipment according to Specification Section "Grounding and Bonding."

I.    Connect wiring according to Specification Section "Conductors and Cables."

J.      Tighten electrical connectors and terminals according to manufacturer's published torque-tightening values. If manufacturer's torque valves are not indicated, use those specified in UL 486A and UL 486B.

## 3.14    LABELING AND IDENTIFICATION

A.      Install labeling and pipe markers on equipment and piping according to requirements in NFPA 13.

B.      All pipe shall be clearly identified in mechanical rooms and congested areas.

## 3.15    FIELD QUALITY CONTROL

A.      Perform the following field tests and inspections and prepare test reports:
1.      Leak Test: After installation, charge system and test for leaks. Repair leaks and retest until no leaks exist.
2.      Test and adjust controls and safeties. Replace damaged and malfunctioning controls and equipment.
3.      Energize circuits to electrical equipment and devices.
4.      Start and run excess-pressure pumps.
5.      Flush, test, and inspect sprinkler systems according to NFPA 13, "Systems Acceptance" Chapter.
6.      Coordinate with fire alarm tests. Operate as required.
7.      Verify that equipment hose threads are same as local fire department equipment.

B.      Report test results promptly and in writing to Architect and authorities having jurisdiction.

C.      Test to be witnessed by AHJ or their designated representative.  Prior to final inspection and testing, prepare and sigh Texas A&M University System checklist.

## 3.16    CLEANING AND PROTECTION

A.      Clean dirt and debris from sprinklers.

B.      Remove and replace sprinklers with paint or corrosion other than factory finish.

C.      Protect sprinklers from damage until Substantial Completion.

D.      All material to be protected from weather and shall not be installed rusted or weathered.

## 3.17    DEMONSTRATION

A.      Engage a factory-authorized service representative to train Owner's maintenance personnel to adjust, operate, and maintain specialty valves. Refer to Specification Section "Demonstration and Testing."

**END OF SECTION**

**SECTION 220006 - PLUMBING DEMOLITION**

**PART 1 - GENERAL**

1.1     SUMMARY

A.     This Section includes the following:
       1.   Demolition and removal of selected portions of building or structure.
       2.   Demolition and removal of selected site elements.
       3.   Salvage of existing items to be reused or recycled.

1.2     DEFINITIONS

A.     Remove or Demolish:  Detach items from existing construction and legally dispose of them off-site, unless indicated to be removed and salvaged or removed and reinstalled.

B.     Remove and Salvage:  Detach items from existing construction and deliver them to Owner cleaned, packaged, and ready for reuse.

C.     Remove and Reinstall:  Detach items from existing construction, prepare them for reuse, and reinstall them where indicated.

D.     Existing to Remain:  Existing items of construction that are not to be removed and that are not otherwise indicated to be removed, removed and salvaged, or removed and reinstalled.

1.3     MATERIALS OWNERSHIP

A.     Historic items, relics, and similar objects including, but not limited to, cornerstones and their contents, commemorative plaques and tablets, antiques, and other items of interest or value to Owner that may be encountered during selective demolition remain Owner's property.  Carefully remove and salvage each item or object in a manner to prevent damage and deliver promptly to Owner.
       1.   Coordinate with Owner's representative, who will establish special procedures for removal and salvage.

1.4     SUBMITTALS

A.     Schedule of Selective Demolition Activities:  Indicate the following:
       1.   Detailed sequence of selective demolition and removal work, with starting and ending dates for each activity.
       2.   Interruption of utility services.  Indicate how long utility services will be interrupted.
       3.   Coordination for shutoff, capping, and continuation of utility services (including but not limited to: Gas, Water, Fire Suppression, Chilled Water, Hot Water, Air Conditioning, etc).
       4.   Coordination of Owner's continuing occupancy of portions of existing building and of Owner's partial occupancy of completed Work.
       5.   Means of protection for items to remain and items in path of waste removal from building.

B.     Inventory:  After selective demolition is complete, submit a list of items that have been salvaged.

1.5     QUALITY ASSURANCE

A.     Regulatory Requirements:  Comply with governing EPA notification regulations before beginning selective demolition.  Comply with hauling and disposal regulations of authorities having jurisdiction.

B.     Standards:  Comply with ANSI A10.6 and NFPA 241.

C.  Pre-demolition Conference:  Conduct conference at Project site to comply with requirements in Section "Project Management and Coordination."  Review methods and procedures related to selective demolition including, but not limited to, the following:
1.  Inspect and discuss condition of construction to be selectively demolished.
2.  Review structural load limitations of existing structure.
3.  Review and finalize selective demolition schedule and verify availability of materials, demolition personnel, equipment, and facilities needed to make progress and avoid delays.
4.  Review requirements of work performed by other trades that rely on substrates exposed by selective demolition operations.
5.  Review areas where existing construction is to remain and requires protection.

1.6     PROJECT CONDITIONS

A.  Owner will occupy portions of building immediately adjacent to selective demolition area.  Conduct selective demolition so Owner's operations will not be disrupted.

B.  Conditions existing at time of inspection for bidding purpose will be maintained by Owner as far as practical.

C.  Notify Architect of discrepancies between existing conditions and Drawings before proceeding with selective demolition.

D.  Hazardous Materials:  It is unknown whether hazardous materials will be encountered in the Work.
1.  If materials suspected of containing hazardous materials are encountered, do not disturb; immediately notify Architect and Owner.  Owner will remove hazardous materials under a separate contract.

E.  Storage or sale of removed items or materials on-site is not permitted.

F.  Utility Service:  Maintain existing utilities indicated to remain in service and protect them against damage during selective demolition operations.
1.  Maintain fire-protection facilities in service during selective demolition operations.

1.7     WARRANTY

A.  Existing Warranties:  Remove, replace, patch, and repair materials and surfaces cut or damaged during selective demolition, by methods and with materials so as not to void existing warranties.

**PART 2  -  PRODUCTS (Not Used)**

**PART 3  -  EXECUTION**

3.1     EXAMINATION

A.  Verify that utilities have been disconnected and capped.

B.  Survey existing conditions and correlate with requirements indicated to determine extent of selective demolition required.

C.  Inventory and record the condition of items to be removed and reinstalled and items to be removed and salvaged.

D.  When unanticipated mechanical, electrical, or structural elements that conflict with intended function or design are encountered, investigate and measure the nature and extent of conflict.  Promptly submit a written report to Architect.

3.2     UTILITY SERVICES AND MECHANICAL/ELECTRICAL SYSTEMS

A. Existing Services/Systems: Maintain services/systems indicated to remain and protect them against damage during selective demolition operations.

B. Service/System Requirements: Locate, identify, disconnect, and seal or cap off indicated utility services and mechanical/electrical systems serving areas to be selectively demolished.
1. Arrange to shut off indicated utilities with utility companies.
2. If services/systems are required to be removed, relocated, or abandoned, before proceeding with selective demolition provide temporary services/systems that bypass area of selective demolition and that maintain continuity of services/systems to other parts of building.
3. Cut off pipe or conduit in walls or partitions to be removed. Cap, valve, or plug and seal remaining portion of pipe or conduit after bypassing.
   a. Where entire wall is to be removed, existing services/systems may be removed with removal of the wall.

3.3 PREPARATION

A. Site Access and Temporary Controls: Conduct selective demolition and debris-removal operations to ensure minimum interference with roads, streets, walks, walkways, and other adjacent occupied and used facilities.

3.4 SELECTIVE DEMOLITION, GENERAL

A. General: Demolish and remove existing construction only to the extent required by new construction and as indicated. Use methods required to complete the Work within limitations of governing regulations and as follows:
1. Proceed with selective demolition systematically, from higher to lower level. Complete selective demolition operations above each floor or tier before disturbing supporting members on the next lower level.
2. Do not use cutting torches until work area is cleared of flammable materials. At concealed spaces, such as duct and pipe interiors, verify condition and contents of hidden space before starting flame-cutting operations. Maintain portable fire-suppression devices during flame-cutting operations.
3. Maintain adequate ventilation when using cutting torches.
4. Dispose of demolished items and materials promptly.

B. Removed and Salvaged Items:
1. Clean salvaged items.
2. Pack or crate items after cleaning. Identify contents of containers.
3. Store items in a secure area until delivery to Owner.
4. Transport items to Owner's storage area designated by Owner.
5. Protect items from damage during transport and storage.

C. Removed and Reinstalled Items:
1. Clean and repair items to functional condition adequate for intended reuse. Paint equipment to match new equipment.
2. Pack or crate items after cleaning and repairing. Identify contents of containers.
3. Protect items from damage during transport and storage.
4. Reinstall items in locations indicated. Comply with installation requirements for new materials and equipment. Provide connections, supports, and miscellaneous materials necessary to make item functional for use indicated.

D. Existing Items to Remain: Protect construction indicated to remain against damage and soiling during selective demolition. When permitted by Architect, items may be removed to a suitable, protected storage location during selective demolition and cleaned and reinstalled in their original locations after selective demolition operations are complete.

E. Contractor shall terminate demolished pipe and/or ductwork. System shall be capped and insulated per new work specification.

F. Contractor shall remove any abandoned piping and/or ductwork in area of construction during the demolition process.

G.   Unforeseen Conditions
1.   Any unforeseen utilities found during construction that directly affect any trade must be brought to the engineer's attention via RFI.
2.   All existing conditions must be clearly annotated on the As-Built drawings.

H.   Repair any walls, floors or roofs that piping, ducts or equipment have been removed from (or through). Patch with similar materials to match finish and color (paint to match).  If paint cannot be matched, repaint entire wall or surface.

3.5   DISPOSAL OF DEMOLISHED MATERIALS

A.   General:  Except for items or materials indicated to be reused, salvaged, reinstalled, or otherwise indicated to remain Owner's property, remove demolished materials from Project site and legally dispose of them in an EPA-approved landfill.
1.   Do not allow demolished materials to accumulate on-site.
2.   Remove and transport debris in a manner that will prevent spillage on adjacent surfaces and areas.

B.   Burning:  Do not burn demolished materials.

C.   Disposal:  Transport demolished materials off Owner's property and legally dispose of them.

**END OF SECTION**

**SECTION 220100 - SPECIAL CONDITIONS FOR ALL PLUMBING WORK**

**PART 1 - GENERAL**

1.1     DESCRIPTION OF WORK

A.     This section covers the general provisions of the plumbing specifications applicable to the following systems:
       1.     Plumbing.

B.     The use of the word plumbing in the body of the various specifications sections shall be interpreted to include all the aspects of all of the systems referenced in the Plumbing Specifications.

1.2     DRAWINGS

A.     These specifications are accompanied by drawings of the building and details of the installations showing the locations of equipment, piping, etc.  The drawings and these specifications are complementary to each other; requirements described in one or the other shall be considered binding as if described in both.

B.     If any departures from the drawings are deemed necessary by the Contractor, details of such departures and the reasons therefore shall be submitted to the Owner's Representative for approval.  No departures shall be made without prior written approval by the Owner's Representative.

C.     There are intricacies of construction which are impractical to specify or indicate in detail; means and methods for performing such work shall adhere to commonly accepted industry standards.

D.     It is the Contractor's responsibility to properly use all information found on the Architectural, Structural, Mechanical, Plumbing and Electrical drawings and applicable shop drawings where such information affects his work.

E.     For new buildings, all final dimensions shall be scaled from the drawings, unless otherwise noted. For work associated with existing buildings (renovations and additions), all final dimensions shall be field verified.

1.3     CONSTRUCTION REQUIREMENTS

A.     The architectural, civil, structural, electrical, plumbing, fire protection and Plumbing drawings, and specifications are all part of the Contract Documents.  In many instances there are details described another trade's drawings that are not necessarily included or referenced in the plumbing drawings.  It is the Contractor's responsibility to review in detail all parts of the Contract Documents prior to submitting a bid.  Failure to comply with this requirement shall not relieve the Contractor of responsibility or be used as cause for additional compensation because architectural, structural, or electrical details were not included in the plumbing drawings.

B.     It is the intent of the Contract Documents to provide complete and fully functional installation in every respect.  Material and/or construction details not specifically described in the Contract Documents, but commonly considered incidental to the industry, are required by the Contractor.

C.     The Contractor shall be responsible for fitting his material and apparatus into the building and shall carefully lay out his work at the site to conform to the structural conditions, to avoid all obstructions, to comply with Codes, to facilitate the work of other trades, to conform to the details of the installation supplied by the manufacturer of the equipment to be installed, and thereby to provide an integrated satisfactory operating installation.

D.     The plumbing, electrical and mechanical drawings are schematic in nature and do not show every connection in detail or every pipe or conduit in its exact location.  These details are subject to the requirements of ordinances and structural and architectural conditions.

TAMU-01365

E.   The Contractor shall carefully investigate structural and finish conditions and shall coordinate the separate trades in order to avoid interference between the various phases of work.  Work shall be laid out so that it will be concealed in furred chases and above suspended ceilings, etc. in finished portions of the building, unless specifically noted to be exposed.  Work shall be installed to avoid compromising structural members; therefore, inserts to accommodate hangers shall be set before concrete is poured, and proper openings through floor, walls, beams, etc. shall be provided as hereinafter specified or as otherwise indicated or required.  All work shall be installed parallel or perpendicular to building lines unless otherwise noted.

F.   When the plumbing drawings do not give exact details as to the elevation of pipe or equipment, physically arrange the systems to fit in the space available at the elevations intended with the proper grades for the functioning of the system involved.  Piping and exposed conduit, are generally intended to be installed true and square to the building construction, and located as high as possible against the structure in a neat and workmanlike manner.  The plans do not show all required offsets, control lines, pilot lines, and other location details. Work shall be concealed in all finished areas.  Piping specified to be insulated shall be supported in a manner that will allow the insulation to be installed without gaps.  Insulated piping in concealed areas shall be offset with fittings as necessary to permit installation of insulation.  Bending of pipes or installing pipes in a strain to insulate will not be permitted.

G.   Final placement of serviceable equipment shall be carefully coordinated with all other trades to ensure sufficient clearance for maintenance according to manufacturer's recommendations.  Lubricating orifices and adjustable components shall be easily accessible.  Piping, conduit, valve stems, cabling and other building systems shall not interfere with service space.

H.   Location of Exposed Devices
1.   All exposed devices (sprinkler heads, medical gas outlets, plumbing rough-ins, lights, outlets, communication devices, etcetera) shall be referenced to fixed data points that are coordinated with all trades; shall be located to present symmetrical arrangements with respect to the fixed data point; and shall facilitate the proper arrangements of acoustical ceiling tiles.  Fixed data points shall include such features as wall and ceiling lines, soffits, balanced border widths, masonry joints, etc. Devices located in acoustical ceiling tiles shall occur symmetrically in tile joints or in the centers of whole tiles.  The final determination of the exact location of each outlet and the arrangements to be followed shall be acceptable to the Owner's Representative.
2.   The drawings schematically indicate locations of the exposed devices.  Final locations shall be determined by carefully coordinating the drawings pertaining to each trade.  Where conflicts are identified, Owner's Representative shall determine final location.  The Owner reserves the right to make any reasonable change in location of any device before installation, without additional cost to the Owner or the Architect.

1.4   QUALIFICATIONS

A.   Contractor must have minimum of five years experience installing commercial, plumbing and piping systems similar to those described in these Contract Documents.

B.   Contractor must be licensed and hold a current contracting license that has been valid for a minimum of five years in the State of Texas.

C.   Contractor must be able to bond work for payment and performance of work being bid.  Contractor's bonding agency shall have a Best's insurance rating of A or A+.

1.5   MATERIAL AND EQUIPMENT REQUIREMENTS

A.   Manufacturer's Instructions:  The manufacturer's published instructions shall be followed for preparing, assembling, installing, erecting, and cleaning manufacturer materials or equipment, unless otherwise indicated.  The Contractor shall promptly notify the Owner's Representative in writing of any conflict between the requirements of the Contract Documents and the manufacturer's direction and shall obtain the clarification of the Owner's Representative before proceeding with the work. Should the Contractor perform any such work that does not comply with the manufacturer's directions or such clarification by the Owner's Representative, he shall bear all costs arising in connection with the correction of the deficiencies.

B.   Storage at Site:  The Contractor shall not receive material or equipment at the jobsite until there is suitable space provided to properly protect equipment from rust, drip, humidity, and dust damage and from surrounding work.

C.   Capacities shall be not less than those indicated and shall be such that no component or system becomes inoperative or is damaged because of startup or other overload conditions.

D.   Conformance to Agency Requirements:  Where materials or equipment are specified to be approved, listed, tested, or labeled by the Underwriters Laboratories, Inc., or constructed and/or tested in accordance with the standards of the American Society of Mechanical Engineers, the Contractor shall submit proof that the items furnished under this section of the specifications conform to such requirements.  The label of Underwriters Laboratories, Inc. applied to the item will be acceptable as sufficient evidence that the items conform to such requirements.  The ASME stamp or the AMCA label will be acceptable as sufficient evidence that the items conform to the respective requirements.

E.   Nameplates:  Each major component of equipment shall have the manufacturer's name, address, and model-identification number on a plate securely attached to the item of equipment.  All data on nameplates shall be legible at the time of Final Inspection.

F.   Prevention of Rust:  Standard factory finish will be acceptable on equipment specified by model number; otherwise surfaces of ferrous metal shall be given a rust-inhibiting coating.  The treatment shall withstand 200 hours in salt-spray fog test, in accordance with Method 6061 of Federal Standard No. 141.  Immediately after completion of the test, the specimen shall show no signs of wrinkling or cracking and no signs of rust creepage beyond 1/8 inch on either side of the scratch mark.  Where rust inhibitor coating is specified hereinafter, any treatment that will pass the above test is acceptable unless a specific coating is specified, except that coal tar or asphalt-type coatings will not be acceptable unless so stated for a specific item.  Where steel is specified to be hot-dip galvanized, mill-galvanized sheet steel may be used provided all raw edges are painted with a zinc-pigmented paint conforming to Military Specification MIL-P-26915.

G.   Protection from Moving Parts:  Belts, pulleys, chains, gears, couplings, projecting setscrews, keys, and other rotating parts located so that any person can come in close proximity thereto, shall be fully enclosed or properly guarded.

H.   Drive Guards:  For machinery and equipment, provide guards as shown in AMCA 410 for belts, chains, couplings, pulleys, sheaves, shafts, gears, and other moving parts regardless of height above the floor.  Drive guards may be excluded where motors and drives are inside factory-fabricated air handling units casings.  Guards shall be constructed of sheet steel, cast iron, expanded metal, or wire mesh rigidly secured so as to be removable without disassembling pipe duct or electrical connection to equipment.  Provide a 1-inch diameter hole in each drive guard at each shaft center to allow access for speed measurement.

I.   Verifications of Dimensions:  The Contractor shall be responsible for the coordination and proper relation of his work to the building structure and to the work of all trades.  The Contractor shall visit the premises and thoroughly familiarize himself with all details of the work and working conditions, to verify all dimensions in the field, and to advise the Owner's Representative of any discrepancy before performing any work.  Adjustments to the work required in order to facilitate a coordinated installation shall be made at no additional cost to the Owner, Architect, or Engineer.

J.   Standard Products:  Materials and equipment to be provided shall be the standard catalog products of manufacturers regularly engaged in the manufacture of products conforming to these specifications, and shall essentially duplicate materials and equipment that have been in satisfactory use at least two years.

K.   Spare Parts Data:  As soon as practicable after approval of materials and equipment and, if possible, not later than four months prior to the date of beneficial occupancy, the Contractor shall furnish spare parts data for each different item of equipment listed.  The data shall include a complete list of parts and supplies with current unit prices and sources of supply, a list of parts and supplies that are either normally furnished at no extra cost with the purchase of the equipment or specified hereinafter to be furnished as part of the Contract, and a list of additional items recommended by the manufacturer to assure efficient operation for a period of 120 days at the particular installation.  The foregoing shall not relieve the Contractor of any responsibilities under the warranty specified.

1.6   INSPECTION OF THE SITE

A.   The Contractor shall visit the site, verifying all existing items indicated on drawings and/or specified, and familiarize himself with the existing work conditions, hazards, grades, actual formations, soil conditions, structures, utilities, equipment, systems, facilities, and local requirements.  The submission of bids shall be deemed evidence of such visits.  All proposals shall take these existing conditions into consideration, and the lack of specific information shall not relieve the Contractor of any responsibility.

1.7   UTILITY LOCATIONS AND ELEVATIONS

A.   Locations and elevations of the various utilities included within the scope of this work have been obtained from substantially reliable sources and are offered separately from the Contract Documents, as a general guide only, without guarantee as to accuracy.  Examine the site, the locations, and availability of all utilities and services required for their relation to the work.  Verify the location of all existing site utilities with each responsible utility company or applicable party.  The Contractor shall repair all damage to existing utilities, whether indicated on the drawings or not, at his sole expense.

1.8   PERMITS, UTILITY CONNECTIONS, AND INSPECTIONS

A.   Permitting Fees: Contractor shall pay for all fees associated with permits required by municipal authorities having jurisdiction.

B.   Tapping and Impact Fees: Contractor shall pay for all fees associated with tapping into municipal utility mains, including sanitary sewer, natural gas and domestic water.  Impact fees will be paid for by the Owner.

C.   Compliance:  The Contractor shall comply in every respect with all requirements of local authorities having jurisdiction, including building inspections, fire marshal, local ordinances and codes, and utility company requirements.  In no case does this relieve the Contractor of the responsibility of complying with these specifications and drawings where specified conditions are of a higher quality than the requirements of the above-specified authorities.  Where requirements of the specifications and drawings are below the requirements of the above offices having jurisdiction, the Contractor shall make installations in compliance with the requirements of the above authorities.

D.   Utilities:  The Contractor shall coordinate with the various utility companies involved in this project and shall provide required utility relocations, extensions, modifications, and/or changes (complete in all respects) as described in the Contract Documents.  Contractor shall verify the location of all existing utilities with the applicable Utility Company.  The Contractor shall be responsible for all damages to existing utilities, whether indicated on drawings or not, and repair all damage to existing utilities as acceptable to the affected Utility Company.

E.   Certification:  Prior to final acceptance, the Contractor shall furnish a certificate of acceptance from the inspection departments having jurisdiction over the work for any and all work installed under this Contract.  Any additional labor costs incurred as a result of a substitution shall be the Contractor's responsibility.

1.9   EXISTING FACILITIES

A.   The Contractor shall be responsible for loss or damage to the existing facilities caused by him and his workmen, and shall be responsible for repairing or replacing such loss or damage.  The Contractor shall send proper notices, make necessary arrangements, and perform other services required for the care, protection, and in-service maintenance of all plumbing, heating, air conditioning, and ventilating services for the new and existing facilities.  The Contractor shall erect temporary barricades, with necessary safety devices, as required to protect personnel from injury, removing all such temporary protection upon completion of the work.

B.   The Contractor shall provide temporary or new services to all existing facilities as required to maintain their proper operation when normal services are disrupted as a result of the work being performed under this project.

C.   Where existing construction is removed to provide working and extension access to existing utilities, Contractor shall remove doors, piping, conduit, outlet boxes, wiring, light fixtures, air conditioning ductwork and equipment, etc. to provide this access and shall reinstall same upon completion of work in the areas affected.

D.     Where partitions, walls, floors, or ceilings of existing construction are indicated to be removed, all Contractors shall remove and reinstall in locations approved by the Architect/Engineer all devices required for the operation of the various systems installed in the existing construction.  This is to include but is not limited to temperature controls system devices, electrical switches, relays, fixtures, piping, conduit, etc.

E.     Outages of services as required by the new installation will be permitted but only at a time approved by the Owner.  The Contractor shall allow the Owner two weeks in order to schedule required outages.  The time allowed for outages will not be during normal working hours unless otherwise approved by the Owner.  All costs of outages, including overtime charges, shall be included in the contract amount.

1.10     DEMOLITION AND RELOCATION

A.     The Contractor shall modify, remove, and/or relocate all materials and items so indicated on the drawings or required by the installation of new facilities.  All removals and/or dismantling shall be conducted in a manner as to produce maximum salvage.  Salvage materials shall remain the property of the Owner, and shall be delivered to such destination or otherwise disposed of as directed by the Owner.  Materials and/or items scheduled for relocation and which are damaged during dismantling or reassembly operations shall be repaired and restored to good operative condition.  The Contractor may, at his discretion, and upon the approval of the Owner, substitute new materials and/or items of like design and quality in lieu of materials and/or items to be relocated.

B.     All items which are to be relocated shall be carefully removed in reverse to original assembly or placement and protected until relocated.  The Contractor shall clean and repair and provide all new materials, fittings, and appurtenances required to complete the relocations and to restore to good operative order.  All relocations shall be performed by workmen skilled in the work and in accordance with standard practice of the trades involved.

C.     When items scheduled for relocation and/or reuse are found to be in damaged condition before work has been started on dismantling, the Contractor shall call the attention of the Owner to such items and receive further instructions before removal.  Items damaged in repositioning operations are the Contractor's responsibility and shall be repaired or replaced by the Contractor as approved by the Owner, at no additional cost to the Owner.

D.     Service lines and wiring to items to be removed, salvaged, or relocated shall be removed to points indicated on the drawings, specified, or acceptable to the Owner.  Service lines and wiring not scheduled for reuse shall be removed to the points at which reuse is to be continued or service is to remain.  Such services shall be sealed, capped, or otherwise tied off or disconnected in a safe manner acceptable to the Owner.  All disconnections or connections into the existing facilities shall be done in such a manner as to result in minimum interruption of services to adjacent occupied areas.  Services to existing areas or facilities which must remain in operation during the construction period shall not be interrupted without prior specific approval of the Owner as hereinbefore specified.

1.11     SUBSTITUTION OF MATERIALS AND EQUIPMENT

A.     No substitution of materials or equipment herein specified or called for on the drawings will be permitted, except by written permission of the Owner's Representative.  Where several makes of equipment or material are mentioned, any item named may be bid upon provided it meets space, capacity specifications, and other requirements.

1.12     SUBMITTALS

A.     Submittals for Review:
1.     As soon as practical or within 30 days after the date of contract award or notice to proceed, and before purchasing or starting installation of any materials or equipment, the Contractor shall submit for review sufficient material and equipment data to indicate that all requirements of the specifications have been met and samples shall be furnished when requested.  All manufacturer's data used as part of the submittal shall have all non-applicable features crossed out or deleted in a manner that will clearly indicate exactly what is to be furnished.
2.     Four (4) copies of the submittal list and detailed submittals (for the Owner's and A/E's use) shall be submitted to the Owner's Representative.  The Contractor is requested to include a minimum of

three (3) additional copies for insertion in the project's Owner's Manuals at the completion of the project, and the number of additional copies the Contractor requires for his and his subcontractor's use during the project's construction. The detailed submittals shall be accompanied by the same number of sets of pictorial and descriptive data derived from the manufacturer's catalogs and sales literature, or incorporated in the shop drawings. The Contractor may provide a detailed submittal on any item even though not required by the Owner's Representative.

B. Format
1. Submittals shall be bound in a BLACK hardback three-ring binder with clear-view sleeves on the spine and front. Binders larger than 3-inches shall be divided into two volumes. The front sleeve shall have a cover sheet inserted with the title "PLUMBING SUBMITTALS" centered in large print. Below the title shall be printed the name of the project, the date, the project location, the name and address of the contractor, the name and address of the subcontractor and the name and address of the engineer(s) in smaller print.
2. Provide a Table of Contents at the beginning of the binder that summarizes the information being submitted according to specification section.
3. Submittals shall be tab divided by specification section; **all sections** identified in the project specifications shall have a tab. When no information is being provided concerning a particular specification section, insert a single dated sheet that explains the circumstances.
4. **Loose-leaf or piecemeal submittals are not acceptable and subject to rejection unless prior approval has been granted by the Engineer.**
5. **Email/Digital Submittals are not acceptable and subject to rejection unless prior approval has been granted by the Engineer.**

C. Content:
1. The Contractor shall prepare or cause to be prepared shop drawings, product data, materials and equipment lists, diagrams, data, samples, and other submittals as required by the contract documents, hereinafter referred to as "Submittal Data." The Contractor shall review and approve all submittal data for compliance with the contract documents, manufacturer's recommendations, adequacy, clearances, code compliance, safety, and coordination with associated work.
2. The Contractor shall submit approved submittal data to the Owner's Representative for review and comment as to general conformance with the design concept and general compliance with information given in the contract documents. Owner's Representative's review shall not include review of quantities, dimensions, weights or gauges, fabrication processes, construction methods, coordination with other trades or work, or construction safety and precautions, all of which are the sole responsibility of the Contractor.
3. The Contractor shall clearly and specifically identify and call to the attention of the Owner's Representative any deviation from the contract documents for which Owner acceptance is desired. The responsibility for such a deviation accepted by the Owner shall remain with the Contractor.
4. Timeliness: The burden of timeliness in the complete cycle of submittal data is on the Contractor. The Contractor shall allow a minimum of two (2) weeks' time frame for review of each submission by the Owner's Representative. The Contractor is responsible for allowing sufficient time in the construction schedule to cover the aforementioned cycles of data processing, including time for all re-submission cycles on nonconforming materials, equipment, etc. covered by the data submitted. Construction delays and/or lack of timeliness in the above regard are the responsibility of the Contractor and will not justify any request for scheduled construction time extensions or extra compensation.
5. Work performed in accordance with approved submittal date that is not in accordance with the Contract Documents and did not have the specific acceptance of the Owner's Representative shall be replaced at Contractor's cost.

D. Re-submittals
1. Re-submit entire submittal in accordance with afore mentioned format and content requirements. **Loose-leaf or piecemeal re-submittals are not acceptable.** New and/or revised data for each section shall be prefaced with a colored (yellow, pink, orange, etc) cover sheet that identifies (in a word or two) the materials and/or equipment being re-submitted. Typeset the words "REVISED SUBMITTAL NO. 1 (or 2, 3 as applicable)" centered at the bottom of the cover sheet.
2. Subsequent re-submittals (second and third, if necessary) shall have different colored cover sheets to distinguish between the various re-submittals.
3. Include a cover letter at front of binder that specifically responds to each "REVISE AND RE-SUBMIT COMMENT" or "REJECTED" comment by number. Example responses would include the following:
   a. RESPONSE: "Please see attached re-submittal."
   b. RESPONSE: "Will be re-submitted at a latter date."

        c.     RESPONSE: "Requirement for (xxxxxx) was deleted in Addendum No. 2."

        d.     RESPONSE: "Exception requested based on Section xx, Paragraph x.x.x.

E.     These paragraphs related to Plumbing submittal data supersede any conflicting requirements contained in Division 01 sections.

## 1.13    CONTRACTOR CERTIFICATION OF SUBMITTAL DATA

A.     The Contractor shall provide the following certification with all submittal data furnished to the Owner's Representative for review and comment.

Project Title:

Description of Submittal Data:

This is to certify that the above-described submittal data has been reviewed and is approved for compliance with the Contract Documents, manufacturer's recommendation, adequacy, clearances, code compliance, safety, and coordination with other trades and/or work except as follows: (list "none" or itemize and explain). In addition, the Contractor shall submit to the Owner's Representative a signed statement from each representative certifying as follows:

"I certify that the materials and/or equipment listed below have been personally inspected by the undersigned authorized manufacturer's representative and is properly installed and operating in accordance with the manufacturer's recommendations and are asbestos free."

_____

Name and Company

## 1.14    ACCEPTANCE OF MATERIALS AND EQUIPMENT

A.     All equipment installed on this project shall have **local (within 125 miles)** representation, local factory-authorized service, and a local stock of repair parts. This requirement is essential and will be strictly reviewed by the Owner's Representative prior to concurrence with the Contractor's approval for all submittals covered by Plumbing Division of this Specification.

B.     NOTICE: The Contractor is responsible for providing materials and equipment that conform to the requirements of the project manual in every respect unless a deviation has been "accepted" in writing. Removal of any nonconforming materials and equipment and the replacement with conforming materials and equipment shall be at the Contractor's sole expense, regardless of when nonconformance was discovered.

C.     Approval of materials and equipment shall be based on manufacturer's published data and shall be tentatively subject to the submission of complete shop drawings which comply with the contract documents. Approval is also dependent upon the existence of adequate and acceptable clearances for entry, servicing, and maintenance.

D.     Approval of materials and equipment under this provision shall not be construed as authorizing any deviations from the specifications, unless the attention of the Owner's Representative has been directed in writing to the specific deviations. Data submitted shall not contain unrelated information unless all pertinent information is properly identified.

E.     Physical Size of Equipment: Space is critical; therefore, equipment of larger sizes than shown, even though of approved manufacturer, will not be acceptable unless it can be demonstrated that ample space exists for proper installation, operation, and maintenance.

## 1.15    SITE OBSERVATION

A.     Site observation by the Architect, Engineer, and/or Owner's Representative is for the express purpose of verifying compliance by the Contractor with the contract documents, and shall not be construed as

construction supervision nor indication of approval of the manner or location in which the work is being performed as being a safe practice or place.

1.16    SUPERVISION

A.    In addition to the Superintendent required under the conditions of the contract, each subcontractor shall keep a competent superintendent or foreman on the job at all times.

B.    It shall be the responsibility of each superintendent to study all plans and familiarize himself with the work to be done by other trades.  He shall coordinate his work with other trades and, before material is fabricated or installed, make sure that his work will not cause an interference with another trade.  Where interferences are encountered, they shall be resolved at the jobsite by the superintendents involved.  Where interferences cannot be resolved without major changes to the plans, the matter shall be referred to the Owner's Representative for comments.

1.17    OPERATION PRIOR TO COMPLETION

A.    When any piece of equipment is operable and it is to the advantage of the Contractor to operate the equipment, he may do so, providing that he properly supervises the operation and has the written permission of the Owner's Representative to do so.  The warranty period shall not commence, however, until such time as the equipment is operated for the beneficial use of the Owner or date of substantial completion, whichever occurs first.

B.    Regardless of whether or not the equipment has or has not been operated, the Contractor shall properly clean the equipment, install clean filter media, properly adjust, and complete all deficiency list items before final acceptance by the Owner.  The date of acceptance and the start of the warranty may not be the same date.

1.18    MANUFACTURER'S RECOMMENDATIONS

A.    The manufacturer's published directions shall be followed in the delivery, storage, protection, installation, piping, and wiring of all equipment and material.  The Contractor shall promptly notify the Owner's Representative, in writing, of any conflict between the requirements of the contract documents and the manufacturer's directions, and shall obtain the Owner's Representative's comments before proceeding with the work.  Should the Contractor perform any such work that does not comply with the manufacturer's directions or applicable comments from the Owner's Representative, he shall bear all costs arising in connection with the correction of such deficiencies.

1.19    CHECKING AND TESTING MATERIALS AND/OR EQUIPMENT

A.    Before final acceptance of the work, an authorized representative of the manufacturer of the installed materials and/or equipment shall personally inspect the installation and operation of his materials and/or equipment to determine that it is properly installed and in proper operating order.  Testing and checking shall be accomplished during the course of the work where required by work being concealed, and at the completion of the work otherwise.  In addition, the Contractor shall submit to the Owner's Representative a signed statement from each representative certifying as follows:

*"I certify that the materials and/or equipment listed below have been personally inspected by the undersigned authorized manufacturer's representative and is properly installed and operating in accordance with the manufacturer's recommendations and are asbestos free."*

B.    Check inspections shall include plumbing, heating, air conditioning, ventilating, mechanical control and electrical equipment, and such other items hereinafter specified or specifically designated by the Owner's Representative.

1.20    OPERATING AND MAINTENANCE INSTRUCTION

A. The Contractor shall prepare for the owner's manual hereinafter specified complete sets of operating and maintenance instructions, system piping, valving, control and interlock diagrams, manuals, parts lists, etc. for each item of equipment.  These are to be assembled as hereinafter specified for owner's manual.

B. In addition, the Contractor shall provide the service of a competent engineer or a technician acceptable to the Owner's Representative to instruct a representative of the Owner in the complete and detailed operation of all equipment and systems.  These instructions shall be provided for a period of sufficient duration to fully accomplish the desired results.  Upon completion of these instructions, a letter of release will be required, acknowledged by the Owner, stating the dates of instruction and personnel to whom instructions were given.

C. Additional diagrams, operating instructions, etc. shall be provided as specified hereinafter in the other sections of these specifications.

1.21  MATERIAL AND EQUIPMENT SCHEDULES

A. Contractor shall refer to both drawings and specification for schedules.  Where reference is made to items "scheduled on drawings" or "scheduled in specifications," same shall include schedules contained in both the drawings and the specifications.  The Contractor's attention is directed to the various specification sections and drawings for schedules.

1.22  APPLICABLE CODES AND STANDARDS

A. The installation shall meet the minimum standards prescribed in the latest editions of the following listed codes and standards, which are made a part of these specifications, except as may be hereinafter specifically modified in these specifications and associated drawings.
1. National Fire Protection Association Standards (NFPA):
   NFPA 10 - Portable Fire Extinguishers
   NFPA 54 - National Fuel and Gas Code
   NFPA 70 - National Electrical Code
   NFPA 90A - Air Conditioning Systems
   NFPA 101 - Life Safety Code
   NFPA 255 - Method of Test of Surface Burning Characteristics of Building Materials
   Local and State Health Code (TDSH)
2. American National Standards Institute (ANSI):
   15-78 - Safety Code for Mechanical Refrigeration
   C.2 - 1984 National Electrical Safety Code
   A117.1 - Handicapped Code
3. American Society of Mechanical Engineers (ASME): Section IV, V, CSD-1
4. Air Conditioning and Refrigeration Institute Standards (ARI):  All standards related to refrigeration and air conditioning equipment and piping furnished under these specifications.
5. American Water Works Association (AWWA):  All applicable manuals and standards.
6. Sheet Metal and Air Conditioning Contractors National Associate, Inc, (SMACNA):  All applicable manuals and standards.
7. Air Moving and Conditioning Association (AMCA):  All applicable manuals and standards.
8. American Society of Testing Materials (ASTM):  All applicable manuals and standards.
9. National Electrical Manufacturers' Association (NEMA):  All applicable manuals and standards.
10. Occupational Safety and Health ACT (OSHA):
    National Sanitation Foundation - Standard No. 2
11. American Society of Heating, Refrigeration, and Air conditioning Engineers (ASHRAE):
    90-80 Energy Conservation in New Building Design
    2001 ASHRAE Handbook of Fundamentals
12. Americans with Disabilities Act, 1990
13. American Gas Association (AGA)
14. Underwriters Laboratories, Inc. (UL)
15. Manufacturer's Standardization Society of the Valve and Fitting Industry (MSS)
16. Applicable State Building Codes (International Building Codes, as amended):
17. Applicable State Mechanical Code (International Mechanical Code, as amended).
18. Applicable State Plumbing Code (International Plumbing Code, as amended).
19. Applicable State Energy Code (International Energy Conservation Code, as amended).

B.     All materials and workmanship shall comply with all applicable city, state, and national codes, specifications, and industry standards.  All materials shall be listed by the Underwriters Laboratories, Inc. as conforming to its standards and so labeled in every case where such a standard has been established for the particular type of material in question.

C.     The contract documents are intended to comply with the aforementioned rules and regulations; however, some discrepancies may occur.  Where such discrepancies occur, the Contractor shall immediately notify the Owner's Representative in writing of said discrepancies and apply for an interpretation.   Should the discovery and notification occur after the execution of a contract, any additional work required for compliance with said regulations shall be paid for as covered by Division 1 of these contract documents, providing no work or fabrication of materials has been accomplished in a manner of noncompliance.  Should the Contractor fabricate and/or install materials and/or workmanship in such a manner that does not comply with the applicable codes, rules, and regulations, the Contractor who performed such work shall bear all costs arising in correcting these deficiencies to comply with said rules and regulations.

1.23     DEFINITIONS

A.     Refer to the condition of the contract for Division 1 for additional requirements regarding definitions.

B.     Where "as required" or "as necessary" is used in these specifications or on the drawings, it shall mean "that situations exist that are not necessarily described in detail or indicated that may cause the Contractor certain complications in performing the work described or indicated.  These complications entail the normal coordination activities expected of the Contractor where multiple trades are involved and new or existing construction causes deviations to otherwise simplistic approaches to the work to be performed.  The term shall not be interpreted to permit an option on the part of the Contractor to achieve the end result."

C.     Where "and/or" is used in these specifications or on the drawings, it shall mean "that situations exist where either one or both conditions occur or are required and shall not be interpreted to permit an option on the part of the Contractor.

1.24     FINAL INSPECTION

A.     Refer to Division 1 for additional requirements for final inspection.

B.     It shall be the responsibility of the Contractor to personally conduct a careful inspection, assuring himself that the work on the project is ready for final acceptance and developing his own "punchlists," before calling upon the Owner's Representative to make a final inspection.  Failure of the Contractor to conduct such inspections and provide the Owner's Representative with a copy of his "punchlists" prior to the final inspection shall be adequate cause for the Owner's Representative to cancel any Contractor-requested final inspection.

C.     In order not to delay final acceptance of the work, the Contractor shall conduct his own "final inspections" prior to requesting the Owner's Representative to "final" the project; will have all necessary bonds, guarantees, receipts, affidavits, etc. called for in the various articles of this specification prepared and signed in advance; and together with a letter of transmittal listing each paper included, shall deliver the same to the Owner's Representative at or before the time of said final inspection.  The Contractor is cautioned to check over each bond, receipt, etc. before preparing same for submission to see that the terms check with the requirements of the specifications.

D.     The final inspection will be made jointly by the Owner's Representative and the Owner.

1.25     REQUIREMENTS FOR FINAL ACCEPTANCE

A.     Requirements for final acceptance shall include but not be limited to the Contractor accomplishing the following:
1.     Construction:  Complete all construction.
2.     Deficiency Lists:  Correct all deficiencies listed at time of Substantial Completion.
    a.     Owner's Manual:  Submit at least 30 days prior to final acceptance on (1) copy of the owner's manual for the Owner's Representative's review and comments.  Following acceptance,

prepare three (3) copies of bound and indexed owner's manual, to be delivered System operating instructions.
- b. System control drawings.
- c. System interlock drawings.
- d. System maintenance instructions.
- e. Manufacturers', suppliers', and subcontractors' names, addresses, and telephone numbers, both local representatives and manufacturers' service headquarters.
- f. Equipment operating and maintenance instructions and parts lists.
- g. Manufacturer's' certifications (see Checking and Testing Materials and/or Equipment, this section).
- h. Contractor's warranty.
- i. Acceptance certificates of authorities having jurisdiction.
- j. Log of all tests made during course of work.
- k. Owner's acknowledgment of receipt of instruction, enumerating items in owner's manual.
- l. List of manufacturers' guarantees executed by the Contractor.
- m. Certified performance curves.
- n. Balance and performance test reports.
- o. Owner's acknowledgment of items of equipment or accessories indicated or specified to be turned over to Owner.
- p. Verbal, as herein specified.
- q. Posted, framed under glass or plastic laminated:
3. At the time of final acceptance, which shall include but not be limited to the following:
4. Instructions:
- a. System operating instructions.
- b. System control drawings.
- c. System interlock drawings.
5. Record Drawings: Deliver the specified record drawings to the Owner's Representative.

## 1.26 RECORD DRAWINGS

A. The Contractor shall maintain a set of contract drawings (black-line prints) at the jobsite on which he shall indicate the installed (as-built) locations of the following:
1. Equipment
2. Main lines of piping and ductwork.
3. Dimensional locations (including depth) of all underground piping, valves and conduits.

B. Drawings shall be used for construction reference and shall not leave the field office of the jobsite.

C. Drawings shall include all addenda, ASI's, Change Orders, and existing conditions and equipment that are not reflected in the original contract drawings.

D. Upon completion of work, the Contractor shall obtain CAD files of the contract drawings from the Owner's Representative and transfer the above as-built information into these files. The as-built files shall be permanently marked "RECORD DRAWINGS" and printed on full-size Mylar sheets. Upon completion, the CAD files shall be transferred to CD in AutoCAD 2007 format. Both the CAD files CD and Mylar drawings shall be submitted to the Owner's Representative as part of the Close-out Submittals.

E. Refer to Division 1 paragraph entitled "Record Documents" for additional requirements.

## 1.27 ALLOWANCES

A. Refer to Division 1 for allowances.

## 1.28 ALTERNATE PROPOSALS

A. Alternate proposals are summarized in Division 1 and on the bid proposal form. Refer to all sections of the specifications and the drawings to determine the exact extent and scope of the various alternate proposals as each pertains to the work of the various trades.

1.29    WARRANTY

B.    General:  All work performed (including equipment and materials furnished) under the various sections of these specifications shall be 100% warranted, for a period of one (1) year from the date of final acceptance thereof, against defective materials, design, and unauthorized substitution.  Upon receipt of note of failure of any part of the guaranteed equipment and/or facilities during the guaranty period, the affected part(s) or facilities shall be replaced promptly with new parts, etc. by and at the expense of the Contractor.  Further, the Contractor shall properly obtain, execute, and forward any and all manufacturer's warranties on equipment furnished under the Contract.  Refer to Division 1 for additional requirements.

C.    Extended Period:   The Contractor shall provide all extended time warranties available from the manufacturer of the equipment provided as standard at no additional cost.  This includes all extended warranties where specified with certain equipment as directed in other sections of this Specification.

**PART 2 - PRODUCTS**

2.1    MATERIALS AND WORKMANSHIP

**A.    All materials, unless otherwise specified, shall be 51% manufactured in the United States, new, free from all defects, and of the best quality.  Foreign goods specifically approved for use by the Owner's Representative prior to bidding may be furnished.**

B.    Materials and equipment shall be installed in accordance with the manufacturer's recommendations and the best standard practice for the type of work involved.  All work shall be executed by mechanics skilled in their respective trades, and the installations shall present a neat, precise appearance.

C.    The responsibility for the furnishing and installation of the proper plumbing equipment and/or material as intended rests entirely upon the Contractor.  The Contractor shall request advice and supervisory assistance from the representative of specific manufacturers during the installation.

2.2    FLAME SPREAD AND SMOKE DEVELOPED PROPERTIES OF MATERIALS

A.    Duct coverings, duct linings, vapor barrier facings, tapes, adhesives, core materials, insulation, jackets, piping (of any sort), and other materials in concealed locations, including any above-ceiling area, shall have a flame spread rating not over 25 without evidence of continued progressive combustion and a smoke developed rating no higher than 50.  Flame spread and smoke developed ratings shall be in accordance with NFPA Standard No. 255.

2.3    BEARINGS

A.    All ball bearings shall be of radial and/or thrust type, and enclosed in a dust and moisture-proof housing.

2.4    MOTORS

A.    The Contractor shall provide all motors required for equipment supplied under each portion of the work.  Motors shall be built in accordance with the latest ANSI, IEE, and NEMA standards, shall be fully coordinated with the equipment served, shall be of sizes and electrical characteristics scheduled.

2.5    STARTING EQUIPMENT

A.    Each motor shall be provided with proper starting equipment.  This equipment, unless hereinafter specified or scheduled to the contrary, shall be provided by the trade furnishing the motor.  All motor starting equipment provided by any one trade shall be of the same manufacture unless such starting equipment is an integral part of the equipment on which the motor is mounted.

2.6    FIRE AND SMOKE PARTITION, WALL, AND/OR FLOOR PENETRATIONS

A.   Pipe, ductwork, conduit, etc. shall pass through fire- or smoke-rated floors, partitions, walls, or other barriers within a UL-listed assembly which shall maintain the rating of the applicable wall, floor, partition, or barrier.

B.   The Contractor shall review the architectural and structural drawings and determine the location of the fire-rated building elements.  Where these elements are penetrated, UL-listed fire-rated penetration assemblies approved by the local authority shall be provided in accordance with the manufacturer's instructions to obtain the required rating.

## 2.7   FOUNDATIONS / HOUSEKEEPING PADS

A.   General:  All special foundations and supports required for the proper installation of equipment and pipe shall be provided as hereinafter specified and under the section of the specifications covering the equipment, unless otherwise indicated on the drawings.

B.   All equipment shall receive concrete housekeeping pads unless otherwise noted.  Equipment to be receive pads are to include (but not limited to):  boilers, water heaters, water softeners, expansion / compression tanks, filter feeders, water treatment equipment, air compressors, pumps (in addition to inertia bases where required), surge tanks, deareators, etc.

C.   Concrete foundations for the support of equipment such as floor-mounted pumps, equipment, etc. shall be not less than 3 inches high and not less than 4 inches larger (in both directions) than supported unit, unless otherwise noted and shall be poured in forms built of new dressed lumber.  All corners of the foundations shall be neatly chaffered by means of sheet metal or triangular wood strips nailed to the form.  Pads shall not be laid out directly against walls or structures.  2 inches shall be left available for pad form work.  Foundation bolts shall be placed in the forms when the concrete is poured, the bolts being correctly located by means of templates.  Allow 1 inch below the equipment bases for alignment and grouting (where applicable).  Foundations for equipment located on the exterior of the building shall be provided as indicated.  Foundations shall be constructed in accordance with approved shop drawings and shall be reinforced with #4 bars at 12 inches on center both ways (minimum).

D.   Pipe and Conduit Support:  All pipes and conduits throughout the building, both horizontal and vertical, shall be adequately supported from the construction to line of grade, with proper provision for expansion, contraction, vibration elimination, and anchorage.  Vertical pipes and conduits shall be supported from floor lines with riser clamps sized to fit the lines and to adequately support their weight.  At the bases of lines, where required for proper support, provide anchor base fittings or other approved supports.

## PART 3 -  EXECUTION

## 3.1   SPACE AND EQUIPMENT ARRANGEMENT

A.   The size of equipment indicated on the drawings is based on the dimensions of a particular manufacturer.  While other manufacturers will be acceptable, it is the responsibility of the Contractor to determine whether the equipment he proposes to furnish will fit in the space.  Shop drawings shall be prepared when required by the Owner's Representative to indicate a suitable arrangement.

B.   All equipment shall be installed in a manner to permit access to all surfaces.  All valves, motors, drives, filters, and other accessory items shall be installed in a position to allow removal for service without disassembly of another part.

## 3.2   LARGE APPARATUS

A.   Any large piece of apparatus which is to be installed in any space in the building, and which is too large to permit access through stairways, doorways, or shafts shall be brought to the job and placed in the space before the enclosing structure is completed.  Following placement in the space, such apparatus shall be thoroughly, completely protected from damage as hereinafter specified.

## 3.3   PROTECTION

TAMU-02383

A. The Contractor shall take such precautions as may be necessary to properly protect all materials and equipment from damage from the time of delivery until the completion of work. This shall include the erection of all required temporary shelters and supports to adequately protect any items stored in the open on the site from the weather, the ground and surrounding work; the cribbing of any items above the floor of the construction; and the covering of items in the uncompleted building with tarpaulins or other protective covering. Failure on the part of the Contractor to comply with the above will be sufficient cause for the rejection of the items in question.

B. The Contractor shall protect existing facilities, the work of others, and the premises from any and all damages that may be made possible by the execution of work.

C. Equipment and materials shall be protected from rust both before and after installation. Any equipment or materials found in a rusty condition at the time of final inspection must be cleaned of rust and repainted as specified elsewhere in these specifications.

3.4 COOPERATION BETWEEN TRADES AND WITH OTHER CONTRACTORS

A. Each trade, subcontractor, and/or Contractor must work in harmony with the various trades, subcontractors, and/or Contractors on the job as may be required to facilitate the progress to the best advantage of the job as a whole. Each trade, subcontractor, and/or Contractor must pursue its work promptly and carefully so as not to delay the general progress of the job. This Contractor shall work in harmony with Contractors working under other contracts on the premises.

B. It shall be the responsibility of each trade to cooperate fully with the other trades on the job to help keep the jobsite in a clean and safe condition. At the end of each day's work, each trade shall properly store all of its tools, equipment, and materials and shall clean its debris from the job. Upon the completion of the job, each trade shall immediately remove all of its tools, equipment, any surplus materials, and all debris caused by its portion of the work.

3.5 PRECEDENCE OF MATERIALS AND COORINATION OF WORK

A. These specifications and the accompanying drawings are intended to cover systems which will not interfere with the structural design of the building, which will fit into the several available spaces, and which will ensure complete and satisfactory systems. Each subcontractor and/or trade shall be responsible for the proper fitting of his material and apparatus into the building.

B. The work of the various trades shall be performed in the most direct and workmanlike manner without hindering or handicapping the work of other trades. Piping interferences shall be handled by giving precedence to pipe lines which require a stated grade for proper operation. Where space requirements conflict, the following order or precedence shall, in general, be observed:
   1. Building lines.
   2. Structural members.
   3. Light fixtures.
   4. Soil and drain piping.
   5. Condensate drains.
   6. Vent piping.
   7. Supply, return, and outside air ductwork.
   8. Exhaust ductwork.
   9. HVAC water and steam piping.
   10. Steam condensate piping.
   11. Fire protection piping.
   12. Natural gas piping.
   13. Domestic water (cold and hot).
   14. Refrigerant piping.
   15. Electrical conduit.

C. Coordinate all major elements, components, and systems of plumbing equipment and materials in relationship with other systems, installations, and building components. Coordinate space requirements for installation and access. Verify the following:
   1. Clearance for servicing and maintaining equipment, accessories, and specialties, including space for disassembly required for periodic maintenance.

2.      Equipment and accessory service connections and support details.

3.      Fire-rated wall and floor penetrations.

4.      Scheduling, sequencing, movement and positioning of large equipment into building during construction.

5.      Access panel and door locations.

6.      Clearances between building openings and VTR's/Flues.

D.      The light fixture grid layout as indicated on the drawings must be maintained. This Contractor shall refer to all light fixture plans and details indicated on the drawings and shall coordinate the location of dampers, supply grilles, return air grilles, sprinkler heads, etc. with the location of the light fixtures to assure proper access to all items in a manner acceptable to the Owner's Representative.

E.      The electrical trades shall locate all junction boxes, pull boxes, conduits, etc. to avoid interference with the diffusers, dampers, grilles, etc. hereinbefore mentioned. The mechanical trades shall furnish to all other trades copies of approved ductwork shop drawings to assist in the coordination of the rough-in and installation of all items of work.

3.6      CONNECTIONS FOR OTHERS

A.      This Contractor shall rough-in for and make all water, sewer, electrical, etc. connections to all fixtures, equipment, machinery, etc. provided by others in accordance with detailed roughing-in drawings provided by the equipment suppliers, by actual measurements of the equipment connections, or as detailed.

B.      After the equipment is set in place, this Contractor shall make all final connections and shall provide all required pipe, fittings, valves, traps, connectors, etc.

C.      Provide all air gap fittings required, using materials hereinbefore specified. In each water line serving an item of equipment or piece of machinery, provide a shutoff valve. On each drain without integral trap provide a suitable trap.

D.      All pipe fittings, valves, traps, etc. exposed in finished areas and connected to chrome-plated lines provided by others shall be chrome-plated to match.

E.      Provide all transition pieces, etc. required for a complete installation of equipment provided by others.

3.7      INSTALLATION METHODS

A.      Where to Conceal: All pipes and conduits shall be concealed in pipe chases, walls, furred spaces, below suspended floors, or above the ceilings of the building unless otherwise indicated.

B.      Where to Expose: In mechanical rooms, janitor's' closets tight against pan soffits in exposed Tee structures, or storage spaces, but only where necessary, piping and conduit may be run exposed. All exposed piping and conduit shall be run in the neatest, most inconspicuous manner, and parallel or perpendicular to the building lines.

C.      Support: All piping and conduit shall be adequately and properly supported from the building structure by means of hanger rods or clamps to walls as herein specified.

D.      Maintaining Clearance: Where limited space is available above the ceilings and below concrete beams or other deep projections, pipe and conduit shall be sleeved through the projection where it crosses, rather than hung below them, in a manner to provide maximum above-floor clearance. Sleeves shall be as herein specified. Approval shall be obtained from the Owner's Representative for each penetration.

E.      All pipe, conduits, etc. shall be cut accurately to measurements established at the building and shall be worked into place without springing or forcing. All ducts, pipes, and conduits run exposed in machinery and equipment rooms shall be installed parallel to the building lines, except that they shall be sloped to obtain the proper pitch. Piping and ducts run in furred ceilings, etc. shall be similarly installed, except as otherwise shown. Conduits in furred ceilings and in other concealed spaces may be run at angles to the construction but shall be neatly grouped and racked indicating good workmanship. All conduit and pipe openings shall be kept closed until the systems are closed with final connections.

F.  Special Requirements:
1.  There shall be no pipe joints nearer than 12 inches to a wall, ceiling, or floor penetration unless pipe joint is a welded or mechanically-coupled-type joint.
2.  The Contractor shall study all construction documents and carefully lay out all work in advance of fabrication and erection in order to meet the requirements of the extremely limited spaces. Where conflicts occur the Contractor shall meet with all involved trades and the Owner's Representative and resolve the conflict prior to erection of any work in the area involved.
3.  Prior to the installation of any ceiling material, gypsum, plaster, or acoustical board, the Contractor shall notify the Owner's Representative so that arrangements can be made for an inspection of the above-ceiling area about to be "sealed off." The Contractor shall give as much advance notice as possible up to ten (10) working days, but in no case less than five (5) working days.
4.  The purpose of this inspection is to verify the completeness and quality of the installation of the air conditioning systems, the plumbing systems, and any other special above-ceiling systems such as pneumatic tube. The ceiling supports (tee bar or lath) should be in place so that access panel and light fixture locations are identifiable and so that clearances and access provisions may be evaluated.
5.  No ceiling material shall be installed until the deficiencies listed from this inspection have been corrected to the satisfaction of the Owner's Representative.

## 3.8    CUTTING AND PATCHING

A.  General:  Cut and patch walls, floors, etc. resulting from work in existing construction or where made necessary by failure to provide proper openings or recesses in new construction.

B.  Methods of Cutting: Openings cut through concrete and masonry shall be made with masonry saws and/or core drills and at such locations acceptable to the Owner's Representative. Impact-type equipment will not be used except where specifically acceptable to the Owner's Representative. Openings in concrete for pipes, conduits, outlet boxes, etc. shall be core drilled to exact size. **Determine location of embedded conduit and reinforcing bars prior to cutting.**

C.  Restoration:  All openings shall be restored to "as-new" condition under the appropriate specification section for the materials involved, and shall match remaining surrounding materials and/or finishes.

D.  Masonry:  Where openings are cut through masonry walls, provide and install lintels or other structural supports to protect the remaining masonry. Adequate supports shall be provided during the cutting operation to prevent any damage to the masonry occasioned by the operation. All structural members, supports, etc. shall be of the proper size and shape, and shall be installed in a manner acceptable to the Owner's Representative.

E.  Plaster:  All plumbing work in area containing plaster shall be completed prior to the application of the finish plaster coat. Cutting of finish plaster coat will not be permitted.

F.  Weakening:  No cutting, boring, or excavating which will weaken the structure shall be undertaken.

## 3.9    ROOF PENETRATIONS AND FLASHING

A.  Pipe and conduit ducts, pitch pockets, curb bases, and flashing compatible with the roofing installation shall be provided for roof penetrations. Provide framing or other support around all openings through roof as required to preserve the structural integrity of the roof system and make the penetration weathertight.

## 3.10    EXCAVATING AND BACKFILLING

A.  Perform trenching, excavating, backfilling for plumbing work as set forth below.

B.  Depth of excavation varies with invert of pipe. Excavation to be carried to a depth of at least 6 inches below bottom of pipe elevation. Fill below pipe (6 inches), around pipe, and a minimum of 12 inches above pipe with sand of Class "B" crushed stone tamped firm and even. Separate topsoil during excavation. Final layer of dirt for exterior installations to be (6 inches minimum) to be topsoil. Backfilling shall be done to exclude use of rock or stone above sand or Class "B" crushed stone.

3.11    TESTS AND INSPECTIONS

A.    General:  The Contractor shall make all tests deemed necessary by the inspection departments of the engineer and the authority having jurisdiction, Board of Underwriters, etc.  He shall provide all equipment, materials, and labor for making such tests.  Fuel and electrical energy for system operational tests following beneficial occupancy by the Owner will be paid for by the Owner.

B.    Other:  Additional tests specified hereinafter under the various specifications sections shall be made.

C.    Notification: The Owner's Representative shall be notified at his office 36 hours prior to each test and other specifications requirements requiring action on the part of the Owner, Architect, Engineer, and/or Owner's Representative.

D.    Test Logs:  All tests which the Contractor conducts shall have pertinent data logged by the Contractor at the time of testing.  Data shall include date, time, personnel, description and extent of system tested, test conditions, test results, specified results, and any other pertinent data.  Data shall be delivered to the Owner's Representative as specified under "Requirements for Final Acceptance.

E.    Inspections:  In general, an inspection by the Owner's Representative shall be required prior to closing up any work and prior to beneficial occupancy or final project completion.  The closing up of work includes, but is not limited to, pipe and conduit installations prior to backfilling; mechanical, plumbing electrical, and fire protection work prior to placement of concrete; or closing up walls and overhead mechanical, plumbing, electrical and fire protection work prior to installation of the ceiling.

3.12    CLEANING AND PAINTING

A.    Thoroughly clean and touch up the finish on all parts of the materials and equipment.  Exposed parts in equipment rooms, and all other spaces except sealed chases and attics shall be thoroughly cleaned of cement, plaster, and other materials, and all oil and grease spots shall be removed.  Such surfaces shall be carefully wiped and all cracks and corners scraped out.

B.    All other painting shall be accomplished under the Painting Section of Division 9 of the specifications.

3.13    DISCHARGE OF WASTES FROM CONSTRUCTION SITE

A.    The Contractor shall comply with all applicable provisions of local, state, and federal laws regarding the discharge of wastes into sewer and waterways.  Special caution shall be exercised to prevent the discharge of wastes which contain oil, tar, asphalt, roofing compound, kerosene, gasoline, paint, mud, cement, lime, or other materials which would degrade the water quality of the receiving water course.  The Contractor shall construct and maintain oil interceptors, settling basins, acid neutralization tanks, and/or other effective pollution countermeasures, as required by the Texas Water Quality Board.

B.    On LEED and CHPS projects, contractor is responsible for tracking waste leaving the jobsite. All waste on these projects to be sorted and processed during construction.

**END OF SECTION**

## SECTION 220500 - BASIC PLUMBING MATERIALS AND METHODS

### PART 1 - GENERAL

1.1     SUMMARY

A.     This Section includes the following basic plumbing materials and methods to complement other Plumbing Sections.
1.     Piping materials and installation instructions common to most piping systems.
2.     Concrete base construction requirements.
3.     Escutcheons.
4.     Dielectric fittings.
5.     Dielectric isolation tape
6.     Flexible connectors.
7.     Mechanical sleeve seals.
8.     Nonshrink grout for equipment installations.
9.     Field-fabricated metal and wood equipment supports.
10.    Installation requirements common to equipment specification sections.
11.    Mechanical demolition.
12.    Cutting and patching.
13.    Touchup painting and finishing.
14.    Access Doors

B.     Pipe and pipe fitting materials are specified in Plumbing piping system Sections, if applicable.

1.2     DEFINITIONS

A.     Finished Spaces:  Spaces other than mechanical and electrical equipment rooms, furred spaces, pipe and duct shafts, unheated spaces immediately below roof, spaces above ceilings, unexcavated spaces, crawl spaces, and tunnels.

B.     Exposed, Interior Installations:  Exposed to view indoors.  Examples include finished occupied spaces and mechanical equipment rooms.

C.     Exposed, Exterior Installations:  Exposed to view outdoors, or subject to outdoor ambient temperatures and weather conditions.  Examples include rooftop locations.

D.     Concealed, Interior Installations:  Concealed from view and protected from physical contact by building occupants.  Examples include above ceilings and in duct shafts.

E.     Concealed, Exterior Installations:  Concealed from view and protected from weather conditions and physical contact by building occupants, but subject to outdoor ambient temperatures.  Examples include installations within unheated shelters.

F.     The following are industry abbreviations for plastic materials:
1.     ABS:  Acrylonitrile-butadiene-styrene plastic.
2.     CPVC:  Chlorinated polyvinyl chloride plastic.
3.     NP:  Nylon plastic.
4.     PE:  Polyethylene plastic.
5.     PVC:  Polyvinyl chloride plastic.

G.     The following are industry abbreviations for rubber materials:
1.     CR:  Chlorosulfonated polyethylene synthetic rubber.
2.     EPDM:  Ethylene propylene diene terpolymer rubber.

1.3     SUBMITTALS

A.    Product Data:  For dielectric fittings, flexible connectors, access doors, solder/brazing material and mechanical sleeve seals.

B.    Shop Drawings:  Detail fabrication and installation for metal and wood supports and anchorage for mechanical materials and equipment.

C.    Coordination Drawings:  Detail major elements, components, and systems of plumbing equipment and materials in relationship with other systems, installations, and building components.  Show space requirements for installation and access.  Indicate if sequence and coordination of installations are important to efficient flow of the Work.  Include the following:
1.    Clearances for servicing and maintaining equipment, accessories, and specialties, including space for disassembly required for periodic maintenance.
2.    Equipment and accessory service connections and support details.
3.    Fire-rated wall and floor penetrations.
4.    Scheduling, sequencing, movement, and positioning of large equipment into building during construction.
5.    Access panel and door locations

1.4    QUALITY ASSURANCE

**A.    All materials, unless otherwise specified, shall be 51% manufactured in the United States, new, free from all defects, and of the best quality.  Foreign goods specifically approved for use by the Owner's Representative prior to bidding may be furnished.**

B.    Materials and equipment shall be installed in accordance with the manufacturer's recommendations and the best standard practice for the type of work involved.  All work shall be executed by mechanics skilled in their respective trades, and the installations shall present a neat, precise appearance.

C.    Comply with ASME A13.1 for lettering size, length of color field, colors, and viewing angles of identification devices.

D.    Equipment Selection:  Equipment of higher electrical characteristics, physical dimensions, capacities, and ratings may be furnished provided such proposed equipment is approved in writing and connecting mechanical and electrical services, circuit breakers, conduit, motors, bases, and equipment spaces are increased. Additional costs shall be approved in advance by  appropriate  Contract  Modification  for these increases.  If minimum energy ratings or efficiencies of equipment are specified, equipment must meet design and commissioning requirements.

1.5    DELIVERY, STORAGE, AND HANDLING

A.    Deliver pipes and tubes with factory-applied end caps.  Maintain end caps through shipping, storage, and handling to prevent pipe end damage and prevent entrance of dirt, debris, and moisture.

B.    Protect stored pipes and tubes from moisture and dirt.  Elevate above grade.  Do not exceed structural capacity of floor, if stored inside.

C.    Protect flanges, fittings, and piping specialties from moisture and dirt.

D.    Store plastic pipes protected from direct sunlight.  Support to prevent sagging and bending.

1.6    SEQUENCING AND SCHEDULING

A.    Coordinate plumbing equipment installation with other building components.

B.    Arrange for pipe spaces, chases, slots, and openings in building structure during progress of construction to allow for plumbing installations.

C.    Coordinate installation of required supporting devices and set sleeves in poured-in-place concrete and other structural components, as they are constructed.

D. Sequence, coordinate, and integrate installations of plumbing materials and equipment for efficient flow of the Work. Coordinate installation of large equipment requiring positioning before closing in building.

E. Coordinate connection of plumbing systems with exterior underground and overhead utilities and services. Comply with requirements of governing regulations, franchised service companies, and controlling agencies.

F. Coordinate requirements for access panels and doors if plumbing items requiring access are concealed behind finished surfaces.

G. Coordinate installation of identifying devices after completing covering and painting, if devices are applied to surfaces. Install identifying devices before installing acoustical ceilings and similar concealment.

## PART 2 - PRODUCTS

2.1 MANUFACTURERS

A. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
   1. Dielectric Tape:
      a. Holdrite (#272-4).
   2. Metal, Flexible Connectors:
      a. Flexicraft Industries.
      b. Flex-Weld, Inc.
      c. Grinnell Corp.; Grinnell Supply Sales Co.
      d. Mercer Rubber Co.
      e. Metraflex Co.
      f. Uniflex, Inc.
   3. Rubber, Flexible Connectors:
      a. General Rubber Corp.
      b. Mercer Rubber Co.
      c. Metraflex Co.
      d. Red Valve Co., Inc.
      e. Uniflex, Inc.
   4. Mechanical Sleeve Seals:
      a. Calpico, Inc.
      b. Metraflex Co.
      c. Thunderline/Link-Seal.

2.2 PIPE AND PIPE FITTINGS

A. Refer to individual Specification piping Sections for pipe and fitting materials and joining methods, if applicable.

B. Pipe Threads: ASME B1.20.1 for factory-threaded pipe and pipe fittings.

2.3 JOINING MATERIALS

A. Refer to individual Specification piping Sections for special joining materials not listed below, if applicable.

B. Pipe-Flange Gasket Materials: Suitable for chemical and thermal conditions of piping system contents.
   1. ASME B16.21, nonmetallic, flat, asbestos-free, 1/8-inch maximum thickness, unless thickness or specific material is indicated.
      a. Full-Face Type: For flat-face, Class 125, cast-iron and cast-bronze flanges.
      b. Narrow-Face Type: For raised-face, Class 250, cast-iron and steel flanges.
   2. AWWA C110, rubber, flat face, 1/8 inch thick, unless otherwise indicated; and full-face or ring type, unless otherwise indicated.

C.   Flange Bolts and Nuts:  ASME B18.2.1, carbon steel, unless otherwise indicated.

D.   Plastic, Pipe-Flange Gasket, Bolts, and Nuts:  Type and material recommended by piping system manufacturer, unless otherwise indicated.

E.   Solder Filler Metals:  ASTM B 32.
1.   ASTM B 32, 95/5 lead-free alloys.  Include water –flushable and soluble flux according to ASTM B 813.

F.   Brazing Filler Metals:  AWS A5.8.
1.   BCuP Series:  Copper-phosphorus alloys.
2.   BAg1:  Silver alloy.

G.   Welding Filler Metals:  Comply with AWS D10.12 for welding materials appropriate for wall thickness and chemical analysis of steel pipe being welded.

H.   Solvent Cements:  Manufacturer's standard solvent cements for the following:
1.   CPVC Piping:  ASTM F 493.
2.   PVC Piping:  ASTM D 2564, medium bodied (bond).  Include purple primer according to ASTM F 656.

I.   Plastic Pipe Seals:  ASTM F 477, elastomeric gasket.

J.   Flanged, Ductile-Iron Pipe Gasket, Bolts, and Nuts:  AWWA C110, rubber gasket, carbon-steel bolts and nuts.

K.   Couplings:  Iron-body sleeve assembly, fabricated to match OD of plain-end, pressure pipes.
1.   Sleeve:  ASTM A 126, Class B, gray iron.
2.   Followers:  ASTM A 47 malleable iron or ASTM A 536 ductile iron.
3.   Gaskets:  Rubber.
4.   Bolts and Nuts:  AWWA C111.
5.   Finish:  Enamel paint.

2.4   DIELECTRIC FITTINGS

A.   General Requirements:  Assembly of copper alloy and ferrous materials or ferrous material body with separating nonconductive insulating material suitable for system fluid, pressure, and temperature, to prevent galvanic action and stop corrosion. Unions in first paragraph below are available in at least NPS 1/2 to NPS 2.

B.   Dielectric Unions:
1.   Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
a.   Capitol Manufacturing Company.
b.   Central Plastics Company.
c.   EPCO Sales, Inc.
d.   Hart Industries International, Inc.
e.   Watts Regulator Co.; a division of Watts Water Technologies, Inc.
f.   Zurn Plumbing Products Group; Wilkins Water Control Products.
2.   Description:
a.   Pressure Rating:  250 psig at 180 deg F.
b.   End Connections:  Solder-joint copper alloy and threaded ferrous.
c.   Flanges in first paragraph below are available in at least NPS 1-1/2 to NPS 4.

C.   Dielectric Flanges:
1.   Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
a.   Capitol Manufacturing Company.
b.   Central Plastics Company.
c.   EPCO Sales, Inc.
d.   Watts Regulator Co.; a division of Watts Water Technologies, Inc.
2.   Description:

a. Factory-fabricated, bolted, companion-flange assembly.
b. Pressure Rating: 175 psig minimum.
c. End Connections: Solder-joint copper alloy and threaded ferrous; threaded solder-joint copper alloy and threaded ferrous.

D. Dielectric-Flange Kits:
1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
a. Advance Products & Systems, Inc.
b. Calico, Inc.
c. Central Plastics Company.
d. Pipeline Seal and Insulator, Inc.
2. Description:
a. Nonconducting materials for field assembly of companion flanges.
b. Pressure Rating: 150 psig.
c. Gasket: Neoprene or phenolic.
d. Bolt Sleeves: Phenolic or polyethylene.
e. Washers: Phenolic with steel backing washers.

E. Dielectric Couplings:
1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
a. Calpico, Inc.
b. Lochinvar Corporation.
2. Description:
a. Galvanized-steel coupling.
b. Pressure Rating: 300 psig at 225 deg F.
c. End Connections: Female threaded.
d. Lining: Inert and noncorrosive, thermoplastic.

F. Dielectric Nipples:
1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
a. Perfection Corporation; a subsidiary of American Meter Company.
b. Precision Plumbing Products, Inc.
c. Victaulic Company.
2. Description:
a. Electroplated steel nipple complying with ASTM F 1545.
b. Pressure Rating: 300 psig at 225 deg F.
c. End Connections: Male threaded or grooved.
d. Lining: Inert and noncorrosive, propylene.

2.5 DIELECTRIC ISOLATION TAPE

A. Tape to eliminate dissimilar metal contact: (equal to Holdrite #272-4)
1. White Polyester Felt. Pressure sensitive adhesive rubber base (one side only).
2. 4" width.

2.6 FLEXIBLE CONNECTORS

A. General: Fabricated from materials suitable for system fluid and that will provide flexible pipe connections. Include 125-psig minimum working-pressure rating, unless higher working pressure is indicated, and ends according to the following:
1. 2-Inch NPS and Smaller: Threaded.
2. 2-1/2-Inch NPS and Larger: Flanged.
3. Option for 2-1/2-Inch NPS and Larger: Grooved for use with keyed couplings.

B. Bronze-Hose, Flexible Connectors: Corrugated, bronze, inner tubing covered with bronze wire braid. Include copper-tube ends or bronze flanged ends, braze welded to hose.

C.    Rubber, Flexible Connectors:  CR or EPDM elastomer rubber construction, with multiple plies of NP fabric, molded and cured in hydraulic presses.  Include 125-psig minimum working-pressure rating at 220 deg F.  Units may be straight or elbow type, unless otherwise indicated.

2.7    MECHANICAL SLEEVE SEALS

A.    Description:  Modular sealing element unit, designed for field assembly, used to fill annular space between pipe and sleeve.
       1.    Sealing Elements:  EPDM-rubber interlocking links shaped to fit surface of pipe.  Include type and number required for pipe materials and size of pipe.
       2.    Pressure Plates:  Stainless steel.
       3.    Connecting Bolts and Nuts:  Stainless steel of length required to secure pressure plates to sealing elements.

2.8    PIPING SPECIALTIES

A.    Sleeves:  The following materials are for wall, floor, slab, and roof penetrations:
       1.    Steel Sheet Metal:  0.0239-inch minimum thickness, galvanized, round tube closed with welded longitudinal joint.
       2.    Steel Pipe:  ASTM A 53, Type E, Grade A, Schedule 40, galvanized, plain ends.
       3.    Cast Iron:  Cast or fabricated "wall pipe" equivalent to ductile-iron pressure pipe, with plain ends and integral waterstop, unless otherwise indicated.
       4.    Stack Sleeve Fittings:  Manufactured, cast-iron sleeve with integral clamping flange.  Include clamping ring and bolts and nuts for membrane flashing.
              a.    Underdeck Clamp:  Clamping ring with set screws.
       5.    Sleeve Fasteners: Manufactured, steel clips for securement during pour. Equal to B-line, BD40, BE-5-8 or BE-9-12.

B.    Escutcheons:  Manufactured wall, ceiling, and floor plates; deep-pattern type if required to conceal protruding fittings and sleeves.
       1.    ID:  Closely fit around pipe, tube, and insulation of insulated piping.
       2.    OD:  Completely cover opening.
       3.    Cast Brass:  One piece, with set screw.  (split face acceptable for existing piping)
              a.    Finish:  Polished chrome-plate.

2.9    GROUT

A.    Nonshrink, Nonmetallic Grout:  ASTM C 1107, Grade B.
       1.    Characteristics:  Post-hardening, volume-adjusting, dry, hydraulic-cement grout, nonstaining, noncorrosive, nongaseous, and recommended for interior and exterior applications.
       2.    Design Mix:  5000-psig, 28-day compressive strength.
       3.    Packaging:  Premixed and factory packaged.

2.10    ACCESS DOORS

A.    General: Provide access doors for all serviceable mechanical appurtenances (valves, trap primers, shock arresters, actuators, sensors, etcetera) in inaccessible locations.  Such locations include gypsum, brick and CMU ceilings and walls.

B.    Location of panels shall be carefully coordinated with other Exposed Devices as described in earlier paragraphs.

C.    Manufacturers shall be Milcor, Mifab, or approved equal.  Unless indicated otherwise, use panels equal to Milcor Style M for masonry and drywall construction, equal to Milcor Style K for plastered masonry walls and ceilings.  Stainless steel panels shall be used in ceramic tile or glazed structural tile.

D.    Minimum construction features include 16-gage frame and door, continuous hinges, cam-style latch and 10x10" unobstructed opening size.

E.    UL labeled when in fire-rated construction, one and one-half hour rating.

F.   Access doors located outside, in restrooms or in a moisture-laden environment (dressing area, shower area, lockers, etcetera) shall be stainless steel construction.

G.   Equipment access doors shall be of sufficient size to remove/replace equipment and provide routine maintenance as necessary, unless otherwise noted.  Doors shall be set flush with adjacent finish surfaces.  All access doors shall be provided with cylinder locks. All access doors (MEP) shall have one (1) common key.

**PART 3 - EXECUTION**

3.1   PIPING SYSTEMS - COMMON REQUIREMENTS AND APPLICATIONS

A.   General:  Install piping as described below, unless piping Sections specify otherwise.  Individual piping Sections specify unique piping installation requirements.

B.   General Locations and Arrangements:  Drawing plans, schematics, and diagrams indicate general location and arrangement of piping systems.  Indicated locations and arrangements were used to size pipe and calculate friction loss, expansion, pump sizing, and other design considerations.  Install piping as indicated, unless deviations to layout are approved on Coordination Drawings.

C.   All piping to be installed in compliance with current NEC required clearances.

D.   Install manufactured isolation clamps at all dissimilar metal pipe supports.  Install dielectric isolation tape (engineer approved) only when a manufactured isolation clamp is not available.

E.   Install piping at indicated slope.

F.   Install components with pressure rating equal to or greater than system operating pressure.

G.   Install piping in concealed interior and exterior locations, except in equipment rooms and service areas.

H.   Install piping free of sags and bends.

I.   Install exposed interior and exterior piping at right angles or parallel to building walls.  Diagonal runs are prohibited, unless otherwise indicated.

J.   Install piping tight to slabs, beams, joists, columns, walls, and other building elements.  Allow sufficient space above removable ceiling panels to allow for ceiling panel removal.

K.   Install piping to allow application of insulation plus 1-inch clearance around insulation.

L.   Locate groups of pipes parallel to each other, spaced to permit valve servicing.

M.   Install fittings for changes in direction and branch connections.

N.   Install couplings according to manufacturer's written instructions.

O.   Fire-Barrier Penetrations:  Maintain indicated fire rating of walls, partitions, ceilings, and floors at pipe penetrations.  Seal pipe penetrations with firestop materials.  Comply with requirements in Division 07 Section "Penetration Firestopping" for firestop materials and installations.
   1.   Fire-stop all sleeves at floor penetrations of multistory buildings including underfloor penetrations.

P.   Verify final equipment locations for roughing-in.

Q.   Refer to equipment specifications in other Sections of these Specifications for roughing-in requirements.

R.   Piping Joint Construction:  Join pipe and fittings as follows and as specifically required in individual piping specification Sections:
   1.   Ream ends of pipes and tubes and remove burrs.  Bevel plain ends of steel pipe.
   2.   Remove scale, slag, dirt, and debris from inside and outside of pipe and fittings before assembly.

3. Soldered Joints: Construct joints according to AWS's "Soldering Manual," Chapter "The Soldering of Pipe and Tube"; or CDA's "Copper Tube Handbook."

4. Brazed Joints: Construct joints according to AWS's "Brazing Handbook," Chapter "Pipe and Tube."

5. Threaded Joints: Thread pipe with tapered pipe threads according to ASME B1.20.1. Cut threads full and clean using sharp dies. Ream threaded pipe ends to remove burrs and restore full ID. Join pipe fittings and valves as follows:

   a. Note internal length of threads in fittings or valve ends, and proximity of internal seat or wall, to determine how far pipe should be threaded into joint.

   b. Apply appropriate tape or thread compound to external pipe threads, unless dry seal threading is specified.

   c. Align threads at point of assembly.

   d. Tighten joint with wrench. Apply wrench to valve end into which pipe is being threaded.

   e. Damaged Threads: Do not use pipe or pipe fittings with threads that are corroded or damaged. Do not use pipe sections that have cracked or open welds.

6. Welded Joints: Construct joints according to AWS D10.12, "Recommended Practices and Procedures for Welding Low Carbon Steel Pipe," using qualified processes and welding operators according to "Quality Assurance" Article.

7. Flanged Joints: Align flange surfaces parallel. Select appropriate gasket material, size, type, and thickness for service application. Install gasket concentrically positioned. Assemble joints by sequencing bolt tightening to make initial contact of flanges and gaskets as flat and parallel as possible. Use suitable lubricants on bolt threads. Tighten bolts gradually and uniformly using torque wrench.

8. Plastic Piping Solvent-Cement Joints: Clean and dry joining surfaces by wiping with clean cloth or paper towels. Join pipe and fittings according to the following:

   a. Comply with ASTM F 402 for safe-handling practice of cleaners, primers, and solvent cements.

   b. CPVC Piping: ASTM D 2846 and ASTM F 493.

   c. PVC Pressure Piping: ASTM D 2672.

   d. PVC Nonpressure Piping: ASTM D 2855.

9. Plastic Piping Heat-Fusion Joints: Clean and dry joining surfaces by wiping with clean cloth or paper towels. Join according to ASTM D 2657 procedures and manufacturer's written instructions.

   a. Plain-End Pipe and Fittings: Use butt fusion.

   b. Plain-End Pipe and Socket Fittings: Use socket fusion.

## 3.2 ESCUTCHEON REQUIREMENTS

A. Install escutcheons at pipe penetrations of walls, ceilings, and floors in finished areas.

   1. Escutcheons for New Piping:

      a. Piping exposed through floors and walls in finished areas: One piece, cast brass with polished chrome-plated finish with set screw. Deep escutcheons to be provided where standard depth will not fit.

      b. Escutcheons shall cover entire hole penetration.

      c. Escutcheon to be appropriately sized for pipe.

   2. Escutcheons for Existing piping:

      a. Piping exposed through floors and walls in finished areas: Split plate, cast brass with polished chrome-plated finish with set screw. Deep escutcheons to be provided where standard depth will not fit.

      b. Escutcheons shall cover entire hole penetration.

      c. Escutcheon to be appropriately sized for pipe.

   3. Install escutcheons at wall, floor, and ceiling penetrations in exposed finished locations and within cabinets and millwork. Use deep-pattern escutcheons if required to conceal protruding pipe fittings.

## 3.3 PIPE SLEEVE INSTALLATION REQUIREMENTS

A. Pipe sleeves are required at all through wall and floor penetrations.

   1. Sleeves are to be of the following material:

      a. Galvanized-Steel-Pipe Sleeves: ASTM A 53/A 53M, Type E, Grade B, Schedule 40, zinc-coated, with plain ends.

2. Sleeves are required for all through floor and wall penetrations. Sleeves to be set and poured in place (in slab applications), secure all sleeves with fasteners.

3. Sleeves to extend 2 inches past face of floor or wall. Pipe sleeve in finished areas to be flush with wall or floor for installation of escutcheon.

4. Install sleeves in new partitions, slabs, and walls as they are built.

5. For interior wall penetrations, seal annular space between sleeve and pipe or pipe insulation using joint sealants appropriate for size, depth, and location of joint. Comply with requirements in Division 07 Section "Joint Sealants" for joint sealants.

6. For exterior wall penetrations above grade, seal annular space between sleeve and pipe using joint sealants appropriate for size, depth, and location of joint. Comply with requirements in Division 07 Section "Joint Sealants" for joint sealants.

7. For exterior wall penetrations below grade, seal annular space between sleeve and pipe using sleeve seals specified in this Section.

8. Install sleeves that are large enough to provide 1/4-inch (6.4-mm) annular clear space between sleeve and pipe or pipe insulation unless otherwise indicated. Seal annular space with water tight sealant. (equal to NP-1). All sleeves and penetrations to maintain rating of wall / floor. Seal pipe penetrations with fire-stopping materials.

9. Install sleeve materials according to the following applications:
   a. Sleeves for Piping Passing through Concrete Floor Slabs: galvanized steel pipe.
   b. Sleeves for Piping Passing through Concrete Floor Slabs of Mechanical Equipment Areas or Other Wet Areas: Galvanized-steel pipe sleeves.
      1) Extend sleeves 2 inches above finished floor level.
      2) For pipes penetrating floors with membrane waterproofing, extend cast-iron sleeve fittings below floor slab as required to secure clamping ring if ring is specified. Secure flashing between clamping flanges. Install section of cast-iron soil pipe to extend sleeve to 2 inches (50 mm) above finished floor level. Comply with requirements in Division 07 Section "Sheet Metal Flashing and Trim" for flashing.

10. Sleeves for Piping Passing through Gypsum-Board Partitions:
    a. Galvanized-steel pipe sleeves.
    b. Exception: Sleeves are not required for water supply tubes and waste pipes for individual plumbing fixtures if escutcheons will cover openings.

11. Sleeves for Piping Passing through Concrete Roof Slabs: Reference details.

12. Sleeves for Piping Passing through Exterior Concrete Walls:
    a. Galvanized-steel pipe sleeves.
    b. Install sleeves that are large enough to provide 1-inch annular clear space between sleeve and pipe or pipe insulation when sleeve seals are used.

13. Sleeves for Piping Passing through Interior Concrete Walls:
    a. Galvanized-steel pipe sleeves.

14. Mechanical sleeve seals
    a. Install sleeve seals in sleeves in exterior concrete walls at water-service piping entries into building. Sleeves must be poured in place. Installation of sleeves after wall is constructed is not acceptable.
    b. Select type and number of sealing elements required for pipe material and size. Position pipe in center of sleeve. Assemble sleeve seal components and install in annular space between pipe and sleeve. Tighten bolts against pressure plates that cause sealing elements to expand and make watertight seal.

B. Piping Connections: Make connections according to the following, unless otherwise indicated:

1. Install unions, in piping 2-inch NPS and smaller, adjacent to each valve and at final connection to each piece of equipment with 2-inch NPS or smaller threaded pipe connection.

2. Install flanges, in piping 2-1/2-inch NPS and larger, adjacent to flanged valves and at final connection to each piece of equipment with flanged pipe connection.

3. Dry Piping Systems: Install dielectric unions and flanges to connect piping materials of dissimilar metals.

4. Wet Piping Systems: Install dielectric coupling and nipple fittings to connect piping materials of dissimilar metals.

3.4 DIELECTRIC FITTING INSTALLATION

A. Install unions, in piping 2-inch NPS and smaller, adjacent to each valve and at final connection to each piece of equipment with 2-inch NPS or smaller threaded pipe connection.

B.    Install flanges, in piping 2-1/2-inch NPS and larger, adjacent to flanged valves and at final connection to each piece of equipment with flanged pipe connection.

3.5    EQUIPMENT INSTALLATION – COMMON REQUIREMENTS

A.    Install equipment to provide maximum possible headroom, if mounting heights are not indicated.

B.    Install equipment according to approved submittal data.  Portions of the Work are shown only in diagrammatic form.  Refer conflicts to Architect.

C.    Install equipment level and plumb, parallel and perpendicular to other building systems and components in exposed interior spaces, unless otherwise indicated.

D.    Install mechanical equipment to facilitate service, maintenance, and repair or replacement of components.  Connect equipment for ease of disconnecting, with minimum interference to other installations. Extend grease fittings to accessible locations.

E.    Install equipment giving right of way to piping installed at required slope.

3.6    PAINTING AND FINISHING

A.    Apply paint to exposed piping according to the following, unless otherwise indicated:
       1.    Interior, Ferrous Piping:  Use semigloss, acrylic-enamel finish.  Include finish coat over enamel undercoat and primer.
       2.    Interior, Galvanized-Steel Piping:  Use semigloss, acrylic-enamel finish.  Include two finish coats over galvanized metal primer.
       3.    Interior, Ferrous Supports:  Use semigloss, acrylic-enamel finish.  Include finish coat over enamel undercoat and primer.
       4.    Exterior, Ferrous Piping:  Use semigloss, acrylic-enamel finish.  Include two finish coats over rust-inhibitive metal primer.
       5.    Exterior, Galvanized-Steel Piping:  Use semigloss, acrylic-enamel finish.  Include two finish coats over galvanized metal primer.
       6.    Exterior, Ferrous Supports:  Use semigloss, acrylic-enamel finish.  Include two finish coats over rust-inhibitive metal primer.

B.    Do not paint piping specialties with factory-applied finish.

C.    Damage and Touchup:  Repair marred and damaged factory-painted finishes with materials and procedures to match original factory finish.

3.7    ERECTION OF METAL SUPPORTS AND ANCHORAGE

A.    Cut, fit, and place miscellaneous metal supports accurately in location, alignment, and elevation to support and anchor mechanical materials and equipment.

B.    Field Welding:  Comply with AWS D1.1, "Structural Welding Code--Steel."

3.8    ERECTION OF WOOD SUPPORTS AND ANCHORAGE

A.    Cut, fit, and place wood grounds, nailers, blocking, and anchorage to support and anchor mechanical materials and equipment (not to be used at pipe supports).

B.    Select fastener sizes that will not penetrate members if opposite side will be exposed to view or will receive finish materials.  Tighten connections between members.  Install fasteners without splitting wood members.

C.    Attach to substrates as required to support applied loads.

3.9    DEMOLITION

A.    Cut, channel, chase, and drill floors, walls, partitions, ceilings, and other surfaces necessary for mechanical installations.  Perform cutting by skilled mechanics of trades involved.

B.    Repair cut surfaces to match adjacent surfaces.

3.10    CUTTING AND PATCHING

A.    Disconnect, demolish, and remove Work specified in Plumbing Sections.

B.    If pipe, ductwork, insulation, or equipment to remain is damaged or disturbed, remove damaged portions and install new products of equal capacity and quality.

C.    Accessible Work:  Remove indicated exposed pipe and ductwork in its entirety.

D.    Work Abandoned in Place:  Cut and remove underground pipe a minimum of 2 inches beyond face of adjacent construction.  Cap and patch surface to match existing finish.

E.    Removal:  Remove indicated equipment from Project site.

F.    Temporary Disconnection:  Remove, store, clean, reinstall, reconnect, and make operational equipment indicated for relocation.

3.11    GROUTING

A.    Install nonmetallic, nonshrink, grout for plumbing equipment base bearing surfaces, pump and other equipment base plates, and anchors.  Mix grout according to manufacturer's written instructions.

B.    Clean surfaces that will come into contact with grout.

C.    Provide forms as required for placement of grout.

D.    Avoid air entrapment during placing of grout.

E.    Place grout, completely filling equipment bases.

F.    Place grout on concrete bases to provide smooth bearing surface for equipment.

G.    Place grout around anchors.

H.    Cure placed grout according to manufacturer's written instructions.

**END OF SECTION**

## SECTION 220519 - METERS AND GAUGES FOR PLUMBING

### PART 1 - GENERAL

1.1     SUMMARY

A.     This Section includes the following meters and gauges for plumbing systems:
1.     Thermometers.
2.     Gauges.
3.     Test plugs
4.     Flow indicators.
5.     Temperature and Pressure Test Kit

B.     Related Sections include the following:
1.     Specification Section "Domestic Water Piping" for domestic water appurtenances.

1.2     SUBMITTALS

A.     Product Data:  For each type of product to be installed.

B.     Operation and Maintenance Data:  For all products to be installed.

### PART 2 - PRODUCTS

2.1     MANUFACTURERS

A.     In other Part 2 articles where titles below introduce lists, the following requirements apply to product selection:
1.     Manufacturers:  Subject to compliance with requirements, provide products by one of the manufacturers specified.

2.2     METAL-CASE, LIQUID-IN-GLASS THERMOMETERS

A.     Manufacturers:
1.     Palmer - Wahl Instruments Inc.
2.     Trerice, H. O. Co.
3.     Weiss Instruments, Inc.
4.     Weksler Instruments Operating Unit; Dresser Industries; Instrument Div.

B.     Case:  Black-finished Aluminum, 9 inches long.

C.     Tube:  Red or blue reading, organic-liquid filled, with magnifying lens.

D.     Tube Background:  Satin-faced, nonreflective aluminum with permanently baked on scale markings on lens (U.V. protected).

E.     Window:  Glass.

F.     Connector:  Adjustable type, 180 degrees in vertical plane, 360 degrees in horizontal plane, with locking device.

G.     Stem:  Brass for thermowell installation and of length to suit installation.

H.     Accuracy:  Plus or minus 1 percent of range or plus or minus 1 scale division to maximum of 1.5 percent of range.

TAMU-02399

2.3     THERMOWELLS

A.     Manufacturers:
1.     Palmer – Wahl Instruments Inc.
2.     Trerice, H. O. Co.
3.     Weiss Instruments, Inc.
4.     Weksler Instruments Operating Unit; Dresser Industries; Instrument Div.

B.     Manufacturers: Same as manufacturer of thermometer being used.

C.     Description: Pressure-tight, socket-type metal fitting made for insertion into piping and of type, diameter, and length required to hold thermometer.  Provide extended neck to accommodate insulation thickness.

2.4     PRESSURE GAUGES

A.     Manufacturers:
1.     Palmer – Wahl Instruments, Inc.
2.     Trerice, H. O. Co.
3.     Weiss Instruments, Inc.
4.     Weksler Instruments Operating Unit; Dresser Industries; Instrument Div.

B.     Direct Mounting, Dial-type Dry or Liquid Filled Pressure Gauges: Indicating-dial type complying with ASME B40.100.
1.     Case: Dry or Liquid-filled type, stainless steel, 4-inch diameter. Weatherproof.
2.     Pressure-Element Assembly: Bourdon tube, unless otherwise indicated.
3.     Pressure Connection: Brass, NPS 1/4, bottom-outlet type unless back-outlet type is indicated.
4.     Movement: Mechanical, with link to pressure element and connection to pointer.
5.     Dial: Satin-faced, nonreflective aluminum with baked on scale markings.
6.     Pointer: Red or other dark-color metal.
7.     Window: Glass
8.     Ring: Stainless
9.     Accuracy: Grade B, plus or minus 2 percent of middle half scale.
10.    Vacuum-Pressure Range: 30-in. Hg of vacuum to 15 psig of pressure.
11.    Range of Fluids under Pressure: Two times operating pressure.

C.     Pressure-Gauge Fittings:
1.     Valves: NPS ¼ brass or stainless-steel needle type.
2.     Syphons: NPS ¼ coil of brass tubing with threaded ends.
3.     Snubbers: ASME B40.5,NPS ¼ brass bushing with corrosion-resistant, porous-metal disc of material suitable for system fluid and working pressure.

2.5     TEST PLUGS (PT PORTS)

A.     Manufacturers:
1.     Palmer – Wahl Instruments, Inc.
2.     Trerice, H. O. Co.
3.     Weiss Instruments, Inc.
4.     Weksler Instruments Operating Unit; Dresser Industries; Instrument Div.

B.     Description:  Corrosion-resistant brass or stainless-steel body with core inserts and gasketed and threaded cap, with extended stem for units to be installed in insulated piping.

C.     Minimum Pressure and Temperature Rating:  500 psig at 200 deg F

D.     Core Inserts:  One or two self-sealing rubber valves.
1.     Insert material for air, water, oil, or gas service at 20 to 200 deg F shall be CR.
2.     Insert material for air or water service at minus 30 to plus 275 deg F shall be EPDM.

2.6     FLOW INDICATORS

A.     Manufacturers:

       1.     Dwyer Instruments, Inc.

       2.     Ernst Gauge Co.

B.     Description:  Instrument for installation in piping systems for visual verification of flow.

C.     Construction:  Bronze or stainless-steel body; with sight glass and ABS plastic paddle-wheel indicator, and threaded or flanged ends.

D.     Pressure Rating:  125 psig.

E.     Temperature Rating:  200 deg F.

F.     End Connections for NPS 2 and Smaller:  Threaded.

G.     End Connections for NPS 2-1/2 and Larger:  Flanged.

## 2.7      TEMPERATURE AND PRESSURE TEST KIT

A.     Test Kit:  Furnish (1) test kit containing one pressure gauge and adaptor, two (2)  thermometers,    and carrying case.  Pressure gauge, adapter probes, and thermometer   sensing   elements   shall   be   of diameter to fit test plugs and of length to project into piping.
1. Pressure Gauge:  Small bourdon-tube insertion type with 2- to 3-inch diameter dial and probe. Dial range shall be 0 to 200 psig.
2. Low-Range Thermometer:  Small bimetallic insertion type with 1- to 2-inch diameter dial and tapered-end sensing element.  Dial ranges shall be 25 to 125 deg F.
3. High-Range Thermometer:  Small bimetallic insertion type with 1- to 2-inch diameter dial and tapered-end sensing element.  Dial ranges shall be 0 to 220 deg F.
4. Carrying case shall have formed instrument padding.

## PART 3 - EXECUTION

## 3.1      THERMOMETER APPLICATIONS

A.     Install liquid-in-glass thermometers in the following locations:
1. Inlet and outlet of each storage tank.
2. Outlet of all domestic water heaters or boilers.
3. On hot water return line after circulation pump.
4. At the following locations for mixing valves:
    a.    HW (inlet to valve).
    b.    HWR (inlet to valve).
    c.    Tempered (outlet of valve).

B.     Provide the following temperature ranges for thermometers:
1. Domestic Hot Water:  30 to 180 deg F, with 2-degree scale divisions.
2. Domestic Cold Water:  0 to 100 deg F, with 2-degree scale divisions.

## 3.2      PRESSURE GAUGE APPLICATIONS

A.     Install dry-case-type pressure gauges for discharge of each pressure-reducing valve and inlet and outlet of all backflow preventers (Domestic water).

B.     Dry type pressure gauges to be used on domestic water systems (inlet and outlets of heaters mixing valves, booster pumps and water softeners).

## 3.3      FLOW INDICATOR APPLICATION

A.     Install wheel type indicator on outlet side of each domestic pump (recirculation or booster).

3.4     INSTALLATIONS

A.     Install direct-mounting thermometers and adjust vertical and tilted positions.

B.     Install thermowells with socket extending to center of pipe and in vertical position in piping tees where thermometers are indicated.

C.     Install direct-mounting pressure gauges in piping tees with pressure gauge located on pipe at most readable position.

D.     Install ¼" NPT, ¼ turn ball-valve and snubber fitting in piping for each pressure gauge for fluids.

E.     Install test plugs in tees in piping.

F.     Install flow indicators, in accessible positions for easy viewing, in piping systems.

3.5     CONNECTIONS

A.     Install meters and gauges adjacent to machines and equipment to allow service and maintenance for meters, gauges, machines, and equipment.

3.6     ADJUSTING

A.     Calibrate meters according to manufacturer's written instructions, after installation.

B.     Adjust faces of meters and gauges to proper angle for best visibility.

**END OF SECTION**

## SECTION 220523 - GENERAL-DUTY VALVES FOR PLUMBING PIPING

### PART 1 - GENERAL

1.1    RELATED DOCUMENTS

   A.    Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2    SUMMARY

   A.    Section Includes:
      1.    Bronze ball valves.
      2.    Ductile iron Butterfly valves.
      3.    Bronze swing check valves.
      4.    Iron swing check valves.
      5.    Bronze globe valves.
      6.    Ductile iron globe valves.

1.3    DEFINITIONS

   A.    CWP:  Cold working pressure.

   B.    EPDM:  Ethylene propylene copolymer rubber.

   C.    NBR:  Acrylonitrile-butadiene, Buna-N, or nitrile rubber.

   D.    NRS:  Nonrising stem.

   E.    OS&Y:  Outside screw and yoke.

   F.    RS:  Rising stem.

   G.    SWP:  Steam working pressure.

1.4    SUBMITTALS

   A.    Product Data:  For each type of valve indicated and required accessories (chains, extensions, etc.).

1.5    QUALITY ASSURANCE

   A.    Source Limitations for Valves:  Obtain each type of valve from single source from single manufacturer.

   B.    ASME Compliance:
      1.    ASME B16.10 and ASME B16.34 for ferrous valve dimensions and design criteria.
      2.    ASME B31.1 for power piping valves.
      3.    ASME B31.9 for building services piping valves.

   C.    NSF Compliance:  NSF 61 for valve materials for potable-water service.

1.6    DELIVERY, STORAGE, AND HANDLING

   A.    Prepare valves for shipping as follows:
      1.    Protect internal parts against rust and corrosion.
      2.    Protect threads, flange faces, grooves, and weld ends.
      3.    Set globe valves closed to prevent rattling.

4.    Set ball and plug valves open to minimize exposure of functional surfaces.
5.    Set butterfly valves closed or slightly open.
6.    Block check valves in either closed or open position.

B.    Use the following precautions during storage:
1.    Maintain valve end protection.
2.    Store valves indoors and maintain at higher than ambient dew point temperature.  If outdoor storage is necessary, store valves off the ground in watertight enclosures.

C.    Use sling to handle large valves; rig sling to avoid damage to exposed parts.  Do not use handwheels or stems as lifting or rigging points.

## PART 2 - PRODUCTS

2.1    GENERAL REQUIREMENTS FOR VALVES

A.    Refer to valve schedule articles for applications of valves.

B.    Valve Pressure and Temperature Ratings:  Not less than indicated and as required for system pressures and temperatures.

C.    Valve Sizes:  Same as upstream piping unless otherwise indicated.

D.    Valve Actuator Types:
1.    Gear Actuator:  For quarter-turn valves NPS 8 and larger.
2.    Handwheel:  For valves other than quarter-turn types.
3.    Handlever:  For quarter-turn valves NPS 6 and smaller.
4.    Chainwheel:  Device for attachment to valve handwheel, stem, or other actuator; of size and with chain for mounting height, as indicated in the "Valve Installation" Article.

E.    Valve Action: Close rotation shall be clockwise.

F.    Valves in Insulated Piping:  With 2-inch stem extensions and the following features:
1.    Ball Valves:  With extended operating handle of non-thermal-conductive material, and protective sleeve that allows operation of valve without breaking the vapor seal or disturbing insulation. Extension to be provided by valve manufacturer to match specific product.
2.    Butterfly Valves:  With extended neck.

G.    Valve-End Connections:
1.    Flanged:  With flanges according to ASME B16.1 for iron valves (with 316 stainless steel bolts).
2.    Threaded:  With threads according to ASME B1.20.1.

2.2    BRONZE BALL VALVES

A.    Two-Piece, Full-Port, Bronze Ball Valves with Stainless-Steel Trim:
1.    Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
a.    Conbraco Industries, Inc.; Apollo Valves.
b.    Milwaukee Valve Company.
c.    Mueller Steam Specialty; a division of SPX Corporation.
d.    NIBCO INC.
e.    Watts Regulator Co.; a division of Watts Water Technologies, Inc.
2.    Description:
a.    Standard:  MSS SP-110.
b.    SWP Rating:  150 psig.
c.    CWP Rating:  600 psig.
d.    Body Design:  Two piece.
e.    Body Material:  Bronze.
f.    Ends:  Threaded.
g.    Seats:  PTFE or TFE.

h.      Stem:  Stainless steel, blowout-proof.
i.      Ball:  Stainless steel, vented.
j.      Port:  Full.

## 2.3     BUTTERFLY VALVES

A.      200 CWP, Ductile Iron, Lug Style-Flanged Butterfly Valves, potable rated:
1.      Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
a.      Conbraco Industries, Inc.; Apollo Valves.
b.      Milwaukee Valve Company.
c.      Mueller Steam Specialty; a division of SPX Corporation.
d.      NIBCO INC.
e.      Watts Regulator Co.; a division of Watts Water Technologies, Inc.
2.      Description:
a.      Standard:  MSS SP-67, Type I.
b.      CWP Rating:  200 psig.
c.      Body Design:  Lug type; suitable for bidirectional dead-end service at rated pressure without use of downstream flange.
d.      Body Material:  ASTM A 536, ductile iron.
e.      Seat:  EPDM.
f.      Stem:  One- or two-piece stainless steel.
g.      Disc:  Aluminum Bronze
h.      Flange bolts to be 316 stainless steel.

## 2.4     BRONZE SWING CHECK VALVES

A.      Class 150, Bronze Swing Check Valves with Bronze Disc:
1.      Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
a.      Conbraco Industries, Inc.; Apollo Valves.
b.      Milwaukee Valve Company.
c.      Mueller Steam Specialty; a division of SPX Corporation.
d.      NIBCO INC.
e.      Watts Regulator Co.; a division of Watts Water Technologies, Inc.
2.      Description:
a.      Standard:  MSS SP-80, Type 3.
b.      CWP Rating:  300 psig.
c.      Body Design:  Horizontal flow.
d.      Body Material:  ASTM B 62, bronze.
e.      Ends:  Threaded.
f.      Disc:  Bronze.

## 2.5     IRON SWING CHECK VALVES

A.      Class 250, Iron Swing Check Valves with Metal Seats, potable rated:
1.      Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
a.      Conbraco Industries, Inc.; Apollo Valves.
b.      Milwaukee Valve Company.
c.      Mueller Steam Specialty; a division of SPX Corporation.
d.      NIBCO INC.
e.      Watts Regulator Co.; a division of Watts Water Technologies, Inc.
2.      Description:
a.      Standard:  MSS SP-71, Type I.
b.      CWP Rating:  500 psig.
c.      Body Design:  Clear or full waterway.
d.      Body Material:  ASTM A 126, gray iron with bolted bonnet.
e.      Ends:  Flanged.
f.      Trim:  Bronze.

g.   Gasket:  Asbestos free.
h.   Flange bolts to be 316 stainless steel.

2.6   BRONZE GLOBE VALVES

A.   Class 150, Bronze Globe Valves with Nonmetallic Disc:
1.   Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
a.   Conbraco Industries, Inc.; Apollo Valves.
b.   Milwaukee Valve Company.
c.   Mueller Steam Specialty; a division of SPX Corporation.
d.   NIBCO INC.
e.   Watts Regulator Co.; a division of Watts Water Technologies, Inc.
2.   Description:
a.   Standard:  MSS SP-80, Type 2.
b.   CWP Rating:  300 psig.
c.   Body Material:  ASTM B 62, bronze with integral seat and union-ring bonnet.
d.   Ends:  Threaded.
e.   Stem:  Bronze.
f.   Disc:  PTFE or TFE.
g.   Packing:  Asbestos free.
h.   Handwheel:  Malleable iron, bronze, or aluminum.

2.7   DUCTILE IRON GLOBE VALVES

A.   Class 150, Ductile Iron Globe Valves, potable rated:
1.   Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
a.   Conbraco Industries, Inc.; Apollo Valves.
b.   Milwaukee Valve Company.
c.   Mueller Steam Specialty; a division of SPX Corporation.
d.   NIBCO INC.
e.   Watts Regulator Co.; a division of Watts Water Technologies, Inc.
2.   Description:
a.   Standard:  MSS SP-85, Type I.
b.   CWP Rating:  200 psig.
c.   Body Material:  ASTM A395, ductile iron.
d.   Ends:  Flanged.
e.   Trim:  Bronze.
f.   Packing and Gasket:  PTFE.
g.   Flange bolts to be 316 stainless steel.

2.8   CHAINWHEELS

A.   Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
1.   Babbitt Steam Specialty Co.
2.   Roto Hammer Industries.
3.   Trumbull Industries.

B.   Description:  Valve actuation assembly with sprocket rim, brackets, and chain.
1.   Brackets:  Type, number, size, and fasteners required to mount actuator on valve.
2.   Attachment:  For connection to butterfly valve stems.
3.   Sprocket Rim with Chain Guides:  Ductile iron, of type and size required for valve.
4.   Chain:  Hot-dip, galvanized steel, of size required to fit sprocket rim.

**PART 3 - EXECUTION**

3.1     EXAMINATION

A.     Examine valve interior for cleanliness, freedom from foreign matter, and corrosion.  Remove special packing materials, such as blocks, used to prevent disc movement during shipping and handling.

B.     Operate valves in positions from fully open to fully closed.  Examine guides and seats made accessible by such operations.

C.     Examine threads on valve and mating pipe for form and cleanliness.

D.     Examine mating flange faces for conditions that might cause leakage.  Check bolting for proper size, length, and material.  Verify that gasket is of proper size, that its material composition is suitable for service, and that it is free from defects and damage.

E.     Do not attempt to repair defective valves; replace with new valves.

3.2     VALVE INSTALLATION

A.     Install valves with unions or flanges at each piece of equipment arranged to allow service, maintenance, and equipment removal without system shutdown.

**B.     Install valves with brass short nipples and brass unions at downstream side (outlet) of ball and globe valves (NPS 2 and smaller).**

C.     Locate valves for easy access and provide separate support where necessary.

D.     Install valves in horizontal piping with stem at or above center of pipe.

E.     Install valves in position to allow full stem and handle movement.  Valve handle to have ample clearance to be fully exercised without interference (full open and full closed) with no modifications to handle.

F.     Install chainwheels on operators for butterfly valves NPS 4 and larger and more than 120 inches above finished floor.  Extend chains to 96 inches above finished floor.

G.     All valves NPS 3 and smaller shall be installed within 120 inches above finished floor.

H.     Install check valves for proper direction of flow and as follows:
       1.     Swing Check Valves:  In horizontal position with hinge pin level.

I.     For all valves on insulated piping, provide insulated stem extension.

J.     Install shutoff valves immediately upstream of each dielectric fitting.

K.     Provide and install shutoff valve close to water main on each branch and riser serving plumbing fixtures or equipment, on each water supply to equipment, and on each water supply to plumbing fixtures that do not have supply stops.

L.     Provide and install drain valves for equipment at base of each water riser, at low points in horizontal piping, and where required to drain water piping.
       1.     Drain Valves (At low points in water mains, risers, and branches):  Ball valves

3.3     ADJUSTING

A.     Adjust or replace valve packing after piping systems have been tested and put into service but before final adjusting and balancing.  Replace valves if persistent leaking occurs.

B.     Perform the following adjustments before operation:
       1.     Open shutoff valves to fully open position.

2. Remove and clean strainer screens. Close drain valves and replace drain plugs.

3.4 GENERAL REQUIREMENTS FOR VALVE APPLICATIONS

A. Valve applications, use the following:
1. Shutoff Service: Ball, butterfly valves.
2. Butterfly Valve Dead-End Service: Flange (lug) type.
3. Throttling Service: Globe valves.
4. Pump-Discharge Check Valves:
   a. NPS 2 and Smaller: Bronze swing check valves with bronze disc.

B. If valves with specified SWP classes or CWP ratings are not available, the same types of valves with higher SWP classes or CWP ratings may be substituted.

C. Select valves, except wafer types, with the following end connections:
1. For Copper Tubing, NPS 2 and Smaller: Threaded ends.
2. For Copper Tubing, NPS 2-1/2 and larger: Flanged ends except where threaded valve-end option is indicated in valve schedules below.
3. For Steel Piping, NPS 2 and Smaller: Threaded ends.
4. For Steel Piping, NPS 2-1/2 and larger: Flanged ends.

3.5 VALVE SCHEDULE

A. Pipe NPS 2 and Smaller:
1. Ball Valves: Two piece, full port, bronze with stainless-steel trim; **with brass short nipple and brass union connection at downstream side (outlet).**
2. Bronze Swing Check Valves.
3. Bronze Globe Valves: **With brass short nipple and brass union connection at downstream side (outlet).**

B. Pipe NPS 2-1/2 and Larger:
1. Ductile Iron, Butterfly Valves.
2. Iron Swing Check Valves.
3. Ductile Iron Globe Valves.

**END OF SECTION**

**SECTION 220529 - HANGERS AND SUPPORTS FOR PLUMBING PIPING AND EQUIPMENT**

**PART 1 - GENERAL**

1.1    RELATED DOCUMENTS

    A.    Drawings and general provisions of the contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2    SUMMARY

    A.    This Section includes the following hangers and supports for plumbing system piping and equipment.
        1.    Steel pipe hangers, supports and riser clamps.
        2.    Thermal-hanger shield inserts and saddles.
        3.    Fastener systems.
        4.    Pipe positioning systems.
        5.    Equipment supports.

    B.    Related Sections include the following:
        1.    All plumbing specification sections.

1.3    DEFINITIONS

    A.    MSS:  Manufacturers Standardization Society for The Valve and Fittings Industry Inc.

    B.    Terminology:  As defined in MSS SP-90, "Guidelines on Terminology for Pipe Hangers and Supports."

1.4    PERFORMANCE REQUIREMENTS

    A.    Design supports for multiple pipes capable of supporting combined weight of supported systems, system contents and test water.

    B.    Design equipment supports capable of supporting combined operating weight of supported equipment and connected systems and components.

    C.    Weight loading for supports and hangers shall not exceed manufacturers recommended tolerances and limits.

1.5    SUBMITTALS

    A.    Product Data:  For the following:
        1.    Steel pipe hangers and supports.
        2.    Thermal-hanger shield inserts and saddles.
        3.    Powder-actuated fastener systems.
        4.    Pipe positioning systems.

    B.    Shop Drawings:  Show fabrication and installation details and include calculations for the following:
        1.    Trapeze pipe hangers.  Include Product Data for components.
        2.    Metal framing systems.  Include Product Data for components.
        3.    Equipment supports.

    C.    Welding certificates.

1.6    QUALITY ASSURANCE

    A.    Welding:  Qualify procedures and personnel according to AWS D1.1, "Structural Welding Code-steel."

B.      Welding:  Qualify procedures and personnel according to the following:
1.      AWS D1.1. "Structural Welding Code-Steel".


## PART 2 - PRODUCTS


2.1     MATERIALS AND WORKMANSHIP

**A.      All materials, unless otherwise specified, shall be 51% manufactured in the United States, new, free from all defects, and of the best quality.  Foreign goods specifically approved for use by the Owner's Representative prior to bidding may be furnished.**

B.      Materials and equipment shall be installed in accordance with the manufacturer's recommendations and the best standard practice for the type of work involved.  All work shall be executed by mechanics skilled in their respective trades, and the installations shall present a neat, precise appearance.


2.2     MANUFACTURERS

A.      In other Part 2 articles where titles below introduce lists, the following requirements apply to product selection:
1.      Manufacturers:  Subject to compliance with requirements, provide products by one of the manufacturers specified.


2.3     METAL COATING REQUIREMENTS:

A.      All metal products shall have the following coatings:
1.      Wet/damp areas: hot dipped galvanized.
2.      Dry or conditioned areas: pre-galvanized.


2.4     STEEL PIPE HANGERS, SUPPORTS AND RISER CLAMPS

A.      Description:  MSS SP-58, Types 1 through 58, factory-fabricated components.  Refer to Part 3 "Hangers and Support Applications" Article for where to use specific hanger and support types.

B.      Manufacturers:
1.      B-Line Systems, Inc.; a division of Cooper Industries.
2.      ERICO/Michigan Hanger Co.
3.      Grinnell Corp.

C.      Galvanized, Metallic Coatings:  Pre-galvanized (minimum thickness of 0.5 mils) or hot dipped (1.4 to 3.9 thickness).

D.      Nonmetallic Coatings:  Plastic coating, jacket or liner.

E.      Padded Hangers:  Hanger with fiberglass or other pipe insulation pad or cushion for support of bearing surface of piping.

F.      Channel, rod and securement hardware:
1.      Channel:  12-ga.
2.      Rod:  Sized as scheduled.
3.      Hardware (clamps, bolts, washers, etc):  coating per area indication.


2.5     THERMAL-HANGER SHIELD INSERTS

A.      Description:  100-psig minimum, compressive-strength insulation insert encased in sheet metal shield.

B.      Manufactures:
1.      B-line

    2.    ERICO / Michigan Hanger CO
    3.    Grinnell Corp

C.    Insulation –Insert Material for Cold Piping:  ASTM C 552, Type II cellular glass with vapor barrier.  Wood inserts are not acceptable.

D.    Insulation-Insert Material for Hot Piping:  Water-repellent treated, ASTM C 533, Type 1 calcium silicate or ASTM C 552, Type II cellular glass.

2.6    FASTENER SYSTEMS

A.    Mechanical-Expansion Anchors:  Insert-wedge-type stainless steel, for use in hardened Portland cement concrete with pull-out, tension and shear capacities appropriate for supported loads and building materials where used.
    1.    Manufacturers:
        a.    B-Line Systems, Inc.; a division of Cooper Industries.
        b.    Hilti, Inc.
        c.    Powers Fasteners.

B.    Concrete Insert:  electroplated steel finish, for embedding in concrete.  Steel insert nut for rod attachment.
    1.    Manufacturers:
        a.    B-Line Systems, Inc.; a division of Cooper Industries.
        b.    Hilti, Inc.
        c.    Powers Fasteners.

2.7    PIPE POSITIONING SYSTEMS

A.    Description:  IAPMO PS 42, system of metal brackets, clips and straps for positioning piping in pipe spaces for plumbing fixtures for commercial applications.

B.    Manufacturers:
    1.    C&S Mfg. Corp.
    2.    HOLDRITE Corp.; Hubbard Enterprises.
    3.    Samco Stamping Inc.

2.8    EQUIPMENT SUPPORTS

A.    Description:  Welded, shop or field-fabricated equipment support made from structural-steel shapes.

2.9    MISCELLANEOUS MATERIALS

A.    Structural Steel:  ASTM A 36/A 36M, steel plates, shapes and bars.  Galvanized only.  Painted steel not acceptable.

## PART 3 - EXECUTION

3.1    HANGERS AND SUPPORTS APPLICATIONS AND INSTALLATION

A.    Specific hanger and support requirements are specified in Hanger Application Schedule below.

B.    Steel Pipe Hanger Installation:  Comply with MSS SP-69 and MSS SP-89.  Install hangers, supports, clamps and attachments as required to properly support piping form building structure;  attaching to metal roof decks is not permissible.

C.    Use hangers and supports with galvanized, metallic coatings for piping. Field applied finish is not acceptable.

D.      Use nonmetallic plastic coating, jacket or liner coatings on attachments for electrolytic protection where attachments are in direct contact with copper tubing.

E.      Use padded hangers for piping that is subject to scratching.

F.      Rod to be installed plumb.  Bending rod is not acceptable.  Provide and install required attachments.

G.      Horizontal-Piping Hangers and Supports:  Unless otherwise indicated and except as specified in piping system Sections, install the following types:
1.      Adjustable, Heavy Duty Steel Clevis Hangers:  For suspension of non-insulated or insulated stationary pipes, NPS 1/2 to NPS 30.
2.      Strut System Clamps:  For attachment of piping to channel.  NPS ½ to NPS 2.
        a.      Noninsulated copper piping to have dielectric insert. (dielectric tape not acceptable).
3.      Trapeze Pipe Hanger Installation:  Comply with MSS SP-69 and MSS SP-89.  Arrange for grouping of parallel runs of horizontal piping and support together on field-fabricated trapeze pipe hangers.
        a.      Pipes of Various Sizes:  Support together and space trapezes for smallest pipe size or install intermediate supports for smaller diameter pipes as specified above for individual pipe hangers.
        b.      Field fabricate from ASTM A 36/A 36M, steel shapes selected for lads being supported.  Weld steel according to AWS D1.1.
4.      Install hangers for piping with the following maximum horizontal spacing and minimum rod diameters (hangers shall be spaced to prevent sagging):
        a.      NPS 2 and Smaller:  60 inches with 3/8-inch rod.
        b.      NPS 2-1/2 to 5:  60 inches with 1/2-inch rod.
        c.      NPS 6 to 8:  60 inches with 3/4-inch rod.

H.      Vertical-Piping Riser Clamps:  Unless otherwise indicated and except as specified in piping system Section, install the following types:
1.      Required at all risers from under-floor or through floors from floor below.  Risers clamps to be installed every 10 ft max.  Coordinate installation with sleeves.

I.      Building and Hanger-Rod Attachments:  Unless otherwise indicated and except as specified in piping system Sections, install the following types:
1.      Wide Jaw C-Clamps:  For structural shapes, with retaining clip.
2.      NPS 2 and smaller:  mechanical-expansion anchors in concrete after concrete is placed and completely cured.  Install fasteners according to manufacturer's written instructions.
3.      NPS 2 ½ and larger:  Concrete spot insert.  Install building attachments within concrete slabs.  Install additional attachments at concentrate loads, including valves, flanges and strainers, NPS 2-1/2 and larger and at changes in direction of piping.  Install concrete inserts before concrete is placed; fasten inserts to forms and install reinforcing bars through openings at top of inserts.

J.      Insulation Piping Installation:
1.      Provide manufacture galvanized metal shield with locking tabs or securement band.
2.      For Trapeze or Clamped Systems:  Thermal insert and shield shall cover entire circumference of pipe.
3.      For Clevis or Band Hangers: Thermal insert and shield shall cover lower 180 degrees of pipe.
4.      Thermal Insert Length: Extend 4 inches beyond sheet metal shield for piping operating below ambient air temperature.

K.      Use pipe positioning systems in pipe spaces behind plumbing fixtures to support supply and waste piping for plumbing fixtures; minimum three (3) for vertical pipe sections.

L.      Pipe Positioning System Installation:  Install support devices to make rigid supply and waste piping connections to each plumbing fixture.  Refer Specification Section "Plumbing Fixtures" for plumbing fixtures.

M.      Install hangers and supports complete with necessary inserts, bolts, rods, nuts washers and other accessories.

N.      Load Distribution:  Install hangers and supports so piping live and dead loads and stressed from movement will not be transmitted to connected equipment.

O.    Pipe Slopes:  Install hangers and supports to provide indicated pipe slopes and so maximum pipe deflections allowed by ASME B31.9 (for building services piping) are not exceeded.

3.2    EQUIPMENT SUPPORTS

A.    Manufacturer's structural-steel system to suspend equipment from structure overhead or to support equipment above floor.

3.3    ADJUSTING

A.    Hanger Adjustments:  Adjust hangers to distribute loads equally on attachments and to achieve indicated slope of pipe.

B.    Trim excess length of continuous-thread hanger and support rods to 1 inch.

3.4    PAINTING

A.    Repair Galvanized Surfaces:  Clean welds, bolted connections and abraded areas and apply galvanizing-repair paint to comply with ASTM A 780.

**END OF SECTION**

## SECTION 220553 - IDENTIFICATION FOR PLUMBING PIPING AND EQUIPMENT

### PART 1 - GENERAL

1.1     RELATED DOCUMENTS

A.     Drawings and general provisions of the contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

A.     Section Includes:
1.     Equipment labels.
2.     Warning signs and labels
3.     Pipe labels.
4.     Valve tags.
5.     Warning tags.

1.3     SUBMITTALS

A.     Product Data:  For each type of product indicated.

B.     Samples:  For color, letter style and graphic representation required for each identification material and device.

C.     Equipment Label Schedule:  Include a listing of all equipment to be labeled with the proposed content for each label.

D.     Valve numbering scheme.

E.     Valve Schedules:  For each piping system to include in maintenance manuals.

1.4     COORDINATION

A.     Coordinate installation of identifying devices with completion of covering and painting of surfaces where devices are to be applied.

B.     Coordinate installation of identifying devices with locations of access panels and doors.

C.     Install identifying devices before installing acoustical ceilings and similar concealment.

### PART 2 - PRODUCTS

2.1     EQUIPMENT LABELS

A.     Plastic Labels for Equipment:
1.     Material and Thickness:  Multilayer, multicolor, plastic labels for mechanical engraving, **1/8 inch** thick, and having predrilled holes for attachment hardware.
2.     Letter Color:  **White.**
3.     Background Color:  **Black.**
4.     Maximum Temperature:  Able to withstand temperatures up to 160 deg F.
5.     Minimum Label Size:  Length and width vary for required label content, but not less than 2-1/2 by 3/4 inch.

6.    Minimum Letter Size:  1/4 inch for name of units if viewing distance is less than 24 inches, 1/2 inch for viewing distances up to 72 inches, and proportionately larger lettering for greater viewing distances.  Include secondary lettering two-thirds to three-fourths the size of principal lettering.

7.    Fasteners:  Stainless-steel **rivets or self-tapping screws**.

B.    Label Content:  Include equipment's Drawing designation or unique equipment number, Drawing numbers where equipment is indicated (plans, details and schedules), plus the Specification Section number and title where equipment is specified.

C.    Equipment Label Schedule:  For each item of equipment to be labeled, on 8-1/2 by 11 inch (A4) bond paper.  Tabulate equipment identification number and identify Drawing numbers where equipment is indicated (plans, details, and schedules), plus the Specification Section number and title where equipment is specified.  Equipment schedule shall be included in operation and maintenance data.

2.2    WARNING SIGNS AND LABELS

A.    Material and Thickness:  Multilayer, multicolor, plastic labels for mechanical engraving, 1/8 inch thick, and having predrilled holes for attachment hardware.

B.    Letter Color:  White.

C.    Background Color:  Red.

D.    Maximum Temperature:  Able to withstand temperatures up to 160 deg F.

E.    Minimum Label Size:  Length and width vary for required label content, but not less than 2-1/2 by 3 inch.

F.    Minimum Letter Size:  1/4 inch for name of units if viewing distance is less than 24 inches, 1/2 inch for viewing distances up to 72 inches, and proportionately larger lettering for greater viewing distances.  Include secondary lettering two-thirds to three-fourths the size of principal lettering.

G.    Fasteners:  Stainless-Steel self-tapping screws.

H.    Adhesive:  Contact-type permanent adhesive, compatible with label and with substrate.

I.    Label Content:  Include caution and warning information, plus emergency notification instructions.

2.3    PIPE LABELS

A.    General Requirements for Manufactured Pipe Labels:  Preprinted, color-coded, with lettering indicating service, and showing flow direction.

B.    Pre-tensioned Pipe Labels:  Pre-coiled, semi-rigid plastic formed to cover full circumference of pipe and to attach to pipe without fasteners or adhesive.

C.    Self-Adhesive Pipe Labels:  Printed plastic with contact-type, permanent-adhesive backing.

D.    Pipe Label Contents:  Include identification of piping service using same designations or abbreviations as used on Drawings, pipe size and an arrow indicating flow direction.

1.    Flow-Direction Arrows:  Integral with piping system service lettering to accommodate both directions, or as separate unit on each label to indicate flow direction.

2.    Lettering Size:  At least 1-1/2 inches high.

2.5    VALVE TAGS

A.    Valve Tags:  Stamped or engrave with 1/4 inch letters piping system abbreviation and 1/2 inch numbers:

B.    Valve Schedules:  For each piping system, on 8-1/2 by 11-inch (A4) bond paper.  Tabulate valve number, piping system, system abbreviation (as shown on valve tag), location of a valve (room or

space), normal-operating position (open, closed, or modulating), and variations for identification. Mark valves for emergency shutoff and similar special uses.
1. Valve-tag schedule shall be included in operation and maintenance data.

2.6 WARNING TAGS

A. Warning Tags: Preprinted or partially preprinted, accident-prevention tags, or plasticized card stock with matte finish suitable for writing.
1. Size: Approximately 4 by 7 inches.
2. Fasteners: Brass grommet and wire.
3. Nomenclature: Large-size primary caption such as "DANGER", "CAUTION", OR "DO NOT OPERATE".
4. Color: yellow background with black lettering.

PART 3 - EXECUTION

3.1 PREPARATION

A. Clean piping and equipment surfaces or substances that could impair band of identification devices, including dirt, oil, grease, release agents and incompatible primers, paints and encapsulants.

3.2 EQUIPMENT LABEL INSTALLATION

A. Install or permanently fasten labels on each major item of mechanical equipment.

B. Locate equipment labels where accessible and visible.

3.3 PIPE LABEL INSTALLATION

A. Piping Color-Coding: Painting of piping is specified in Specification Section "Interior Painting".

B. Locate pipe labels where piping is exposed or above accessible ceilings in finished spaces; machine rooms; accessible maintenance spaces such as shafts, tunnels and plenums; and exterior exposed locations as follows:
1. Near each valve and control device.
2. Near each branch connection, excluding short takeoffs for fixtures and terminal units. Where flow pattern is not obvious, mark each pipe at branch.
3. Near penetrations through walls, floors, ceilings and inaccessible enclosures.
4. At access doors, manholes and similar access points that permit view of concealed piping.
5. Near major equipment items and other points of origination and termination.
6. Spaced at maximum intervals of 50 feet along each run. Reduce intervals to 25 feet in areas of congested piping and equipment.
7. On piping above removable acoustical ceilings. Omit intermediately spaced labels.

C. Pipe Label Color Schedule:
1. Domestic Water Piping:
    a. Background Color: Blue.
    b. Letter Color: White.
2. Sanitary Waste and Storm Drainage Piping:
    a. Background Color: Green.
    b. Letter Color: White

3.4 VALVE-TAG INSTALLATION

A. Install tags on valves and controls devices in piping systems, except check valves; valves within factory-fabricated equipment units; shutoff valves; faucets; convenience and lawn-watering hose connections;

and similar roughing-in connections of end-use fixtures and units.  List tagged valves in a valve schedule.

B.      Valve-Tag Application Schedule:  Tag valves according to size, shape, and color scheme and with captions similar to those indicated in the following subparagraphs:
1.      Valve-Tag Size and Shape:
    a.      Cold Water:  1-1/2 inches round.
    b.      Hot Water:  1-1/2 inches square.
2.      Valve-Tag Color:
    a.      Cold Water:  Blue.
    b.      Hot Water:  Orange.
3.      Letter Color:
    a.      Cold Water:  Black.
    b.      Hot Water:  Black

3.5      WARNING-TAG INSTALLATION

A.      Write required message on, and attach warning tags to, equipment and other items where required.

**END OF SECTION**

## SECTION 220716 - PLUMBING INSULATION

### PART 1 - GENERAL

1.1     RELATED DOCUMENTS

    A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2     SUMMARY

    A.     This Section includes plumbing insulation for equipment and pipe, including the following:
        1.     Insulation Materials:
            a.     Cellular glass.
            b.     Flexible Elastomeric.
            c.     Mineral fiber.
            d.     Phenolic
        2.     Adhesives.
        3.     Mastics.
        4.     Sealants.
        5.     Factory-applied jackets.
        6.     Field-applied tape.
        7.     Field-applied jackets.
        8.     Securements.

    B.     Related Sections include the following:
        1.     Specification Section "Hangers and Supports" for high-density inserts at hangers; **wood inserts at hangers are not acceptable.**
        2.     Specification Section "Special Conditions for All Plumbing Work".
        3.     Specification Section "Basic Plumbing Materials and Methods".

    C.     Not all items listed within this specification are used. Use only items applicable per application schedule.

1.3     DEFINITIONS

    A.     ASJ:  All-service jacket.

    B.     CONCEALED: Covered or concealed by a ceiling (gypsum or lay-in acoustical tile) or wall.

    C.     EXPOSED: Open to view; not concealed by a ceiling or wall of any sort.

    D.     FSK:  Foil, scrim, kraft paper.

    E.     UNDERFLOOR: Accessible craw space beneath lowest floor level (considered "outdoors").

1.4     SUBMITTALS

    A.     Product Data:  For each type of product indicated, identify thermal conductivity, thickness, and jackets (both factory and field applied, if any). Provide submittal data on all products to be used.

1.5     QUALITY ASSURANCE

    A.     Installer Qualifications:  Skilled mechanics who have successfully completed an apprenticeship program or another craft training program certified by the Department of Labor, Bureau of Apprenticeship and Training.

B.    Fire-Test-Response Characteristics:  Insulation and related materials shall have fire-test-response characteristics indicated, as determined by testing identical products per ASTM E 84, by a testing and inspecting agency acceptable to authorities having jurisdiction.  Factory label insulation and jacket materials and adhesive, mastic, and cement material containers, with appropriate markings of applicable testing and inspecting agency.

    1.    Insulation Installed Indoors:  Flame-spread index of 25 or less, and smoke-developed index of 50 or less.

### 1.6    DELIVERY, STORAGE, AND HANDLING

A.    Packaging:  Insulation material containers shall be marked by manufacturer with appropriate ASTM standard designation, type and grade, and maximum use temperature.

B.    All products to be stored in a dry location, protected from the elements. All damaged insulation to be replaced.

### 1.7    COORDINATION

A.    Coordinate size and location of supports, hangers, and high-density insulation inserts and shields specified in Specification Section "Hangers and Supports."  Coordinate with drawing details where applicable; wood inserts at hangers are not acceptable.

B.    Coordinate clearance requirements with piping Installer for piping insulation application, and equipment Installer for equipment insulation application.  Before preparing piping Shop Drawings, establish and maintain clearance requirements for installation of insulation and field-applied jackets and finishes and for space required for maintenance.

### 1.8    SCHEDULING

A.    Schedule insulation application after pressure testing systems and, where required, after installing and testing heat tracing.  Insulation application may begin on segments that have satisfactory test results.

B.    Complete installation and concealment of plastic materials as rapidly as possible in each area of construction.

C.    Insulation not to be installed until building is dried in.

## PART 2 - PRODUCTS

### 2.1    MANUFACTURERS

A.    In other Part 2 articles where titles below introduce lists, the following requirements apply to product selection:

    1.    Manufacturers:  Subject to compliance with requirements, provide products by one of the manufacturers specified.

### 2.2    INSULATION MATERIALS

A.    Refer to Part 3 schedule articles for requirements about where insulating materials shall be applied.

B.    Products shall not contain asbestos, lead, mercury, or mercury compounds.

C.    Products that come in contact with stainless steel shall have a leachable chloride content of less than 50 ppm when tested according to ASTM C 871.

D.    Insulation materials for use on austenitic stainless steel shall be qualified as acceptable according to ASTM C 795.

E. Foam insulation materials shall not use CFC or HCFC blowing agents in the manufacturing process.

F. Phenolic:
1. Products
   a. Insul-phen
2. 100% CFC-free, HCFC-free, and halogen-free, closed cell rigid phenolic foam insulation.
3. Minimal thermal conductivity @ 75˚ F.
   a. Green, 2.5 lb/ft³. 0.15 (Btu.in/hr.ft².F)
   b. Pink, 5.0 lb/ft³. 0.21 (Btu.in/hr.ft². F)

G. Cellular Glass:
1. Products:
   a. Pittsburgh Corning Corporation; Foamglas Super K.
2. Block Insulation:  ASTM C 552, Type I.
3. Special-Shaped Insulation:  ASTM C 552, Type III.
4. Board Insulation:  ASTM C 552, Type IV.
5. Preformed Pipe Insulation with Factory-Applied ASJ:  Comply with ASTM C 552, Type II, Class 2.
6. Factory fabricate shapes according to ASTM C 450 and ASTM C 585.
7. Inorganic, incombustible, foamed or cellulated glass with annealed, rigid, hermetically sealed cells. Minimal thermal conductivity at 75˚ F of 0.29 (Btu.in/hr.ft². F) (R-value of 10.34@ 3 inches thickness).  Factory-applied jacket requirements are specified in Part 2 "Factory-Applied Jackets" Article.

H. Flexible Elastomeric:
1. Products:
   a. Aeroflex USA Inc.; Aerocel.
   b. Armacel LLC; AP Armaflex.
2. Closed-cell, sponge- or expanded-rubber materials.  Comply with ASTM C 534, Type I for tubular materials and Type II for sheet materials.
3. Minimal thermal conductivity at 75˚ F of 0.25 (Btu.in/hr.ft². F.)

I. Mineral-Fiber Blanket Insulation:
1. Products:
   a. Johns Manville; Microlite.
   b. Knauf Insulation; Duct Wrap
   c. Owens-Corning; All-Service Duct Wrap.
2. Mineral or glass fibers bonded with a thermosetting resin. Comply with ASTM C 553, Type II and ASTM C 1290, Type III with factory-applied FSP jacket. Factory-applied jacket requirements are specified in Part 2 "Factory-Applied jackets" Article.

J. Mineral-Fiber, Preformed Pipe Insulation:
1. Products:
   a. Johns Manville; Micro-Lok.
   b. Knauf Insulation; 1000° Pipe Insulation.
   c. Owens Corning; Fiberglas Pipe Insulation.
2. Type I, 850 deg F Materials:  Mineral or glass fibers bonded with a thermosetting resin.  Comply with ASTM C 547, Type I, Grade A, with factory-applied ASJ.  Factory-applied jacket requirements are specified in Part 2 "Factory-Applied Jackets" Article.

K. Fire Rated Wrap
1. Manufacturers:
   a. 3M
   b. Specialty Products and Insulation Co.
2. Insulation Materials: Fire rated fiber wrap insulation: 1-1/2 inch thick low bio-persistent Alka-line Earth Silicate fiber with melting point at 2200 degrees F. jacket shall be foil faced (one side) kraft fiber paper with a concealed reinforcing scrim. (FSK) One hour rating with 1-layer of wrap, 3 inches to combustibles. Two hour rating with 2 layers of wrap, 0 inch to combustibles.
3. Accessories and Attachments:
   a. Glass Cloth and Tape: Comply with MIL-C-20079H, Type I for cloth and Type II for tape. Woven glass-fiber fabrics, plain weave, presized a minimum of 8 oz./sq.yd.
      1) Tape Width: 4 inches.

      b.     Bands: 3/4 inch wide, in one of the following materials compatible with jacket.
          1)     Stainless Steel: ASTM A 666, Type 304; 0.020 inch thick.
      c.     Insulation Anchor Pings and Speed Washers: Galvanized steel plate, pin and washer manufactured for attachment to duct by weld. Pin length sufficient for insulation thickness indicated.
      d.     Vapor Retarders: Mastics: Materials recommended by insulation material manufacturers that are compatible with insulation materials, jackets, and substrates.
    4.     Secured per manufacturer's requirements and AHJ.

## 2.2    ADHESIVES

A.    Materials shall be compatible with insulation materials, jackets, and substrates and for bonding insulation to itself and to surfaces to be insulated, unless otherwise indicated. All products are to contain low V.O.C. as defined/governed by LEED IEQ 4.1 and 4.2 (Regardless of project type).

B.    Cellular-Glass, Solvent-based resin adhesive, with a service temperature range of minus 75 to plus 300 deg F.
    1.     Products:
         a.     Foamglas: Pittseal 444N or equal

C.    Flexible Elastomeric:  Comply with MIL-A-24179A, Type II, Class I.
    1.     Products:
         a.     K-Flex:  720 LVOC or equal

D.    Phenolic: Water based adhesive with a service temp of minus 20°F to 700°F.
    1.     Products:
         a.     Foster 97-15

E.    Metal Jacket Adhesive:  Comply with MIL-A-3316C, Class 2, Grade A.
    1.     Products:
         a.     Design Polymerics, DP2502 (or approved equal).

## 2.3    MASTICS

A.    Materials shall be compatible with insulation materials, jackets, and substrates; comply with MIL-C-19565C, Type II. All products are to contain low V.O.C. as defined/governed by LEED IEQ 4.1 and 4.2 (Regardless of project type).

B.    Vapor-Barrier Mastic:  Water based; suitable for outdoor use on below ambient services, or indoor vapor barrier use.
    1.     Products:
         a.     Childers Products, Division of ITW; CP-35.
    2.     Water-Vapor Permeance:  ASTM F 1249, 0.09 perm at 55-mils film thickness.
    3.     Service Temperature Range:  Minus 20 to plus 190 deg F.
    4.     Solids Content:  ASTM D 1644, 60 percent by volume and 73 percent by weight.
    5.     Color:  White.
    6.     VOC: 36 g/l.

## 2.4    SEALANTS

A.    Joint Sealants:
    1.     Joint Sealants for Cellular-Glass Products:
         a.     Pittsburgh Corning Corporation; Pittseal 444N.
    2.     Joint Sealant for Phenolic Products
         a.     Foster 95-50

B.    Metal Jacket:
    1.     Products:
         a.     Foster 95-44 or equal.
         b.     Childers Products, Division of ITW; CP-76.

C. Mineral Fiber:
1. Design Polymerics DP 2502.
2. Childers Products, Division of ITW; CP-35.

D. PVC Jacket:
1. Childers Products, Division of ITW; CP-35.

2.5 FACTORY-APPLIED JACKETS

A. Insulation system schedules indicate factory-applied jackets on various applications. When factory-applied jackets are indicated, comply with the following:
1. ASJ: White, kraft-paper, fiberglass-reinforced scrim with aluminum-foil backing; complying with ASTM C 1136, Type I.
2. ASJ-SSL: ASJ with self-sealing, pressure-sensitive, acrylic-based adhesive covered by a removable protective strip; complying with ASTM C 1136, Type I.
3. FSK Jacket: Aluminum-foil, fiberglass-reinforced scrim with kraft-paper backing; complying with ASTM C 1136, Type II.

2.6 FIELD-APPLIED JACKETS

A. Field-applied jackets shall comply with ASTM C 921, Type I, unless otherwise indicated.

B. PVC Jacket: High-impact-resistant, UV-resistant PVC complying with ASTM D 1784, 25/50 ASTM-F 84, Class 16354-C; thickness as scheduled; roll stock ready for shop or field cutting and forming. Thickness is indicated in field-applied jacket schedules.
1. Products:
   a. Johns Manville; Zeston.
   b. Proto PVC Corporation; LoSmoke.
2. Adhesive: As recommended by jacket material manufacturer.
3. Color: White:
4. Factory-fabricated fitting covers to match jacket if available; otherwise, field fabricate.
   a. Shapes: 45- and 90-degree, short- and long-radius elbows, tees, valves, flanges, unions, reducers, end caps, soil-pipe hubs, traps, mechanical joints, and P-trap and supply covers for lavatories.
5. Factory-fabricated tank heads and tank side panels.

C. Metal Jacket:
1. Products:
   a. Childers Products, Division of ITW; Metal Jacketing Systems.
   b. PABCO Metals Corporation; Surefit.
   c. RPR Products, Inc.; Insul-Mate.
2. Aluminum Jacket: Comply with ASTM B 209 (ASTM B 209M), Alloy 3003, 3005, 3105 or 5005, Temper H-14.
   a. Factory cut and rolled to size.
   b. Finish and thickness are indicated in field-applied jacket schedules.

2.7 TAPES

A. ASJ Tape: White vapor-retarder tape matching factory-applied jacket with acrylic adhesive, complying with ASTM C 1136 and UL listed.
1. Width: 3 inches.
2. Thickness: 14.0 mils.
3. Adhesion: 73 ounces force/inch in width.
4. Elongation: 2 percent.
5. Tensile Strength: 55 lbf/inch in width.
6. Color: White

B. FSK Tape: Foil-face, vapor-retarder tape matching factory-applied jacket with acrylic adhesive; complying with ASTM C 1136 and UL listed.
1. Width: 3 inches.

2. Thickness:  13 mils.
3. Adhesion:  73 ounces force/inch in width.
4. Elongation:  2 percent.
5. Tensile Strength:  40 lbf/inch in width.
6. Color: Silver

2.8 SECUREMENTS

A. Bands:
   1. Products:
      a. Childers Products; Bands.
   2. Stainless Steel:  ASTM A 167 or ASTM A 240/A 240M, Type 316; 0.015 inch thick, 3/4 inch wide with wing or closed seal.
   3. Aluminum:  ASTM B 209 (ASTM B 209M), Alloy 3003, 3005, 3105, or 5005; Temper H-14, 0.020 inch thick, 1/2 inch with wing or closed seal.
   4. Springs:  Twin spring set constructed of stainless steel with ends flat and slotted to accept metal bands.  Spring size determined by manufacturer for application.

B. Staples:  Outward-clinching insulation staples, nominal 3/4-inch- wide, stainless steel.

## PART 3 - EXECUTION

3.1 EXAMINATION

A. Examine substrates and conditions for compliance with requirements for installation and other conditions affecting performance of insulation application.
   1. Verify that systems and equipment to be insulated have been tested and are free of defects.
   2. Verify that surfaces to be insulated are clean and dry.
   3. Proceed with installation only after unsatisfactory conditions have been corrected.

3.2 PREPARATION

A. Surface Preparation:  Clean and dry surfaces to receive insulation.  Remove materials that will adversely affect insulation application. For Stainless Steel; apply a corrosion coating to insulated surfaces with an epoxy primer and an epoxy finish 5 mils thick.

B. Verify and coordinate insulation installation with the systems and trades installing heat tracing.  Comply with requirements for heat tracing that applies to insulation.

3.3 COMMON INSTALLATION REQUIREMENTS

A. Requirements in this Article generally apply to all insulation materials except where more specific requirements are specified in various pipe insulation material installation articles.

B. Install insulation materials, accessories, and finishes with smooth, straight, and even surfaces; free of voids throughout the length of equipment, ducts and fittings, and piping including fittings, valves, and specialties

C. Install insulation materials, forms, vapor barriers or retarders, jackets, and thicknesses required for each item of equipment, and pipe system as specified in insulation system schedules.

D. Install accessories compatible with insulation materials and suitable for the service.  Install accessories that do not corrode, soften, or otherwise attack insulation or jacket in either wet or dry state.

E. Install high-density inserts at hanger locations prior to insulating; wood or block inserts are not acceptable

TAMPU-01423

F.   Do not weld brackets, clips, pins or other attachment devices to piping, fittings, tanks, coils, equipment, vessel, and specialties.

G.   Keep insulation materials clean and dry before, during application, and finishing.

H.   Install insulation with tight longitudinal seams and end joints, with least number of joints practical.

I.   Install insulation so that material is not over compressed.

J.   Seal all joints, and seams, including penetrations in insulation, at supports, and other projections with insulation of same material overlapped by 2". Secure strips with outward clinching staples along both edges of strip, (spaced 1 inch on center) and seal entire joint or seam with mastic.

K.   Do not insulate, conceal, or enclose pipe hangers, channel and steel supports, etc. not directly fasten to duct.

L.   Cover inserts with jacket material matching adjacent pipe insulation.  Install shields over jacket, arranged to protect jacket from tear or puncture by hanger, support, and shield.

M.   Apply adhesives, mastics, and sealants at manufacturer's recommended coverage rate and wet and dry film thicknesses. Do not water down products unless directed by manufacture. Use clean potable demineralized water when required.

N.   Finish installation with systems at operating conditions.  Repair joint separations and cracking due to thermal movement.

O.   Repair all damage insulation prior to concealment as noted above.

P.   Do not insulation or conceal vibration-control devices, labels, stamps, nameplates, data plates, manholes, cleanouts, etc. require for maintenances.

Q.   Install insulation over fittings, valves, strainers, flanges, unions, and other specialties with continuous thermal and vapor-retarded integrity, unless otherwise indicated.

R.   Insulate pipe elbows, tees, valves, strainers, flanges, etc., using preformed fitting insulation, mitered fittings or oversized preformed pipe insulation made from same material thickness and density as adjacent pipe insulation.  Each piece shall be butted tightly against adjoining piece and bonded with adhesive. Overlap adjoining pipe insulation by not less than two times the thickness of pipe insulation, or one pipe diameter, whichever is thicker. Fill joints, seams, voids, and irregular surfaces with insulating mastic finished to a smooth, hard, and uniform contour that is uniform with adjoining pipe insulation. Provide a removable reusable insulation cover; design that maintains vapor barrier. For valves, insulate up to and including the bonnets, valve stuffing-box studs, bolts, and nuts.

S.   Cover segmented insulated surfaces with a layer of finishing mastic prior to jacket installation.

T.   For services not specified to receive a field-applied jacket except for flexible elastomeric and polyolefin, install fitted PVC cover over elbows, tees, strainers, valves, flanges, and unions.  Terminate ends with PVC end caps.  Secure PVC covers to adjoining insulation facing using staples and ASJ tape. Seal PVC fitting covers with mastic.

U.   Insulate instrument connections for thermometers, pressure gages, pressure temperature taps, test connections, flow meters, sensors, switches, and transmitters on insulated pipes, vessels, and equipment.  Shape insulation at these connections by tapering it to and around the connection with insulating adhesive and finish with finishing mastic. All connections are to be accessible.

V.   Install removable insulation segment and covers at flanges, valves, controls, unions, equipment access doors, manholes, hand holes, and other elements that require frequent removal for service and inspection. Unless a PVC jacket is indicated in field-applied jacket schedules, finish exposed surfaces with a metal jacket.

3.4   PENETRATIONS

A.  Install insulation continuously through all walls, floors, and partitions penetrations and sleeves.

B.  Extend jacket of outdoor installation into wall and roof jacks by 2 inches. Seal jacket to roof flashing with approved flashing sealant.

C.  Insulation Installation at Below-Grade Exterior Wall Penetrations:  Terminate insulation flush with sleeve seal.  Seal terminations with approved flashing sealant.

3.5     GENERAL PIPE INSULATION INSTALLATION

A.  Preformed Pipe Insulation Installation on Pipe, Fittings, Valves, Flanges, Tanks, Elbows, and Appurtenances for Cellular- Glass, Mineral- Fiber, Flexible Elastomeric, and Phenolic insulations:
1.  Install insulation in a manner that secures material to system being insulated with staples, tape and mastic.
2.  When insulation with preformed pipe insulation, seal all longitudinal seams, end joints, and protrusions with manufacturers recommended tape matching jacket, vapor-barrier mastic, joint sealant, and adhesive to eliminate openings in insulation that allow passage of air to surface being insulated.
3.  Secure fittings, jacket, cover, etc. with tape matching jacket and secure with outward clinched staples 1 inch on center.  Apply vapor-barrier mastic over staples.
4.  Arrange insulation to permit access to valves packing, flanges, unions, etc. and valve operation for maintenance without disturbing insulation. Install insulation so that it can be removed without damage to surrounding insulation or access enclosure.
5.  Pipe hangers are not to be concealed in insulation.
6.  Seal all exposed insulation ends with mastic.
7.  Seal all mitered joints prior to installing covers with vapor-barrier mastic.
8.  Install preformed pipe insulation to outer diameter of pipe flange.
9.  Make width of insulation section same as overall width of flange and bolts, plus twice the thickness of pipe insulation.
10. Fill voids between inner circumference of valves, flange, elbows, and bolts insulation and outer circumference of adjacent straight pipe segments with cut sections of sheet insulation of same thickness as pipe insulation.
11. Install preformed sections of same material insulation when available. When preformed insulation elbows and fittings are not available, install mitered sections of pipe insulation, to a thickness equal to adjoining pipe insulation. Install PVC cover over fitting or mitered section.
12. Arrange insulation to permit access to valves packing, flanges, unions, etc. and valve operation for maintenance without disturbing insulation. Install insulation so that it can be removed without damage to surrounding insulation or access enclosure.

3.6     GENERAL BLANKET INSULATION INSTALLATION (IN ADDITION TO COMMON REQUIREMENTS)

A.  Blanket Insulation Installation on Pipes, Drains, Tanks, Vessels, Elbows, and Appurtenances:
1.  Apply adhesives according to manufacturer's recommended coverage rates per unit area, for a minimum of 50 percent coverage of insulated surface and 100 percent coverage of equipment, tanks, etc.; to secure insulation to surfaces. Apply adhesive to entire circumference of all surfaces; including fittings and transitions.
2.  Install a continuous unbroken vapor barrier. Create a facing lap for longitudinal seams and end joints with insulation by removing 2 inches from 1 edge and 1 end of insulation segment.  Secure laps to adjacent insulation section with 3/4-inch outward-clinching staples, 1 inch on center.  Coat all seams/joints with mastic.
3.  Repair punctures, tears, penetrations and protrusions with 6-inch-wide strips of same material used to insulate duct. Seal all seams with staples, cover with mastic and cover with embedded fiberglass reinforced mesh, cover mesh with finish coat of mastic.
4.  Do not conceal hangers beneath/under insulation.
5.  Insulation termination:  Butt insulation up to termination point.  Apply mastic no less than 3" overlap on insulation, and 3" on metal surface.

3.7     FIELD-APPLIED JACKET INSTALLATION

A.    Install with 2-inch overlap at longitudinal seams and end joints.  Overlap longitudinal seams arranged to shed water.  Seal end joints with weatherproof sealant recommended by insulation manufacturer.  Apply two continuous beads of sealant to seams and joints, one bead under lap and the finish bead along seam and joint edge. Secure metal jacket with stainless-steel bands 12 inches on center and at end joints.

3.8    FINISHES

A.    Equipment, and Pipe Insulation with ASJ, Glass-Cloth, or Other Paintable Jacket Material:  Paint jacket with paint system identified below and as specified in painting Sections (if applicable).
     1.    Flat Acrylic Finish: Two (2) finish coats over a primer that is compatible with jacket material and finish coat paint. Add fungicidal agent to render fabric mildew proof.
          a.    Finish Coat Material: Interior, flat, latex-emulsion size.

B.    Color: Final color as selected by Architect. Vary first and second coats to allow visual inspection of the completed Work.

C.    Do not field paint aluminum or stainless-steel jackets.

3.9    FIELD QUALITY CONTROL

A.    Perform the following field tests and inspections and prepare test reports:
     1.    Inspect insulated pipe, and equipment, randomly selected by Engineer, by removing field-applied jacket and insulation in layers in reverse order of their installation.  Extent of inspection shall be limited to two (3) location(s) for each system.
     2.    All insulation applications will be considered defective work if sample inspection reveals noncompliance with requirements.
     3.    Remove all defective work and install new insulation and jackets to replace insulation and jackets removed for inspection.  Repeat inspection procedures as needed.

3.10    PIPING INSULATION SCHEDULE, GENERAL

A.    Acceptable preformed pipe and tubular insulation materials and thicknesses are identified for each piping system and pipe size range. If more than one material is listed for a piping system, selection from materials listed is Contractor's option.

B.    Items Not Insulated: Unless otherwise indicated, do not install insulation on the following:
     1.    Fire-suppression piping.
     2.    Drainage piping located in crawl spaces.
     3.    Chrome-plated pipes and fittings unless there is a potential for personnel injury.

3.11    INDOOR PIPING INSULATION SCHEDULE

A.    Domestic Hot and Recirculated Hot Water:
     1.    Concealed Locations:
          a.    All Pipe Sizes: Insulation shall be any of the following:
               1)    Mineral Fiber Preformed:  Type 1: 1-inch thick.
               2)    Phenolic (2.5 lb/ft$^3$), 1-inch thick.
               3)    Cellular Glass: 1-1/2 inches thick.
     2.    Exposed Locations: (including inside mechanical rooms):
          a.    All Pipe Sizes: Insulation shall be any of the following:
               1)    Phenolic (3.5 lb/ft$^3$), 1-inch thick.
               2)    Cellular Glass: 1-1/2 inches thick.
               3)    Mineral Fiber Preformed:  Type 1: 1-inch thick.

B.    Condensate, Equipment Drain, Floor Drains, Traps and Waste Water below 60 Deg F:
     1.    All PVC Piping exposed to and in a Return Air Plenum: Insulation shall be any of the following:
          a.    Fire rated wrap.
     2.    All Other Pipe: Insulation shall be any of the following:
          a.    Cellular Glass: 1-1/2 inches thick.

        b.      Phenolic (2.5 lb/ft³): 1-1/2 inches thick.

C.    Horizontal Storm Water Piping:
1.    All PVC Piping exposed to and in a Return Air Plenum: Insulation shall be any of the following:
    a.    Fire rated wrap.
2.    All Other Pipe: Insulation shall be any of the following:
    a.    Cellular Glass: 1-1/2 inches thick.
    b.    Phenolic (2.5 lb/ft³): 1-1/2 inches thick.
    c.    Mineral Fiber, Preformed, Type 1: 1-inch thick.

D.    Roof Drain Body:
1.    PVC Roof Drain Body exposed to and in a Return Air Plenum: Insulation shall be any of the following:
    a.    Fire rated wrap.
2.    All Other Roof Drain Bodies: Insulation shall be any of the following:
    a.    Mineral-Fiber Blanket Insulation: 1-1/2 inch thick.

E.    Sanitary Waste & Vent; Domestic Waterpiping:
1.    All PVC Piping exposed to and in a Return Air Plenum: Insulation shall be any of the following:
    a.    Fire rated wrap.

3.12    OUTDOOR, ABOVEGROUND PIPING INSULATION SCHEDULE (ATTIC AND CRAWL SPACE INCLUDED)

A.    Domestic Cold, Hot and Recirculated Hot Water:
1.    All Pipe Sizes: Insulation shall be any of the following:
    a.    Preinsulated Pipe: 1-1/2" thick (underfloor, outdoors and buried)
    b.    Cellular Glass: 2 inches thick (outdoors, not acceptable indoors)
    c.    Phenolic (5 lb/ft³): 2 inches thick (outdoors, not acceptable indoors)
    d.    Mineral Fiber Preformed, Type 1: 1-1/2 inch thick (uninsulated Attic space)

B.    Condensate, Equipment Drain, Floor Drains, Traps and Waste Water below 60 Deg. F:
1.    All Pipe Sizes: Insulation shall be any of the following:
    a.    Cellular Glass: 1-1/2 inches thick
    b.    Phenolic (5 lb/ft³): 1-1/2 inches thick

C.    Fire Protection:
1.    All Pipe Sizes: Insulation shall be any of the following:
    a.    Cellular Glass: 1-1/2 inches thick
    b.    Phenolic (5 lb/ft³): 1-1/2 inches thick

3.13    INSIDE EXTERIOR WALL PIPING INSULATION SCHEDULE

A.    Domestic Cold, Hot and Recirculated Hot Water:
1.    All Pipe Sizes: Insulation shall be any of the following:
    a.    Cellular Glass: 1-1/2 inches thick
    b.    Phenolic (2.5 lb/ft³): 1 inch thick
    c.    Mineral Fiber Preformed, Type 1: 1 inch thick, coat entire ASJ jacket with vapor mastic

B.    Condensate, Equipment Drain, Floor Drains, Traps and Waste Water below 60 Deg. F:
1.    All Pipe Sizes: Insulation shall be any of the following:
    a.    Cellular Glass: 1-1/2 inches thick
    b.    Phenolic (2.5 lb/ft³): 1-1/2 inches thick

C.    Fire Protection:
1.    All Pipe Sizes: Insulation shall be any of the following:
    a.    Cellular Glass: 1-1/2 inches thick
    b.    Phenolic (2.5 lb/ft³): 1-1/2 inches thick

3.14    FIELD-APPLIED JACKET SCHEDULE

A.   Install jacket over insulation material.  For insulation with factory-applied jacket, install the field-applied jacket over the factory-applied jacket.

B.   Piping exposed in finish interior areas, outdoors, in underfloor, mechanical rooms:
   1.   Aluminum, Stucco Embossed: 0.016 inch thick.

C.   Indoor piping fitting or elbows:
   1.   PVC: (0.015 inch thick).

**END OF SECTION**

## SECTION 221116 - DOMESTIC WATER PIPING

### PART 1 - GENERAL

1.1     RELATED DOCUMENTS

A.      Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

A.      Section Includes:
1.      Under-building slab and aboveground domestic water pipes, tubes, fittings, and specialties inside the building.
2.      Encasement for piping.

1.3     SUBMITTALS

A.      Product Data:  For the following products:
1.      Piping and fittings.

B.      Field quality-control reports.

1.4     QUALITY ASSURANCE

A.      Piping materials shall bear label, stamp, or other markings of specified testing agency.  Origin of product to be domestic.  No imported product will be acceptable.

B.      Comply with NSF 14 for plastic, potable domestic water piping and components.  Include marking "NSF-pw" on piping.

C.      Comply with NSF 61 for potable domestic water piping and components.

1.5     PROJECT CONDITIONS

A.      Interruption of Existing Water Service:  Do not interrupt water service to facilities occupied by Owner or others unless permitted under the following conditions and then only after arranging to provide temporary water service according to requirements indicated:
1.      Notify Owner no fewer than two days in advance of proposed interruption of water service.
2.      Do not proceed with interruption of water service without Owner's written permission.

### PART 2 - PRODUCTS

2.1     PIPING MATERIALS

A.      Comply with requirements in "Piping Schedule" Article for applications of pipe, tube, fitting materials, and joining methods for specific services, service locations, and pipe sizes.

2.2     COPPER TUBE AND FITTINGS

A.      Hard Copper Tube:  ASTM B 88, Type L or K water tube, drawn temper.
1.      Copper Pressure Fittings:  ASME B16.18, cast copper-alloy or ASME B16.22, wrought-copper, solder fittings.

TAMU-01429

B. Soft Copper Tube: ASTM B 88, Type L or K water tube, annealed temper.
1. Copper Pressure Fittings: ASME B16.18, cast copper-alloy or ASME B16.22, wrought-copper, solder fittings.

C. Copper Pipe, Pre-insulated:
1. Available Manufacturers: Subject to compliance with requirements, manufacturers offering products that may be incorporated into the Work include, but are not limited to, the following:
   a. Insul-Pipe Systems, Inc.
   b. Insul-tek
   c. Thermal Pipe Systems, Inc.
   d. Thermacor Process L.P.
2. Description: Factory pre-insulated double-wall pipe system.
3. Carrier Pipe: Drawn-Temper Copper Tubing: ASTM B 88, Type L (ASTM B 88M, Type B).
4. Wrought-Copper Fittings: ASME B16.22.
5. Pipe Insulation: Foamed-in-place polyurethane, 90% closed cell, poured in place, "K" = 0.14 per inch @ 75 degrees F, with a density of not less than 2.5 lbs. per cubic foot. Insulation shall be completely encased within a seamless jacket.
   a. Insulation at each end of each length of pipe shall be protected with an end seal bonded both to the carrier pipe and the outer jacket. Piping cuts made in the field must be provided with end-seals equal to factory type.
   b. Insulation thickness, minimum: 1.12-inches for NPS 2 and smaller; 1.67-inches for NPS 2-1/2; 1.42-inches for NPS 3; 1.93-inches for NPS 4; and 1.93-inches for NPS 6.
6. Jacket: PVC; ASTM D-1784, Class 12454-B, of not less than .060 inches thick and able to withstand H-20 highway loading.
7. Fitting insulation: Coupling joints on straight runs shall be field wrapped with a mold/jacket of roll PVC, sealed with self seal tape and filled with field mixed pour poly-urethane foam. Fittings shall be field insulated using a field mixed polyurethane poured between the fitting and a PVC fitting cover supplied by the manufacturer that is sealed with self seal tape. Vapor barrier jacketing material for fittings and joints shall be of the same material as the pipe jacketing. Installation shall be as per manufacturer's instructions.

2.3 NIPPLES

A. Brass Nipple: ASTM B687-88
1. Threads: NPT (Federal Services Handbook H-28)
2. Potable use.

2.4 UNIONS

A. Factory-fabricated, brass or bronze union assembly, for 150-psig minimum working pressure at 180 deg F, ASTM B687-88

B. End Connections: Solder-joint copper alloy and / or threaded ferrous.

C. Potable use.

2.5 FLANGES

A. Factory-fabricated, bronze union assembly, for 150-psig minimum working pressure at 180 deg F, ASME B16.24, Class 150.

B. End Connections: Solder-joint copper alloy and / or threaded ferrous.

C. Potable use.

D. All bolts to be 316 stainless steel (Class 150).

2.6     PIPING JOINING MATERIALS

A.     Pipe-Flange Gasket Materials:  AWWA C110, rubber, flat face, 1/8 inch thick or ASME B16.21, nonmetallic and asbestos free, unless otherwise indicated; full-face or ring type unless otherwise indicated.

B.     Solder Filler Metals:  ASTM B 32, 95/5 lead-free alloys.  Include water-flushable and soluble flux according to ASTM B 813.

C.     Brazing Filler Metals:  AWS A5.8/A5.8M, BCuP Series, copper-phosphorus alloys for general-duty brazing unless otherwise indicated.

2.7     ENCASEMENT FOR PIPING

A.     Standard:  ASTM A 674 or AWWA C105.

B.     Form:  Tube.

C.     Material:  LLDPE film of 0.008-inch minimum thickness or high-density, cross-laminated PE film of 0.004-inch minimum thickness.

D.     Color:  Black or blue.

2.8     TRANSITION FITTINGS

A.     General Requirements:
       1.     Same size as pipes to be joined.
       2.     Pressure rating at least equal to pipes to be joined.
       3.     End connections compatible with pipes to be joined.

B.     Fitting-Type Transition Couplings:  Manufactured piping coupling or specified piping system fitting.

C.     Sleeve-Type Transition Coupling:  AWWA C219.
       1.     Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
              a.     Cascade Waterworks Manufacturing.
              b.     Dresser, Inc.; Dresser Piping Specialties.
              c.     Ford Meter Box Company, Inc. (The).
              d.     JCM Industries.
              e.     Romac Industries, Inc.
              f.     Smith-Blair, Inc; a Sensus company.
              g.     Viking Johnson; c/o Mueller Co.

D.     Plastic-to-Metal Transition Fittings:
       1.     Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
              a.     Charlotte Pipe and Foundry Company.
              b.     Harvel Plastics, Inc.
              c.     Spears Manufacturing Company.
       2.     Description:  CPVC one-piece fitting with manufacturer's Schedule 80 equivalent dimensions; one end with threaded brass insert and one solvent-cement-socket end.

E.     Plastic-to-Metal Transition Unions:
       1.     Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
              a.     Colonial Engineering, Inc.
              b.     NIBCO INC.
              c.     Spears Manufacturing Company.
       2.     Description:  CPVC four-part union.  Include brass threaded end, solvent-cement-joint plastic end, rubber O-ring, and union nut.

**PART 3 - EXECUTION**

3.1     PIPING INSTALLATION

A.    Drawing plans, schematics, and diagrams indicate general location and arrangement of domestic water piping.  Indicated locations and arrangements are used to size pipe and calculate friction loss, expansion, and other design considerations.  Install piping as indicated unless deviations to layout are approved on Coordination Drawings.

B.    Install copper tubing under building slab according to CDA's "Copper Tube Handbook."

C.    Install underground copper tube in PE encasement according to ASTM A 674 or AWWA C105.

D.    Provide and install shutoff valve, strainer, pressure reducing valve, hose-end drain valve, pressure gage, and test tee with valve, inside the building at each domestic water service entrance.  Comply with requirements in Division 22 Section "Meters and Gages " for pressure gages and Division 22 Section "Domestic Water Piping Specialties" for drain valves and strainers.

E.    Install domestic water piping level and plumb.

F.    Install piping concealed from view and protected from physical contact by building occupants unless otherwise indicated and except in equipment rooms and service areas.

G.    Install piping indicated to be exposed and piping in equipment rooms and service areas at right angles or parallel to building walls.  Diagonal runs are prohibited unless specifically indicated otherwise.

H.    Install piping above accessible ceilings to allow sufficient space for ceiling panel removal, and coordinate with other services occupying that space.

I.    Install piping adjacent to equipment and specialties to allow service and maintenance.

J.    Install piping to permit valve servicing.

K.    Install nipples, unions, special fittings, and valves with pressure ratings the same as or higher than system pressure rating used in applications below unless otherwise indicated.

L.    Install piping free of sags and bends.

M.    Install fittings for changes in direction and branch connections.

N.    Install unions in copper tubing at final connection to each piece of equipment, machine, and specialty valves.

O.    All pipe nipples to be brass.

3.2     JOINT CONSTRUCTION

A.    Ream ends of pipes and tubes and remove burrs.  Bevel plain ends of steel pipe.

B.    Remove scale, slag, dirt, and debris from inside and outside of pipes, tubes, and fittings before assembly.

C.    Brazed Joints:  Join copper tube and fittings according to CDA's "Copper Tube Handbook," "Brazed Joints" Chapter.

D.    Soldered Joints:  Apply ASTM B 813, water-flushable flux to end of tube.  Join and prepare/clean copper tube and fittings according to ASTM B 828 or CDA's "Copper Tube Handbook."

E.    Flanged Joints:  Select appropriate asbestos-free, nonmetallic gasket material in size, type, and thickness suitable for domestic water service.  Join flanges with gasket and bolts according to ASME B31.9.

F.     Dissimilar-Material Piping Joints:  Make joints using adapters compatible with materials of both piping systems.

G.     All piping is to be cleaned prior to concealment.

3.3     TRANSITION FITTING INSTALLATION

A.     Install transition couplings at joints of dissimilar piping.

B.     Transition Fittings in Underground Domestic Water Piping:
1.     NPS 2 and Smaller:  Fitting-type coupling.
2.     NPS 2-1/2 and Larger:  mechanical joint-type coupling.

C.     Transition Fittings in Aboveground Domestic Water Piping NPS 2 and Smaller:  Plastic-to-metal transition unions.

3.4     CONNECTIONS

A.     Drawings indicate general arrangement of piping, fittings, and specialties.

B.     Install piping adjacent to equipment and machines to allow service and maintenance.

C.     Connect domestic water piping to exterior water-service piping.  Use transition fitting to join dissimilar piping materials.

D.     Connect domestic water piping to water-service piping with shutoff valve; extend and connect to all equipment.

3.5     FIELD QUALITY CONTROL

A.     Perform tests and inspections.

B.     Piping Inspections:
1.     Do not enclose, cover, or put piping into operation until it has been inspected and approved by engineer and authorities having jurisdiction
2.     During installation, notify engineer and authorities having jurisdiction at least one day before inspection must be made.  Perform tests specified below in presence of engineer and authority having jurisdiction:
a.     Roughing-in Inspection:  Arrange for inspection of piping before concealing or closing-in after roughing-in and before setting fixtures.
b.     Final Inspection:  Arrange final inspection for engineer and authority having jurisdiction to observe tests specified below and to ensure compliance with requirements.
3.     Reinspection:  If the engineer or authority having jurisdiction finds that piping will not pass tests or inspections, make required corrections and arrange for reinspection.
4.     Reports:  Prepare inspection reports and have them signed by engineer and authority having jurisdiction.

C.     Piping Tests:
1.     Fill domestic water piping.  Check components to determine that they are not air bound and that piping is full of water.
2.     Test for leaks and defects in new piping and parts of existing piping that have been altered, extended, or repaired.  If testing is performed in segments, submit a separate report for each test, complete with diagram of portion of piping tested.
3.     Leave new, altered, extended, or replaced domestic water piping uncovered and unconcealed until it has been tested and approved.  Expose work that was covered or concealed before it was tested.
4.     Cap and subject piping to static water pressure of 50 psig above operating pressure, without exceeding pressure rating of piping system materials.  Isolate test source and allow to stand for four hours.  Leaks and loss in test pressure constitute defects that must be repaired.
5.     Repair leaks and defects with new materials and retest piping or portion thereof until satisfactory results are obtained.

6.    Prepare reports for tests and for corrective action required.

D.    Domestic water piping will be considered defective if it does not pass tests and inspections.

E.    Prepare test and inspection reports.

3.6    CLEANING

A.    Clean and disinfect potable domestic water piping as follows:
1.    Purge new piping and parts of existing piping that have been altered, extended, or repaired before using.
2.    Use purging and disinfecting procedures prescribed by authorities having jurisdiction; if methods are not prescribed, use procedures described in either AWWA C651 or AWWA C652 or follow procedures described below:
   a.    Flush piping system with clean, potable water until dirty water does not appear at outlets.
   b.    Fill and isolate system according to either of the following:
      1)    Fill system or part thereof with water/chlorine solution with at least 50 ppm (50 mg/L) of chlorine.  Isolate with valves and allow to stand for 24 hours.
      2)    Fill system or part thereof with water/chlorine solution with at least 200 ppm (200 mg/L) of chlorine.  Isolate and allow to stand for three hours.
   c.    Flush system with clean, potable water until no chlorine is in water coming from system after the standing time.

B.    Clean non-potable domestic water piping as follows:
1.    Purge new piping and parts of existing piping that have been altered, extended, or repaired before using.
2.    Use purging procedures prescribed by authorities having jurisdiction or; if methods are not prescribed, follow procedures described below:
   a.    Flush piping system with clean, potable water until dirty water does not appear at outlets.

C.    Prepare and submit reports of purging and disinfecting activities.

D.    Clean interior of domestic water piping system.  Remove dirt and debris as work progresses.

3.7    PIPING SCHEDULE

A.    Transition and special fittings with pressure ratings at least equal to piping rating may be used in applications below unless otherwise indicated.

B.    Flanges and unions to be provided and installed at all equipment connections and appurtenances.

C.    Under-building-slab, domestic water, building service and distribution piping, NPS 2 and smaller, shall be the following:
1.    Soft copper tube, ASTM B 88, Type K; (continuous, no joints under slab.)

D.    Under-building-slab, domestic water, building-service piping, NPS 2-1/2 and larger, shall be the following (see detail for additional requirements):
1.    Hard copper tube, ASTM B 88, Type K; wrought- copper brazed-joint fittings and joints.
2.    Mechanical-joint, ductile iron pipe; standard-pattern mechanical-joint fittings; and mechanical joints.

E.    Aboveground domestic water piping, all sizes, shall be  the following:
1.    Hard copper tube, ASTM B 88, Type L; cast- or wrought- copper solder-joint fittings; and soldered joints.

F.    Underfloor domestic water piping shall be the following:
1.    Hard copper tube, ASTM B 88, Type L; cast- or wrought- copper solder-joint fittings; and soldered joints.
2.    Pre-insulated copper pipe. (Hot and Recirculated water only)

**END OF SECTION**

## SECTION 221119 - DOMESTIC WATER PIPING SPECIALTIES

**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

A.      Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

A.      This Section includes the following domestic water piping specialties:
1.      Vacuum breakers.
2.      Backflow preventers.
3.      Water pressure-reducing valves.
4.      Balancing valves.
5.      Temperature-actuated water mixing valves.
6.      Strainers.
7.      Hose bibbs.
8.      Wall hydrants.
9.      Water hammer arresters (shock arrestors).
10.     Trap-seal primer valves.
11.     Flexible connectors.
12.     Drain Valves.

1.3     PERFORMANCE REQUIREMENTS

A.      Minimum Working Pressure for Domestic Water Piping Specialties:   125 psig unless otherwise indicated.

1.4     SUBMITTALS

A.      Product Data:  For each type of product indicated.

B.      Shop Drawings:  Diagram power, signal, and control wiring.

C.      Field quality-control test reports.

D.      Operation and Maintenance Data:  For domestic water piping specialties to include in emergency, operation, and maintenance manuals.

1.5     QUALITY ASSURANCE

A.      Electrical Components, Devices, and Accessories:   Listed and labeled as defined in NFPA 70, Article 100, by a testing agency acceptable to authorities having jurisdiction, and marked for intended use.

B.      NSF Compliance:
1.      Comply with NSF 14, "Plastics Piping Components and Related Materials," for plastic domestic water piping components.
2.      Comply with NSF 61, "Drinking Water System Components - Health Effects; Sections 1 through 9."

## PART 2 - PRODUCTS

### 2.1 VACUUM BREAKERS

A. Pipe-Applied, Atmospheric-Type Vacuum Breakers :
1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
   a. Ames Co.
   b. Conbraco Industries, Inc.
   c. FEBCO; SPX Valves & Controls.
   d. Watts Industries, Inc.; Water Products Div.
   e. Woodford Manufacturing Company.
   f. Zurn Plumbing Products Group; Wilkins Div.
2. Standard: ASSE 1001.
3. Size: NPS 1/4 to NPS 3, as required to match connected piping.
4. Body: Bronze.
5. Inlet and Outlet Connections: Threaded.
6. Finish: Mechanical areas: Rough bronze. Finished areas: Chrome

B. Hose-Connection Vacuum Breakers:
1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
   a. Conbraco Industries, Inc.
   b. MIFAB, Inc.
   c. Watts Industries, Inc.; Water Products Div.
   d. Woodford Manufacturing Company.
   e. Zurn Plumbing Products Group.
2. Standard: ASSE 1011.
3. Body: Bronze, non-removable, with manual drain.
4. Outlet Connection: Garden-hose threaded complying with ASME B1.20.7.
5. Finish: Rough bronze.

### 2.2 BACKFLOW PREVENTERS

A. Reduced-Pressure-Principle Backflow Preventers:
1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
   a. Ames Co.
   b. Conbraco Industries, Inc.
   c. FEBCO; SPX Valves & Controls.
   d. Watts Industries, Inc.; Water Products Div.
   e. Zurn Plumbing Products Group; Wilkins Div.
2. Standard: ASSE 1013.
3. Operation: Continuous-pressure applications.
4. Pressure Loss: 12 psig maximum, through middle 1/3 of flow range.
5. Body: Bronze for NPS 2 and smaller; cast iron with interior lining complying with AWWA C550 or that is FDA approved for NPS 2-1/2and larger.
6. End Connections: Threaded for NPS 2 and smaller; flanged for NPS 2-1/2 and larger.
7. Accessories:
   a. Valves: Ball type with threaded ends on inlet and outlet of NPS 2 and smaller; outside screw and yoke gate-type with flanged ends on inlet and outlet of NPS 2-1/2 and larger.
   b. Strainer: Y-pattern with threaded ends on inlet of NPS 2 and smaller.
   c. Air-Gap Fitting: ASME A112.1.2, matching backflow-preventer connection.

B. Double-Check Backflow-Prevention Assemblies:
1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
   a. Ames Co.
   b. Conbraco Industries, Inc.
   c. FEBCO; SPX Valves & Controls.
   d. Watts Industries, Inc.; Water Products Div.

      e.     Zurn Plumbing Products Group; Wilkins Div.
2. Standard:  ASSE 1015.
3. Operation:  Continuous-pressure applications, unless otherwise indicated.
4. Pressure Loss:  5 psig maximum, through middle 1/3 of flow range.
5. Body:  Bronze for NPS 2 and smaller; cast iron with interior lining complying with AWWA C550 or that is FDA approved for NPS 2-1/2 and larger.
6. End Connections:  Threaded for NPS 2 and smaller; flanged for NPS 2-1/2 and larger.
7. Accessories:
      a.     Valves:  Ball type with threaded ends on inlet and outlet of NPS 2 and smaller; outside screw and yoke gate-type with flanged ends on inlet and outlet of NPS 2-1/2 and larger.

C. Pressure Type Backflow Preventers:
1. Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
      a.     Ames Co.
      b.     Conbraco Industries, Inc.
      c.     FEBCO; SPX Valves & Controls.
      d.     Watts Industries, Inc.; Water Products Div.
      e.     Zurn Plumbing Products Group; Wilkins Div.
2. Standard:  ASSE 1052.
3. Operation:  Up to 10-foot head of water back pressure.
4. Inlet Size:  NPS 1/2 or NPS 3/4.
5. Outlet Size:  Garden-hose thread complying with ASME B1.20.7.

2.3     WATER PRESSURE-REDUCING VALVES

A. Water Regulators:
1. Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
      a.     Ames Co.
      b.     Conbraco Industries, Inc.
      c.     FEBCO; SPX Valves & Controls.
      d.     Watts Industries, Inc.; Water Products Div.
      e.     Zurn Plumbing Products Group; Wilkins Div.
2. Standard:  ASSE 1003.
3. Pressure Rating:  Initial working pressure of 150 psig.
4. Size:  Service line size.
5. Design Outlet Pressure Setting:  70 psig.
6. Body:  Bronze for NPS 2 and smaller; cast iron with interior lining complying with AWWA C550 or that is FDA approved for NPS 2-1/2 and NPS 3.
7. End Connections:  Threaded for NPS 2 and smaller; flanged for NPS 2-1/2 and NPS 3.

2.4     BALANCING VALVES

A. Copper-Alloy Calibrated Balancing Valves:
1. Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
      a.     Armstrong International, Inc.
      b.     ITT Industries; Bell & Gossett Div.
      c.     NIBCO INC.
      d.     Taco, Inc.
      e.     Watts Industries, Inc.; Water Products Div.
2. Type: Y-pattern globe valve with two readout ports and memory setting indicator.
3. Body:  Bronze.
4. Size:  Same as connected piping, but not larger than NPS 2.
5. Accessories:  Meter hoses, fittings, valves, differential pressure meter, and carrying case.

B. Memory-Stop Balancing Valves:
1. Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
      a.     Conbraco Industries, Inc.

        b.     Milwaukee Valve Company.

        c.     NIBCO INC.

2. Standard: MSS SP-110 for two-piece, copper-alloy ball valves.

3. Pressure Rating: 400-psig minimum CWP.

4. Size: NPS 2 or smaller.

5. Body: Copper alloy.

6. Port: Standard or full port.

7. Ball: Chrome-plated brass.

8. Seats and Seals: Replaceable.

9. End Connections: Solder joint or threaded.

10. Handle: Vinyl-covered steel with memory-setting device.

## 2.5 TEMPERATURE-ACTUATED WATER MIXING VALVES

A. Primary, Thermostatic, Water Mixing Valves:

1. Basis-of-Design Product: Subject to compliance with requirements, provide the product indicated on Drawings or a comparable product by one of the following:
   a. Armstrong International, Inc.
   b. Lawler Manufacturing Company, Inc.
   c. Leonard Valve Company.
   d. Powers; a Watts Industries Co.
   e. Symmons Industries, Inc.

2. Standard: ASSE 1017.

3. Pressure Rating: 125 psig.

4. Type: Thermostatically controlled water mixing valve.

5. Material: Bronze body with corrosion-resistant interior components.

6. Connections: Union inlets and outlet.

7. Accessories: Manual temperature control, check stops on hot- and cold-water supplies, and adjustable, temperature-control handle.

8. Valve Pressure Rating: 125 psig minimum, unless otherwise indicated.

B. Manifold, Thermostatic, Water-Mixing-Valve Assemblies:

1. Basis-of-Design Product: Subject to compliance with requirements, provide the product indicated on Drawings or a comparable product by one of the following:
   a. Armstrong International, Inc.
   b. Leonard Valve Company.
   c. Powers; a Watts Industries Co.
   d. Symmons Industries, Inc.

2. Description: Factory-fabricated, thermostatically controlled, water-mixing-valve assembly in two or three-valve parallel arrangement.

3. Large-Flow Parallel: Thermostatic water mixing valve and downstream pressure regulator with pressure gages on inlet and outlet.

4. Intermediate-Flow Parallel: Thermostatic water mixing valve and downstream pressure regulator with pressure gages on inlet and outlet.

5. Small-Flow Parallel: Thermostatic water mixing valve.

6. Thermostatic Mixing Valves: Comply with ASSE 1017. Include check stops on hot- and cold-water inlets and shutoff valve on outlet.

7. Water Regulator(s): Comply with ASSE 1003. Include pressure gage on inlet and outlet.

8. Component Pressure Ratings: 125 psig minimum, unless otherwise indicated.

9. Cabinet (where indicated): Factory-fabricated, stainless steel, for recessed or surface mounting (per drawing indication) and with hinged, stainless-steel door.

10. Performance characteristics and other requirements: Refer to drawings.

C. Individual-Fixture, Water Tempering Valves:

1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
   a. Armstrong International, Inc.
   b. Lawler Manufacturing Company, Inc.
   c. Leonard Valve Company.
   d. Powers; a Watts Industries Co.
   e. Watts Industries, Inc.; Water Products Div.
   f. Zurn Plumbing Products Group; Wilkins Div.

2. Standard: ASSE 1016, thermostatically controlled water tempering valve.
3. Pressure Rating: 125 psig minimum, unless otherwise indicated.
4. Body: Bronze body with corrosion-resistant interior components.
5. Temperature Control: Adjustable.
6. Inlets and Outlet: Threaded.
7. Finish: Rough or chrome-plated bronze.

2.6 STRAINERS FOR DOMESTIC WATER PIPING

A. Y-Pattern Strainers:
1. Pressure Rating: 125 psig minimum, unless otherwise indicated.
2. Body: Bronze for NPS 2 and smaller; cast iron with interior lining complying with AWWA C550 or FDA-approved, epoxy coating and for NPS 2-1/2 and larger.
3. End Connections: Threaded for NPS 2 and smaller; flanged for NPS 2-1/2 and larger.
4. Screen: Stainless steel with round perforations, unless otherwise indicated.
5. Perforation Size:
   a. Strainers NPS 2 and Smaller: 0.033 inch.
   b. Strainers NPS 2-1/2 to NPS 4: 0.062 inch.
6. Drain: Factory-installed, hose-end drain valve.

2.7 HOSE BIBBS

A. Hose Bibbs:
1. Standard: ASME A112.18.1 for sediment faucets.
2. Body Material: Bronze.
3. Seat: Bronze, replaceable.
4. Supply Connections: NPS 3/4 threaded -joint inlet.
5. Outlet Connection: Garden-hose thread complying with ASME B1.20.7.
6. Pressure Rating: 125 psig.
7. Vacuum Breaker: Integral, nonremovable, drainable, hose-connection vacuum breaker complying with ASSE 1011.
8. Finish for Equipment Rooms: Rough bronze, or chrome plated.
9. Finish for Service Areas: Rough bronze.
10. Finish for Finished Rooms: Chrome plated.
11. Operation for Equipment Rooms: Metal wheel handle or operating key.
12. Operation for Service Areas: Metal wheel handle.
13. Operation for Finished Rooms: Operating key.
14. Include operating key with each operating-key hose bibb.
15. Include integral wall flange with each chrome plated hose bibb.
16. Other requirements: Refer drawing schedules and provide equivalency to model and manufacturer listed.

2.8 WALL HYDRANTS

A. Nonfreeze Wall Hydrants:
1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
   a. Josam Company.
   b. MIFAB, Inc.
   c. Smith, Jay R. Mfg. Co.; Division of Smith Industries, Inc.
   d. Watts Drainage Products Inc.
   e. Woodford Manufacturing Company.
   f. Zurn Plumbing Products Group.
2. Standard: ASME A112.21.3M for self-draining wall hydrants.
3. Pressure Rating: 125 psig.
4. Casing and Operating Rod: Of length required to match wall thickness. Include wall clamp.
5. Inlet: NPS 3/4 or NPS 1.
6. Other requirements: Refer drawing schedules and provide equivalency to model and manufacturer listed.

B. Nonfreeze, Hot- and Cold-Water Wall Hydrants:
1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
   a. Josam Company.
   b. Smith, Jay R. Mfg. Co.; Division of Smith Industries, Inc.
   c. Watts Drainage Products Inc.
   d. Woodford Manufacturing Company.
   e. Zurn Plumbing Products Group; Specification Drainage Operation.
2. Standard: ASME A112.21.3M for self-draining wall hydrants.
3. Pressure Rating: 125 psig.
4. Casings and Operating Rods: Of length required to match wall thickness. Include wall clamps.
5. Inlets: NPS 3/4 or NPS 1.
6. Vacuum Breaker: Nonremovable, manual-drain-type, hose-connection vacuum breaker complying with ASSE 1011 and with garden-hose thread complying with ASME B1.20.7 on outlet.
7. Other requirements: Refer drawing schedules and provide equivalency to model and manufacturer listed.

2.9 DRAIN VALVES

A. Ball-Valve-Type, Hose-End Drain Valves:
1. Standard: MSS SP-110 for standard-port, two-piece ball valves.
2. Pressure Rating: 600-psig minimum CWP.
3. Size: NPS 3/4.
4. Body: Bronze.
5. Ball: Stainless steel.
6. Seats and Seals: Replaceable.
7. Handle: Vinyl-covered steel.
8. Inlet: Threaded.
9. Outlet: Threaded, short nipple with garden-hose thread complying with ASME B1.20.7 and cap with brass chain.

2.10 WATER HAMMER ARRESTERS (SHOCK ARRESTORS)

A. Water Hammer Arresters:
1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
   a. Josam Company.
   b. MIFAB, Inc.
   c. PPP Inc.
   d. Smith, Jay R. Mfg. Co.; Division of Smith Industries, Inc.
   e. Watts Drainage Products Inc.
   f. Zurn Plumbing Products Group; Specification Drainage Operation.
2. Standard: ASSE 1010 or PDI-WH 201.
3. Type: Copper tube with piston.
4. Size: ASSE 1010, Sizes AA and A through F or PDI-WH 201, Sizes A through F.

2.11 TRAP-SEAL PRIMER VALVES (TRAP PRIMERS)

A. Supply-Type, Trap-Seal Primer Valves:
1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
   a. MIFAB, Inc.
   b. PPP Inc.
   c. Smith, Jay R. Mfg. Co.; Division of Smith Industries, Inc.
   d. Watts Industries, Inc.; Water Products Div.
2. Standard: ASSE 1018.
3. Pressure Rating: 125 psig minimum.
4. Body: Bronze.
5. Inlet and Outlet Connections: NPS 1/2 threaded, union, or solder joint.

6. Gravity Drain Outlet Connection:  NPS 1/2 threaded or solder joint.
7. Finish:  Chrome plated, or rough bronze for units used with pipe or tube that is not chrome finished.

B. Drainage-Type, Flushometer, Trap-Seal Primer Valves:
1. Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
   a. Sloan Valve Company.
   b. Zurn Plumbing Products Group; Commercial Brass Operation.
2. Standard:  Vacuum breaker trap primer fitting that diverts a small amount of water with each flush; NPS 3/8 minimum, trap makeup connection.
3. Size:  NPS 1-1/2 minimum.
4. Material:  Chrome-plated, cast brass.
5. Accessories: Chrome-plated wall flange, fittings and elbow.

C. Drainage-Type, Lavatory, Trap-Seal Primer Valves:
1. Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
   a. Smith, Jay R. Mfg. Co.; Division of Smith Industries, Inc.
2. Standard:  ASSE 1044, lavatory P-trap with NPS 3/8 minimum, trap makeup connection.
3. Size:  NPS 1-1/4 minimum.
4. Material:  Chrome-plated, cast brass.

2.12    TRAP-SEAL PRIMER SYSTEMS

A. Trap-Seal Primer Systems:
1. Basis-of-Design Product:  Subject to compliance with requirements, provide the product indicated on drawings "Plumbing Fixture Schedule" or a comparable product by one of the following:
   a. PPP Inc.
2. Standard:  ASSE 1044,
3. Piping:  NPS 3/4, ASTM B 88, Type L; copper, water tubing.
4. Cabinet:  Recessed or Surface-mounting (per drawing indication) steel box with stainless-steel cover.
5. Electric Controls:  24-hour timer, solenoid valve, and manual switch for 120-V ac power.
6. Vacuum Breaker:  ASSE 1001.
7. Number Outlets:  Refer to drawings.
8. Size Outlets:  NPS 1/2.

2.13    FLEXIBLE CONNECTORS

A. Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
1. Flex-Hose Co., Inc.
2. Metraflex, Inc.

B. Stainless-Steel-Hose Flexible Connectors:  Corrugated-stainless-steel tubing with stainless-steel wire-braid covering and ends welded to inner tubing.
1. Working-Pressure Rating:  Minimum 200 psig.
2. End Connections:  Flanged.

**PART 3 - EXECUTION**

3.1    INSTALLATION

A. Install backflow preventers in each water supply to mechanical equipment and systems and to other equipment and water systems that may be sources of contamination.  Comply with authorities having jurisdiction.
1. Locate backflow preventers in same room as connected equipment or system.
2. Install drain for backflow preventers with atmospheric-vent drain connection with air-gap fitting, fixed air-gap fitting, or equivalent positive pipe separation of at least two pipe diameters in drain

piping and pipe to floor drain.  Locate air-gap device attached to or under backflow preventer.  Simple air breaks are not acceptable for this application.\

3. Install backflow preventers at 42-in above finished floor in an accessible location, preferably on a wall with galvanized steel channel and pipe strap support.
4. Do not install bypass piping around backflow preventers.
5. Provide and install threaded brass plugs for all test ports.

B. Install water regulators with inlet and outlet shutoff valves and bypass with memory-stop balancing valve.  Install pressure gages on inlet and outlet.

C. Install water-pressure-reducing valves downstream from shutoff valves.

D. Install balancing valves in locations where they can easily be adjusted.

E. Install temperature-actuated water mixing valves with check stops or shutoff valves on inlets and with shutoff valve on outlet.
1. Install water mixing valves at 42-in above finished floor in an accessible location, preferably on a wall with galvanized steel channel and pipe strap support.
2. Install thermometers and water regulators if specified.
3. Install cabinet-type units recessed in or surface mounted on wall as specified.

F. Install Y-pattern strainers for water on supply side of each water pressure-reducing valve, solenoid valve, and pump.

G. Install outlet boxes recessed in wall.  Install 2-by-4-inch fire-retardant-treated-wood blocking wall reinforcement between studs.  Fire-retardant-treated-wood blocking is specified in Division 06 Section "Rough Carpentry."

H. Install water hammer arresters in water piping according to PDI-WH 201 and applicable drawing details.

I. Install trap-seal primer valves without dedicated isolation valves; supply from nearest branch serving an occupant-use plumbing fixture.  System style trap primer to have isolation valve.

J. Install supply- and drainage-type, trap-seal primer valves with outlet piping pitched down toward drain trap a minimum of 1 percent, and connect to floor-drain body, trap, or inlet fitting.  Adjust valve for proper flow.

K. Install trap-seal primer systems with outlet piping pitched down toward drain trap a minimum of 1 percent, and connect to floor-drain body, trap, or inlet fitting.  Adjust system for proper flow.  Install unit at a minimum of 36" AFF.

L. Provide and install a calibrated balancing valve in each hot-water circulation return loop.  Verify that system flowrate is set and matches drawing requirements.

## 3.2    FLEXIBLE CONNECTOR INSTALLATION

A. Install flexible connectors in suction and discharge manifold connections to each domestic water booster pump.

## 3.3    FIELD QUALITY CONTROL

A. Perform the following tests and prepare test reports:
1. Test and certify each backflow assembly according to authorities having jurisdiction and the device's reference standard.

B. Remove and replace malfunctioning domestic water piping specialties and retest as specified above.

## 3.4    ADJUSTING

A. Set field-adjustable pressure set points of water pressure-reducing valves.

B.    Set field-adjustable flow set points of balancing valves.

C.    Set field-adjustable temperature set points of temperature-actuated water mixing valves.

D.    Open throttling valves to proper setting.

E.    Verify (by instrument flow testing) that auto-flow balancing valves in hot-water-circulation return piping are flowing specified gpm.

F.    Adjust balancing valves in hot-water-circulation return piping to provide adequate flow.

G.    Manually adjust ball-type balancing valves in hot-water-circulation return piping to provide flow of hot water in each branch.

H.    Check plumbing specialties and verify proper settings, adjustments, and operation.

**END OF SECTION**

## SECTION 221316 - SANITARY WASTE AND VENT PIPING

### PART 1 - GENERAL

1.1     RELATED DOCUMENTS

A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2     SUMMARY

A.     This Section includes the following for soil, waste, and vent piping inside the building:
       1.     Pipe, tube, and fittings.
       2.     Special pipe fittings.

1.3     DEFINITION

A.     Condensate Piping: Drainage piping that indirectly conveys clear-water condensate from air conditioning and refrigeration equipment to the sanitary drainage system.

B.     Indirect Drainage Piping: Piping that conveys waste water from mechanical equipment, including cooling towers, evaporative coolers, evaporative condensers, chilled-water systems, etcetera, to the sanitary drainage system.

C.     EPDM:  Ethylene-propylene-diene terpolymer rubber.

D.     NBR:  Acrylonitrile-butadiene rubber.

1.4     PERFORMANCE REQUIREMENTS

A.     Components and installation shall be capable of withstanding the following minimum working pressure, unless otherwise indicated:
       1.     Soil, Waste, and Vent Piping:  10-foot head of water.

1.5     SUBMITTALS

A.     Product Data:  For pipe, tube, fittings, and couplings.

B.     Field quality-control inspection and test reports.

1.6     QUALITY ASSURANCE

A.     Piping materials shall bear label, stamp, or other markings of specified testing agency.  Origin of product to be domestic.  No imported product will be acceptable.

### PART 2 - PRODUCTS

2.1     MANUFACTURERS

A.     In other Part 2 articles where titles below introduce lists, the following requirements apply to product selection:
       1.     Manufacturers:  Subject to compliance with requirements, provide products by one of the manufacturers specified.

TAMU-01438

2.2     PIPING MATERIALS

A.     Refer to Part 3 "Piping Applications" Article for applications of pipe, tube, fitting, and joining materials.

2.3     HUBLESS CAST-IRON SOIL PIPE AND FITTINGS

A.     Pipe and Fittings:  Service Class, ASTM A 888 and CISPI 301 and marked with the collective trademark of the CISPI and listed by NSF International.

B.     Shielded Couplings:  ASTM C 1277 assembly of metal shield or housing, corrosion-resistant fasteners, and rubber sleeve with integral, center pipe stop.
       1.     Standard, Shielded, Stainless-Steel Couplings:  CISPI 310, with stainless-steel corrugated shield; stainless-steel bands and tightening devices; and ASTM C 564, rubber sleeve.  Coupling shall be listed by NSF International.
              a.     Manufacturers:
                     1)     ANACO.
                     2)     Fernco, Inc.
                     3)     Ideal Div.; Stant Corp.
                     4)     Mission Rubber Co.
                     5)     Tyler Pipe; Soil Pipe Div.
       2.     Heavy-Duty, Shielded, Stainless-Steel Couplings:  ASTM C 1540, with stainless-steel shield, stainless-steel bands and tightening devices, and ASTM C 564, rubber sleeve.  Coupling shall be listed by NSF International.
              a.     Manufacturers:
                     1)     ANACO.
                     2)     Clamp-All Corp.
                     3)     Ideal Div.; Stant Corp.
                     4)     Mission Rubber Co.
                     5)     Tyler Pipe; Soil Pipe Div.

2.4     HUB-AND-SPIGOT, CAST-IRON SOIL PIPE AND FITTINGS

A.     Pipe and Fittings:  ASTM A 74, Extra-Heavy or Service class and marked with the collective trademark of the CISPI and listed by NSF International.

B.     Gaskets:  ASTM C 564 and ASTM C 1563, rubber.

C.     Caulking Materials:  ASTM B 29, pure lead and oakum or hemp fiber.

2.5     COPPER TUBE AND FITTINGS

A.     Copper DWV Tube:  ASTM B 306, drainage tube, drawn temper.
       1.     Copper Drainage Fittings:  ASME B16.23, cast copper or ASME B16.29, wrought copper, solder-joint fittings.

B.     Hard Copper Tube:  ASTM B 88, Types L, water tube, drawn temper.
       1.     Copper Pressure Fittings:  ASME B16.18, cast-copper-alloy or ASME B16.22, wrought-copper, solder-joint fittings.  Furnish wrought-copper fittings if indicated.

2.6     SPECIAL PIPE FITTINGS

A.     Flexible, Nonpressure Pipe Couplings:  Comply with ASTM C 1173, elastomeric, sleeve-type, reducing or transition pattern.  Include shear ring, ends of same sizes as piping to be joined, and corrosion-resistant-metal tension band and tightening mechanism on each end.
       1.     Manufacturers:
              a.     Dallas Specialty & Mfg. Co.
              b.     Fernco, Inc.
              c.     Logan Clay Products Company (The).
              d.     Mission Rubber Co.
              e.     NDS, Inc.

f.    Plastic Oddities, Inc.
2.    Sleeve Materials:
   a.    For Cast-Iron Soil Pipes:  ASTM C 564, rubber.
   b.    For Plastic Pipes:  ASTM F 477, elastomeric seal or ASTM D 5926, PVC.
   c.    For Dissimilar Pipes:  ASTM D 5926, PVC or other material compatible with pipe materials being joined.

B.    Shielded Nonpressure Pipe Couplings:  ASTM C 1460, elastomeric or rubber sleeve with full-length, corrosion-resistant outer shield and corrosion-resistant-metal tension band and tightening mechanism on each end.
   1.    Manufacturers:
      a.    Cascade Waterworks Mfg. Co.
      b.    Mission Rubber Co.

C.    Flexible Ball Joints:  Ductile-iron fitting with combination of flanged and mechanical-joint ends complying with AWWA C110 or AWWA C153.  Include gasketed ball-joint section and ductile-iron gland, rubber gasket, and steel bolts.
   1.    Manufacturers:
      a.    EBAA Iron Sales, Inc.

D.    Expansion Joints:  Two or three-piece, ductile-iron assembly consisting of telescoping sleeve(s) with gaskets and restrained-type, ductile-iron, bell-and-spigot end sections complying with AWWA C110 or AWWA C153.  Select and assemble components for expansion indicated.  Include AWWA C111, ductile-iron glands, rubber gaskets, and steel bolts.
   1.    Manufacturers:
      a.    EBAA Iron Sales, Inc.
      b.    Romac Industries, Inc.
      c.    Star Pipe Products; Star Fittings Div.

E.    Wall-Penetration Fittings:  Compound, ductile-iron coupling fitting with sleeve and flexing sections for up to 20-degree deflection, gaskets, and restrained-joint ends complying with AWWA C110 or AWWA C153.  Include AWWA C111, ductile-iron glands, rubber gaskets, and steel bolts.
   1.    Manufacturers:
      a.    SIGMA Corp.

## PART 3 - EXECUTION

3.1    EXCAVATION

A.    Refer to Specification Section "Earthwork" for excavating, trenching, and backfilling.

3.2    PIPING APPLICATIONS

A.    Flanges and unions shall be provided and installed at equipment connections and appurtenances.

B.    Indirect drainage piping for equipment connections shall be:
   1.    Copper DWV tube, copper drainage fittings, and soldered joints

C.    Below-floor (crawl space), condensate drain and vent piping shall be any of the following:
   1.    Extra-heavy class, cast iron soil piping, hub and spigot; and gasketed joints.

D.    Above-floor, condensate drain and vent piping shall be any of the following:
   1.    Extra-heavy class, cast iron soil piping, hub and spigot; and gasketed joints.

E.    Underground, condensate drain and vent piping shall be any of the following:
   1.    Extra-Heavy class, cast-iron soil piping, hub and spigot; and gasketed joints.
   2.    Dissimilar Pipe-Material Couplings:  Flexible, nonpressure pipe couplings for joining dissimilar pipe materials with small difference in OD.

F.    Below-floor (crawl space), soil, waste and vent piping shall be any of the following:

      1. Hubless cast-iron soil pipe and fittings; heavy duty, shielded, stainless-steel couplings; and hubless-coupling joints.

  G. Above-floor, soil, waste and vent piping shall be any of the following:
      1. Hubless cast-iron soil pipe and fittings; standard, shielded, stainless-steel couplings; and hubless-coupling joints.

  H. Underground, soil, waste, vent piping shall be any of the following:
      1. Extra-Heavy class, cast-iron soil piping, hub and spigot; and gasketed joints.
      2. Dissimilar Pipe-Material Couplings: Flexible, nonpressure pipe couplings for joining dissimilar pipe materials with small difference in OD.

  I. Above and below floor (crawl space), trap primer drainage piping shall be:
      1. Hard copper tube, ASTM B 88, Type L; cast- or wrought- copper solder-joint fittings; and soldered joints.

  J. Acid Waste and Vent Piping: Reference Acid Waste and Vent Piping Specification.

  K. Above and below-floor (crawl space), pumped drain piping shall be any of the following:
      1. Black steel pipe and fittings.
      2. Type K copper tube and fittings.

## 3.3 PIPING INSTALLATION

  A. Condensate shall be indirectly discharged into the sanitary drainage system through a 2-inch air gap (into a floor or hub drain) and shall not be directly connected (hard piped).

  B. Indirect drainage piping shall be discharged into the sanitary drainage system through a 2-inch air gap (into a floor or hub drain) and shall not be directly connected (hard piped).

  C. Provide clean outs as indicated on drawings and per local codes.

  D. Lead fittings are not acceptable.

  E. Sanitary sewer piping outside the building is specified in Specification Section "Sanitary Sewerage."

  F. Basic piping installation requirements are specified in Plumbing Specification Section "Basic Plumbing Materials and Methods."

  G. Install cast-iron sleeve with water stop and mechanical sleeve seal at each service pipe penetration through foundation wall. Select number of interlocking rubber links required to make installation watertight. Sleeves and mechanical sleeve seals are specified in Plumbing Specification Section "Basic Plumbing Materials and Methods."

  **H.** Install sleeves for all pipes passing through walls and concrete floors. **Refer to Plumbing Specification Section "Basic Plumbing Materials and Methods" for requirements.**

  I. Install cast-iron soil piping according to CISPI's "Cast Iron Soil Pipe and Fittings Handbook," Chapter IV, "Installation of Cast Iron Soil Pipe and Fittings." Lead fittings are not acceptable.

  J. Make changes in direction for soil and waste drainage and vent piping using appropriate branches, bends, and long-sweep bends. Sanitary tees and short-sweep 1/4 bends may be used on vertical stacks if change in direction of flow is from horizontal to vertical. Use fixture fittings if 2 fixtures are installed back to back or side by side with common drain pipe. Straight tees, elbows, and crosses may be used on vent lines. Do not change direction of flow more than 135 degrees without the installation of a cleanout. Use proper size of standard increasers and reducers if pipes of different sizes are connected. Reducing size of drainage piping in direction of flow is prohibited.

  K. Lay buried building drainage piping beginning at low point of each system. Install true to grades and alignment indicated, with unbroken continuity of invert. Place hub ends of piping upstream. Install required gaskets according to manufacturer's written instructions for use of lubricants, cements, and other installation requirements. Maintain swab in piping and pull past each joint as completed.

L.   Install soil and waste drainage and vent piping at the following minimum slopes, unless otherwise indicated:
1.   Building Sanitary Drain:  2 percent downward in direction of flow for all piping.
2.   Horizontal Sanitary Drainage Piping:  2 percent downward in direction of flow.
3.   Vent Piping:  1 percent down toward vertical fixture vent or toward vent stack.

M.   Install engineered soil and waste drainage and vent piping systems as follows:
1.   Combination Waste and Vent:  Comply with standards of authorities having jurisdiction.

N.   Do not enclose, cover, or put piping into operation until it is inspected and approved by engineer and authorities having jurisdiction.

3.4   JOINT CONSTRUCTION

A.   Basic piping joint construction requirements are specified in Plumbing Specification Section "Basic Plumbing Materials and Methods."

B.   Join hubless cast-iron soil piping according to CISPI 310 and CISPI's "Cast Iron Soil Pipe and Fittings Handbook" for hubless-coupling joints.

C.   Join hub-and-spigot, cast-iron soil piping with gasket joints according to CISPI's "Cast Iron Soil Pipe and Fittings Handbook" for compression joints.

D.   Solder Joints:  Use ASTM B 813, water-flushable, lead-free flux; ASTM B 32, lead-free-alloy solder; and ASTM B 828 procedure, unless otherwise indicated.

3.5   VALVE INSTALLATION

A.   Provide and install backwater valves in sanitary main entering the building where the top of the manhole is at a higher elevation than the finished floor of the first floor.

B.   Backwater Valves:
1.   Horizontal Piping:  Horizontal backwater valves. Use normally closed type, unless otherwise indicated.
2.   Install backwater valves in accessible locations.

3.6   CONNECTIONS

A.   Drawings indicate general arrangement of piping, fittings, and specialties.  Contractor is responsible for coordination with all other trades.

B.   Connect soil and waste piping to exterior sanitary sewerage piping.  Use transition fitting to join dissimilar piping materials.

C.   Connect drainage and vent piping to the following:
1.   Plumbing Fixtures:  Connect drainage piping in sizes indicated, but not smaller than required by plumbing code.
2.   Plumbing Fixtures and Equipment:  Connect atmospheric vent piping in sizes indicated, but not smaller than required by authorities having jurisdiction.
3.   Plumbing Specialties:  Connect drainage and vent piping in sizes indicated, but not smaller than required by plumbing code.
4.   Equipment:  Connect drainage piping as indicated.  Provide shutoff valve, if indicated, and union for each connection.  Use flanges instead of unions for connections NPS 2-1/2 and larger.
5.   Stainless steel flanges required at water fixture drain connection.

3.7   FIELD QUALITY CONTROL

A.   During installation, notify authorities having jurisdiction at least 24 hours before inspection must be made.  Perform tests specified below in presence of engineer and authorities having jurisdiction.

1. Roughing-in Inspection: Arrange for inspection of piping before concealing or closing-in after roughing-in and before setting fixtures.
2. Final Inspection: Arrange for final inspections by engineer and authorities having jurisdiction to observe tests specified below and to ensure compliance with requirements.

B. Re-inspection: If engineer or authorities having jurisdiction find that piping will not pass test or inspection, make required corrections and arrange for reinspection.

C. Reports: Prepare inspection reports and have them signed by engineer and authorities having jurisdiction.

D. Test sanitary drainage and vent piping as follows:
1. Test for leaks and defects in new piping and parts of existing piping that have been altered, extended, or repaired. If testing is performed in segments, submit separate report for each test, complete with diagram of portion of piping tested.
2. Leave uncovered and unconcealed new, altered, extended, or replaced drainage and vent piping until it has been tested and approved. Expose work that was covered or concealed before it was tested.
3. Roughing-in Plumbing Test Procedure: Test drainage and vent piping, except outside leaders, on completion of roughing-in. Close openings in piping system and fill with water to point of overflow, but not less than 10-foot head of water. From 15 minutes before inspection starts to completion of inspection, water level must not drop. Inspect joints for leaks.
4. **Final Plumbing Test Procedure: After plumbing fixtures have been set and traps filled with water, test connections and prove they are gastight and watertight. Contractor shall introduce smoke into piping system continuously until the entire system has been approved by the engineer and the owner's representative.**
5. Repair leaks and defects with new materials and retest piping, or portion thereof, until satisfactory results are obtained.
6. Prepare reports for tests and required corrective action.

## 3.8 CLEANING

A. Clean interior of piping. Remove dirt and debris as work progresses.

B. Protect drains during remainder of construction period to avoid clogging with dirt and debris and to prevent damage from traffic and construction work.

C. Place plugs in ends of uncompleted piping at end of day and when work stops.

**END OF SECTION**

**SECTION 221319 - DRAIN PIPING SPECIALTIES**

**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

A.      Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

A.      This Section includes the following sanitary drainage piping specialties:
1.      Cleanouts.
2.      Floor drains.
3.      Roof Drains and Emergency Overflow Drains.
4.      Miscellaneous sanitary drainage piping specialties.
5.      Miscellaneous storm drainage piping specialties.

1.3     DEFINITIONS

A.      PVC:  Polyvinyl chloride plastic.

1.4     SUBMITTALS

A.      Product Data:  For each type of product indicated.  Include rated capacities, operating characteristics, and accessories.

B.      Field quality-control test reports.

C.      Operation and Maintenance Data:  For drainage piping specialties to include in emergency, operation, and maintenance manuals.

1.5     QUALITY ASSURANCE

A.      Drainage piping specialties shall bear label, stamp, or other markings of specified testing agency.

B.      Comply with NSF 14, "Plastics Piping Components and Related Materials," for plastic sanitary piping specialty components.

1.6     COORDINATION

A.      Coordinate size and location of concrete bases for outdoor cleanouts.

B.      Coordinate size and location of roof penetrations and flashing requirements with architectural.

**PART 2 - PRODUCTS**

2.1     MATERIALS AND WORKMANSHIP

**A.      All materials, unless otherwise specified, shall be 51% manufactured in the United States, new, free from all defects, and of the best quality.  Foreign goods specifically approved for use by the Owner's Representative prior to bidding may be furnished.**

B.    Materials and equipment shall be installed in accordance with the manufacturer's recommendations and the best standard practice for the type of work involved. All work shall be executed by mechanics skilled in their respective trades, and the installations shall present a neat, precise appearance.

2.2    CLEANOUTS

A.    Exposed Metal Cleanouts:
1.    Manufacturers: Subject to compliance with requirements, provide products by one of the following:
    a.    Josam Company; Josam Div.
    b.    MIFAB, Inc.
    c.    Smith, Jay R. Mfg. Co.; Division of Smith Industries, Inc.
    d.    Tyler Pipe; Wade Div.
    e.    Watts Drainage Products Inc.
    f.    Zurn Plumbing Products Group; Specification Drainage Operation.
2.    Standard: ASME A112.36.2M for cast iron cleanout test tee.
3.    Size: Same as connected drainage piping
4.    Body Material: Hubless, cast-iron soil pipe test tee as required to match connected piping.
5.    Closure: Countersunk or raised-head, brass plug.
6.    Closure Plug Size: Same as or not more than one size smaller than cleanout size.

B.    Metal Floor Cleanouts:
1.    Manufacturers: Subject to compliance with requirements, provide products by one of the following:
    a.    Josam Company; Josam Div.
    b.    Smith, Jay R. Mfg. Co.; Division of Smith Industries, Inc.
    c.    Tyler Pipe; Wade Div.
    d.    Watts Drainage Products Inc.
    e.    Zurn Plumbing Products Group; Light Commercial Operation.
    f.    Zurn Plumbing Products Group; Specification Drainage Operation.
2.    Standard: ASME A112.36.2M for threaded, adjustable housing cleanout.
3.    Size: Same as connected branch.
4.    Type: Threaded, adjustable housing.
5.    Body or Ferrule: Cast iron.
6.    Clamping Device: Not required.
7.    Outlet Connection: Spigot.
8.    Closure: Brass plug with straight threads and gasket.
9.    Adjustable Housing Material: Cast iron with threads.
10.    Frame and Cover Material and Finish: Nickel-bronze, copper alloy.
11.    Frame and Cover Shape: Round.
12.    Top Loading Classification: Heavy Duty.
13.    Riser: ASTM A 74, Service class, cast-iron drainage pipe fitting and riser to cleanout.
14.    Standard: ASME A112.3.1.
15.    Size: Same as connected branch.

C.    Cast-Iron Wall Cleanouts:
1.    Manufacturers: Subject to compliance with requirements, provide products by one of the following:
    a.    Josam Company; Josam Div.
    b.    MIFAB, Inc.
    c.    Smith, Jay R. Mfg. Co.; Division of Smith Industries, Inc.
    d.    Tyler Pipe; Wade Div.
    e.    Watts Drainage Products Inc.
    f.    Zurn Plumbing Products Group; Specification Drainage Operation.
2.    Standard: ASME A112.36.2M. Include wall access.
3.    Size: Same as connected drainage piping.
4.    Body: Hub-and-spigot, cast-iron soil pipe T-branch as required to match connected piping.
5.    Closure: Countersunk, brass plug.
6.    Closure Plug Size: Same as or not more than one size smaller than cleanout size.

2.3     FLOOR DRAINS

A.     Cast-Iron Floor Drains:
1.     Basis-of-Design Product:  Subject to compliance with requirements, provide the product indicated on the drawing "Floor Drain Schedule" or a comparable product by one of the following:
a.     Josam Company; Josam Div.
b.     MIFAB, Inc.
c.     Smith, Jay R. Mfg. Co.; Division of Smith Industries, Inc.
d.     Tyler Pipe; Wade Div.
e.     Watts Drainage Products Inc.
f.     Zurn Plumbing Products Group; Light Commercial Operation.
g.     Zurn Plumbing Products Group; Specification Drainage Operation.
2.     Standard:  ASME A112.6.3.
3.     Seepage Flange:  Required.
4.     Anchor Flange:  Required.
5.     Outlet:  Bottom.
6.     Backwater Valve:  Not required.
7.     Trap Pattern:  Standard P-trap, unless otherwise indicated.
8.     Other Requirements: Refer to drawing schedule and provide full model equivalency.

2.4     ROOF DRAINS

A.     Metal Roof Drains:
1.     Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
a.     Josam Company; Josam Div.
b.     MIFAB, Inc.
c.     Smith, Jay R. Mfg. Co.; Division of Smith Industries, Inc.
d.     Tyler Pipe; Wade Div.
e.     Watts Drainage Products Inc.
f.     Zurn Plumbing Products Group.
2.     Standard: ASME A112.21.2M.
3.     Pattern:  Roof drain.
4.     Body Material:  Cast iron.
5.     Dimensions of Body:  Reference Roof Drain Schedule on Drawings.
6.     Combination Flashing Ring and Gravel Stop:  Required.
7.     Flow-Control Weirs:  Not required.
8.     Outlet:  Bottom.
9.     Dome Material:  Cast iron.
10.    2" Extension Collars:  Required for overflow drains only.
11.    Underdeck Clamp:  Required.
12.    Sump Receiver:  Required.

B.     Metal Emergency Overflow Drains (EOD):
1.     Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
a.     Josam Company; Josam Div.
b.     MIFAB, Inc.
c.     Smith, Jay R. Mfg. Co.; Division of Smith Industries, Inc.
d.     Tyler Pipe; Wade Div.
e.     Watts Drainage Products Inc.
f.     Zurn Plumbing Products Group.
2.     Standard:  ASME A112.21.2M.
3.     Pattern:  Roof drain.
4.     Body Material:  Cast iron.
5.     Dimensions of Body:  Reference Roof Drain Schedule on Drawings.
6.     Combination Flashing Ring and Gravel Stop:  Required.
7.     Flow-Control Weirs:  Not required.
8.     Outlet:  Bottom.
9.     Dome Material:  Cast iron.
10.    2" Extension Collars:  Required for internal overflow drain.
11.    Underdeck Clamp:  Required.

12.    Sump Receiver:  Required.

2.5    ROOF FLASHING ASSEMBLIES

A.    Roof Flashing Assemblies: Refer to architectural drawings and specifications for requirements.

2.6    MISCELLANEOUS SANITARY DRAINAGE PIPING SPECIALTIES

A.    Hub Drains:
1.    Description:  Shop or field fabricate from ASTM A 74, Service class, hub-and-spigot, cast-iron, soil-pipe fittings.  Include P-trap, hub-and-spigot riser section; and where required, increaser fitting joined with ASTM C 564, rubber gaskets.
2.    Size:  Same as connected waste piping with increaser fitting of size indicated.

B.    Floor-Drain, Trap-Seal Primer Fittings:
1.    Description:  Cast iron, with threaded inlet and threaded or spigot outlet, and trap-seal primer valve connection.
2.    Size:  Same as floor drain outlet with NPS 1/2 side inlet.

C.    Air-Gap Fittings:
1.    Standard:  ASME A112.1.2, for fitting designed to ensure fixed, positive air gap between installed inlet and outlet piping.
2.    Body:  Bronze or cast iron.
3.    Inlet:  Opening in top of body.
4.    Outlet:  Larger than inlet.
5.    Size:  Same as connected waste piping and with inlet large enough for associated indirect waste piping.

2.7    MISCELLANEOUS STORM DRAIN PIPING SPECIALTIES

A.    Downspout Boots:
1.    Description:  Manufactured, Dura-coated cast iron body, with strap or ears (with last bolt holes) for attaching to building.
2.    Size:  Inlet size to match downspout; outlet size NPS 4.

B.    Downspout Nozzles:
1.    Description:
a.    Plain, bronze body with threaded inlet and bronze wall flange with mounting  holes.  (Cast iron conductor)
b.    Cast nickel-bronze construction, push on PVC connection, nickel-bronze bolt-    on escutcheon and security ring.
2.    Size:  Same as connected conductor.

**PART 3 - EXECUTION**

3.1    INSTALLATION

A.    Refer to Plumbing Specification Section "Basic Plumbing Materials and Methods" for piping joining materials, joint construction, and basic installation requirements.

B.    Provide and install cleanouts (in addition to those indicated on the drawings) in aboveground piping and building drain piping according to the following, unless otherwise indicated:
1.    Size same as drainage piping up to NPS 4.  Use NPS 4 for larger drainage piping unless larger cleanout is indicated.
2.    Locate at each change in direction of piping greater than 135 degrees.
3.    Locate at maximum intervals of 50 feet for piping.
4.    Locate at base of each vertical soil and waste stack.
5.    Locate one cleanout for each restroom.

C.     For floor cleanouts for piping below floors, install cleanout deck plates with top flush with finished floor.

D.     For cleanouts located in concealed piping, install cleanout wall access covers, of types indicated, with frame anchored to reinforcement or studs and cover flush with finished wall.

E.     Install floor drains at low points of surface areas to be drained.  Set grates of drains flush with finished floor, unless otherwise indicated.
       1.     Position floor drains for easy access and maintenance.
       2.     Set floor drains below elevation of surrounding finished floor to allow floor drainage.  Set with grates depressed according to architectural requirements.
       3.     Install floor-drain flashing collar or flange so no leakage occurs between drain and adjoining flooring.  Maintain integrity of waterproof membranes where penetrated.
       4.     Install individual traps for floor drains connected to sanitary building drain, unless otherwise indicated.

F.     Install roof flashing assemblies on roof drains, sanitary stack vents and vent stacks that extend through roof.

G.     Install flashing fittings on sanitary stack vents and vent stacks that extend through roof.

H.     Assemble open drain fittings and install with top of hub 2 inches above floor.

I.     Install floor-drain, trap-seal primer fittings on inlet to floor drains that require trap-seal primer connection.
       1.     Exception:  Fitting may be omitted if trap has trap-seal primer connection.
       2.     Size:  Same as floor drain inlet.
       3.     Connection to floor drain body is not acceptable.

J.     Install air-gap fittings on draining-type backflow preventers and on indirect-waste piping discharge into sanitary drainage system.

K.     Install solids interceptors with cleanout immediately downstream from interceptors that do not have integral cleanout on outlet.  Install trap on interceptors that do not have integral trap and are connected to sanitary drainage and vent systems.

L.     Install reinforcement for wall-mounting-type specialties.

M.     Install traps on plumbing specialty drain outlets.  Omit traps on indirect wastes unless trap is indicated.

3.2     CONNECTIONS

A.     Piping installation requirements are specified in other Plumbing Specification Sections.  Drawings indicate general arrangement of piping, fittings, and specialties.

B.     Install piping adjacent to equipment to allow service and maintenance.

3.3     FLASHING INSTALLATION

A.     Refer to architectural roofing drawings and specifications for requirements.

B.     Install flashing for piping passing through roofs with counter-flashing or commercially made flashing fittings, according to Specification Section "Sheet Metal Flashing and Trim."

C.     Extend flashing up vent pipe passing through roofs and turn down into pipe, or secure flashing into cast-iron sleeve having calking recess.

D.     Fabricate and install flashing and pans, sumps, and other drainage shapes.

3.4     FIELD QUALITY CONTROL

A.     Perform tests and inspections and prepare test reports.

B.    Tests and Inspections:
   1.    Leak Test:  After installation, charge system and test for leaks.  Repair leaks and retest until no leaks exist.
   2.    Test and adjust controls and safeties.  Replace damaged and malfunctioning controls and equipment.

3.5    PROTECTION

A.    Protect drains during remainder of construction period to avoid clogging with dirt or debris and to prevent damage from traffic or construction work.

B.    Place plugs in ends of uncompleted piping at end of each day or when work stops.

**END OF SECTION**

**SECTION 224100 - PLUMBING FIXTURES**

**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

    A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2     SUMMARY

    A.     This Section includes the following conventional plumbing fixtures and related components:
        1.     Faucets for lavatories.
        2.     Flushometers.
        3.     Toilet seats.
        4.     Protective shielding guards.
        5.     Fixture supports.
        6.     Dishwasher air-gap fittings.
        7.     Disposers.
        8.     Water closets.
        9.     Urinals.
        10.    Lavatories.
        11.    Commercial sinks.
        12.    Kitchen sinks.
        13.    Service basins.
        14.    Utility Boxes

    B.     Related Sections include the following:
        1.     Specification Section "Water Distribution" for exterior plumbing fixtures and hydrants.
        2.     Specification Section "Toilet and Bath Accessories."
        3.     Specification Section "Emergency Plumbing Fixtures."
        4.     Specification Section "Security Plumbing Fixtures."
        5.     Specification Section "Drinking Fountains and Water Coolers."
        6.     Specification Section "Plumbing Specialties" for backflow preventers, floor drains, and specialty fixtures not included in this Section.

1.3     DEFINITIONS

    A.     Accessible Fixture:  Plumbing fixture that can be approached, entered, and used by people with disabilities; and is compliant with the Texas Accessibility Standards (TAS), Article 9102, Texas Civil Statutes.

    B.     Fitting:  Device that controls the flow of water into or out of the plumbing fixture.  Fittings specified in this Section include supplies and stops, faucets and spouts, shower heads and tub spouts, drains and tailpieces, and traps and waste pipes.  Piping and general-duty valves are included where indicated.

1.4     SUBMITTALS

    A.     Product Data:  For each type of plumbing fixture indicated.  Include selected fixture and trim, fittings, accessories, appliances, appurtenances, equipment, and supports.  Indicate materials and finishes, dimensions, construction details, and flow-control rates.

    B.     Shop Drawings:  Diagram power, signal, and control wiring.

    C.     Operation and Maintenance Data:  For plumbing fixtures to include in emergency, operation, and maintenance manuals.

1.5 QUALITY ASSURANCE

A. Source Limitations:  Obtain plumbing fixtures, faucets, and other components of each category through one source from a single manufacturer.
1. Exception:  If fixtures, faucets, or other components are not available from a single manufacturer, obtain similar products from other manufacturers specified for that category.

B. Electrical Components, Devices, and Accessories:  Listed and labeled as defined in NFPA 70, Article 100, by a testing agency acceptable to authorities having jurisdiction, and marked for intended use.

C. Regulatory Requirements:  Comply with requirements in ICC A117.1, "Accessible and Usable Buildings and Facilities" Public Law 90-480, "Architectural Barriers Act"; and Public Law 101-336, "Americans with Disabilities Act" for plumbing fixtures for people with disabilities.

D. Regulatory Requirements: Comply with requirements in the Texas Accessibility Standards (TAS), Architectural Barriers Act, Article 9102, Texas Civil Statutes.

E. Regulatory Requirements:  Comply with requirements in Public Law 102-486, "Energy Policy Act," about water flow and consumption rates for plumbing fixtures.

F. NSF Standard:  Comply with NSF 61, "Drinking Water System Components--Health Effects," for fixture materials that will be in contact with potable water.

G. Select combinations of fixtures and trim, faucets, fittings, and other components that are compatible.

H. Comply with the following applicable standards and other requirements specified for plumbing fixtures:
1. Enameled, Cast-Iron Fixtures:  ASME A112.19.1M.
2. Water-Closet, Flushometer Tank Trim:  ASSE 1037.

I. Comply with the following applicable standards and other requirements specified for lavatory and sink faucets:
1. Backflow Protection Devices for Faucets with Hose-Thread Outlet:  ASME A112.18.3M.
2. Faucets:  ASME A112.18.1.
3. Hose-Connection Vacuum Breakers:  ASSE 1011.
4. Hose-Coupling Threads:  ASME B1.20.7.
5. Integral, Atmospheric Vacuum Breakers:  ASSE 1001.
6. NSF Potable-Water Materials:  NSF 61.
7. Pipe Threads:  ASME B1.20.1.
8. Supply Fittings:  ASME A112.18.1.
9. Brass Waste Fittings:  ASME A112.18.2.

J. Comply with the following applicable standards and other requirements specified for miscellaneous fittings:
1. Atmospheric Vacuum Breakers:  ASSE 1001.
2. Brass and Copper Supplies:  ASME A112.18.1.
3. Dishwasher Air-Gap Fittings:  ASSE 1021.
4. Manual-Operation Flushometers:  ASSE 1037.
5. Plastic Tubular Fittings:  ASTM F 409.
6. Brass Waste Fittings:  ASME A112.18.2.

K. Comply with the following applicable standards and other requirements specified for miscellaneous components:
1. Disposers:  ASSE 1008 and UL 430.
2. Dishwasher Air-Gap Fittings:  ASSE 1021.
3. Flexible Water Connectors:  ASME A112.18.6.
4. Hose-Coupling Threads:  ASME B1.20.7.
5. Off-Floor Fixture Supports:  ASME A112.6.1M.
6. Pipe Threads:  ASME B1.20.1.
7. Plastic Toilet Seats:  ANSI Z124.5.
8. Supply and Drain Protective Shielding Guards:  ICC A117.1.

1.6     WARRANTY

    A.     Warranty Period: Two (2) years from dated of Substantial Completion.


1.7     EXTRA MATERIALS

    A.     Furnish extra materials described below that match products installed and that are packaged with protective covering for storage and identified with labels describing contents.
        1.     Faucet Cartridge, Assembly and Associated O-Rings: Equal to 2 or 5 percent of amount of each type and size installed (whichever is greater).
        2.     Flushometer Valve, Repair Kits: Equal to 10 percent of amount of each type installed, but no fewer than 12 of each type.


**PART 2 - PRODUCTS**


2.1     GENERAL REQUIREMENTS

    A.     Product descriptions hereinafter represent minimum requirements for each fixture; refer to Basis-of-Design manufacturer and model number listed on the drawing "Plumbing Fixture Schedule"            for additional features, construction details, accessories and/or options.


2.2     MATERIALS AND WORKMANSHIP

    **A.     All materials, unless otherwise specified, shall be 51% manufactured in the United States, new, free from all defects, and of the best quality. Foreign goods specifically approved for use by the Owner's Representative prior to bidding may be furnished.**

    B.     Materials and equipment shall be installed in accordance with the manufacturer's recommendations and the best standard practice for the type of work involved. All work shall be executed by mechanics skilled in their respective trades, and the installations shall present a neat, precise appearance.


2.3     STOPS

    A.     Angle Stops:
        1.     Manufacturers: Subject to compliance with requirements, provide products by one of the following: (unless noted otherwise on drawings or on schedule).
            a.     Chicago Faucets.
            b.     McGuire Manufacturing Co., Inc.
            c.     T & S Brass and Bronze Works, Inc.
        2.     Description: Heavy duty cast brass with compression cartridge.
            a.     Finish: Chrome plated.
            b.     Stem: Brass, full turn.
            c.     Operation: Loose Key, unless otherwise indicated.
            d.     Outlet: NPS 3/8, compression
            e.     Inlet Size: NPS 1/2, female thread.


2.4     LAVATORY FAUCETS

    A.     Lavatory Faucets, Manual:
        1.     Basis-of-Design Product: Subject to compliance with requirements, provide the product listed on the drawing "Plumbing Fixture Schedule" or a comparable product by one of the following: (unless noted otherwise on drawings or within Schedule)
            a.     Chicago Faucets.
            b.     T & S Brass and Bronze Works, Inc.

2. Description: Two-handle mixing valve. Include hot- and cold-water indicators; coordinate faucet inlets with supplies and fixture holes; coordinate outlet with spout and fixture receptor.
    a. Body Material: Commercial, solid brass.
    b. Finish: Polished chrome plate.
    c. Maximum Flow Rate: 0.5 gpm. (unless noted otherwise on drawings or within Schedule)
    d. Valve Handle(s): Wrist blade, 4 inches.
    e. Spout Outlet: Aerator.
    f. Operation/Cartridge: Ceramic disk, manual.

B. Lavatory Faucets, Automatic, Metering:
1. Basis-of-Design Product: Subject to compliance with requirements, provide the product listed on the drawing "Plumbing Fixture Schedule" or a comparable product by one of the following: (unless noted otherwise on drawings or within Schedule)
    a. Chicago Faucets.
    b. T & S Brass and Bronze Works, Inc.
2. Description: Push button operated, metering; coordinate faucet inlets with supplies and fixture holes; coordinate outlet with spout and fixture receptor.
    a. Body Material: Commercial, solid brass.
    b. Finish: Polished chrome plate.
    c. Maximum Flow Rate: 0.5 gpm, (unless noted otherwise on drawings or within Schedule)
    d. Mixing Valve: None, cold water only.
    e. Spout Outlet: Aerator, vandal resistant.
    f. Operation: Manual push button.

## 2.5 SINK FAUCETS

A. Sink Faucets, Manual, Single Hole:
1. Basis-of-Design Product: Subject to compliance with requirements, provide the product listed on the drawing "Plumbing Fixture Schedule" or a comparable product by one of the following: (unless noted otherwise on drawings or within Schedule)
    a. Chicago Faucets.
    b. T & S Brass and Bronze Works, Inc.
2. Description: One or two-handle valve. Include cold and hot-water indicators; coordinate faucet inlets with supplies and fixture holes; coordinate outlet with spout and fixture receptor.
    a. Body Material: Commercial, solid brass.
    b. Finish: Polished chrome plate.
    c. Maximum Flow Rate: 2.2 gpm, (unless noted otherwise on drawings or within Scheduled)
    d. Mixing Valve: None.
    e. Handle: Wrist blade, 4 inches; coordinate single handle (CW only) units with floor plans such that lever is always located on front side of counter/sink.
    f. Spout Outlet: Aerator.
    g. Operation: Compression, manual.

B. Sink Faucets, Manual:
1. Basis-of-Design Product: Subject to compliance with requirements, provide the product listed on the drawing "Plumbing Fixture Schedule" or a comparable product by one of the following: (unless noted otherwise on drawings or within Schedule).
    a. Chicago Faucets.
    b. T & S Brass and Bronze Works, Inc.
2. Description: Two-handle mixing. Include cold and hot-water indicators; coordinate faucet inlets with supplies and fixture holes; coordinate outlet with spout and fixture receptor.
    a. Body Material: Commercial, solid brass.
    b. Finish: Polished chrome plate.
    c. Maximum Flow Rate: 2.2 gpm, (unless noted otherwise on drawings or within Schedule)
    d. Mixing Valve: None.
    e. Handles: Wrist blade, 4 inches.
    f. Spout Outlet: Aerator.
    g. Operation: Compression, manual.

C. Sink Faucets, Kitchen:

    1.    Basis-of-Design Product:  Subject to compliance with requirements, provide the product listed on the drawing "Plumbing Fixture Schedule" or a comparable product by one of the following: (unless noted otherwise on drawings or within Schedule)

        a.    Chicago Faucets.

        b.    T & S Brass and Bronze Works, Inc.

    2.    Description:  Kitchen faucet without spray, single-handle mixing.  Coordinate faucet inlets with supplies and fixture holes; coordinate outlet with spout and fixture receptor.

        a.    Body Material:  Commercial, solid brass.

        b.    Finish:  Polished chrome plate.

        c.    Maximum Flow Rate:  2.2 gpm, (unless noted otherwise on drawings or within Schedule).

        d.    Mixing Valve:  Integral to cartridge.

        e.    Handle: Lever, minimum 4 inches;

        f.    Spout Outlet:  Aerator.

        g.    Operation/Cartridge:  Manual, ceramic disk mixing.

## 2.6    FLUSHOMETERS

A.    Flushometers, Automatic:

    1.    Basis-of-Design Product:  Subject to compliance with requirements, provide the product listed on the drawing "Plumbing Fixture Schedule" or a comparable product by one of the following: (unless noted otherwise on drawings or within Schedule)

        a.    Sloan Valve Company.

    2.    Description:  Flushometer for water-closet or urinal-type fixture.  Include brass body with corrosion-resistant internal components, non-hold-open feature, control stop with check valve, vacuum breaker, copper or brass tubing, and polished chrome-plated finish on exposed parts.

        a.    Internal Design:  Diaphragm operation.

        b.    Style:  Exposed.

        c.    Trip Mechanism:  Sensor operated actuator.

## 2.7    TOILET SEATS

A.    Toilet Seats:

    1.    Manufacturers:  Subject to compliance with requirements, provide products by one of the following:

        a.    American Standard Companies, Inc.

        b.    Bemis Manufacturing Company.

        c.    Church Seats.

        d.    Kohler Co.

    2.    Description:  Toilet seat for water-closet-type fixture.

        a.    Material:  Molded, solid plastic.

        b.    Configuration:  Open front without cover.

        c.    Size:  Elongated.

        d.    Hinge Type:  SC, self-sustaining, check.

        e.    Class:  Heavy-duty commercial.

        f.    Color:  White.

## 2.8    PROTECTIVE SHIELDING GUARDS

A.    Protective Shielding Pipe Covers:

    1.    Manufacturers:  Subject to compliance with requirements, provide products by one of the following: (unless noted otherwise on drawings or within Schedule)

        a.    McGuire Manufacturing Co., Inc.

        b.    TRUEBRO, Inc.

    2.    Description:  Manufactured plastic wraps for covering plumbing fixture hot- and cold-water supplies and trap and drain piping.  Comply with Americans with Disabilities Act (ADA) requirements.

2.9     FIXTURE SUPPORTS

A.     Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
       1.     Josam Company.
       2.     MIFAB Manufacturing Inc.
       3.     Smith, Jay R. Mfg. Co.
       4.     Tyler Pipe; Wade Div.
       5.     Zurn Plumbing Products Group; Specification Drainage Operation.

B.     Water-Closet Supports:
       1.     Description:  Combination carrier designed for mounting height of wall-mounting, water-closet-type fixture.  Include single or double, vertical or horizontal, hub-and-spigot or hubless waste fitting as required for piping arrangement; faceplates; couplings with gaskets; feet; and fixture bolts and hardware matching fixture.  Include additional extension coupling, faceplate, and feet for installation in wide pipe space. Factory painted.

C.     Urinal Supports:
       1.     Description:  Type I, manufactured urinal carrier with fixture support plates and coupling with seal and fixture bolts and hardware matching fixture for wall-mounting, urinal-type fixture.  Include steel uprights with feet. Factory painted.
       2.     Accessible-Fixture Support:  Include rectangular steel uprights.

D.     Lavatory Supports:
       1.     Description:  Type II, manufactured lavatory carrier with concealed arms and tie rod for wall-mounting, lavatory-type fixture.  Include steel uprights with feet. Factory painted.
       2.     Accessible-Fixture Support:  Include rectangular steel uprights.

E.     Securements
       1.     Stainless Steel drop in anchors with heavy-duty class stainless steel bolts. All-threaded is not acceptable.

2.10    DISHWASHER AIR-GAP FITTINGS

A.     Dishwasher Air-Gap Fittings:
       1.     Manufacturers:  Subject to compliance with requirements, provide product (or provide Dishwasher loop where local jurisdiction allows):
              a.     Watts Brass & Tubular; a division of Watts Regulator Co.
       2.     Description:  Fitting suitable for use with domestic dishwashers and for deck mounting; with plastic body chrome-plated brass cover; and capacity of at least 5 gpm; and inlet pressure of at least 5 psig at a temperature of at least 140 deg F.  Include 5/8-inch ID inlet and 7/8-inch ID outlet hose connections.
       3.     Hoses:  Rubber and suitable for temperature of at least 140 deg F.
              a.     Inlet Hose:  5/8-inch ID and 48 inches long.
              b.     Outlet Hose:  7/8-inch ID and 48 inches long.

2.11    DISPOSERS

A.     Disposers:
       1.     Manufacturers:  Subject to compliance with requirements, provide products by one of the following: (unless noted otherwise on drawings or within Schedule).
              a.     In-Sink-Erator; a div. of Emerson Electric Co.
              b.     KitchenAid.
       2.     Description:  Batch-feed household, food-waste disposer.  Include reset button; switch; corrosion-resistant chamber with jam-resistant, cutlery- or stainless-steel grinder or shredder; NPS 1-1/2 outlet; quick-mounting, stainless-steel sink flange; antisplash guard; and combination cover/stopper.
              a.     Type:  Batch-feed household.
              b.     Model:  Sound-insulated chamber.
              c.     Motor:  115-V ac.
              d.     Minimum 1/2 HP motor

2.12    WATER CLOSETS

    A.    Water Closets, Floor Mounted, ADA-Compliant:
        1.    Basis-of-Design Product:  Subject to compliance with requirements, provide the product listed on the drawing "Plumbing Fixture Schedule" or a comparable product by one of the following: (unless noted otherwise on drawings or within Schedule)
            a.    American Standard Companies, Inc.
            b.    Kohler Co.
            c.    Sloan (Water Closets/Flush Valve combo)
        2.    Description:  Accessible, wall-mounting, back-outlet, vitreous-china fixture designed for flushometer valve operation.
            a.    Style: One piece.
                1)    Bowl Type:  Elongated with siphon-jet design; include bolt caps matching fixture.
                2)    Design Consumption:  1.28 gal./flush (unless noted otherwise on drawings or within Schedule).
                3)    Color:  White.
                4)    Toilet Seat: Required; see other paragraph.
                5)    Flushometer: Required; see other paragraph.
        3.    Description:  Accessible, floor-mounting, floor-outlet, vitreous-china fixture designed for flushometer valve operation.
            a.    Style:  Flushometer valve.
                1)    Bowl Type:  Elongated with siphon-jet design; include bolt caps matching fixture.
                2)    Height: Accessible, 16-3/4".
                3)    Design Consumption:  1.28 gal./flush (unless noted otherwise or within Schedule).
                4)    Color:  White.
                5)    Toilet Seat: Required; see other paragraph.
                6)    Flushometer: Required; see other paragraph.

2.13    URINALS

    A.    Urinals:
        1.    Basis-of-Design Product:  Subject to compliance with requirements, provide the product listed on the drawing "Plumbing Fixture Schedule" or a comparable product by one of the following: (unless noted otherwise on drawings or within Schedule).
            a.    American Standard Companies, Inc.
            b.    Kohler Co.
            c.    Sloan (Urinals/Flush Valve combo)
        2.    Description:  Accessible, wall-mounting, back-outlet, vitreous-china fixture designed for flushometer valve operation.
            a.    Type:  Siphon jet.
            b.    Design Consumption:  0.5 gal./flush (unless noted otherwise on drawings or within Schedule).
            c.    Color:  White.
            d.    Supply Spud Size: NPS 3/4.
            e.    Outlet Size:  NPS 2.

2.14    LAVATORIES

    A.    Lavatories:
        1.    Basis-of-Design Product:  Subject to compliance with requirements, provide the product listed on the drawing "Plumbing Fixture Schedule" or a comparable product by one of the following: (unless noted otherwise on drawings or within Schedule).
            a.    American Standard Companies, Inc.
            b.    Kohler Co.
        2.    Description: Accessible, wall-mounting, vitreous-china fixture.
            a.    Type:  With back Ledge back Shelf back Slab Pedestal.
            b.    Faucet Hole Punching:  Coordinate with faucet.
            c.    Color:  White.
            d.    Supplies:  NPS 3/8 chrome-plated copper with stops.
            e.    Drain:  Grid.

f.    Drain Piping:  NPS 1-1/4 chrome-plated, cast-brass 17-ga. P-trap; NPS 1-1/4 0.045-inch thick tubular brass waste to wall (trap arm); and wall escutcheon.

2.15    COMMERCIAL SINKS

A.    Commercial Sinks:
1.    Basis-of-Design Product:  Subject to compliance with requirements, provide the product listed on the drawing "Plumbing Fixture Schedule" or a comparable product by one of the following: (unless noted otherwise on drawings or within Schedule).
    a.    Elkay Manufacturing Co.
    b.    Just Manufacturing Company.
2.    Description:  Counter-mounting, seamless commercial sink, self-rimming, fully undercoated for sound attenuation, with 1-3/4" radius coved corners.
    a.    Metal:  304 stainless steel, 18 gauge.
    b.    Finish: Satin.
    c.    Drain: 3" Grid, chrome-plated brass, with vandal resistant strainer and NPS 1-1/2 tailpiece; unless otherwise indicated.
    d.    Supplies:  NPS 1/2 chrome-plated copper with stops.
    e.    Drain Piping:  NPS 1-1/2 chrome-plated, cast-brass P-trap; 0.045-inch- thick tubular brass waste to wall (trap arm); and wall escutcheon(s).

2.16    KITCHEN SINKS

A.    Kitchen Sinks, Barrier Free:
1.    Basis-of-Design Product:  Subject to compliance with requirements, provide the product listed on the drawing "Plumbing Fixture Schedule" or a comparable product by one of the following: (unless noted otherwise on drawings or within Schedule).
    a.    Kohler Co.
    b.    American Standard Companies, Inc.
2.    Description:  Two-compartment (high/low), accessible, built into counter, enameled, cast-iron kitchen sink.
    a.    Overall Dimensions:
    b.    Metal Thickness:  0.038 inch 0.050 inch.
    c.    Left Compartment:
        1)    Dimensions:  7 x 9-inches.
        2)    Drain:  3-1/2-inch outlet for disposer.
            a)    Location:  Near back of compartment.
    d.    Right Compartment:
        1)    Dimensions:  21 x 16-inches.
        2)    Drain:  3-1/2-inch crumb cup.
            a)    Location:  Near back of compartment on left side.
    e.    Supplies:  NPS 1/2 chrome-plated copper with stops.
    f.    Drain Piping:  Drain Piping:  NPS 1-1/2 chrome-plated, cast-brass P-trap; 0.045-inch thick tubular brass waste to wall (trap arm); and wall escutcheon(s).
    g.    Color: White.
    h.    Barrier-free Shroud: Required.
    i.    Disposer:  Required for left compartment.
    j.    Dishwasher Air-Gap Fitting:  Required.

2.17    SERVICE BASINS

A.    Service Basins:
1.    Basis-of-Design Product:  Subject to compliance with requirements, provide the product listed on the drawing "Plumbing Fixture Schedule" or a comparable product by one of the following: (unless noted otherwise on drawings or within Schedule).
    a.    Crane Plumbing, L.L.C./Fiat Products.
    b.    Stern-Williams Co., Inc.
2.    Description: Flush-to-wall, floor-mounting, pre-cast terrazzo fixture with rim guard.
    a.    Rim Guard:  On front surfaces, stainless steel.
    b.    Faucet: As indicated on drawing "Plumbing Fixture Schedule."

    c.    Color:  Not applicable.

    d.    Drain:  Cast-brass with nickel-bronze grid and NPS 3 (DN 80) outlet; extra heavy-duty, cast iron, deep seal trap.

## 2.18    UTILITY BOXES

A.    Utility Boxes, Clothes Washer:
1.    Basis-of-Design Product:  Subject to compliance with requirements, provide the product listed on the drawing "Plumbing Fixture Schedule."
2.    Description:  Flush mounted in wall cavity with shutoff valves.
    a.    Material:  Galvanized Steel.
    b.    Finish: Unpainted.
    c.    Valves: Bronze, brass stem, compression.
    d.    Outlets: 3/4" Hose Thread.
    e.    Inlet Size:  NPS 1/2, female thread.
    f.    Supplies: 60-inch Heavy-duty CW and HW clothes washer hoses, manufactured by Floodcheck (no exceptions).  Provide with shock arrestors equal to Precision Plumbing Products #WHA-500L.

B.    Utility Boxes, Ice Maker:
1.    Basis-of-Design Product:  Subject to compliance with requirements, provide the product listed on the drawing "Plumbing Fixture Schedule."
2.    Description:  Flush mounted in wall cavity with angle stop.
    a.    Material:  Galvanized Steel.
    b.    Finish: Unpainted.
    c.    Supply: Annealed copper tube, minimum 48-inch length (coiled) to permit pulling out appliance for rear service.

## PART 3 - EXECUTION

## 3.1    EXAMINATION

A.    Examine roughing-in of water supply and sanitary drainage and vent piping systems to verify actual locations of piping connections before plumbing fixture installation.

B.    Examine cabinets, counters, floors, and walls for suitable conditions where fixtures will be installed.

C.    Proceed with installation only after unsatisfactory conditions have been corrected.

## 3.2    INSTALLATION

A.    Assemble plumbing fixtures, trim, fittings, and other components according to manufacturers' written instructions.

B.    Install off-floor supports, affixed to building substrate, for wall-mounting fixtures.
1.    Use carrier supports with waste fitting and seal for back-outlet fixtures.
2.    Use carrier supports without waste fitting for fixtures with tubular waste piping.
3.    Use chair-type carrier supports with rectangular steel uprights for accessible fixtures.

C.    All wall mounted fixtures and equipment shall be installed with floor mounted carriers (Manufacturer provided).

D.    Install wall-mounted fixtures AT ELEVATIONS INDICATED ON ARCHITECTURAL DRAWINGS.

E.    Install back-outlet, wall-mounting fixtures onto waste fitting seals and attach to supports.

F.    Install floor-mounting fixtures on closet flanges or other attachments to piping or building substrate.

G.    Install wall-mounting fixtures with tubular waste piping attached to supports.

H.   Install floor-mounting, back-outlet water closets attached to building floor substrate and wall bracket and onto waste fitting seals.

I.   Install counter-mounting fixtures in and attached to casework.

J.   Install fixtures level and plumb according to roughing-in drawings.

K.   Install water-supply piping with stop on each supply to each fixture to be connected to water distribution piping.  Attach supplies to supports or substrate within pipe spaces behind fixtures.  Install stops in locations where they can be easily reached for operation.
     1.   Exception:  Use ball, if supply stops are not specified with fixture.  Valves are specified in Specification Section "Valves."

L.   All appurtances supporting fixtures to be chrome plated in exposed areas (including but not limited to under cabinet areas).

M.   Install trap and tubular waste piping on drain outlet of each fixture to be directly connected to sanitary drainage system.

N.   Install tubular waste piping on drain outlet of each fixture to be indirectly connected to drainage system.

O.   Install flushometer valves for accessible water closets and urinals with handle mounted on wide side of compartment.  Install other actuators in locations that are easy for people with disabilities to reach.

P.   Install toilet seats on water closets.

Q.   Install faucet-spout fittings with specified flow rates and patterns in faucet spouts if faucets are not available with required rates and patterns.  Include adapters if required.

R.   Install water-supply flow-control fittings with specified flow rates in fixture supplies at stop valves.

S.   Install faucet flow-control fittings with specified flow rates and patterns in faucet spouts if faucets are not available with required rates and patterns.  Include adapters if required.

T.   Install shower flow-control fittings with specified maximum flow rates in shower arms.

U.   Install traps on fixture outlets.
     1.   Exception:  Omit trap on fixtures with integral traps.
     2.   Exception:  Omit trap on indirect wastes, unless otherwise indicated.

V.   Install disposer in outlet of each sink indicated to have disposer.  Install switch where indicated or in wall adjacent to sink if location is not indicated.

W.   Install dishwasher air-gap fitting at each sink indicated to have air-gap fitting.  Install on countertop at sink.  Connect inlet hose to dishwasher and outlet hose to disposer.

X.   Install escutcheons at piping wall ceiling penetrations in exposed, finished locations and within cabinets and millwork.  Use deep-pattern escutcheons if required to conceal protruding fittings.  Escutcheons are specified in Specification Section "Basic Mechanical Materials and Methods."

Y.   Seal joints between fixtures and walls, floors, and countertops using sanitary-type, one-part, mildew-resistant silicone sealant.  Match sealant color to fixture color.  Sealants are specified in Specification Section "Joint Sealants."

3.3   CONNECTIONS

A.   Piping installation requirements are specified in other Division 22 Sections.  Drawings indicate general arrangement of piping, fittings, and specialties.

B.   Connect fixtures and appliances with water supplies, stops, and risers, and with traps, soil, waste, and vent piping.  Use size fittings required to match fixtures.

C.     Ground equipment according to Specification Section "Grounding and Bonding."

D.     Connect wiring according to Specification Section "Conductors and Cables."

E.     Arrange for electric-power connections to fixtures, transformers and devices that require power.  Electric power is specified in Electrical Specification Sections.


3.4     FIELD QUALITY CONTROL

A.     Verify that installed plumbing fixtures are categories and types specified for locations where installed.

B.     Check that plumbing fixtures are complete with trim, faucets, fittings, and other specified components.

C.     Inspect installed plumbing fixtures for damage.  Replace damaged fixtures and components.

D.     Test installed fixtures after water systems are pressurized for proper operation.  Replace malfunctioning fixtures and components, then retest.  Repeat procedure until units operate properly.


3.5     ADJUSTING

A.     Operate and adjust faucets and controls.  Replace damaged and malfunctioning fixtures, fittings, and controls.

B.     Operate and adjust disposers and controls.  Replace damaged and malfunctioning units and controls.

C.     Adjust water pressure at faucets and flushometer valves to produce proper flow and stream.

D.     Replace washers and seals of leaking and dripping faucets and stops.

E.     Install fresh batteries in sensor-operated mechanisms.

F.     Run hot water (full flow) at each faucet until temperature is stable (-2 degree deviation from water heater set point); balance manual (y-type, etcetera) mixing valve at each faucet to 110 F spout-discharge temperature.

G.     After compression cartridges are well-seated (50-60 cycles), adjust faucet wrist-blade handles to position parallel to back-splash (or wall that lavatory is mounted to) when fully closed (tight).


3.6     CLEANING

A.     Clean fixtures, faucets, and other fittings with manufacturers' recommended cleaning methods and materials.  Do the following:
1.     Remove faucet spouts and strainers, remove sediment and debris, and reinstall strainers and spouts.
2.     Remove sediment and debris from drains.

B.     After completing installation of exposed, factory-finished fixtures, faucets, and fittings, inspect exposed finishes and repair damaged finishes.


3.7     PROTECTION

A.     Provide protective covering for installed fixtures and fittings.

B.     Do not allow use of plumbing fixtures for temporary facilities unless approved in writing by Owner.


**END OF SECTION**

**SECTION 230005 - MECHANICAL DEMOLITION**

**PART 1 - GENERAL**

1.1     SUMMARY

A.     This Section includes the following:
1.     Demolition and removal of selected portions of building or structure.
2.     Demolition and removal of selected site elements.
3.     Salvage of existing items to be reused or recycled.

1.2     DEFINITIONS

A.     Remove or Demolish:  Detach items from existing construction and legally dispose of them off-site, unless indicated to be removed and salvaged or removed and reinstalled.

B.     Remove and Salvage:  Detach items from existing construction and deliver them to Owner cleaned, packaged, and ready for reuse.

C.     Remove and Reinstall:  Detach items from existing construction, prepare them for reuse, and reinstall them where indicated.

D.     Existing to Remain:  Existing items of construction that are not to be removed and that are not otherwise indicated to be removed, removed and salvaged, or removed and reinstalled.

1.3     MATERIALS OWNERSHIP

A.     Historic items, relics, and similar objects including, but not limited to, cornerstones and their contents, commemorative plaques and tablets, antiques, and other items of interest or value to Owner that may be encountered during selective demolition remain Owner's property.  Carefully remove and salvage each item or object in a manner to prevent damage and deliver promptly to Owner.
1.     Coordinate with Owner's representative, who will establish special procedures for removal and salvage.

1.4     SUBMITTALS

A.     Schedule of Selective Demolition Activities:  Indicate the following:
1.     Detailed sequence of selective demolition and removal work, with starting and ending dates for each activity.
2.     Interruption of utility services.  Indicate how long utility services will be interrupted.
3.     Coordination for shutoff, capping, and continuation of utility services (including but not limited to: Gas, Water, Fire Suppression, Chilled Water, Hot Water, Air Conditioning, etc).
4.     Coordination of Owner's continuing occupancy of portions of existing building and of Owner's partial occupancy of completed Work.
5.     Means of protection for items to remain and items in path of waste removal from building.

B.     Inventory:  After selective demolition is complete, submit a list of items that have been salvaged.

1.5     QUALITY ASSURANCE

A.     Regulatory Requirements:  Comply with governing EPA notification regulations before beginning selective demolition.  Comply with hauling and disposal regulations of authorities having jurisdiction.

B.     Standards:  Comply with ANSI A10.6 and NFPA 241.

C.   Pre-demolition Conference:  Conduct conference at Project site to comply with requirements in Section "Project Management and Coordination."   Review methods and procedures related to selective demolition including, but not limited to, the following:
1.   Inspect and discuss condition of construction to be selectively demolished.
2.   Review structural load limitations of existing structure.
3.   Review and finalize selective demolition schedule and verify availability of materials, demolition personnel, equipment, and facilities needed to make progress and avoid delays.
4.   Review requirements of work performed by other trades that rely on substrates exposed by selective demolition operations.
5.   Review areas where existing construction is to remain and requires protection.

## 1.6   PROJECT CONDITIONS

A.   Owner will occupy portions of building immediately adjacent to selective demolition area.  Conduct selective demolition so Owner's operations will not be disrupted.

B.   Conditions existing at time of inspection for bidding purpose will be maintained by Owner as far as practical.

C.   Notify Architect of discrepancies between existing conditions and Drawings before proceeding with selective demolition.

D.   Hazardous Materials:  It is unknown whether hazardous materials will be encountered in the Work.
1.   If materials suspected of containing hazardous materials are encountered, do not disturb; immediately notify Architect and Owner.  Owner will remove hazardous materials under a separate contract.

E.   Storage or sale of removed items or materials on-site is not permitted.

F.   Utility Service:  Maintain existing utilities indicated to remain in service and protect them against damage during selective demolition operations.
1.   Maintain fire-protection facilities in service during selective demolition operations.

## 1.7   WARRANTY

A.   Existing Warranties:  Remove, replace, patch, and repair materials and surfaces cut or damaged during selective demolition, by methods and with materials so as not to void existing warranties.

## PART 2 - PRODUCTS (Not Used)

## PART 3 - EXECUTION

## 3.1   EXAMINATION

A.   Verify that utilities have been disconnected and capped.

B.   Survey existing conditions and correlate with requirements indicated to determine extent of selective demolition required.

C.   Inventory and record the condition of items to be removed and reinstalled and items to be removed and salvaged.

D.   When unanticipated mechanical, electrical, or structural elements that conflict with intended function or design are encountered, investigate and measure the nature and extent of conflict.  Promptly submit a written report to Architect.

## 3.2   UTILITY SERVICES AND MECHANICAL/ELECTRICAL SYSTEMS

A. Existing Services/Systems:  Maintain services/systems indicated to remain and protect them against damage during selective demolition operations.

B. Service/ Requirements: Locate, identify, disconnect, and seal or cap off indicated utility services and mechanical/electrical systems serving areas to be selectively demolished.
1. Arrange to shut off indicated utilities with utility companies.
2. If services/systems are required to be removed, relocated, or abandoned, before proceeding with selective demolition provide temporary services/systems that bypass area of selective demolition and that maintain continuity of services/systems to other parts of building.
3. Cut off pipe or conduit in walls or partitions to be removed.  Cap, valve, or plug and seal remaining portion of pipe or conduit after bypassing.
   a. Where entire wall is to be removed, existing services/systems may be removed with removal of the wall.


3.3 PREPARATION

A. Site Access and Temporary Controls:  Conduct selective demolition and debris-removal operations to ensure minimum interference with roads, streets, walks, walkways, and other adjacent occupied and used facilities.


3.4 SELECTIVE DEMOLITION, GENERAL

A. General:  Demolish and remove existing construction only to the extent required by new construction and as indicated.  Use methods required to complete the Work within limitations of governing regulations and as follows:
1. Proceed with selective demolition systematically, from higher to lower level.  Complete selective demolition operations above each floor or tier before disturbing supporting members on the next lower level.
2. Do not use cutting torches until work area is cleared of flammable materials.  At concealed spaces, such as duct and pipe interiors, verify condition and contents of hidden space before starting flame-cutting operations.  Maintain portable fire-suppression devices during flame-cutting operations.
3. Maintain adequate ventilation when using cutting torches.
4. Dispose of demolished items and materials promptly.

B. Removed and Salvaged Items:
1. Clean salvaged items.
2. Pack or crate items after cleaning.  Identify contents of containers.
3. Store items in a secure area until delivery to Owner.
4. Transport items to Owner's storage area designated by Owner.
5. Protect items from damage during transport and storage.

C. Removed and Reinstalled Items:
1. Clean and repair items to functional condition adequate for intended reuse.  Paint equipment to match new equipment.
2. Pack or crate items after cleaning and repairing.  Identify contents of containers.
3. Protect items from damage during transport and storage.
4. Reinstall items in locations indicated.  Comply with installation requirements for new materials and equipment.  Provide connections, supports, and miscellaneous materials necessary to make item functional for use indicated.

D. Existing Items to Remain:  Protect construction indicated to remain against damage and soiling during selective demolition.  When permitted by Architect, items may be removed to a suitable, protected storage location during selective demolition and cleaned and reinstalled in their original locations after selective demolition operations are complete.

E. Contractor shall terminate demolished pipe and/or ductwork.  System shall be capped and insulated per new work specification.

F. Contractor shall remove any abandoned piping and/or ductwork in area of construction during the demolition process.

G.    Unforeseen Conditions
  1.    Any unforeseen utilities found during construction that directly affect any trade must be brought to the engineer's attention via RFI.
  2.    All existing conditions must be clearly annotated on the As-Built drawings.

H.    Repair any walls, floors or roofs that piping, ducts or equipment have been removed from (or through). Patch with similar materials to match finish and color (paint to match).  If paint cannot be matched, repaint entire wall or surface.

## 3.5    DISPOSAL OF DEMOLISHED MATERIALS

A.    General:  Except for items or materials indicated to be reused, salvaged, reinstalled, or otherwise indicated to remain Owner's property, remove demolished materials from Project site and legally dispose of them in an EPA-approved landfill.
  1.    Do not allow demolished materials to accumulate on-site.
  2.    Remove and transport debris in a manner that will prevent spillage on adjacent surfaces and areas.

B.    Burning:  Do not burn demolished materials.

C.    Disposal:  Transport demolished materials off Owner's property and legally dispose of them.

**END OF SECTION**

## SECTION 230100 - SPECIAL CONDITIONS FOR ALL MECHANICAL WORK

### PART 1 - GENERAL

1.1     DESCRIPTION OF WORK

A.     This section covers the general provisions of the mechanical specifications applicable to the following systems:
1.     Heating, air conditioning, and ventilation.

B.     The use of the word mechanical in the body of the various specifications sections shall be interpreted to include all the aspects of all of the systems referenced in Mechanical Specifications.

1.2     DRAWINGS

A.     These specifications are accompanied by drawings of the building and details of the installations showing the locations of equipment, piping, ductwork, etc.  The drawings and these specifications are complementary to each other; requirements described in one or the other shall be considered binding as if described in both.

B.     If any departures from the drawings are deemed necessary by the Contractor, details of such departures and the reasons therefore shall be submitted to the Owner's Representative for approval.  No departures shall be made without prior written approval by the Owner's Representative.

C.     There are intricacies of construction which are impractical to specify or indicate in detail; means and methods for performing such work shall adhere to commonly accepted industry standards.

D.     It is the Contractor's responsibility to properly use all information found on the Architectural, Structural, Mechanical, and Electrical drawings and applicable shop drawings where such information affects his work.

E.     For new buildings, all final dimensions shall be scaled from the drawings, unless otherwise noted. For work associated with existing buildings (renovations and additions), all final dimensions shall be field verified.

1.3     CONSTRUCTION REQUIREMENTS

A.     The architectural, civil, structural, electrical, plumbing, fire protection and mechanical drawings, and specifications are all part of the Contract Documents.  In many instances there are details described another trade's drawings that are not necessarily included or referenced in the mechanical drawings.  It is the Contractor's responsibility to review in detail all parts of the Contract Documents prior to submitting a bid.  Failure to comply with this requirement shall not relieve the Contractor of responsibility or be used as cause for additional compensation because architectural, structural, or electrical details were not included in the mechanical drawings.

B.     It is the intent of the Contract Documents to provide complete and fully functional installation in every respect.  Material and/or construction details not specifically described in the Contract Documents, but commonly considered incidental to the industry, are required by the Contractor.

C.     The Contractor shall be responsible for fitting his material and apparatus into the building and shall carefully lay out his work at the site to conform to the structural conditions, to avoid all obstructions, to comply with Codes, to facilitate the work of other trades, to conform to the details of the installation supplied by the manufacturer of the equipment to be installed, and thereby to provide an integrated satisfactory operating installation.

D.     The mechanical, electrical and plumbing drawings are schematic in nature and do not show every connection in detail or every pipe or conduit in its exact location.  These details are subject to the requirements of ordinances and structural and architectural conditions.

E.     The Contractor shall carefully investigate structural and finish conditions and shall coordinate the separate trades in order to avoid interference between the various phases of work.  Work shall be laid out so that it will be concealed in furred chases and above suspended ceilings, etc. in finished portions of the building, unless specifically noted to be exposed.  Work shall be installed to avoid compromising structural members; therefore, inserts to accommodate hangers shall be set before concrete is poured, and proper openings through floor, walls, beams, etc. shall be provided as hereinafter specified or as otherwise indicated or required.  All work shall be installed parallel or perpendicular to building lines unless otherwise noted.

F.     When the mechanical drawings do not give exact details as to the elevation of pipe or ducts, physically arrange the systems to fit in the space available at the elevations intended with the proper grades for the functioning of the system involved.  Piping, exposed conduit, and duct systems are generally intended to be installed true and square to the building construction, and located as high as possible against the structure in a neat and workmanlike manner.  The plans do not show all required offsets, control lines, pilot lines, and other location details.  Work shall be concealed in all finished areas.  Piping specified to be insulated shall be supported in a manner that will allow the insulation to be installed without gaps.  Insulated piping in concealed areas shall be offset with fittings as necessary to permit installation of insulation.  Bending of pipes or installing pipes in a strain to insulate will not be permitted.

G.     Final placement of serviceable equipment shall be carefully coordinated with all other trades to ensure sufficient clearance for maintenance according to manufacturer's recommendations.  Lubricating orifices and adjustable components shall be easily accessible.  Piping, conduit, valve stems, cabling and other building systems shall not interfere with service space.

H.     Location of Exposed Devices
1.     All exposed devices (grills, registers, diffusers, sprinkler heads, medical gas outlets, plumbing rough-ins, lights, outlets, communication devices, etcetera) shall be referenced to fixed data points that are coordinated with all trades; shall be located to present symmetrical arrangements with respect to the fixed data point; and shall facilitate the proper arrangements of acoustical ceiling tiles.  Fixed data points shall include such features as wall and ceiling lines, soffits, balanced border widths, masonry joints, etc.  Devices located in acoustical ceiling tiles shall occur symmetrically in tile joints or in the centers of whole tiles.  The final determination of the exact location of each outlet and the arrangements to be followed shall be acceptable to the Owner's Representative.
2.     The drawings schematically indicate locations of the exposed devices.  Final locations shall be determined by carefully coordinating the drawings pertaining to each trade.  Where conflicts are identified, Owner's Representative shall determine final location.  The Owner reserves the right to make any reasonable change in location of any device before installation, without additional cost to the Owner or the Architect.

1.4     QUALIFICATIONS

A.     Contractor must have minimum of five years experience installing commercial heating, ventilation and air conditioning systems, plumbing and piping systems similar to those described in these Contract Documents.

B.     Contractor must be licensed and hold a current contracting license that has been valid for a minimum of five years in the State of Texas.

C.     Contractor must be able to bond work for payment and performance of work being bid.  Contractor's bonding agency shall have a Best's insurance rating of A or A+.

1.5     MATERIAL AND EQUIPMENT REQUIREMENTS

A.     Manufacturer's Instructions:  The manufacturer's published instructions shall be followed for preparing, assembling, installing, erecting, and cleaning manufacturer materials or equipment, unless otherwise indicated.  The Contractor shall promptly notify the Owner's Representative in writing of any conflict between the requirements of the Contract Documents and the manufacturer's direction and shall obtain the clarification of the Owner's Representative before proceeding with the work.  Should the Contractor perform any such work that does not comply with the manufacturer's directions or such clarification by the Owner's Representative, he shall bear all costs arising in connection with the correction of the deficiencies.

B.  Storage at Site:  The Contractor shall not receive material or equipment at the jobsite until there is suitable space provided to properly protect equipment from rust, drip, humidity, and dust damage and from surrounding work.

C.  Capacities shall be not less than those indicated and shall be such that no component or system becomes inoperative or is damaged because of startup or other overload conditions.

D.  Conformance to Agency Requirements:  Where materials or equipment are specified to be approved, listed, tested, or labeled by the Underwriters Laboratories, Inc., or constructed and/or tested in accordance with the standards of the American Society of Mechanical Engineers or the Air Moving and conditioning Association, the Contractor shall submit proof that the items furnished under this section of the specifications conform to such requirements.  The label of the Underwriters Laboratories, Inc. applied to the item will be acceptable as sufficient evidence that the items conform to such requirements.  The ASME stamp or the AMCA label will be acceptable as sufficient evidence that the items conform to the respective requirements.

E.  Nameplates:  Each major component of equipment shall have the manufacturer's name, address, and model-identification number on a plate securely attached to the item of equipment.  All data on nameplates shall be legible at the time of Final Inspection.

F.  Prevention of Rust:  Standard factory finish will be acceptable on equipment specified by model number otherwise surfaces of ferrous metal shall be given a rust-inhibiting coating.  The treatment shall withstand 200 hours in salt-spray fog test, in accordance with Method 6061 of Federal Standard No. 141.  Immediately after completion of the test, the specimen shall show no signs of wrinkling or cracking and no signs of rust creepage beyond 1/8 inch on either side of the scratch mark.  Where rust inhibitor coating is specified hereinafter, any treatment that will pass the above test is acceptable unless a specific coating is specified, except that coal tar or asphalt-type coatings will not be acceptable unless so stated for a specific item. Where steel is specified to be hot-dip galvanized, mill-galvanized sheet steel may be used provided all raw edges are painted with a zinc-pigmented paint conforming to Military Specification MIL-P-26915.

G.  Protection from Moving Parts:  Belts, pulleys, chains, gears, couplings, projecting setscrews, keys, and other rotating parts located so that any person can come in close proximity thereto, shall be fully enclosed or properly guarded.

H.  Drive Guards:  For machinery and equipment, provide guards as shown in AMCA 410 for belts, chains, couplings, pulleys, sheaves, shafts, gears, and other moving parts regardless of height above the floor. Drive guards may be excluded where motors and drives are inside factory-fabricated air handling units casings.  Guards shall be constructed of sheet steel, cast iron, expanded metal, or wire mesh rigidly secured so as to be removable without disassembling pipe duct or electrical connection to equipment. Provide a 1-inch diameter hole in each drive guard at each shaft center to allow access for speed measurement.

I.  Verifications of Dimensions: The Contractor shall be responsible for the coordination and proper relation of his work to the building structure and to the work of all trades. The Contractor shall visit the premises and thoroughly familiarize himself with all details of the work and working conditions, to verify all dimensions in the field, and to advise the Owner's Representative of any discrepancy before performing any work. Adjustments to the work required in order to facilitate a coordinated installation shall be made at no additional cost to the Owner, Architect, or Engineer.

J.  Standard Products:  Materials and equipment to be provided shall be the standard catalog products of manufacturers regularly engaged in the manufacture of products conforming to these specifications, and shall essentially duplicate materials and equipment that have been in satisfactory use at least two years.

K.  Spare Parts Data:  As soon as practicable after approval of materials and equipment and, if possible, not later than four months prior to the date of beneficial occupancy, the Contractor shall furnish spare parts data for each different item of equipment listed.  The data shall include a complete list of parts and supplies with current unit prices and sources of supply, a list of parts and supplies that are either normally furnished at no extra cost with the purchase of the equipment or specified hereinafter to be furnished as part of the Contract, and a list of additional items recommended by the manufacturer to assure efficient operation for a period of 120 days at the particular installation.  The foregoing shall not relieve the Contractor of any responsibilities under the warranty specified.

1.6     INSPECTION OF THE SITE

A.     The Contractor shall visit the site, verifying all existing items indicated on drawings and/or specified, and familiarize himself with the existing work conditions, hazards, grades, actual formations, soil conditions, structures, utilities, equipment, systems, facilities, and local requirements.  The submission of bids shall be deemed evidence of such visits.  All proposals shall take these existing conditions into consideration, and the lack of specific information shall not relieve the Contractor of any responsibility.

1.7     UTILITY LOCATIONS AND ELEVATIONS

A.     Locations and elevations of the various utilities included within the scope of this work have been obtained from substantially reliable sources and are offered separately from the Contract Documents, as a general guide only, without guarantee as to accuracy.  Examine the site, the locations, and availability of all utilities and services required for their relation to the work.  Verify the location of all existing site utilities with each responsible utility company or applicable party.  The Contractor shall repair all damage to existing utilities, whether indicated on the drawings or not, at his sole expense.

1.8     PERMITS, UTILITY CONNECTIONS, AND INSPECTIONS

A.     Permitting Fees: Contractor shall pay for all fees associated with permits required by municipal authorities having jurisdiction.

B.     Tapping and Impact Fees: Contractor shall pay for all fees associated with tapping into municipal utility mains, including sanitary sewer, natural gas and domestic water.  Impact fees will be paid for by the Owner.

C.     Compliance:  The Contractor shall comply in every respect with all requirements of local authorities having jurisdiction, including building inspections, fire marshal, local ordinances and codes, and utility company requirements.  In no case does this relieve the Contractor of the responsibility of complying with these specifications and drawings where specified conditions are of a higher quality than the requirements of the above-specified authorities.  Where requirements of the specifications and drawings are below the requirements of the above offices having jurisdiction, the Contractor shall make installations in compliance with the requirements of the above authorities.

D.     Utilities: The Contractor shall coordinate with the various utility companies involved in this project and shall provide required utility relocations, extensions, modifications, and/or changes (complete in all respects) as described in the Contract Documents.  Contractor shall verify the location of all existing utilities with the applicable Utility Company.  The Contractor shall be responsible for all damages to existing utilities, whether indicated on drawings or not, and repair all damage to existing utilities as acceptable to the affected Utility Company.

E.     Certification:  Prior to final acceptance, the Contractor shall furnish a certificate of acceptance from the inspection departments having jurisdiction over the work for any and all work installed under this Contract.  Any additional labor costs incurred as a result of a substitution shall be the Contractor's responsibility.

1.9     EXISTING FACILITIES

A.     The Contractor shall be responsible for loss or damage to the existing facilities caused by him and his workmen, and shall be responsible for repairing or replacing such loss or damage.  The Contractor shall send proper notices, make necessary arrangements, and perform other services required for the care, protection, and in-service maintenance of all plumbing, heating, air conditioning, and ventilating services for the new and existing facilities.  The Contractor shall erect temporary barricades, with necessary safety devices, as required to protect personnel from injury, removing all such temporary protection upon completion of the work.

B.     The Contractor shall provide temporary or new services to all existing facilities as required to maintain their proper operation when normal services are disrupted as a result of the work being performed under this project.

C.     Where existing construction is removed to provide working and extension access to existing utilities, Contractor shall remove doors, piping, conduit, outlet boxes, wiring, light fixtures, air conditioning ductwork

and equipment, etc. to provide this access and shall reinstall same upon completion of work in the areas affected.

D. Where partitions, walls, floors, or ceilings of existing construction are indicated to be removed, all Contractors shall remove and reinstall in locations approved by the Architect/Engineer all devices required for the operation of the various systems installed in the existing construction. This is to include but is not limited to temperature controls system devices, electrical switches, relays, fixtures, piping, conduit, etc.

E. Outages of services as required by the new installation will be permitted but only at a time approved by the Owner. The Contractor shall allow the Owner two weeks in order to schedule required outages. The time allowed for outages will not be during normal working hours unless otherwise approved by the Owner. All costs of outages, including overtime charges, shall be included in the contract amount.

1.10    DEMOLITION AND RELOCATION

A. The Contractor shall modify, remove, and/or relocate all materials and items so indicated on the drawings or required by the installation of new facilities. All removals and/or dismantling shall be conducted in a manner as to produce maximum salvage. Salvage materials shall remain the property of the Owner, and shall be delivered to such destination or otherwise disposed of as directed by the Owner. Materials and/or items scheduled for relocation and which are damaged during dismantling or reassembly operations shall be repaired and restored to good operative condition. The Contractor may, at his discretion, and upon the approval of the Owner, substitute new materials and/or items of like design and quality in lieu of materials and/or items to be relocated.

B. All items which are to be relocated shall be carefully removed in reverse to original assembly or placement and protected until relocated. The Contractor shall clean and repair and provide all new materials, fittings, and appurtenances required to complete the relocations and to restore to good operative order. All relocations shall be performed by workmen skilled in the work and in accordance with standard practice of the trades involved.

C. When items scheduled for relocation and/or reuse are found to be in damaged condition before work has been started on dismantling, the Contractor shall call the attention of the Owner to such items and receive further instructions before removal. Items damaged in repositioning operations are the Contractor's responsibility and shall be repaired or replaced by the Contractor as approved by the Owner, at no additional cost to the Owner.

D. Service lines and wiring to items to be removed, salvaged, or relocated shall be removed to points indicated on the drawings, specified, or acceptable to the Owner. Service lines and wiring not scheduled for reuse shall be removed to the points at which reuse is to be continued or service is to remain. Such services shall be sealed, capped, or otherwise tied off or disconnected in a safe manner acceptable to the Owner. All disconnections or connections into the existing facilities shall be done in such a manner as to result in minimum interruption of services to adjacent occupied areas. Services to existing areas or facilities which must remain in operation during the construction period shall not be interrupted without prior specific approval of the Owner as hereinbefore specified.

1.11    SUBSTITUTION OF MATERIALS AND EQUIPMENT

A. No substitution of materials or equipment herein specified or called for on the drawings will be permitted, except by written permission of the Owner's Representative. Where several makes of equipment or material are mentioned, any item named may be bid upon provided it meets space, capacity specifications, and other requirements.

1.12    SUBMITTALS

A. Submittals for Review:
   1. As soon as practical or within 30 days after the date of contract award or notice to proceed, and before purchasing or starting installation of any materials or equipment, the Contractor shall submit for review sufficient material and equipment data to indicate that all requirements of the specifications have been met and samples shall be furnished when requested. All manufacturer's

data used as part of the submittal shall have all non-applicable features crossed out or deleted in a manner that will clearly indicate exactly what is to be furnished.

2. Four (4) copies of the submittal list and detailed submittals (for the Owner's and A/E's use) shall be submitted to the Owner's Representative. The Contractor is requested to include a minimum of three (3) additional copies for insertion in the project's Owner's Manuals at the completion of the project, and the number of additional copies the Contractor requires for his and his subcontractor's use during the project's construction. The detailed submittals shall be accompanied by the same number of sets of pictorial and descriptive data derived from the manufacturer's catalogs and sales literature, or incorporated in the shop drawings. The Contractor may provide a detailed submittal on any item even though not required by the Owner's Representative.

B. Format
1. Submittals shall be bound in a BLACK hardback three-ring binder with clear-view sleeves on the spine and front. Binders larger than 3-inches shall be divided into two volumes. The front sleeve shall have a cover sheet inserted with the title "MECHANICAL SUBMITTALS" centered in large print. Below the title shall be printed the name of the project, the date, the project location, the name and address of the contractor, the name and address of the subcontractor and the name and address of the engineer(s) in smaller print.
2. Provide a Table of Contents at the beginning of the binder that summarizes the information being submitted according to specification section.
3. Submittals shall be tab divided by specification section; **all sections** identified in the project specifications shall have a tab. When no information is being provided concerning a particular specification section, insert a single dated sheet that explains the circumstances.
4. **Loose-leaf or piecemeal submittals are not acceptable and subject to rejection unless prior approval has been granted by the Engineer.**
5. **Email/Digital Submittals are not acceptable and subject to rejection unless prior approval has been granted by the Engineer.**

C. Content:
1. The Contractor shall prepare or cause to be prepared shop drawings, product data, materials and equipment lists, diagrams, data, samples, and other submittals as required by the contract documents, hereinafter referred to as "Submittal Data." The Contractor shall review and approve all submittal data for compliance with the contract documents, manufacturer's recommendations, adequacy, clearances, code compliance, safety, and coordination with associated work.
2. The Contractor shall submit approved submittal data to the Owner's Representative for review and comment as to general conformance with the design concept and general compliance with information given in the contract documents. Owner's Representative's review shall not include review of quantities, dimensions, weights or gauges, fabrication processes, construction methods, coordination with other trades or work, or construction safety and precautions, all of which are the sole responsibility of the Contractor.
3. The Contractor shall clearly and specifically identify and call to the attention of the Owner's Representative any deviation from the contract documents for which Owner acceptance is desired. The responsibility for such a deviation accepted by the Owner shall remain with the Contractor.
4. Timeliness: The burden of timeliness in the complete cycle of submittal data is on the Contractor. The Contractor shall allow a minimum of four (4) weeks' time frame for review of each submission by the Owner's Representative. The Contractor is responsible for allowing sufficient time in the construction schedule to cover the aforementioned cycles of data processing, including time for all re-submission cycles on nonconforming materials, equipment, etc. covered by the data submitted. Construction delays and/or lack of timeliness in the above regard are the responsibility of the Contractor and will not justify any request for scheduled construction time extensions or extra compensation.
5. Work performed in accordance with approved submittal date that is not in accordance with the Contract Documents and did not have the specific acceptance of the Owner's Representative shall be replaced at Contractor's cost.

D. Re-submittals
1. Re-submit entire submittal in accordance with afore mentioned format and content requirements. **Loose-leaf or piecemeal re-submittals are not acceptable.** New and/or revised data for each section shall be prefaced with a colored (yellow, pink, orange, etc) cover sheet that identifies (in a word or two) the materials and/or equipment being re-submitted. Typeset the words "REVISED SUBMITTAL NO. 1 (or 2, 3 as applicable)" centered at the bottom of the cover sheet.

2. Subsequent re-submittals (second and third, if necessary) shall have different colored cover sheets to distinguish between the various re-submittals.

3. Include a cover letter at front of binder that specifically responds to each "REVISE AND RE-SUBMIT COMMENT" or "REJECTED" comment by number. Example responses would include the following:

   a. RESPONSE: "Please see attached re-submittal."
   b. RESPONSE: "Will be re-submitted at a latter date."
   c. RESPONSE: "Requirement for (xxxxxx) was deleted in Addendum No. 2."
   d. RESPONSE: "Exception requested based on Section xx, Paragraph x.x.x.

E. These paragraphs related to Mechanical submittal data supersede any conflicting requirements contained in Division 01 sections.

## 1.13   CONTRACTOR CERTIFICATION OF SUBMITTAL DATA

A. The Contractor shall provide the following certification with all submittal data furnished to the Owner's Representative for review and comment.

Project Title:

Description of Submittal Data:

This is to certify that the above-described submittal data has been reviewed and is approved for compliance with the Contract Documents, manufacturer's recommendation, adequacy, clearances, code compliance, safety, and coordination with other trades and/or work except as follows: (list "none" or itemize and explain). In addition, the Contractor shall submit to the Owner's Representative a signed statement from each representative certifying as follows:

"I certify that the materials and/or equipment listed below have been personally inspected by the undersigned authorized manufacturer's representative and is properly installed and operating in accordance with the manufacturer's recommendations and are asbestos free."

_____

Name and Company

## 1.14   ACCEPTANCE OF MATERIALS AND EQUIPMENT

A. All equipment installed on this project shall have **local (within 125 miles)** representation, local factory-authorized service, and a local stock of repair parts. This requirement is essential and will be strictly reviewed by the Owner's Representative prior to concurrence with the Contractor's approval for all submittals covered by Mechanical sections of this Specification.

B. NOTICE: The Contractor is responsible for providing materials and equipment that conform to the requirements of the project manual in every respect unless a deviation has been "accepted" in writing. Removal of any nonconforming materials and equipment and the replacement with conforming materials and equipment shall be at the Contractor's sole expense, regardless of when nonconformance was discovered.

C. Approval of materials and equipment shall be based on manufacturer's published data and shall be tentatively subject to the submission of complete shop drawings which comply with the contract documents. Approval is also dependent upon the existence of adequate and acceptable clearances for entry, servicing, and maintenance.

D. Approval of materials and equipment under this provision shall not be construed as authorizing any deviations from the specifications, unless the attention of the Owner's Representative has been directed in writing to the specific deviations. Data submitted shall not contain unrelated information unless all pertinent information is properly identified.

E. Physical Size of Equipment: Space is critical; therefore, equipment of larger sizes than shown, even though of approved manufacturer, will not be acceptable unless it can be demonstrated that ample space exists for proper installation, operation, and maintenance.

1.15     SHOP DRAWINGS

A.     As soon as practicable after the award of contract and approval of materials and equipment, but prior to installation, complete and detailed shop drawings of the following shall be submitted for review and comment:
1.     Equipment arrangements.
2.     Duct layouts.
3.     Piping layouts.
4.     Layouts of equipment spaces indicating ductwork and piping larger than 2 inches.
5.     Typical fittings and connections.
6.     Equipment foundations.
7.     Factory-fabricated equipment and materials.
8.     Anchors.
9.     Control.
10.    Interlock.
11.    Sprinkler locations.
12.    Other details as directed by the Owner's Representative.  Composite drawings of areas requiring coordination between trades shall be provided and expedited to eliminate conflicts and to ensure maximum cooperation and work progress.

B.     Work performed without benefit of reviewed and approved shop drawings **will not be recommended for payment by the Engineer** until such time as the shop drawings are submitted, reviewed, and approved. Any work performed without the benefit of reviewed and approved shop drawings may require removal, relocation, and/or replacement at the Contractor's sole expense in order to resolve conflicts between the various systems and provide the performance specified.

C.     All installation of equipment, fixtures, terminal devices, etc. shall be made in accordance with approved composite shop drawings.  The Contractor shall modify installation and relocate installed work to provide code clearances, service access, and eliminate conflict with other systems.

D.     Submit one sepia and one blue-line print of approved shop drawings.  The sepia will be marked with the A/E's comments and returned to the Contractor for printing and distribution.  Distribution shall include the return of three blue-line prints of the approved shop drawings, with the A/E's comments included, to the A/E for the A/E's and Owner's use.

1.16     SITE OBSERVATION

A.     Site observation by the Architect, Engineer, and/or Owner's Representative is for the express purpose of verifying compliance by the Contractor with the contract documents, and shall not be construed as construction supervision nor indication of approval of the manner or location in which the work is being performed as being a safe practice or place.

1.17     SUPERVISION

A.     In addition to the Superintendent required under the conditions of the contract, each subcontractor shall keep a competent superintendent or foreman on the job at all times.

B.     It shall be the responsibility of each superintendent to study all plans and familiarize himself with the work to be done by other trades.  He shall coordinate his work with other trades and, before material is fabricated or installed, make sure that his work will not cause an interference with another trade.  Where interferences are encountered, they shall be resolved at the jobsite by the superintendents involved.  Where interferences cannot be resolved without major changes to the plans, the matter shall be referred to the Owner's Representative for comments.

1.18     OPERATION PRIOR TO COMPLETION

A.     When any piece of mechanical equipment is operable and it is to the advantage of the Contractor to operate the equipment, he may do so, providing that he properly supervises the operation and has the written permission of the Owner's Representative to do so.  The warranty period shall not commence, however,

until such time as the equipment is operated for the beneficial use of the Owner or date of substantial completion, whichever occurs first.

B.    Regardless of whether or not the equipment has or has not been operated, the Contractor shall properly clean the equipment, install clean filter media, properly adjust, and complete all deficiency list items before final acceptance by the Owner.  The date of acceptance and the start of the warranty may not be the same date.

## 1.19    MANUFACTURER'S RECOMMENDATIONS

A.    The manufacturer's published directions shall be followed in the delivery, storage, protection, installation, piping, and wiring of all equipment and material.  The Contractor shall promptly notify the Owner's Representative, in writing, of any conflict between the requirements of the contract documents and the manufacturer's directions, and shall obtain the Owner's Representative's comments before proceeding with the work.  Should the Contractor perform any such work that does not comply with the manufacturer's directions or applicable comments from the Owner's Representative, he shall bear all costs arising in connection with the correction of such deficiencies.

## 1.20    CHECKING AND TESTING MATERIALS AND/OR EQUIPMENT

A.    Before final acceptance of the work, an authorized representative of the manufacturer of the installed materials and/or equipment shall personally inspect the installation and operation of his materials and/or equipment to determine that it is properly installed and in proper operating order. Testing and checking shall be accomplished during the course of the work where required by work being concealed, and at the completion of the work otherwise.  In addition, the Contractor shall submit to the Owner's Representative a signed statement from each representative certifying as follows:

"I certify that the materials and/or equipment listed below have been personally inspected by the undersigned authorized manufacturer's representative and is properly installed and operating in accordance with the manufacturer's recommendations and are asbestos free."

B.    Check inspections shall include plumbing, heating, air conditioning, ventilating, mechanical control and electrical equipment, and such other items hereinafter specified or specifically designated by the Owner's Representative.

## 1.21    OPERATING AND MAINTENANCE INSTRUCTION

A.    The Contractor shall prepare for the owner's manual hereinafter specified complete sets of operating and maintenance instructions, system piping, valving, control and interlock diagrams, manuals, parts lists, etc. for each item of equipment.  These are to be assembled as hereinafter specified for owner's manual.

B.    In addition, the Contractor shall provide the service of a competent engineer or a technician acceptable to the Owner's Representative to instruct a representative of the Owner in the complete and detailed operation of all equipment and systems.  These instructions shall be provided for a period of sufficient duration to fully accomplish the desired results.  Upon completion of these instructions, a letter of release will be required, acknowledged by the Owner, stating the dates of instruction and personnel to whom instructions were given.

C.    Additional diagrams, operating instructions, etc. shall be provided as specified hereinafter in the other sections of these specifications.

## 1.22    MATERIAL AND EQUIPMENT SCHEDULES

A.    Contractor shall refer to both drawings and specification for schedules.  Where reference is made to items "scheduled on drawings" or "scheduled in specifications," same shall include schedules contained in both the drawings and the specifications.  The Contractor's attention is directed to the various specification sections and drawings for schedules.

## 1.23    APPLICABLE CODES AND STANDARDS

A. The installation shall meet the minimum standards prescribed in the latest editions of the following listed codes and standards, which are made a part of these specifications, except as may be hereinafter specifically modified in these specifications and associated drawings.
   1. National Fire Protection Association Standards (NFPA):
      NFPA 10 - Portable Fire Extinguishers
      NFPA 54 - National Fuel and Gas Code
      NFPA 70 - National Electrical Code
      NFPA 90A - Air Conditioning Systems
      NFPA 101 - Life Safety Code
      NFPA 255 - Method of Test of Surface Burning Characteristics of Building Materials
   2. American National Standards Institute (ANSI):
      15-78 - Safety Code for Mechanical Refrigeration
      C.2 - 1984 National Electrical Safety Code
      A117.1 - Handicapped Code
   3. American Society of Mechanical Engineers (ASME): Section IV, V, CSD-1
   4. Air Conditioning and Refrigeration Institute Standards (ARI): All standards related to refrigeration and air conditioning equipment and piping furnished under these specifications.
   5. American Water Works Association (AWWA): All applicable manuals and standards.
   6. Sheet Metal and Air Conditioning Contractors National Associate, Inc, (SMACNA): All applicable manuals and standards.
   7. Air Moving and Conditioning Association (AMCA): All applicable manuals and standards.
   8. American Society of Testing Materials (ASTM): All applicable manuals and standards.
   9. National Electrical Manufacturers' Association (NEMA): All applicable manuals and standards.
   10. Occupational Safety and Health ACT (OSHA):
      National Sanitation Foundation - Standard No. 2
   11. American Society of Heating, Refrigeration, and Air conditioning Engineers (ASHRAE):
      90-80 Energy Conservation in New Building Design
      2001 ASHRAE Handbook of Fundamentals
   12. Americans with Disabilities Act, 1990
   13. American Gas Association (AGA)
   14. Underwriters Laboratories, Inc. (UL)
   15. Manufacturer's Standardization Society of the Valve and Fitting Industry (MSS)
   16. Applicable State Building Codes (International Building Codes, as amended):
   17. Applicable State Mechanical Code (International Mechanical Code, as amended).
   18. Applicable State Plumbing Code (International Plumbing Code, as amended).
   19. Applicable State Energy Code (International Energy Conservation Code, as amended).

B. All materials and workmanship shall comply with all applicable city, state, and national codes, specifications, and industry standards. All materials shall be listed by the Underwriters Laboratories, Inc. as conforming to its standards and so labeled in every case where such a standard has been established for the particular type of material in question.

C. The contract documents are intended to comply with the aforementioned rules and regulations; however, some discrepancies may occur. Where such discrepancies occur, the Contractor shall immediately notify the Owner's Representative in writing of said discrepancies and apply for an interpretation. Should the discovery and notification occur after the execution of a contract, any additional work required for compliance with said regulations shall be paid for as covered by Division 1 of these contract documents, providing no work or fabrication of materials has been accomplished in a manner of noncompliance. Should the Contractor fabricate and/or install materials and/or workmanship in such a manner that does not comply with the applicable codes, rules, and regulations, the Contractor who performed such work shall bear all costs arising in correcting these deficiencies to comply with said rules and regulations.

1.24    DEFINITIONS

A. Refer to the condition of the contract for Division 1 for additional requirements regarding definitions.

B. Where "as required" or "as necessary" is used in these specifications or on the drawings, it shall mean "that situations exist that are not necessarily described in detail or indicated that may cause the Contractor certain complications in performing the work described or indicated. These complications entail the normal coordination activities expected of the Contractor where multiple trades are involved and new or existing construction causes deviations to otherwise simplistic approaches to the work to be performed. The term shall not be interpreted to permit an option on the part of the Contractor to achieve the end result."

C.   Where "and/or" is used in these specifications or on the drawings, it shall mean "that situations exist where either one or both conditions occur or are required and shall not be interpreted to permit an option on the part of the Contractor.

1.25   FINAL INSPECTION

A.   Refer to Division 1 for additional requirements for final inspection.

B.   It shall be the responsibility of the Contractor to personally conduct a careful inspection, assuring himself that the work on the project is ready for final acceptance and developing his own "punchlists," before calling upon the Owner's Representative to make a final inspection.  Failure of the Contractor to conduct such inspections and provide the Owner's Representative with a copy of his "punchlists" prior to the final inspection shall be adequate cause for the Owner's Representative to cancel any Contractor-requested final inspection.

C.   In order not to delay final acceptance of the work, the Contractor shall conduct his own "final inspections" prior to requesting the Owner's Representative to "final" the project; will have all necessary bonds, guarantees, receipts, affidavits, etc. called for in the various articles of this specification prepared and signed in advance; and together with a letter of transmittal listing each paper included, shall deliver the same to the Owner's Representative at or before the time of said final inspection.  The Contractor is cautioned to check over each bond, receipt, etc. before preparing same for submission to see that the terms check with the requirements of the specifications.

D.   The final inspection will be made jointly by the Owner's Representative and the Owner.

1.26   REQUIREMENTS FOR FINAL ACCEPTANCE

A.   Requirements for final acceptance shall include but not be limited to the Contractor accomplishing the following:
   1.   Construction:  Complete all construction.
   2.   Deficiency Lists:  Correct all deficiencies listed at time of Substantial Completion.
   3.   Owner's Manual:  Submit at least 30 days prior to final acceptance on (1) copy of the owner's manual for the Owner's Representative's review and comments.  Following acceptance, prepare three (3) copies of bound and indexed owner's manual, to be delivered at the time of final acceptance, which shall include but not be limited to the following:
      a.   System operating instructions.
      b.   System control drawings.
      c.   System interlock drawings.
      d.   System maintenance instructions.
      e.   Manufacturers', suppliers', and subcontractors' names, addresses, and telephone numbers, both local representatives and manufacturers' service headquarters.
      f.   Equipment operating and maintenance instructions and parts lists.
      g.   Manufacturer's certifications (see Checking and Testing Materials and/or Equipment, this section).
      h.   Contractor's warranty.
      i.   Acceptance certificates of authorities having jurisdiction.
      j.   Log of all tests made during course of work.
      k.   Owner's acknowledgment of receipt of instruction, enumerating items in owner's manual.
      l.   List of manufacturers' guarantees executed by the Contractor.
      m.   Certified performance curves.
      n.   Balance and performance test reports.
      o.   Owner's acknowledgment of items of equipment or accessories indicated or specified to be turned over to Owner.
   4.   Instructions:
      a.   Verbal, as herein specified.
      b.   Posted, framed under glass or plastic laminated:
         1)   System operating instructions.
         2)   System control drawings.
         3)   System interlock drawings.
   5.   Record Drawings:  Deliver the specified record drawings to the Owner's Representative.

1.27    RECORD DRAWINGS

A.    The Contractor shall maintain a set of contract drawings (black-line prints) at the jobsite on which he shall indicate the installed (as-built) locations of the following:
    1.    Equipment
    2.    Main lines of piping and ductwork.
    3.    Dimensional locations (including depth) of all underground piping, valves and conduits.

B.    Drawings shall be used for construction reference and shall not leave the field office of the jobsite.

C.    Drawings shall include all addenda, ASI's, Change Orders, and existing conditions and equipment that are not reflected in the original contract drawings.

D.    Upon completion of work, the Contractor shall obtain CAD files of the contract drawings from the Owner's Representative and transfer the above as-built information into these files.  The as-built files shall be permanently marked "RECORD DRAWINGS" and printed on full-size Mylar sheets.  Upon completion, the CAD files shall be transferred to CD in AutoCAD 2007 format.  Both the CAD files CD and Mylar drawings shall be submitted to the Owner's Representative as part of the Close-out Submittals.

E.    Refer to Division 1 paragraph entitled "Record Documents" for additional requirements.


1.28    ALLOWANCES

A.    Refer to Division 1 for allowances.


1.29    ALTERNATE PROPOSALS

A.    Alternate proposals are summarized in Division 1 and on the bid proposal form.  Refer to all sections of the specifications and the drawings to determine the exact extent and scope of the various alternate proposals as each pertains to the work of the various trades.


1.30    WARRANTY

A.    General:  All work performed (including equipment and materials furnished) under the various sections of these specifications shall be 100% warranted, for a period of one (1) year from the date of final acceptance thereof, against defective materials, design, and unauthorized substitution.  Upon receipt of note of failure of any part of the guaranteed equipment and/or facilities during the guaranty period, the affected part(s) or facilities shall be replaced promptly with new parts, etc. by and at the expense of the Contractor.  Further, the Contractor shall properly obtain, execute, and forward any and all manufacturer's warranties on equipment furnished under the Contract.  Refer to Division 1 for additional requirements.

B.    Extended Period:  The Contractor shall provide all extended time warranties available from the manufacturer of the equipment provided as standard at no additional cost.  This includes all extended warranties where specified with certain equipment as directed in other sections of this Specification.


**PART 2 -  PRODUCTS**


2.1    MATERIALS AND WORKMANSHIP

A.    All materials, unless otherwise specified, shall be current United States manufacture, new, free from all defects, and of the best quality.  Foreign goods specifically approved for use by the Owner's Representative prior to bidding may be furnished.

B.    Materials and equipment shall be installed in accordance with the manufacturer's recommendations and the best standard practice for the type of work involved.  All work shall be executed by mechanics skilled in their respective trades, and the installations shall present a neat, precise appearance.

C.    The responsibility for the furnishing and installation of the proper mechanical equipment and/or material as intended rests entirely upon the Contractor.  The Contractor shall request advice and supervisory assistance from the representative of specific manufacturers during the installation.

2.2    FLAME SPREAD AND SMOKE DEVELOPED PROPERTIES OF MATERIALS

A.    Duct coverings, duct linings, vapor barrier facings, tapes, adhesives, core materials, insulation, jackets, piping (of any sort), and other materials in concealed locations, including any above-ceiling area, shall have a flame spread rating not over 25 without evidence of continued progressive combustion and a smoke developed rating no higher than 50.  Flame spread and smoke developed ratings shall be in accordance with NFPA Standard No. 255.

2.3    BEARINGS

A.    All ball bearings shall be of radial and/or thrust type, and enclosed in a dust and moisture-proof housing.

2.4    MOTORS

A.    The Contractor shall provide all motors required for equipment supplied under each portion of the work. Motors shall be built in accordance with the latest ANSI, IEE, and NEMA standards, shall be fully coordinated with the equipment served, shall be of sizes and electrical characteristics scheduled.

2.5    STARTING EQUIPMENT

A.    Each motor shall be provided with proper starting equipment.  This equipment, unless hereinafter specified or scheduled to the contrary, shall be provided by the trade furnishing the motor.  All motor starting equipment provided by any one trade shall be of the same manufacture unless such starting equipment is an integral part of the equipment on which the motor is mounted.

2.6    LOW VOLTAGE (CONTROLS/THERMOSTAT) WIRING

A.    All low voltage wiring installed by the Mechanical Contractor, Electrical Contractor or Controls Vendor shall be run in a neat and workmen like manner, parallel and perpendicular to building lines on J-Hooks (above ceiling grid only).  Plenum rated cable is acceptable above ceilings only.  All other locations (exposed, Mechanical Rooms, outdoors or above hard lid ceiling) should be installed in conduit.

2.7    SLEEVES, INSERTS, AND FASTENINGS

A.    General:  Proper openings through floors, walls, roofs, etc. for the passage of piping, ductwork, conduits, etc. shall be provided.  All piping and conduit through floors and piping through walls must pass through sleeves except soil pipe installed under concrete slabs-on-fill, and pipe and conduit that is cast-in-place. Sleeves shall be set in new construction before concrete is poured, as cutting holes through any part of the concrete will not be permitted unless acceptable to the Owner's Representative.

B.    Aboveground, Exterior-Wall, Pipe Penetrations:  Seal penetrations using sleeves and mechanical sleeve seals. Size sleeve for 1-inch annular clear space between pipe and sleeve for installing mechanical sleeve seals.
      1.    Install steel pipe for sleeves smaller than 6 inches in diameter.
      2.    Install cast-iron "wall pipes" for sleeves 6 inches in diameter and larger.
      3.    Assemble and install mechanical sleeve seals according to manufacturer's written instructions. Tighten bolts that cause rubber sealing elements to expand and make watertight seal.

C.    Underground, Exterior-Wall, Pipe Penetrations:  Install cast-iron "wall pipes" for sleeves.  Seal pipe penetrations using mechanical sleeve seals.  Size sleeve for 1-inch annular clear space between pipe and sleeve for installing mechanical sleeve seals.
      1.    Assemble and install mechanical sleeve seals according to manufacturer's written instructions. Tighten bolts that cause rubber sealing elements to expand and make watertight seal.

D. Sleeves:  The minimum clearance between horizontal pipe, including insulation where applicable, and sleeve shall be 1/4 inch, except that the minimum clearance shall be 2 inches where piping contacts the ground.  Sleeves through floors shall extend 3/4 inch above the floor; sleeves through walls and partitions shall be installed flush with exposed surfaces.  Sleeves are not required for piping indicated to the cast-in-concrete slabs-on-fill such as waste piping except for underground wall penetrations, seal annular space between sleeve and pipe or pipe insulation, using elastomeric joint sealants.

E. Materials:  Install sleeves large enough to provide ¼" annular clear space between sleeve and pipe or pipe insulation.  Use the following sleeve materials:
1. Steel Pipe Sleeves:  For pipes smaller than 6-inch NPS.
2. Steel, Sheet-Metal Sleeves:  For pipes 6-inch NPS and larger, penetrating gypsum-board partitions.
3. Stack Sleeve Fittings:  For pipes penetrating floors with membrane waterproofing.  Secure flashing between clamping flanges.  Install section of cast-iron soil pipe to extend sleeve to 2 inches above finished floor level.
    a) Seal space outside of sleeve fittings with non-shrink, nonmetallic grout.

F. Inserts:  Suitable concrete inserts for pipe, conduit, and equipment hangers shall be set and properly located for all piping, conduit, and equipment to be suspended from concrete construction.

G. Fasteners:  Fastening of pipes, conduits, etc. in the building shall be as follows:
1. To wood members:  by wood screws.
2. To masonry and concrete:  by threaded metal inserts, metal expansion screws, or toggle bolts, whichever is appropriate for the particular type of masonry or concrete.
3. To steel:  machine screws or welding (when specifically permitted or directed), or bolts.
   *NOTE:  Under no circumstances will the use of plastic anchors or plastic expansion shields be permitted for any purpose whatsoever.*

H. Ratproofing:  The open space around all piping, ductwork, etc. passing through the ground floor and/or exterior walls shall be ratproofed in a manner acceptable to the Owner's Representative.

I. Weatherproofing:  The annular space between a pipe and its sleeve in exterior walls or through floor to below grade shall be filled with polyurethane foam rods 50% greater in diameter than the space as backing and fill material and made watertight with a permanent elastic polysulfide compound.  Seal both surfaces of wall or floor with a fire-resistant sealant.

J. Air Plenums:  The space around piping, ductwork, etc. passing through an air plenum shall be made airtight in a manner acceptable to the Owner's Representative.  The sealant used must be fire resistant.

2.8    FIRE AND SMOKE PARTITION, WALL, AND/OR FLOOR PENETRATIONS

A. Pipe, ductwork, conduit, etc. shall pass through fire- or smoke-rated floors, partitions, walls, or other barriers within a UL-listed assembly which shall maintain the rating of the applicable wall, floor, partition, or barrier.

B. The Contractor shall review the architectural and structural drawings and determine the location of the fire-rated building elements.  Where these elements are penetrated, UL-listed fire-rated penetration assemblies approved by the local authority shall be provided in accordance with the manufacturer's instructions to obtain the required rating.

2.9    METAL BUILDING SYSTEMS/MECHANICAL-ELECTRICAL SUPPORTS

A. Metal building systems are required to be designed by the manufacturer to accommodate and support the mechanical systems indicated on the mechanical drawings and specified in Mechanical specifications.

B. The metal building systems manufacturer is required to provide the following:
1. Framed openings through the roofs with supports, roof curbs, and flashings for roof-mounted equipment, fans, vents, and air intakes.
2. Structural support for piping, conduits, and suspended equipment consisting of beam, joists, purlins, and/or blocking above and perpendicular to pipe routes and equipment hangers at intervals not to exceed 8 feet.
3. Structural support for suspended ceilings, diffusers, grilles, light fixtures including associated raceways and ductwork.

C. The mechanical trade shall:
1. Provide all routes, weights, installation heights, opening locations, etc. for all equipment, piping, vents, etc. to the metal building system manufacturer and coordinate requirements for structural supports, hangers, attachments, etc. with the metal building systems manufacturer.
2. Provide all supporting devices (hangers, attachments, brackets, cross beams, etc.) to attach to the metal building structural system.

2.10    FOUNDATIONS / HOUSEKEEPING PADS

A. General: All special foundations and supports required for the proper installation of equipment and pipe shall be provided as hereinafter specified and under the section of the specifications covering the equipment, unless otherwise indicated on the drawings.

B. All mechanical equipment shall receive concrete housekeeping pads unless otherwise noted. Equipment to receive pads are to include (but not limited to): air handlers, fan-coils, condensing units, boilers, water heaters, water softeners, expansion / compression tanks, filter feeders, water treatment equipment, air compressors, fans, pumps (in addition to inertia bases where required), chillers, surge tanks, deareators, etc.

C. Concrete foundations for the support of equipment such as floor-mounted pumps, fans, etc. shall be not less than 5½ inches high and not less than 4 inches larger (in both directions) than supported unit, unless otherwise noted and shall be poured in forms built of new dressed lumber. All corners of the foundations shall be neatly chaffered by means of sheet metal or triangular wood strips nailed to the form. Pads shall not be laid out directly against walls or structures. 2 inches shall be left available for pad form work. Foundation bolts shall be placed in the forms when the concrete is poured, the bolts being correctly located by means of templates. Allow 1 inch below the equipment bases for alignment and grouting (where applicable). Foundations for equipment located on the exterior of the building shall be provided as indicated. Foundations shall be constructed in accordance with approved shop drawings and shall be reinforced with #4 bars at 12 inches on center both ways (minimum).

D. Pipe and Conduit Support: All pipes and conduits throughout the building, both horizontal and vertical, shall be adequately supported from the construction to line of grade, with proper provision for expansion, contraction, vibration elimination, and anchorage. Vertical pipes and conduits shall be supported from floor lines with riser clamps sized to fit the lines and to adequately support their weight. At the bases of lines, where required for proper support, provide anchor base fittings or other approved supports.

2.11    ACCESS DOORS

A. General: Provide access doors for all serviceable mechanical appurtenances (valves, trap primers, shock arresters, volume dampers, fire/smoke dampers, actuators, sensors, etcetera) in inaccessible locations. Such locations include gypsum, brick and CMU ceilings and walls.

B. Location of panels shall be carefully coordinated with other Exposed Devices as described in earlier paragraphs.

C. Manufacturers shall be Inland-Milcor, Bilco, Miami Carey, or approved equal. Unless indicated otherwise, use panels equal to Milcor Style M for masonry and drywall construction, equal to Milcor Style K for plastered masonry walls and ceilings. Stainless steel panels shall be used in ceramic tile or glazed structural tile.

D. Minimum construction features include 14-gage frame and door, continuous hinges, cam-style latch and 10x10" unobstructed opening size.

E. UL labeled when in fire-rated construction, one and one-half hour rating.

F. Access doors located outside, in restrooms or in a moisture-laden environment (dressing area, shower area, lockers, etcetera) shall be stainless steel construction.

G. Equipment access doors shall be of sufficient size to remove/replace equipment and provide routine maintenance as necessary, unless otherwise noted. Doors shall be set flush with adjacent finish surfaces. Exterior doors shall be provided with cylinder locks.

H.      Access doors into ductwork shall be 14-gauge insulated galvanized steel with 16-gauge galvanized gasketed steel frame and cam-type locks. Ductwork access door shall be a minimum of 12" × 12" in size.

2.12    FLOOR AND CEILING PLATES

A.      Except as otherwise noted, provide one-piece chrome-plated brass floor and ceiling plates (or escutcheons) around all pipes, conduits, etc. passing through walls, floors, or ceilings in any spaces, except underfloor and attic spaces. Plates shall be sized to fit snugly against the outside of the pipe or against the outside of insulation on lines which are insulated, and positively secured to such pipe or insulation. Plates will not be required for piping where pipe sleeves extend ¾ of an inch above finish floor and are concealed. Plates shall be one piece.

**PART 3 -   EXECUTION**

3.1     SPACE AND EQUIPMENT ARRANGEMENT

A.      The size of mechanical equipment indicated on the drawings is based on the dimensions of a particular manufacturer. While other manufacturers will be acceptable, it is the responsibility of the Contractor to determine whether the equipment he proposes to furnish will fit in the space. Shop drawings shall be prepared when required by the Owner's Representative to indicate a suitable arrangement.

B.      All equipment shall be installed in a manner to permit access to all surfaces. All valves, motors, drives, filters, and other accessory items shall be installed in a position to allow removal for service without disassembly of another part.

3.2     LARGE APPARATUS

A.      Any large piece of apparatus which is to be installed in any space in the building, and which is too large to permit access through stairways, doorways, or shafts shall be brought to the job and placed in the space before the enclosing structure is completed. Following placement in the space, such apparatus shall be thoroughly, completely protected from damage as hereinafter specified.

3.3     PROTECTION

A.      The Contractor shall take such precautions as may be necessary to properly protect all materials and equipment from damage from the time of delivery until the completion of work. This shall include the erection of all required temporary shelters and supports to adequately protect any items stored in the open on the site from the weather, the ground and surrounding work; the cribbing of any items above the floor of the construction; and the covering of items in the uncompleted building with tarpaulins or other protective covering. Failure on the part of the Contractor to comply with the above will be sufficient cause for the rejection of the items in question.

B.      The Contractor shall protect existing facilities, the work of others, and the premises from any and all damages that may be made possible by the execution of work.

C.      Equipment and materials shall be protected from rust both before and after installation. Any equipment or materials found in a rusty condition at the time of final inspection must be cleaned of rust and repainted as specified elsewhere in these specifications.

3.4     COOPERATION BETWEEN TRADES AND WITH OTHER CONTRACTORS

A.      Each trade, subcontractor, and/or Contractor must work in harmony with the various trades, subcontractors, and/or Contractors on the job as may be required to facilitate the progress to the best advantage of the job as a whole. Each trade, subcontractor, and/or Contractor must pursue its work promptly and carefully so as not to delay the general progress of the job. This Contractor shall work in harmony with Contractors working under other contracts on the premises.

B.　It shall be the responsibility of each trade to cooperate fully with the other trades on the job to help keep the jobsite in a clean and safe condition.  At the end of each day's work, each trade shall properly store all of its tools, equipment, and materials and shall clean its debris from the job.  Upon the completion of the job, each trade shall immediately remove all of its tools, equipment, any surplus materials, and all debris caused by its portion of the work.

3.5　　PRECEDENCE OF MATERIALS AND COORINATION OF WORK

A.　These specifications and the accompanying drawings are intended to cover systems which will not interfere with the structural design of the building, which will fit into the several available spaces, and which will ensure complete and satisfactory systems.  Each subcontractor and/or trade shall be responsible for the proper fitting of his material and apparatus into the building.

B.　The work of the various trades shall be performed in the most direct and workmanlike manner without hindering or handicapping the work of other trades.  Piping interferences shall be handled by giving precedence to pipe lines which require a stated grade for proper operation.  Where space requirements conflict, the following order or precedence shall, in general, be observed:
1.　Building lines.
2.　Structural members.
3.　Light fixtures.
4.　Soil and drain piping.
5.　Condensate drains.
6.　Vent piping.
7.　Supply, return, and outside air ductwork.
8.　Exhaust ductwork.
9.　HVAC water and steam piping.
10.　Steam condensate piping.
11.　Fire protection piping.
12.　Natural gas piping.
13.　Domestic water (cold and hot).
14.　Refrigerant piping.
15.　Electrical conduit.

C.　The light fixture grid layout as indicated on the drawings must be maintained.  This Contractor shall refer to all light fixture plans and details indicated on the drawings and shall coordinate the location of dampers, supply grilles, return air grilles, sprinkler heads, etc. with the location of the light fixtures to assure proper access to all items in a manner acceptable to the Owner's Representative.

D.　The electrical trades shall locate all junction boxes, pull boxes, conduits, etc. to avoid interference with the diffusers, dampers, grilles, etc. hereinbefore mentioned.  The mechanical trades shall furnish to all other trades copies of approved ductwork shop drawings to assist in the coordination of the rough-in and installation of all items of work.

3.6　　CONNECTIONS FOR OTHERS

A.　This Contractor shall rough-in for and make all water, sewer, electrical, etc. connections to all fixtures, equipment, machinery, etc. provided by others in accordance with detailed roughing-in drawings provided by the equipment suppliers, by actual measurements of the equipment connections, or as detailed.

B.　After the equipment is set in place, this Contractor shall make all final connections and shall provide all required pipe, fittings, valves, traps, connectors, etc.

C.　Provide all air gap fittings required, using materials hereinbefore specified.  In each water line serving an item of equipment or piece of machinery, provide a shutoff valve.  On each drain without integral trap provide a suitable trap.

D.　All pipe fittings, valves, traps, etc. exposed in finished areas and connected to chrome-plated lines provided by others shall be chrome-plated to match.

E.　Provide all sheet metal ducts, transition pieces, etc. required for a complete installation of equipment provided by others.

3.7     INSTALLATION METHODS

A.      Where to Conceal:  All pipes and conduits shall be concealed in pipe chases, walls, furred spaces, below suspended floors, or above the ceilings of the building unless otherwise indicated.

B.      Where to Expose:  In mechanical rooms, janitor's closets tight against pan soffits in exposed Tee structures, or storage spaces, but only where necessary, piping and conduit may be run exposed.  All exposed piping and conduit shall be run in the neatest, most inconspicuous manner, and parallel or perpendicular to the building lines.

C.      Support:  All piping and conduit shall be adequately and properly supported from the building structure by means of hanger rods or clamps to walls as herein specified.

D.      Maintaining Clearance:  Where limited space is available above the ceilings and below concrete beams or other deep projections, pipe and conduit shall be sleeved through the projection where it crosses, rather than hung below them, in a manner to provide maximum above-floor clearance.  Sleeves shall be as herein specified.  Approval shall be obtained from the Owner's Representative for each penetration.

E.      All pipe, conduits, etc. shall be cut accurately to measurements established at the building and shall be worked into place without springing or forcing.  All ducts, pipes, and conduits run exposed in machinery and equipment rooms shall be installed parallel to the building lines, except that they shall be sloped to obtain the proper pitch.  Piping and ducts run in furred ceilings, etc. shall be similarly installed, except as otherwise shown.  Conduits in furred ceilings and in other concealed spaces may be run at angles to the construction but shall be neatly grouped and racked indicating good workmanship.  All conduit and pipe openings shall be kept closed until the systems are closed with final connections.

F.      Special Requirements:
1.      There shall be no pipe joints nearer than 12 inches to a wall, ceiling, or floor penetration unless pipe joint is a welded or mechanically-coupled-type joint.
2.      The Contractor shall study all construction documents and carefully lay out all work in advance of fabrication and erection in order to meet the requirements of the extremely limited spaces.  Where conflicts occur the Contractor shall meet with all involved trades and the Owner's Representative and resolve the conflict prior to erection of any work in the area involved.
3.      All piping not directly buried in the ground shall be considered as "interior piping."
4.      Prior to the installation of any ceiling material, gypsum, plaster, or acoustical board, the Contractor shall notify the Owner's Representative so that arrangements can be made for an inspection of the above-ceiling area about to be "sealed off."  The Contractor shall give as much advance notice as possible up to ten (10) working days, but in no case less than five (5) working days.
5.      The purpose of this inspection is to verify the completeness and quality of the installation of the air conditioning systems, the plumbing systems, and any other special above-ceiling systems such as pneumatic tube.  The ceiling supports (tee bar or lath) should be in place so that access panel and light fixture locations are identifiable and so that clearances and access provisions may be evaluated.
6.      No ceiling material shall be installed until the deficiencies listed from this inspection have been corrected to the satisfaction of the Owner's Representative.

3.8     CUTTING AND PATCHING

A.      General:  Cut and patch walls, floors, etc. resulting from work in existing construction or where made necessary by failure to provide proper openings or recesses in new construction.

B.      Methods of Cutting:  Openings cut through concrete and masonry shall be made with masonry saws and/or core drills and at such locations acceptable to the Owner's Representative.  Impact-type equipment will not be used except where specifically acceptable to the Owner's Representative.  Openings in concrete for pipes, conduits, outlet boxes, etc. shall be core drilled to exact size.  **Determine location of embedded conduit and reinforcing bars prior to cutting.**

C.      Restoration:  All openings shall be restored to "as-new" condition under the appropriate specification section for the materials involved, and shall match remaining surrounding materials and/or finishes.

D.      Masonry:  Where openings are cut through masonry walls, provide and install lintels or other structural supports to protect the remaining masonry.  Adequate supports shall be provided during the cutting

operation to prevent any damage to the masonry occasioned by the operation.  All structural members, supports, etc. shall be of the proper size and shape, and shall be installed in a manner acceptable to the Owner's Representative.

E.    Plaster:  All mechanical work in area containing plaster shall be completed prior to the application of the finish plaster coat.  Cutting of finish plaster coat will not be permitted.

F.    Weakening:  No cutting, boring, or excavating which will weaken the structure shall be undertaken.

3.9    ROOF PENETRATIONS AND FLASHING

A.    Pipe and conduit ducts, pitch pockets, curb bases, and flashing compatible with the roofing installation shall be provided for roof penetrations.  Provide framing or other support around all openings through roof as required to preserve the structural integrity of the roof system and make the penetration weathertight.

B.    Provide 30-inch round or square flashing acceptable to the roofing trades at all roof and deck drain and sleeve flashing locations.

C.    Roof curbs for all roofs except standing seam metal roofs shall be provided by the equipment supplier supplying the roof-mounted equipment, etc., and such curbs shall be installed by the roofing trades.  Contractor shall coordinate all roof curb requirements with all trades and the roofing trades at the earliest possible stage of the project.

D.    Roof curbs for standing seam metal roofs shall be provided by the roofing trades.  Curb base size, height, and type shall be coordinated with the roofing trades at the earliest possible stage of the project.

E.    Flashing for pipe and conduit penetrations of standing seam metal roofs shall be provided and installed by the roofing trades.

3.10    EXCAVATING AND BACKFILLING

A.    Perform trenching, excavating, backfilling for mechanical work as set forth below.

B.    Depth of excavation to provide a minimum of 3 feet above top of pipe.  Excavation to be carried to a depth of at least 6 inches below bottom of pipe elevation. Fill below pipe (6 inches), around pipe, and a minimum of 12 inches above pipe with sand of Class "B" crushed stone tamped firm and even.  Separate topsoil during excavation.  Final layer of dirt (12 inches minimum) to be topsoil.  Trenches to be at least 18 inches wider than pipe with batter boards placed every 25 feet.  Backfilling shall be done to exclude use of rock or stone above sand or Class "B" crushed stone.

3.11    TESTS AND INSPECTIONS

A.    General:  The Contractor shall make all tests deemed necessary by the inspection departments of the authority having jurisdiction, Board of Underwriters, etc.  He shall provide all equipment, materials, and labor for making such tests.  Fuel and electrical energy for system operational tests following beneficial occupancy by the Owner will be paid for by the Owner.

B.    Other:  Additional tests specified hereinafter under the various specifications sections shall be made.

C.    Notification: The Owner's Representative shall be notified at his office 36 hours prior to each test and other specifications requirements requiring action on the part of the Owner, Architect, Engineer, and/or Owner's Representative.

D.    Test Logs: All tests which the Contractor conducts shall have pertinent data logged by the Contractor at the time of testing.  Data shall include date, time, personnel, description and extent of system tested, test conditions, test results, specified results, and any other pertinent data.  Data shall be delivered to the Owner's Representative as specified under "Requirements for Final Acceptance.

E.    Inspections:  In general, an inspection by the Owner's Representative shall be required prior to closing up any work and prior to beneficial occupancy or final project completion.  The closing up of work includes, but is not limited to, pipe and conduit installations prior to backfilling; mechanical, electrical, and fire protection

work prior to placement of concrete; or closing up walls and overhead mechanical, electrical, and fire protection work prior to installation of the ceiling.

## 3.12   CLEANING AND PAINTING

A.   Thoroughly clean and touch up the finish on all parts of the materials and equipment.  Exposed parts in equipment rooms, and all other spaces except sealed chases and attics shall be thoroughly cleaned of cement, plaster, and other materials, and all oil and grease spots shall be removed.  Such surfaces shall be carefully wiped and all cracks and corners scraped out.

B.   Exposed metal work which is not galvanized shall be carefully brushed down with steel brushes to remove rust and other spots and left smooth and clean and then painted with a suitable rust resistant primer. Exposed metal work includes work exterior to the building; exposed in mechanical or electrical equipment rooms and storage rooms; and other areas where occupants could see the work, whether normally occupied or not.

C.   All other painting shall be accomplished under the Painting Section of Division 9 of the specifications.

## 3.13   DISCHARGE OF WASTES FROM CONSTRUCTION SITE

A.   The Contractor shall comply with all applicable provisions of local, state, and federal laws regarding the discharge of wastes into sewer and waterways.  Special caution shall be exercised to prevent the discharge of wastes which contain oil, tar, asphalt, roofing compound, kerosene, gasoline, paint, mud, cement, lime, or other materials which would degrade the water quality of the receiving water course.  The Contractor shall construct and maintain oil interceptors, settling basins, acid neutralization tanks, and/or other effective pollution countermeasures, as required by the Texas Water Quality Board.

**END OF SECTION**

## SECTION 230513 - BASIC MECHANICAL MATERIALS AND METHODS


## PART 1 - GENERAL


1.1     SUMMARY

A.     This Section includes the following basic mechanical materials and methods to complement other Mechanical Sections.
1.     Piping materials and installation instructions common to most piping systems.
2.     Concrete base construction requirements.
3.     Escutcheons.
4.     Dielectric fittings.
5.     Dielectric isolation tape
6.     Flexible connectors.
7.     Mechanical sleeve seals.
8.     Nonshrink grout for equipment installations.
9.     Field-fabricated metal and wood equipment supports.
10.     Installation requirements common to equipment specification sections.
11.     Mechanical demolition.
12.     Cutting and patching.
13.     Touchup painting and finishing.
14.     Access Doors

B.     Pipe and pipe fitting materials are specified in mechanical piping system Sections, if applicable.


1.2     DEFINITIONS

A.     Finished Spaces:  Spaces other than mechanical and electrical equipment rooms, furred spaces, pipe and duct shafts, unheated spaces immediately below roof, spaces above ceilings, unexcavated spaces, crawl spaces, and tunnels.

B.     Exposed, Interior Installations:  Exposed to view indoors.  Examples include finished occupied spaces and mechanical equipment rooms.

C.     Exposed, Exterior Installations:  Exposed to view outdoors, or subject to outdoor ambient temperatures and weather conditions.  Examples include rooftop locations.

D.     Concealed, Interior Installations:  Concealed from view and protected from physical contact by building occupants.  Examples include above ceilings and in duct shafts.

E.     Concealed, Exterior Installations:  Concealed from view and protected from weather conditions and physical contact by building occupants, but subject to outdoor ambient temperatures.  Examples include installations within unheated shelters.

F.     The following are industry abbreviations for plastic materials:
1.     ABS:  Acrylonitrile-butadiene-styrene plastic.
2.     CPVC:  Chlorinated polyvinyl chloride plastic.
3.     NP:  Nylon plastic.
4.     PE:  Polyethylene plastic.
5.     PVC:  Polyvinyl chloride plastic.

G.     The following are industry abbreviations for rubber materials:
1.     CR:  Chlorosulfonated polyethylene synthetic rubber.
2.     EPDM:  Ethylene propylene diene terpolymer rubber.


1.3     SUBMITTALS

A.  Product Data:  For dielectric fittings, flexible connectors, access doors, solder/brazing material and mechanical sleeve seals.

B.  Shop Drawings:  Detail fabrication and installation for metal and wood supports and anchorage for mechanical materials and equipment.

C.  Coordination Drawings:  Detail major elements, components, and systems of mechanical equipment and materials in relationship with other systems, installations, and building components.  Show space requirements for installation and access.  Indicate if sequence and coordination of installations are important to efficient flow of the Work.  Include the following:
    1.  Clearances for servicing and maintaining equipment, accessories, and specialties, including space for disassembly required for periodic maintenance.
    2.  Equipment and accessory service connections and support details.
    3.  Fire-rated wall and floor penetrations.
    4.  Scheduling, sequencing, movement, and positioning of large equipment into building during construction.
    5.  Access panel and door locations

1.4     QUALITY ASSURANCE

A.  Comply with ASME A13.1 for lettering size, length of color field, colors, and viewing angles of identification devices.

B.  Equipment Selection:  Equipment of higher electrical characteristics, physical dimensions, capacities, and ratings may be furnished provided such proposed equipment is approved in writing and connecting mechanical and electrical services, circuit breakers, conduit, motors, bases, and equipment spaces are increased.  Additional costs shall be approved in advance by appropriate Contract Modification for these increases.  If minimum energy ratings or efficiencies of equipment are specified, equipment must meet design and commissioning requirements.

1.5     DELIVERY, STORAGE, AND HANDLING

A.  Deliver pipes and tubes with factory-applied end caps.  Maintain end caps through shipping, storage, and handling to prevent pipe end damage and prevent entrance of dirt, debris, and moisture.

B.  Protect stored pipes and tubes from moisture and dirt.  Elevate above grade.  Do not exceed structural capacity of floor, if stored inside.

C.  Protect flanges, fittings, and piping specialties from moisture and dirt.

D.  Store plastic pipes protected from direct sunlight.  Support to prevent sagging and bending.

1.6     SEQUENCING AND SCHEDULING

A.  Coordinate Mechanical equipment installation with other building components.

B.  Arrange for pipe spaces, chases, slots, and openings in building structure during progress of construction to allow for mechanical installations.

C.  Coordinate installation of required supporting devices and set sleeves in poured-in-place concrete and other structural components, as they are constructed.

D.  Sequence, coordinate, and integrate installations of mechanical materials and equipment for efficient flow of the Work.  Coordinate installation of large equipment requiring positioning before closing in building.

E.  Coordinate connection of mechanical systems with exterior underground and overhead utilities and services.  Comply with requirements of governing regulations, franchised service companies, and controlling agencies.

F.  Coordinate requirements for access panels and doors if mechanical items requiring access are concealed behind finished surfaces.

G.  Coordinate installation of identifying devices after completing covering and painting, if devices are applied to surfaces.  Install identifying devices before installing acoustical ceilings and similar concealment.

## PART 2  - PRODUCTS

### 2.1     MANUFACTURERS

A.  Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
1.  Dielectric Tape:
    a.  Holdrite (#272-4).
2.  Metal, Flexible Connectors:
    a.  Flexicraft Industries.
    b.  Flex-Weld, Inc.
    c.  Grinnell Corp.; Grinnell Supply Sales Co.
    d.  Mercer Rubber Co.
    e.  Metraflex Co.
    f.  Uniflex, Inc.
3.  Rubber, Flexible Connectors:
    a.  General Rubber Corp.
    b.  Mercer Rubber Co.
    c.  Metraflex Co.
    d.  Red Valve Co., Inc.
    e.  Uniflex, Inc.
4.  Mechanical Sleeve Seals:
    a.  Calpico, Inc.
    b.  Metraflex Co.
    c.  Thunderline/Link-Seal.

### 2.2     PIPE AND PIPE FITTINGS

A.  Refer to individual Specification piping Sections for pipe and fitting materials and joining methods, if applicable.

B.  Pipe Threads:  ASME B1.20.1 for factory-threaded pipe and pipe fittings.

### 2.3     JOINING MATERIALS

A.  Refer to individual Specification piping Sections for special joining materials not listed below, if applicable.

B.  Pipe-Flange Gasket Materials:  Suitable for chemical and thermal conditions of piping system contents.
1.  ASME B16.21, nonmetallic, flat, asbestos-free, 1/8-inch maximum thickness, unless thickness or specific material is indicated.
    a.  Full-Face Type:  For flat-face, Class 125, cast-iron and cast-bronze flanges.
    b.  Narrow-Face Type:  For raised-face, Class 250, cast-iron and steel flanges.
2.  AWWA C110, rubber, flat face, 1/8 inch thick, unless otherwise indicated; and full-face or ring type, unless otherwise indicated.

C.  Flange Bolts and Nuts:  ASME B18.2.1, carbon steel, unless otherwise indicated.

D.  Plastic, Pipe-Flange Gasket, Bolts, and Nuts:  Type and material recommended by piping system manufacturer, unless otherwise indicated.

E.  Solder Filler Metals:  ASTM B 32.

1. ASTM B 32, 95/5 lead-free alloys. Include water –flushable and soluble flux according to ASTM B 813.

F. Brazing Filler Metals: AWS A5.8.
1. BCuP Series: Copper-phosphorus alloys.
2. BAg1: Silver alloy.

G. Welding Filler Metals: Comply with AWS D10.12 for welding materials appropriate for wall thickness and chemical analysis of steel pipe being welded.

H. Solvent Cements: Manufacturer's standard solvent cements for the following:
1. CPVC Piping: ASTM F 493.
2. PVC Piping: ASTM D 2564, medium bodied (bond). Include purple primer according to ASTM F 656.

I. Plastic Pipe Seals: ASTM F 477, elastomeric gasket.

J. Flanged, Ductile-Iron Pipe Gasket, Bolts, and Nuts: AWWA C110, rubber gasket, carbon-steel bolts and nuts.

K. Couplings: Iron-body sleeve assembly, fabricated to match OD of plain-end, pressure pipes.
1. Sleeve: ASTM A 126, Class B, gray iron.
2. Followers: ASTM A 47 malleable iron or ASTM A 536 ductile iron.
3. Gaskets: Rubber.
4. Bolts and Nuts: AWWA C111.
5. Finish: Enamel paint.

## 2.4 DIELECTRIC FITTINGS

A. General Requirements: Assembly of copper alloy and ferrous materials or ferrous material body with separating nonconductive insulating material suitable for system fluid, pressure, and temperature, to prevent galvanic action and stop corrosion. Unions in first paragraph below are available in at least NPS 1/2 to NPS 2.

B. Dielectric Unions:
1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
   a. Capitol Manufacturing Company.
   b. Central Plastics Company.
   c. EPCO Sales, Inc.
   d. Hart Industries International, Inc.
   e. Watts Regulator Co.; a division of Watts Water Technologies, Inc.
   f. Zurn Mechanical Products Group; Wilkins Water Control Products.
2. Description:
   a. Pressure Rating: 250 psig at 180 deg F.
   b. End Connections: Solder-joint copper alloy and threaded ferrous.
   c. Flanges in first paragraph below are available in at least NPS 1-1/2 to NPS 4.

C. Dielectric Flanges:
1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
   a. Capitol Manufacturing Company.
   b. Central Plastics Company.
   c. EPCO Sales, Inc.
   d. Watts Regulator Co.; a division of Watts Water Technologies, Inc.
2. Description:
   a. Factory-fabricated, bolted, companion-flange assembly.
   b. Pressure Rating: 175 psig minimum.
   c. End Connections: Solder-joint copper alloy and threaded ferrous; threaded solder-joint copper alloy and threaded ferrous.

D. Dielectric-Flange Kits:

1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
   a. Advance Products & Systems, Inc.
   b. Calico, Inc.
   c. Central Plastics Company.
   d. Pipeline Seal and Insulator, Inc.
2. Description:
   a. Nonconducting materials for field assembly of companion flanges.
   b. Pressure Rating: 150 psig.
   c. Gasket: Neoprene or phenolic.
   d. Bolt Sleeves: Phenolic or polyethylene.
   e. Washers: Phenolic with steel backing washers.

E. Dielectric Couplings:
   1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
      a. Calpico, Inc.
      b. Lochinvar Corporation.
   2. Description:
      a. Galvanized-steel coupling.
      b. Pressure Rating: 300 psig at 225 deg F.
      c. End Connections: Female threaded.
      d. Lining: Inert and noncorrosive, thermoplastic.

F. Dielectric Nipples:
   1. Manufacturers: Subject to compliance with requirements, provide products by one of the following:
      a. Perfection Corporation; a subsidiary of American Meter Company.
      b. Precision Mechanical Products, Inc.
      c. Victaulic Company.
   2. Description:
      a. Electroplated steel nipple complying with ASTM F 1545.
      b. Pressure Rating: 300 psig at 225 deg F.
      c. End Connections: Male threaded or grooved.
      d. Lining: Inert and noncorrosive, propylene.

## 2.5    DIELECTRIC ISOLATION TAPE

A. Tape to eliminate dissimilar metal contact: (equal to Holdrite #272-4)
   1. White Polyester Felt. Pressure sensitive adhesive rubber base (one side only).
   2. 4" width.

## 2.6    FLEXIBLE CONNECTORS

A. General: Fabricated from materials suitable for system fluid and that will provide flexible pipe connections. Include 125-psig minimum working-pressure rating, unless higher working pressure is indicated, and ends according to the following:
   1. 2-Inch NPS and Smaller: Threaded.
   2. 2-1/2-Inch NPS and Larger: Flanged.
   3. Option for 2-1/2-Inch NPS and Larger: Grooved for use with keyed couplings.

B. Bronze-Hose, Flexible Connectors: Corrugated, bronze, inner tubing covered with bronze wire braid. Include copper-tube ends or bronze flanged ends, braze welded to hose.

C. Rubber, Flexible Connectors: CR or EPDM elastomer rubber construction, with multiple plies of NP fabric, molded and cured in hydraulic presses. Include 125-psig minimum working-pressure rating at 220 deg F. Units may be straight or elbow type, unless otherwise indicated.

## 2.7    MECHANICAL SLEEVE SEALS

A. Description: Modular sealing element unit, designed for field assembly, used to fill annular space between pipe and sleeve.
1. Sealing Elements: EPDM-rubber interlocking links shaped to fit surface of pipe. Include type and number required for pipe materials and size of pipe.
2. Pressure Plates: Stainless steel.
3. Connecting Bolts and Nuts: Stainless steel of length required to secure pressure plates to sealing elements.

2.8 PIPING SPECIALTIES

A. Sleeves: The following materials are for wall, floor, slab, and roof penetrations:
1. Steel Sheet Metal: 0.0239-inch minimum thickness, galvanized, round tube closed with welded longitudinal joint.
2. Steel Pipe: ASTM A 53, Type E, Grade A, Schedule 40, galvanized, plain ends.
3. Cast Iron: Cast or fabricated "wall pipe" equivalent to ductile-iron pressure pipe, with plain ends and integral waterstop, unless otherwise indicated.
4. Stack Sleeve Fittings: Manufactured, cast-iron sleeve with integral clamping flange. Include clamping ring and bolts and nuts for membrane flashing.
   a. Underdeck Clamp: Clamping ring with set screws.
5. Sleeve Fasteners: Manufactured, steel clips for securement during pour. Equal to B-line, BD40, BE-5-8 or BE-9-12.

B. Escutcheons: Manufactured wall, ceiling, and floor plates; deep-pattern type if required to conceal protruding fittings and sleeves.
1. ID: Closely fit around pipe, tube, and insulation of insulated piping.
2. OD: Completely cover opening.
3. Cast Brass: One piece, with set screw. (split face acceptable for existing piping)
   a. Finish: Polished chrome-plate.

2.9 GROUT

A. Nonshrink, Nonmetallic Grout: ASTM C 1107, Grade B.
1. Characteristics: Post-hardening, volume-adjusting, dry, hydraulic-cement grout, nonstaining, noncorrosive, nongaseous, and recommended for interior and exterior applications.
2. Design Mix: 5000-psig, 28-day compressive strength.
3. Packaging: Premixed and factory packaged.

2.10 ACCESS DOORS

A. General: Provide access doors for all serviceable mechanical appurtenances (valves, trap primers, shock arresters, actuators, sensors, etcetera) in inaccessible locations. Such locations include gypsum, brick and CMU ceilings and walls.

B. Location of panels shall be carefully coordinated with other Exposed Devices as described in earlier paragraphs.

C. Manufacturers shall be Milcor, Mifab, or approved equal. Unless indicated otherwise, use panels equal to Milcor Style M for masonry and drywall construction, equal to Milcor Style K for plastered masonry walls and ceilings. Stainless steel panels shall be used in ceramic tile or glazed structural tile.

D. Minimum construction features include 16-gage frame and door, continuous hinges, cam-style latch and 10x10" unobstructed opening size.

E. UL labeled when in fire-rated construction, one and one-half hour rating.

F. Access doors located outside, in restrooms or in a moisture-laden environment (dressing area, shower area, lockers, etcetera) shall be stainless steel construction.

G. Equipment access doors shall be of sufficient size to remove/replace equipment and provide routine maintenance as necessary, unless otherwise noted. Doors shall be set flush with adjacent finish

surfaces. All access doors shall be provided with cylinder locks. All access doors (MEP) shall have one (1) common key.


**PART 3 - EXECUTION**


3.1     PIPING SYSTEMS - COMMON REQUIREMENTS AND APPLICATIONS

A.     General:  Install piping as described below, unless piping Sections specify otherwise.  Individual piping Sections specify unique piping installation requirements.

B.     General Locations and Arrangements:  Drawing plans, schematics, and diagrams indicate general location and arrangement of piping systems.  Indicated locations and arrangements were used to size pipe and calculate friction loss, expansion, pump sizing, and other design considerations.  Install piping as indicated, unless deviations to layout are approved on Coordination Drawings.

C.     All piping to be installed in compliance with current NEC required clearances.

D.     Install manufactured isolation clamps at all dissimilar metal pipe supports.  Install dielectric isolation tape (engineer approved) only when a manufactured isolation clamp is not available.

E.     Install piping at indicated slope.

F.     Install components with pressure rating equal to or greater than system operating pressure.

G.     Install piping in concealed interior and exterior locations, except in equipment rooms and service areas.

H.     Install piping free of sags and bends.

I.     Install exposed interior and exterior piping at right angles or parallel to building walls.  Diagonal runs are prohibited, unless otherwise indicated.

J.     Install piping tight to slabs, beams, joists, columns, walls, and other building elements.  Allow sufficient space above removable ceiling panels to allow for ceiling panel removal.

K.     Install piping to allow application of insulation plus 1-inch clearance around insulation.

L.     Locate groups of pipes parallel to each other, spaced to permit valve servicing.

M.     Install fittings for changes in direction and branch connections.

N.     Install couplings according to manufacturer's written instructions.

N.     Fire-Barrier Penetrations:  Maintain indicated fire rating of walls, partitions, ceilings, and floors at pipe penetrations.  Seal pipe penetrations with firestop materials.  Comply with requirements in Division 07 Section "Penetration Firestopping" for firestop materials and installations.
        1.     Fire-stop all sleeves at floor penetrations of multistory buildings including underfloor penetrations.

O.     Verify final equipment locations for roughing-in.

P.     Refer to equipment specifications in other Sections of these Specifications for roughing-in requirements.

Q.     Piping Joint Construction:  Join pipe and fittings as follows and as specifically required in individual piping specification Sections:
        1.     Ream ends of pipes and tubes and remove burrs.  Bevel plain ends of steel pipe.
        2.     Remove scale, slag, dirt, and debris from inside and outside of pipe and fittings before assembly.
        3.     Soldered Joints:  Construct joints according to AWS's "Soldering Manual," Chapter "The Soldering of Pipe and Tube"; or CDA's "Copper Tube Handbook."
        4.     Brazed Joints:  Construct joints according to AWS's "Brazing Handbook," Chapter "Pipe and Tube."

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24032093
nicole.myette@oag.texas.gov
Envelope ID: 106404622
Filing Code Description: Response
Filing Description: 20251002_Aples Resp 2 Mtn 2 Abate wAPPX_Part1
Status as of 10/3/2025 10:06 AM CST

Associated Case Party: Brian Beckcom

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Matthew J.Kita | | matt@mattkita.com | 10/3/2025 8:29:45 AM | SENT |
| Matthew J.Kita | | matt@mattkita.com | 10/3/2025 8:29:45 AM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason T.Contreras | | jason.contreras@oag.texas.gov | 10/3/2025 8:29:45 AM | SENT |
| Jason T.Contreras | | jason.contreras@oag.texas.gov | 10/3/2025 8:29:45 AM | SENT |